# EXHIBIT A

INTTERRA    Solutions    Resources    Login    Book a Demo

# Clarity and speed, when it matters most

Intterra is trusted by public safety leaders to help deliver safer outcomes through its powerfully simple Common Operating Platform, community mobile applications, and world-class partner support.

Explore the Product    Book a Demo

"Now we have a single place for agencies to capture, share, and leverage data."

– Founder | Kate Dargan



AGENCIES WE WORK WITH

PRODUCT SUITE

## Platform Overview



### First Responder App

**Your command's common operating platform, available on mobile and desktop.**



### Community App

**Your community's trusted source for real-time information, configured and shared by you.**

### Admin Portal

**Your agency's backend success portal, with Intterra experts proactively supporting at every step.**

PRODUCT DEMO

# See Intterra in action






INTTERRA KNOWLEDGEBASE

# Questions about the Intterra product?

Access Our Knowledgebase

KEY FEATURES

# Product Features

## Core

Manage GIS tools, Common Operating Picture content, and user data feeds

## Respond

Manage incident response components related to Incident System (ICS) framework.


KEY FEATURES
Product Features
Plan
Develop plans for preparing for a potential response
Flight
Track, manage, and visualize airborne intelligence


KEY FEATURES
Product Features
Notify
Securely share information with the public about incidents and information occurring in their jurisdiction.

UNLOCKING TRUE INTEROPERABILITY

# Who we serve

Intterra serves chief officers and command points across public safety - at the regional, state, and federal levels.

## Fire



## EMS



## Law Enforcement



Metro & Wildland

COMMUNITY STORIES

# Hear From Our Customers



TUALATIN VALLEY FIRE & RESCUE

"At TVF&R, our crews and battalion chiefs utilize Intterra every day as a response aid and to maintain a common operating picture."



**Marybeth Danielson**

GIS Program Coordinator
Tualatin Valley Fire & Rescue

TVF&R

● COMING SOON

## Ready As One Newsletter

**Email***

Email address

I'm not a robot
reCAPTCHA
Privacy - Terms

Join the Waitlist

● GET STARTED

## Ready to connect your command and community?

Book a Demo

INTTERRA

Book a Demo
Product Support

PAGES

Solutions
Resources

Book a Demo

© 2025 Built by Suprema

Terms of Use · Privacy Policy