# EXHIBIT B

**Generated on:** This page was generated by TSDR on 2026-03-04 14:50:02 EST

**Mark:** AWARECA

AWARECA

**US Serial Number:** 99572641

**Application Filing Date:** Dec. 30, 2025

**Filed as Base Application:** Yes

**Currently Base Application:** Yes

**Register:** Principal

**Mark Type:** Trademark

**TM5 Common Status Descriptor:** LIVE/APPLICATION/Awaiting Examination

The trademark application has been accepted by the Office (has met the minimum filing requirements) and has not yet been assigned to an examiner.

**Status:** New application awaiting assignment to an examining attorney. See current trademark processing wait times for more information.

**Status Date:** Dec. 30, 2025

# Mark Information

**Mark Literal Elements:** AWARECA

**Standard Character Claim:** Yes. The mark consists of standard characters without claim to any particular font style, size, or color.

**Mark Drawing Type:** 4 - STANDARD CHARACTER MARK

# Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:

- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** Downloadable computer application software for mobile phones, and handheld and tablet computers, namely, software for use in the communication of public safety information; Downloadable computer software for sharing and viewing information about natural disasters, public safety events and emergencies, and preparedness therefor and responses thereto; Downloadable computer software for collecting, compiling, processing, and disseminating information about natural disasters, public safety events and emergencies, and preparedness therefor and responses thereto

**International Class(es):** 009 - Primary Class

**U.S Class(es):** 021, 023, 026, 036, 038

**Class Status:** ACTIVE

# Basis Information (Case Level)

| | | | |
|---|---|---|---|
| **Filed Use:** | No | **Currently Use:** | No |
| **Filed ITU:** | Yes | **Currently ITU:** | Yes |
| **Filed 44D:** | No | **Currently 44D:** | No |
| **Filed 44E:** | No | **Currently 44E:** | No |
| **Filed 66A:** | No | **Currently 66A:** | No |
| **Filed No Basis:** | No | **Currently No Basis:** | No |

# Current Owner(s) Information

**Owner Name:** Intterra, LLC

**Owner Address:** 1606 Headway Circle, Ste 9644

Austin, TEXAS UNITED STATES 78754

**Legal Entity Type:** LIMITED LIABILITY COMPANY **State or Country Where Organized:** NEVADA

# Attorney/Correspondence Information

**Attorney of Record**

**Attorney Name:** Daniel C. Neustadt **Docket Number:** 211096.1

**Attorney Primary Email Address:** dan.neustadt@hklaw.com **Attorney Email Authorized:** Yes

**Correspondent**

**Correspondent Name/Address:** Daniel C. Neustadt
HOLLAND & KNIGHT LLP
800 17th Street NW, Suite 1100
Washington, DISTRICT OF COLUMBIA United States 20006

**Phone:** 1-(202) 469-5163

**Correspondent e-mail:** dan.neustadt@hklaw.com andrea.simonich@hklaw.com ptdocketing@hklaw.com lauren.pratt@hklaw.com rochelle.johnson@hklaw.com **Correspondent e-mail Authorized:** Yes

**Domestic Representative - Not Found**

# Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Dec. 30, 2025 | APPLICATION FILING RECEIPT MAILED | |
| Dec. 30, 2025 | NEW APPLICATION ENTERED | |

# TM Staff and Location Information

**TM Staff Information - None**

**File Location**

**Current Location:** Not Found **Date in Location:** Not Found