# EXHIBIT C

Questions? +1 (202) 335-3939 • Pricing & Comparison Chart • Contact • Log In

EINPRESSWIRE
Everyone's Internet News Presswire™

Submit Release

About | Pricing | Distribution | Press Releases | Newswires | Knowledge Base | News Search

There were 275 press releases posted in the last 24 hours and 426,099 in the last 365 days.

World Media Directory · RSS · Email Newsletters

# CAL FIRE Selects Intterra's 'AwareCA' to Deliver Real-Time, Authoritative Public Safety Information to All Californians

NEWS PROVIDED BY
Intterra
January 06, 2026, 17:54 GMT

SHARE THIS ARTICLE

SACRAMENTO, CA, UNITED STATES, January 6, 2026 /EINPresswire.com/ -- Intterra today announced that CAL FIRE has selected AwareCA as California's new statewide public safety information platform to deliver fast, trusted, first-responder–verified updates to every person living in or visiting the state. The application is developed by Intterra as part of its Community App solution and will be available for download in the Apple App Store and Google Play Store in early spring 2026.

Author Contact

Robert Wolf
Intterra
media@intterra.io

With this decision, CAL FIRE takes a major step toward modernizing how critical information reaches the public — ensuring Californians hear directly from the agencies responsible for protecting them.

CAL FIRE Puts the Public First

Chief Joe Tyler underscored CAL FIRE's commitment to transparency and trust in announcing the selection of AwareCA.

> **By partnering with Intterra on AwareCA, we are ensuring that the public receives accurate, real-time updates directly from CAL FIRE and our allied responders."**
> *— Chief Joe Tyler, Director & Fire Chief of CAL FIRE*

"Californians deserve timely, trusted information straight from the agencies that protect them," said Chief Joe Tyler, Director & Fire Chief of CAL FIRE. "By partnering with Intterra on AwareCA, we are ensuring that the public receives accurate, real-time updates directly from CAL FIRE and our allied responders. This platform reflects our commitment to putting life-saving information into the hands of every resident and visitor in California and will complement our already robust website."

AwareCA is built on the principle that the public should never have to pay for public safety information. Californians already fund emergency response, so the information that protects their lives and properties should be accessible, fast, and authoritative.

One Trusted Source for Critical Information

AwareCA will deliver:

• Near Real-time incident updates verified by first responders
• Wildfire activity and hazard information from authoritative data sources

• Official push notifications for nearby threats
• Statewide consistency so users no longer juggle multiple apps or social feeds

The platform establishes a modern, unified way for California's fire agencies, law enforcement partners, and emergency managers to speak with one trusted voice during rapidly evolving incidents.

A Growing Movement Across California

CAL FIRE joins a fast-expanding group of California-based first response agencies adopting AwareCA as their primary communication channel for delivering near real-time public safety information. This statewide shift reflects a collective belief that authoritative information must first come from the badge. Robert Wolf, CEO of Intterra, emphasized why AwareCA resonates so strongly with public safety leaders.

"Public safety agencies must own their voice. When seconds matter, the public can't afford guesswork," said Robert Wolf, Chief Executive Officer at Intterra. "AwareCA gives Californians fast, authoritative information from the badge itself, not from third-party aggregators or private apps. We believe CAL FIRE's leadership in adopting this platform sets a new statewide standard for transparency, trust, and protection."

Designed for Every Californian and Visitor

From residents in high-risk wildland areas and families traveling along the coast, to hikers in the Sierra and commuters in urban centers, AwareCA ensures everyone receives the same trusted, up-to-date information that first responders rely on.

This is not another tech experiment or private notification service. It is California's official channel, powered by the agencies the public already depends on and built specifically to strengthen the trust between first responders and the communities.
Availability

AwareCA will be available for download via the iOS App Store and Google Play Store in early spring 2026.

Robert Wolf
Intterra
media@intterra.io
Visit us on social media:
LinkedIn



Legal Disclaimer:

EIN Presswire provides this news content "as is" without warranty of any kind. We do not accept any responsibility or liability for the accuracy, content, images, videos, licenses, completeness, legality, or reliability of the information contained in this article. If you have any complaints or copyright issues related to this article, kindly contact the author above.

You just read:

# CAL FIRE Selects Intterra's ‘AwareCA’ to Deliver Real-Time, Authoritative Public Safety Information to All Californians

NEWS PROVIDED BY
Intterra
January 06, 2026, 17:54 GMT

SHARE THIS ARTICLE

https://www.einpresswire.com/article/880891739/cal-fire-selects-intterra-s-awareca-to-deliver-real-time-authorita

Distribution channels: Agriculture, Farming & Forestry Industry, Emergency Services, Natural Disasters

EIN Presswire's priority is author transparency. We do our best to weed out false and misleading content. The content above is the sole responsibility of the author who makes it available. If you have any complaints, kindly contact the author above.

**PR Distribution**
How It Works
Why Us
Pricing
Distribution
Editorial Guidelines
Submit Release

**Newswires**
All Newswires
World Newswires
US Newswires
Industry Newswires

**Press Releases**
All Press Releases
Featured
Releases by Industry
Releases by Country
Releases by US State
Releases by Date

**Resources**
World Media Directory
Mobile App
Affiliate Program
RSS Feeds
Email Newsletters
News Alert Maker
NewsPlugin

**Help / Support**
FAQ
Video Tutorials
Client Testimonials
Report Problem

**About**
About EIN Presswire
Newsroom
Investor Inquiries
Career Opportunities
Contact
Follow EIN Presswire

Terms & Conditions    Copyright/DMCA Policy    Privacy Policy    Cookie Settings

© 1995-2026 Newsmatics Inc. dba EIN Presswire.
All rights reserved.

By continuing to use this site, you agree to our Terms & Conditions, last updated on September 30, 2025.

2/28/2026 4:26:14 PM
URL: https://www.einpresswire.com/article/880891739/cal-fire-selects-intterra-s-awareca-to-deliver-real-time-authoritative-public-safety-information-to-all-californians