# EXHIBIT D

LinkedIn Top Content People Learning Jobs Games Get the app Join now Sign in

# Jimmy Girot's Post

Jimmy Girot
1mo

Earlier this week, I visited with my local fire-rescue station for a day in Colorado (more on that later). I came home believing this more strongly than ever:

Public safety leadership must own its voice. And, our community needs authoritative information from the badge.

That's why I'm so excited about AwareCA and the Intterra Aware solution. It's the clarity that Californians, their public safety leaders, and frankly every US state deserve.

Read the full release: https://bit.ly/4qzKz1g

#TrustTheBadge #CALFIRE #Intterra #PublicSafety




27

Like Comment Share

To view or add a comment, sign in



2,704 followers

419 Posts

View Profile + Follow

## Explore content categories

Career | Productivity | Finance | Soft Skills & Emotional Intelligence | Project Management | Education

Show more

LinkedIn © 2026

About

Accessibility

User Agreement

Privacy Policy

Your California Privacy Choices

Cookie Policy

Copyright Policy

Brand Policy

Guest Controls

Community Guidelines

Language

3/3/2026 8:43:32 PM

URL: https://www.linkedin.com/posts/jimmygirot_trustthebadge-calfire-intterra-activity-7415014485486297089-_RKi/

LinkedIn Top Content People Learning Jobs Games Get the app Sign in Join now

## Jonathan Mitchell's Post

**Jonathan Mitchell**
1mo

When my loved ones are impacted by an emergency, I want to hear directly from the first responders dealing with the situation, not from unverified social media posts or sources that promote speculation. Many of my family members live in California, which is why I am particularly excited about CAL FIRE's selection of AwareCA powered by Intterra. This is exactly the kind of authoritative, trusted voice we need as public safety agencies communicate with the communities they serve.

"CAL FIRE just announced they've selected AwareCA as California's new statewide public safety information platform, which means that starting in early spring 2026, everyone living in or visiting California will be able to download the app and get fast, verified updates directly from first responders when it matters most. This isn't just another app, it's public safety leadership taking control of the narrative to give people the authoritative information they're desperately searching for when seconds count.

At the end of the day, this is about rebuilding trust between agencies and communities by breaking through all the noise and delivering information people can actually rely on."

Read the full release: https://bit.ly/4qzKz1g

#TrustTheBadge #CALFIRE #Intterra #PublicSafety




**CAL FIRE selects Intterra-developed "AwareCA"**
intterra.io

47 · 4 Comments

Like Comment Share

**Matt Manzano** 1mo

Congratulations, Jonathan! As a California resident in a CalFire wildfire coverage area, this excites me! As you know California is prone to devastating wildfires and time is always of the essence where fire line conditions change from one moment to the next during a fire crisis. I've had so many acquaintances and friends affected by wildfire, especially Eaton Canyon and the Palisades fires, not to mention local wildfires in Riverside County where messaging and notifications could have saved so many.

Thank you for providing a product that will keep us informed during these intense times!

Like · Reply

**Julie A. Heimkes** 1mo

Excited to hear about this, sounds like a great product.

Like · Reply

**Todd Herb** 1mo ···

That is awesome Jonathan Mitchell ! Cal Fire is also a great partner with Ready Rebound!

Like · Reply

**Rob Peskind** 1mo ···

Great work Jonathan Mitchell!

Like · Reply

See more comments

To view or add a comment, sign in



1,688 followers

64 Posts

View Profile + Connect

## Explore content categories

Career | Productivity | Finance | Soft Skills & Emotional Intelligence | Project Management | Education

Show more

LinkedIn © 2026
About
Accessibility
User Agreement
Privacy Policy
Your California Privacy Choices
Cookie Policy
Copyright Policy
Brand Policy
Guest Controls
Community Guidelines
Language

2/28/2026 4:55:18 PM
URL: https://www.linkedin.com/posts/jonathansmitchell_cal-fire-selects-intterra-developed-awareca-activity-7414790305633239040-6UfE

# Our Partners & Supporting Sponsors

WFCA partners with organizations that share our values and mission of advancing the fire service. Simply put, we believe in them and they believe in us- true partnership. Explore our current Corporate and Preferred partners below. Thank-you as well to our Supporting Sponsors to help ensure the strength of the WFCA.

## Corporate Partners

INTTERRA

Corporate Partner

### Intterra

Intterra is the connected ecosystem helping public safety leaders make faster, safer decisions and reclaim their authoritative voices.They do this through an intelligent Common Operating Platform (Aware Intel Hub), a field operations mobile app (Aware Ops), and nationwide public information mobile apps such as AwareCA. About Intterra WFCA is proud to have a Corporate Partnership...

View Partner

## Preferred Partners

Stationwise

Preferred Partner

### Stationwise

Stationwise provides innovative staffing software designed specifically for fire departments. Their platform streamlines scheduling, coverage, and compliance, allowing departments to focus on mission-critical work instead of administrative tasks. About Stationwise...

View Partner

BRYCER

Preferred Partner

### Brycer

BRYCER provides Fire Departments with the services, technology, and support needed to meet today's growing compliance demands. By combining real-world fire service experience with proven systems and hands-on...

View Partner

genasys

Preferred Partner

### Genasys

Genasys delivers precision, speed, and clarity in public communication. With Genasys Protect, act faster, coordinate more efficiently, and keep people informed to protect lives, reducing times from incident recognition to action by 90%. Target the...

View Partner

## Supporting Sponsors

PulsePoint

## How to Become a Partner with WFCA

Western Fire Chiefs Association carefully selects our partners whose values align with our mission and who are committed to long-term collaboration with the fire service community. If you've never worked with us before, consider getting involved as an Associate member or as a sponsor at one of our showcase events: our annual IGNITE Symposium and our emerging leadership summit known as FORCE - *Fire Officer and Ranking Chief Executive*, are excellent ways to begin the conversation—this allows us to see how we work together and explore opportunities for a deeper partnership. For more information, please contact David Van Ballegooijen at dave@wfca.com.

View IGNITE Symposium - Sponsor and Exhibitor Page

### Join our Newsletter

Get the latest WFCA news and updates right in your inbox.

Email Address Subscribe

The Western Fire Chiefs Association is a division of the International Association of Fire Chiefs.

**About Us**

- Who We Are
- Meet Our Board
- Meet Our Staff
- Wildfire Policy Committee

**News & Media**

- WFCA News
- Wildfire Articles
- Fire Headlines Podcast
- Daily Dispatch
- Preplan Hub
- Wildfire Research
- Resources

**Fire Service Jobs**

- Fire Chief Recruitment
- Employment Classifieds
- Post a Job to the Daily Dispatch

**Services & Initiatives**

- Fire Tech U
- Executive Recruitment
- Daily Dispatch
- Sourcewell

**Contact**

25030 SW Parkway Ave Ste. 330 Wilsonville, OR 97070

(800) 785-3473

wfca@wfca.com

The Western Fire Chiefs Association is a division of the International Association of Fire Chiefs, and is a registered nonprofit, tax-exempt charitable organization under Section 501(c)(3) of the U.S. Internal Revenue Code. Donations are tax-deductible as allowed by law.

© 2026 Western Fire Chiefs Association. Terms of Service | Privacy Policy