# EXHIBIT E

VIA EMAIL AND CERTIFIED MAIL

January 28, 2026

To:

Incorporating Services, LTD.
318 N Carson St #208, Carson City, NV, 89701, USA

Copy to:

Robert Wolf, Managing Member, Intterra, LLC
1606 Headway Circle, Suite 9466, Austin, TX, 78754, USA
rob.wolf@intterragroup.com

RE: **DEMAND TO CEASE AND DESIST TRADEMARK INFRINGEMENT INVOLVING “AWARECA” AND RELATED MARKS**

Dear Sir or Madam:

We represent Rachael Brady, the registered owner of the federally recognized trademark “Wildfire Aware,” used in connection with a mobile application providing wildfire information and alerts. It has come to our attention that Intterra has launched and is marketing a product under the names “AwareCA,” “Aware California,” and “Aware,” with substantial overlap in target audience and services, following a prior attempt by Intterra to purchase Ms. Brady’s application.

The use and promotion of these marks by Intterra constitutes trademark infringement and unfair competition under the Lanham Act, 15 U.S.C. §§ 1114, 1125. Both marks cover functionally identical services - delivering real-time wildfire and safety alerts to the public through mobile technology. The similarity of the marks and services, as well as the channels of trade, creates a strong likelihood of consumer confusion.

We further note that Intterra's prior direct communications with Ms. Brady regarding acquisition of her Wildfire Aware app demonstrates your actual knowledge of her senior trademark rights. The subsequent launch of similar marks constitutes willful infringement, opening Intterra to enhanced statutory remedies.

Accordingly, we demand that Intterra:

1. Immediately cease all use of "AwareCA," "Aware California," "Aware," or any confusingly similar mark in connection with wildfire and public safety data services;
2. Withdraw all pending state and federal trademark applications for the referenced marks;
3. Cease promotion, sale, or distribution of products and services using these marks;
4. Provide written confirmation of compliance by February 11, 2026.

If you do not comply with the above demands, Ms. Brady is prepared to enforce her rights vigorously, including initiating opposition proceedings with the USPTO and seeking injunctive and monetary relief in federal court.

Nothing herein waives or limits any of our client's legal rights or remedies, all of which are expressly reserved.

Sincerely,

Kevin Touati, Esq.

Attorney at Law
Admitted in New York
+1 (786) 223 4608
kevin.touati@lawhivelegal.com