# EXHIBIT F

**STATE OF CALIFORNIA**
*Office of the Secretary of State*
**STATEMENT OF INFORMATION**
**LIMITED LIABILITY COMPANY**
California Secretary of State
1500 11th Street
Sacramento, California 95814
(916) 657-5448

For Office Use Only

**-FILED-**

File No.: BA20251444791
Date Filed: 7/10/2025

Entity Details

| | |
|---|---|
| Limited Liability Company Name | THE ANALYTICAL MOOSE LLC |
| Entity No. | 202001510334 |
| Formed In | CALIFORNIA |

Street Address of Principal Office of LLC

| | |
|---|---|
| Principal Address | 6633 MOUNTAIN SIDE DR<br>IGO, CA 96047 |

Mailing Address of LLC

| | |
|---|---|
| Mailing Address | 6633 MOUNTAIN SIDE DR<br>IGO, CA 96047 |
| Attention | The Analytical Moose LLC |

Street Address of California Office of LLC

| | |
|---|---|
| Street Address of California Office | 6633 MOUNTAIN SIDE DR<br>IGO, CA 96047 |

Manager(s) or Member(s)

| Manager or Member Name | Manager or Member Address |
|---|---|
| Rachael Irene Brady | 6633 Mountain Side Dr<br>Igo, CA 96047 |

Agent for Service of Process

| | |
|---|---|
| California Registered Corporate Agent (1505) | LEGALCORP SOLUTIONS, INC<br>Registered Corporate 1505 Agent |

Type of Business

| | |
|---|---|
| Type of Business | Providing geospatial support and solutions to business, government, and non profits. |

Email Notifications

| | |
|---|---|
| Opt-in Email Notifications | Yes, I opt-in to receive entity notifications via email. |

Chief Executive Officer (CEO)

| CEO Name | CEO Address |
|---|---|
| None Entered | |

Labor Judgment

No Manager or Member, as further defined by California Corporations Code section 17702.09(a)(8), has an outstanding final judgment issued by the Division of Labor Standards Enforcement or a court of law, for which no appeal is pending, for the violation of any wage order or provision of the Labor Code.

Electronic Signature

☒ By signing, I affirm under penalty of perjury that the information herein is true and correct and that I am authorized by California law to sign.

| | |
|---|---|
| *Rachael Brady* | *07/10/2025* |
| Signature | Date |

B3844-7999 07/10/2025 10:57 AM Received by California Secretary of State

# About Us











## Our Story

The Analytical Moose™ was founded by Rachael Brady in 2020. The Analytical Moose™ provides GIS consulting services and drone imagery to our customers. Serving the Western United States from Wyoming to California. The Analytical Moose™ is proud to be an ESRI Silver Business Partner, the global market leader in GIS. If you are unsure how to incorporate spatial data into your workflow we can help with the full line of ESRI products and solutions.

In November 2022 we will be releasing a mobile wildfire notification application, Wildfire Aware™. Wildfire Aware™ will allow users to monitor locations near areas of interest and provide timely notification of fires that start.

# Meet The Team



*Rachael Brady*

in

## Let's Work Together

Redding, CA

E-Mail:

information@theanalyticalmoose.com

530.276.8512

First Name

Last Name

Email

Message

Send

Partner Network Silver

The Analytical Moose®

530.276.8512
406.308.5044

Copyright © 2022 The Analytical Moose® All Rights Reserved