# EXHIBIT G

PTO- 1957
Approved for use through 11/30/2023. OMB 0651-0050
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number

# Response to Office Action

**The table below presents the data as entered.**

| Input Field | Entered |
|---|---|
| **SERIAL NUMBER** | 97543627 |
| **MARK SECTION** | |
| **MARK** | mark |
| **LITERAL ELEMENT** | WILDFIRE AWARE |
| **STANDARD CHARACTERS** | YES |
| **USPTO-GENERATED IMAGE** | YES |
| **MARK STATEMENT** | The mark consists of standard characters, without claim to any particular font style, size or color. |
| **OWNER SECTION (current)** | |
| **NAME** | The Analytical Moose LLC |
| **MAILING ADDRESS** | 6633 Mountain Side Dr |
| **CITY** | Igo |
| **STATE** | California |
| **ZIP/POSTAL CODE** | 96047 |
| **COUNTRY/REGION/JURISDICTION/U.S. TERRITORY** | United States |
| **EMAIL** | XXXX |
| **OWNER SECTION (proposed)** | |
| **NAME** | The Analytical Moose LLC |
| **MAILING ADDRESS** | 6633 Mountain Side Dr |
| **CITY** | Igo |
| **STATE** | California |
| **ZIP/POSTAL CODE** | 96047 |
| **COUNTRY/REGION/JURISDICTION/U.S. TERRITORY** | United States |
| **EMAIL** | XXXX |
| **LEGAL ENTITY SECTION (current)** | |
| **TYPE** | limited liability company |
| **STATE/COUNTRY/REGION/JURISDICTION/U.S. TERRITORY WHERE LEGALLY ORGANIZED** | California |
| **LEGAL ENTITY SECTION (proposed)** | |
| **TYPE** | limited liability company |
| **STATE/COUNTRY/REGION/JURISDICTION/U.S. TERRITORY WHERE LEGALLY ORGANIZED** | California |

| EVIDENCE SECTION | |
|---|---|
| EVIDENCE FILE NAME(S) | |
| ORIGINAL PDF FILE | evi_9624614820-2023092016 5536117063_._WILDFIRE_roa.pdf |
| CONVERTED PDF FILE(S) (10 pages) | \\TICRS\EXPORT18\IMAGEOUT 18\975\436\97543627\xml6\ ROA0002.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\975\436\97543627\xml6\ ROA0003.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\975\436\97543627\xml6\ ROA0004.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\975\436\97543627\xml6\ ROA0005.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\975\436\97543627\xml6\ ROA0006.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\975\436\97543627\xml6\ ROA0007.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\975\436\97543627\xml6\ ROA0008.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\975\436\97543627\xml6\ ROA0009.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\975\436\97543627\xml6\ ROA0010.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\975\436\97543627\xml6\ ROA0011.JPG |
| ORIGINAL PDF FILE | evi_9624614820-2023092016 5536117063_._3099983_AWAR E_CitedRegistration_.pdf |
| CONVERTED PDF FILE(S) (1 page) | \\TICRS\EXPORT18\IMAGEOUT 18\975\436\97543627\xml6\ ROA0012.JPG |
| ORIGINAL PDF FILE | evi_9624614820-2023092016 5536117063_._6774715_AWAR E.pdf |
| CONVERTED PDF FILE(S) (1 page) | \\TICRS\EXPORT18\IMAGEOUT 18\975\436\97543627\xml6\ ROA0013.JPG |
| ORIGINAL PDF FILE | evi_9624614820-2023092016 5536117063_._6823782_AWAR E.pdf |
| CONVERTED PDF FILE(S) (1 page) | \\TICRS\EXPORT18\IMAGEOUT 18\975\436\97543627\xml6\ ROA0014.JPG |
| ORIGINAL PDF FILE | evi_9624614820-2023092016 5536117063_._6725109_PROJ ECT_AWARE.pdf |
| CONVERTED PDF FILE(S) (1 page) | \\TICRS\EXPORT18\IMAGEOUT 18\975\436\97543627\xml6\ ROA0015.JPG |
| ORIGINAL PDF FILE | evi_9624614820-2023092016 5536117063_._6208381__MED IA_AWARE.pdf |
| CONVERTED PDF FILE(S) (1 page) | \\TICRS\EXPORT18\IMAGEOUT 18\975\436\97543627\xml6\ ROA0016.JPG |
| ORIGINAL PDF FILE | evi_9624614820-2023092016 5536117063_._5136712_AWAR E.pdf |
| CONVERTED PDF FILE(S) (1 page) | \\TICRS\EXPORT18\IMAGEOUT 18\975\436\97543627\xml6\ ROA0017.JPG |
| ORIGINAL PDF FILE | evi_9624614820-2023092016 5536117063_._6455939_TALK _AWARE.pdf |
| CONVERTED PDF FILE(S) (1 page) | \\TICRS\EXPORT18\IMAGEOUT 18\975\436\97543627\xml6\ ROA0018.JPG |
| ORIGINAL PDF FILE | evi_9624614820-2023092016 5536117063_._4807984_AWAR E.pdf |
| CONVERTED PDF FILE(S) (1 page) | \\TICRS\EXPORT18\IMAGEOUT 18\975\436\97543627\xml6\ ROA0019.JPG |
| ORIGINAL PDF FILE | evi_9624614820-2023092016 5536117063_._4782003_AWAR E.pdf |
| CONVERTED PDF FILE(S) (1 page) | \\TICRS\EXPORT18\IMAGEOUT 18\975\436\97543627\xml6\ ROA0020.JPG |
| ORIGINAL PDF FILE | evi_9624614820-2023092016 5536117063_._5291635_AWAR E.pdf |

