# EXHIBIT H

**Caverly, Lauren (NSH - X68831)**

**From:** Kevin Touati <kevin.touati@lawhivelegal.com>
**Sent:** Wednesday, February 18, 2026 11:00 AM
**To:** Caverly, Lauren (NSH - X68831); Neustadt, Dan (WAS - X75163)
**Cc:** Markel, Katherine A (TYS - X78047); Simonich, Andrea (WAS - X75558); PT Docketing
**Subject:** Re: [FRE 408 COMMUNICATION] WILDFIRE AWARE | AWARECA

*[External email]*
Dear Lauren,

Thank you for your response. While we appreciate your client's sentiments, we must firmly disagree with your legal assertions. Many of the claims in your letter are directly contradicted by Intterra's own public declarations and strategic actions.

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

**3. Formal Intent to Seek Judicial Relief**

Given the clear evidence of intentional market encroachment and the substantial likelihood of consumer confusion, our client is not limiting her response to USPTO opposition proceedings.

If this matter is not resolved prior to the Spring 2026 launch, our client is prepared to file a complaint in the United States District Court for the Northern District of California asserting claims for trademark infringement under 15 U.S.C. § 1114, false designation of origin under 15 U.S.C. § 1125(a), unfair competition under applicable state law, and such other claims as the facts may support under federal and state laws.

We will also seek all available relief, including preliminary and permanent injunctive relief against Intterra's use of AWARE-formative marks in the consumer mobile application marketplace, as well as disgorgement of profits, actual damages, and enhanced damages for willful infringement under 15 U.S.C. § 1117, attorneys' fees, and any other remedies available at law or in equity. Intterra's public statements regarding its intent to displace "private apps" will serve as evidence of willful conduct.

[redacted]

[redacted]

[redacted]

[redacted]

We request a substantive response by March 4, 2026, addressing [redacted]

Absent a satisfactory resolution, we will proceed with the federal filings referenced above prior to Intterra's announced Spring 2026 launch.

Very truly yours,

Kevin

**From:** Lauren.Caverly@hklaw.com <Lauren.Caverly@hklaw.com>
**Sent:** Friday, February 13, 2026 3:52 PM
**To:** Kevin Touati <kevin.touati@lawhivelegal.com>; Dan.Neustadt@hklaw.com <Dan.Neustadt@hklaw.com>
**Cc:** Katherine.Markel@hklaw.com <Katherine.Markel@hklaw.com>; Andrea.Simonich@hklaw.com <Andrea.Simonich@hklaw.com>; pt-docketing@hklaw.com <pt-docketing@hklaw.com>
**Subject:** RE: [FRE 408 COMMUNICATION] WILDFIRE AWARE | AWARECA

**FRE 408 COMMUNICATION – WITHOUT PREJUDICE**

Hi Kevin,

Thanks for taking time to speak with us last week. We wanted to memorialize our conversion in writing.

As discussed, [redacted]

[redacted]

[redacted]

Given all the foregoing, our client believes the parties may use and register their respective marks without risk of confusion, and considers this matter closed.

To end on a more personal note, our client wishes to emphasize that they remain genuine fans of Rachael and her work. She has shown grit in building product from scratch, and nothing about our client's platform or mission is intended to diminish her efforts or directly compete with her. Intterra respects what Rachael has accomplished thus far, and sincerely wishes her continued success.

If you have any further questions, please let us know.

Best,

Lauren & Dan

**Lauren Caverly** | **Holland & Knight**
511 Union Street, Suite 2700 | Nashville, TN 37219
Phone: 615.850.8831

View professional biography

**From:** Kevin Touati <kevin.touati@lawhivelegal.com>
**Sent:** Wednesday, February 4, 2026 9:27 AM
**To:** Neustadt, Dan (WAS - X75163) <Dan.Neustadt@hklaw.com>
**Cc:** Markel, Katherine A (TYS - X78047) <Katherine.Markel@hklaw.com>; Simonich, Andrea (WAS - X75558) <Andrea.Simonich@hklaw.com>; PT Docketing <pt-docketing@hklaw.com>; Pratt, Lauren C (NSH - X68831) <Lauren.Pratt@hklaw.com>
**Subject:** Re: [FRE 408 COMMUNICATION] WILDFIRE AWARE | AWARECA

*[External email]*
Hi Dan,

Yes, that works.

