Daniel P. Kappes (CA State Bar No. 303454)
Daniel.Kappes@hklaw.com
**HOLLAND & KNIGHT LLP**
560 Mission Street, Suite 1900
San Francisco, CA 94105
Telephone: (415) 743-6900

Robert S. Hill (CA State Bar No. 276056)
Robert.Hill@hklaw.com
**HOLLAND & KNIGHT LLP**
One Arts Plaza
1722 Routh Street, Suite 1500
Dallas, TX 75201
Telephone: (214) 964-9550

Daniel C. Neustadt (NY State Bar No. 4532958)
*(pro hac vice pending)*
Dan.Neustadt@hklaw.com
**HOLLAND & KNIGHT LLP**
800 17th Street N.W., Suite 1100
Washington, D.C. 20006
Telephone: (202) 955-3000

Lauren Caverly Pratt (TN State Bar No. 040362)
*(pro hac vice pending)*
Lauren.Caverly@hklaw.com
**HOLLAND & KNIGHT LLP**
511 Union Street, Suite 2700
Nashville, TN 37219
Telephone: (615) 244-6380

*Attorneys for Plaintiff Intterra, LLC*

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

INTTERRA, LLC,

Plaintiff,

v.

THE ANALYTICAL MOOSE LLC and RACHAEL BRADY,

Defendants.

Case No. 2:26-at-00414

**PLAINTIFF INTTERRA, LLC'S RULE 7.1 DISCLOSURE**

Holland & Knight LLP
560 Mission Street, Suite 1900
San Francisco, CA 94105
Tel: 415.743.6900
Fax: 415.743.6910

Holland & Knight LLP
560 Mission Street, Suite 1900
San Francisco, CA 94105
Tel: 415.743.6900
Fax: 415.743.6910

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff Intterra, LLC, by and through their undersigned counsel, certify that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

1. Neo Group Holdings, LLC, a Delaware LLC, is the parent company of Plaintiff Intterra, LLC.
2. Emberline Fire EMS LLC, a Delaware LLC, owns the majority of outstanding equity interests in Neo Group Holdings, LLC.
3. Emberline Fire EMS Management LLC, a Delaware LLC, is the managing member of Emberline Fire EMS LLC.
4. Emberline LLC, a Delaware LLC, is the parent company of Emberline Fire EMS Management LLC.

Dated: March 5, 2026 **HOLLAND & KNIGHT LLP**

By: /s/Daniel P. Kappes

Robert S. Hill (CA Bar No. 276056)
Robert.Hill@hklaw.com
Daniel P. Kappes (CA Car No. 303454)
Daniel.Kappes@hklaw.com
Daniel C. Neustadt (NY Bar No. 4532958)
*(pro hac vice pending)*
Dan.Neustadt@hklaw.com
Lauren Caverly Pratt (TN Bar No. 040362)
*(pro hac vice pending)*
Lauren.Caverly@hklaw.com
**HOLLAND & KNIGHT LLP**
800 17th Street N.W., Suite 1100
Washington, D.C. 20006
Telephone: (202) 955.3000

*Attorneys for Plaintiff Intterra, LLC*