**POS-010**

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):* | *FOR COURT USE ONLY* |
|---|---|
| Daniel P. Kappes (SBN 303454); Daniel C. Neustadt; Robert S. Hill (SBN 276056); Lauren Caverly Pratt<br>**HOLLAND & KNIGHT LLP**<br>560 Mission Street, Suite 1900 / 800 17th Street N.W., Suite 1100 / 1722 Routh Street, Suite 1500 / 511 Union Street, Suite 2700<br>San Francisco, CA 94105 / Washington, D.C. 20006 / Dallas, TX 75201 / Nashville, TN 37219<br>TELEPHONE NO.: (415) 743-6900/ (202) 955-3000/ (214) 964-9550/ (615) 244-6380<br>E-MAIL ADDRESS *(Optional)*: Daniel.Kappes@hklaw.com; Dan.Neustadt@hklaw.com; Robert.Hill@hklaw.com; Lauren.Caverly@hklaw.com<br>ATTORNEY FOR *(Name): Plaintiff, Intterra, LLC* | |
| **UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF CALIFORNIA** | |
| PLAINTIFF/PETITIONER: INTTERRA, LLC<br>DEFENDANT/RESPONDENT: THE ANALYTICAL MOOSE LLC and RACHAEL BRADY | CASE NUMBER:<br>**2:26-cv-0747** |
| **PROOF OF SERVICE OF SUMMONS AND COMPLAINT** | Ref. No. or File No.:<br>HOLKNSF-0018038.MM |

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. ☒ Summons in a Civil Action
   b. ☒ Complaint
   c. ☒ Civil Cover Sheet
   d. ☒ Other *(specify documents)*: **PLAINTIFF INTTERRA, LLC'S RULE 7.1 DISCLOSURE; REPORT ON THE FILING OR DETERMINATION OF AN ACTION REGARDING A PATENT OR TRADEMARK**
   e. ☐ First amended complaint
   f. ☐ Second amended complaint
   g. ☐ Third amended complaint
3. a. Party served *(specify name of party as shown on documents served)*:
   **RACHAEL BRADY**

   b. ☐ Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a)*:
4. Address where the party was served: 6633 Mountain Side Dr., IGO, CA 96047
5. I served the party (check proper box)
   a. ☒ **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date)*: **3/19/26** (2) at *(time)*: **6:35 PM**

   b. ☐ **by substituted service.** On *(date)*: at *(time)*: I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3a)*:

   (1) ☐ **(Business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.

   (2) ☐ **(Home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

   (3) ☐ **(Physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.

   (4) ☐ I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on *(date)*: from *(city)*: **or** ☐ a declaration of mailing is attached.

   (5) ☐ I attach a **declaration of diligence** stating actions taken first to attempt personal service.

| PLAINTIFF/PETITIONER: **INTTERRA, LLC**<br>DEFENDANT/RESPONDENT: **THE ANALYTICAL MOOSE LLC and RACHAEL BRADY** | CASE NUMBER:<br>2:26-at-00414 |
|---|---|

5. c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

   (1) on *(date)*: (2) from *(city)*:

   (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt.) (Code Civ. Proc., § 415.30.)

   (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

   d. ☐ **By other means** *(specify means of service and authorizing code section):*

   e. ☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
   a. ☐ as an individual defendant.
   b. ☐ as the person sued under the fictitious name of *(specify):*
   c. ☐ as occupant.
   d. ☐ On behalf of *(specify):*
   Under the following Code of Civil Procedure section:
   - ☐ 416.10 (corporation)
   - ☐ 416.20 (defunct corporation)
   - ☐ 416.30 (joint stock company/association)
   - ☐ 416.40 (association or partnership)
   - ☐ 416.50 (public entity)
   - ☐ 415.95 (business organization, form unknown)
   - ☐ 416.60 (minor)
   - ☐ 416.70 (ward or conservatee)
   - ☐ 416.90 (authorized person)
   - ☐ 415.46 (occupant)
   - ☐ Other:

7. **Person who served papers**
   a. Name: CASSIDY WILLIAMS
   b. Address: 1605 W. Olympic Blvd., 8th Floor, Los Angeles, CA 90015
   c. Telephone number: (213) 975-9850
   d. **The fee** for service was: 480.00
   e. I am:
   (1) ☐ Not a registered California process server.
   (2) ☐ Exempt from registration under Business and Professions Code section 22350(b).
   (3) ☒ a Registered California process server:
   (i) ☐ Owner ☐ Employee ☒ Independent contractor.
   (ii) Registration No.: 317
   (iii) County: SHASTA

8. ☒ **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

   or

9. ☐ **I am a California sheriff or marshal and** I certify that the foregoing is true and correct.

Date: **3/24/26**

CASSIDY WILLIAMS
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)

▶ [signature]
(SIGNATURE)



American LegalNet, Inc.
www.FormsWorkflow.com