ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address):
Daniel Patrick Kappes (SBN 303454)
**HOLLAND & KNIGHT LLP**
560 Mission Street, 19th Floor
San Francisco, CA 94105
TELEPHONE NO.: (415) 743-6900 FAX NO. *(Optional)*: ( ) -
E-MAIL ADDRESS *(Optional)*:
ATTORNEY FOR *(Name)*: Plaintiff

*FOR COURT USE ONLY*

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

PLAINTIFF/PETITIONER: Intterra, LLC

DEFENDANT/RESPONDENT : The Analytical Moose LLC, et al.

CASE No.: 2:26-cv-0747

# PROOF OF SERVICE OF SUMMONS

Ref. No. or File No.: HOLKN-0204322.KW

*(Separate proof of service is required for each party served.)*

1. At the time of service, I was at least 18 years of age and not a party to this action.

2. I served copies of:
   a. [X] Summons in a Civil Action
   b. [X] Complaint
   c. [X] Civil Cover Sheet
   d. [X] Other *(specify documents)*: Plaintiff Intterra, LLC's Rule 7.1 Disclosure; Report on the Filing or Determination of an Action Regarding a Patent or Trademark; Exhibits
   e. [ ] First Amended Complaint
   f. [ ] Second Amended Complaint
   g. [ ] Third Amended Complaint

3. a. Party served *(specify name of party as shown on documents served)*:
   **THE ANALYTICAL MOOSE LLC**

   b. [X] Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a)*:
   **LEGALCORP SOLUTIONS, INC., AGENT FOR SERVICE OF PROCESS, BY LEAVING WITH CINDY WILLIAMS, INTAKE CLERK/AUTHORIZED TO ACCEPT SERVICE OF PROCESS**

4. Address where the party was served: **8939 S. SEPULVEDA BLVD., SUITE 102, LOS ANGELES, CA 90045**

5. I served the party (check proper box)
   a. [X] **By Personal Service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date)*: **03/18/26** (2) at *(time)*: **3:46 PM**

   b. [ ] **By Substituted Service.** On *(date)*: at *(time)*: I left the documents listed in item with or in the presence of *(name and title or relationship to person indicated item 3a)*:

      (1) [ ] **(Business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.

      (2) [ ] **(Home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

      (3) [ ] **(Physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.

      (3) [ ] I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on *(date)*: from *(city)*: or [ ] A Declaration of Mailing is attached.

      (4) [ ] attach a **declaration of diligence** stating actions taken first to attempt personal service.



American LegalNet, Inc.
www.FormsWorkflow.com

| PLAINTIFF/PETITIONER: Intterra, LLC<br>DEFENDANT/RESPONDENT: The Analytical Moose LLC, et al. | CASE NUMBER:<br>2:26-cv-00747-WBS-CSK |
|---|---|

5. c. [ ] **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

   (1) on *(date):* (2) from *(city):*

   (3) [ ] with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt.) (Code Civ. Proc., § 415.30.)

   (4) [ ] to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

   d. [ ] **By other means** *(specify means of service and authorizing code section):*

   e. [ ] Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
   a. [ ] as an individual defendant.
   b. [ ] as the person sued under the fictitious name of *(specify):*
   c. [ ] as occupant.
   d. [ ] On behalf of *(specify):*
   Under the following Code of Civil Procedure section:

   [ ] 416.10 (corporation)
   [ ] 416.20 (defunct corporation)
   [ ] 416.30 (joint stock company/association)
   [ ] 416.40 (association or partnership)
   [ ] 416.50 (public entity)
   [ ] 415.95 (business organization, form unknown)
   [ ] 416.60 (minor)
   [ ] 416.70 (ward or conservatee)
   [ ] 416.90 (authorized person)
   [ ] 415.46 (occupant)
   [ ] Other

7. **Person who served papers**
   a. Name: DEAN M. CARROLL
   b. Address: P.O. Box 861057, Los Angeles, CA 90086
   c. Telephone number: (213) 975-9850
   d. **The fee** for service was: $ 226. 05

   e. I am:

   (1) [ ] Not a Registered California process server.
   (2) [X] Exempt from registration under Business and Professions Code section 22350(b).
   (3) [X] A Registered California process server:
   (i) [ ] Owner [ ] Employee [ ] Independent contractor.
   (ii) Registration No.: 5980
   (iii) County: LOS ANGELES

8. [X] **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

   or

9. [ ] **I am a California sheriff or marshal and** I certify that the foregoing is true and correct.

Date: 03/19/26

SERVER: DEAN M. CARROLL



American LegalNet, Inc.
www.FormsWorkflow.com