Rachael D. Lamkin (SBN 246066)
rachael.lamkin@bakerbotts.com
BAKER BOTTS L.L.P.
101 California Street, Suite 3200
San Francisco, CA 94111
Telephone: (415) 291-6200
Fax: (415) 291-6300

Julie Albert (*Pro Hac Vice pending*)
julie.albert@bakerbotts.com
BAKER BOTTS L.L.P.
30 Rockefeller Plaza
New York, NY 10112
Telephone: (212) 408-2500
Fax: (212) 408-2501

*Attorneys for Defendants The Analytical Moose LLC and Rachael Brady*

Robert S. Hill (CA Bar No. 276056)
Robert.Hill@hklaw.com
Daniel P. Kappes (CA Bar No. 303454)
Daniel.Kappes@hklaw.com
Daniel C. Neustadt (NY Bar No. 4532958)
(*pro hac vice pending*)
Dan.Neustadt@hklaw.com
Lauren Caverly Pratt (TN Bar No. 040362)
(*pro hac vice pending*)
Lauren.Caverly@hklaw.com
HOLLAND & KNIGHT LLP
800 17th Street N.W., Suite 1100
Washington, D.C. 20006
Telephone: (202) 955.3000

*Attorneys for Plaintiff Intterra, LLC*

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

INTTERRA, LLC,

Plaintiff,

v.

THE ANALYTICAL MOOSE LLC and RACHAEL BRADY,

Defendants.

Case No.: 2:26-cv-00747-WBS-CSK

**JOINT STIPULATION REQUESTING AN ORDER SHORTENING TIME FOR HEARING AND BRIEFING ON MOTION FOR PRELIMINARY INJUNCTION**

Judge: Hon. William B. Shubb
Courtroom: 5, 14th Floor
Trial Date: N/A
Action filed: March 5, 2026

**WHEREAS,** Defendant The Analytical Moose LLC ("TAM") intends to file a Motion for Preliminary Injunction on April 3, 2026;

**WHEREAS,** under Local Rule 230, the earliest available hearing date on regular notice is May 26, 2026, which by TAM's belief would cause irreparable harm to TAM resulting from Plaintiff Intterra, LLC's planned May 1, 2026, launch of AWARECA, a competing mobile app, under a trademark TAM considers confusingly similar to its registered mark, WILDFIRE AWARE®;

**WHEREAS,** the Parties have met and conferred by phone and email, and Intterra has agreed to shorten time for hearing on the Motion;

**NOW, THEREFORE,** the Parties, by and through their respective counsel, hereby submit the following stipulated request for the Court to issue an order:

1. Shortening the time for a hearing on TAM's Motion for Preliminary Injunction;

2. Setting the hearing for April 13, 2026, or in the alternative, as soon thereafter that the Court is able to hear the matter considering Plaintiff's planned May 1, 2026, public launch of AWARECA; and

3. Setting the following briefing schedule:

- Opposition: April 8, 2026
- Reply: April 10, 2026

**IT IS SO STIPULATED.**

DATED: April 3, 2026


*/s/ Daniel P. Kappes*
Robert S. Hill (CA Bar No. 276056)
Robert.Hill@hklaw.com
Daniel P. Kappes (CA Bar No. 303454)
Daniel.Kappes@hklaw.com
Daniel C. Neustadt (NY Bar No. 4532958)
(*pro hac vice pending*)
Dan.Neustadt@hklaw.com
Lauren Caverly Pratt (TN Bar No. 040362)
(*pro hac vice pending*)
Lauren.Caverly@hklaw.com
HOLLAND & KNIGHT LLP

*/s/ Rachael D. Lamkin*
Rachael D. Lamkin (SBN 246066)
rachael.lamkin@bakerbotts.com
BAKER BOTTS L.L.P.
101 California Street, Suite 3200
San Francisco, CA 94111
Telephone: (415) 291-6200
Fax: (415) 291-6300

Julie Albert (NY Bar No. 5216957)
(*Pro Hac Vice pending*)
julie.albert@bakerbotts.com

800 17th Street N.W., Suite 1100
Washington, D.C. 20006
Telephone: (202) 955.3000

*Attorneys for Plaintiff Intterra, LLC*

BAKER BOTTS L.L.P.

30 Rockefeller Plaza
New York, NY 10112
Telephone: (212) 408-2500
Fax: (212) 408-2501

*Attorneys for Defendants*
*The Analytical Moose LLC and*
*Rachael Brady*