Rachael D. Lamkin (SBN 246066)
rachael.lamkin@bakerbotts.com
BAKER BOTTS L.L.P.
101 California Street, Suite 3200
San Francisco, CA 94111
Telephone: (415) 291-6200
Fax: (415) 291-6300

Julie Albert (*Pro Hac Vice pending*)
julie.albert@bakerbotts.com
BAKER BOTTS L.L.P.
30 Rockefeller Plaza
New York, NY 10112
Telephone: (212) 408-2500
Fax: (212) 408-2501

*Attorneys for Defendant and Counterclaim-Plaintiff The Analytical Moose LLC and Defendant Rachael Brady*

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

INTTERRA, LLC,

Plaintiff,

v.

THE ANALYTICAL MOOSE LLC and RACHAEL BRADY,

Defendants.

Case No.: 2:26-cv-00747-WBS-CSK

**DEFENDANT AND COUNTERCLAIM-PLAINTIFF THE ANALYTICAL MOOSE LLC'S RULE 7.1 DISCLOSURE**

Judge: Hon. William B. Shubb
Courtroom: 5, 14th Floor
Trial Date: N/A
Action filed: March 5, 2026

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant and Counterclaim-Plaintiff The Analytical Moose LLC, by and through their undersigned counsel, certify that:

a) The Analytical Moose LLC is a California limited liability company;

b) The Analytical Moose LLC has no parent corporation;

c) No publicly held corporation owns ten percent or more of The Analytical Moose LLC.

DATED: April 3, 2026 BAKER BOTTS L.L.P.

By: */s/ Rachael D. Lamkin*

Rachael D. Lamkin (SBN 246066)
rachael.lamkin@bakerbotts.com
101 California Street, Suite 3200
San Francisco, CA 94111
Telephone: (415) 291-6200
Fax: (415) 291-6300

Julie Albert (*Pro Hac Vice pending*)
julie.albert@bakerbotts.com
30 Rockefeller Plaza
New York, NY 10112
Telephone: (212) 408-2500
Fax: (212) 408-2501

*Attorneys for Defendant*
*The Analytical Moose LLC*