Rachael D. Lamkin (SBN 246066)
rachael.lamkin@bakerbotts.com
BAKER BOTTS L.L.P.
101 California Street, Suite 3200
San Francisco, CA  94111
Telephone: (415) 291-6200
Fax: (415) 291-6300

Julie Albert (*Pro Hac Vice pending*)
julie.albert@bakerbotts.com
BAKER BOTTS L.L.P.
30 Rockefeller Plaza
New York, NY 10112
Telephone: (212) 408-2500
Fax: (212) 408-2501

*Attorneys for Defendant and Counterclaim-Plaintiff*
*The Analytical Moose LLC*
*and Defendant Rachael Brady*

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

## SACRAMENTO DIVISION

| | |
|---|---|
| INTTERRA, LLC,<br><br>       Plaintiff,<br><br>  v.<br><br>THE ANALYTICAL MOOSE LLC and RACHAEL BRADY,<br><br>       Defendants. | Case No.: 2:26-cv-00747-WBS-CSK<br><br>**DEFENDANT AND COUNTERCLAIM-PLAINTIFF THE ANALYTICAL MOOSE LLC'S NOTICE OF MOTION FOR PRELIMINARY INJUNCTION**<br><br>Judge: Hon. William B. Shubb<br>Date: May 26, 2026<br>Time: 1:30 p.m.<br>Courtroom: 5, 14th Floor<br>Trial Date: N/A<br>Action filed: March 5, 2026 |

TO THE PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that at 1:30 p.m., on May 26, 2026 or as soon as this matter may be heard, in Courtroom 5, 14th Floor, of the United States District Court, located at 501 I Street, Sacramento, CA 95814, Defendant and Counterclaim-Plaintiff The Analytical Moose LLC ("Defendant and Counterclaim-Plaintiff" or "TAM") will and hereby does move this Court, pursuant to Federal Rule of Civil Procedure 65 and Local Rule 231, to preliminarily enjoin Plaintiff and Counterclaim-Defendant Intterra, LLC, together with its members (to the extent acting on behalf of or for the benefit of the LLC), managers, officers, employees, agents, servants, representatives, affiliates, subsidiaries, successors, assigns, and all persons in active concert or participation with them who receive actual notice of this Order, from, directly or indirectly, promoting, offering, and launching software, including Intterra's planned mobile application set to launch on May 1, 2026, under an AWARE-formative trademark.

In light of the anticipated May 1 launch, and following TAM's conferral with the Courtroom Deputy pursuant to local rules and practices, the parties have submitted a stipulated request for shortening of time for hearing and briefing on this motion.

This motion is made on the following grounds: (1) Defendant is likely to suffer irreparable harm in the absence of injunctive relief; (2) Defendant is likely to succeed on the merits, (3) balancing the equities favors Defendant, and (4) the public interest will be served by a preliminary injunction.

This motion is based on this Notice of Motion, the accompanying Memorandum of Points and Authorities and declarations in support thereof, the pleadings and papers on file in this action, the arguments of counsel, and any matters upon which the Court may or must take judicial notice.

Defendant does not intend to present oral testimony and anticipate that one hour would be sufficient for any hearing on this motion. A proposed order is also provided for the Court's consideration.

Prior to filing this motion, TAM's counsel conferred with Plaintiff's counsel by email, notifying them of TAM's intent to seek preliminary injunctive relief, the anticipated timing for a hearing to be requested of the Court, and the nature of the relief to be requested.

DATED:  April 3, 2026                BAKER BOTTS L.L.P.


                                By:  */s/ Rachael D. Lamkin*
                                     Rachael D. Lamkin (SBN 246066)
                                     rachael.lamkin@bakerbotts.com
                                     101 California Street, Suite 3200
                                     San Francisco, CA  94111
                                     Telephone: (415) 291-6200
                                     Fax: (415) 291-6300

                                     Julie Albert (*Pro Hac Vice pending*)
                                     julie.albert@bakerbotts.com
                                     30 Rockefeller Plaza
                                     New York, NY 10112
                                     Telephone: (212) 408-2500
                                     Fax: (212) 408-2501

                                     *Attorneys for Defendant and Counterclaim-Plaintiff*
                                     *The Analytical Moose LLC and Defendant Rachael Brady*

2