Rachael D. Lamkin (SBN 246066)
rachael.lamkin@bakerbotts.com
BAKER BOTTS L.L.P.
101 California Street, Suite 3200
San Francisco, CA 94111
Telephone: (415) 291-6200
Fax: (415) 291-6300

Julie Albert (*Pro Hac Vice pending*)
julie.albert@bakerbotts.com
BAKER BOTTS L.L.P.
30 Rockefeller Plaza
New York, NY 10112
Telephone: (212) 408-2500
Fax: (212) 408-2501

*Attorneys for Defendant and Counterclaim-Plaintiff*
*The Analytical Moose LLC*
*and Defendant Rachael Brady*

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

INTTERRA, LLC,

Plaintiff,

v.

THE ANALYTICAL MOOSE LLC and RACHAEL BRADY,

Defendants.

Case No.: 2:26-cv-00747-WBS-CSK

**DECLARATION OF JULIE ALBERT IN SUPPORT OF DEFENDANT AND COUNTERCLAIM-PLAINTIFF THE ANALYTICAL MOOSE LLC'S MOTION FOR PRELIMINARY INJUNCTION**

Judge: Hon. William B. Shubb
Date: May 26, 2026
Time: 1:30 p.m.
Courtroom: 5, 14th Floor
Trial Date: N/A
Action filed: March 5, 2026

I, Julie Albert, hereby declare:

1. I am over the age of 21 and am fully competent to make this declaration. I have personal knowledge of all facts recited herein, and state that such facts are true and correct to my knowledge or information and belief.

2. I am duly admitted to practice law in the state of New York. I am a Partner at the law firm of Baker Botts L.L.P.

3. I submit this declaration in support of TAM's Motion for Preliminary Injunction.

4. Attached hereto as Exhibit 1 is a true and correct copy of the publicly available records for the registered mark WILDFIRE AWARE® obtained from the Trademark Status and Document Retrieval ("TSDR") website on April 1, 2026.

5. Attached hereto as Exhibit 2 are true and correct copies of the publicly available records for fifteen pending trademark applications filed by Intterra in December 2025 and March 2026, obtained from the TSDR website on April 1, 2026.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on this 3rd day of April, 2026 in New York City, New York.

*/s/ Julie Albert*
Julie Albert

*Attorney for Defendant and Counterclaim Plaintiff The Analytical Moose, LLC and Defendant Rachael Brady*