# Exhibit 1

**Generated on:** This page was generated by TSDR on 2026-04-01 19:51:37 EDT

**Mark:** WILDFIRE AWARE

Wildfire Aware

| | | | |
|---|---|---|---|
| **US Serial Number:** | 97543627 | **Application Filing Date:** | Aug. 10, 2022 |
| **US Registration Number:** | 7403027 | **Registration Date:** | May 28, 2024 |
| **Filed as TEAS Plus:** | Yes | **Currently TEAS Plus:** | Yes |
| **Register:** | Principal | | |
| **Mark Type:** | Trademark | | |

**TM5 Common Status Descriptor:** LIVE/REGISTRATION/Issued and Active

The trademark application has been registered with the Office.

**Status:** Registered. The registration date is used to determine when post-registration maintenance documents are due.

**Status Date:** May 28, 2024

**Publication Date:**Dec. 12, 2023**Notice of Allowance Date:**Feb. 06, 2024

## Mark Information

**Mark Literal Elements:** WILDFIRE AWARE

**Standard Character Claim:** Yes. The mark consists of standard characters without claim to any particular font style, size, or color.

**Mark Drawing Type:** 4 - STANDARD CHARACTER MARK

**Disclaimer:** "WILDFIRE"

## Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:

- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** Downloadable software in the nature of a mobile application for providing public information on wildfires

| | | | |
|---|---|---|---|
| **International Class(es):** | 009 - Primary Class | **U.S Class(es):** | 021, 023, 026, 036, 038 |
| **Class Status:** | ACTIVE | | |
| **First Use:** | Nov. 18, 2022 | **Use in Commerce:** | Nov. 18, 2022 |

## Basis Information (Case Level)

| | | | |
|---|---|---|---|
| **Filed Use:** | No | **Currently Use:** | Yes |
| **Filed ITU:** | Yes | **Currently ITU:** | No |
| **Filed 44D:** | No | **Currently 44D:** | No |
| **Filed 44E:** | No | **Currently 44E:** | No |
| **Filed 66A:** | No | **Currently 66A:** | No |
| **Filed No Basis:** | No | **Currently No Basis:** | No |

## Current Owner(s) Information

**Owner Name:** The Analytical Moose LLC

**Owner Address:** 6633 Mountain Side Dr
Igo, CALIFORNIA UNITED STATES 96047

**Legal Entity Type:** LIMITED LIABILITY COMPANY | **State or Country Where Organized:** CALIFORNIA

# Attorney/Correspondence Information

**Attorney of Record**

**Attorney Name:** Donna L. Mirman | **Docket Number:** K557583892

**Attorney Primary Email Address:** tm@lzlegalservices.com | **Attorney Email Authorized:** Yes

**Correspondent**

**Correspondent Name/Address:** Donna L. Mirman
LZ LEGAL SERVICES, LLC
101 N. BRAND BLVD 11TH FLOOR
GLENDALE, CALIFORNIA UNITED STATES 91203

**Phone:** 512-525-8018

**Correspondent e-mail:** tm@lzlegalservices.com | **Correspondent e-mail Authorized:** Yes

**Domestic Representative - Not Found**

# Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| May 28, 2024 | NOTICE OF REGISTRATION CONFIRMATION EMAILED | |
| May 28, 2024 | REGISTERED-PRINCIPAL REGISTER | |
| Apr. 25, 2024 | NOTICE OF ACCEPTANCE OF STATEMENT OF USE E-MAILED | |
| Apr. 24, 2024 | ALLOWED PRINCIPAL REGISTER - SOU ACCEPTED | |
| Mar. 20, 2024 | STATEMENT OF USE PROCESSING COMPLETE | |
| Feb. 23, 2024 | USE AMENDMENT FILED | |
| Mar. 17, 2024 | CASE ASSIGNED TO INTENT TO USE PARALEGAL | |
| Feb. 23, 2024 | TEAS STATEMENT OF USE RECEIVED | |
| Feb. 06, 2024 | NOA E-MAILED - SOU REQUIRED FROM APPLICANT | |
| Dec. 12, 2023 | OFFICIAL GAZETTE PUBLICATION CONFIRMATION E-MAILED | |
| Dec. 12, 2023 | PUBLISHED FOR OPPOSITION | |
| Nov. 22, 2023 | NOTIFICATION OF NOTICE OF PUBLICATION E-MAILED | |
| Nov. 05, 2023 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| Sep. 21, 2023 | TEAS/EMAIL CORRESPONDENCE ENTERED | |
| Sep. 20, 2023 | CORRESPONDENCE RECEIVED IN LAW OFFICE | |
| Sep. 20, 2023 | TEAS RESPONSE TO OFFICE ACTION RECEIVED | |
| Jul. 21, 2023 | TEAS WITHDRAWAL OF ATTORNEY RECEIVED-FIRM RETAINS | |
| Jul. 21, 2023 | TEAS CHANGE OF CORRESPONDENCE RECEIVED | |
| Jul. 21, 2023 | ATTORNEY/DOM.REP.REVOKED AND/OR APPOINTED | |
| Jul. 21, 2023 | TEAS REVOKE/APP/CHANGE ADDR OF ATTY/DOM REP RECEIVED | |
| Jul. 15, 2023 | NOTIFICATION OF NON-FINAL ACTION E-MAILED | |
| Jul. 15, 2023 | NON-FINAL ACTION E-MAILED | |
| Jul. 15, 2023 | NON-FINAL ACTION WRITTEN | |
| Jun. 16, 2023 | TEAS/EMAIL CORRESPONDENCE ENTERED | |
| Jun. 15, 2023 | CORRESPONDENCE RECEIVED IN LAW OFFICE | |
| Jun. 15, 2023 | TEAS RESPONSE TO OFFICE ACTION RECEIVED | |
| Jun. 07, 2023 | NOTIFICATION OF NON-FINAL ACTION E-MAILED | |
| Jun. 07, 2023 | NON-FINAL ACTION E-MAILED | |
| Jun. 07, 2023 | NON-FINAL ACTION WRITTEN | |
| May 28, 2023 | ASSIGNED TO EXAMINER | |
| Nov. 01, 2022 | TEAS CHANGE OF CORRESPONDENCE RECEIVED | |
| Nov. 01, 2022 | TEAS WITHDRAWAL OF ATTORNEY RECEIVED-FIRM RETAINS | |

| | |
|---|---|
| Nov. 01, 2022 | ATTORNEY/DOM.REP.REVOKED AND/OR APPOINTED |
| Nov. 01, 2022 | TEAS REVOKE/APP/CHANGE ADDR OF ATTY/DOM REP RECEIVED |
| Aug. 16, 2022 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED |
| Aug. 13, 2022 | NEW APPLICATION ENTERED |

# TM Staff and Location Information

**TM Staff Information - None**

**File Location**

**Current Location:** PUBLICATION AND ISSUE SECTION **Date in Location:** Apr. 24, 2024