# Exhibit 2

**Generated on:** This page was generated by TSDR on 2026-04-01 19:47:06 EDT

**Mark:** AWARECA

AWARECA

**US Serial Number:** 99572641

**Application Filing Date:** Dec. 30, 2025

**Filed as Base Application:** Yes

**Currently Base Application:** Yes

**Register:** Principal

**Mark Type:** Trademark

**TM5 Common Status Descriptor:** LIVE/APPLICATION/Awaiting Examination

The trademark application has been accepted by the Office (has met the minimum filing requirements) and has not yet been assigned to an examiner.

**Status:** New application awaiting assignment to an examining attorney. See current trademark processing wait times for more information.

**Status Date:** Dec. 30, 2025

# Mark Information

**Mark Literal Elements:** AWARECA

**Standard Character Claim:** Yes. The mark consists of standard characters without claim to any particular font style, size, or color.

**Mark Drawing Type:** 4 - STANDARD CHARACTER MARK

# Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:

- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** Downloadable computer application software for mobile phones, and handheld and tablet computers, namely, software for use in the communication of public safety information; Downloadable computer software for sharing and viewing information about natural disasters, public safety events and emergencies, and preparedness therefor and responses thereto; Downloadable computer software for collecting, compiling, processing, and disseminating information about natural disasters, public safety events and emergencies, and preparedness therefor and responses thereto

**International Class(es):** 009 - Primary Class

**U.S Class(es):** 021, 023, 026, 036, 038

**Class Status:** ACTIVE

# Basis Information (Case Level)

| | | | |
|---|---|---|---|
| **Filed Use:** | No | **Currently Use:** | No |
| **Filed ITU:** | Yes | **Currently ITU:** | Yes |
| **Filed 44D:** | No | **Currently 44D:** | No |
| **Filed 44E:** | No | **Currently 44E:** | No |
| **Filed 66A:** | No | **Currently 66A:** | No |
| **Filed No Basis:** | No | **Currently No Basis:** | No |

# Current Owner(s) Information

**Owner Name:** Intterra, LLC

**Owner Address:** 1606 Headway Circle, Ste 9644

| | | | |
|---|---|---|---|
| | Austin, TEXAS UNITED STATES 78754 | | |
| **Legal Entity Type:** | LIMITED LIABILITY COMPANY | **State or Country Where Organized:** | NEVADA |

# Attorney/Correspondence Information

**Attorney of Record**

| | | | |
|---|---|---|---|
| **Attorney Name:** | Daniel C. Neustadt | **Docket Number:** | 211096.1 |
| **Attorney Primary Email Address:** | dan.neustadt@hklaw.com | **Attorney Email Authorized:** | Yes |

**Correspondent**

| | | | |
|---|---|---|---|
| **Correspondent Name/Address:** | Daniel C. Neustadt<br>HOLLAND & KNIGHT LLP<br>800 17th Street NW, Suite 1100<br>Washington, DISTRICT OF COLUMBIA United States 20006 | | |
| **Phone:** | 1-(202) 469-5163 | | |
| **Correspondent e-mail:** | dan.neustadt@hklaw.com andrea.simonich@hklaw.com ptdocketing@hklaw.com lauren.pratt@hklaw.com rochelle.johnson@hklaw.com | **Correspondent e-mail Authorized:** | Yes |

**Domestic Representative - Not Found**

# Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Mar. 13, 2026 | LETTER OF PROTEST EVIDENCE FORWARDED | |
| Dec. 30, 2025 | APPLICATION FILING RECEIPT MAILED | |
| Dec. 30, 2025 | NEW APPLICATION ENTERED | |

# TM Staff and Location Information

**TM Staff Information**

| | | | |
|---|---|---|---|
| **TM Attorney:** | | **Law Office Assigned:** | Not Assigned |

**File Location**

| | | | |
|---|---|---|---|
| **Current Location:** | TMO LAW OFFICE 100 | **Date in Location:** | Mar. 13, 2026 |

**Generated on:** This page was generated by TSDR on 2026-04-01 19:46:36 EDT

**Mark:** AWARETX

AWARETX

**US Serial Number:** 99572706

**Application Filing Date:** Dec. 30, 2025

**Filed as Base Application:** Yes

**Currently Base Application:** Yes

**Register:** Principal

**Mark Type:** Trademark

**TM5 Common Status Descriptor:** LIVE/APPLICATION/Awaiting Examination

The trademark application has been accepted by the Office (has met the minimum filing requirements) and has not yet been assigned to an examiner.

**Status:** New application awaiting assignment to an examining attorney. See current trademark processing wait times for more information.

**Status Date:** Dec. 30, 2025

# Mark Information

**Mark Literal Elements:** AWARETX

**Standard Character Claim:** Yes. The mark consists of standard characters without claim to any particular font style, size, or color.

**Mark Drawing Type:** 4 - STANDARD CHARACTER MARK

# Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:

- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** Downloadable computer application software for mobile phones, and handheld and tablet computers, namely, software for use in the communication of public safety information; Downloadable computer software for sharing and viewing information about natural disasters, public safety events and emergencies, and preparedness therefor and responses thereto; Downloadable computer software for collecting, compiling, processing, and disseminating information about natural disasters, public safety events and emergencies, and preparedness therefor and responses thereto

**International Class(es):** 009 - Primary Class

**U.S Class(es):** 021, 023, 026, 036, 038

**Class Status:** ACTIVE

# Basis Information (Case Level)

**Filed Use:** No

**Currently Use:** No

**Filed ITU:** Yes

**Currently ITU:** Yes

**Filed 44D:** No

**Currently 44D:** No

**Filed 44E:** No

**Currently 44E:** No

**Filed 66A:** No

**Currently 66A:** No

**Filed No Basis:** No

**Currently No Basis:** No

# Current Owner(s) Information

**Owner Name:** Intterra, LLC

**Owner Address:** 1606 Headway Circle, Ste 9644

Austin, TEXAS UNITED STATES 78754

**Legal Entity Type:** LIMITED LIABILITY COMPANY **State or Country Where Organized:** NEVADA

# Attorney/Correspondence Information

**Attorney of Record**

**Attorney Name:** Daniel C. Neustadt **Docket Number:** 211096.1

**Attorney Primary Email Address:** dan.neustadt@hklaw.com **Attorney Email Authorized:** Yes

**Correspondent**

**Correspondent Name/Address:** Daniel C. Neustadt
HOLLAND & KNIGHT LLP
800 17th Street NW, Suite 1100
Washington, DISTRICT OF COLUMBIA United States 20006

