# Exhibit 3



MILESTONE
MAKERS
Rachael Brady
Wildfire Aware
DETECT. NOTIFY. TAKE ACTION.
Nasdaq Entrepreneurial Center
Nasdaq
THE
ULTIMATUM
MARRY OR MOVE ON
H&M