# Exhibit 4

# The POWER of PARTNERSHIPS

**Rachael Brady, Founder of The Analytical Moose and Deputy Director of Research for ALERTCalifornia explains the importance of wildfire awareness and prevention**



### Could you introduce yourself and your professional background- what led you to pursue a career in wildfire awareness and prevention?

I began my career in wildfire in 2006 as a dispatcher with CAL FIRE. During that time, I started working on the Computer Aided Dispatch system and learned GIS on the job. I was predominately working nights at the time and realized I didn't want to do that the rest of my life. So, I started working on my bachelor's degree. I was loving GIS so pursued my master's in that field. I ended up taking a promotion in CAL FIRE's northern region office where I supported CAL FIRE's Vegetation Treatment Program Programmatic Environmental Review rewrite, infrared interruption on large fires and serial arson investigations.

Following the Carr Fire, the Camp Fire and series of exhaustive arson investigation cases I made the choice to leave CAL FIRE in February 2020 to spend time with my father who was dying from cancer and to start my own business that originally was going to focus exclusively on the GIS because I was burnt out on wildfires.

### In 2022, you launched a mobile app called Wildfire Aware- could you expand on this and what your intention behind launching the app was?

The fall after leaving CAL FIRE, my small community was directly impacted by the Zogg Fire. The small community which I grew up in and still lived in changed overnight. I had many conversations with neighbors, who had similar stories about not knowing about the fire until it was almost too late or in the case of five community members it was too late.

My mother implored me to use the skills that I had learned from 13 years with CAL FIRE to help people get the information they need. Because of my background I knew where the data was and I set out on a mission to make that data easily accessible and consolidated into one spot. I also only want to do authoritative data, no message boards or friend of friend information. Due to my mapping background and experience, I chose to display the information geographically because it made it easy for people to understand it.



### Why do you believe geospatial information and data analysis can help to address real world problems?

Every aspect of our life relies on geospatial information. Tobler's first law of geography "everything is related to everything else, but near things are more related than distant things", is an excellent lens to look at the geospatial fire problem though. We are at a point where when we bring all these disparate data systems together, we can quickly and efficiently begin to answer important questions.

### You have worked with various organizations, including The University of California, Los Angeles. How did these relationships come to be and could you talk about one of these partnerships in a little further detail?

I have worked with some great organizations after leaving CAL FIRE from the UCLA, University of Nevada Reno, University at Buffalo and UC San Diego on the academic side of wildfire, to the Western Fire Chiefs, Earth Fire Alliance and the California Fire Safe Council on the non-profit side of the space. ▸

> **"I firmly believe that the academic contributions to wildfire solutions is imperative to the wildfire community overall."**