# Exhibit 5

Western Livestock Journal

Subscribe to *WLJ*

Advertisements




**Policy**

# Introducing a new alert for fire season

Chloé Fowler, WLJ correspondent Dec. 22, 2022 4 minutes read



The wildfire season across the Western states has continued to grow over the years. However, according to USDA, the idea of a "season" is no longer an accurate description and instead, "The Forest Service is shifting to the concept of a fire year." Because of this, farmers and ranchers are in need of the newest technology

You have one free article remaining this week. Log in or Subscribe now for unlimited access.

Wildfire Aware is a new app for all devices that was developed in response to the 2020 Zogg Fire that started near the towns of Ono and Igo in Northern California. These remote towns are located in areas where cell service is intermittent and wireless internet is the main form of communication. Individuals in the town were alerted to the fire by friends and neighbors before getting an alert from the California Department of Forestry and Fire Protection (CAL FIRE).

According to individuals who experienced the fire, alerts or announcements for evacuations came too late, and it was only because of Facebook groups and phone calls that much of the two neighboring towns were able to escape in time.

Rachael Brady is the founder of The Analytical Moose and the creator of the Wildfire Aware app. As the granddaughter of a family affected by the Zogg Fire, she chose to take action after seeing the effects of the wildfire across her home community, and she began working towards the development of Wildfire Aware.

The Analytical Moose provides geographical information system (GIS) consulting services and drone imagery to its customers. Brady developed the app based upon her previous experience working with CAL FIRE as a communications operator and research data specialist. Working on GIS increased her understanding of using the technology and encouraged her to pursue her master's degree in GIS. Now, within her own business, she uses her expertise in GIS software coupled with drone technology to view wildfires as they develop.

"I was talking to everyone in the community and assisting with drone footage for lawsuits and insurance claims that develop after the wildfire, and

You have **one** free article remaining this week. **Log in** or **Subscribe now** for unlimited access.

about wildfires," Brady said. "There are all sorts of systems for agencies but nothing for the public—especially outside of California."

The app was developed by software engineers, with Brady focusing on aspects that individuals said were important during the wildfire experience. After launching in October, the work put into the software is now available to the public.

Wildfire Aware currently has three types of notifications. The first type is "New Fire" notifications that "arrive within minutes of a wildland fire being dispatched." The app claims to not filter fire notifications and sends them as soon as firefighters are dispatched.

The second is "Multiple Day Fire" notifications that are sent "when the fire perimeter is updated (usually in the morning and evening) for ongoing fires that have encroached on notification areas." The final notification type is National Weather Service notifications that pertain to weather conditions developed due to wildfires, such as mudslides and flooding.

The app was displayed at the California/Nevada joint Cattlemen's Convention in early December as a soft launch and to explain its uses in phase one. Phase two is scheduled to launch at the beginning of 2023 and the final phase will be launched by the end of 2023. Phase two is the integration of satellite wildfire detection, Brady said.

"We are in talks with a couple companies to develop integration of their technology and instead of waiting until a fire is dispatched, being able to detect it and alert from the satellite ahead of official chatter," she said.

Phase three is focused on "being able to put on a map the general direction and rate of spread on a fire," Brady said. "With our cone of confidence, we

You have one free article remaining this week. Log in or Subscribe now for unlimited access.

Advertisements



The Wildfire Aware app focuses on increasing the ability for the public to have as much time to prepare for a wildfire as possible. "Those extra five minutes are imperative," Brady said—one of the motivating factors leading to the app's creation.

Notification customizations are available within the app, one of the features that no other public detection software has available. The reason is so farmers and ranchers could pinpoint multiple different locations within their operation. This could range from summer pasture to different farm locations to ensure that the public has the best and quickest access to information.

Wildfire Aware is available on all devices and is continuing to develop for the needs of the public. It is available in all states and alerts are available for anywhere in the nation as fire prone areas continue to develop. More information about the application can be found at wildfireaware.ai. — **Chloй Fowler, WLJ correspondent**

## Join the Discussion

Your email address will not be published. Required fields are marked *

You have one free article remaining this week. Log in or Subscribe now for unlimited access.

Write your comment...

Name *

Email *

Save my name, email, and website in this browser for the next time I comment.

Post Comment

This site uses Akismet to reduce spam. Learn how your comment data is processed.

## Read More

You have one free article remaining this week. Log in or Subscribe now for unlimited access.

## Bill aims at reducing ag suicides

March 26, 2018 | WLJ

## Senators want to delay USMCA start date

March 31, 2020 | Chris Clayton, DTN ag policy editor

## Global food insecurity projected to decline

August 15, 2019 | USDA Economic Research Service

## Ag census responses needed

December 20, 2017 | WLJ

You have **one** free article remaining this week. **Log in** or **Subscribe now** for unlimited access.

## Soybean acres to surpass corn for the first time

March 5, 2018 | USDA Economic Research Service

### Join our Newsletter

Stay informed with our 10k+ newsletter subscribers

Enter Your Email Address

Submit

ALL NEWSLETTERS PRIVACY

### UPCOMING EVENTS

Apr. 2, 2026

Today

Angus Balancer Charolais Optimizer Red Angus Salers

### Midland Bull Test Bull Sale

You have **one** free article remaining this week. **Log in** or **Subscribe now** for unlimited access.

Midland Bull Test

View all upcoming events with a free *WLJ* account

Bull/Female Sales Commercial Cattle Sales Production Sales Breed Sales Horse Sales Dog Sales And More...

## Latest News



**USDA promotes voluntary 'Product of USA' labeling**

5 minutes read



**Farmer dollar share shrinks as ag powers the economy**

4 minutes read



**Lawmakers discuss ESA reforms, recovery goals**

5 minutes read

You have one free article remaining this week. Log in or Subscribe now for unlimited access.




Read the latest digital edition of ***WLJ***.

MARCH 30, 2026

Open digital edition

ALL *WLJ* DIGITAL EDITIONS

You have **one** free article remaining this week. **Log in** or **Subscribe now** for unlimited access.