# Exhibit 6



spire | weather

# Using the power of weather data to drive local wildfire awareness

**Spire Weather E-Book**

spire

spire.com/weather

# Contents


**Introduction** 3

**Wildfires average 7 million acres of burnt land annually** 4

**Fueled mission to be a fire expert and GIS specialist** 5

**Leveraging data technology to save lives** 6

**Critical need to increase global weather awareness** 10

# Introduction

"We live in a period where wildfires go from 10,000 acres to 1 million acres. The speed at which these fires are spreading nowadays just makes it all the more difficult to evacuate people and combat it. I have lived through these fires and that's why it's important to me that I am able to build something that can notify residents in time"

**Rachael Brady**
Founder,
The Analytical Moose.




Wildfires can either crackle and hiss out quickly or can extend their damages within a heartbeat to thousands of acres of land. When uncontrolled, the destruction and chaos occurs within mere hours. However, three variables influence the severity and movement of the wildfire: geography, weather and fuel.

The chemical composition, moisture levels and density of these ingredients will define the speed, spread and temperature of such a conflagration.

If the land has low moisture levels and is dry in nature, then it will burn faster as there's no water to fight the fire's heat.

For example, grass burns quicker and doesn't create as much heat as trees and other similar fuel sources. A detailed understanding of weather parameters such as humidity, wind and temperature will help to model the wildfire's path. Under windy conditions, wildfires will obtain additional oxygen and flare across the earthen floor at an accelerated rate. Purely from a weather perspective, a simplistic approach to understanding wildfire risk can be found using the "Hot Dry Windy Index", or HDW for short, which takes into consideration the temperature, humidity and wind speed forecast for any location to determine the wildfire risk.



# Wildfires average 7 million acres of burnt land annually

**The Analytical Moose provides GIS consulting services and drone imagery to customers throughout the United States.**

The past twenty years have seen an average of 7 million acres of land burning annually due to wildfires.

> With a yearly average of 70,000 wildfires, 2022 will be no exception with over 54,000 wildfires to date (October 2022).

As these numbers reflect, wildfires spread swiftly and devour everything that comes within its path. These flames can travel with speeds up to 14 miles/hour that is easily converted to a 4 minute per mile pace that the average man cannot outrun, especially considering that wildfires often occur in difficult to navigate terrain like mountains and dense forests. Like other extreme weather conditions, wildfires contribute to economic damages and human casualties.

The USA is prone to wildfires, especially states such as California and tend to cut off major highways such as the I-5 and I-15 in California for a week at a time. The National Interagency Fire Center echoes the sentiment shared above that wildfires are increasing in frequency and in the years 2015, 2017 and 2020, more than 10 million acres were set ablaze. Dry and hot conditions in the western part of America caused 28,200 wildfires by the end of June 2021 and indicated a 30% year on year rise in wildfire numbers.

These statistics have fueled Rachel's passion to aid people as reflected by her career trajectory. In addition to her professional experience, Rachael has personally lived through multiple wildfire events in Northern California (Bully, Carr, Zogg, etc.) whereby she has had to rush to get her friends and family out of the way of the fast moving fires.



# Fueled mission to be a fire expert and GIS specialist

**As a former member of the California Department of Forestry and Fire Protection, Rachael spent six years as a dispatcher.**

She was responsible for resource allocation during emergencies and maintained the supporting GIS database, followed by an additional seven years as a Research Data Specialist at CAL FIRE's regional office.

Rachael fulfilled many roles in the CAL FIRE Northern Region office. She helped manage the database where CAL FIRE tracked all fuel reduction projects. She assisted with serial arson investigations, even winning the USGIF Government Achievement Award for her work.

> When fire activity was heavy in California, she would routinely provide GIS support for airspace coordination and regional coordination.

Rachael is also an Infrared Interrupter and would quickly map fires based on nighttime flights by specialized aircraft, in 2018 she provided the first fire perimeter of the Camp Fire and had the first look at the widespread devastation from the air.



# Leveraging data technology to save lives

**The Analytical Moose™ is the brainchild of Rachael's vision for greater predictability around wildfires.**

To this end, her company, which provides GIS consulting services and drone imagery to its customers, is releasing a mobile wildfire notification application, Wildfire Aware™ this month (November 2022).

The application will allow users to monitor locations near areas of interest and provide timely notification of fires that start serving the entire United States and the only app of its kind to offer live weather notifications for wildfires.




## Patterson, Alviso Dr, Perris, CA

Figure 1 above highlights a newly formed wildfire where the boundary is either unknown or so small that an individual point is used to represent the current location, while Spire current weather conditions are overlaid onto the map to give an indication of which direction the fire may spread. Further down the page, the application provides the user with additional weather information that contributes to the volatility of a wildfire.

