# Exhibit 7

MEDFORD ALERT NEWS




You Are Here Home » 2023 » May » 1 »
Wildfire Aware App Sends Important Fire Info Direct To Your Device

# Wildfire Aware App Sends Important Fire Info Direct To Your Device

May 1, 2023

Medford Alert has partnered with Wildfire Aware to bring you the fastest and most accurate wildfire coverage available this year. Wildfire Aware is at the forefront of alerting the public to potentially threatening and fast moving wildfires using a state-of-the-art app, available for both Apple and Android devices.

Parent company, The Analytical Moose, developed Wildfire Aware in response to a devastating 2020 Zogg Fire that started in Northern California.

Rachael Brady is the founder of The Analytical Moose and the creator of the Wildfire Aware app. She chose to take action after seeing the effects of the wildfire across her home community, and she began working towards the development of Wildfire Aware. Analytical Moose provides geographical information system (GIS) consulting services and drone imagery to its customers. Brady developed the app based upon her previous experience wo
FIRE as a communications operator and research data specialist. Working on GIS increased her unders

"I was talking to everyone in the community and assisting with drone footage for lawsuits and insurance claims that develop after the wildfire, and it showed that there was a large need for some type of alerting service about wildfires," Brady said. "There are all sorts of systems for agencies but nothing for the public—especially outside of California."

The app was developed by software engineers, with Brady focusing on aspects that individuals said were important during the wildfire experience. After the initial soft launch, the work put into the software is now available to the public.






firefighters are dispatched.

The second is "Multiple Day Fire" notifications that are sent "when the fire perimeter is updated (usually in the morning and evening) for ongoing fires that have encroached on notification areas."

The final notification type is National Weather Service notifications that pertain to weather conditions developed due to wildfires, such as mudslides and flooding.

A current Wildfire Aware app user named Alexis, has the following to say about her own experience: "Wildfire aware is truly the best app you can get for fire information. Since losing 3 homes to the Carr fire, and having no notification to evacuate from our own home for that fire, I have since downloaded almost every app you can find to get the information I need to feel safe and informed during fire season. I would use a handful of apps to get as much data as I could get at the time. Most of this data would typically be hours behind, so I would then piece this information together, on my own, and estimate where the fire could be based on wind, hot spots and fire cameras. Now, with Wildfire Aware, I have one app that does all of it for me and I couldn't be more grateful. Wildfire aware has given me back a sense of security during fire season, knowing I will have the information I need, when I need it."

Medford Alert encourages those in wildfire prone areas to download, and sign up for Wildfire Aware service this 2023 wildfire season. Their app puts the power of direct wildfire information in the palm of your hand.

"During the fast moving events of the Almeda Fire, I was using a dozen or more different sources to relay information live to our readers via our various Medford Alert platforms. It was a lot of raw data to sort through and authenticate, prior to sending out information to the public. Having an app like Wildfire Aware will help local residents in wildfire zones see direct information on their device, and decide the best course of action for themselves. I will be adding Wildfire Aware to our list of reliable sources that will expand Medford Alert's wildfire news coverage," -Nick Nelson-Founder of Medford Alert LLC.

For the upcoming 2023 wildfire season, Medford Alert will add Wildfire Aware to the resources we already use, in order to expand and continue to strengthen our commitment of providing our coverage area with fast, accurate, and agenda-free news. This partnership will further solidify our footprint as the Valleys Digital News Leader, especially when wildfire events quickly begin.

During a wildfire where minutes matter, Medford Alert and Wildfire Aware are here to provide the raw information you need to take action for yourself and your family.




*Source: WLD, Wildfire Aware*

## Discover more from Medford Alert News

Subscribe to get the latest posts sent to your email.

Type your email…

Subscribe

SHARE

« Two American Bulldogs Taken From Oregon Neighborhood

May is Wildfire Awareness Month »

### Overturned Semi Closes Northbound I-5 Near Ashland

April 1, 2026

### Task Force Arrests Medford Man Wanted on Multiple Child Sex Abuse Charges

March 31, 2026

### Man Arrested After High-Speed Pursuit Along Redwood Highway

March 31, 2026






## Subscribe!

Every Medford Alert News Article Delivered Directly Into Your Inbox!

Email Address

Click Here

Join 26.7K other subscribers






## Medford

5:54 pm, Apr 1, 2026

47 °F

Overcast Clouds

Wind Gust: 0 mph
Clouds: 100%
Visibility: 6 mi
Sunrise: 6:53 am
Sunset: 7:36 pm

87 % 10 mph

Weather from OpenWeatherMap




**Name** (required)

**Email** (required)

**Talk to Us** (required)

Click Here to Send

## Medford Alert Special Presentations

August 19, 2025




## Second Annual Fall Street Scene Highlights Local Pacific Island Culture

October 30, 2023




## South Central 3-Alarm Fire, Raw Media Recap




### Biddle Road Plane Crash Raw Media Recap

December 8, 2021

MEDFORD ALERT .com this ad space available!

Copyright 2026 Medford Alert News | All Rights Reserved