**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| INTTERRA, LLC,<br>Plaintiff,<br>v.<br>THE ANALYTICAL MOOSE LLC and RACHAEL BRADY,<br>Defendants. | Case No.: 2:26-cv-00747-WBS-CSK<br>**[PROPOSED] ORDER GRANTING DEFENDANT AND COUNTERCLAIM-PLAINTIFF THE ANALYTICAL MOOSE LLC'S MOTION FOR PRELIMINARY INJUNCTION**<br>Judge: Hon. William B. Shubb<br>Date:<br>Time: 1:30 p.m.<br>Courtroom: 5, 14th Floor<br>Trial Date: N/A<br>Action filed: March 5, 2026 |

The Court, having considered Defendant and Counterclaim-Plaintiff The Analytical Moose LLC's ("TAM") Motion for Preliminary Injunction, the papers filed in support of and in opposition to said motion, the pleadings and documents on file in this case, and such other evidence and argument presented at hearing on this motion, hereby orders as follows:

**IT IS HEREBY ORDERED** that Defendant and Counterclaim-Plaintiff The Analytical Moose LLC's Motion for Preliminary Injunction is **GRANTED** in its entirety.

The Court FINDS that Defendant and Counterclaim-Plaintiff The Analytical Moose LLC is likely to succeed on its claims that Plaintiff and Counterclaim-Defendant Intterra, LLC ("Intterra") has willfully infringed on TAM's federally registered WILDFIRE AWARE® mark in violation of Section 32 of the Lanham Act, 15 U.S.C. § 1114.

The Court also FINDS that TAM has made a strong showing that it will suffer irreparable harm by Intterra's promotion, offering, and sale of software and related products and services in the field of wildfire alerts and emergency notification under AWARE-formative branding, including its planned launch of AWARECA on May 1, 2026.

The Court waives the bond requirement of Rule 65(c).

Accordingly, Plaintiff and Counterclaim-Defendant Intterra, LLC, together with its members (to the extent acting on behalf of or for the benefit of the LLC), managers, officers, employees, agents, servants, representatives, affiliates, subsidiaries, successors, assigns, and all persons in active concert or participation with them who receive actual notice of this Order, is **HEREBY ENJOINED** from, directly or indirectly, promoting, offering, and selling software and related products and services in the field of wildfire alerts and emergency notification under AWARE-formative branding, including its planned launch of AWARECA on May 1, 2026, For purposes of clarity, Intterra is free to promote, offer, and sell software and related products and services in the field of wildfire alerts and emergency notification software under branding that does not include WILDFIRE AWARE OR AWARE.

**IT IS SO ORDERED**

DATED:

__________________________________

HONORABLE WILLIAM B. SHUBB