

# United States District Court
## Eastern District of California

INTTERRA, LLC,

Plaintiff(s)

V.

THE ANALYTICAL MOOSE LLC et al.,

Defendant(s)

Case Number: 2:26-cv-00747-WBS-CSK

APPLICATION FOR PRO HAC VICE
AND ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California,
Julie Albert hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:
The Analytical Moose LLC and Rachael Brady

On 02/24/2014 (date), I was admitted to practice and presently in good standing in the
Supreme Court of the State of New York (court).  A certificate of good standing from that court is submitted in conjunction with this application.  I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court.  (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: 04/01/2026          Signature of Applicant: /s/ Julie Albert

**Pro Hac Vice Attorney**

Applicant's Name: Julie Albert

Law Firm Name: Baker Botts L.L.P.

Address: 30 Rockefeller Plaza

City: New York    State: NY    Zip: 10112

Phone Number w/Area Code: (212) 408-2528

City and State of Residence: New York, New York

Primary E-mail Address: julie.albert@bakerbotts.com

Secondary E-mail Address:

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Rachael D. Lamkin

Law Firm Name: Baker Botts L.L.P.

Address: 101 California Street, Suite 3200

City: San Francisco    State: CA    Zip: 94111

Phone Number w/Area Code: (415) 291-6200    Bar # 246066

## ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: April 3, 2026

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE