**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| INTTERRA, LLC, | Case No.: 2:26-cv-00747-WBS-CSK |
| Plaintiff, | **ORDER SHORTENING TIME FOR HEARING AND BRIEFING ON MOTION FOR PRELIMINARY INJUNCTION** |
| v. | |
| THE ANALYTICAL MOOSE LLC and RACHAEL BRADY, | Judge: Hon. William B. Shubb<br>Date: |
| Defendants. | Time: 1:30 p.m.<br>Courtroom: 5, 14th Floor<br>Trial Date: N/A<br>Action filed: March 5, 2026 |

The Court, having considered the parties' stipulated request for an Order shortening time on a hearing for The Analytical Moose LLC's Motion for Preliminary Injunction and the pleadings and documents, hereby orders as follows:

**IT IS HEREBY ORDERED** that the stipulated request should be **GRANTED**.

Any response to the Motion for Preliminary Injunction shall be filed by **April 10, 2026.**

Any reply in support of the Motion for Preliminary Injunction shall be filed by **April 14, 2026.**

The time and date for hearing on The Analytical Moose LLC's Motion for Preliminary Injunction shall **be April 20, 2026, at 1:30 p.m. in Courtroom 5,** to be held in person, in open court.

**IT IS SO ORDERED**

Dated:  April 6, 2026

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE