United States District Court
Eastern District of California

| | |
|---|---|
| Intterra, LLC<br>Plaintiff(s)<br><br>V.<br><br>The Analytical Moose LLC, et al.<br>Defendant(s) | Case Number: 2:26-cv-0747<br><br>APPLICATION FOR PRO HAC VICE AND PROPOSED ORDER |

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Dan Neustadt hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

Plaintiff Intterra, LLC

On 11/07/2014 (date), I was admitted to practice and presently in good standing in the District of Columbia Court of Appeals (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

I am also admitted to practice in New York State. I was admitted to this jurisdiction on September 6, 2007.

Date: 04/06/2026 Signature of Applicant: /s/ Dan Neustadt

**Pro Hac Vice Attorney**

Applicant's Name: Dan Neustadt

Law Firm Name: Holland & Knight LLP

Address: 800 17th Street N.W.

Suite 1100

City: Washington D.C. State: NA Zip: 20006

Phone Number w/Area Code: (202) 469-5163

City and State of Residence: Washington, D.C.

Primary E-mail Address: Dan.Neustadt@hklaw.com

Secondary E-mail Address: ______________________

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Daniel Kappes

Law Firm Name: Holland & Knight LLP

Address: 560 Mission Street

Suite 1900

City: San Francisco State: CA Zip: 94105

Phone Number w/Area Code: (415) 743-6951 Bar # 303454

**ORDER**

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: ______________ ______________________________

JUDGE, U.S. DISTRICT COURT