Rachael D. Lamkin (SBN 246066)
rachael.lamkin@bakerbotts.com
BAKER BOTTS L.L.P.
Katherine Burgess (SBN 330480)
(*admission pending*)
katherine.burgess@bakerbotts.com
101 California Street, Suite 3200
San Francisco, CA 94111
Telephone: (415) 291-6200
Fax: (415) 291-6300

Julie Albert (*Pro Hac Vice*)
julie.albert@bakerbotts.com
30 Rockefeller Plaza
New York, NY 10112
Telephone: (212) 408-2500
Fax: (212) 408-2501

*Attorneys for Defendants*
*The Analytical Moose LLC and*
*Rachael Brady*

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| INTTERRA, LLC,<br><br>Plaintiff,<br><br>v.<br><br>THE ANALYTICAL MOOSE LLC and RACHAEL BRADY,<br><br>Defendants. | Case No.: 2:26-cv-00747-WBS-CSK<br><br>**DEFENDANT RACHAEL BRADY'S NOTICE OF MOTION AND MOTION TO DISMISS**<br><br>Judge: Hon. William B. Shubb<br>Date: May 26, 2026<br>Time: 1:30 p.m.<br>Courtroom: 5, 14th Floor<br>Trial Date: N/A<br>Action filed: March 5, 2026 |

TO THE PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that at 1:30 p.m., on May 26, 2026 or as soon thereafter as this matter may be heard in Courtroom 5, 14th Floor, of the United States District Court, located at 501 I Street, Sacramento, CA 95814, Defendant Rachael Brady ("Ms. Brady") will and hereby does move this Court, to dismiss Plaintiff Intterra, LLC's Complaint in its entirety with respect to Ms. Brady pursuant to Federal Rule of Civil Procedure 12(b)(1), or in the alternative under Federal Rule of Civil Procedure 12(b)(6).

This motion is based on this Notice of Motion and Motion, the accompanying Memorandum of Points and Authorities and declarations in support thereof, the pleadings and papers on file in this action, the arguments of counsel, and any matters upon which the Court may or must take judicial notice.

DATED: April 9, 2026

BAKER BOTTS L.L.P.

By: */s/ Rachael D. Lamkin*

Rachael D. Lamkin (SBN 246066)
rachael.lamkin@bakerbotts.com
Katherine Burgess (SBN 330480)
(*admission pending*)
katherine.burgess@bakerbotts.com
101 California Street, Suite 3200
San Francisco, CA 94111
Telephone: (415) 291-6200
Fax: (415) 291-6300

Julie Albert (*Pro Hac Vice*)
julie.albert@bakerbotts.com
30 Rockefeller Plaza
New York, NY 10112
Telephone: (212) 408-2500
Fax: (212) 408-2501

*Attorneys for Defendants*
*The Analytical Moose LLC and*
*Rachael Brady*