**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| INTTERRA, LLC,<br><br>Plaintiff,<br><br>v.<br><br>THE ANALYTICAL MOOSE LLC and RACHAEL BRADY,<br><br>Defendants. | Case No.: 2:26-cv-00747-WBS-CSK<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT RACHAEL BRADY'S MOTION TO DISMISS**<br><br>Judge: Hon. William B. Shubb<br>Date: May 26, 2026<br>Time: 1:30 p.m.<br>Courtroom: 5, 14th Floor<br>Trial Date: N/A<br>Action filed: March 5, 2026 |

The Court, having considered Defendant Rachael Brady's Motion to Dismiss Plaintiff Intterra, LLC's Complaint as to her personally, the papers filed in support of and in opposition to said motion, the pleadings and documents on file in this case, and such other evidence and argument presented at hearing on this motion, hereby orders as follows:

**IT IS HEREBY ORDERED** that

☐ Intterra, LLC's Complaint as to Defendant Rachael Brady is dismissed pursuant to Rule 12(b)(1) without prejudice;

☐ Intterra, LLC's Complaint as to Defendant Rachael Brady is dismissed pursuant to Rule 12(b)(6) with prejudice.

**IT IS SO ORDERED**

DATED:

________________________________

HONORABLE WILLIAM B. SHUBB