| | |
|---|---|
| CONVERTED PDF FILE(S)<br>(1 page) | \\TICRS\EXPORT18\IMAGEOUT 18\975\436\97543627\xml6\ ROA0021.JPG |
| ORIGINAL PDF FILE | evi_9624614820-2023092016 5536117063_._4695899_AWAR E.pdf |
| CONVERTED PDF FILE(S)<br>(1 page) | \\TICRS\EXPORT18\IMAGEOUT 18\975\436\97543627\xml6\ ROA0022.JPG |
| DESCRIPTION OF EVIDENCE FILE | arguments and comments in response to the Section 2(d) refusal along with evidence consisting of third party registrations of marks consisting in whole or in dominant part of the term AWARE |
| **CORRESPONDENCE INFORMATION** | |
| NAME | Donna L. Mirman |
| PRIMARY EMAIL ADDRESS FOR CORRESPONDENCE | tm@lzlegalservices.com |
| SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES) | NOT PROVIDED |
| DOCKET/REFERENCE NUMBER | K557583892 |
| **SIGNATURE SECTION** | |
| RESPONSE SIGNATURE | /DLM/ |
| SIGNATORY'S NAME | Donna L. Mirman |
| SIGNATORY'S POSITION | Attorney of record |
| DATE SIGNED | 09/20/2023 |
| ROLE OF AUTHORIZED SIGNATORY | Authorized U.S.-Licensed Attorney |
| SIGNATURE METHOD | Signed directly within the form |
| **FILING INFORMATION SECTION** | |
| SUBMIT DATE | Wed Sep 20 17:03:37 ET 2023 |
| TEAS STAMP | USPTO/ROA-XX.XXX.XXX.XX-2<br>0230920170337064151-97543<br>627-8501d7e857dea3756c928<br>069c4baca55adbf8267dd1c87<br>35ef3875657992c7a-N/A-N/A<br>-20230920165536117063 |

PTO- 1957
Approved for use through 11/30/2023. OMB 0651-0050
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number

## Response to Office Action

### To the Commissioner for Trademarks:

Application serial no. **97543627** WILDFIRE AWARE(Standard Characters, see https://tmng-al.uspto.gov/resting2/api/img/97543627/large) has been amended as follows:

**EVIDENCE**
Evidence has been attached: arguments and comments in response to the Section 2(d) refusal along with evidence consisting of third party registrations of marks consisting in whole or in dominant part of the term AWARE
**Original PDF file:**
evi_9624614820-2023092016 5536117063_._WILDFIRE_roa.pdf
**Converted PDF file(s)** ( 10 pages) Evidence-1Evidence-2Evidence-3Evidence-4Evidence-5Evidence-6
Evidence-7Evidence-8Evidence-9Evidence-10

**Original PDF file:**
evi_9624614820-2023092016 5536117063_._3099983_AWAR E_CitedRegistration_.pdf
**Converted PDF file(s)** ( 1 page) Evidence-1
**Original PDF file:**
evi_9624614820-2023092016 5536117063_._6774715_AWAR E.pdf
**Converted PDF file(s)** ( 1 page) Evidence-1
**Original PDF file:**
evi_9624614820-2023092016 5536117063_._6823782_AWAR E.pdf
**Converted PDF file(s)** ( 1 page) Evidence-1
**Original PDF file:**
evi_9624614820-2023092016 5536117063_._6725109_PROJ ECT_AWARE.pdf
**Converted PDF file(s)** ( 1 page) Evidence-1
**Original PDF file:**
evi_9624614820-2023092016 5536117063_._6208381__MED IA_AWARE.pdf
**Converted PDF file(s)** ( 1 page) Evidence-1
**Original PDF file:**
evi_9624614820-2023092016 5536117063_._5136712_AWAR E.pdf
**Converted PDF file(s)** ( 1 page) Evidence-1
**Original PDF file:**
evi_9624614820-2023092016 5536117063_._6455939_TALK _AWARE.pdf
**Converted PDF file(s)** ( 1 page) Evidence-1
**Original PDF file:**
evi_9624614820-2023092016 5536117063_._4807984_AWAR E.pdf
**Converted PDF file(s)** ( 1 page) Evidence-1
**Original PDF file:**
evi_9624614820-2023092016 5536117063_._4782003_AWAR E.pdf
**Converted PDF file(s)** ( 1 page) Evidence-1
**Original PDF file:**
evi_9624614820-2023092016 5536117063_._5291635_AWAR E.pdf
**Converted PDF file(s)** ( 1 page) Evidence-1
**Original PDF file:**
evi_9624614820-2023092016 5536117063_._4695899_AWAR E.pdf
**Converted PDF file(s)** ( 1 page) Evidence-1

**OWNER AND/OR ENTITY INFORMATION**
**Applicant proposes to amend the following:**
**Current:** The Analytical Moose LLC, a limited liability company legally organized under the laws of California, having an address of
6633 Mountain Side Dr
Igo, California 96047
United States
Email Address: XXXX

**Proposed:**The Analytical Moose LLC, a limited liability company legally organized under the laws of California, having an address of

6633 Mountain Side Dr
Igo, California 96047
United States
Email Address: XXXX

**Correspondence Information**
Donna L. Mirman
PRIMARY EMAIL FOR CORRESPONDENCE: tm@lzlegalservices.com
SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES): NOT PROVIDED

The docket/reference number is K557583892.

**Requirement for Email and Electronic Filing:** I understand that a valid email address must be maintained by the owner/holder and the owner's/holder's attorney, if appointed, and that all official trademark correspondence must be submitted via the Trademark Electronic Application System (TEAS).

**SIGNATURE(S)**
**Response Signature**
Signature: /DLM/ Date: 09/20/2023
Signatory's Name: Donna L. Mirman
Signatory's Position: Attorney of record
Signature method: Signed directly within the form

The signatory has confirmed that he/she is a U.S.-licensed attorney who is an active member in good standing of the bar of the highest court of a U.S. state (including the District of Columbia and any U.S. Commonwealth or territory); and he/she is currently the owner's/holder's attorney or an associate thereof; and to the best of his/her knowledge, if prior to his/her appointment another U.S.-licensed attorney not currently associated with his/her company/firm previously represented the owner/holder in this matter: the owner/holder has revoked their power of attorney by a signed revocation or substitute power of attorney with the USPTO; the USPTO has granted that attorney's withdrawal request; the owner/holder has filed a power of attorney appointing him/her in this matter; or the owner's/holder's appointed U.S.-licensed attorney has filed a power of attorney appointing him/her as an associate attorney in this matter.