Thanks,
Kevin

---

**From:** Dan.Neustadt@hklaw.com <Dan.Neustadt@hklaw.com>
**Sent:** Wednesday, February 4, 2026 12:07 AM
**To:** Kevin Touati <kevin.touati@lawhivelegal.com>
**Cc:** Katherine.Markel@hklaw.com <Katherine.Markel@hklaw.com>; Andrea.Simonich@hklaw.com <Andrea.Simonich@hklaw.com>; pt-docketing@hklaw.com <pt-docketing@hklaw.com>; Lauren.Pratt@hklaw.com <Lauren.Pratt@hklaw.com>
**Subject:** RE: [FRE 408 COMMUNICATION] WILDFIRE AWARE | AWARECA

Thanks, Kevin. Does 11 am ET work for you?

**Dan Neustadt | Holland & Knight**
Phone 202.469.5163 | **Mobile 917.517.4928**
View professional biography

**From:** Kevin Touati <kevin.touati@lawhivelegal.com>
**Sent:** Tuesday, February 3, 2026 11:21 PM
**To:** Neustadt, Dan (WAS - X75163) <Dan.Neustadt@hklaw.com>
**Cc:** Markel, Katherine A (TYS - X78047) <Katherine.Markel@hklaw.com>; Simonich, Andrea (WAS - X75558) <Andrea.Simonich@hklaw.com>; PT Docketing <pt-docketing@hklaw.com>; Pratt, Lauren C (NSH - X68831) <Lauren.Pratt@hklaw.com>
**Subject:** Re: [FRE 408 COMMUNICATION] WILDFIRE AWARE | AWARECA

*[External email]*
Hi Dan,

Sure - We can discuss on Friday. Let me know your availability in the morning if that still works.

Regards,
Kevin

---

**From:** Dan.Neustadt@hklaw.com <Dan.Neustadt@hklaw.com>
**Sent:** Tuesday, February 3, 2026 2:37 PM
**To:** Kevin Touati <kevin.touati@lawhivelegal.com>
**Cc:** Katherine.Markel@hklaw.com <Katherine.Markel@hklaw.com>; Andrea.Simonich@hklaw.com <Andrea.Simonich@hklaw.com>; pt-docketing@hklaw.com <pt-docketing@hklaw.com>; Lauren.Pratt@hklaw.com <Lauren.Pratt@hklaw.com>
**Subject:** [FRE 408 COMMUNICATION] WILDFIRE AWARE | AWARECA

**FRE 408 COMMUNICATION**
***Without prejudice***

Kevin,

We represent Intterra, LLC. Our client forwarded us your January 28 letter (attached). Please let us know your availability tomorrow or Friday to discuss this matter.

Best,
Dan

**Daniel C. Neustadt** | **Holland & Knight**
Partner
Holland & Knight LLP
800 17th Street N.W., Suite 1100 | Washington, District of Columbia 20006
Phone 202.469.5163 | **Mobile 917.517.4928**
dan.neustadt@hklaw.com | www.hklaw.com

Add to address book | View professional biography

---

NOTE: This e-mail is from a law firm, Holland & Knight LLP ("Holland & Knight"), and is intended solely for the use of the individual(s) to whom it is addressed. If you believe you received this e-mail in error, please notify the sender immediately, delete the e-mail from your computer and do not copy or disclose it to anyone else. If you are not an existing client of Holland & Knight, do not construe anything in this e-mail to make you a client unless it contains a specific statement to that effect and do not disclose anything to Holland & Knight in reply that you expect it to hold in confidence. If you properly received this e-mail as a client, co-counsel or retained expert of Holland & Knight, you should maintain its contents in confidence in order to preserve the attorney-client or work product privilege that may be available to protect confidentiality.

---

NOTE: This e-mail is from a law firm, Holland & Knight LLP ("Holland & Knight"), and is intended solely for the use of the individual(s) to whom it is addressed. If you believe you received this e-mail in error, please notify the sender immediately, delete the e-mail from your computer and do not copy or disclose it to anyone else. If you are not an existing client of Holland & Knight, do not construe anything in this e-mail to make you a client unless it contains a specific statement to that effect and do not disclose anything to Holland & Knight in reply that you expect it to hold in confidence. If you properly received this e-mail as a client, co-counsel or retained expert of Holland & Knight, you should maintain its contents in confidence in order to preserve the attorney-client or work product privilege that may be available to protect confidentiality.

---

NOTE: This e-mail is from a law firm, Holland & Knight LLP ("Holland & Knight"), and is intended solely for the use of the individual(s) to whom it is addressed. If you believe you received this e-mail in error, please notify the sender immediately, delete the e-mail from your computer and do not copy or disclose it to anyone else. If you are not an existing client of Holland & Knight, do not construe anything in this e-mail to make you a client unless it contains a specific statement to that effect and do not disclose anything to Holland & Knight in reply that you expect it to hold in confidence. If you properly received this e-mail as a client, co-counsel or retained expert of Holland & Knight, you should maintain its contents in confidence in order to preserve the attorney-client or work product privilege that may be available to protect confidentiality.