**Phone:** 1-(202) 469-5163

**Correspondent e-mail:** dan.neustadt@hklaw.com andrea.simonich@hklaw.com ptdocketing@hklaw.com lauren.pratt@hklaw.com rochelle.johnson@hklaw.com **Correspondent e-mail Authorized:** Yes

**Domestic Representative - Not Found**

# Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Dec. 30, 2025 | APPLICATION FILING RECEIPT MAILED | |
| Dec. 30, 2025 | NEW APPLICATION ENTERED | |

# TM Staff and Location Information

**TM Staff Information - None**

**File Location**

**Current Location:** Not Found **Date in Location:** Not Found

**Generated on:** This page was generated by TSDR on 2026-04-01 19:46:31 EDT

**Mark:** AWAREUS

AWAREUS

**US Serial Number:** 99703801

**Application Filing Date:** Mar. 16, 2026

**Filed as Base Application:** Yes

**Currently Base Application:** Yes

**Register:** Principal

**Mark Type:** Trademark, Service Mark

**TM5 Common Status Descriptor:** LIVE/APPLICATION/Awaiting Examination

The trademark application has been accepted by the Office (has met the minimum filing requirements) and has not yet been assigned to an examiner.

**Status:** New application awaiting assignment to an examining attorney. See current trademark processing wait times for more information.

**Status Date:** Mar. 16, 2026

# Mark Information

**Mark Literal Elements:** AWAREUS

**Standard Character Claim:** Yes. The mark consists of standard characters without claim to any particular font style, size, or color.

**Mark Drawing Type:** 4 - STANDARD CHARACTER MARK

# Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:

- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** Downloadable computer application software for mobile phones and handheld and tablet computers, namely, software for use in the communication of public safety information; Downloadable computer software for sharing and viewing information about natural disasters, public safety events and emergencies, and preparedness therefor and responses thereto; Downloadable computer software for collecting, compiling, processing, and disseminating information about natural disasters, public safety events and emergencies, and preparedness therefor and responses thereto

**International Class(es):** 009 - Primary Class

**U.S Class(es):** 021, 023, 026, 036, 038

**Class Status:** ACTIVE

**For:** Providing information in the field of natural disasters, emergencies, public safety events, and preparedness therefor and responses thereto

**International Class(es):** 045 - Primary Class

**U.S Class(es):** 100, 101

**Class Status:** ACTIVE

# Basis Information (Case Level)

| | | | |
|---|---|---|---|
| **Filed Use:** | No | **Currently Use:** | No |
| **Filed ITU:** | Yes | **Currently ITU:** | Yes |
| **Filed 44D:** | No | **Currently 44D:** | No |
| **Filed 44E:** | No | **Currently 44E:** | No |
| **Filed 66A:** | No | **Currently 66A:** | No |
| **Filed No Basis:** | No | **Currently No Basis:** | No |

# Current Owner(s) Information

**Owner Name:** Intterra, LLC

**Owner Address:** 1606 Headway Circle, Ste 9644
Austin, TEXAS UNITED STATES 78754

**Legal Entity Type:** LIMITED LIABILITY COMPANY

**State or Country Where Organized:** NEVADA

# Attorney/Correspondence Information

**Attorney of Record**

**Attorney Name:** Daniel C. Neustadt

**Docket Number:** 211096.1

**Attorney Primary Email Address:** dan.neustadt@hklaw.com

**Attorney Email Authorized:** Yes

**Correspondent**

**Correspondent Name/Address:** Daniel C. Neustadt
HOLLAND & KNIGHT LLP
800 17th Street NW, Suite 1100
Washington, DISTRICT OF COLUMBIA United States 20006

**Phone:** 1-(202) 469-5163

**Correspondent e-mail:** dan.neustadt@hklaw.com andrea.simonich@hklaw.com ptdocketing@hklaw.com lauren.pratt@hklaw.com rochelle.johnson@hklaw.com

**Correspondent e-mail Authorized:** Yes

**Domestic Representative - Not Found**

# Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Mar. 16, 2026 | APPLICATION FILING RECEIPT MAILED | |
| Mar. 16, 2026 | NEW APPLICATION ENTERED | |

# TM Staff and Location Information

**TM Staff Information - None**

**File Location**

**Current Location:** Not Found

**Date in Location:** Not Found

**Generated on:** This page was generated by TSDR on 2026-04-01 19:46:27 EDT

**Mark:** AWAREAK

AWAREAK

**US Serial Number:** 99572653

**Application Filing Date:** Dec. 30, 2025

**Filed as Base Application:** Yes

**Currently Base Application:** Yes

**Register:** Principal

**Mark Type:** Trademark

**TM5 Common Status Descriptor:** LIVE/APPLICATION/Awaiting Examination

The trademark application has been accepted by the Office (has met the minimum filing requirements) and has not yet been assigned to an examiner.

**Status:** New application awaiting assignment to an examining attorney. See current trademark processing wait times for more information.

**Status Date:** Dec. 30, 2025

# Mark Information

**Mark Literal Elements:** AWAREAK

**Standard Character Claim:** Yes. The mark consists of standard characters without claim to any particular font style, size, or color.

**Mark Drawing Type:** 4 - STANDARD CHARACTER MARK

# Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:

- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** Downloadable computer application software for mobile phones, and handheld and tablet computers, namely, software for use in the communication of public safety information; Downloadable computer software for sharing and viewing information about natural disasters, public safety events and emergencies, and preparedness therefor and responses thereto; Downloadable computer software for collecting, compiling, processing, and disseminating information about natural disasters, public safety events and emergencies, and preparedness therefor and responses thereto

**International Class(es):** 009 - Primary Class

**U.S Class(es):** 021, 023, 026, 036, 038

**Class Status:** ACTIVE

# Basis Information (Case Level)

**Filed Use:** No

**Currently Use:** No

**Filed ITU:** Yes

**Currently ITU:** Yes

**Filed 44D:** No

**Currently 44D:** No

**Filed 44E:** No

**Currently 44E:** No

**Filed 66A:** No

**Currently 66A:** No

**Filed No Basis:** No

**Currently No Basis:** No

# Current Owner(s) Information

**Owner Name:** Intterra, LLC

**Owner Address:** 1606 Headway Circle, Ste 9644

Austin, TEXAS UNITED STATES 78754

**Legal Entity Type:** LIMITED LIABILITY COMPANY

**State or Country Where Organized:** NEVADA

# Attorney/Correspondence Information

**Attorney of Record**

**Attorney Name:** Daniel C. Neustadt

**Docket Number:** 211096.1

**Attorney Primary Email Address:** dan.neustadt@hklaw.com

**Attorney Email Authorized:** Yes

**Correspondent**

**Correspondent Name/Address:** Daniel C. Neustadt
HOLLAND & KNIGHT LLP
800 17th Street NW, Suite 1100
Washington, DISTRICT OF COLUMBIA United States 20006