**Situational awareness of current and short term forecast weather is critical to keeping both frontline firefighters and any residents / structures in the area safe and informed during an active wildfire situation.**




## Meander, Cady Creek, WA

Figure 2 above indicates a larger known wildfire perimeter again overlaid with wind direction data from Spire. The near term forecast is also provided below the map with relevant weather parameters that are helpful for both citizens to keep a safe distance from the wildfire and where it could potentially spread based on the wind speed, direction and relative humidity.

**With the help of real-time weather data at a localized level, Rachael has led the development of a wildfire prediction model that will be disseminated via the mobile application by late 2023, thereby putting critical information of where the fire is heading in the hands of the public quickly and efficiently.**

"This way, we can help communities be wildfire aware during fast moving wildfires that quickly cover large rural areas, which becomes a hindrance in evacuation efforts. The application is another interpretation of technology driven innovations that are being used to mitigate the growing damage stemming from uncontrolled wildfires," she shares.

To support the data on the application and other fire tracking initiatives, Rachael advocates for using high altitude unmanned aerial vehicles (UAVs). Hi-tech drones with the right programming have the capacity to live-track fires as the spread happens. This real-time update is critical for maximizing population evacuation and fire containment efforts.

Satellites are another technology that can be repurposed for tracking wildfires. Given the increasing acreage being consumed by these fires, satellites can provide an unmatched atmospheric vantage point.

The data provided by these satellites can help to greatly refine fire propagation models. Fire propagation models worked great for when fires were less than 10,000 acres. They would project pretty accurately or close enough. But now in these larger fires with the micro weather climates and these large landscapes, the current fire propagation models have greater challenges to face.

This is where AM's collaboration with Spire Technology is of immense importance.

Given the effect of climate change on spreading wildfires and Spire's ability to provide global weather coverage across the entire globe, including the most remote regions, it's essential now for the world to come together to help stave off this growing threat.

Any state's ability to mitigate the effect of wildfires comes down to their ability to track and predict fire behavior, along with the speed with which they can mobilize in response. Doing it effectively will come down to how well the fire propagation models can be refined which in turn is driven by high quality space-powered weather data at a high resolution.



**With the help of real-time weather data at a localized level, Rachael has led the development of a wildfire prediction model that will be disseminated via the mobile application by late 2023, thereby putting critical information of where the fire is heading in the hands of the public quickly and efficiently.**

"This way, we can help communities be wildfire aware during fast moving wildfires that quickly cover large rural areas, which becomes a hindrance in evacuation efforts. The application is another interpretation of technology driven innovations that are being used to mitigate the growing damage stemming from uncontrolled wildfires," she shares.

To support the data on the application and other fire tracking initiatives, Rachael advocates for using high altitude unmanned aerial vehicles (UAVs). Hi-tech drones with the right programming have the capacity to live-track fires as the spread happens. This real-time update is critical for maximizing population evacuation and fire containment efforts.

Satellites are another technology that can be repurposed for tracking wildfires. Given the increasing acreage being consumed by these fires, satellites can provide an unmatched atmospheric vantage point.

The data provided by these satellites can help to greatly refine fire propagation models. Fire propagation models worked great for when fires were less than 10,000 acres. They would project pretty accurately or close enough. But now in these larger fires with the micro weather climates and these large landscapes, the current fire propagation models have greater challenges to face.

This is where AM's collaboration with Spire Technology is of immense importance.

Given the effect of climate change on spreading wildfires and Spire's ability to provide global weather coverage across the entire globe, including the most remote regions, it's essential now for the world to come together to help stave off this growing threat.

Any state's ability to mitigate the effect of wildfires comes down to their ability to track and predict fire behavior, along with the speed with which they can mobilize in response. Doing it effectively will come down to how well the fire propagation models can be refined which in turn is driven by high quality space-powered weather data at a high resolution.



# Critical need to increase global weather awareness

**Over the last 4 years, California has seen an intense change in wildfire patterns.**

During the Carr Fire, the fire behavior was so intense that it produced its own tornado and it burned into the town of Redding. Later that same year, a late season fire, called the Camp Fire became the most destructive and deadliest in California's history, demolished the town of Paradise.

The Zogg fire started in Shasta County on Sept. 27, 2020. Pushed by strong winds, the fire heavily damaged the towns of Igo and Ono and was not fully under control until Oct. 13, 2020.

A collaborative effort between organizations like AM and Spire, with strong governmental support, offers a sustainable solution to this ongoing problem. A small fire, when pushed by strong winds, is what essentially creates the need for real time, technology enabled tracking of weather and wildfires alike.

> The cumulative data will make or break any efforts put forward to mitigate future fire events.

## Zogg fire

Shasta County

**56,000**
Acres burned

**204**
Structures destroyed

**27**
Structures damaged

**4**
People killed




> In total, over 56,000 acres in Shasta and Tehama counties were burned, 204 structures were destroyed, 27 structures were damaged, one person was injured, and four people were killed by the Zogg fire.

spire | weather

## Want to learn more?

Find out how you can start working
with our data today.

**Book a consultation**

**Follow us to find out more:**

linkedin.com/showcase/spire-weather

@SpireGlobal

**spire.com/weather**