Mailing Address: Donna L. Mirman
LZ LEGAL SERVICES, LLC

101 N. BRAND BLVD 11TH FLOOR
GLENDALE, California 91203
Mailing Address: Donna L. Mirman
LZ LEGAL SERVICES, LLC
101 N. BRAND BLVD 11TH FLOOR
GLENDALE, California 91203

Serial Number: 97543627
Internet Transmission Date: Wed Sep 20 17:03:37 ET 2023
TEAS Stamp: USPTO/ROA-XX.XXX.XXX.XX-2023092017033706
4151-97543627-8501d7e857dea3756c928069c4
baca55adbf8267dd1c8735ef3875657992c7a-N/
A-N/A-20230920165536117063

**IN THE UNITED STATES PATENT AND TRADEMARK OFFICE**

Re: Application Serial No. 97543627
Mark: WILDFIRE AWARE
Applicant: The Analytical Moose
Office Action: July 15, 2023
Examining Attorney: James MacFarlane, Law Office 104

**RESPONSE TO OFFICE ACTION**

**LIKELIHOOD OF CONFUSION REFUSAL**

Applicant seeks to register the mark WILDFIRE AWARE ("Applicant's Mark") covering "downloadable software in the nature of a mobile application for providing public information on wildfires" ("Applicant's Goods"). The Examining Attorney has refused registration on the grounds of a likelihood of confusion with the mark AWARE of Registration No. 3099983 ("Mark of the Cited Registration") covering "situational awareness system, namely, computer hardware, software and sensors, used to provide real-time or near-real-time GPS information regarding emergency incidents or aerial mapping projects" and "preparation of printed or digital maps and emergency incident reports though real-time or near-real-time information gather," ("Registrant's Goods and Services").

Applicant will prove that there is no likelihood of confusion by demonstrating that (1) the commercial impression of the Applicant's Mark and the Mark of the Cited Registration are dissimilar; (2) there is a crowded field of AWARE marks and therefore, the Mark of the Cited Registration is not entitled to a broad scope of protection; and (3) Applicant's Goods and Registrant's Goods and Services are not related. On balance, the weight of the facts relevant to this case weigh strongly in favor of finding no likelihood of confusion. For the reasons discussed below, applicant respectfully traverses the refusal of Applicant's Mark as used on Applicant's Goods and requests that the Examining Attorney approve this application for publication.

**There is No Likelihood of Confusion Between Applicant's Mark and the Mark of the Cited Registration**

In determining whether a likelihood of confusion exists, the fundamental inquiry goes to the cumulative effect of the differences in the marks at issue. *Federated Foods, Inc. v. Fort Howard Paper Co.*, 192 USPQ 24, 29 (CCPA 1976). In considering the difference in the appearance and pronunciation of the respective marks, the focus should be on the effect of the sight, sound, meaning and commercial impression created by the respective marks. *In re du Pont de Nemours & Co.*, 177 USPQ 563 (CCPA 9173). In considering whether registration of Applicant's Mark and the Mark of the Cited Registration will create a likelihood of confusion, the complete marks must be compared. When comparing the marks, they should not be dissected, but rather the total commercial impression of each mark should be considered. *Franklin Mint Corp. v. Master Mfg. Co.*, 212 USPQ 233 (CCPA 1981).

**DISCUSSION**

**1. Dissimilarity of the Marks.**

Upon a comparison of the marks in question in the present instance, Applicant's Mark and the Mark of the Cited Registration are not confusingly similar as AWARE, the Mark of the Cited Registration creates a markedly different overall commercial impression than the Applicant's Mark WILDFIRE AWARE as to obviate any likelihood of confusion.

*(a) The Marks Look Different.*

Applicant's Mark contains two distinct elements: WILDFIRE and AWARE. This is markedly different from the appearance of the Mark of the Cited Registration which is comprised simply of the term AWARE. As can be appreciated from a visual comparison of the two marks, the first and foremost term of Applicant's Mark is not at all present in the Mark of the Cited Registration. Accordingly, the two marks at issue are visually very different.

*(b) Examining Attorney Improperly Dissected the Marks.*

The anti-dissection rule precludes emphasizing certain, incomplete portions of marks without a comparison of both marks in their entireties. The Federal Circuit has been clear:

similarity "cannot be predicated on dissection of a mark, that is, on only part of a mark." *In re Nat'l Data Corp.*, 224 USPQ 749; TMEP §1207.01(b).

Essentially, this means that the Examining Attorney cannot focus on certain elements and must analyze the marks in their completeness. *Jack Wolfskin Ausrustung Fur Draussen Gmbh & Company Kgaa v. New Millennium Sports, SLU*, 116 USPQ2d 1129, 1136 (Fed. Cir. 2015). Considering the marks as a whole also requires evaluating the context of terms, not merely observing any overlapping terms. "It is incorrect to compare marks by eliminating portions thereof and then simply comparing the residue." *China Healthways v. Wang*, 83 USPQ2d 1123 (Fed. Cir. 2007).

Not only does Applicant's Mark differ visually from the Mark of the Cited Registration, but the overall marks impart distinct disparate connotations. It is important to note that the term WILDFIRE of Applicant's Mark is not at all present in the Mark of the Cited Registration. Notwithstanding the disclaimer of this term by Applicant at the request of the Examining Attorney, this term still must be regarded as part of the mark for evaluating likelihood of confusion. *See Specialty Brands, Inc. v. Coffee Bean Distribs., Inc.*, 223 USPQ 1281, 1282 (Fed. Cir. 1984). The absence or presence of a term is especially important when considering the nature of the respective parties' goods in an environment in which consumers are sensitized to encountering similar terms in a broad product category.

*(c) The Marks Create Very Different Connotations and Impart Different Impressions.*

All relevant facts pertaining to appearance, sound and connotation must be considered before similarity as to one or more of those factors may be sufficient to support a finding that the marks are similar or dissimilar. *Packard Press, Inc. v. Hewlett-Packard Co.*, 56 USPQ2d 1351, 1354.

Arguably, the word WILDFIRE of Applicant's Mark is the most important term for the purpose of informing consumers as to the specific nature of the mobile apps. On the other hand, the Mark of the Cited Registration imparts a very vague and open-ended connotation. This notable difference in the connotations of the respective marks serves to further obviate a finding of confusion in the present instance. Accordingly, consumers familiar with the Mark of the Cited

Registration as used on and in connection with Registrant's Goods and Services are not likely to encounter Applicant's Mark in similar circumstances, a fact which tends to further obviate a finding of a likelihood of confusion in the present instance.

These facts may not have been fully considered by the Examining Attorney who appears to have improperly concluded that the shared formative term "AWARE" alone was enough for Applicant's Mark to be confusingly similar to the Mark of the Cited Registration. When the marks are viewed in their entireties, as required under law, there is no doubt that consumers are left with completely different impressions. Accordingly, consumers familiar with the Mark of the Cited Registration as used on and in connection with Registrant's Goods and Services are not likely to be confused upon encountering Applicant's Mark as used on Applicant's Goods.