**Phone:** 1-(202) 469-5163

**Correspondent e-mail:** dan.neustadt@hklaw.com andrea.simonich@hklaw.com ptdocketing@hklaw.com lauren.pratt@hklaw.com rochelle.johnson@hklaw.com

**Correspondent e-mail Authorized:** Yes

**Domestic Representative - Not Found**

# Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Dec. 30, 2025 | APPLICATION FILING RECEIPT MAILED | |
| Dec. 30, 2025 | NEW APPLICATION ENTERED | |

# TM Staff and Location Information

**TM Staff Information - None**

**File Location**

**Current Location:** Not Found

**Date in Location:** Not Found

**Generated on:** This page was generated by TSDR on 2026-04-01 19:44:19 EDT

**Mark:** AWARE

**US Serial Number:** 99572675

**Application Filing Date:** Dec. 30, 2025

**Filed as Base Application:** Yes

**Currently Base Application:** Yes

**Register:** Principal

**Mark Type:** Trademark, Service Mark

**TM5 Common Status Descriptor:** LIVE/APPLICATION/Awaiting Examination

The trademark application has been accepted by the Office (has met the minimum filing requirements) and has not yet been assigned to an examiner.

**Status:** New application awaiting assignment to an examining attorney. See current trademark processing wait times for more information.

**Status Date:** Dec. 30, 2025

# Mark Information

**Mark Literal Elements:** AWARE

**Standard Character Claim:** No

**Mark Drawing Type:** 3 - AN ILLUSTRATION DRAWING WHICH INCLUDES WORD(S)/ LETTER(S) /NUMBER(S)

**Description of Mark:** The mark consists of the word "AWARE" inside a shield design. Below the word "AWARE" appears an interlocking design of two curved lines.

**Color(s) Claimed:** Color is not claimed as a feature of the mark.

# Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:

- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** Downloadable computer application software for mobile phones, and handheld and tablet computers, namely, software for use in the communication of public safety information; Downloadable computer software for sharing and viewing information about natural disasters, public safety events and emergencies, and preparedness therefor and responses thereto; Downloadable computer software for collecting, compiling, processing, and disseminating information about natural disasters, public safety events and emergencies, and preparedness therefor and responses thereto

**International Class(es):** 009 - Primary Class

**U.S Class(es):** 021, 023, 026, 036, 038

**Class Status:** ACTIVE

**For:** Platform as a service (PAAS) featuring computer software platforms for use in the communication of public safety information; Platform as a service (PAAS) featuring computer software platforms for sharing and viewing information about natural disasters, public safety events and emergencies, and preparedness therefor and responses thereto; Platform as a service (PAAS) featuring computer software platforms for collecting, compiling, processing, and disseminating information about natural disasters, public safety events and emergencies, and preparedness therefor and responses thereto

**International Class(es):** 042 - Primary Class

**U.S Class(es):** 100, 101

**Class Status:** ACTIVE

**For:** Providing information in the field of natural disasters, emergencies, public safety events, and preparedness therefor and responses thereto

**International Class(es):** 045 - Primary Class | **U.S Class(es):** 100, 101

**Class Status:** ACTIVE

# Basis Information (Case Level)

| | | | |
|---|---|---|---|
| **Filed Use:** | No | **Currently Use:** | No |
| **Filed ITU:** | Yes | **Currently ITU:** | Yes |
| **Filed 44D:** | No | **Currently 44D:** | No |
| **Filed 44E:** | No | **Currently 44E:** | No |
| **Filed 66A:** | No | **Currently 66A:** | No |
| **Filed No Basis:** | No | **Currently No Basis:** | No |

# Current Owner(s) Information

**Owner Name:** Intterra, LLC

**Owner Address:** 1606 Headway Circle, Ste 9644
Austin, TEXAS UNITED STATES 78754

**Legal Entity Type:** LIMITED LIABILITY COMPANY | **State or Country Where Organized:** NEVADA

# Attorney/Correspondence Information

**Attorney of Record**

**Attorney Name:** Daniel C. Neustadt | **Docket Number:** 211096.1

**Attorney Primary Email Address:** dan.neustadt@hklaw.com | **Attorney Email Authorized:** Yes

**Correspondent**

**Correspondent Name/Address:** Daniel C. Neustadt
HOLLAND & KNIGHT LLP
800 17th Street NW, Suite 1100
Washington, DISTRICT OF COLUMBIA United States 20006

**Phone:** 1-(202) 469-5163

**Correspondent e-mail:** dan.neustadt@hklaw.com andrea.simonich@hklaw.com ptdocketing@hklaw.com lauren.pratt@hklaw.com rochelle.johnson@hklaw.com | **Correspondent e-mail Authorized:** Yes

**Domestic Representative - Not Found**

# Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Dec. 30, 2025 | APPLICATION FILING RECEIPT MAILED | |
| Dec. 30, 2025 | NEW APPLICATION ENTERED | |

# TM Staff and Location Information

**TM Staff Information - None**

**File Location**

**Current Location:** Not Found | **Date in Location:** Not Found

**Generated on:** This page was generated by TSDR on 2026-04-01 19:44:14 EDT

**Mark:** AWAREID

AWAREID

**US Serial Number:** 99572686

**Application Filing Date:** Dec. 30, 2025

**Filed as Base Application:** Yes

**Currently Base Application:** Yes

**Register:** Principal

**Mark Type:** Trademark

**TM5 Common Status Descriptor:**

LIVE/APPLICATION/Awaiting Examination

The trademark application has been accepted by the Office (has met the minimum filing requirements) and has not yet been assigned to an examiner.

**Status:** New application awaiting assignment to an examining attorney. See current trademark processing wait times for more information.

**Status Date:** Dec. 30, 2025

# Mark Information

**Mark Literal Elements:** AWAREID

**Standard Character Claim:** Yes. The mark consists of standard characters without claim to any particular font style, size, or color.