**2. Applicant's Goods Are Not Related to Registrant's Goods and Services.**

Relatedness requires consideration of whether a consumer encountering the applied-for goods or services and the registered goods or services would incorrectly believe that they originated from the same source. *In re Shell Oil Co*., 26 USPQ2d 1687, 1688 (Fed. Cir. 1993). The issue, however, is not whether the goods are related in the abstract, but whether there is relatedness in the mind of the consuming public as to the origin of those goods or services. *Packard Press, Inc.,* 56 USPQ2d at 1354; TMEP § 1207.01(a)(i). This is a fact-specific determination that must be based on evidence, not assumptions. *Jack Wolfskin* 116 USPQ2d at 1136. When the goods are not the same and are not competitive, as is the case here, more is required to prove a confusing degree of relatedness. *Coach Serv., Inc. v. Triumph Learning LLC*, 96 USPQ2d 1600 (TTAB 2012); TMEP §1207.01(a)(i). Thus, goods offered in the same category are <u>not</u> *per se* related for purposes of likelihood of confusion. *Cooper Industries, Inc. v. Repcoparts USA, Inc.*, 218 USPQ 81, 84 (TTAB 1983); *Lloyd's Food Products, Inc. v. Eli's, Inc.*, 25 USPQ2d 2027 (Fed. Cir. 1993). Relatedness of each parties' prime directive isn't relevant. Rather, the test is whether the consumer might reasonably conclude that the Registrant might offer Applicant's Goods. See *Dreamwerks Prod. Group, Inc. v. SKG Studio*, 142 F.3d 1127, 1131 (9th Cir. 1998). Importantly, relatedness is not an all-or-nothing proposition. Just because marks

may be classified within the same broad category does not mean the goods/services are automatically related. *Elec. Data Sys. Corp. v. EDSA Micro Corp.*, 23 USPQ2d 1460, 1463 (TTAB 1992); *In re The WW Henry Co., L.P.*, 82 USPQ2d 1213 (TTAB 2007); *Harvey Hubbell Inc. v. Tolcyo Seimitsu Co., Ltd.*, 188 USPQ 517 (TTAB 1975). In fact, when two parties' goods are part of distinct sectors of a broad category, they can be sufficiently unrelated such that customers are not likely to mistakenly believe that they originate from the same source. *Checkpoint Systems, Inc. v. Check Point Software Technologies, Inc.*, 269 F.3d 270, 288 (3rd Cir. 2001) (no likelihood of confusion between the marks CHECKPOINT for security monitoring systems and CHECK POINT SOFTWARE for computer firewall software technology).

As in *Checkpoint Systems, Inc. supra,* Applicant's Goods and Registrant's Goods and Services should not be considered related simply because the respective parties' goods fall into the same broad category of computer software technology. Contrary to the finding of a likelihood of confusion, the respective parties' goods will not be encountered by the same consumers in the same circumstances thereby negating the presence of a likelihood of confusion in the present instance. While Applicant's Goods and Registrant's Goods are both categorized in class 009, any similarities between the goods end there. Contrary to Applicant's Goods which are in the nature of downloadable computer software, Registrant's Mark is used on platform as a services (PAAS) which features computer software platforms. This platform is inherently distinct from Applicant's Goods. As it is highly unlikely that the respective parties' goods would be encountered by the same consumers in the same circumstances, the presence of a likelihood of confusion in the present instance is further mitigated.

As can be seen from the specimens submitted by the registrant in support of its Section 8 and 9 renewal filed on July 11, 2016 (See Evidence attached as Exhibit A), Registrant's Mark is not at all used on downloadable computer software as is Applicant's Mark or any platform which would provide public information on wildfires. Specifically, Registrant's Mark is used in connection with a platform which provides flexible data acquisition and utilizes a situation awareness system capable of real-time GPS data collection and map generation integrated with dozens of available imaging LIDA and inertia sensors. Inertia sensors are used to transduce inertial force into measurable electrical signals to measure acceleration, inclination, and vibration

of an object and not seen by the end consumer. *See* definition of inertial sensors taken from https://www.engineersgarage.com/what-are-inertial-sensors/#:~:text=Inertial%20sensors%20are%20used%20to,single%2Dcrystal%20silicon%20sensor%20elements attached as Exhibit B. There is simply no relation between Applicant's Goods and Registrant's Goods and Services. Accordingly, consumers familiar with the Mark of the Cited Registration for Registrant's Goods and Services are an entirely different targeted audience than are the end consumers of Applicant's Goods and will not travel through the same trade channels.

**3. Third Party Registrations of AWARE marks all coexist on the Principal Register.**

The decision of the Examining Attorney in finding a likelihood of confusion between Applicant's Mark and the Mark of the Cited Registration seems highly inconsistent with prior decisions of the USPTO. As evidenced by the coexistence of numerous registrations of marks consisting in whole or in dominant part of the word AWARE ("Third Party Registrations"), the USPTO has previously registered marks with the term AWARE, all of which cover goods in the relevant class.[1]

In addition to the Mark of the Cited Registration, the following Third Party Registrations all contain the word AWARE in whole or in dominant part. By way of example, see below:

• Registration No. 4695899 of the mark **AWARE**, issued on March 3, 20115 covering "computer software for managing, analyzing and synthesizing medical information and patient data," owned by Ambient Clinical Analytics, Inc.

• Registration No. 5291635 of the mark **AWARE**, issued on September 19, 2017 covering in relevant part, "systems comprised of computer hardware, software and network connection hardware for configuring, controlling, and managing media presentations on

[1] Status copies of the Third Party Registrations have been downloaded and included along with the response to show their active status in the USPTO database.

electronic display boards and electronic display screens," owned by Nanolumens, Inc.

• Registration No. 4782003 of the mark **AWARE**, issued on July 28, 2015 covering in relevant part, "computer software for use in tracking, maintaining, organizing, and indexing a wide range of information related to financial accountability, employment, case outcomes, case activities, educational courses, training, performance accountability, and case status, in the fields of vocational rehabilitation case management, social service case management, and independent living case management; computer software for managing cases, contracts, and projects in connection with workforce investment systems such as under the workforce investment act; and computer software for use in managing databases," owned by Alliance Enterprises, Inc.

• Registration No. 4807984 of the mark **AWARE** issued on September 8, 2015 covering "computer software for use in the educational field in planning and evaluation of student assessments, analyzing the performance of students and managing test item banks," owned by eduphoria! Incorporated.