**Mark Drawing Type:** 4 - STANDARD CHARACTER MARK

# Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:

- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** Downloadable computer application software for mobile phones, and handheld and tablet computers, namely, software for use in the communication of public safety information; Downloadable computer software for sharing and viewing information about natural disasters, public safety events and emergencies, and preparedness therefor and responses thereto; Downloadable computer software for collecting, compiling, processing, and disseminating information about natural disasters, public safety events and emergencies, and preparedness therefor and responses thereto

**International Class(es):** 009 - Primary Class

**U.S Class(es):** 021, 023, 026, 036, 038

**Class Status:** ACTIVE

# Basis Information (Case Level)

| | | | |
|---|---|---|---|
| **Filed Use:** | No | **Currently Use:** | No |
| **Filed ITU:** | Yes | **Currently ITU:** | Yes |
| **Filed 44D:** | No | **Currently 44D:** | No |
| **Filed 44E:** | No | **Currently 44E:** | No |
| **Filed 66A:** | No | **Currently 66A:** | No |
| **Filed No Basis:** | No | **Currently No Basis:** | No |

# Current Owner(s) Information

**Owner Name:** Intterra, LLC

**Owner Address:** 1606 Headway Circle, Ste 9644

Austin, TEXAS UNITED STATES 78754

**Legal Entity Type:** LIMITED LIABILITY COMPANY **State or Country Where Organized:** NEVADA

# Attorney/Correspondence Information

**Attorney of Record**

**Attorney Name:** Daniel C. Neustadt **Docket Number:** 211096.1

**Attorney Primary Email Address:** dan.neustadt@hklaw.com **Attorney Email Authorized:** Yes

**Correspondent**

**Correspondent Name/Address:** Daniel C. Neustadt
HOLLAND & KNIGHT LLP
800 17th Street NW, Suite 1100
Washington, DISTRICT OF COLUMBIA United States 20006

**Phone:** 1-(202) 469-5163

**Correspondent e-mail:** dan.neustadt@hklaw.com andrea.simonich@hklaw.com ptdocketing@hklaw.com lauren.pratt@hklaw.com rochelle.johnson@hklaw.com **Correspondent e-mail Authorized:** Yes

**Domestic Representative - Not Found**

# Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Dec. 30, 2025 | APPLICATION FILING RECEIPT MAILED | |
| Dec. 30, 2025 | NEW APPLICATION ENTERED | |

# TM Staff and Location Information

**TM Staff Information - None**

**File Location**

**Current Location:** Not Found **Date in Location:** Not Found

**Generated on:** This page was generated by TSDR on 2026-04-01 19:44:08 EDT

**Mark:** AWAREUT

AWAREUT

**US Serial Number:** 99572691

**Application Filing Date:** Dec. 30, 2025

**Filed as Base Application:** Yes

**Currently Base Application:** Yes

**Register:** Principal

**Mark Type:** Trademark

**TM5 Common Status Descriptor:**

LIVE/APPLICATION/Awaiting Examination

The trademark application has been accepted by the Office (has met the minimum filing requirements) and has not yet been assigned to an examiner.

**Status:** New application awaiting assignment to an examining attorney. See current trademark processing wait times for more information.

**Status Date:** Dec. 30, 2025

# Mark Information

**Mark Literal Elements:** AWAREUT

**Standard Character Claim:** Yes. The mark consists of standard characters without claim to any particular font style, size, or color.

**Mark Drawing Type:** 4 - STANDARD CHARACTER MARK

# Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:

- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** Downloadable computer application software for mobile phones, and handheld and tablet computers, namely, software for use in the communication of public safety information; Downloadable computer software for sharing and viewing information about natural disasters, public safety events and emergencies, and preparedness therefor and responses thereto; Downloadable computer software for collecting, compiling, processing, and disseminating information about natural disasters, public safety events and emergencies, and preparedness therefor and responses thereto

**International Class(es):** 009 - Primary Class

**U.S Class(es):** 021, 023, 026, 036, 038

**Class Status:** ACTIVE

# Basis Information (Case Level)

**Filed Use:** No

**Currently Use:** No

**Filed ITU:** Yes

**Currently ITU:** Yes

**Filed 44D:** No

**Currently 44D:** No

**Filed 44E:** No

**Currently 44E:** No

**Filed 66A:** No

**Currently 66A:** No

**Filed No Basis:** No

**Currently No Basis:** No

# Current Owner(s) Information

**Owner Name:** Intterra, LLC

**Owner Address:** 1606 Headway Circle, Ste 9644

Austin, TEXAS UNITED STATES 78754

**Legal Entity Type:** LIMITED LIABILITY COMPANY

**State or Country Where Organized:** NEVADA

# Attorney/Correspondence Information

**Attorney of Record**

**Attorney Name:** Daniel C. Neustadt

**Docket Number:** 211096.1

**Attorney Primary Email Address:** dan.neustadt@hklaw.com

**Attorney Email Authorized:** Yes

**Correspondent**

**Correspondent Name/Address:** Daniel C. Neustadt
HOLLAND & KNIGHT LLP
800 17th Street NW, Suite 1100
Washington, DISTRICT OF COLUMBIA United States 20006

**Phone:** 1-(202) 469-5163

**Correspondent e-mail:** dan.neustadt@hklaw.com andrea.simonich@hklaw.com ptdocketing@hklaw.com lauren.pratt@hklaw.com rochelle.johnson@hklaw.com

**Correspondent e-mail Authorized:** Yes

**Domestic Representative - Not Found**

# Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Dec. 30, 2025 | APPLICATION FILING RECEIPT MAILED | |
| Dec. 30, 2025 | NEW APPLICATION ENTERED | |

# TM Staff and Location Information

**TM Staff Information - None**

**File Location**

**Current Location:** Not Found

**Date in Location:** Not Found

**Generated on:** This page was generated by TSDR on 2026-04-01 19:43:53 EDT

**Mark:** AWAREWA

AWAREWA

**US Serial Number:** 99572659

**Application Filing Date:** Dec. 30, 2025

**Filed as Base Application:** Yes

**Currently Base Application:** Yes

**Register:** Principal

**Mark Type:** Trademark

**TM5 Common Status Descriptor:**

LIVE/APPLICATION/Awaiting Examination

The trademark application has been accepted by the Office (has met the minimum filing requirements) and has not yet been assigned to an examiner.

**Status:** New application awaiting assignment to an examining attorney. See current trademark processing wait times for more information.

**Status Date:** Dec. 30, 2025

# Mark Information

**Mark Literal Elements:** AWAREWA

**Standard Character Claim:** Yes. The mark consists of standard characters without claim to any particular font style, size, or color.