• Registration No. 6455939 of the mark TALK **AWARE** [Disclaimer: TALK], issued on August 17, 2021 covering "computer software for communicating with users of hand-held computers; Computer application software for mobile phones, namely, software for text messaging; Computer application software for mobile phones, namely, software for voice recognition; Computer application software for mobile phones, namely, software for modifying voice-to-text data," Karmagreen, LLC.

• Registration No. 5136712 of the mark **AWARE**, issued on February 7, 2017 covering "medical and patient alarm management software [and hardware] for use in evaluating, reviewing and analyzing alarm occurrences," owned by Nihon Kohden America, Inc.

• Registration No. 6208381 of the mark MEDIA **AWARE** [Disclaimer: MEDIA], issued on December 1, 2020 covering "downloadable educational course materials in the fields of

substance abuse, sexual assault, sexually transmitted infections and unplanned pregnancy prevention, health education, and social-emotional learning," owned by Innovation Reserach and Training, Inc.

• Registration No. 6725109 of the mark PROJECT **AWARE** [Disclaimer: PROJECT], issued on May 24, 2022 covering "downloadable electronic publications, namely, instructional texts, brochures, scripts, informational pamphlets and plays featuring, educational information on the issue of substance abuse," owned by Hackensack Meridian Health, Inc.

• Registration No. 6823782 of the mark **AWARE**, issued on August 23, 2022 covering in relevant part "downloadable computer software for data processing and data management for use in the fields of biometrics, identity, security, and authentication for fingerprint, voice, face and iris modalities; Recorded software for data processing and data management for use in the fields of biometrics, identity, security, and authentication for fingerprint, voice, face and iris modalities," owned by Aware, Inc.

• Registration No. 6774715 of the mark **AWARE**, issued on June 28, 2022 covering in relevant part "downloadable computer software for use in tracking, maintaining, organizing, and indexing a wide range of information related to financial accountability, employment, case outcomes, case activities, educational courses, training, performance accountability, and case status, in the fields of vocational rehabilitation case management, social service case management, and independent living case management; downloadable computer software for managing cases, contracts, and projects in connection with workforce investment systems such as under the Workforce Investment Act; and downloadable computer software for use in managing database," owned by Alliance Enterprises, Inc.

• Registration No. 3099983 of the mark **AWARE [Mark of the Cited Registration]**, issued on June 6, 2006 covering, "situational awareness system, namely, computer hardware, software and sensors, used to provide real-time or near- real-time GPS information regarding emergency incidents or aerial mapping projects" and "preparation of printed or digital maps and

emergency incident reports though real-time or near-real-time information gather," owned by Situation Awareness Systems LLC.

As can be appreciated by the issuance of these Third Party Registrations, this is not simply a case where the Mark of the Cited Registration is the only other mark which consists of the word AWARE. Due to the coexistence of the numerous issued Third Party Registrations, all in class 009, customers are more likely to consider each of these marks more carefully in order to ascertain the source of the goods or services rendered under the respective marks. *In re Shawnee Milling Co.*, 225 USPQ 747, 749 (TTAB 1985) (holding that there is no likelihood of confusion between the marks GOLDEN CRUST for flour and ADOLPH'S GOLD'N CRUST & design for coating and seasoning for food items).

In looking at the totality of the Third Party Registrations, the USPTO has approved numerous marks containing the wording AWARE in whole or in dominant part whereby allowing them all to coexist on the Principal Register. In fact, Applicant's Mark is more dissimilar in appearance and commercial impression to the Mark of the Cited Registration than is the Mark of the Cited Registration to the identical mark AWARE of registration nos. 4695899, 5291635, 4782003, 5136712 , 6774715 and 6823782.

**4. Crowded Field Exists for the Mark AWARE.**

The court in *Halo Management, LLC v. Interland, Inc.*, 76 USPQ2d 1199 (N.D. Cal. 2003) explains that where marks are similar, goods and services are related and the marketing channels are shared:

> This trio of conclusions would seem to support an initial inference of consumer confusion. The court must caution, though, that this initial inference of possible confusion is, in this instance, misleading. As explained above, the relevant trademark "field" is "crowded," a conclusion that cuts against HM's [the plaintiff's] likelihood of confusion claim.

Finding that dozens of companies utilize some variant of the "halo" term, and many of these

companies do so in the Internet and computer context without distinguishing their marks from the plaintiff's, the court held that the plaintiff's registration of HALO for email, web-search functions and web hosting to its subscribers and customers was not infringed by the defendant's use of BLUE HALO & Design and bluehalo.com to deliver its Internet-based services to its subscribers and customers. It quoted with approval from Entrepreneur Media v. Smith, 61 USPQ2d 1705 (9th Cir. 2002) that "the marketplace is replete with products using a particular trademarked word indicates not only the difficulty in avoiding its use but also, and directly, the likelihood that consumers will not be confused by its use."

Given the widespread use of the term AWARE, Applicant's Mark can come closer to the Mark of the Cited Registration without causing a likelihood of confusion. *See Plus Prods. V. Natural Organics, Inc.* 204 USPQ 773, 779 - 80 (TTAB 1979) (allowing registration of NATURE'S PLUS for vitamins despite prior registration of PLUS for vitamins given coexistence of a number of registrations containing PLUS for similar goods).

**CONCLUSION**

Based upon the foregoing, Applicant respectfully requests withdrawal of the Section 2(d) refusal and that the Examining Attorney approve Applicant's Mark for publication.

*TESS was last updated on Wed Sep 20 03:32:22 EDT 2023*



## Record 1 out of 1



Aware

| | |
|---|---|
| **Word Mark** | AWARE |
| **Goods and Services** | IC 009. US 021 023 026 036 038. G & S: situation awareness system, namely computer hardware, software and sensors, used to provide real-time or near-real-time GIS information regarding emergency incidents or aerial mapping projects. FIRST USE: 20010400. FIRST USE IN COMMERCE: 20020608<br><br>IC 042. US 100 101. G & S: Preparation of printed or digital maps and emergency incident reports through real-time or near-real-time information gathering. FIRST USE: 20010400. FIRST USE IN COMMERCE: 20020608 |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 78404055 |
| **Filing Date** | April 19, 2004 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | September 27, 2005 |
| **Registration Number** | **3099983** |
| **Registration Date** | June 6, 2006 |
| **Owner** | (REGISTRANT) Fireball Information Technologies, LLC LIMITED LIABILITY COMPANY NEVADA 1240 Fairfield Ave Reno NEVADA 89509<br><br>(LAST LISTED OWNER) SITUATION AWARENESS SYSTEMS LLC LIMITED LIABILITY COMPANY NEVADA 4925 PINEBLUFF TRAIL RENO NEVADA 89519 |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | Michael K. Iwahiro |
| **Type of Mark** | TRADEMARK. SERVICE MARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). SECTION 8(10-YR) 20160928. |
| **Renewal** | 1ST RENEWAL 20160928 |
| **Live/Dead Indicator** | LIVE |

United States Patent and Trademark Office
Home | Site Index | Search | FAQ | Glossary | Contacts | eBusiness | eBiz alerts | News

Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Wed Sep 20 03:32:22 EDT 2023*

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP
Logout Please logout when you are done to release system resources allocated for you.