**Mark Drawing Type:** 4 - STANDARD CHARACTER MARK

# Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:
- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** Downloadable computer application software for mobile phones, and handheld and tablet computers, namely, software for use in the communication of public safety information; Downloadable computer software for sharing and viewing information about natural disasters, public safety events and emergencies, and preparedness therefor and responses thereto; Downloadable computer software for collecting, compiling, processing, and disseminating information about natural disasters, public safety events and emergencies, and preparedness therefor and responses thereto

**International Class(es):** 009 - Primary Class

**U.S Class(es):** 021, 023, 026, 036, 038

**Class Status:** ACTIVE

# Basis Information (Case Level)

| | |
|---|---|
| **Filed Use:** No | **Currently Use:** No |
| **Filed ITU:** Yes | **Currently ITU:** Yes |
| **Filed 44D:** No | **Currently 44D:** No |
| **Filed 44E:** No | **Currently 44E:** No |
| **Filed 66A:** No | **Currently 66A:** No |
| **Filed No Basis:** No | **Currently No Basis:** No |

# Current Owner(s) Information

**Owner Name:** Intterra, LLC

**Owner Address:** 1606 Headway Circle, Ste 9644

Austin, TEXAS UNITED STATES 78754

**Legal Entity Type:** LIMITED LIABILITY COMPANY **State or Country Where Organized:** NEVADA

# Attorney/Correspondence Information

**Attorney of Record**

**Attorney Name:** Daniel C. Neustadt **Docket Number:** 211096.1

**Attorney Primary Email Address:** dan.neustadt@hklaw.com **Attorney Email Authorized:** Yes

**Correspondent**

**Correspondent Name/Address:** Daniel C. Neustadt
HOLLAND & KNIGHT LLP
800 17th Street NW, Suite 1100
Washington, DISTRICT OF COLUMBIA United States 20006

**Phone:** 1-(202) 469-5163

**Correspondent e-mail:** dan.neustadt@hklaw.com andrea.simonich@hklaw.com ptdocketing@hklaw.com lauren.pratt@hklaw.com rochelle.johnson@hklaw.com **Correspondent e-mail Authorized:** Yes

**Domestic Representative - Not Found**

# Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Dec. 30, 2025 | APPLICATION FILING RECEIPT MAILED | |
| Dec. 30, 2025 | NEW APPLICATION ENTERED | |

# TM Staff and Location Information

**TM Staff Information - None**

**File Location**

**Current Location:** Not Found **Date in Location:** Not Found

**Generated on:** This page was generated by TSDR on 2026-04-01 19:43:34 EDT

**Mark:** AWAREOR

AWAREOR

**US Serial Number:** 99572666

**Application Filing Date:** Dec. 30, 2025

**Filed as Base Application:** Yes

**Currently Base Application:** Yes

**Register:** Principal

**Mark Type:** Trademark

**TM5 Common Status Descriptor:** LIVE/APPLICATION/Awaiting Examination

The trademark application has been accepted by the Office (has met the minimum filing requirements) and has not yet been assigned to an examiner.

**Status:** New application awaiting assignment to an examining attorney. See current trademark processing wait times for more information.

**Status Date:** Dec. 30, 2025

# Mark Information

**Mark Literal Elements:** AWAREOR

**Standard Character Claim:** Yes. The mark consists of standard characters without claim to any particular font style, size, or color.

**Mark Drawing Type:** 4 - STANDARD CHARACTER MARK

# Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:

- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** Downloadable computer application software for mobile phones, and handheld and tablet computers, namely, software for use in the communication of public safety information; Downloadable computer software for sharing and viewing information about natural disasters, public safety events and emergencies, and preparedness therefor and responses thereto; Downloadable computer software for collecting, compiling, processing, and disseminating information about natural disasters, public safety events and emergencies, and preparedness therefor and responses thereto

**International Class(es):** 009 - Primary Class

**U.S Class(es):** 021, 023, 026, 036, 038

**Class Status:** ACTIVE

# Basis Information (Case Level)

**Filed Use:** No

**Currently Use:** No

**Filed ITU:** Yes

**Currently ITU:** Yes

**Filed 44D:** No

**Currently 44D:** No

**Filed 44E:** No

**Currently 44E:** No

**Filed 66A:** No

**Currently 66A:** No

**Filed No Basis:** No

**Currently No Basis:** No

# Current Owner(s) Information

**Owner Name:** Intterra, LLC

**Owner Address:** 1606 Headway Circle, Ste 9644

Austin, TEXAS UNITED STATES 78754

**Legal Entity Type:** LIMITED LIABILITY COMPANY **State or Country Where Organized:** NEVADA

# Attorney/Correspondence Information

**Attorney of Record**

**Attorney Name:** Daniel C. Neustadt **Docket Number:** 211096.1

**Attorney Primary Email Address:** dan.neustadt@hklaw.com **Attorney Email Authorized:** Yes

**Correspondent**

**Correspondent Name/Address:** Daniel C. Neustadt
HOLLAND & KNIGHT LLP
800 17th Street NW, Suite 1100
Washington, DISTRICT OF COLUMBIA United States 20006

**Phone:** 1-(202) 469-5163

**Correspondent e-mail:** dan.neustadt@hklaw.com andrea.simonich@hklaw.com ptdocketing@hklaw.com lauren.pratt@hklaw.com rochelle.johnson@hklaw.com **Correspondent e-mail Authorized:** Yes

**Domestic Representative - Not Found**

# Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Dec. 30, 2025 | NEW APPLICATION ENTERED | |
| Dec. 30, 2025 | APPLICATION FILING RECEIPT MAILED | |

# TM Staff and Location Information

**TM Staff Information - None**

**File Location**

**Current Location:** Not Found **Date in Location:** Not Found

**Generated on:** This page was generated by TSDR on 2026-04-01 19:43:20 EDT

**Mark:** AWARENV

AWARENV

**US Serial Number:** 99572671

**Application Filing Date:** Dec. 30, 2025

**Filed as Base Application:** Yes

**Currently Base Application:** Yes

**Register:** Principal

**Mark Type:** Trademark

**TM5 Common Status Descriptor:**

LIVE/APPLICATION/Awaiting Examination

The trademark application has been accepted by the Office (has met the minimum filing requirements) and has not yet been assigned to an examiner.

**Status:** New application awaiting assignment to an examining attorney. See current trademark processing wait times for more information.

**Status Date:** Dec. 30, 2025

# Mark Information

**Mark Literal Elements:** AWARENV

**Standard Character Claim:** Yes. The mark consists of standard characters without claim to any particular font style, size, or color.