## Record 1 out of 1

TSDR | ASSIGN Status | TTAB Status *( Use the "Back" button of the Internet Browser to return to TESS)*

| | |
|---|---|
| **Word Mark** | AWARE |
| **Goods and Services** | IC 009. US 021 023 026 036 038. G & S: Downloadable computer software for use in tracking, maintaining, organizing, and indexing a wide range of information related to financial accountability, employment, case outcomes, case activities, educational courses, training, performance accountability, and case status, in the fields of vocational rehabilitation case management, social service case management, and independent living case management; downloadable computer software for managing cases, contracts, and projects in connection with workforce investment systems such as under the Workforce Investment Act; and downloadable computer software for use in managing database. FIRST USE: 20130000. FIRST USE IN COMMERCE: 20130000<br><br>IC 042. US 100 101. G & S: Providing temporary use of online non-downloadable computer software for use in tracking, maintaining, organizing, and indexing a wide range of information related to financial accountability, employment, case outcomes, case activities, educational courses, training, performance accountability, and case status, in the fields of vocational rehabilitation case management, social service case management, and independent living case management; providing temporary use of online non-downloadable computer software for managing cases, contracts, and projects in connection with workforce investment systems such as under the Workforce Investment Act; and providing temporary use of online non-downloadable computer software for use in managing databases. FIRST USE: 20130000. FIRST USE IN COMMERCE: 20130000 |
| **Mark Drawing Code** | (3) DESIGN PLUS WORDS, LETTERS, AND/OR NUMBERS |
| **Design Search Code** | 26.09.02 - Plain single line squares ; Squares, plain single line<br>26.09.03 - Incomplete squares ; Squares, incomplete<br>26.13.03 - Incomplete quadrilaterals and quadrilaterals made of broken or dotted lines ; Quadrilaterals made with broken lines ; Quadrilaterals (incomplete) |
| **Serial Number** | 90863786 |
| **Filing Date** | August 3, 2021 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | April 12, 2022 |
| **Registration Number** | **6774715** |
| **Registration Date** | June 28, 2022 |
| **Owner** | (REGISTRANT) Alliance Enterprises, Inc. CORPORATION WASHINGTON 2590 Willamette Drive, Suite 101 Lacey WASHINGTON 98516 |
| **Attorney of Record** | Pam Kohli Jacobson |
| **Prior Registrations** | 4782003 |
| **Description of Mark** | The mark consists of of a square, tilted back, with the word "AWARE" atop the square's upper right corner, breaking the lines of the corner. |
| **Type of Mark** | TRADEMARK. SERVICE MARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP

| HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

*TESS was last updated on Wed Sep 20 03:32:22 EDT 2023*



Logout Please logout when you are done to release system resources allocated for you.

## Record 1 out of 1

TSDR | ASSIGN Status | TTAB Status *( Use the "Back" button of the Internet Browser to return to TESS)*

AWARE

| | |
|---|---|
| **Word Mark** | AWARE |
| **Goods and Services** | IC 009. US 021 023 026 036 038. G & S: Downloadable computer software for data processing and data management for use in the fields of biometrics, identity, security, and authentication for fingerprint, voice, face and iris modalities; Recorded software for data processing and data management for use in the fields of biometrics, identity, security, and authentication for fingerprint, voice, face and iris modalities. FIRST USE: 20201106. FIRST USE IN COMMERCE: 20201106<br><br>IC 042. US 100 101. G & S: Platform as a service (PAAS) featuring computer software platforms for for data processing and data management for use in the fields of biometrics, identity, security, and authentication for fingerprint, voice, face and iris modalities; Providing temporary use of on-line non-downloadable software and applications for data processing and data management for use in the fields of biometrics, identity, security, and authentication for fingerprint, voice, face and iris modalities; Design for others in the field of computer networks, software, and engineering for the design and development of software in the fields of biometrics, identity, security, and authentication for fingerprint, voice, face and iris modalities. FIRST USE: 20201106. FIRST USE IN COMMERCE: 20201106 |
| **Mark Drawing Code** | (5) WORDS, LETTERS, AND/OR NUMBERS IN STYLIZED FORM |
| **Serial Number** | 90538685 |
| **Filing Date** | February 22, 2021 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | June 7, 2022 |
| **Registration Number** | **6823782** |
| **Registration Date** | August 23, 2022 |
| **Owner** | (REGISTRANT) Aware, Inc. CORPORATION MASSACHUSETTS 40 Middlesex Turnpike Bedford MASSACHUSETTS 01730 |
| **Attorney of Record** | Thomas E. Kenney |
| **Prior Registrations** | 2119256;2566453 |
| **Description of Mark** | The mark consists of a stylized version of the word "AWARE". |
| **Type of Mark** | TRADEMARK. SERVICE MARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Contacts | eBusiness | eBiz alerts | News

Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Wed Sep 20 03:32:22 EDT 2023*

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP

Logout Please logout when you are done to release system resources allocated for you.

## Record 1 out of 1

TSDR | ASSIGN Status | TTAB Status *( Use the "Back" button of the Internet Browser to return to TESS)*

# PROJECT AWARE

| | |
|---|---|
| **Word Mark** | PROJECT AWARE |
| **Goods and Services** | IC 009. US 021 023 026 036 038. G & S: Downloadable electronic publications, namely, instructional texts, brochures, scripts, informational pamphlets and plays featuring educational information on the issue of substance abuse. FIRST USE: 20220304. FIRST USE IN COMMERCE: 20220304 |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 88035020 |
| **Filing Date** | July 12, 2018 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1B |
| **Published for Opposition** | January 8, 2019 |
| **Registration Number** | **6725109** |
| **Registration Date** | May 24, 2022 |
| **Owner** | (REGISTRANT) Hackensack Meridian Health, Inc. CORPORATION NEW JERSEY 343 Thornall Street Edison NEW JERSEY 08837 |
| **Attorney of Record** | Ira Hammer |
| **Disclaimer** | NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "PROJECT" APART FROM THE MARK AS SHOWN |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP

| HOME | SITE INDEX | SEARCH | eBUSINESS | HELP | PRIVACY POLICY

United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Contacts | eBusiness | eBiz alerts | News

Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Wed Sep 20 03:32:22 EDT 2023*

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP

Logout Please logout when you are done to release system resources allocated for you.