**Mark Drawing Type:** 4 - STANDARD CHARACTER MARK

# Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:

- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** Downloadable computer application software for mobile phones, and handheld and tablet computers, namely, software for use in the communication of public safety information; Downloadable computer software for sharing and viewing information about natural disasters, public safety events and emergencies, and preparedness therefor and responses thereto; Downloadable computer software for collecting, compiling, processing, and disseminating information about natural disasters, public safety events and emergencies, and preparedness therefor and responses thereto

**International Class(es):** 009 - Primary Class

**U.S Class(es):** 021, 023, 026, 036, 038

**Class Status:** ACTIVE

# Basis Information (Case Level)

| | | | |
|---|---|---|---|
| **Filed Use:** | No | **Currently Use:** | No |
| **Filed ITU:** | Yes | **Currently ITU:** | Yes |
| **Filed 44D:** | No | **Currently 44D:** | No |
| **Filed 44E:** | No | **Currently 44E:** | No |
| **Filed 66A:** | No | **Currently 66A:** | No |
| **Filed No Basis:** | No | **Currently No Basis:** | No |

# Current Owner(s) Information

**Owner Name:** Intterra, LLC

**Owner Address:** 1606 Headway Circle, Ste 9644

Austin, TEXAS UNITED STATES 78754

**Legal Entity Type:** LIMITED LIABILITY COMPANY

**State or Country Where Organized:** NEVADA

# Attorney/Correspondence Information

**Attorney of Record**

**Attorney Name:** Daniel C. Neustadt

**Docket Number:** 211096.1

**Attorney Primary Email Address:** dan.neustadt@hklaw.com

**Attorney Email Authorized:** Yes

**Correspondent**

**Correspondent Name/Address:** Daniel C. Neustadt
HOLLAND & KNIGHT LLP
800 17th Street NW, Suite 1100
Washington, DISTRICT OF COLUMBIA United States 20006

**Phone:** 1-(202) 469-5163

**Correspondent e-mail:** dan.neustadt@hklaw.com andrea.simonich@hklaw.com ptdocketing@hklaw.com lauren.pratt@hklaw.com rochelle.johnson@hklaw.com

**Correspondent e-mail Authorized:** Yes

**Domestic Representative - Not Found**

# Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Dec. 30, 2025 | APPLICATION FILING RECEIPT MAILED | |
| Dec. 30, 2025 | NEW APPLICATION ENTERED | |

# TM Staff and Location Information

**TM Staff Information - None**

**File Location**

**Current Location:** Not Found

**Date in Location:** Not Found

**Generated on:** This page was generated by TSDR on 2026-04-01 19:43:00 EDT

**Mark:** AWAREAZ

AWAREAZ

**US Serial Number:** 99572677

**Application Filing Date:** Dec. 30, 2025

**Filed as Base Application:** Yes

**Currently Base Application:** Yes

**Register:** Principal

**Mark Type:** Trademark

**TM5 Common Status Descriptor:**

LIVE/APPLICATION/Awaiting Examination

The trademark application has been accepted by the Office (has met the minimum filing requirements) and has not yet been assigned to an examiner.

**Status:** New application awaiting assignment to an examining attorney. See current trademark processing wait times for more information.

**Status Date:** Dec. 30, 2025

# Mark Information

**Mark Literal Elements:** AWAREAZ

**Standard Character Claim:** Yes. The mark consists of standard characters without claim to any particular font style, size, or color.

**Mark Drawing Type:** 4 - STANDARD CHARACTER MARK

# Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:

- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** Downloadable computer application software for mobile phones, and handheld and tablet computers, namely, software for use in the communication of public safety information; Downloadable computer software for sharing and viewing information about natural disasters, public safety events and emergencies, and preparedness therefor and responses thereto; Downloadable computer software for collecting, compiling, processing, and disseminating information about natural disasters, public safety events and emergencies, and preparedness therefor and responses thereto

**International Class(es):** 009 - Primary Class

**U.S Class(es):** 021, 023, 026, 036, 038

**Class Status:** ACTIVE

# Basis Information (Case Level)

| | | | |
|---|---|---|---|
| **Filed Use:** | No | **Currently Use:** | No |
| **Filed ITU:** | Yes | **Currently ITU:** | Yes |
| **Filed 44D:** | No | **Currently 44D:** | No |
| **Filed 44E:** | No | **Currently 44E:** | No |
| **Filed 66A:** | No | **Currently 66A:** | No |
| **Filed No Basis:** | No | **Currently No Basis:** | No |

# Current Owner(s) Information

**Owner Name:** Intterra, LLC

**Owner Address:** 1606 Headway Circle, Ste 9644

Austin, TEXAS UNITED STATES 78754

**Legal Entity Type:** LIMITED LIABILITY COMPANY

**State or Country Where Organized:** NEVADA

# Attorney/Correspondence Information

**Attorney of Record**

**Attorney Name:** Daniel C. Neustadt

**Docket Number:** 211096.1

**Attorney Primary Email Address:** dan.neustadt@hklaw.com

**Attorney Email Authorized:** Yes

**Correspondent**

**Correspondent Name/Address:** Daniel C. Neustadt
HOLLAND & KNIGHT LLP
800 17th Street NW, Suite 1100
Washington, DISTRICT OF COLUMBIA United States 20006

**Phone:** 1-(202) 469-5163

**Correspondent e-mail:** dan.neustadt@hklaw.com andrea.simonich@hklaw.com ptdocketing@hklaw.com lauren.pratt@hklaw.com rochelle.johnson@hklaw.com

**Correspondent e-mail Authorized:** Yes

**Domestic Representative - Not Found**

# Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Dec. 30, 2025 | APPLICATION FILING RECEIPT MAILED | |
| Dec. 30, 2025 | NEW APPLICATION ENTERED | |

# TM Staff and Location Information

**TM Staff Information - None**

**File Location**

**Current Location:** Not Found

**Date in Location:** Not Found

**Generated on:** This page was generated by TSDR on 2026-04-01 19:42:47 EDT

**Mark:** AWAREMT

AWAREMT

**US Serial Number:** 99572681

**Application Filing Date:** Dec. 30, 2025

**Filed as Base Application:** Yes

**Currently Base Application:** Yes

**Register:** Principal

**Mark Type:** Trademark

**TM5 Common Status Descriptor:** LIVE/APPLICATION/Awaiting Examination

The trademark application has been accepted by the Office (has met the minimum filing requirements) and has not yet been assigned to an examiner.

**Status:** New application awaiting assignment to an examining attorney. See current trademark processing wait times for more information.