## Record 1 out of 1

TSDR | ASSIGN Status | TTAB Status *( Use the "Back" button of the Internet Browser to return to TESS)*

# MEDIA AWARE

| | |
|---|---|
| **Word Mark** | MEDIA AWARE |
| **Goods and Services** | IC 009. US 021 023 026 036 038. G & S: Downloadable educational course materials in the fields of substance use, sexual assault, sexually transmitted infections and unplanned pregnancy prevention, health education, and social-emotional learning. FIRST USE: 20180531. FIRST USE IN COMMERCE: 20180531 |
| | IC 041. US 100 101 107. G & S: Education services, namely, providing on-line classes, training, and mobile learning in the fields of substance use, sexual assault, sexually transmitted infections and unplanned pregnancy prevention, health education, and social-emotional learning; Educational services, namely, conducting informal programs in the fields of substance use, sexual assault, sexually transmitted infections and unplanned pregnancy prevention, health education, and social-emotional learning, using on-line activities and interactive exhibits, and printable materials distributed therewith; Educational services, namely, conducting training and evaluation in the fields of substance use, sexual assault, sexually transmitted infections and unplanned pregnancy prevention, health education, and social-emotional learning and distribution of materials in connection therewith in hard copy or electronic format on the same topics; Educational services, namely, teacher training in the fields of substance use, sexual assault, sexually transmitted infections and unplanned pregnancy prevention, health education, and social-emotional learning provided on a real-time basis during classroom instruction. FIRST USE: 20180531. FIRST USE IN COMMERCE: 20180531 |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 88246015 |
| **Filing Date** | December 31, 2018 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | June 25, 2019 |
| **Registration Number** | 6208381 |
| **Registration Date** | December 1, 2020 |
| **Owner** | (REGISTRANT) Innovation Research and Training, Inc. CORPORATION NORTH CAROLINA c/o Forrest Firm, P.C. 406 Blackwell St., Ste 420 Durham NORTH CAROLINA 27701 |
| **Attorney of Record** | William Lyle Gravatt |
| **Disclaimer** | NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "MEDIA" APART FROM THE MARK AS SHOWN |
| **Type of Mark** | TRADEMARK. SERVICE MARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP

| HOME | SITE INDEX | SEARCH | eBUSINESS | HELP | PRIVACY POLICY

*TESS was last updated on Wed Sep 20 03:32:22 EDT 2023*



Logout Please logout when you are done to release system resources allocated for you.

## Record 1 out of 1

TSDR | ASSIGN Status | TTAB Status *( Use the "Back" button of the Internet Browser to return to TESS)*

# AWARE

| | |
|---|---|
| **Word Mark** | AWARE |
| **Goods and Services** | IC 009. US 021 023 026 036 038. G & S: Medical and patient alarm management software [ and hardware ] for use in evaluating, reviewing and analyzing alarm occurrences. FIRST USE: 20151022. FIRST USE IN COMMERCE: 20151022 |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 87070761 |
| **Filing Date** | June 14, 2016 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | November 22, 2016 |
| **Registration Number** | **5136712** |
| **Registration Date** | February 7, 2017 |
| **Owner** | (REGISTRANT) Nihon Kohden America, Inc. CORPORATION CALIFORNIA 15353 BARRANCA PKWY IRVINE CALIFORNIA 92618 |
| **Attorney of Record** | Charlene M. Krogh |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). |
| **Live/Dead Indicator** | LIVE |

United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Contacts | eBusiness | eBiz alerts | News

Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Wed Sep 20 03:32:22 EDT 2023*

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP

Logout Please logout when you are done to release system resources allocated for you.

## Record 1 out of 1

TSDR | ASSIGN Status | TTAB Status *( Use the "Back" button of the Internet Browser to return to TESS)*

# TALK AWARE

| | |
|---|---|
| **Word Mark** | TALK AWARE |
| **Goods and Services** | IC 009. US 021 023 026 036 038. G & S: Computer software for communicating with users of hand-held computers; Computer application software for mobile phones, namely, software for text messaging; Computer application software for mobile phones, namely, software for voice recognition; Computer application software for mobile phones, namely, software for modifying voice-to-text data. FIRST USE: 20200617. FIRST USE IN COMMERCE: 20200617 |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 87599359 |
| **Filing Date** | September 7, 2017 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1B |
| **Published for Opposition** | March 6, 2018 |
| **Registration Number** | **6455939** |
| **Registration Date** | August 17, 2021 |
| **Owner** | (REGISTRANT) KARMAGREEN, LLC DBA Mt Lotz LIMITED LIABILITY COMPANY DELAWARE 912 SE 46th Lane, #204 Cape Coral FLORIDA 33904 |
| **Attorney of Record** | George F. Wallace |
| **Disclaimer** | NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "TALK" APART FROM THE MARK AS SHOWN |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP

| HOME | SITE INDEX | SEARCH | eBUSINESS | HELP | PRIVACY POLICY

United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Contacts | eBusiness | eBiz alerts | News

Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Wed Sep 20 03:32:22 EDT 2023*

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP

Logout Please logout when you are done to release system resources allocated for you.

## Record 1 out of 1

TSDR | ASSIGN Status | TTAB Status *( Use the "Back" button of the Internet Browser to return to TESS)*

# AWARE

| | |
|---|---|
| **Word Mark** | AWARE |
| **Goods and Services** | IC 009. US 021 023 026 036 038. G & S: Computer software for use in the educational field in planning and evaluation of student assessments, analyzing the performance of students, and managing test item banks. FIRST USE: 20070613. FIRST USE IN COMMERCE: 20070613 |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 86520976 |
| **Filing Date** | February 2, 2015 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | June 23, 2015 |
| **Registration Number** | **4807984** |
| **Registration Date** | September 8, 2015 |
| **Owner** | (REGISTRANT) eduphoria! Incorporated CORPORATION TEXAS 6800 Weiskoph Ave Ste 150 McKinney TEXAS 75070-534 |
| **Attorney of Record** | Dyan M. House |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). |
| **Live/Dead Indicator** | LIVE |

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP

| HOME | SITE INDEX | SEARCH | eBUSINESS | HELP | PRIVACY POLICY

United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Contacts | eBusiness | eBiz alerts | News

Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Wed Sep 20 03:32:22 EDT 2023*

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST | CURR LIST | NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC

Logout Please logout when you are done to release system resources allocated for you.