**Status Date:** Dec. 30, 2025

# Mark Information

**Mark Literal Elements:** AWAREMT

**Standard Character Claim:** Yes. The mark consists of standard characters without claim to any particular font style, size, or color.

**Mark Drawing Type:** 4 - STANDARD CHARACTER MARK

# Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:

- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** Downloadable computer application software for mobile phones, and handheld and tablet computers, namely, software for use in the communication of public safety information; Downloadable computer software for sharing and viewing information about natural disasters, public safety events and emergencies, and preparedness therefor and responses thereto; Downloadable computer software for collecting, compiling, processing, and disseminating information about natural disasters, public safety events and emergencies, and preparedness therefor and responses thereto

**International Class(es):** 009 - Primary Class

**U.S Class(es):** 021, 023, 026, 036, 038

**Class Status:** ACTIVE

# Basis Information (Case Level)

| | |
|---|---|
| **Filed Use:** No | **Currently Use:** No |
| **Filed ITU:** Yes | **Currently ITU:** Yes |
| **Filed 44D:** No | **Currently 44D:** No |
| **Filed 44E:** No | **Currently 44E:** No |
| **Filed 66A:** No | **Currently 66A:** No |
| **Filed No Basis:** No | **Currently No Basis:** No |

# Current Owner(s) Information

**Owner Name:** Intterra, LLC

**Owner Address:** 1606 Headway Circle, Ste 9644

Austin, TEXAS UNITED STATES 78754

**Legal Entity Type:** LIMITED LIABILITY COMPANY **State or Country Where Organized:** NEVADA

# Attorney/Correspondence Information

**Attorney of Record**

**Attorney Name:** Daniel C. Neustadt **Docket Number:** 211096.1

**Attorney Primary Email Address:** dan.neustadt@hklaw.com **Attorney Email Authorized:** Yes

**Correspondent**

**Correspondent Name/Address:** Daniel C. Neustadt
HOLLAND & KNIGHT LLP
800 17th Street NW, Suite 1100
Washington, DISTRICT OF COLUMBIA United States 20006

**Phone:** 1-(202) 469-5163

**Correspondent e-mail:** dan.neustadt@hklaw.com andrea.simonich@hklaw.com ptdocketing@hklaw.com lauren.pratt@hklaw.com rochelle.johnson@hklaw.com **Correspondent e-mail Authorized:** Yes

**Domestic Representative - Not Found**

# Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Dec. 30, 2025 | APPLICATION FILING RECEIPT MAILED | |
| Dec. 30, 2025 | NEW APPLICATION ENTERED | |

# TM Staff and Location Information

**TM Staff Information - None**

**File Location**

**Current Location:** Not Found **Date in Location:** Not Found

**Generated on:** This page was generated by TSDR on 2026-04-01 19:41:47 EDT

**Mark:** AWAREFL

AWAREFL

**US Serial Number:** 99572711

**Application Filing Date:** Dec. 30, 2025

**Filed as Base Application:** Yes

**Currently Base Application:** Yes

**Register:** Principal

**Mark Type:** Trademark

**TM5 Common Status Descriptor:**

LIVE/APPLICATION/Awaiting Examination

The trademark application has been accepted by the Office (has met the minimum filing requirements) and has not yet been assigned to an examiner.

**Status:** New application awaiting assignment to an examining attorney. See current trademark processing wait times for more information.

**Status Date:** Dec. 30, 2025

# Mark Information

**Mark Literal Elements:** AWAREFL

**Standard Character Claim:** Yes. The mark consists of standard characters without claim to any particular font style, size, or color.

**Mark Drawing Type:** 4 - STANDARD CHARACTER MARK

# Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:

- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** Downloadable computer application software for mobile phones, and handheld and tablet computers, namely, software for use in the communication of public safety information; Downloadable computer software for sharing and viewing information about natural disasters, public safety events and emergencies, and preparedness therefor and responses thereto; Downloadable computer software for collecting, compiling, processing, and disseminating information about natural disasters, public safety events and emergencies, and preparedness therefor and responses thereto

**International Class(es):** 009 - Primary Class

**U.S Class(es):** 021, 023, 026, 036, 038

**Class Status:** ACTIVE

# Basis Information (Case Level)

**Filed Use:** No

**Currently Use:** No

**Filed ITU:** Yes

**Currently ITU:** Yes

**Filed 44D:** No

**Currently 44D:** No

**Filed 44E:** No

**Currently 44E:** No

**Filed 66A:** No

**Currently 66A:** No

**Filed No Basis:** No

**Currently No Basis:** No

# Current Owner(s) Information

**Owner Name:** Intterra, LLC

**Owner Address:** 1606 Headway Circle, Ste 9644

Austin, TEXAS UNITED STATES 78754

**Legal Entity Type:** LIMITED LIABILITY COMPANY

**State or Country Where Organized:** NEVADA

# Attorney/Correspondence Information

**Attorney of Record**

**Attorney Name:** Daniel C. Neustadt

**Docket Number:** 211096.1

**Attorney Primary Email Address:** dan.neustadt@hklaw.com

**Attorney Email Authorized:** Yes

**Correspondent**

**Correspondent Name/Address:** Daniel C. Neustadt
HOLLAND & KNIGHT LLP
800 17th Street NW, Suite 1100
Washington, DISTRICT OF COLUMBIA United States 20006

**Phone:** 1-(202) 469-5163

**Correspondent e-mail:** dan.neustadt@hklaw.com andrea.simonich@hklaw.com ptdocketing@hklaw.com lauren.pratt@hklaw.com rochelle.johnson@hklaw.com

**Correspondent e-mail Authorized:** Yes

**Domestic Representative - Not Found**

# Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Dec. 30, 2025 | APPLICATION FILING RECEIPT MAILED | |
| Dec. 30, 2025 | NEW APPLICATION ENTERED | |

# TM Staff and Location Information

**TM Staff Information - None**

**File Location**

**Current Location:** Not Found

**Date in Location:** Not Found

**Generated on:** This page was generated by TSDR on 2026-04-01 19:41:12 EDT

**Mark:** AWAREMO

AWAREMO

**US Serial Number:** 99572700

**Application Filing Date:** Dec. 30, 2025

**Filed as Base Application:** Yes

**Currently Base Application:** Yes

**Register:** Principal

**Mark Type:** Trademark

**TM5 Common Status Descriptor:**

LIVE/APPLICATION/Awaiting Examination

The trademark application has been accepted by the Office (has met the minimum filing requirements) and has not yet been assigned to an examiner.