Start List At: OR Jump to record: **Record 5 out of 5**

TSDR | ASSIGN Status | TTAB Status *( Use the "Back" button of the Internet Browser to return to TESS)*

# Aware

| | |
|---|---|
| **Word Mark** | AWARE |
| **Goods and Services** | IC 009. US 021 023 026 036 038. G & S: Computer software for use in tracking, maintaining, organizing, and indexing a wide range of information related to financial accountability, employment, case outcomes, case activities, educational courses, training, performance accountability, and case status, in the fields of vocational rehabilitation case management, social service case management, and independent living case management; computer software for managing cases, contracts, and projects in connection with workforce investment systems such as under the workforce investment act; and computer software for use in managing databases. FIRST USE: 19980501. FIRST USE IN COMMERCE: 19980701<br><br>IC 042. US 100 101. G & S: Providing temporary use of online non-downloadable computer software for use in tracking, maintaining, organizing, and indexing a wide range of information related to financial accountability, employment, case outcomes, case activities, educational courses, training, performance accountability, and case status, in the fields of vocational rehabilitation case management, social service case management, and independent living case management; providing temporary use of online non-downloadable computer software for managing cases, contracts, and projects in connection with workforce investment systems such as under the Workforce Investment Act; and providing temporary use of online non-downloadable computer software for use in managing databases. FIRST USE: 20010430. FIRST USE IN COMMERCE: 20010915 |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 86489353 |
| **Filing Date** | December 23, 2014 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | May 12, 2015 |
| **Registration Number** | **4782003** |
| **Registration Date** | July 28, 2015 |
| **Owner** | (REGISTRANT) Alliance Enterprises, Inc. CORPORATION WASHINGTON 2590 Willamette Drive, Suite 101 Lacey WASHINGTON 98516 |
| **Attorney of Record** | Pam Kohli Jacobson |
| **Type of Mark** | TRADEMARK. SERVICE MARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). |
| **Live/Dead Indicator** | LIVE |

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP | PREV LIST | CURR LIST | NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC

| HOME | SITE INDEX | SEARCH | eBUSINESS | HELP | PRIVACY POLICY

**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Contacts | eBusiness | eBiz alerts | News

Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Wed Sep 20 03:32:22 EDT 2023*

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP

Logout Please logout when you are done to release system resources allocated for you.

## Record 1 out of 1

TSDR | ASSIGN Status | TTAB Status *( Use the "Back" button of the Internet Browser to return to TESS)*

# AWARE

| | |
|---|---|
| **Word Mark** | AWARE |
| **Goods and Services** | IC 009. US 021 023 026 036 038. G & S: Systems comprised of computer hardware, software, and network connection hardware for configuring, controlling, and managing media presentations on electronic display boards and electronic display screens; systems comprised of computer hardware, software, and network connection hardware for providing data, metrics, and analytics pertaining to the media displayed on electronic display boards and electronic display screens. FIRST USE: 20161206. FIRST USE IN COMMERCE: 20161206<br><br>IC 035. US 100 101 102. G & S: Providing business media presentations on systems comprised of computer hardware, software, and cloud connected electronic displays for business or advertising purposes. FIRST USE: 20161206. FIRST USE IN COMMERCE: 20161206<br><br>IC 041. US 100 101 107. G & S: Providing media presentations in the field of sports, art, pop culture, and current events news on systems comprised of computer hardware, software, and cloud connected electronic displays for entertainment purposes. FIRST USE: 20161206. FIRST USE IN COMMERCE: 20161206<br><br>IC 042. US 100 101. G & S: Computer services, namely, providing configuration, control, and management of computer hardware, software, and cloud connected electronic displays; scientific and technological services, namely, providing technical data, metrics, and analytics pertaining to the media displayed on electronic display boards and electronic display screens by means of systems comprised of computer hardware, software, and cloud connected electronic displays. FIRST USE: 20161206. FIRST USE IN COMMERCE: 20161206 |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 86783740 |
| **Filing Date** | October 9, 2015 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1B |
| **Published for Opposition** | September 13, 2016 |
| **Registration Number** | **5291635** |
| **Registration Date** | September 19, 2017 |
| **Owner** | (REGISTRANT) NANOLUMENS, INC. CORPORATION GEORGIA 5390 Triangle Parkway Suite 300 Peachtree Corners GEORGIA 30092 |
| **Attorney of Record** | Michael D. Hobbs, Jr., Esq. |
| **Type of Mark** | TRADEMARK. SERVICE MARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP

| HOME | SITE INDEX | SEARCH | eBUSINESS | HELP | PRIVACY POLICY

United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Contacts | eBusiness | eBiz alerts | News

Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Wed Sep 20 03:32:22 EDT 2023*

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP

Logout Please logout when you are done to release system resources allocated for you.

## Record 1 out of 1

TSDR | ASSIGN Status | TTAB Status *( Use the "Back" button of the Internet Browser to return to TESS)*

# AWARE

| | |
|---|---|
| **Word Mark** | AWARE |
| **Goods and Services** | IC 009. US 021 023 026 036 038. G & S: Computer software for managing, analyzing and synthesizing medical information and patient data. FIRST USE: 20110501. FIRST USE IN COMMERCE: 20140103 |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 86349564 |
| **Filing Date** | July 28, 2014 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | December 16, 2014 |
| **Registration Number** | **4695899** |
| **Registration Date** | March 3, 2015 |
| **Owner** | (REGISTRANT) Ambient Clinical Analytics, Inc. CORPORATION MINNESOTA 221 First Ave SW, Suite 202 Rochester MINNESOTA 55902 |
| **Attorney of Record** | Christopher C. Wendland |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 8 (6-YR). |
| **Live/Dead Indicator** | LIVE |

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP

| HOME | SITE INDEX | SEARCH | eBUSINESS | HELP | PRIVACY POLICY