**Status:** New application awaiting assignment to an examining attorney. See current trademark processing wait times for more information.

**Status Date:** Dec. 30, 2025

# Mark Information

**Mark Literal Elements:** AWAREMO

**Standard Character Claim:** Yes. The mark consists of standard characters without claim to any particular font style, size, or color.

**Mark Drawing Type:** 4 - STANDARD CHARACTER MARK

# Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:

- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** Downloadable computer application software for mobile phones, and handheld and tablet computers, namely, software for use in the communication of public safety information; Downloadable computer software for sharing and viewing information about natural disasters, public safety events and emergencies, and preparedness therefor and responses thereto; Downloadable computer software for collecting, compiling, processing, and disseminating information about natural disasters, public safety events and emergencies, and preparedness therefor and responses thereto

**International Class(es):** 009 - Primary Class

**U.S Class(es):** 021, 023, 026, 036, 038

**Class Status:** ACTIVE

# Basis Information (Case Level)

| | | | |
|---|---|---|---|
| **Filed Use:** | No | **Currently Use:** | No |
| **Filed ITU:** | Yes | **Currently ITU:** | Yes |
| **Filed 44D:** | No | **Currently 44D:** | No |
| **Filed 44E:** | No | **Currently 44E:** | No |
| **Filed 66A:** | No | **Currently 66A:** | No |
| **Filed No Basis:** | No | **Currently No Basis:** | No |

# Current Owner(s) Information

**Owner Name:** Intterra, LLC

**Owner Address:** 1606 Headway Circle, Ste 9644

| | | | |
|---|---|---|---|
| | Austin, TEXAS UNITED STATES 78754 | | |
| **Legal Entity Type:** | LIMITED LIABILITY COMPANY | **State or Country Where Organized:** | NEVADA |

# Attorney/Correspondence Information

**Attorney of Record**

| | | | |
|---|---|---|---|
| **Attorney Name:** | Daniel C. Neustadt | **Docket Number:** | 211096.1 |
| **Attorney Primary Email Address:** | dan.neustadt@hklaw.com | **Attorney Email Authorized:** | Yes |

**Correspondent**

| | | | |
|---|---|---|---|
| **Correspondent Name/Address:** | Daniel C. Neustadt<br>HOLLAND & KNIGHT LLP<br>800 17th Street NW, Suite 1100<br>Washington, DISTRICT OF COLUMBIA United States 20006 | | |
| **Phone:** | 1-(202) 469-5163 | | |
| **Correspondent e-mail:** | dan.neustadt@hklaw.com andrea.simonich@hklaw.com ptdocketing@hklaw.com lauren.pratt@hklaw.com rochelle.johnson@hklaw.com | **Correspondent e-mail Authorized:** | Yes |

**Domestic Representative - Not Found**

# Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Dec. 30, 2025 | APPLICATION FILING RECEIPT MAILED | |
| Dec. 30, 2025 | NEW APPLICATION ENTERED | |

# TM Staff and Location Information

**TM Staff Information - None**

**File Location**

| | | | |
|---|---|---|---|
| **Current Location:** | Not Found | **Date in Location:** | Not Found |

**Generated on:** This page was generated by TSDR on 2026-04-01 19:39:12 EDT

**Mark:** AWAREHI

AWAREHI

**US Serial Number:** 99572694

**Application Filing Date:** Dec. 30, 2025

**Filed as Base Application:** Yes

**Currently Base Application:** Yes

**Register:** Principal

**Mark Type:** Trademark

**TM5 Common Status Descriptor:** LIVE/APPLICATION/Awaiting Examination

The trademark application has been accepted by the Office (has met the minimum filing requirements) and has not yet been assigned to an examiner.

**Status:** New application awaiting assignment to an examining attorney. See current trademark processing wait times for more information.

**Status Date:** Dec. 30, 2025

# Mark Information

**Mark Literal Elements:** AWAREHI

**Standard Character Claim:** Yes. The mark consists of standard characters without claim to any particular font style, size, or color.

**Mark Drawing Type:** 4 - STANDARD CHARACTER MARK

# Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:

- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** Downloadable computer application software for mobile phones, and handheld and tablet computers, namely, software for use in the communication of public safety information; Downloadable computer software for sharing and viewing information about natural disasters, public safety events and emergencies, and preparedness therefor and responses thereto; Downloadable computer software for collecting, compiling, processing, and disseminating information about natural disasters, public safety events and emergencies, and preparedness therefor and responses thereto

**International Class(es):** 009 - Primary Class

**U.S Class(es):** 021, 023, 026, 036, 038

**Class Status:** ACTIVE

# Basis Information (Case Level)

| | | | |
|---|---|---|---|
| **Filed Use:** | No | **Currently Use:** | No |
| **Filed ITU:** | Yes | **Currently ITU:** | Yes |
| **Filed 44D:** | No | **Currently 44D:** | No |
| **Filed 44E:** | No | **Currently 44E:** | No |
| **Filed 66A:** | No | **Currently 66A:** | No |
| **Filed No Basis:** | No | **Currently No Basis:** | No |

# Current Owner(s) Information

**Owner Name:** Intterra, LLC

**Owner Address:** 1606 Headway Circle, Ste 9644

Austin, TEXAS UNITED STATES 78754

**Legal Entity Type:** LIMITED LIABILITY COMPANY

**State or Country Where Organized:** NEVADA

# Attorney/Correspondence Information

**Attorney of Record**

**Attorney Name:** Daniel C. Neustadt

**Docket Number:** 211096.1

**Attorney Primary Email Address:** dan.neustadt@hklaw.com

**Attorney Email Authorized:** Yes

**Correspondent**

**Correspondent Name/Address:** Daniel C. Neustadt
HOLLAND & KNIGHT LLP
800 17th Street NW, Suite 1100
Washington, DISTRICT OF COLUMBIA United States 20006

**Phone:** 1-(202) 469-5163

**Correspondent e-mail:** dan.neustadt@hklaw.com andrea.simonich@hklaw.com ptdocketing@hklaw.com lauren.pratt@hklaw.com rochelle.johnson@hklaw.com

**Correspondent e-mail Authorized:** Yes

**Domestic Representative - Not Found**

# Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Dec. 30, 2025 | APPLICATION FILING RECEIPT MAILED | |
| Dec. 30, 2025 | NEW APPLICATION ENTERED | |

# TM Staff and Location Information

**TM Staff Information - None**

**File Location**

**Current Location:** Not Found

**Date in Location:** Not Found