# EXHIBIT 1

Daniel P. Kappes
CA State Bar No. 303454
Daniel.Kappes@hklaw.com
HOLLAND & KNIGHT LLP
560 Mission Street, Suite 1900
San Francisco, CA 94105
Telephone:   (415) 743-6900

Daniel C. Neustadt (*pro hac vice pending*)
NY State Bar No. 4532958
Dan.Neustadt@hklaw.com
Sara J. Benson (*pro hac vice forthcoming*)
DC Bar No. 1767612
Sara.Benson@hklaw.com
HOLLAND & KNIGHT LLP
800 17th Street N.W., Suite 1100
Washington, D.C. 20006
Telephone:   (202) 955-3000

*Attorneys for Plaintiff Intterra, LLC*

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| INTTERRA, LLC, <br><br> Plaintiff, <br><br> v. <br><br> THE ANALYTICAL MOOSE LLC and RACHAEL BRADY, <br><br> Defendants. | Case No. **2:26-cv-00747-WBS-CSK** <br><br> **DECLARATION OF ROBERT P. WOLF IN SUPPORT OF PLAINTIFF AND COUNTERCLAIM-DEFENDANT INTTERRA, LLC'S OPPOSITION TO THE ANALYTICAL MOOSE LLC'S MOTION FOR PRELIMINARY INJUNCTION** |

Holland & Knight LLP
560 Mission Street, Suite 1900
San Francisco, CA  94105
Tel: 415.743.6900
Fax: 415.743.6910

1

Holland & Knight LLP
560 Mission Street, Suite 1900
San Francisco, CA 94105
Tel: 415.743.6900
Fax: 415.743.6910

I, Robert P. Wolf, hereby declare as follows:

1. I am the Chief Executive Officer of Intterra, LLC ("Intterra") and have served in that capacity since October 2024. I have personal knowledge of the facts set forth in this declaration and, if called as a witness, could and would competently testify to them. I submit this declaration in support of Intterra's opposition to The Analytical Moose LLC's ("TAM") motion for a preliminary injunction.

**Background**

2. Intterra markets and sells its revenue-generating software exclusively to governmental public safety agencies through business-to-government ("B2G") channels. Today, over 350 government agencies—including fire, EMS, law enforcement, and search-and-rescue agencies at the municipal, regional, state, and federal levels—rely on Intterra's software.

3. In early 2025 Intterra began working on designs to reimagine its platform of services and after being awarded the CAL FIRE contract, and since December 2025, Intterra has worked around the clock to rebrand and refine its suite of software offerings, comprised of three distinct but integrated public safety products that together function as a hub-and-spoke ecosystem—each serving a different audience and role in emergency response, and all branded under marks containing the word AWARE. These include:

a. **Aware Intel Hub,** which is a secure software platform that unifies real-time data from multiple agencies and disciplines into actionable intelligence for faster, smarter decisions. It serves as the common operating platform for agency command centers, enabling chief officers and command points of public safety agencies to manage GIS data, incident response frameworks, airborne intelligence, and inter-agency coordination—all in one place. The Aware Intel Hub is available only to government agencies, only after an exhaustive procurement process and significant training and deployment by Intterra and government

2

DECLARATION OF ROBERT P. WOLF

Holland & Knight LLP
560 Mission Street, Suite 1900
San Francisco, CA 94105
Tel: 415.743.6900
Fax: 415.743.6910

personnel. The anticipated revenue from licensing of Intterra's Aware Intel Hub software is expected to yield approximately $6 million per year, and the degree of care exercised by government agents in their procurement of such licenses is correspondingly high.

b.      **Aware Ops**, which is a secure mobile application designed specifically for, and limited to, first responders in the field that are employed or contracted by Intterra's partner government agencies. Aware Ops provides authenticated login and two-way communications so that firefighters, law enforcement officers, and emergency personnel can access agency-only intelligence alongside public information while responding to incidents, as well as report timely information back into the hub. Aware Ops is built to the highest security standards (FedRamp Moderate – Ready) to enable federal and state partners to share critical information without IT security barriers.

c.      **AwareCA**, which is the consumer-facing mobile application and the final link in the chain that delivers authoritative public safety information from government agencies directly and immediately to the communities they serve. AwareCA integrates data from law enforcement, emergency management, utilities, fire service, and other disciplines, covering everything from 911 calls and evacuations to floods, earthquakes, red flag warnings, and routine public safety incidents within the Aware Intel Hub, which then provides various automations, workflows and approval processes for publishing to the community. Of the data displayed on the platform's maps, wildfires constitute less than 1% of the total. The application is entirely free to download and free to use (i.e., no subscription is required). AwareCA will be featured on CAL FIRE's official website and other partner agency webpages, with direct links to the Apple App Store and Google Play Store listings. Those app store listings will display state-level branding and indicia

3

of the government partnerships, ensuring that users immediately recognize AwareCA as an authorized public safety tool.

4. In sum, Aware IntelHub, Aware Ops, and AwareCA work together to form an integrated ecosystem that delivers authoritative public safety information at scale directly from government agencies to the communities they serve. As far as I am aware, there is currently no other mobile application that can say the same.

**The CAL FIRE Contract and the Imminent Launch**

5. On September 23, 2025 CAL FIRE released an RFP, requesting bids to build what would eventually become AwareCA. A copy of the RFP is attached hereto as **Exhibit A**. Intterra submitted our response to the RFP on November 11, 2025 and was awarded the effort on December 16, 2025. A copy of Intterra's response to the RFP is attached hereto as **Exhibit B**.

6. On December 17, 2025, CAL FIRE awarded Intterra a contract for the use of AwareCA only. CAL FIRE is unique in their size and scope in that they have an existing platform similar to Aware Intel Hub, which Intterra is required to use per the RFP. CAL FIRE has repeatedly expressed a desire to expand our contract by leveraging both Aware Intel Hub and Aware Ops in the future, after successfully deploying AwareCA. The sale to CAL FIRE provides payments to Intterra based on the total number of downloads within the State. Any delay in launching AwareCA would have a negative impact on our cashflow as well as impact our ability to expand our offerings to CAL FIRE.

7. Intterra's investors have invested over $1.4M in outside, contractor development services to create the Aware-branded platform to date. Attached as **Exhibit C** is a copy of our expenditures on contractors since August 2025, which reflects a total $1,434,963. We expect to continue to invest at the same rates for the foreseeable future. Additionally, Intterra has invested thousands of person-hours of employee time in the effort.

4

DECLARATION OF ROBERT P. WOLF

Holland & Knight LLP
560 Mission Street, Suite 1900
San Francisco, CA  94105
Tel: 415.743.6900
Fax: 415.743.6910

8.    TAM has painted Intterra as a large, ill-intentioned investor-backed company with a desire to crush its competitors and the cash to do so.  That is simply not the case.  While our investors are highly supportive of our business, we are a small organization that is extremely cautious of our cashflows.  In many ways, I made the decision that this project will be a make-or-break moment for Intterra, as scaling up and spending millions to meet the demands will mortally hurt the company if we aren't successful.

9.    When I joined Intterra, the company had been struggling for the previous 12 to 18 months.  Customer cancellations were up, morale was down and customers were actively talking about cancelling their services.  It was a critical, life-or-death time for Intterra.  Creating the Aware portfolio has provided a potential lifeline and path to profitability for our company, but only if we can successfully launch the product and deliver our commitments with our customers. Ms. Brady and her backers are working to disrupt that with the apparent hope of hurting Intterra.

10.    Ms. Brady was one of the very first people to know Intterra's future plans.  She was offered the job to lead the effort, but turned it down and now seeks to hold us hostage and extract a massive payout for her product, which has zero value to Intterra and seemingly little value in the marketplace overall.  Ms. Brady has had nearly 17 months to express any concern for Intterra's plans or products.  I first began publicly talking about ReadyCA and then the switch to AwareCA in early December.  Ms Brady knows and works closely with several Intterra Board and Advisory Board Members.  She is also employed by one of Intterra's partners, who provide data into our platform.  That partner was provided mock-ups of the app before public presentations to response agencies and gave their approval for use. Not once did I hear from Ms. Brady.

11.    Instead, the first interaction I had since that time was when I received a threatening letter from Ms. Brady's lawyer, followed by a massive and completely

DECLARATION OF ROBERT P. WOLF

unrealistic demand for payment coupled with the threat that she would seek an injunction just weeks before our planned launch if we refused to pay up. Given Ms. Brady argued that "aware" was a common use word when seeking her trademarks, she knows that the opposite position she is espousing now is disingenuous. She does so nonetheless, and I believe it is simply to allow her to demand seven-figure sums in exchange for not holding our launch hostage. Even if Intterra wanted to adhere to these demands, it is not in a position to satisfy Ms. Brady's demand given all of our critical investment is going in our application builds.

12.    Ms. Brady asked for $120,000 for her business in late 2024. As a showing of a good faith, Intterra offered more for her employment—which she rejected. With our success, that demand now has gone up over 12x, despite there being no indication that her app has seen any success in the market. It is clear to me that Ms. Brady and her backers simply want to disrupt Intterra's progress, deployments and damage our brand and future by giving false media interviews, ensuring Intterra's customers are highlighted negatively in the media in an attempt to put more pressure on Intterra. However, the facts do not support what Ms. Brady is claiming.

13.    On January 6, 2026, Intterra and CAL FIRE jointly announced that the AwareCA would serve as California's statewide public safety information platform, ensuring that tens of millions of Californians would have a single source for emergency response and up-to-date safety information. CAL FIRE's Director and Fire Chief, Chief Joe Tyler, stated in the press release: "By partnering with Intterra on AwareCA, we are ensuring that the public receives accurate, real-time updates directly from CAL FIRE and our allied responders."

14.    Intterra is currently working toward an early May 2026 launch. Our team is working 18 hours a day, seven days a week to ensure we are ready for the launch. Seventy-nine partner agencies across the state are currently in some stage of

Holland & Knight LLP
560 Mission Street, Suite 1900
San Francisco, CA 94105
Tel: 415.743.6900
Fax: 415.743.6910

6

DECLARATION OF ROBERT P. WOLF

onboarding onto the platform, and by the end of 2026, Intterra expects that regional public safety agencies serving the majority of California's nearly 40 million residents will be using the Aware products.

15.     Beyond the CAL FIRE contract, Intterra has an extensive sales funnel with government customers at various stages of procurement for AWARE-branded software and services. In total, tens of millions—and potentially hundreds of millions—of dollars in government contracts are at stake. Intterra has applied to register fifteen AWARE-formative marks, with the expectation of expanding the platform nationally to serve residents across the United States.

**How the "Aware" Branding was Selected**

16.     Intterra originally chose to name its consumer-facing mobile application "ReadyCA."

17.     That "ReadyCA" branding and development effort continued through nearly all of 2025, including in connection with Intterra's formal response to CAL FIRE's Request for Proposals for the development of its platform.

18.     During the second half of 2025, Intterra also made public presentations describing its plans for ReadyCA and entered into a corporate sponsorship with the Western Fire Chiefs Association to help promote ReadyCA to its membership.

19.     Shortly after Intterra was awarded the CAL FIRE contract on December 18, 2025, we were asked by the State of California to change the name of the application because of a conflict with CAL OES's existing website, ready.ca.gov, and the potential for confusion with FEMA's federal ready.gov program.

20.     In response to the State's request, Intterra presented CAL FIRE with three alternative naming options. One of those names was AwareCA, which Intterra proposed because of its natural association with situational awareness in the public safety context.

Holland & Knight LLP
560 Mission Street, Suite 1900
San Francisco, CA 94105
Tel: 415.743.6900
Fax: 415.743.6910

7

DECLARATION OF ROBERT P. WOLF

21. After internal consultation and consultation with other state stakeholders, CAL FIRE selected AwareCA, subject to Intterra's diligence.

22. After CAL FIRE approved the name, Intterra's legal team conducted a trademark review. That review identified the WILDFIRE AWARE mark among numerous other marks containing the word AWARE. Prior to counsel's disclosure, I had not thought of WILDFIRE AWARE or Ms. Brady for quite some time. Upon its mention, I discussed Intterra's prior history with Ms. Brady with our legal team, which occurred fourteen months earlier. Following further investigation and analysis, Intterra's legal counsel determined that AwareCA was capable of trademark protection, and we moved forward with trademark applications for an AWARE design mark, AwareCA, and a family of similar marks for other states.

**Interactions with Ms. Brady**

23. Shortly after I joined Intterra as CEO, one of Intterra's co-founders suggested Ms. Brady as a potential candidate for the role of project manager for the software suite we were developing because of her experience in the fire service industry and direct connections to the agencies the application would serve. I ultimately offered Ms. Brady a position as Product Manager for the ReadyCA platform.

24. Intterra's goal was to hire Ms. Brady—not to acquire any rights associated with the WILDFIRE AWARE application.

25. At that time, I had only a limited and cursory view of Ms. Brady's application in the context of discussions about potential employment. After a brief review, I determined that Intterra did not have a need for Ms. Brady's application itself, as I considered the technology inadequate for Intterra's purposes. However, I was interested in Ms. Brady joining Intterra as Product Manager because of her relevant experience and grit in building a product from scratch.

Holland & Knight LLP
560 Mission Street, Suite 1900
San Francisco, CA  94105
Tel: 415.743.6900
Fax: 415.743.6910

8

DECLARATION OF ROBERT P. WOLF

26. I was aware that my predecessor had previously discussed a possible acquisition of Ms. Brady's application. I recall Ms. Brady representing that the proposed structure involved a pay-per-download arrangement, which did not make sense to me because Intterra had no interest in the application's success per se—our efforts were focused on hiring Ms. Brady.

27. During our discussions, Ms. Brady indicated that she wished to repay her investors, in an amount she described as approximately $120,000. As an effort to show goodwill and as an incentive for her to join Intterra, I offered her the Product Manager role and proposed that Intterra purchase the rights her application, contingent upon her remaining employed by Intterra for a three-year period. Ms. Brady ultimately declined the role on March 3, 2025.

28. Again, in all my interactions with Ms. Brady, Intterra's goal was to secure her employment, not to acquire any rights associated with the WILDFIRE AWARE application and its extremely limited audience. The offer to acquire such rights was merely a mechanism to allow her to recoup and repay the investments made in the application.

29. Throughout the nearly year-long period in which Intterra was developing ReadyCA and engaging with agencies across California, I did not encounter WILDFIRE AWARE. I do not recall ever personally accessing Ms. Brady's application, and I do not know of anyone who uses or has previously used it. Until the trademark review described above (at ¶ 22), I had no recollection of Ms. Brady's company, brand, or market presence. Intterra's past interactions with Ms. Brady had nothing to do with California's selection or Intterra's ultimate adoption of the AWARE marks.

DECLARATION OF ROBERT P. WOLF

Holland & Knight LLP
560 Mission Street, Suite 1900
San Francisco, CA 94105
Tel: 415.743.6900
Fax: 415.743.6910

**The Irreparable Harm an Injunction Would Cause—to Intterra**

30.    An injunction barring Intterra from using any branding that includes the word AWARE would cause immediate, concrete, and devastating harm to Intterra, our government agency partners, and the public.

31.    The harm of an injunction is not simply changing the name of an application—it is akin to being ordered to rename "Microsoft Word" to "Microsoft Language." The word AWARE is embedded in every layer of the platform, including the applications themselves, the underlying code and architecture, all documentation, marketing materials, training guides, landing pages, graphics, API references, and user-facing interfaces across three distinct products.

32.    An injunction would require a cascading rework of the entire software ecosystem just weeks before our May 2026 launch date.

33.    Beyond Intterra's own materials, every proposal, contract, and city council or county council approval currently in progress references the AWARE name—all of which would need to be amended. Each of our 79 partner agencies has been preparing internal messaging and communications directing the public to AwareCA, all of which would need to change. Countless hours of manpower would be redirected from the substantive work of building, testing, and optimizing a life-saving platform to the clerical demands of rebranding—updating training manuals, revising onboarding guides, reprinting materials, and re-educating agency staff.

34.    If the launch is delayed—even by two weeks—revenue for the affected month would be cut in half. Every month of delay results in a total loss of the associated monthly revenue. Beyond the CAL FIRE contract, tens of millions to potentially hundreds of millions of dollars in government contracts are implicated by the relief TAM seeks.

35.    The broader and potentially more lasting harm is to the trust the government agencies have placed in Intterra. The chief goal of the Aware

DECLARATION OF ROBERT P. WOLF

Holland & Knight LLP
560 Mission Street, Suite 1900
San Francisco, CA 94105
Tel: 415.743.6900
Fax: 415.743.6910

ecosystem—a single, authoritative source of emergency information—depends entirely upon the trust of government agencies and the public in that source and its provider. Police chiefs and fire chiefs have chosen to work with Intterra based on trust in the company and its software suite, in Intterra's ability to build reliable software, and in its ability to deliver that software on time. Some partners have only given verbal commitments, and I believe they would back out if forced to rebrand. Moreover, being forced to change the name could cause Intterra to be viewed as a "bad actor" by its partners, undermining public trust despite Intterra having done nothing wrong.

36.     We have already received several inquiries and requests for reassurance from our customers and partners regarding Ms. Brady and her attorney's recent media interviews.  For example, attached hereto as **Exhibits D and E** are articles recently published by ABC News and Law360, the former quoting both Ms. Brady and her attorney, Rachael Lamkin. Intterra chose not to participate in any such media campaign, as the media is not the proper venue to determine whether or not we can use "aware" in our mark.

37.     TAM's motion for a preliminary injunction itself, and its corresponding efforts in the press, are already inflicting harm on Intterra. Agencies are already asking questions, partner agencies are receiving inquiries from the public, and Intterra has been forced to divert resources from launch preparation to litigation defense evidencing reputational and operational harm that is already underway.

38.     As a practical matter, for an application whose essential purpose is to make authoritative information available instantaneously, a failure to deliver the actual application by the promised date would be shattering. This is especially true for the 79 *new* agencies currently in the process of onboarding—agencies that are building new relationships with Intterra and making public commitments to their communities based on the AWARE brand. These agencies would be forced to

11

DECLARATION OF ROBERT P. WOLF

explain to their communities why a platform they publicly endorsed is suddenly unavailable or has changed its name, eroding not only the public's confidence in Intterra but also in the agencies themselves.

39.    For the existing agencies that already rely on Intterra's software, an injunction would erode their confidence that Intterra can be counted on to deliver. For a provider of life-saving information, that erosion of trust cannot be undone by a damages award.

40.    Along these same lines, an injunction would cause harm to the public. As far as I am aware, there is currently no mobile application that delivers authoritative public safety information at scale directly from government agencies to the communities they serve. Currently, the public often receives safety information from social media platforms like Facebook, Instagram, and Nextdoor, or from services like Watch Duty, which merely scrape information from the internet and republish it. AwareCA was designed to fill that gap by delivering information directly from first responder organizations to the public.

41.    Fire season is upon us, and CAL FIRE and agencies across California have been counting on Intterra's Aware products to ensure the safety of the tens of millions of Californians these agencies serve. Delays in launching AwareCA would deprive users of access to the only mobile platform providing immediate, potentially life-saving information direct from state agencies. Every day of delay is a day that tens of millions of Californians will lack access to this critical tool.

42.    If the injunction is granted, the 79 government agencies onboarding the platform would not lose the ability to disseminate information entirely—they currently do so through X (formerly known as "Twitter"), Facebook, and press releases—but they would lose the ability to do so through the organized, centralized platform that AwareCA is designed to provide. Blocking the launch of a

DECLARATION OF ROBERT P. WOLF

government-partnered emergency notification platform imposes a cost measured not merely in dollars but in lives saved and emergency-room visits avoided.

**TAM's Delay**

43.     Intterra and CAL FIRE announced the Spring 2026 launch of AwareCA on January 6, 2026.

44.     I understand that Ms. Brady, by virtue of her work at ALERTCalifornia and as evidenced by her own statements, learned of the announcement immediately. But rather than acting promptly, TAM did not file its motion for preliminary injunction until nearly three months later, and almost a full month after Intterra sought declaratory relief.

45.     Had TAM filed its motion in January, a potential rebranding effort, though significant, would have been more manageable as it was further out from fire season and our May 2026 launch. Likewise, the impact on our partners and on public trust would have been less severe. By waiting until the eve of launch, however, TAM ensured that an injunction would cause maximum harm to Intterra and maximum leverage for TAM. I understand such harm to Intterra was the intent of TAM's delay.

46.     I believe TAM's characterization that it was open to a fair and reasonable resolution to be inaccurate. Prior to filing its motion, TAM levied an express threat of counterclaims unless Intterra paid an exorbitant, seven-figure sum. While Intterra remains open to reasonable resolution, the purported offer was excessive and did not appear to be extended in good faith.

47.     Moreover, I believe any harm to TAM to be purely speculative. Intterra's AwareCA application has not yet launched, so there is no evidence of actual consumer confusion, lost sales, or diminished goodwill. I acknowledge that TAM's WILDFIRE AWARE application has been available since November 2022 and that TAM claims approximately 30,000 downloads over four years, but TAM also claims its success was driven by word-of-mouth referrals from existing users.

13

DECLARATION OF ROBERT P. WOLF

Users who learn of WILDFIRE AWARE through personal referrals are unlikely to be affected by the launch of a government-backed platform distributed through different trade channels.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on April 10, 2026.

_____

Robert P. Wolf
CEO of Intterra, LLC

Holland & Knight LLP
560 Mission Street, Suite 1900
San Francisco, CA 94105
Tel: 415.743.6900
Fax: 415.743.6910

14

DECLARATION OF ROBERT P. WOLF

# Exhibit A

Department of Forestry and Fire Protection (CAL FIRE)
Information Technology Services
RFO – ITS 0287 – CAL FIRE Public Incident Information Platform – Mission-Critical SaaS Solution for
Emergency Communication
October 2025

## REQUEST FOR OFFER

**RFO #: RFO-ITS 0287**

**For:**
**CAL FIRE Public Incident Information Platform – Mission-Critical SaaS Solution for
Emergency Communication**

**California Multiple Award Schedule (CMAS)**

**For: 80101507 Information Technology Consulting Services or
81160000 Information Technology Service Delivery**

**Release Date: September 23, 2025**

California Department of Forestry and Fire Protection (CAL FIRE) is inviting you to review and respond to
this Request for Offer (RFO), entitled RFO – ITS 0287 – CAL FIRE Public Incident Information Platform –
Mission-Critical SaaS Solution for Emergency Communication, hereby referred to as RFO.  To participate
in this RFO, you must comply with the instructions contained in this document as well as the requirements
stated in CAL FIRE's Scope of Work (SOW) and Exhibits (CAL FIRE may add additional Exhibits or
Attachments as needed). By submitting an offer, your firm agrees to the terms and conditions stated in
this RFO. The Offeror must hold a current California Multiple Award Schedule (CMAS) Agreement.

All Offerors must adhere to the Key Action Dates and Times set forth below. The Key Action Dates and
Times may be adjusted by issuance of addenda, by CAL FIRE as conditions warrant. Offers must comply
with the instructions found herein. Failure to comply with any of the requirements may cause the Offer to
be deemed as "non-responsive."

Read the attached document carefully. **The RFO due date is October 28, 2025 by 4:00 PM PT.**
Responses to this RFO and any required copies must be submitted by <u>e-mail only,</u> clearly labeled to the
department contacts noted below.

CONTACT INFORMATION
CAL FIRE Procurement Official: Chuck Jackson-Kirkpatrick
Phone: (279) 220-5639
E-mail address: Charles.Jackson-Kirkpatrick@fire.ca.gov

RFO SUBMITTAL
California Department of Forestry and Fire Protection
Information Technology Services
Submit by e-mail only to:
E-mail address: Charles.Jackson-Kirkpatrick@fire.ca.gov

Department of Forestry and Fire Protection (CAL FIRE)
Information Technology Services
RFO – ITS 0287 – CAL FIRE Public Incident Information Platform – Mission-Critical SaaS Solution for
Emergency Communication
October 2025

**Request for Offer**

General Information ........................................................................................................................ 4
   1. Background and Purpose of the RFO ....................................................................... 4
   2. Key Dates ................................................................................................................. 4
A. RFO Written Questions ................................................................................................. 4
B. RFO Response Guidelines ............................................................................................ 5
C. Confidentiality ............................................................................................................... 5
D. Offer Requirements ...................................................................................................... 5
E. RFO Response Content ................................................................................................ 5
F. Administrative Information ............................................................................................ 8
G. Rejection of Offers ....................................................................................................... 9
H. Errors in Final Offers .................................................................................................. 10
I. Review of Offers for Award ........................................................................................ 11
EXHIBIT A – SCOPE OF WORK ................................................................................................ 12
   1. BACKGROUND AND PURPOSE ........................................................................ 12
   2. CONTRACT DESCRIPTION ................................................................................ 12
   3. PERIOD OF PERFORMANCE ............................................................................ 12
   4. WORK LOCATION .............................................................................................. 12
   5. ROLES AND RESPONSIBILITES ....................................................................... 12
   6. SOLUTION REQUIREMENTS ............................................................................ 13
   7. CONTRACTOR TASKS AND DELIVERABLE REQUIREMENTS ........................ 15
   8. DELIVERY OF SOFTWARE ................................................................................ 18
      TABLE 1: SCHEDULE ...................................................................................... 18
   9. DELIVERABLE EXPECTATION DOCUMENT (DED) .......................................... 18
   10. DELIVERABLE ACCEPTANCE OR REJECTION ............................................... 19
   11. REPORTING REQUIREMENTS ......................................................................... 20
   12. ACCEPTANCE CRITERIA .................................................................................. 20
   13. PROBLEM ESCALATION ................................................................................... 20
      13.1 CURE NOTICES .......................................................................................... 22
   14. CONTRACTOR AND STORAGE OF ELECTRONIC DATA ................................. 22
   15. SECURITY AND CONFIDENTIALITY ................................................................. 22
   16. DISASTER RECOVERY ..................................................................................... 24
   17. TRANSITION OF OPERATION TO NEW CONTRACTOR OR TO STATE ........... 24
   18. INTELLECTUAL PROPERTY ............................................................................. 24
   19. SERVICE LEVEL AGREEMENTS (SLAs) AND LIQUIDATED DAMAGES ........... 25
      19.1 LIQUIDATED DAMAGES – GENERAL ......................................................... 25
      19.2 LIQUIDATED DAMAGES RESOLUTION ...................................................... 25
      19.3 OTHER REMEDIES ..................................................................................... 26
      TABLE 2: SLA DEFINITIONS AND ASSESSMENTS ....................................... 26
   20. SERVICE LEVEL AGREEMENTS (SLAs) AND LIQUIDATED DAMAGES FOR DEFECT AND
      INCIDENT RESPONSE .................................................................................... 32
      TABLE 3: URGENCY ....................................................................................... 32
      TABLE 4: SLA DEFINITIONS AND LIQUIDATED DAMAGES .......................... 33
   21. MAINTENANCE AND OPERATIONS (M&O) ...................................................... 35
   22. ACCESSIBILITY REQUIREMENTS .................................................................... 36
   23. ACCELERATOR / PRE-EXISTING IP ................................................................. 36
   24. INSURANCE REQUIREMENTS .......................................................................... 37
   25. TRAVEL ............................................................................................................. 39
   26. SOLUTION MODIFICATION ............................................................................... 39
   27. UNANTICIPATED TASKS ................................................................................... 40
   28. TERMINATION ................................................................................................... 41
   29. CONTRACT ADMINISTRATORS ........................................................................ 41
EXHIBIT B - BUDGET DETAIL AND PAYMENT PROVISIONS .................................................. 42
EXHIBIT C - LEVERAGED PROCUREMENT AGREEMENT TERMS AND CONDITIONS .............. 43
EXHIBIT D - COST WORKSHEET ............................................................................................. 44
EXHIBIT E - WORK AUTHORIZATION TEMPLATE ................................................................... 45

Department of Forestry and Fire Protection (CAL FIRE)
Information Technology Services
RFO – ITS 0287 – CAL FIRE Public Incident Information Platform – Mission-Critical SaaS Solution for
Emergency Communication
October 2025

**Request for Offer**

EXHIBIT F - TASK ACCOMPLISHMENT PLAN (TAP) SAMPLE .......................................................... 47
EXHIBIT G - CONTRACTOR MONTHLY/WEEKLY STATUS REPORT ............................................ 50
ATTACHMENT 1 - COVER LETTER ................................................................................................. 52
ATTACHMENT 2 - STD. 204 PAYEE DATA RECORD FORM ............................................................ 53
ATTACHMENT 3 - CUSTOMER REFERENCE FORM ...................................................................... 54
ATTACHMENT 4 - RESUMES ......................................................................................................... 55
ATTACHMENT 5 - CONFIDENTIALITY STATEMENT ...................................................................... 56
ATTACHMENT 6 - BIDDER DECLARATION .................................................................................... 57
ATTACHMENT 7 - COMMERCIALLY USEFUL FUNCTION (CUF) CERTIFICATION ........................ 58
ATTACHMENT 8 - DISABLED VETERAN BUSINESS ENTERPISE DECLARATION ........................ 59
ATTACHMENT 9 - UNRUH/FHEA, CALIFORNIA CIVIL RIGHTS LAWS CERTIFICATION .............. 60
ATTACHMENT 10 - OFFEROR ORGANIZATION CHART .................................................................. 61
ATTACHMENT 11 – IRAN CONTRACTING ACT VERIFICATION FORM .......................................... 62

Department of Forestry and Fire Protection (CAL FIRE)
Information Technology Services
RFO – ITS 0287 – CAL FIRE Public Incident Information Platform – Mission-Critical SaaS Solution for
Emergency Communication
October 2025

**Request for Offer**

**General Information**

1.  Background and Purpose of the RFO

    The California Department of Forestry and Fire Protection (CAL FIRE) serves and safeguards the people and protects the property and resources of California. CAL FIRE is seeking a Contractor to develop the CAL FIRE Public Incident Information Platform, a mission-critical SaaS solution for emergency communication. The solution will serve as CAL FIRE's authoritative platform for publishing timely, accurate, and accessible incident information to the public during emergencies.

2.  Key Dates

    Offerors are advised of the key dates and times shown below and are required to adhere to them due to time constraints:

**KEY ACTION DATES & TIMES**

| Key Action Dates | Date | Time |
|---|---|---|
| 1. Release of RFO | 09/23/2025 | |
| 2. Submission of written questions | 10/07/2025 | 5:00 PM PT |
| 3. Department's response to written questions | 10/14/2025 | 5:00 PM PT |
| 4. Submission of Offers (by date and time) | 10/28/2025 | 4:00 PM PT |
| 5. Offer Evaluations | TBD | |
| 6. Contract Award | TBD | |

Submissions for the RFO offer must be sent through email and should be received by the Due Date and Time specified in the Key Action Dates section above.

The e-mail time stamp will be used as the official receipt of the RFO response and must be before the date and time listed in the Key Action Dates above.

Confirmation of receipt of an Offeror's submission will be sent out within eight (8) business hours of receipt.

If the e-mail time stamp shows received after the RFO Offer Submission Due Date and Time, the RFO response will be considered a material deviation and not accepted.

**A.  RFO Written Questions**

All questions related to this RFO must be submitted by email to the Procurement Contacts stated on page 1. Any questions received after the due date and time will not be accepted.  CAL FIRE may seek clarification for any question received.  Questions submitted other than by e-mail will not be accepted.

When CAL FIRE has completed its review of the questions, all the Questions and Answers (Q & A) will be sent by e-mail for the Offeror's review to all Offerors.

If an Offeror desires to join the RFO, they may do so following the conclusion of the question-and-answer period. Nonetheless, they must rely solely on the question-and-answer document that will be made available.  The Offeror cannot take part in the RFO if it is beyond the submission deadline specified in the key action dates above.

RFO Question Requirements

1.  RFO Number

Department of Forestry and Fire Protection (CAL FIRE)
Information Technology Services
RFO – ITS 0287 – CAL FIRE Public Incident Information Platform – Mission-Critical SaaS Solution for
Emergency Communication
October 2025

**Request for Offer**

2. Company Name

3. Company's Contact Name

4. Email Address

5. Telephone Number

6. Identification of the applicable RFO section

7. Description of the question, concern, discrepancy, error, or issue

8. Additional information relevant for CAL FIRE to identify the specific issue or problem.

## B. RFO Response Guidelines

This RFO and the Offeror's Quote in response to this document will be made part of the contract. Responses to this RFO must contain all data/information requested and must conform to the format described in this RFO.  It is the Offeror's responsibility to provide all required data, and any other information deemed necessary for the State's evaluation team to determine and verify the Offeror's ability to perform the tasks and activities defined in the Scope of Work. Offeror's Quote submitted with material deviations from the mandatory requirements listed in the Scope of Work will be deemed non-responsive and therefore disqualified.

Offerors must adhere to the following when submitting a response to the RFO:

1. The response must have page numbers located at the bottom of each page.
2. Exhibit D - Cost Worksheet must be submitted as a separate excel spreadsheet from the response.

## C. Confidentiality

In response to this RFO, CAL FIRE will not accept documentation that is marked "Confidential", "Trade Secrets", or "Proprietary."  All documents submitted are the property of CAL FIRE for the State of California.  All documents are subject to review by, or release to the public under the California Public Records Act Government Code section 6250 et seq.

## D. Offer Requirements

This section includes requirements for the Offeror to be considered responsive to this RFO.

Responses must contain all requested information and data and conform to the format described in this section. It is the Offeror's responsibility to provide all necessary information for CAL FIRE to assess the response, verify requested information and determine the Offeror's ability to perform the tasks and activities defined in Exhibit A - Scope of Work.

All IT Services Offerors, both the company and all staff working on the contract must reside within the United States (US) and or Canada.  All electronic data must be stored within data centers located within the continental US; this includes primary and secondary storage sites.  These site locations must be in the RFO response.

The Offeror must submit the electronic copy of their Offer to the department contact name and address contained on the cover sheet to this RFO.

## E. RFO Response Content

Department of Forestry and Fire Protection (CAL FIRE)
Information Technology Services
RFO – ITS 0287 – CAL FIRE Public Incident Information Platform – Mission-Critical SaaS Solution for
Emergency Communication
October 2025

**Request for Offer**

The following shall be submitted in the Offeror's Offer unless otherwise stated below, in the order specified below. RFO responses that fail to follow this format may be deemed non-responsive and rejected.

a. **Exhibit D, Cost Worksheet**
   The Offeror shall complete Exhibit D - Cost Worksheet that identifies the total cost for their Offer. All line items must have costs evaluated. To Be Determined (TBD) costs will disqualify the offer. The Cost Worksheet must be submitted as an Excel file separate from the Offeror's response to Exhibit A – Scope of Work and attachments.

   Sales tax is not to be included in the cost worksheets. If awarded the Contract, sales tax, if applicable should be added at time of invoicing. The sales tax rate applied should be based on the rate of the area where the goods are to be provided. Refer to the Board of Equalization Regulation 1502 (f) (1) (D).

b. **Response to Exhibit A - Scope of Work**
   The Offeror shall provide a response to the Scope of Work (SOW) stating how the Offeror will accomplish the requirements outlined in the SOW and related material.

   The Offeror's response to Exhibit A - Scope of Work will be assessed for responsiveness to requirements. The Offeror's response must map each task item back to the Scope of Work. The response must include any additional information that the Offeror deems necessary to explain how the Offeror intends to meet CAL FIRE's requirements.  The Offeror's response must contain the following as applicable:

   i.    Overview of the required tasks and outcomes,
   ii.   Description of how the tasks will be performed,
   iii.  Work plan for each task, including sub-task description, including due date for each deliverable,
   iv.   How the Offeror has demonstrated their ability to provide services for three similar projects using Attachment 3 - Customer Reference Form.
   v.    Any other requirements shown in CAL FIRE's Scope of Work document.

c. **Attachment 1, Cover Letter**
   Offeror shall complete and have signed by the individual authorized to bind the company contractually acknowledging that they agree to all the terms and conditions set forth in this RFO.

d. **Attachment 2, Payee Data Record (STD 204) and optional (STD 205)**
   A STD 204 must be completed and signed by an appropriate and authorized individual.
   STD 204 can be obtained through link listed below.
   http://www.documents.dgs.ca.gov/dgs/fmc/pdf/std204.pdf

   Required if Offeror's remittance address is different than the mailing address on the STD 204, complete and submit the Payee Data Record Supplement Form, STD 205 if applicable.
   STD 205 Payee Data Record Supplement

e. **Attachment 3, Customer Reference Form**
   The Offeror shall submit a minimum of three (3) references to validate experience providing services with similar scope, schedule, and resources to this project.

   The Offeror shall complete an Attachment 3 - Customer Reference Form for each reference. The description of each project must be detailed and comprehensive enough to permit CAL

Department of Forestry and Fire Protection (CAL FIRE)
Information Technology Services
RFO – ITS 0287 – CAL FIRE Public Incident Information Platform – Mission-Critical SaaS Solution for Emergency Communication
October 2025

**Request for Offer**

FIRE to assess the similarity of the projects to the work anticipated in the award of a resulting Agreement.

CAL FIRE reserves the right to contact customer references post-submission to verify the information submitted by the Offeror. Consequently, it is advisable for the Offeror to verify the accuracy of their referenced customers' contact details on Attachment 3 and confirm their availability during the period when CAL FIRE will be conducting reference validation.

f. **Attachment 4, Resumes**
Offeror shall submit resumes for each proposed staff identified in their response to Exhibit A – Scope of Work and specified Exhibit D - Cost Worksheet. The resumes shall align with Attachment 3 – Customer References to validate project experience.

g. **Attachment 5, Confidentiality Statement**
Offeror shall complete and sign Attachment 5 - Confidentiality Statement.

h. **Attachment 6, Bidder Declaration (GSPD-05-105)**
Offeror shall complete Attachment 6 – Bidder Declaration. When completing the Bidder Declaration, all subcontractors proposed for participation in the contract must be identified. See link below:
https://www.documents.dgs.ca.gov/dgs/fmc/gs/pd/gspd05-105.pdf

i. **Attachment 7, Commercial Useful Function (CUF) Evaluation Form**
Required for Offerors who are an Office of Small Business and Disabled Veteran Business Enterprise Services (OSDS) Certified SB and/or DVBE. All SB/DVBE Offerors and Subcontractors identified in the response must perform a CUF in the resulting contract. CUF is defined pursuant to MVC section 999(b)(5)(B) and Government Code section 14837(d)(4)(A) for the DVBE and SB programs, respectively. See link below:
https://www.documents.dgs.ca.gov/dgs/fmc/dgs/OBAS201.pdf

j. **Attachment 8, Disabled Veteran Business Enterprise Declarations (STD 843)**
Required for Offerors or Subcontractors who are an OSDS Certified DVBE. Offeror shall complete and sign Attachment 8 – Disabled Veteran Business Enterprise Declarations.
See link below:
https://www.documents.dgs.ca.gov/dgs/fmc/gs/pd/pd_843.pdf

k. **Attachment 9, UNRUH/FHEA, California Civil Rights Laws Certification**
Pursuant to PCC § 2010, a person that submits a bid or proposal or otherwise proposes to enter into or renew a contract with, a state agency with respect to any contract in the amount of one hundred thousand dollars ($100,000) or more shall certify, under penalty of perjury, at the time the bid or proposal is submitted, or the contract is renewed using Attachment 9 - UNRUH/FHEA, California Civil Rights Laws Certification. See link below.
https://www.dgs.ca.gov/-/media/Divisions/OLS/Forms/CALIFORNIA-CIVIL-RIGHTS-LAWS-ATTACHMENT.pdf

l. **Attachment 10, Offeror Organization Chart**
Offeror shall provide their organization chart on Attachment 10.

m. **Attachment 11, Iran Contracting Act Verification Form**
If the offer amount is one million dollars ($1,000,000.00) or more, the Offeror must submit the Iran Contracting Act Verification Form with offer response. See link below.
https://www.dgs.ca.gov/-/media/Divisions/PD/PTCS/OPPL/SCM/Iran_Contracting_Act_Verification_Form.pdf

Department of Forestry and Fire Protection (CAL FIRE)
Information Technology Services
RFO – ITS 0287 – CAL FIRE Public Incident Information Platform – Mission-Critical SaaS Solution for
Emergency Communication
October 2025

**Request for Offer**

## F. Administrative Information

### a. RFO and Offeror Response
The RFO and Offeror response will be incorporated by reference into the resulting contract.

### b. Public Records Act (PRA) Requests
Upon award, all documents submitted in response to this RFO will become the property of the State of California and will be regarded as public records under the California PRA (GC § 6250 et. seq.) and subject to review by the public.

### c. Plastic Trash Bag Certification Violations
Public Resources Code §42290 et seq. prohibits the State from contracting with any supplier, manufacturer, or wholesaler, and any of its divisions, subsidiaries, or successors that have been determined to be noncompliant to the recycled content plastic trash bag certification requirements. This includes award of a state contract or subcontract or renewal, extension, or modification of an existing contract or subcontract. Prior to award the State shall ascertain if the intended awardee or proposed subcontractor is a business identified on the current CalRecycle noncompliant list(s). In the event of any doubt of the status or identity of the business in violation, the State will notify the Board of the proposed award and afford the Board the opportunity to advise the State. No award will be made when either the Offeror or a subcontractor has been identified either by published list or by advice from the Board, to be in violation of certification requirements.

### d. GC 12990 and Non-Discrimination (not required for services; only purchases):
Any employer who wishes to contract with the State for goods is subject to the provisions of GC 12990 relating to discrimination in employment. Offerors that do not meet the provisions of GC 12990 are not eligible to contract with the State for IT goods. Ineligible Offerors are found in the California Regulatory Notice Register. To access the California Regulatory Notice Register, see link below: https://oal.ca.gov/publications/notice_register/

### e. Executive Order N-6-22 – Russia Sanctions
On March 4, 2022, Governor Gavin Newsom issued Executive Order N-6-22 (the EO) regarding Economic Sanctions against Russia and Russian entities and individuals. "Economic Sanctions" refers to sanctions imposed by the U.S. government in response to Russia's actions in Ukraine, as well as any sanctions imposed under state law. By submitting a bid or Offer, Offeror represents that it is not a target of Economic Sanctions. Should the State determine Offeror is a target of Economic Sanctions or is conducting prohibited transactions with sanctioned individuals or entities, that shall be grounds for rejection of the Offeror's bid/Offer any time prior to contract execution, or, if determined after contract execution, shall be grounds for termination by the State.

### f. Security and Data Protection Requirements
The CAL FIRE must ensure agreements with state and non-state entities include provisions which protect and minimize risk to the state when engaging in the development, use, or maintenance of information systems, products, solutions, or services. In order to comply with the State Administrative Manual (SAM) Section 5305.8c, Offerors must comply with Exhibit A, Section 15. Security and Confidentiality.

### g. Generative Artificial Intelligence (GEN AI)

The State of California seeks to realize the potential benefits of GenAI, through the development and deployment of GenAI, while balancing the risks of these technologies.

Offeror must notify the State in writing if it: (1) intends to provide GenAI as a deliverable to the State; or (2), intends to utilize GenAI, including GenAI from third parties, to complete all or a

Case 2:26-cv-00747-WBS-CSK   Document 21   Filed 04/10/26   Page 25 of 132

**Request for Offer**

portion of any deliverable that materially impacts: (i) functionality of a State system, (ii) risk to the State, or (iii) Contract performance.  For avoidance of doubt, the term "materially impacts" shall have the meaning set forth in State Administrative Manual (SAM) 4986.2.

Failure to report GenAI to the State may result in disqualification from the RFO or termination of the awarded contract for cause. The State reserves its right to seek any and all relief it may be entitled to as a result of such non-disclosure. Upon notification by an Offeror of GenAI as required, the state reserves the right to incorporate GenAI Special Provisions into the final contract or reject offers that present an unacceptable level of risk to the state.

Government Code 11549.64 defines "Generative Artificial Intelligence (GenAI)" as an artificial intelligence system that can generate derived synthetic content, including text, images, video, and audio that emulates the structure and characteristics of the system's training data.

## G.  Rejection of Offers

Deviations may cause an Offer to be deemed non-responsive and not to be considered for award. CAL FIRE may reject any or all Offers and/or may waive any immaterial deviation or defect in an Offer. CAL FIRE's waiver of any immaterial deviation or defect shall in no way modify the RFO documents or requirements and shall not excuse the Offeror from full compliance with the RFO specifications if awarded a contract.

For Offers not received by the date and time specified in key action dates, electronic copies will remain unopened and will be maintained separately from Offers that have been timely received. Offers received after the deadline may only be opened and considered upon written approval of CAL FIRE's management or their designee specifying the reason(s) for acceptance and consideration of the untimely Offer.

Issuance of this RFO in no way constitutes a commitment by CAL FIRE to award a contract. CAL FIRE reserves the right to reject any or all Offers, or portions of Offers, received in response to this RFO, or to amend or cancel this RFO at any time. In the event of such cancellation, CAL FIRE may reissue the RFO at a later date.

CAL FIRE reserves the right to consider Offeror's past performance with CAL FIRE in its selection of an Offeror pursuant to this RFO.

1.  Non-Responsive Offers

    An Offer may be deemed non-responsive and subsequently rejected if any of the following occur:

    a.  A submission is received after the exact time and date set forth in the Key Action Dates for receipt of each submission.
    b.  The Offeror fails to meet any of the eligibility requirements specified in Staff Qualifications.
    c.  The Offeror fails to submit or fails to complete and sign any required Attachments as instructed in this RFO.
    d.  The submission contains false, inaccurate, or misleading statements or references.
    e.  The Offeror is unwilling or unable to fully comply with the proposed contract provisions.
    f.  The Offeror supplies conditional cost information, incomplete cost information, or cost information containing unsigned/uninitiated alterations or irregularities.

Department of Forestry and Fire Protection (CAL FIRE)
Information Technology Services
RFO – ITS 0287 – CAL FIRE Public Incident Information Platform – Mission-Critical SaaS Solution for
Emergency Communication
October 2025

**Request for Offer**

2. Business In Good Standing

   Offeror acknowledges that when agreements are to be performed in the State of California by corporations or vendors, CAL FIRE will verify, prior to awarding any State contract, the following information in order to ensure that all obligations due to the State are fulfilled.

3. Corporation in Good Standing

   CAL FIRE will verify with the California Secretary of State (SOS) that the Offeror is a corporation currently qualified to do business in California.  The offer will be considered non-responsive if the Offeror is not listed with SOS.

   "Doing business" is defined in California Revenue and Taxation Code section 23101 as actively engaging in any transaction for the purpose of financial or pecuniary gain or profit.  Although there are some statutory exceptions to taxation, rarely will a corporate Offeror performing within the State not be subject to the franchise tax.

   Both domestic and foreign (those incorporated outside of California) corporations must be in good standing in order to be qualified to do business in California.

4. State Tax Delinquency

   CAL FIRE will verify with the California Franchise Tax Board (FTB) and California Department of Tax and Fee Administration (CDTFA) that the Offeror is not on a prohibited list due to tax delinquencies.  The offer will be considered non-responsive if the Offeror is on any of these lists.

   The list established by FTB can be found at:
   Top 500 past due balances | FTB.ca.gov

   The list established by CDTFA can be found at:
   Top 500 Sales & Use Tax Delinquencies in California

## H.  Errors in Final Offers

An error in the Final Offer may cause the rejection of that Offer; however, CAL FIRE may, in its sole discretion, retain the Offer and make certain corrections. In determining if a correction will be made, CAL FIRE will consider the conformance of the Offer to the format and content required by the RFO, and any unusual complexity of the format and content required by the RFO.

1. If the Offeror's intent, as determined by CAL FIRE, is clearly established based on its review of the complete Final Offer submittal, CAL FIRE may in its sole discretion, correct an error based on that established intent.

2. CAL FIRE may, in its sole discretion, correct obvious clerical errors.

3. An Offeror may modify an offer after submission by withdrawing its original offer and resubmitting a new offer if it is received prior to the offer submission deadline. Offeror modifications offered in any other manner, oral or written, will not be considered.

4. An Offeror may withdraw its offer by submitting a written withdrawal request to CAL FIRE, signed by the Offeror or an authorized agent.  Offers may not be withdrawn subsequent to the offer submission deadline without cause.

Department of Forestry and Fire Protection (CAL FIRE)
Information Technology Services
RFO – ITS 0287 – CAL FIRE Public Incident Information Platform – Mission-Critical SaaS Solution for
Emergency Communication
October 2025

**Request for Offer**

5.   No oral understanding or contract shall be binding on either party.

CAL FIRE reserves the right to contact any Offeror at any stage of the Offer process to collect additional clarifying information, if deemed necessary and appropriate by CAL FIRE.

**I.   Review of Offers for Award**

CAL FIRE will compare offers submitted in response to this RFO based on best value to the state, which means the Offer that best meets, and potentially exceeds CAL FIRE's requirements at the most reasonable overall cost.  If an Offer is missing required information, the Offer may be deemed non-responsive and rejected.

Department of Forestry and Fire Protection (CAL FIRE)
Information Technology Services
RFO – ITS 0287 – CAL FIRE Public Incident Information Platform – Mission-Critical SaaS Solution for
Emergency Communication
October 2025

**Request for Offer**

**EXHIBIT A – SCOPE OF WORK**

**1. BACKGROUND AND PURPOSE**

The California Department of Forestry and Fire Protection (CAL FIRE) serves and safeguards the people and protects the property and resources of California. CAL FIRE is seeking a Contractor to develop the CAL FIRE Public Incident Information Platform, a mission-critical SaaS solution for emergency communication. The solution will serve as CAL FIRE's authoritative platform for publishing timely, accurate, and accessible incident information to the public during emergencies.

**2. CONTRACT DESCRIPTION**

This Agreement is entered into between the California Department of Forestry and Fire Protection, hereafter referred to as CAL FIRE, and (Contractor name) hereafter referred to as Contractor. This contract is for Contractor to develop the CAL FIRE Public Incident Information Platform, a mission-critical SaaS solution for emergency communication.

**3. PERIOD OF PERFORMANCE**

The term of this contract is one (1) year from the date the agreement is signed and executed by both parties, with two (2) options to renew for one (1) year periods. This Agreement can be amended for time, tasks, and funding at current contract rates specified in Exhibit D - Cost Worksheet upon mutual agreement of both parties.

The Contractor shall not be authorized to deliver goods or commence performance of services described in this Agreement prior to the date the contract is awarded. Any delivery of goods or performance of services by the Contractor that is commenced prior to the Effective Date shall be considered gratuitous on the part of the Contractor.

**4. WORK LOCATION**

The Contractor may perform all services under this Agreement remotely in the continental United States.

**5. ROLES AND RESPONSIBILITES**

    **A. CAL FIRE Responsibilities**

        1) CAL FIRE will provide data, documentation, consultation, information, and feedback to the Contractor.
        2) CAL FIRE will regularly monitor Contractor activities through the exchange of detailed weekly and quarterly written status reports.
        3) CAL FIRE will provide all policies and procedures regarding access to and the use of the state facilities when applicable.
        4) CAL FIRE will provide a delivery location for the electronic data.

    **B. Contractor Responsibilities**

        1) Contractor shall to work in partnership with CAL FIRE Project team to ensure the preceding goals for this project are met by end of contract.
        2) Contractor shall coordinate with CAL FIRE Project Manager to schedule work activities that require CAL FIRE staff involvement.
        3) Contractor shall produce documentation to provide to CAL FIRE staff:

Department of Forestry and Fire Protection (CAL FIRE)
Information Technology Services
RFO – ITS 0287 – CAL FIRE Public Incident Information Platform – Mission-Critical SaaS Solution for
Emergency Communication
October 2025

**Request for Offer**

     a.  Provide a weekly status update on current projects.

     b.  Provide a quarterly overview on all assigned work for the previous three months.

4) Contractor shall train CAL FIRE staff to ensure knowledge transfer upon completion of contract.

## 6. SOLUTION REQUIREMENTS

The Contractor shall develop, deliver, and support a mobile application as part of the SaaS solution in accordance with the following solution requirements.

### A. Device Compatibility & Performance Adaptation

1) The application must support a wide range of devices, including:
   a. Android and iOS operating systems.
   b. Both phones and tablets.
   c. Older devices with limited processing power and connectivity.
2) The app must detect device capabilities and automatically adapt functionality to ensure optimal performance on devices with limited resources or poor network connectivity.

### B. User Experience

1) The interface shall be intuitive, accessible, and easy to navigate for users of all ages.
2) The design shall follow mobile UI/UX best practices for clarity and usability across different devices and screen sizes.

### C. Fire Incident Information Display

1) Display detailed and structured incident information sourced from CAL FIRE.
2) Incident data must update in near real-time.
3) Support one-to-many incident updates presented in a scrollable "news feed" format, allowing users to view current and historical updates seamlessly.

### D. Push Notifications

1) Real-time push notifications shall be provided for critical alerts, including:
   a. Fires near the user's location.
   b. Evacuation orders and related emergency notifications.
2) Users must be able to configure up to five (5) custom locations or areas to receive location-specific alerts.

### E. Interactive Map and Geospatial Data

1) An interactive map must be included, supporting both 2D and 3D views.
2) Users must be able to customize the map, including:
   a. Color schemes, themes, and base maps.
   b. Layer toggling and view preferences.
3) The map shall support the display of the following geospatial layers (data to be provided by CAL FIRE in GeoJSON and/or ArcGIS Online Feature Services):
   a. Aircraft tracking (near real-time)
   b. Active fire points or pins
   c. Building footprints
   d. Roads
   e. Active and recent fire perimeters
   f. Historical fire perimeters

Department of Forestry and Fire Protection (CAL FIRE)
Information Technology Services
RFO – ITS 0287 – CAL FIRE Public Incident Information Platform – Mission-Critical SaaS Solution for
Emergency Communication
October 2025

**Request for Offer**

    g.  Prescribed fires
    h.  Recent lightning strikes
    i.  Evacuation zones (active and adjacent areas)
    j.  Satellite-based heat detection
    k.  Vehicle locations (AVL data)
    l.  Wind direction and animation
    m. Alert California cameras, including photos and viewsheds
    n.  Smoke and haze coverage
    o.  Red flag warnings
    p.  Fire Hazard Severity Zones

**F.  Audio and Video Streaming**

1)  The app must support in-app radio audio streaming of incident channels (streaming URLs provided by CAL FIRE).
2)  The app must also support real-time and recorded video streaming, allowing users to view incident-related videos without leaving the app.

**G.  Safety Content**

1)  The app shall display safety tips and wildfire response guidelines, using content provided by CAL FIRE.
2)  This information must be easily accessible and organized for quick reference during emergencies.

**H.  Location Tracking & Personalization**

1)  The app must support real-time user location tracking (with user consent) to provide personalized, location-based alerts and data.
2)  Support offline access to critical information including safety content, incident updates, and cached map data, to ensure usability during network outages.
3)  User preferences such as custom locations, map view settings, and preferred layers must be stored locally on the device without requiring user account creation.

**I.  User Feedback and Media Submission**

1)  Provide users with the ability to:
    a.  Submit feedback or suggestions within the app.
    b.  Report defects or issues, including uploading attachments (images, documents).
    c.  Upload incident-related photos or videos to CAL FIRE for review and potential posting (with moderation workflow).

**J.  Analytics and Usage Tracking**

1)  The application must support detailed analytics and user behavior tracking, including:
    a.  Clicked elements, scrolling activity, and time spent on pages.
    b.  Map interactions such as layer toggling and customizations.
2)  Analytics data must be:
    a.  Aggregated for reporting.
    b.  Accessible by CAL FIRE via automated export tools and/or secure API access.

**K.  Performance, Scalability, and Monitoring**

1)  The solution must scale to support millions of concurrent users during peak wildfire events.
2)  Provide real-time system monitoring and alerting, including:

Department of Forestry and Fire Protection (CAL FIRE)
Information Technology Services
RFO – ITS 0287 – CAL FIRE Public Incident Information Platform – Mission-Critical SaaS Solution for
Emergency Communication
October 2025

**Request for Offer**

  a. Active user sessions.
  b. System health metrics (uptime, latency, error rates).
  c. Alerts for system outages or performance degradation.

**L. Multilingual Support**

 1) Support multiple languages, allowing users to select their language preference.
 2) Language content should be translatable via integrated or native translation tools.

**M. Accessibility Compliance**

 1) The app must comply with the State of California's accessibility requirements.
 2) Compatibility with iOS and Android native accessibility features is required, including:
  a. High contrast mode.
  b. Dark theme.
  c. Text-to-speech functionality and screen readers.

**N. Authoritative Data Sources**

 1) Only display incident information and alerts that originate from CAL FIRE or other authorized
  public safety agencies.
 2) Ensure data integrity and validation mechanisms to prevent misinformation.

**Optional Features / Future Scope**

The following features are not required for initial deployment but may be considered for future
enhancements:

**A. User Login & Cross-Device Sync**

 1) Allow users to optionally log in using federated identity providers (e.g., Google, Facebook).
 2) Support cross-device preference sync if user is logged in.

**B. Chatbot Integration**

 1) Native integration with the existing chatbot hosted on fire.ca.gov to support real-time user
  inquiries.

**C. Traffic and Navigation Support**

 1) Provide traffic overlays and turn-by-turn routing using third-party APIs (e.g., Google Maps,
  Bing Maps) to assist users in reaching key facilities or safe zones.

**Compliance**

The solution shall comply with all applicable State of California IT policies, mobile security standards,
and data protection regulations.

**7. CONTRACTOR TASKS AND DELIVERABLE REQUIREMENTS**

**Phase 1 – Minimum Viable Product (MVP)**

Contractor shall deliver a basic but functional version of the app that includes core features and
demonstrates the concept.

Department of Forestry and Fire Protection (CAL FIRE)
Information Technology Services
RFO – ITS 0287 – CAL FIRE Public Incident Information Platform – Mission-Critical SaaS Solution for
Emergency Communication
October 2025

**Request for Offer**

**Tasks:**

a. **Requirements & Planning**
  1) Review and validate product requirements with CAL FIRE.
  2) Identify and document MVP features (must-haves only).
  3) Develop project timeline and sprint plan for MVP.
b. **Design**
  1) Create low-fidelity wireframes for MVP screens.
  2) Develop high-fidelity UI/UX designs for key user flows.
  3) Review and get sign-off on designs.
c. **Technical Architecture**
  1) Choose technology stack (e.g., React Native, Flutter, Swift/Kotlin, Firebase, etc.).
  2) Set up development environment and repositories (GitHub, Bitbucket, etc.).
  3) Define database schema and backend structure.
d. **MVP Development**
  1) Develop front-end components for key screens (e.g., login, dashboard, primary feature).
  2) Develop backend endpoints (API) to support front-end functionality.
  3) Implement core features defined for MVP.
e. **Testing & QA (Internal)**
  1) Conduct unit and integration testing.
  2) Fix critical bugs and ensure basic performance standards.
  3) Ensure basic accessibility and responsiveness across devices.
f. **Internal Review & Handoff**
  1) Deliver MVP build (APK/iOS TestFlight) for internal review.
  2) Provide documentation for build, test, and deployment steps.

**Phase 2 – Small Group UAT + Complete Mandatory Scope**

Contractor shall test the MVP with a select group of users and complete any remaining required features.

**Tasks:**

a. **User Acceptance Testing (UAT) Setup**
  1) Select and onboard UAT participants.
  2) Develop test scripts and provide usage guidelines to users.
  3) Deploy the app to a closed beta environment (TestFlight, Google Play Beta).
b. **User Feedback Collection**
  1) Gather feedback via surveys, in-app analytics, or interviews.
  2) Log issues, bugs, and improvement requests from UAT users.
c. **Bug Fixes and Refinements**
  1) Prioritize and fix high-impact bugs and usability issues.
  2) Polish UI and refine UX based on user behavior.
d. **Complete Mandatory Scope**
  1) Develop and integrate remaining mandatory features not included in MVP.
  2) Ensure compliance with platform guidelines and legal requirements (e.g., privacy policy, permissions, T&C).
e. **Performance & Compatibility Testing**
  1) Test app on multiple devices, screen sizes, and OS versions.
  2) Conduct stress testing (if needed).
f. **Prepare for Launch**
  1) Finalize app icon, splash screen, and store listing assets.
  2) Prepare App Store and Google Play submission materials (screenshots, description, etc.).

Department of Forestry and Fire Protection (CAL FIRE)
Information Technology Services
RFO – ITS 0287 – CAL FIRE Public Incident Information Platform – Mission-Critical SaaS Solution for Emergency Communication
October 2025

**Request for Offer**

**Phase 3 – Public Rollout and Initial Launch Feedback**

Contractor shall launch app publicly, monitor real-world use, and gather early feedback to guide future improvements.

**Tasks:**

a. **Launch Planning**
   1) Confirm production build is stable and approved.
   2) Submit and publish the app to App Store / Google Play.
   3) Coordinate launch date and marketing communication with CAL FIRE.
b. **Initial Rollout**
   1) Monitor real-time performance (crash reports, user sessions, etc.).
   2) Ensure app availability and response time remain stable.
c. **Collect Initial User Feedback**
   1) Enable feedback channels (email, in-app, reviews).
   2) Monitor app store reviews and user behavior via analytics.
d. **Patch and Hotfixes**
   1) Address critical bugs discovered post-launch.
   2) Release hotfix updates as necessary.
e. **Post-Launch Review**
   1) Summarize metrics (downloads, active users, crashes).
   2) Conduct retrospective on launch process and outcomes.
   3) Define backlog for future enhancements.

**Phase 4 – Maintenance & Operations (M&O)**

Contractor shall maintain app performance, support users, and plan for iterative improvements.

**Tasks:**

a. **Ongoing Monitoring & Support**
   1) Monitor app performance and uptime.
   2) Respond to user-reported bugs or issues.
   3) Maintain backend services and hosting environments.
a. **Regular Updates**
   1) Apply security patches and SDK updates (e.g., OS compatibility).
   2) Make minor UI/UX enhancements or requested improvements.
   3) Push updates to app stores on a scheduled basis (e.g., monthly or quarterly).
b. **Analytics & Reporting**
   1) Monitor KPIs (retention, engagement, crash rate).
   2) Provide monthly performance reports to CAL FIRE.
c. **User Support & Feedback Loop**
   1) Provide timely support for user inquiries or complaints.
   2) Maintain FAQs or support documentation.
   3) Track feedback to inform future feature planning.
d. **Compliance**
   1) Ensure ongoing compliance with platform changes and legal requirements.

**Training Material**

Contractor shall provide formal training documentation for CAL FIRE staff and recorded material for knowledge transfer.

Department of Forestry and Fire Protection (CAL FIRE)
Information Technology Services
RFO – ITS 0287 – CAL FIRE Public Incident Information Platform – Mission-Critical SaaS Solution for
Emergency Communication
October 2025

**Request for Offer**

## 8. DELIVERY OF SOFTWARE

Contractor shall adhere to the delivery and completion schedules specified in this Contract. If Contractor delivers more than the quantities or Services specified in Exhibit D - Cost Worksheet, the State shall not be required to make any payment for the excess deliverables and may return them to Contractor at Contractor's expense or utilize any other rights available to the State at law or in equity. The Calendar days stated in Table 1: Schedule may be revised upon mutual agreement between CAL FIRE and the Contractor.

**TABLE 1: SCHEDULE**

| Phase # | Description | Calendar days from contract award |
|---|---|---|
| Phase 1 | Minimum Viable Product (MVP) | 1-60 days |
| Phase 2 | Small Group UAT + Complete Mandatory Scope | 60-180 days |
| Phase 3 | Public Rollout and Initial Launch Feedback | 180-300 days |
| Phase 4 | Maintenance & Operations (M&O) | 300-360 days |

## 9. DELIVERABLE EXPECTATION DOCUMENT (DED)

The Contractor will develop a DED form and process that will include the information the Contractor will need to complete each tasks deliverable(s). CAL FIRE's requirements for the form are:

1. All work performed under this contract shall be initiated using a Deliverable Expectation Document (DED) with tracking number assigned by CAL FIRE.

2. The DED establishes a common understanding of items listed below. CAL FIRE and Contractor will define and develop acceptance criteria, including specific, measurable success factors, to be set forth in the DED. The DED details Contractor services required to meet project objectives including:

   a. Scope,
   b. schedule,
   c. format, content (depth and breadth)
   d. estimated hours per task by personnel member,
   e. cost, and
   f. acceptance criteria of work products required prior to the Contractor beginning work.
   g. Start and Stop date for the DED.
   h. Signature block for:

      i. Contractor Contract Official,
      ii. CAL FIRE Project Manager

   i. CAL FIRE and Contractor must sign the DED before work starts on each task listed on the DED.

3. All changes to the DED must be in writing and go through the approval process (signature) prior to work being performed. Any additional cost must be submitted on the DED and approved by CAL FIRE.

Department of Forestry and Fire Protection (CAL FIRE)
Information Technology Services
RFO – ITS 0287 – CAL FIRE Public Incident Information Platform – Mission-Critical SaaS Solution for
Emergency Communication
October 2025

**Request for Offer**

4.   The start of work will occur upon the start date of the DED or upon approval by the CAL FIRE IT Acquisitions Manager, whichever occurs later.

5.   It is understood and agreed by both parties that all of the terms and conditions of this contract shall remain in force with the inclusion of any such approved DED.

6.   CAL FIRE has the right to require the Contractor to stop or suspend work on any previously approved DED.

7.   CAL FIRE will pay based on the hourly rates in accordance with Exhibit D - Cost worksheet, but no more than the agreed number of hours shown on the CAL FIRE approved DED.

8.   If, in the performance of the work, the Contractor determines that the work approved through the DED cannot be accomplished within the estimated hours, the Contractor will immediately notify the CAL FIRE Project Manager in writing of the Contractor's estimate of the additional hours to complete the work in full. Upon receipt of such notification, CAL FIRE may:

   a.   Alter the scope of the DED, via an approved amendment to the DED, in order to define tasks that can be accomplished within the remaining estimated hours by issuance of an approved DED amendment, or

   b.   Terminate the DED.

9.   The following is a list of required information for the DED. This list is not all inclusive therefore, any additional information deemed relevant to the work identified in the DED should be included. Each DED shall include the following:

   a.   A work description which shall include the purpose, objective, or goals to be undertaken by the Contractor.

   b.   An identification of tasks and any associated work products (deliverable) to be developed by the Contractor.

   c.   Acceptance criteria for the work to be performed/deliverables.

   d.   The name or identification of the Contractor personnel to be assigned.

   e.   The Contractor's estimated hours required to accomplish the purpose, objective or goals.

   f.   The Contractor's billing rates per hour per personnel member, which shall be in accordance with the rates identified in Exhibit D - Cost Worksheet and,

   g.   The Contractor's total cost for the DED.

## 10. DELIVERABLE ACCEPTANCE OR REJECTION

Contractor working with CAL FIRE shall develop an Acceptance or Rejection Form. All work shall be submitted to the CAL FIRE Project Manager for review and approval or rejection with the following process:

1.   The Contractor will submit each deliverable with level of detail and quality consistent with the DED approved by CAL FIRE.

2.   A signed Deliverable Acceptance Document (DAD) is required from the CAL FIRE Project Manager before processing an invoice for payment. The DAD must accompany any invoice submitted by the Contractor. Should deficiencies be identified in a deliverable, CAL FIRE and the Contractor will meet to determine what work products are acceptable and the level of effort and strategy for correction of any deficiencies. CAL FIRE may issue a DAD for a portion of the Deliverable. CAL FIRE and the Contractor will

**Request for Offer**

document the strategy and level of effort for the Contractor's correction of deficiencies through an amended DED.

3. Payment for tasks performed under this contract shall be by deliverable. It shall be CAL FIRE's sole determination as to whether a deliverable has been successfully completed and is acceptable to CAL FIRE.

## 11. REPORTING REQUIREMENTS

1. Contractor personnel must submit monthly timesheets.
2. Timesheets need to be attached to invoices and submitted to CAL FIRE contract administrator and bill-to contact.
3. Contractor must use staff classification and hourly rate for the invoice. If broken down by phases or task, they must identify which phase or task they are working on.
4. Invoices must have the contract number and Purchase Order number within the header of each invoice.
5. The Contractor must provide monthly SLA reporting (uptime, latency, etc.) using state-approved tools.
6. The Contractor must prepare a monthly/weekly written status report to the CAL FIRE's Project Manager and Contract Administrator with current status and future activities. This report shall include, but not be limited to the following information:
   a. A summary of the work completed during the reporting period, including the identity of the person doing the work and the deliverable or task to which the work is attributable.
   b. A summary of the work planned for the next reporting period, including the identity of the person doing the work and the deliverable or task to which the work is attributable.
   c. The status of the over-all project, including all phases and tasks, and including a discussion regarding each problem encountered and solutions implemented or proposed.
   d. List and description of issues encountered during the reporting period.

## 12. ACCEPTANCE CRITERIA

It shall be CAL FIRE's sole determination as to whether a deliverable has been successfully completed and acceptable by CAL FIRE.  There must be a signed acceptance document for each deliverable before invoices can be processed for payment.

Acceptance criteria shall consist of the following:

1. Reports on written deliverables are completed as specified and approved.
2. All deliverables must be in a format that can be used by the CAL FIRE.
3. If a deliverable is not accepted, CAL FIRE shall provide the rationale in writing within ten business days of receipt of the deliverable or upon completion of acceptance testing period.

## 13. PROBLEM ESCALATION

The parties acknowledge and agree that certain technical and/or project-related problems or issues may arise, and that such matters shall be brought to the State's attention. Problems or issues shall normally be reported in regular status reports or in-person meetings. However, there may be instances where the severity of the problem justifies escalated reporting. To this extent, the CAL FIRE Project Manager in charge shall determine the level of severity, and notify the appropriate State personnel, as set forth below. The State personnel notified, and the time period taken to report the problem or issue shall be at a level commensurate with the severity of the problem or issue. The escalation steps are as follows:

   A. 1st level of escalation:

Department of Forestry and Fire Protection (CAL FIRE)
Information Technology Services
RFO – ITS 0287 – CAL FIRE Public Incident Information Platform – Mission-Critical SaaS Solution for
Emergency Communication
October 2025

**Request for Offer**

1. Problem or issue (deviation) is identified by CAL FIRE, or the Contractor as follows:

   a. Project output, samples, or Product Enhancements are not consistent with the requested status or quality, or

   b. Exceeded deadlines, or

   c. Services by CAL FIRE or Contractor is not efficient or were not implemented.

2. Action(s):

   Telephone call with Contractor and CAL FIRE Project Manager about the deviation and approach for resolution.

3. Consequence(s):

   a. Define necessary actions for deviation troubleshooting, resolution, and completion time.

   b. Monitoring of status reports concerning deviation.

If actions are processed and successful at 1st level of escalation, no further process shall follow. If actions are deemed unsuccessful by CAL FIRE or the Contractor, proceed to the 2nd level of escalation.

B. 2nd level of escalation:

1. Problem or issue (deviation) is identified by CAL FIRE or the Contractor as follows:

   Declaration by CAL FIRE or Contractor that 1st level of escalation was not effective.

2. Action(s):

   Meeting with Contractor's Senior Management and CAL FIRE Project Manager about the deviation and approach for resolution.

3. Consequence(s):

   a. Define necessary actions for deviation troubleshooting, resolution, and completion time.

   b. Monitoring of status reports concerning deviation.

If actions are processed and successful at 2nd Level of Escalation, no further process shall follow. If not successful, proceed to 3rd Level of escalation.

C. 3rd level of escalation:

1. Problem or issue (deviation) is identified by CAL FIRE or the Contractor as follows:

   Declarations by CAL FIRE or the Contractor that 2nd level of escalation was not effective.

Department of Forestry and Fire Protection (CAL FIRE)
Information Technology Services
RFO – ITS 0287 – CAL FIRE Public Incident Information Platform – Mission-Critical SaaS Solution for
Emergency Communication
October 2025

**Request for Offer**

 2. Action(s):

    a. Meeting with the Contractor executive(s) who holds the authority to bind the
       Contract and CAL FIRE executive(s) about the deviation and approach for
       resolution. CAL FIRE Executive(s) will include the following: Project Director,
       Enterprise Applications Branch Chief, Chief Information Officer, Information
       Systems Division Deputy Director, or Director.

    b. If necessary, place project "On Hold."

 3. Consequence(s):

    a. Analysis by the Contractor or CAL FIRE for immediate resolution, subject to
       CAL FIRE or Contractor approval.

    b. If a deviation is in result of the Contractor's performance, the Contractor shall
       submit an action plan documenting results of the 3rd Level Escalation meeting for
       CAL FIRE approval.

If actions are processed and successful at 3rd level of escalation, no further process shall
follow. If actions are unsuccessful and the deviation is in result of the Contractor's
performance, CAL FIRE will issue a Cure Notice in accordance with this SOW Section 13.1
CURE NOTICES.

### 13.1 CURE NOTICES

CAL FIRE may issue a cure notice to inform the Contractor in the event the Contractor fails to
meet a contract requirement or performance, resulting in a material breach of the Contract.
The cure notice gives 72 hours for Severity Level 1 impacts or security-related breaches to
remedy the condition, and 15 days for the Contractor to remedy all other conditions. If the
condition is not corrected within this period, the cure notice confirms that the Contractor may
face the termination of its contract for default.

### 14. CONTRACTOR AND STORAGE OF ELECTRONIC DATA

All IT Services Contractors, both the company and all staff working on the contract must reside within
the United States (US). All storage of electronic data must be stored within cloud data centers located
within the continental US, this includes primary and secondary storage sites. These site locations
must be identified by the Contractor.

### 15. SECURITY AND CONFIDENTIALITY

To preserve the integrity of the security and confidentiality measures integrated into the CAL FIRE
information technology systems, the Contractor must be required to certify they shall adhere to the
following controls prior to work starting regardless of the solution is delivered On-Premises or in the
Cloud.  Contractor must provide all security related certifications to the CAL FIRE ISO prior to work
start date. If the Contractor has engaged services from a Sub-Contractor or a Subsidiary as part of a
contract, the Contractor must ensure that these parties adhere to these requirements as shown in the
Security bullet points listed below.

**SECURITY AND DATA PROTECTION REQUIREMENTS**

The Cloud Service Provider (CSP) shall provide CAL FIRE with a current System and Organization
Controls (SOC) 2 Type II report conducted in accordance with Standards for Attestation

Department of Forestry and Fire Protection (CAL FIRE)
Information Technology Services
RFO – ITS 0287 – CAL FIRE Public Incident Information Platform – Mission-Critical SaaS Solution for
Emergency Communication
October 2025

**Request for Offer**

Engagements (SSAE) No. 18. If the report contains any findings, the CSP shall also provide CAL
FIRE with a corrective action plan detailing remediation efforts and timelines. Equivalent security
attestations, such as FedRAMP or StateRAMP authorizations, may be accepted in lieu of the SOC 2
Type II report, subject to CAL FIRE approval.

The CSP must ensure that all CAL FIRE data is physically stored within data centers located in the
continental United States. Furthermore, the CSP shall prohibit any remote access to CAL FIRE data
from locations outside the continental United States under any circumstances.

**Security:**

1) The Contractor must comply with applicable Federal, State, and local governmental laws and
   regulations and the CAL FIRE must verify the Contractor's assurance of their ability to adhere
   to said laws and regulations.
2) The Contractor must implement an Information Security Program for the prevention and
   detection of fraud and malware, the protection of data, and to authorize security awareness
   training; the Contractor must meet or exceed the CAL FIRE Information Security Program;
   The Contractor must submit to the CAL FIRE Information Security Officer a copy of their
   Information Security Program.
3) All Contractors having access to CAL FIRE Information Technology resources and assets
   must take CAL FIRE's Cyber Security Training.
4) The Contractor must implement a Risk Assessment Program for assessing risks and to
   identify the specific threats and vulnerabilities; the Contractor must meet or exceed the CAL
   FIRE Risk Assessment Program; The Contractor must submit to the CAL FIRE Information
   Security Officer a copy of their Risk Assessment Program.
5) The Contractor must implement an Incident Response Program defining the response
   procedures and the points of contact between the Contractor and the CAL FIRE including
   escalation thresholds; the Contractor must meet or exceed the CAL FIRE Incident Response
   Program; The Contractor must submit to the CAL FIRE Information Security Officer a copy of
   their Incident Response Program.
6) The Contractor must maintain their Information Security Program, Incident Response
   Program, and Risk Assessment Program at all times, including monitoring and testing the
   programs to ensure their effectiveness; the Contractor must provide to the CAL FIRE
   Information Security Officer the results of these test.
7) The Contractor must disclose to the CAL FIRE any breach of the security of any information
   or information resource in accordance with the criteria and procedures set forth by the CAL
   FIRE.  The Contractor must notify the CAL FIRE's Information Security Officer within the
   agreed upon time-frame of any confirmed or suspected security incident or breach, followed
   by a report of the incidents that it has identified, and the measures taken to resolve and
   mitigate the incident.
8) The Contractors must sign formal undertakings (e.g., Nondisclosure Agreement) regarding
   the intellectual property rights of work Performed during their terms of contract.
9) Under no circumstance must the Contractor Perform any activities that can harm CAL FIRE
   or lessen its security program; and,
10) CAL FIRE reserves the right to audit the Contractor's information security controls, logs, and
    associated plans and processes to verify compliance with the contract.

**Confidentiality:**

1) CAL FIRE owns all data collected by CAL FIRE, third party users of the database and or by
   the contractor may not share, transfer, give access to any of the information of the database
   to any private, public, or state entity without express permission by CAL FIRE program,
   management and/or CAL FIRE legal.
2) The Contractor must implement an Information Privacy Program to safeguard the
   confidentiality and integrity of the CAL FIRE information; the Contractor must meet or exceed

Department of Forestry and Fire Protection (CAL FIRE)
Information Technology Services
RFO – ITS 0287 – CAL FIRE Public Incident Information Platform – Mission-Critical SaaS Solution for
Emergency Communication
October 2025

**Request for Offer**

the CAL FIRE Information Privacy Program; The Contractor must submit to the CAL FIRE Information Security Officer a copy of their Information Privacy Program.

3) The Contractor must work with designated staff within the CAL FIRE to classify information used by or created by the Contractor's development environment or any of its deliverables.

4) The Contractor must assume all responsibility for the Confidentiality, Integrity, and Availability of the information and the information systems under its control including its protection by the use of encryption of information at rest and in transit in accordance with applicable Federal, State, and local laws and regulations.

5) The Contractor must limit information collected and retained to legitimate business purposes associated with the contract; and not use or redistribute any of the CAL FIRE information processed, stored, or transmitted by the Contractor except as specified in the contract or upon written CAL FIRE approval.  All data Shall be confidentially destroyed or returned to the CAL FIRE as directed by the CAL FIRE within a mutually agreed upon date.

6) The Contractor must keep audit logs of any access or other activities associated with the CAL FIRE's information.

7) The Contractor must disclose to the CAL FIRE any requests, from any source, for copies of or access to, or other disclosure of the CAL FIRE's information.

8) The Contractors must sign the Confidentiality Agreement, Attachment 5, regarding the confidentiality of the information being access during their terms of contract; and,

9) The CAL FIRE reserves the right to re-classify data and require additional information security controls as necessary.

10) Contractor may not remove any confidential information from CAL FIRE locations.  Contractor must adhere to CAL FIRE policies and procedures regarding Acceptable Use and security of CAL FIRE computing systems.

## 16. DISASTER RECOVERY

In the event of a natural disaster, Contractor shall notify CAL FIRE within one (1) business day and have the system back up and operational within five (5) business days. Contractor shall have a back-up site for the system located in the United States.

## 17. TRANSITION OF OPERATION TO NEW CONTRACTOR OR TO STATE

In the event the Contract is terminated or CAL FIRE changes to a new system, Contractor shall provide CAL FIRE data in the following applicable data formats: XML, Excel, Oracle Data Pump, SQL Backup or Access. The incumbent Contractor bears transition costs during the transition of operations.

## 18. INTELLECTUAL PROPERTY

CAL FIRE owns and retains all right, title and interest in and to all deliverables and all other results and proceeds of the services provided hereunder, in all stages of completion, including without limitation any and all graphics, designs, artwork, images, reports, documents, materials, techniques, ideas, concepts, logos, slogans, specifications, user interfaces, data, data templates, database structures and fields, outlines, drafts, derivatives, scripts, know-how, algorithms, software, computer code, routines or subroutines, specifications, plans, notes, drawings, designs, text, audiovisual works, inventions, data, information and other items, expressions, works of authorship or work product of any kind that are authored, produced, created, conceived, collected, developed, discovered or made by the Contractor in connection with the Contract or which relate in any manner to the Contract or which result from any work performed by the Contractor for CAL FIRE, including without limitation any and all copyrights, database rights and other intellectual property rights therein (collectively the "Work Product"). To the maximum extent permitted under applicable law, CAL FIRE will be deemed to be the "author" of all Work Product and all such Work Product will constitute "works made for hire" under the U.S. Copyright Act (17 U.S.C. §§ 101 et seq.) and any other applicable copyright law. The Contractor hereby waives any and all moral rights or equivalent rights under the laws of any

**Request for Offer**

applicable jurisdiction (including without limitation rights of integrity and attribution) in and to the Work Product. To the extent that any Work Product does not constitute a work made for hire, the Contractor hereby irrevocably transfers and assigns to CAL FIRE all right, title and interest in and to the Work Product, including without limitation all copyrights, patents, trademarks and other intellectual property and proprietary rights therein throughout the world.

## 19. SERVICE LEVEL AGREEMENTS (SLAs) AND LIQUIDATED DAMAGES

This section defines and documents the Service Level Agreements (SLAs) and Liquidated Damages tied to this Contract. Any changes to SLAs, liquidated damages, or assessment and reporting specifications agreed to by both parties shall be completed as a contract amendment.

### 19.1 LIQUIDATED DAMAGES – GENERAL

1. Liquidated damages are intended to encourage timely delivery of critical deliverables and the provision of reliable and responsive services. The purpose of the liquidated damages provisions is to ensure adherence to the requirements of the Agreement and to set an amount in advance of a breach to compensate the State for damages that are impractical or extremely difficult to estimate but which would be sustained by the State in the event the Contractor fails to Perform services as agreed. The liquidated damages are intended to be a reasonable estimate of the damages and costs the State would sustain as a result of a breach. They are not intended to be punitive. The State and Contractor, therefore, presume that in the event the Contractor fails to Perform certain agreed- upon services in a timely manner, the State shall require the Contractor to pay such amounts as liquidated damages, and not as penalties.

2. The liquidated damages that may be assessed by the State as a result of Contractor's delay or failure to Perform its obligations in accordance with the terms of this Agreement are as described in Table 4: Service Level Agreements and Liquidated Damages. Contractor shall pay liquidated damages as set forth in the Agreement.

3. The State shall calculate liquidated damages owed to the State on a monthly basis and shall subtract liquidated damages from the payments made by the State to the Contractor.

4. The parties agree that any delay or failure by Contractor to timely Perform its obligations under this Agreement will interfere with the proper and timely implementation of the solution for CAL FIRE, to the loss and damage of the State. The State will incur costs to maintain the functions that would have otherwise been performed by the Contractor.

### 19.2 LIQUIDATED DAMAGES RESOLUTION

1. If a liquidated damage is imposed, the Contractor shall correct the conditions for which the liquidated damage was imposed, make all necessary remediations, and provide a written certification of correction to the State Project Manager that includes sufficient documentation allowing the State to verify the correction. The State shall reasonably determine, within its sole discretion, whether the documentation provided is accurate and sufficient to verify corrections.

2. All Contractor corrections are subject to testing or other verification at the approval of the CAL FIRE Project Manager.

3. Liquidated damages shall cease when the Contractor corrects the conditions for which the liquidated damage was imposed, makes all necessary remediations, and has provided all documentation necessary allowing CAL FIRE to verify the same. Should testing or verification show that the correction actually had not been made, liquidated damages shall continue (including retroactively for the period between the submission of correction and that finding) until the foregoing requirements are met.

Department of Forestry and Fire Protection (CAL FIRE)
Information Technology Services
RFO – ITS 0287 – CAL FIRE Public Incident Information Platform – Mission-Critical SaaS Solution for
Emergency Communication
October 2025

**Request for Offer**

### 19.3 OTHER REMEDIES

1. Nothing in this section shall be construed as relieving the Contractor from performing any other Agreement duty or being subject to any other provisions of this Agreement not listed in these liquidated damages sections, nor is the State's right to enforce any other Agreement duty herein for failure to perform any other section of this Agreement diminished or waived.

2. In the event of any claim for equitable adjustment to price, schedule, or both, the parties shall negotiate in good faith regarding execution of a Contract amendment.

### TABLE 2: SLA DEFINITIONS AND ASSESSMENTS

| SLA Number and Category | SLA Performance Standard Description | SLA Expected Performance Target | Liquidated Damages Assessments |
|---|---|---|---|
| 1. **Project Management/ Scheduled Deliverable** | All deliverables must be approved according to mutually approved dates or according to the project schedule. | **100%** of all deliverables are approved on schedule or by mutually approved dates. | **$100** per working day per schedule or mutually approved dates not to exceed **$2,500** per month. |
| 2. **Project Management/ Deliverable Quality** | The deliverables submitted to CAL FIRE by the Contractor shall be approved by CAL FIRE utilizing the DED. The deliverables should be to a quality standard that allows for one (1) CAL FIRE review and one (1) update and approval, unless there is a change requested by CAL FIRE. | **100%** approved by CAL FIRE within two (2) review cycles. | **$100** per working day of the deliverable that does not conform to the approved associated DED, not to exceed **$2,500** per month. |
| 3. **System SLA/Defect Management** | See Section 20.0, Service Level Agreements (SLAs) And Liquidated Damages For Defect And Incident Response. | See Section 20.0, Service Level Agreements (SLAs) And Liquidated Damages For Defect And Incident Response. | See Section 20.0, Service Level Agreements (SLAs) And Liquidated Damages For Defect And Incident Response. |

Department of Forestry and Fire Protection (CAL FIRE)
Information Technology Services
RFO – ITS 0287 – CAL FIRE Public Incident Information Platform – Mission-Critical SaaS Solution for
Emergency Communication
October 2025

**Request for Offer**

| 4. | **System SLA/Incident Management** | See Section 20.0, Service Level Agreement (SLAs) And Liquidated Damages For Defect And Incident Response. | See Section 20.0, Service Level Agreements (SLAs) And Liquidated Damages For Defect And Incident Response. | See Section 20.0, Service Level Agreements (SLAs) And Liquidated Damages For Defect And Incident Response. |
|---|---|---|---|---|
| 5. | **System SLA/System Application Programming Interface (APIs)** | Contractor shall ensure 99% uptime for each System APIs (inbound and outbound), measured on a 24-consecutive hour period by a State-approved monitoring tool. Uptime shall mean that all System APIs are up, running, and functioning in accordance with the specifications in the Agreement. Unscheduled downtime resulting from infrastructure controlled and managed by State or third parties or due to failure by the State or third parties to execute on its responsibilities related maintenance or oversight of the system or related systems, shall not be considered as a measured SLA event. Unscheduled downtime resulting from use that is over and above the expected number of users of the system shall not be considered as a measured SLA event. The Contractor shall be responsible for coordinating and working with 3rd Party software and tools to help them find a resolution that can be integrated into Solution/System. **Note: this SLA is in effect when System/Solution is in Production.** | Contractor achieves the SLA uptime. | **$500** per 24- consecutive hour period that the Contractor's Performance falls below the minimum SLA. |

Department of Forestry and Fire Protection (CAL FIRE)
Information Technology Services
RFO – ITS 0287 – CAL FIRE Public Incident Information Platform – Mission-Critical SaaS Solution for
Emergency Communication
October 2025

**Request for Offer**

| 6. | System SLA/Solution Transaction Time | For any system/solution developed by the Contractor, Contractor shall ensure a transaction response time of two (2) second (plus or minus one second) from user initiation (e.g., lookup, save, etc.) from an application screen on the user device at least 95.00% of the time, unless there are mutually agreed upon exceptions, as measured by a mutually agreed upon monitoring tool. Data, document, or processing intensive transactions shall not be included in this SLA (i.e., uploading documents or data, processing data, manipulating documents). Transaction response time shall be calculated monthly in minutes rounded to the nearest hundredth of a percent. Average end-to-end response time from the user perspective. Delayed responses time resulting from infrastructure controlled and managed by State or third parties or due to failure by the State or third parties to execute on its responsibilities related maintenance or oversight of the system or related systems shall not be considered as a measured SLA event. Delayed response time resulting from use that is over and above the expected number of users of the system shall not be considered as a measured SLA event. The vendor shall be responsible for coordinating and working with 3rd. Party software and tools to help them find a resolution that can be integrated into Solution/System. **Please note that this SLA comes into effect when System/Solution is in Production.** | Expected SLA: **95.00%** of the total number of transactions are to complete processing within two (2) seconds (plus or minus one second) within a given month. Also, **99.5%** of transactions are to complete processing within three (3) seconds. | **$500** per month that the Contractor's Performance falls below the minimum SLA, not to exceed **$5,000** annually. |

Department of Forestry and Fire Protection (CAL FIRE)
Information Technology Services
RFO – ITS 0287 – CAL FIRE Public Incident Information Platform – Mission-Critical SaaS Solution for
Emergency Communication
October 2025

**Request for Offer**

| 7. | **System SLA/Release Deployment** | To ensure timely creation and release of functionality, releases must be deployed within committed timeframe as mutually agreed upon between the parties. All customizations/configurations for the System shall be checked-in into source control for every release. Continuous Integration and Continuous Deployment may be used to automate process. **Please note that this SLA comes into effect when System/Solution is in Production.** | **≥ 95.0%** within identified timeframe. | **$200** per workday not to exceed **$2,500** per release. |
|---|---|---|---|---|
| 8. | **System SLA/ Availability** | Percentage of actual uptime with planned uptime for each application and API. Unscheduled downtime resulting from infrastructure controlled and managed by State or third parties or due to failure by the State or third parties to execute on its responsibilities related maintenance or oversight of the system or related systems, shall not be considered as a measured SLA event. Unscheduled downtime resulting from use that is over and above the expected number of users of the system shall not be considered as a measured SLA event. The vendor shall be responsible for coordinating and working with 3$^{rd.}$ Party software and tools to help them find a resolution that can be integrated into Solution/System. **Please note that this SLA comes into effect when System/Solution is in Production.** | **99.9%** uptime. | **$2,500** per month not to exceed **$30,000** annually. |

Department of Forestry and Fire Protection (CAL FIRE)
Information Technology Services
RFO – ITS 0287 – CAL FIRE Public Incident Information Platform – Mission-Critical SaaS Solution for
Emergency Communication
October 2025

**Request for Offer**

| 9. | **System SLA/ Stability** | Number of unplanned Outages (Outages are defined as time period greater than thirty (30) minutes) for users to access the production solution. Unscheduled downtime resulting from infrastructure controlled and managed by State or third parties or due to failure by the State or third parties to execute on its responsibilities related maintenance or oversight of the system or related systems, shall not be considered as a measured SLA event. Unscheduled downtime resulting from use that is over and above the expected number of users of the system shall not be considered as a measured SLA event. The vendor shall be responsible for coordinating and working with 3rd. Party software and tools to help them find a resolution that can be integrated into Solution/System. | No unplanned Outages per month. | **$1,250** per month not to exceed **$15,000** annually. |
|---|---|---|---|---|
| 10. | **System SLA/ Reliability** | Maintenance or oversight of the system or related systems shall not be considered as a measured SLA event. Unscheduled downtime resulting from use that is over and above the expected number of users of the system shall not be considered as a measured SLA event. The vendor shall be responsible for coordinating and working with 3rd party software and tools to help them find a resolution that can be integrated into Solution/System. | No outages in back-to-back months (e.g., outage occurs in July, no outage can occur in August). | **$1,250** per month not to exceed **$15,000** annually. |
| 11. | **Contract Management/ Key Staff** | Contractor shall provide Key Staff pursuant to the staffing requirements contained in this Agreement. | In cases where the State is not satisfied with the Performance of a Contractor Key Staff person, Contractor shall provide an alternative candidate within **15** calendar days and work iteratively with the State until the State is satisfied with Key Staff Performance. | **$50** per State business day, or portion thereof, for each calendar day over **15** that a new candidate has not been provided following a State request for Key Staff change. |

Department of Forestry and Fire Protection (CAL FIRE)
Information Technology Services
RFO – ITS 0287 – CAL FIRE Public Incident Information Platform – Mission-Critical SaaS Solution for
Emergency Communication
October 2025

**Request for Offer**

| | | | |
|---|---|---|---|
| 12. **Disaster Recovery/ Recovery Point Objective** | In the event of a Disaster or an Unplanned Interruption, the Contractor shall restore service and synchronize with all production data within eight (8) hours of the start of the Disaster or Unplanned Interruption. The Recovery Point Objective (RPO) shall be calculated as the time between the mitigation of the Disaster or the start of an Unplanned Interruption and the restoration of services. Disaster shall mean a riot, insurrection, civil unrest, terrorist attack, natural disaster (e.g., earthquake, fire, flood, hurricane), or similar event that causes the System to be not Available. Unplanned Interruption means any interruption to the System outside of the State-approved maintenance period. **Please note that this SLA comes into effect when System/Solution is in Production.** | Contractor achieves the SLA. | **$200** per day or portion thereof that the Contractor's Performance falls below the minimum SLA. |
| 13. **Solution Security SLA/Data Breach SLA** | Contractor shall report a Data Breach to CAL FIRE Project Manager within twenty-four (24) hour of discovery of the Breach and provide a full detailed report to the CAL FIRE Project Manager within seventy-two (72) hours of the Breach. The CAL FIRE Project Manager, CAL FIRE ISO, and Contractor shall jointly determine what constitutes a Data Breach. | Expected Service Level Agreement: **100%** The reporting time of the Breach shall be measured from the time of the identification by either party of the Breach until the delivery of the full detailed report has been delivered and confirmed as received by the CAL FIRE Project Manager. | **$20,000** per incident. |
| 14. **Critical Support and Services** | Contractor shall provide support from 8:00 AM TO 5:00 PM PT, but critical issues are monitored and addressed at all hours. Critical issues must be worked continually until resolved. | Within **(1) hour**. | **$1,000** per day for each critical issue not actively being addressed until issue is resolved. |

Page **31** of **62**

**Request for Offer**

| 15. **Security Services/ Severity 2 Incident Containment** | Percentage of Severity 2 security incidents with impacts to Cal Fire Unit(s) or Multiple Users Spread Across Multiple Units contained within identified time from the mitigation and/or corrective actions plans provide to the CAL FIRE's Privacy and Information Security Officer or designee. | **≥ 95.0%** within four **(4) hours** (containment/action plan publication) & eight **(8) hours** (contained). | **$2,000** per incident. |
|---|---|---|---|

## 20. SERVICE LEVEL AGREEMENTS (SLAs) AND LIQUIDATED DAMAGES FOR DEFECT AND INCIDENT RESPONSE

Table 3: Urgency below describes the classification and definition of System SLA Level 1, Level 2, and Level 3.

### TABLE 3: URGENCY

| Urgency | Impact | | | |
|---|---|---|---|---|
| | **State- Wide** | **CAL FIRE Unit(s)** | **Multiple Users Spread Across Multiple Units** | **Single User** |
| A full outage of multiple services or all services and/or noncompliance with regulations. | **Level 1** | **Level 1** | **Level 2** | **Level 3** |
| An issue completely affecting a service, no workaround available. | **Level 1** | **Level 2** | **Level 2** | **Level 3** |
| An issue affecting a service; workaround is available. | **Level 2** | **Level 3** | **Level 3** | **Level 3** |
| An issue that has no impact to the availability of the affected service; redundancy is available. | **Level 3** | **Level 3** | **Level 3** | **Level 3** |

Upon identification of a system incident, the Contactor and State shall work to mutually agree on the type of classification and associated Level. The following section includes the SLAs, Liquidated Damages and different SLA Levels.

Department of Forestry and Fire Protection (CAL FIRE)
Information Technology Services
RFO – ITS 0287 – CAL FIRE Public Incident Information Platform – Mission-Critical SaaS Solution for
Emergency Communication
October 2025

**Request for Offer**

**TABLE 4: SLA DEFINITIONS AND LIQUIDATED DAMAGES**

| SLA Category/SLA Title | Performance Description (SLA Performance Standard) | Performance Target (Expected SLA) | Liquidated Damages |
|---|---|---|---|
| 1. **System SLA/Solution Deficiency Identification** | The Contractor shall be required to notify CAL FIRE upon identification of a Solution Deficiency. The notifications shall be made through the use of e-mail and distribution lists. The State can also make direct inquiries to the Contractor as to the status of an individual incident and associated response actions at any time. The Contractor should respond to such escalated inquiries within the timeframes specified for each type of incident. The Contractor shall resolve all Solution Deficiencies (Contractor or State identified) within the timeframes shown in the Performance Target column for the level of severity of the deficiency. The "Resolution" is defined as the process of identifying and implementing a solution to effectively address and resolve the issue. | Expected SLA: **98.0%** of deficiencies resolved within Performance Standard. The Contractor shall report to CAL FIRE on a Deficiency for the solution, in whole or in part ("Solution Deficiency"). The Contractor shall report and resolve all Solution Deficiencies according to the following criteria and within the following timeframes: **a) Severity Level 1 (Critical Impact)** Deficiency reported to CAL FIRE upon inquiry within fifteen (15) minutes of State's request or identification and resolved within two (2) hours of identification. Hourly status updates to CAL FIRE until resolved. Root- cause analysis shall be Performed with findings and resulting actions documented in the appropriate M&O reports. **b) Severity Level 2 (Major Impact)** Deficiency reported to CAL FIRE upon inquiry within one (1) hour of request or identification and resolved within 24 hours of identification. Root-cause analysis shall be Performed with findings and resulting actions documented in the appropriate M&O reports. **c) Severity Level 3 (Significant Impact)** Deficiency reported to CAL FIRE upon inquiry within two (2) business days of request or identification and resolved within fourteen (14) calendar days of identification. The Contractor shall resolve the problem or implement a workaround accepted by CAL FIRE. Appropriate documentation shall be included in the M&O reports. | **$1000.00** per **Severity Level 1 and Severity Level 2 Deficiency identification $500.00** per **Severity Level 3 Deficiency identification.** |

Department of Forestry and Fire Protection (CAL FIRE)
Information Technology Services
RFO – ITS 0287 – CAL FIRE Public Incident Information Platform – Mission-Critical SaaS Solution for
Emergency Communication
October 2025

**Request for Offer**

| 2. | **System SLA/Defect Management - Root Cause Analysis (RCA) Submission** | The Contractor shall submit to the CAL FIRE Project Manager, or designee, an initial Root Cause Analysis (RCA) document for every Severity Level 1 and Severity Level 2 deficiency, System/Solution Deficiency Identification SLA, within 24 hours of identification (Monday thru Friday). The initial RCA document shall provide, as it is understood at the time of submission, the deficiency identification time and date, an estimate of solution and user impacts, an estimate of the duration, actions taken and planned, and a timeline for submission of a completed RCA. | The Contractor shall submit an initial root cause analysis CAL FIRE within 24 hours of identification (Monday thru Friday). The Contractor shall submit the complete analysis within ten (10) business days from the identification of the issue. | **$1000** per each late submission. |
|---|---|---|---|---|
| 3. | **System SLA/ Defect Management - Solution Deficiency Correction** | The Contractor shall maintain the Production Warranty Deficiencies by Severity below the thresholds identified in the Minimum and Expected Service Level Agreements. Solely for the purposes of this Section, Solution Deficiency Correction, the term "Production Warranty Deficiencies" means Deficiencies in the Solution (Identified in either the production environment, solution test or another higher environment) that are identified by the State as an Incident during the applicable Warranty Period under the Agreement. The Contractor and the State shall work to mutually prioritize and schedule Production Warranty Deficiencies. Deficiency Severity Levels are defined as: **Severity Level 1 Production Warranty Deficiency:** i) Renders the solution totally inoperable, or there is a critical solution outage, or ii) degrades Performance such that the solution is effectively unavailable. Examples include but are not limited to: The user cannot log into the solution, or the Tester is unable to access the test environment. | Expected SLA: **Severity Level 1 Production Warranty Deficiencies:** Deployment plan within 24 hours of classification as Severity Level 1 and implementation started within fourteen (14) days. **Severity Level 2 Production Warranty Deficiencies:** Deployment plan within 48 hours of classification as Severity Level 2 and implementation started within fourteen (14) days. **Severity Level 3 Production Warranty Deficiencies:** Remedied in no more than 60 calendar days. | **$1,000** per incident **Severity Level 1 and Severity Level 2 Deficiency** **$100** per incident **Severity Level 3.** |

Department of Forestry and Fire Protection (CAL FIRE)
Information Technology Services
RFO – ITS 0287 – CAL FIRE Public Incident Information Platform – Mission-Critical SaaS Solution for
Emergency Communication
October 2025

**Request for Offer**

| | | | |
|---|---|---|---|
| | **Severity Level 2 Production Warranty Deficiency:** i) Results in critical functions, components, or features being down or unusable or ii) prevents the accomplishment of a critical function where there is no alternate procedure by which the function can be Performed. Examples include but are not limited to: solution errors preventing users from completing critical functions, and/or causing data corruption. Critical functions are limited to the following where at least 50% of the solution total users and/or associated transactions are unable to process to successful completion. **Severity Level 3 Production Warranty Deficiency**: A component, application or procedure is difficult to use causing some operational impact but where an alternate procedure acceptable to the State in its reasonable judgment is available to avoid operational impacts on the users. Examples include, but are not limited to: A page within the solution is not working but other avenues are available to complete the business process, albeit less conveniently; functional component or service outage with an alternative workaround where the workaround degrades the operation of the solution from the user perspective; preferred method for completing business process is blocked but alternate method is available; test script can be executed and completed with workaround. | | |

## 21. MAINTENANCE AND OPERATIONS (M&O)

The Contractor is expected to comply with a detailed set of maintenance and operations the software application detailed in this section and in accordance with Sections 19.0 Service Level Agreements (SLAs) and Liquidated Damages and 20.0 Service Level Agreements (SLAs) and Liquidated Damages For Defect And Incident Response.

Maintenance tasks encompass regular software updates, bug fixes, and performance optimizations to ensure the application operates within specified parameters. Operations responsibilities involve

Department of Forestry and Fire Protection (CAL FIRE)
Information Technology Services
RFO – ITS 0287 – CAL FIRE Public Incident Information Platform – Mission-Critical SaaS Solution for
Emergency Communication
October 2025

**Request for Offer**

managing server resources, monitoring system health, and addressing any downtime or performance issues promptly.

The Contractor must establish robust protocols for handling user inquiries, maintaining data integrity, and ensuring the security of the application. Additionally, the Contractor is responsible for implementing backup and disaster recovery procedures, conducting regular security audits, and adhering to relevant industry regulations and best practices to uphold the reliability and security of the software application.

## 22. ACCESSIBILITY REQUIREMENTS

A.   Accessibility Compliance

The Contractor shall ensure that all deliverables under this Agreement, including web-based solutions, mobile applications, and internal/external electronic materials, comply with all applicable state and federal accessibility requirements, in addition to and in clarity of CMAS/DGS directives. These include, but are not limited to:

1.   California Government Code § 7405, requiring compliance with Section 508 of the Rehabilitation Act for development, procurement, maintenance, and use of electronic or information technology.
2.   California Government Code § 11546.7 (AB 434), requiring certification of accessibility compliance to WCAG 2.0 Level AA *or subsequent versions* (WCAG 2.2 is the current applicable standard).
3.   Statewide Information Management Manual (SIMM) 25A – Accessibility Resource Guide, which consolidates applicable state and federal laws.
4.   Title II of the Americans with Disabilities Act (ADA), as amended by the U.S. Department of Justice Final Rule (April 2024), requiring state and local government websites and mobile applications to meet WCAG 2.1 Level AA at minimum.

B.   Contractor Accessibility Obligations

1.   The solution shall meet WCAG 2.2 Level AA success criteria, unless a subsequent version is formally adopted during the contract term.
2.   Accessibility requirements apply to both public-facing and internal use components of the solution, including mobile applications.
3.   Accessibility testing results shall be included in all Deliverable Expectation Documents (DEDs) and shall form part of the acceptance criteria for deliverables. Deliverables that fail to meet accessibility requirements shall not be accepted until corrected.
4.   Contractor must document how accessibility standards are met and provide remediation for any identified accessibility issues prior to CAL FIRE acceptance.
5.   Automated and manual accessibility testing for deliverables.
6.   English and Spanish are mandatory launch languages, with other languages prioritized by CAL FIRE.

## 23. ACCELERATOR / PRE-EXISTING IP

The Contractor may *propose* the use of pre-existing tools, accelerators, or partially developed products ("Pre-Existing IP") to expedite delivery, provided that:

1.   The Contractor identifies such Pre-Existing IP in its Offer and Deliverable Expectation Documents (DEDs).

**Request for Offer**

2. The Contractor represents and warrants that it has all rights necessary to use the Pre-Existing IP for the purposes of this Agreement.
3. All new development, customization, configurations, integrations, and deliverables created under this Agreement ("Work Product") shall be deemed the property of CAL FIRE in accordance with Section 18. Intellectual Property, *regardless* of whether Pre-Existing IP is used as a foundation.
4. The Contractor grants CAL FIRE a perpetual, irrevocable, royalty-free license to use any Pre-Existing IP incorporated into the Work Product, solely as necessary for CAL FIRE to use, operate, maintain, and modify the Work Product.

## 24. INSURANCE REQUIREMENTS

The Contractor shall submit original Certificates of Insurance for all required Insurance and must show "occurrence" coverage upon contract award. If a syndicate is used, the syndicate's name must be included. All types of insurance must be issued by an insurer with a minimum AM Best Rating Classification of A-, VII, or as determined and deemed acceptable by the Department of General Services, Office of Risk and Insurance Management.

A. General Provisions Applying to All Policies

1. <u>Coverage Term</u> – Coverage needs to be in force for the complete term of the contract.  If insurance expires during the term of the contract, a new certificate must be received by the State at least thirty (30) days prior to the expiration of this insurance.  Any new insurance must still comply to the original terms of the contract and be no less than one (1) year or the remainder of the term of this Agreement, whichever is greater. The new certificate must show the name and address of the insurance company, the policy number, and the beginning and ending dates of the policy.

2. <u>Policy Cancellation or Termination & Notice of Non-Renewal</u> – Contractor is responsible to notify the State within 5 business days before the effective date of any cancellation, non-renewal or material change that affects required insurance coverage.  In the event Contractor fails to keep in effect at all times the specified insurance coverage, the State may, in addition to any other remedies it may have, terminate this Contract upon the occurrence of such event, subject to the provisions of this Contract.

3. <u>Deductible</u> – Contractor is responsible for any deductible or self-insured retention contained within their insurance program.

4. <u>Primary Clause</u> – Any required insurance contained in this contract shall be primary, and not excess or contributory, to any other insurance carried by the State.

5. <u>Insurance Carrier Required Rating</u> – All insurance companies must carry a rating acceptable to the Office of Risk and Insurance Management – A or better and financial size category of VII or better to the latest edition of the A.M. Best Key Rating Guide. If the Contractor is self-insured for a portion or all of its insurance, review of financial information including a letter of credit may be required.

6. <u>Endorsements</u> – Any required endorsements requested by the State must be physically attached to all requested certificates of insurance and not substituted by referring to such coverage on the certificate of insurance.

7. <u>Inadequate Insurance</u> – Inadequate or lack of insurance does not negate the contractor's obligations under the contract.

Department of Forestry and Fire Protection (CAL FIRE)
Information Technology Services
RFO – ITS 0287 – CAL FIRE Public Incident Information Platform – Mission-Critical SaaS Solution for
Emergency Communication
October 2025

**Request for Offer**

8. Satisfying an SIR  - All policies with an SIR shall be endorsed to allow the State to satisfy the SIR or Deductible at the State's discretion. The State may deduct from any amounts otherwise due Contractor to fund the SIR/deductible. Policies shall not contain any provision that limits the satisfaction the SIR / deductible to the Named Insured. The contractor's insurer may also eliminate the SIR / deductible in favor of the State's interests.

9. Available Coverages/Limits – All coverage and limits available to the contractor shall also be available and applicable to the State.

10. Subcontractors – In the case of Contractor utilization of subcontractors to complete the contracted scope of work, contractor shall include all subcontractors as insureds under Contractor's insurance or supply evidence of insurance to The State equal to policies, coverages and limits required of Contractor.

B.  Insurance Requirements

1. Commercial General Liability – Contractor shall maintain general liability on an occurrence form with limits not less than $1,000,000 per occurrence for bodily injury and property damage liability combined, with a $2,000,000 annual policy aggregate.  The policy shall include coverage for liabilities arising out of premises, operations, independent contractors, products, completed operations, personal & advertising injury, and liability assumed under an insured contract.  This insurance shall apply separately to each insured against whom claim is made or suit is brought subject to the Contractor's limit of liability. **The policy must include the "State of California, its officers, agents, and employees" as additional insureds, but only with respect to work performed under the contract. Endorsement must be attached to certificate.**

2. Automobile Liability – Contractor shall maintain motor vehicle liability with limits not less than $1,000,000 combined single limit per accident. Such insurance shall cover liability arising out of a motor vehicle including owned, hired, and non-owned motor vehicles. **The policy must include the "State of California, its officers, agents, and employees" as additional insureds, but only with respect to work performed under the contract. Endorsement must be attached to certificate.**

   * By signing this Agreement, the Contractor certifies that the Contractor and any employees, subcontractors or servants possess valid automobile coverage in accordance with California Vehicle Code Sections 16450 to 16457, inclusive. The State reserves the right to request proof at any time.

3. Workers Compensation and Employers Liability – Contractor shall maintain statutory worker's compensation and employer's liability coverage for all its employees who will be engaged in the performance of the Contract.  Employer's liability limits of $1,000,000 are required. The insurer waives any right of recovery the insurer may have against the State because of payments the insurer makes for injury or damage arising out of the work done under contract/permit with the State. **A Waiver of Subrogation or Right to Recover endorsement in favor of the "State of California" must be attached to the certificate.**

4. Bailee's Legal Liability – Contractor will maintain Bailee's legal liability insurance with a limit equal to the replacement value of State-owned property in Contractor's Care, custody and control. **The policy shall list as loss payee the California Department of Forestry & Fire Protection (CAL FIRE). Endorsement must be attached to certificate.**

5. Cyber Liability - Contractor shall maintain Cyber Liability Insurance, with limits not less than **$2,000,000** per occurrence or claim, **$4,000,000** aggregate. Coverage shall be sufficiently broad to respond to the duties and obligations as is undertaken by Contractor in this

**Request for Offer**

agreement and shall include, but not be limited to, claims involving security breach, system failure, data recovery, business interruption, cyber extortion, social engineering, infringement of intellectual property, including but not limited to infringement of copyright, trademark, trade dress, invasion of privacy violations, information theft, damage to or destruction of electronic information, release of private information, and alteration of electronic information. The policy shall provide coverage for breach response costs, regulatory fines, and penalties as well as credit monitoring expenses.

6. <u>Technology Professional Liability/ Errors & Omissions (Tech E&O)</u> - Contractor shall maintain Technology Professional Liability Errors and Omissions Insurance appropriate to the Contractor's profession and work hereunder, with limits not less than **$2,000,000** per occurrence and **$4,000,000** aggregate. Coverage shall be sufficiently broad to respond to the duties and obligations as is undertaken by the Contractor in this agreement and shall include, but not be limited to, claims involving security breach, system failure, data recovery, business interruption, cyber extortion, social engineering, infringement of intellectual property, including but not limited to infringement of copyright, trademark, trade dress, invasion of privacy violations, information theft, damage to or destruction of electronic information, release of private information, and alteration of electronic information. The policy shall provide coverage for breach response costs, regulatory fines and penalties as well as credit monitoring expenses.

   a. The Policy shall include or be endorsed to include ***property damage liability coverage*** for damage to, alteration of, loss of, or destruction of electronic data and/or information "property" of the State in the care, custody, or control of the Contractor. If not covered under the Contractor's liability policy, such "property" coverage of the State may be endorsed onto the Contractor's Cyber Liability Policy as covered property as follows:

      i. Cyber Liability coverage in an amount sufficient to cover the full replacement value of damage to, alteration of, loss of, or destruction of electronic data and/or information "property" of the State that will be in the care, custody, or control of Contractor.

   b. If policy is written on a claims-made policy basis, provide the following:

      i. The Retroactive Date must be shown and must be before the date of the contract or the beginning of contract work.

      ii. Insurance must be maintained, and evidence of insurance must be provided for at least five (5) years after completion of the contract of work.

If coverage is canceled or non-renewed, and not replaced with another claims-made policy form with a Retroactive Date prior to the contract effective date, the Contractor must purchase "extended reporting" coverage for a minimum of five (5) years after completion of work.

## 25. TRAVEL

Cost of travel is at the expense of the Contractor.

## 26. SOLUTION MODIFICATION

The State may request Solution modifications, limited to services and the delivery thereof, at any time. Because such changes could significantly affect critical aspects of the work being

Department of Forestry and Fire Protection (CAL FIRE)
Information Technology Services
Case 2:26-cv-00747-WBS-CSK Document 21 Filed 04/10/26 Page 56 of 132

RFO – ITS 0287 – CAL FIRE Public Incident Information Platform – Mission-Critical SaaS Solution for Emergency Communication
October 2025

**Request for Offer**

performed, all changes requested must follow the formal change control process as set forth below to gain approval.

Change Control Process The following change control process will be used except as superseded by mutual written agreement or other binding procedures:

1. A Work Authorization (WA) prepared in a form and format acceptable to both the State and the Contractor will be the vehicle for proposing a change using Exhibit E – Work Authorization Template.
2. A WA must describe the requested change; the rationale for the change, and any anticipated effect the change will have on the Contract and/or the work performed under the Contract.
3. The Change Control Board (CCB) will be comprised of the CAL FIRE Project Manager, the Contractor, and various other members of the State project management team. Contractor will serve in a non-voting capacity on the CCB.
4. Upon receipt of a CR, the CCB will engage in a deliberative process to determine whether the change(s) sought by the WA should be pursued by the Project, seeking such input as is necessary to reach an informed decision.
5. If the CCB determines that a WA merits further action, the State will prepare a draft WA which describes the Project's requirements related to the change desired. The CAL FIRE Project Manager will sign the draft WA and transmit it to the Contractor for finalization.
6. The Contractor shall fully develop and finalize a WA by preparing Exhibit E – Work Authorization Template within ten (10) State business days of receipt or another period as mutually agreed. The Contractor shall not charge the State for preparing a WA; The Contractor's Project Manager will sign the final WA and submit it to the CAL FIRE Project Manager.
7. The CAL FIRE Project Manager will review the WA for quality and accuracy and take such measures as are necessary to ensure its cost-effectiveness, including negotiations with the Contractor as needed. After such review and consistent with Project administrative processes, the CAL FIRE Project Manager will accept and sign, or reject the WA and transmit it to the Contractor.
8. Upon receipt of the accepted/rejected WA, the Contractor's Project Manager will sign it to acknowledge receipt thereof and return it to the Project Manager. Upon its return to the CAL FIRE Project Manager, the Contractor may begin performing any work approved by the WA.

## 27. UNANTICIPATED TASKS

If additional work must be performed which was unanticipated and is not specified in the SOW but which in the opinion of both parties is necessary to the successful accomplishment of the general scope of work outlined, the procedures outlined below will be employed. This may include unforeseen circumstances caused by emergency activity during the fire season.

For each item of unanticipated work not specified in the SOW, a WA will be prepared in accordance with the template provided as Exhibit E – Work Authorization Template.

1. It is understood and agreed by both parties that all the terms and conditions of this Agreement shall remain in force with the inclusion of any such WA. Such WA shall in

Department of Forestry and Fire Protection (CAL FIRE)
Information Technology Services
RFO – ITS 0287 – CAL FIRE Public Incident Information Platform – Mission-Critical SaaS Solution for
Emergency Communication
October 2025

**Request for Offer**

no way constitute an Agreement other than as provided pursuant to this Agreement nor in any way amend or supersede any of the other provisions of this Agreement.

2. All WA must be in writing prior to beginning work and signed by the Contractor and CAL FIRE Project Manager.
3. All WA will be costed on a firm fixed price basis based upon the Hourly Labor Rates stated in Exhibit D - Cost Worksheet. WA for unanticipated tasks shall include the Contractor's estimated number of hours per labor classification required to complete the work, multiplied by the hourly labor rates. CAL FIRE will release payment for any approved WA in accordance with Exhibit B - Budget Detail and Payment Provisions.
4. CAL FIRE has the right to require the Contractor to stop or suspend work on any WA.

## 28. TERMINATION

The State shall have the right to terminate this Agreement within (30) days with a written notice to the Contractor.

Consistent inability to provide quality products or services, as stipulated in the above sections, as adjudged by the CAL FIRE Contract Administrator or designee shall be grounds for termination of the Contractor providing support under this agreement.

## 29. CONTRACT ADMINISTRATORS

The project representatives for CAL FIRE and Contractor during the term of this agreement are as follows.

CAL FIRE and Contractor Contract Administrators:

|  | CAL FIRE | Contractor (Name) |
|---|---|---|
| Attention | TBD | TBD |
| Address | TBD | TBD |
| Phone | TBD | TBD |
| Cell Phone | TBD | TBD |
| E-Mail | TBD | TBD |

**Request for Offer**

**EXHIBIT B - BUDGET DETAIL AND PAYMENT PROVISIONS**

Payment will be made monthly in arrears on completion of required services.

1.  For services satisfactorily rendered and upon receipt and approval of the invoices, the State agrees to compensate the Contractor for actual expenditures incurred in accordance with the rates specified herein. Contractor shall invoice CAL FIRE once a month based upon number of service hours rendered. Invoices will be submitted to the CAL FIRE project contact at the address specified.

2.  Invoices shall include the Purchase Order Number, Quantity, Unit Cost, Total Cost, Grand Total and shall be submitted by e-mail not more frequently than monthly in arrears by e-mail to **both** the contract administrator listed above in Exhibit A, and the CAL FIRE Bill To listed below:

| **Department of Forestry and Fire Protection** |
| :---: |
| **Attention: Crystal King** |
| **P.O Box 944246** |
| **Sacramento, CA 94244-2460** |
| **Phone: See Cell Phone** |
| **Cell Phone: (916) 759-0931** |
| **Email: crystal.king@fire.ca.gov** |

It is mutually agreed that if the Budget Act of the current year and/or any subsequent years covered under this Agreement does not appropriate sufficient funds for the program, this Agreement shall be of no further force and effect.  In this event, the State shall have no liability to pay any funds whatsoever to Contractor or to furnish any other considerations under this Agreement and Contractor shall not be obligated to perform any provisions of this Agreement.

If funding for any fiscal year is reduced or deleted by the Budget Act for purposes of this program, the State shall have the option to either cancel this Agreement with no liability occurring to the State or offer an agreement amendment to Contractor to reflect the reduced amount.

3.  Upon receipt of a properly submitted, undisputed invoice, the **State shall pay Contractor within forty-five (45) days** or automatically calculate and pay the appropriate late payment penalties as specified in Government Code, Chapter 4.5, Section 927. In the event of an emergency, as defined in section 927.11, late payment penalties may not apply. Specific to CAL FIRE, if an invoice from a business under contract with CAL FIRE become subject to late payment penalties during the annually declared fire season, then the required payment approval date shall extend 30 calendar days beyond the initial 45-day period.

Department of Forestry and Fire Protection (CAL FIRE)
Information Technology Services
RFO – ITS 0287 – CAL FIRE Public Incident Information Platform – Mission-Critical SaaS Solution for
Emergency Communication
October 2025

**Request for Offer**

**EXHIBIT C - LEVERAGED PROCUREMENT AGREEMENT TERMS AND CONDITIONS**

This agreement is issued under a Department of General Services (DGS) Leveraged Procurement Agreement (LPA). Terms and Conditions set forth in that agreement (LPA number referenced above) are incorporated herein by reference as it set forth in full text.

Department of Forestry and Fire Protection (CAL FIRE)
Information Technology Services
RFO – ITS 0287 – CAL FIRE Public Incident Information Platform – Mission-Critical SaaS Solution for
Emergency Communication
October 2025

**Request for Offer**

## EXHIBIT D - COST WORKSHEET

**Exhibit D - Cost Worksheet**

**RFO-ITS 0287**

| Item # | Phase # | Proposed Staff Name | Classification | Quantity / Hours | Unit Cost / Hourly Rate | Extended Total |
|---|---|---|---|---|---|---|
| 1 | Phase 1 – Minimum Viable Product (MVP) | | | | | $0.00 |
| 2 | Phase 2 – Small Group UAT + Complete Mandatory Scope | | | | | $0.00 |
| 3 | Phase 3 – Public Rollout and Initial Launch Feedback | | | | | $0.00 |
| 4 | Phase 4 – Maintenance & Operations (M&O) | | | | | $0.00 |
| | | | | | **Phases 1-4 Subtotal** | $0.00 |
| | | | | **Total Hours** | **Hourly Rate** | **Extended Total** |
| 6 | **Training Material If Applicable** | | | | | $0.00 |
| 7 | **UNANTICIPATED TASK:**  Total unanticipated tasks shall not exceed ten (10) percent of the total bid amount for the life of this agreement.  There is not obligation on the part of the State to utilize any or entire amount. | | | | 10% | $0.00 |
| | | | | **Training and Unanticipated Task Subtotal** | | $0.00 |
| | | | | **Grand Total** without optional years | | $0.00 |
| 8 | First Year Option to Renew | | | | | $0.00 |
| 9 | Second Year Option to Renew | | | | | $0.00 |
| | | | | **Optional Years Subtotal** | | $0.00 |
| | | | | **Grand Total** All cost | | $0.00 |

Department of Forestry and Fire Protection (CAL FIRE)
Information Technology Services
RFO – ITS 0287 – CAL FIRE Public Incident Information Platform – Mission-Critical SaaS Solution for Emergency Communication
October 2025

**Request for Offer**

**EXHIBIT E - WORK AUTHORIZATION TEMPLATE**

| **Department of Forestry and Fire Protection** | Work Authorization No.<br>CAL FIRE Procurement No. |
|---|---|

**Title of Work Authorization:**_____

**Background:** *Enter text*

**Work Description:** *Enter text*

**Deliverables:**

Below is a list of Deliverables identified by the State that requires development or revision by Contractor due to this Work Authorization.  The Parties understand and agree that additional Deliverables requiring development or revision may be identified at a later date.

Contractor shall exercise a good-faith effort to identify and list in this Work Authorization Deliverables that require development or are impacted by this Work Authorization.

Contractor shall develop or revise as applicable each identified Deliverable.  Contractor shall complete the development or revision within a reasonable timeframe to be mutually agreed upon by the Parties.

**References:**

| Schedule Dates | |
|---|---|
| Start Date | Completion Date* |
| | |

| Fixed-Price Cost | | | | |
|---|---|---|---|---|
| Personnel To Be Assigned | Job Classification/<br>Skill Level | Labor Hours | Labor Hour Rate | Cost |
| | | | | |
| | | | | |

**Contractor Tasks and Responsibilities (to be completed by Contractor)** *Enter text*

**Completion Criteria** *Enter text*

**State Responsibilities**
Participate in and oversee Contractor tasks and responsibilities.

These tasks will be performed in accordance with this Work Authorization and the applicable provisions of CAL FIRE Contract No.

**APPROVALS:**

**STATE OF CALIFORNIA**                                                    **CONTRACTOR**

_____                             _____
Name                                                                          Name

CAL FIRE Project Manager                                          Project Director, COMPANY NAME

_____                             _____
Date                                                                           Date

Department of Forestry and Fire Protection (CAL FIRE)
Information Technology Services
RFO – ITS 0287 – CAL FIRE Public Incident Information Platform – Mission-Critical SaaS Solution for
Emergency Communication
October 2025

**Request for Offer**

---

**General Information**
*Information to be provided in this section gives a specific name to the project as well as pertinent information about the personnel involved.*

Project ID _____         Date _____

Project Name _____         Project Sponsor _____

CAL FIRE Project Manager _____

Contractor's Project Manager _____

☐   Phase or major task acceptance

☐   Final product acceptance

---

**Task(s)/Deliverable(s)**
*List the task(s)/Deliverables.*

| Task | Planned Due Date | Actual Date | Variance |
|------|------------------|-------------|----------|
|      |                  |             |          |
|      |                  |             |          |
|      |                  |             |          |
|      |                  |             |          |

---

**Comments**
*Identify and describe the reason(s) for variances from the scope and/or schedule baselines.*

This <insert Task(s)/Deliverable(s) name(s)> is:

☐   Approved as is.

☐   Approved with changes (Please describe the proposed/required changes below.)

☐   Denied - Does not meet expectations (Please explain the reason for denial.)

---

| APPROVAL SIGNATURES | | | |
|---|---|---|---|
| **Contractor's Project Manager:** | | **CAL FIRE's Project Manager:** | |
| **Printed Name:** | | **Printed Name:** | |
| **Date Signed:** | | **Date Signed:** | |

Department of Forestry and Fire Protection (CAL FIRE)
Information Technology Services
RFO – ITS 0287 – CAL FIRE Public Incident Information Platform – Mission-Critical SaaS Solution for
Emergency Communication
October 2025

**Request for Offer**

**EXHIBIT F - TASK ACCOMPLISHMENT PLAN (TAP) SAMPLE**

***Instructions:  Each page of TAP shall have Agreement #; Project Name; Contractor
Name; TAP Version # and Date; and Page numbered.***

[The general purpose of the TAP is to document the resource expenditure plan. For labor, this
means documenting the expected labor costs, by month, for the duration of the SOW period of
performance. For other costs, the month that the expenditure is planned should be specified.]

[Project management and financial analysts will review the TAP to verify that the timing of the
resources is consistent with the overall project plan and budget. Variation from the plan will be
common, but variations over a threshold, or consistent over-runs or under-runs, will need to be
explained in the monthly/weekly report. (Exhibit G)]

Overview

[Provide a brief two or three sentence overview of the work to be performed, such as: "This task
accomplishment plan documents ABC Company's planned expenditures for the <Name>
Project".]

Assumptions & Constraints

[Include any constraints or assumptions that are important to your plan. For example, adhering
to your plan may require availability of a particular software or hardware. There may be inherent
assumptions about the rate that your company can staff the project. It is not necessary to repeat
information that is already in the SOW.]

This TAP is based upon the following assumptions:

>       First assumption

>       Etc.

TAP

(Create a projected monthly spending plan for the duration of the agreement. State prefers an
Excel spreadsheet and a graphic representation similar to the examples on the following page.
The examples show budget and actuals. The original TAP will have budget numbers only.)

Department of Forestry and Fire Protection (CAL FIRE)
Information Technology Services
RFO – ITS 0287 – CAL FIRE Public Incident Information Platform – Mission-Critical SaaS Solution for
Emergency Communication
October 2025

**Request for Offer**

**Task Accomplishment Plan (TAP) Sample**

CA Dept. of Forestry and Fire Protection

---

**Task Accomplishment Plan**

**[Company Name]**
[Title from SOW, such as "CAD GIS Mapping"]
[Contract number (CMAS, IT MSA, etc.)]
P.O. # (CAL FIRE Purchase Order number)

[Each Task Accomplishment Plan (TAP) must include a footer similar to the one in this document.]

[The general purpose of the TAP is to document the resource expenditure plan. For labor, this means documenting the expected labor costs, by month, for the duration of the SOW period of performance. For other costs, the month that the expenditure is planned should be specified.]

[Program management and contract/financial analysts will review the TAP to verify that the timing of the resources is consistent with the overall Project's plan and budget. Variation from the plan will be common, but variations over a threshold, or consistent over-runs or under-runs, will need to be explained in the monthly/weekly report.(Exhibit G)]

1       Overview
[Provide a brief two or three sentence overview of the work to be performed, such as: "This Task Accomplishment Plan documents ABC Company's planned expenditures for the CAL FIRE SharePoint Project".]

2       Assumptions & Constraints
[Include any constraints or assumptions that are important to your plan. For example, adhering to your plan may require availability of particular software or hardware. There may be inherent assumptions about the rate that your company can staff the project. It is not necessary to repeat information that is already in the SOW.]

This TAP is based upon the following assumptions:

- First assumption
- Etc.

***Continued on next page***

Department of Forestry and Fire Protection (CAL FIRE)
Information Technology Services
RFO – ITS 0287 – CAL FIRE Public Incident Information Platform – Mission-Critical SaaS Solution for
Emergency Communication
October 2025

**Request for Offer**

2.1 Personnel
[Show personnel usage, by month, for the task period. Cost in dollars is required hours may be
provided also, at the Contractor's option. A tabular presentation is acceptable, although a
supplemental graphical presentation is preferred.]

**Figure 1. Planned Resource Usage (SAMPLE)**



The estimated cost, by month, is shown in Table 1.

**Table 1. Cost and Hours Usage, by Month and Fiscal Year**

| MONTH & YEAR | ESTIMATED HOURS | ESTIMATED COST |
|---|---|---|
| April 2024 | 100 | $10,000 |
| May 2024 | 110 | $10,500 |
| Etc. | | |

2.2 Other Resources by Month and Fiscal Year
[Provide general description, followed by itemization in table, or graphic, if appropriate.]

**Table 2. Item, Month & Year, & Estimated Cost**

| ITEM | MONTH & YEAR | ESTIMATED COST |
|---|---|---|
| Specify | April 2024 | $2,000 |
| Specify | June 2024 | $1,500 |
| | | |

Department of Forestry and Fire Protection (CAL FIRE)
Information Technology Services
RFO – ITS 0287 – CAL FIRE Public Incident Information Platform – Mission-Critical SaaS Solution for
Emergency Communication
October 2025

**Request for Offer**

**EXHIBIT G - CONTRACTOR MONTHLY/WEEKLY STATUS REPORT**
***[Sample]***
**Monthly/Weekly Status Report**
**For (insert reporting period, such as March 2024)**

| | |
|---|---|
| **Contractor:** | (Contractor Name) |
| **Contract #:** | (Contract number [CMAS, MSA, etc.]) |
| **P.O. #:** | (Purchase Order number) |
| **Title:** | (Title from SOW, such as "CAD GIS Mapping") |

(This template describes the required contents of the Project's Contractor's Monthly/Weekly
Status Report [MSR].)
Introduction
(A brief overview of the Contractor's required support.)
Activity Summary
(This section must contain the information listed below. Contractor format is acceptable, but the
requested information must be readily identifiable, by using headings or other means.
Workplans that support the activity summary can be attached and may be referenced to support
the activity summary.)
Planned activities.
Activities that were planned during the month covered by the report.
Activities completed.
Activities that were completed during the month covered by the report.
Work in progress.
Ongoing activities that were not completed during the month.
Unplanned activities.
Activities (either completed or ongoing) that were not planned. Unplanned activities are rare but
should be reported here if they do occur.
Activities scheduled for the next reporting period.
These are the new activities that are planned to begin in the next month. Work in progress does
not need to be repeated in this section.
Deliverables
Deliverables this Month
(Show any deliverables that were provided, or should have been provided, during the month.
For example, the MSR for June would probably list the report for May that was delivered in
June. Overdue or late deliverables require an explanation.)

**Table 1. Deliverables this Month**

| DELIVERABLE TITLE | SOW REFERENCE | DATE DUE | DATE DELIVERED |
|---|---|---|---|
| (Deliverable title, from SOW requirement) | (Reference, as used in SOW; i.e., task number or unique reference) | (SOW due date) | (Actual delivery date) |
| | | | |
| | | | |

Department of Forestry and Fire Protection (CAL FIRE)
Information Technology Services
RFO – ITS 0287 – CAL FIRE Public Incident Information Platform – Mission-Critical SaaS Solution for
Emergency Communication
October 2025

**Request for Offer**

Deliverables Status
(List all of the deliverables from the SOW, with current status. Each deliverable, whether delivered or due, should be shown. Periodic deliverables do not need to be listed more than once—see example. Other, ad hoc deliverables should also be listed. These items should also be tied to the SOW paragraph that the tasking fell under.)

**Table 2. Deliverables Status**

| DELIVERABLE TITLE | SOW REFERENCE | DATE DUE | DATE DELIVERED |
|---|---|---|---|
| (Deliverable title, from SOW requirement) | (Reference, as used in SOW; i.e. task number, or unique reference) | (SOW due date) | (Actual delivery date) |
| Monthly/Weekly Report | (Example: Task 1.2 – Status Report | Monthly/Weekly | Monthly/Weekly |
| | | | |

Concerns/Issues
(List any concerns or issues that are pertinent to completion of the SOW tasks. If there are no concerns or issues, please indicate by a statement such as "None at this time.")

Financial Summary
(Show the budgeted cost vs. Actual cost the expenditure plan as presented in the Task Accomplishment Plan [TAP]. If no TAP was submitted for your tasking, the status should still be shown against anticipated expenditures.)

The table below shows monthly/Weekly costs. (Any significant variance (greater than ten [10] percent, or as stated in the Contractor's SOW) should be explained in the comment column. Variance is defined as Budget vs. Actual.)

**Table 3. Budget vs. Actual Cost for Current Month**

| STAFF: NAME | INVOICED | BUDGETED | COST VARIANCE | | COMMENTS |
|---|---|---|---|---|---|
| | | | DOLLARS | % | |
| Services | | | | | |
| | $900 | $1,000 | $100 | 10.00% | |
| **Total** | $900 | $1,000 | $100 | 10.00% | |

**Request for Offer**

## ATTACHMENT 1 - COVER LETTER

The submission of this Offer does not obligate the CAL FIRE to fund the proposed Agreement.  If the Offer is approved for funding, an Agreement will be executed between the State of California and the Offeror.  When funding is authorized, the Offeror will be expected to adhere to the terms of the executed contract.

The undersigned Offer hereby proposes to furnish all labor, materials, tools, and equipment, to provide services in accordance with the specifications and provisions received with the RFO.

1. Full Legal Name of Offeror's Organization:

_____

2. Mailing Address:

_____
Street                          City                          State              Zip


_____
Telephone                    Fax                                    Email


3. Federal Taxpayer Identification Number:

_____

4. Principal who is authorized to bind the company:

_____
Typed Name                                            Title


_____
 Original Signature                                    Date

5. Offeror's contact person shall be:

_____
*(Name and Phone Number)*

Department of Forestry and Fire Protection (CAL FIRE)
Information Technology Services
RFO – ITS 0287 – CAL FIRE Public Incident Information Platform – Mission-Critical SaaS Solution for
Emergency Communication
October 2025

## ATTACHMENT 2 - STD. 204 PAYEE DATA RECORD FORM

All Offerors must complete the Std. 204 Payee Data Record form and include it with the bid response.
https://www.documents.dgs.ca.gov/dgs/fmc/pdf/std204.pdf

[Print Form]   [Reset Form]

STATE OF CALIFORNIA – DEPARTMENT OF FINANCE
**PAYEE DATA RECORD**
(Required when receiving payment from the State of California in lieu of IRS W-9 or W-7)
STD 204 (Rev. 03/2021)

### Section 1 – Payee Information

NAME (This is required. Do not leave this line blank. Must match the payee's federal tax return)

BUSINESS NAME, DBA NAME or DISREGARDED SINGLE MEMBER LLC NAME (If different from above)

MAILING ADDRESS (number, street, apt. or suite no.) (See instructions on Page 2)

CITY, STATE, ZIP CODE                      E-MAIL ADDRESS

### Section 2 – Entity Type

Check one (1) box only that matches the entity type of the Payee listed in Section 1 above. (See instructions on page 2)

☐ SOLE PROPRIETOR / INDIVIDUAL
☐ SINGLE MEMBER LLC *Disregarded Entity owned by an individual*
☐ PARTNERSHIP
☐ ESTATE OR TRUST

CORPORATION (see instructions on page 2)
☐ MEDICAL (e.g., dentistry, chiropractic, etc.)
☐ LEGAL (e.g., attorney services)
☐ EXEMPT (e.g., nonprofit)
☐ ALL OTHERS

### Section 3 – Tax Identification Number

Enter your Tax Identification Number (TIN) in the appropriate box. The TIN must match the name given in Section 1 of this form. Do not provide more than one (1) TIN. The TIN is a 9-digit number. Note: Payment will not be processed without a TIN.

- For Individuals, enter SSN.
- If you are a Resident Alien, and you do not have and are not eligible to get an SSN, enter your ITIN.
- Grantor Trusts (such as a Revocable Living Trust while the grantors are alive) may not have a separate FEIN. Those trusts must enter the individual grantor's SSN.
- For Sole Proprietor or Single Member LLC (disregarded entity), in which the sole member is an individual, enter SSN (ITIN if applicable) or FEIN (FTB prefers SSN).
- For Single Member LLC (disregarded entity), in which the sole member is a business entity, enter the owner entity's FEIN. Do not use the disregarded entity's FEIN.
- For all other entities including LLC that is taxed as a corporation or partnership, estates/trusts (with FEINs), enter the entity's FEIN.

Social Security Number (SSN) or Individual Tax Identification Number (ITIN)

___ ___ ___ - ___ ___ - ___ ___ ___ ___

OR

Federal Employer Identification Number (FEIN)

___ ___ - ___ ___ ___ ___ ___ ___ ___

### Section 4 – Payee Residency Status (See instructions)

☐ CALIFORNIA RESIDENT – Qualified to do business in California or maintains a permanent place of business in California.

☐ CALIFORNIA NONRESIDENT – Payments to nonresidents for services may be subject to state income tax withholding.

☐ No services performed in California
☐ Copy of Franchise Tax Board waiver of state withholding is attached.

### Section 5 – Certification

*I hereby certify under penalty of perjury that the information provided on this document is true and correct. Should my residency status change, I will promptly notify the state agency below.*

| NAME OF AUTHORIZED PAYEE REPRESENTATIVE | TITLE | E-MAIL ADDRESS |
|---|---|---|
| SIGNATURE | DATE | TELEPHONE (include area code) |

### Section 6 – Paying State Agency

Please return completed form to:

| STATE AGENCY/DEPARTMENT OFFICE | UNIT/SECTION | |
|---|---|---|
| MAILING ADDRESS | FAX | TELEPHONE (include area code) |

| CITY | STATE | ZIP CODE | E-MAIL ADDRESS |
|---|---|---|---|

Case 2.26-cv-00747-WBS-CSK    Document 21    Filed 04/10/26    Page 70 of 132

**Request for Offer**

**ATTACHMENT 3 - CUSTOMER REFERENCE FORM**

The Offeror must provide three (3) customer references for services it has performed within the past three (3) years that are similar in size, scope, and type of service as specified in this RFO. Complete this form for each client reference.

| | |
|---|---|
| Offeror's Name: | |
| Subcontractor that provided the services (if other than the Offeror): | |
| Company/Organization: | |
| Contact: | |
| Address: | |
| Telephone: | |
| E-mail: | |
| Project Name and/or Description: | |
| Offeror or Subcontractor's involvement: | |
| Start Date (mm/dd/yyyy): | |
| End Date (mm/dd/yyyy): | |
| Project Dollar Amount: | |
| Describe experience for this project as it relates to the RFO experience requirements for this solicitation.  The description of the project must be detailed and comprehensive enough to permit the State to assess the similarity of those projects to the work anticipated in the award of an Agreement resulting from this procurement. | |

Case 2:26-cv-00747-WBS-CSK    Document 21    Filed 04/10/26    Page 71 of 132

**Request for Offer**

## ATTACHMENT 4 - RESUMES

Offeror shall submit resumes for each proposed staff identified in their response to Exhibit A – Scope of Work and specified Exhibit D - Cost Worksheet.

Case 2:26-cv-00747-WBS-CSK    Document 21    Filed 04/10/26    Page 72 of 132

**Request for Offer**

## ATTACHMENT 5 - CONFIDENTIALITY STATEMENT

As an authorized representative and/or corporate officer of the company named below, I warrant my company and its employees will not disclose any documents, diagrams, information, and information storage media made available to us by the State for the purpose of responding to RFO-ITS 0287 or in conjunction with any contract arising there from.  I warrant that only those employees who are authorized and required to use such materials will have access to them.

I further warrant that all materials provided by the State will be returned promptly after use and that all copies or derivations of the materials will be physically and/or electronically destroyed.  I will include with the returned materials, a letter attesting to the complete return of materials, and documenting the destruction of copies and derivations.  Failure to so comply will subject this company to liability, both criminal and civil, including all damages to the State and third parties.  I authorize the State to inspect and verify the above.

I warrant that if my company is awarded the contract, it will not enter into any agreements or discussions with a third party concerning such materials prior to receiving written confirmation from the State that such third party has an agreement with the State similar in nature to this one.


_____          _____
(Signature of Representative)                    (Date)


_____
(Typed name of Representative)


_____
 (Typed name of Company)

Case 2:26-cv-00747-WBS-CSK    Document 21    Filed 04/10/26    Page 73 of 132

**Request for Offer**


**ATTACHMENT 6 - BIDDER DECLARATION**

All Offerors must complete the Bidder Declaration GSPD-05-105 and include it with the bid response.

https://www.documents.dgs.ca.gov/dgs/fmc/gs/pd/gspd05-105.pdf

Case 2:26-cv-00747-WBS-CSK    Document 21    Filed 04/10/26    Page 74 of 132

**Request for Offer**

## ATTACHMENT 7 - COMMERCIALLY USEFUL FUNCTION (CUF) CERTIFICATION

THE OFFEROR MUST COMPLETE AND SUBMIT WITH ITS OFFER IF CLAIMING DVBE/SB/MB STATUS.

**Company Name:** _____

Sub-agreement Name (submit one form for each Small Business/Disabled Veteran Business Enterprise (prime and/or sub-agreement(s)): _____

Mark all that apply:

DVBE: ☐          SB: ☐          Micro Business (MB): ☐          N/A: ☐

All certified SB, MB, and/or DVBE Agreements, sub-agreements or suppliers must meet the CUF requirements under Government Code Section 14837 (for SB), Military and Veterans Code Section 999 (for DVBE), and Title II California Code of Regulations, Section 1896.4 and 1896.62.

Answer questions 1-5 below, as they apply to your company for the goods and/or services being acquired in this solicitation.  A California certified SB, MB, or DVBE business must be deemed to perform a CUF by meeting **ALL** the following CUF requirements for Agreement award consideration.

| | | | |
|---|---|---|---|
| 1. | Is responsible for the execution of a distinct element of the resulting Agreement. | Yes ☐ | No ☐ |
| 2. | Carries out its obligation by actually performing, managing, or supervising the work involved. | Yes ☐ | No ☐ |
| 3. | Performs work that is normal for its business services and functions. | Yes ☐ | No ☐ |
| 4. | Is responsible, with respect to products, inventories, materials, and supplies required for the Agreement, for negotiating price, determining quality and quantity, ordering, installing, if applicable, and making payment. If this is a SERVICE with **NO** goods involved, check **N/A** and go to #5. | Yes ☐ | No ☐ or N/A ☐ |
| 5. | Is not further subcontracting a portion of the work that is greater than that expected to be subcontracted by normal industry practices. | Yes ☐ | No ☐ |

If the answer to any of the five (5) questions is "NO" (except for #4 when marked with "N/A"), may result in your Offer being deemed non-responsive.

The Offeror must provide a written statement below detailing the role, services, and goods the subcontractor(s) will provide to meet the CUF requirement.

| |
|---|
| |

At the state's option prior to award, the Offeror may be required to submit additional written clarifying information.

By signing this form, the undersigned Offeror certifies that the certified SB or DVBE satisfies the CUF requirement, and will provide the role, services, and/or goods stated above.

**Offeror Signature:** _____

Case 2:26-cv-00747-WBS-CSK    Document 21    Filed 04/10/26    Page 75 of 132

**Request for Offer**

## ATTACHMENT 8 - DISABLED VETERAN BUSINESS ENTERPISE DECLARATION

All Offerors claiming DVBE status must complete the DVBE Declaration DGS-PD-843 and include it with the bid response.

https://www.documents.dgs.ca.gov/dgs/fmc/gs/pd/pd_843.pdf

Case 2:26-cv-00747-WBS-CSK    Document 21    Filed 04/10/26    Page 76 of 132

**Request for Offer**


**ATTACHMENT 9 - UNRUH/FHEA, CALIFORNIA CIVIL RIGHTS LAWS CERTIFICATION**

If the offer amount is $100,000 or more, the Offeror must complete and submit the UNRUH/FHEA, CALIFORNIA CIVIL RIGHTS LAWS CERTIFICATION form.

https://www.dgs.ca.gov/-/media/Divisions/OLS/Forms/CALIFORNIA-CIVIL-RIGHTS-LAWS-ATTACHMENT.pdf

Department of Forestry and Fire Protection (CAL FIRE)
Information Technology Services
RFO – ITS 0287 – CAL FIRE Public Incident Information Platform – Mission-Critical SaaS Solution for
Emergency Communication
October 2025

**Request for Offer**

**ATTACHMENT 10 - OFFEROR ORGANIZATION CHART**

Offeror must provide their organization chart on Attachment 10.

Case 2:26-cv-00747-WBS-CSK    Document 21    Filed 04/10/26    Page 78 of 132

**Request for Offer**

## ATTACHMENT 11 – IRAN CONTRACTING ACT VERIFICATION FORM

If the offer amount is one million dollars ($1,000,000.00) or more, the Offeror must submit the Iran Contracting Act Verification Form with offer response.

https://www.dgs.ca.gov/-
/media/Divisions/PD/PTCS/OPPL/SCM/Iran_Contracting_Act_Verification_Form.pdf

# Exhibit B

# Intterra Response to: RFO-ITS 0287

Prepared for

# California Department of Forestry and Fire Protection (CAL FIRE)

November 11, 2025



**Intterra**

# Table of Contents

Cost Worksheets ..................................................................................................................3

Statement of Work..............................................................................................................6

  Overview of Required Tasks and Outcomes ....................................................................6

  Detailed Response to Solution Requirements..................................................................7

  Project Tasks and Deliverable Requirements................................................................12

  Training Materials ..........................................................................................................15

  Deliverable Acceptance Or Rejection............................................................................16

  Reporting.......................................................................................................................16

  Problem Escalation .......................................................................................................16

  Cure Notices .................................................................................................................18

  Contractor and Storage of Electronic Data ...................................................................18

  Security and Confidentiality...........................................................................................18

  Disaster Recovery .........................................................................................................20

  Intellectual Property.......................................................................................................21

  Service Level Agreements (SLAs) and Liquidated Damages ........................................21

Attachment 1: Cover Letter..............................................................................................25

Attachment 2: STD.204 Payee Data Record Form...........................................................26

Attachment 3 – Customer References ..............................................................................27

Attachment 4 – Resumes .................................................................................................31

  Robert Wolf ...................................................................................................................31

  Jonathan Mitchell...........................................................................................................32

  Aubrey Wardwell, PMP, CSM ........................................................................................33

  Jason David ...................................................................................................................34

Attachment 5 – Confidentiality Statement.........................................................................35

Attachment 6 – Bidder Declaration...................................................................................36

Attachment 9 – UNRUH/FHEA, CA Civil Rights Laws Certification ..................................37

Attachment 10 – Offeror Organization Chart ....................................................................38

Attachment 11 – Iran Contracting Act Verification Form ...................................................39

1606 Headway Circle, Ste 9644, Austin, TX 78754
303-929-6717
intterragroup.com



# Cost Worksheets

**Overview**
Intterra is pleased to present a turnkey, SaaS solution purpose-built to meet and exceed all requirements outlined by CAL FIRE. This proposal delivers a secure, scalable, and fully managed platform designed not only for CAL FIRE but also to extend access to all first response agencies within the State of California, ensuring that only verified public safety information is shared with the public.  Introduced at the recent CALChiefs Annual Conference, Intterra has commitments from LAAFCA, San Bernardino County Fire Protection District, Orange County Fire Authority, and several other agencies — resulting in nearly 45% of the population of California having the ability to receive direct, authoritative information from their first response agencies at launch.  We anticipate this number dramatically increasing when CAL FIRE adopts.

Our solution is designed to support CAL FIRE's mission of protecting life, property, and natural resources — while giving communities a reliable source of truth during critical events.

To support CAL FIRE's long-term vision and ensure flexibility, Intterra is offering two pricing options for consideration and remains open to further discussions to align functionally and contractually with CAL FIRE's needs.

**Term and Contract Structure**
While Intterra is willing to execute a one-year agreement in accordance with the RFP, we respectfully request consideration for a three-year agreement with an annual renewal option.

This approach provides CAL FIRE with:

- The right to terminate for cause if Intterra fails to perform, ensuring protection of CAL FIRE's interests.
- The stability necessary for Intterra to negotiate enterprise-level agreements with Microsoft to support infrastructure scalability and secure hosting within Microsoft Azure environments.
- A cost-efficient, scalable solution capable of supporting up to 5 million users statewide during declared disasters.

**Option 1 – Fixed Cost, Turn-Key Solution**

This option provides CAL FIRE with predictable annual costs over a three-year period. The fixed annual pricing ensures stable budgeting while delivering a fully managed solution that scales automatically to meet community needs.

Key Features:

- Supports up to 4 million registered users, scalable to 5 million during declared disasters.
- Annual billing structure, with payments due at each anniversary after the initial year.

3

- Includes joint marketing and launch support, with Intterra investing:
  - $500,000 minimum in Year 1
  - $250,000 minimum in Year 2
- Intterra's marketing team will develop creative campaigns and secure CAL FIRE approval prior to launch.
- Includes a full-time, dedicated Program Director (Aubrey Wardwell) serving as CAL FIRE's single point of contact and program lead.

Best For: Agency seeking a fully managed, predictable-cost model with significant marketing partnership and dedicated program oversight.

| Item # | Phase # | Proposed Staff Name | Payment Term | Est Delivery | Term | Payment Amount |
|---|---|---|---|---|---|---|
| 1 | Phase 1 – Minimum Viable Product (MVP) | | Beginning of Phase | 60 Days | 1-3 Yr SaaS | $500,000.00 |
| 2 | Phase 2 – Small Group UAT + Complete Mandatory Scope | | Beginning of Phase | 61-120 Days | 1-3 Yr SaaS | $250,000.00 |
| 3 | Phase 3 – Public Rollout and Initial Launch Feedback | | Beginning of Phase | 121 Days | 1-3 Yr SaaS | $250,000.00 |
| 4 | Phase 4 – Maintenance & Operations (M&O) | | Beginning of Phase | Ongoing | 1-3 Yr SaaS | $365,000.00 |
| | | | | | **Phases 1-4 Subtotal** | $1,365,000.00 |
| | | | | **Total Hours** | **Hourly Rate** | **Extended Total** |
| 6 | **Training Material If Applicable** | | | | | $0.00 |
| 7 | **UNANTICIPATED TASK:** Total unanticipated tasks shall not exceed ten (10) percent of the total bid amount for the life of this agreement. There is not obligation on the part of the State to utilize any or entire amount. | | | | 10% | $135,000.00 |
| | | | | | **Training and Unanticipated Task Subtotal** | $135,000.00 |
| | | | | | **Grand Total** without optional years | $1,500,000.00 |
| 8 | First Year Option to Renew | | | | | $1,500,000.00 |
| 9 | Second Year Option to Renew | | | | | $1,500,000.00 |
| | | | | | **Optional Years Subtotal** | $3,000,000.00 |
| | | | | | **Grand Total** All cost | $4,500,000.00 |

## Option 2 – Variable, Usage-Based Pricing

This option provides a lower upfront cost with tiered pricing based on the number of registered users. Costs increase incrementally in 1-million user tiers, allowing CAL FIRE to align payments directly with actual platform usage. We remain open to further negotiations as needed.

Key Features:

- Tiered pricing model with 1M user increments.
- No marketing investment is included under this model.
- Program Director support is limited to 10 hours per month for coordination and reporting.
- Additional support or marketing can be added through contract modification if desired.

4

1606 Headway Circle, Ste 9644, Austin, TX 78754
303-929-6717
intterragroup.com



Best For: Agency seeking cost flexibility tied to adoption growth, with the option to expand scope and investment over time.

| Item # | Phase # | Proposed Staff Name | Payment Term | Est Delivery | Term | Payment Amount |
|---|---|---|---|---|---|---|
| 1 | Phase 1 – Minimum Viable Product (MVP) | | Beginning of Phase | 60 Days | 1-3 Yr SaaS | $250,000.00 |
| 2 | Phase 2 – Small Group UAT + Complete Mandatory Scope | | Beginning of Phase | 61-120 Days | 1-3 Yr SaaS | $50,000.00 |
| 3 | Phase 3 – Public Rollout and Initial Launch Feedback | | Beginning of Phase | 121 Days | 1-3 Yr SaaS | $50,000.00 |
| 4 | Phase 4 – Maintenance & Operations (M&O) | | Beginning of Phase | Ongoing | 1-3 Yr SaaS | $150,000.00 |
| | | | | | **Phases 1-4 Subtotal** | $500,000.00 |

| Item # | Phase # | Total Hours | Hourly Rate | Extended Total |
|---|---|---|---|---|
| 6 | **Training Material If Applicable** | | | $0.00 |
| 7 | **UNANTICIPATED TASK:** Total unanticipated tasks shall not exceed ten (10) percent of the total bid amount for the life of this agreement. There is not obligation on the part of the State to utilize any or entire amount. | | 10% | $50,000.00 |
| | **Training and Unanticipated Task Subtotal** | | | $50,000.00 |
| | **Grand Total** without optional years | | | $550,000.00 |
| 8 | Per 1M Registered Users | | | $500,000.00 |
| 9 | Optional Renewal Years ($500K x Per Million Registered Users, Rounded Up) | | | $500,000.00 |
| | **Optional Years Subtotal** | | | $1,000,000.00 |
| | **Grand Total** All cost | | | $1,550,000.00 |

## Summary

Both options ensure that CAL FIRE and partner agencies receive a secure, authoritative, and scalable statewide platform capable of serving millions of residents and responders. The difference lies in how CAL FIRE wishes to approach budgeting and engagement:

| Feature | Option 1 | Option 2 |
|---|---|---|
| Pricing Model | Fixed annual fee (3-year term) | Tiered by user volume |
| User Capacity | 4M (expandable to 5M) | 1M scales by 1M user tiers |
| Marketing Investment | $500K Year 1 / $250K Year 2 | None |
| Program Director | Full-time (Aubrey Wardwell) | 10 hrs/month |
| Scalability | Included (turnkey) | Usage-based |
| Contract Term | 3 years (annual billing) | 1–3 years (flexible) |

## Intterra's Commitment

We are committed to ensuring CAL FIRE's success through transparent pricing, open communication, and a shared mission of public trust. Intterra's platform will empower CAL FIRE to lead a statewide, unified information ecosystem that puts verified, authoritative public safety data directly in the hands of the people who need it most.

1606 Headway Circle, Ste 9644, Austin, TX 78754
303-929-6717
intterragroup.com



# Statement of Work

## Overview of Required Tasks and Outcomes

The California Department of Forestry and Fire Protection (CAL FIRE) requires a mission-critical, authoritative, and publicly accessible incident information platform. Intterra's commercially available off-the-shelf (COTS) Community Mobile Application, ReadyCA, directly addresses this need.  As an existing vendor to CAL FIRE and other first response agencies, Intterra has already established connections to relevant data sources and is purpose built to support this mission.  Intterra also has a current CMAS agreement in place with the State and can immediately begin work upon approval.

The Intterra solution is unique in that it crowdsources public safety data across all agencies that leverage the Intterra platform — including CAL FIRE, local fire departments, law enforcement, EMS, and emergency management organizations. Importantly, all data published in ReadyCA is direct from public safety organizations — never from unverified sources, third-party monitors, or commercial feeds.

Unlike alternative platforms, Intterra does not publish non-authoritative data. Users can trust that every update, alert, or evacuation order comes from the badge itself — CAL FIRE or its public safety partners.

The application is provided free of charge to the public. Intterra's business model is based solely on government SaaS licensing; we do not use advertising, do not upsell premium subscriptions, and do not solicit donations through the app. This ensures a consistent, unbiased, and professional experience, aligned with CAL FIRE's mission to safeguard Californians.

**Key Outcomes for CAL FIRE:**

- **Authoritative communication only:** All information originates from CAL FIRE or other authorized partner public safety agencies.
- **Crowdsourced but controlled:** Aggregates agency data from across California, giving users a statewide view and beyond as additional States are added.
- **Trust in the Badge:** Eliminates misinformation, "scanner scraping," or commercial clickbait.
- **Equitable access:** Free to the public, with no advertising, upselling, or donations.
- **Scalable and resilient:** Ready to support up to 4 million users with an additional 25% surge capability during peak wildfire season.
- **Accessible:** Fully compliant with ADA, WCAG 2.2 AA, and California AB 434.
- **Affordable & Supported:** Since ReadyCA is not custom software and is COTS as a SaaS offering, CAL FIRE benefits from not having to develop a customer solution and is guaranteed that Intterra will support and further develop the platform.  Given the solution is COTS, Intterra will retain all IP rights to software and will bear all development costs.

1606 Headway Circle, Ste 9644, Austin, TX 78754
303-929-6717
intterragroup.com



## Detailed Response to Solution Requirements

### A. Device Compatibility & Performance Adaptation

ReadyCA meets the requirements for broad device compatibility and adaptive performance. The application:

- Supports iOS and Android, optimized for phones and tablets.
- Runs on older devices with adaptive performance tuning.
- Designed for low-bandwidth environments, minimizing data usage while maintaining real-time access to critical updates.
- Guaranteed to work with the latest version plus 2 previous versions of both IOS and Android.  May work with other legacy releases but not guaranteed.

**Benefit:** Every Californian – regardless of device or connectivity – can access authoritative CAL FIRE updates.

### B. User Experience (UX)

ReadyCA provides an intuitive and accessible user experience designed to meet diverse user needs. The interface features:

- Intuitive structured navigation allows users to quickly access essential information.
- Accessibility-first design with screen reader compatibility, large icons, and configurable themes.
- Custom CAL FIRE branding applied for all data from CAL FIRE for statewide recognition.  Easy ability to determine which agency data is derived from.

**Benefit:** A clean, authoritative user experience that reflects CAL FIRE's role as California's trusted voice.

### C. Fire Incident Information Display

ReadyCA is designed to aggregate and display incident information from authorized, authoritative data sources, including vetted crowdsourced inputs.

- All incident data flows from CAL FIRE and partner agencies using Intterra's platform.
- Inttera has an established connection to the CAL FIRE CRM platform and will leverage this connection to access most data sources.
- Users see real-time updates from all participating agencies in a structured, scrollable news feed that clearly shows the issuing agency with both name and badge logo.
- Historical and current updates are preserved for context.  Users have the ability to replay data, for example a fire perimeter can be displayed over several days or weeks showing the full progression of the fire.

1606 Headway Circle, Ste 9644, Austin, TX 78754
303-929-6717
intterragroup.com



**Benefit:** Provides the community with a transparent, consistent record of CAL FIRE's emergency communication, presented with all other participants creating a single source of public safety information for all of California and beyond.

## D. Push Notifications

ReadyCA delivers real-time push notifications for incidents, including wildfires near the user's location and official evacuation warnings or orders issued by CAL FIRE and authorized partner agencies. The application supports:

- Users can configure notifications for multiple custom locations (no limits), exceeding CAL FIRE's requirement of five (5) defined areas for personalized, location-specific alerts.
- Notifications follow standardized message templates, ensuring consistent, authoritative communication across all users and regions
- In addition to push notifications, ReadyCA supports SMS and email alerts, allowing users to choose their preferred communication method.
- Intterra also offers authoring tools to enable agencies to publish and disseminate updates on demand, ensuring fast and coordinated public notifications.

**Benefit:** Provides users with timely, location-based alerts that are always sourced from trusted, authorized agencies—enhancing public safety and confidence during critical events.

## E. Interactive Map and Geospatial Data

ReadyCA includes an interactive 2D and 3D mapping environment, powered by Mapbox and ESRI technologies, ensuring seamless compatibility with CAL FIRE and partner agency geospatial systems.

- ReadyCA users can personalize their view by selecting preferred color schemes, themes, and base maps, and by toggling layers to focus on data most relevant to their needs.
- Intterra's data feed engine is designed to quickly and easily ingest and present information from multiple sources into the ReadyCA application.
- Intterra's data feed engine is scalable and extensible to support enabling integration with CAL FIRE system and other partner agency data feeds, including:
  - ESRI ArcGIS Server and ArcGIS Online (AGOL) services
  - GeoJSON files
  - Web Service endpoints
- ReadyCA supports integrations out-of-the-box to present the majority of the geospatial layers identified by CAL FIRE. Intterra will support all data feeds listed plus provide additional layers such as our local and Federal partners.
  - Aircraft tracking (near real-time)
  - Active fire points or pins
  - Building footprints
  - Roads
  - Active and recent fire perimeters
  - Historical fire perimeters

1606 Headway Circle, Ste 9644, Austin, TX 78754
303-929-6717
intterragroup.com



- ○ Prescribed fires
- ○ Recent lightning strikes
- ○ Evacuation zones (active and adjacent areas)
- ○ Satellite-based heat detection
- ○ Vehicle locations (AVL data)
- ○ Wind direction and animation
- ○ Alert California cameras, including photos and viewsheds
- ○ Smoke and haze coverage
- ○ Red flag warnings
- ○ Fire Hazard Severity Zones

- ● Intterra's data feed engine makes it easy to add, update, or modify data layers through consistent integration pathways, ensuring that additional layers can be added to the platform for CAL FIRE without additional fees.

**Benefit:** ReadyCA users access authoritative, real-time geospatial data validated by CAL FIRE and its partners.

## F. Audio and Video Streaming

ReadyCA supports playback for Audio and Video inside the application, allowing users to view or listen to content related to an incident - including radio streams.

- ● Supports official CAL FIRE radio streams (when provided).
- ● Embeds CAL FIRE agency-provided video feeds (briefings, drone footage).
- ● Allows media from CAL FIRE to directly play within ReadyCA wherever possible.  Some data sources may require direct connections, and users will be redirected to those sites.
- ● Only streams approved by public safety organizations are allowed.

**Benefit:** Extends CAL FIRE's communications into a single, trusted application.

## G. Safety Content

The ReadyCA application is designed to provide users with the information they need to maintain situational awareness regarding what's going on in their vicinity. As part of that, the app incorporates the ability to provide safety-related content, in order to keep users properly informed.

- ● The ReadyCA platform includes the ability to add safety content within the Resources area within an event and within the Resources areas on the main landing page.
- ● Intterra will provide links for all CAL FIRE-provided wildfire preparedness and evacuation readiness guides to be displayed in the Resource areas.
- ● Updated dynamically by CAL FIRE.
- ● Available offline may be subject to size limitations of the files from CAL FIRE.

**Benefit:** Strengthens CAL FIRE's role in pre-season education and in-season protective action.

## H. Location Tracking & Personalization

1606 Headway Circle, Ste 9644, Austin, TX 78754
303-929-6717
intterragroup.com

The ReadyCA app is designed to deliver trusted, contextually relevant information that helps users understand what is happening in and around the locations that matter most to them. By aligning updates with a user's areas of interest, ReadyCA ensures that information is both meaningful and actionable.

- Opt-in location tracking delivers personalized proximity alerts.
- Intterra utilized both Apple and Android accounts to authenticate, resulting in no password or other related information stored by Intterra.
- Offline access ensures usability when networks fail.
- Intterra's application does require some data to be stored in the cloud; however, all data elements are fully disclosed and authorized by the end-user.

**Benefit:** Maximizes adoption while preserving user privacy

## I. User Feedback and Media Submission

Intterra will collaborate closely with CAL FIRE to design and implement user feedback and media submission capabilities within the ReadyCA platform. These features will enable the public to securely share observations, photos, and localized insights during incidents, providing valuable, ground-level context to CAL FIRE and partner agencies

- Users may submit feedback, defect reports, or incident media.
- Intterra will provide end-user support during normal business hours.
- All feedback and support submissions will be tracked in Intterra's CRM solution.
- All media is routed through a CAL FIRE moderation workflow before public posting.

**Benefit:** Community members can assist CAL FIRE, while CAL FIRE retains full control of public-facing data.

## J. Analytics and Usage Tracking

ReadyCA is designed with robust analytics and usage tracking capabilities to help how users interact with the application and its features. Through secure and privacy-compliant data collection, the platform captures key engagement metrics – such as feature usage, notification interactions, and map activity – to provide meaningful insights into user behavior and information needs.

- Anonymous analytics track app adoption, map layer usage, and alert engagement.
- Reports accessible via secure API and automated dashboards.

**Benefit:** CAL FIRE gains visibility into user engagement while maintaining privacy protections.

## K. Performance, Scalability, and Monitoring

ReadyCA is built on a cloud-native, scalable infrastructure designed to deliver high performance and reliability even under extreme demand. The platform architecture is engineered to support millions of concurrent users while maintaining rapid response times and consistent availability.

10



Leveraging modern cloud technologies, auto-scaling services, and distributed load management, ReadyCA dynamically adjusts resources to meet user demand during peak incident activity. Continuous system monitoring and performance analytics ensure stability, security, and real-time visibility into system health – providing CAL FIRE with a dependable and resilient platform capable of serving the entire state during critical events.

- Cloud-native architecture (Microsoft Azure Commercial).
- Elastic scaling to support millions of concurrent sessions.
- The initial system was designed to support up to 4 million users with surge capacity to grow an additional 25% during a disaster.
- 24/7 monitoring and SLA-driven uptime (>99.9%).
- Intterra's administration dashboard includes:
    - Active user sessions.
    - System health metrics (uptime, latency, error rates).
    - Alerts for system outages or performance degradation.

**Benefit:** Ensures the app stays online when California needs it most.

## L. Multilingual Support

ReadyCA includes multilingual support, ensuring that users can access and understand information in the language that is most comfortable for them.

- ReadyCA application currently supports content translation for more than 130 languages.
    - Of these, 32 languages are fully implemented based on available base map language coverage (for street address labeling).
    - The application is designed to scale, with additional language support added as new base maps become available.
- End-users can select their desired language during the setup process and can change this setting at any time.

**Benefit:** Ensures the users understand information in the language that is most comfortable for them.

## M. Accessibility Compliance

ReadyCA is designed in alignment with national and state accessibility standards, ensuring that all Californians can access critical information regardless of ability or device. By prioritizing inclusive design from the outset, ReadyCA provides an equitable user experience that supports CAL FIRE's mission to reach and inform every community across the state.

- Fully compliant with WCAG 2.2 AA, Section 508, and California AB 434.
- Verified through both automated and manual accessibility testing.
- Not all functions/features can be translated into Text-to-Speech or similar functions.

## N. Authoritative Data Sources

1606 Headway Circle, Ste 9644, Austin, TX 78754
303-929-6717
intterragroup.com



ReadyCA is built to ensure that users receive only validated, trusted, and authoritative information from CAL FIRE and its authorized partners. All data presented within the platform originates from verified, agency-managed sources, ensuring accuracy, consistency, and public trust. By centralizing official information – from incident updates and evacuation alerts to environmental and geospatial data – ReadyCA eliminates misinformation and reinforces CAL FIRE's role as the single, authoritative voice for emergency information across California.

- Exclusive CAL FIRE and public safety partner agency data.
- No scanner feeds, no stringers, no unverified sources.
- Complete audit logging of every published update.

**Benefit:** The Community App is the only public platform that guarantees 100% verified public safety data.

## Project Tasks and Deliverable Requirements

Intterra will collaborate closely with CAL FIRE to deliver a fully functional Minimum Viable Product (MVP) of the ReadyCA application within 60 days of contract signature and approval of the DED. The MVP will demonstrate the core capabilities of the platform, establishing a solid foundation for future enhancements and statewide deployment.

Intterra will work with CAL FIRE stakeholders to develop a Deliverable Expectations Document (DED) that defines the specific functionality, data integrations, and performance expectations required to extend ReadyCA in alignment with the RFO scope. Joint working sessions will be conducted to validate requirements, identify MVP "must-have" features, and establish a detailed project schedule and sprint plan.

Intterra intends to deliver the following capabilities as part of the MVP, subject to change based on CAL FIRE's desired prioritization:

- **Device Compatibility & Performance Adaptation** – Configured ReadyCA app for use on iOS and Android devices, including phones and tablets, with adaptive tuning for low-bandwidth and older devices.
- **User Experience** – A consistent, accessible, and intuitive interface that reflects CAL FIRE's official branding and ensures users can easily identify authoritative data sources.
- **Fire Incident Information Display** – Integrated view of Fire Incidents with support for Real-time updates from CAL FIRE and partner agencies, including structured incident details and a scrollable feed of current and historical updates.
- **Push Notifications** – Ability to receive near real-time alerts via Push Notification, Email, and SMS related to incidents near the user's locations of interest.
- **Interactive Map and Geospatial Data** – An interactive map supporting 2D and 3D that overlays the following information on the map for users:
  - Aircraft (visualized in 2D and 3D)
  - Active Fire Incidents
  - Fire Perimeters (Active, Recent, and Historical)
  - Prescribed Fires (PFIRS)
  - Recent Lightning Strikes
  - Evacuation Zones

1606 Headway Circle, Ste 9644, Austin, TX 78754
303-929-6717
intterragroup.com



- o Heat Detections (Satellite-based)
- o Vehicle Locations (AVL)
- o ALERTCalifornia Cameras
- o Wind (with Animation)
- o Smoke and Haze Coverage
- o Red Flag Warnings
- o Fire Hazard Severity Zones

- **Audio and Video Streaming** – Users can view images and playback videos associated with Incident content. Users can play a radio stream related to the incident (assuming source content is available - otherwise the feature will be included in Phase 2).
- **Safety Content** – Centralized area to review safety content related to an incident sourced from agencies participating in the response efforts.
- **Location Tracking and Personalization** – Users can configure and manage their profile, including locations of interest, to support receiving near real-time alerts and updates for incidents affecting those areas.
- **Performance, Scalability, and Monitoring** – A scalable infrastructure capable of supporting millions of concurrent users with baseline auditing for system metrics (Active User Sessions, System Health Metrics)
- **Multilingual Support** – Support in application for dynamically translated content in English and Spanish
- **Accessibility Compliance** – Support for iOS and Android native accessibility features
- **Authoritative Data Sources** – Integration with CAL FIRE systems and authorized Public Safety agency systems
- **User Login & Cross-Device Sync** – Support for Google and Apple federated login with profile management and cross-device preference capabilities

As part of Phase 1, Intterra will facilitate a collaborative requirements refinement process with CAL FIRE and key stakeholders to identify and prioritize features that will be implemented as part of Phase 2. This process will include structured workshops, feature review sessions, and user feedback analysis to evaluate desired functionalities not included in the MVP. Each feature will be documented in the Deliverable Expectations Document (DED) with defined scope, technical requirements, dependencies, and estimated implementation effort. The outcome will be a Phase 2 roadmap that ensures all enhancements are aligned with CAL FIRE's operational priorities, technical standards, and statewide deployment objectives.

**Phase 2: Small Group UAT + Complete Mandatory Scope**

Upon completion of the development and internal reviews of the MVP for ReadyCA, Intterra will work with CAL FIRE to identify and onboard those users who will be participating in Small Group UAT.  Training and user guides will be provided for those users, as well as support from the Interra staff with any questions or help that is needed.

The MVP build will be delivered to CAL FIRE for UAT via APK (Android) and iOS TestFlight distribution, accompanied by full documentation for build, testing, and deployment processes.

UAT feedback will be gathered using a tool such as Pendo, where it can help guide users through their testing and has a built-in feedback mechanism through polling.

13



The feedback gathered during testing will be separated into two groups: enhancement requests and issues/bugs. With the help of CAL FIRE, these two lists will be prioritized, and those items that are deemed to be essential prior to Go Live will be addressed through the UAT process.

These additional features will also be completed during the UAT period and delivered to the users for testing:

- **Interactive Map and Geospatial Data**
  - User-specific Color Schemes / Themes
- **Location Tracking and Personalization**
  - Offline Access
- **User Feedback and Media Submission**
  - Implementation of User Feedback and Media Submission review features, based on requirements gathered in Phase 1
- **Analytics and Usage Tracking**
  - Implementation of CAL FIRE requirements for user behavior and analytics tracking
- **Multilingual Support**
  - Implementation of requisite languages for CAL FIRE
- **Accessibility Compliance**
  - Full accessibility compliance testing for the ReadyCA app with added functionality from RFO

**Phase 3: Public Rollout and Initial Launch Feedback**

When it is mutually agreed upon that ReadyCA is approved for Public Rollout, Intterra will work with the staff at CAL FIRE to coordinate and schedule the launch date. Joint marketing communications (dependent on which cost proposal is selected) will be produced and published. As it rolls out, the staff at Intterra will be actively monitoring the real-time performance of the application to ensure application availability and adequate response times, as well as gathering feedback from users through a variety of channels including the app store reviews and the ability for users to submit feedback through the ReadyCA application.

As issues may be reported post launch, the Intterra technical team will be on hand to prioritize all reported issues and provide fixes through patches and hot fixes as necessary.

**Phase 4: Maintenance & Operations (M&O)**

Intterra is committed to maintaining optimal application performance, ensuring responsive user support, and driving continuous, iterative improvements throughout the lifecycle of the solution. Our team follows structured operational processes aligned with industry best practices for monitoring, maintenance, and user engagement.

Ongoing Monitoring & Support
Intterra will implement proactive monitoring of application performance, uptime, and system health using automated tools and defined service-level metrics. Any user-reported bugs or issues will be triaged through our support ticketing system and resolved according to established response and resolution timelines. Our engineering team will maintain and optimize

1606 Headway Circle, Ste 9644, Austin, TX 78754
303-929-6717
intterragroup.com



backend services, databases, and hosting environments to ensure scalability, reliability, and high availability across all deployment models.

<u>Regular Updates</u>
Intterra will deliver regular updates to maintain security and functionality. This includes applying operating system–level and SDK patches, addressing security vulnerabilities, and implementing minor UI/UX enhancements based on user and CAL FIRE feedback. Updates will be scheduled and deployed to app stores on a (mutually agreed upon) recurring basis or as needed to meet compliance or operational requirements.

<u>Analytics & Reporting</u>
Intterra will utilize analytics tools to monitor key performance indicators (KPIs) such as user retention, engagement, and crash rates. Comprehensive performance reports will be provided to the Agency monthly, highlighting trends, system health, and actionable recommendations for improvement.

<u>User Support & Feedback Loop</u>
A dedicated support channel will be maintained to provide timely assistance to users for inquiries, issues, or complaints. Intterra will also maintain an up-to-date knowledge base and FAQ repository to empower self-service support. User feedback will be systematically tracked and incorporated into product planning sessions to inform roadmap prioritization and iterative feature development.

<u>Compliance</u>
Intterra will ensure continuous compliance with all applicable platforms, security, and legal requirements. This includes monitoring changes in OS or platform standards, data protection laws, and accessibility guidelines. Any necessary adjustments will be promptly implemented to maintain compliance and safeguard CAL FIRE's operational integrity.

## Training Materials

Intterra's training approach is designed to deliver immediate utility while building long-term, self-sufficiency within the CAL FIRE team.    We meet your requirements for both formal training documentation and recorded materials for knowledge transfer through the Intterra Knowledgebase and Intterra Academy programs.

**Intterra Knowledge Base**
*Formal Training Documentation: Building a Self-Service Library*

We will provide your staff with high-quality, searchable, and printable documentation structured to support different learning needs:

- Comprehensive User Manuals: Detailed, module-by-module guides covering all features, configurations, and administrative functions. These manuals serve as permanent, primary references for all staff.
- Role-Based Guides: Focused documents and "Quick-Start" Cheat Sheets that address the most frequent tasks for specific user groups (e.g., Sales, Operations, Finance). This ensures users can onboard quickly and master their core responsibilities.

1606 Headway Circle, Ste 9644, Austin, TX 78754
303-929-6717
intterragroup.com



- Searchable Knowledge Base: All documentation will be hosted in a dedicated online portal, allowing staff to quickly search for answers, troubleshooting steps, and best practices 24/7.

**Intterra Academy**
*Recordings for Knowledge Transfer: Perpetual Learning*

To ensure continuous knowledge transfer and simplify the training of future staff, we deliver a dedicated library of recorded assets:

- Recorded Training Sessions: All live, formal training session content will be available at any time within Intterra Academy. All users can revisit these sessions asynchronously.
- Modular Learning Paths: We will organize videos and documentation into clear, sequential tracks for all users and new hires, allowing them to complete self-paced learning and onboarding on their own schedule.
- Intterra agrees to work with CAL FIRE Training personnel to develop all content.

## Deliverable Acceptance Or Rejection

Intterra acknowledges that they will work with CAL FIRE's project manager on the approval or rejection of the ReadyCA delivery.   A form will be produced by Intterra so the CAL FIRE Project Manager can review and either approve or reject the deliverables.  Intterra understands that this signed approval document must be submitted with any and all invoices.

## Reporting

Throughout Phases 1-4 of the project, Intterra will provide the requested reporting, to show project status as well as ongoing metrics of the ReadyCA application once it has gone live.

Phase 1-3 Reporting:

1. Weekly reports to the CAL FIRE Project Manager, including:
   a. List of tasks/deliverables being worked
   b. Status of each deliverable
   c. Overall status of the project
   d. Any issues and action plans to resolve
   e. List of upcoming tasks
2. Consolidated list of UAT reported issues and post-live user feedback, prioritized with help of CAL Fire

Phase 4 Reporting:

1. Monthly SLA reporting, including uptime and latency data
2. Ongoing consolidated list of feedback gathered from users

## Problem Escalation

Throughout the project and engagement with CAL FIRE, Intterra is committed to addressing technical and/or project-related problems or issues that may arise.   If a problem arises, the

16



Intterra Project Lead will bring the issue to the attention of the CAL FIRE Project Manager through the regular status reports or meetings.

If the issue justifies escalation reporting, Intterra will support the CAL FIRE Project Manager with the following escalation process, as laid out by CAL FIRE:

A. 1st level of escalation:
   1. Problem or issue (deviation) is identified by CAL FIRE, or the Contractor as follows:
      a. Project output, samples, or Product Enhancements are not consistent with the requested status or quality, or
      b. Exceeded deadlines, or c. Services by CAL FIRE or Contractor is not efficient or were not implemented.
   2. Action(s): Telephone call with Contractor and CAL FIRE Project Manager about the deviation and approach for resolution.
   3. Consequence(s):
      a. Define necessary actions for deviation troubleshooting, resolution, and completion time.
      b. Monitoring of status reports concerning deviation.

If actions are processed and successful at 1st level of escalation, no further process shall follow. If actions are deemed unsuccessful by CAL FIRE or the Contractor, proceed to the 2nd level of escalation.

B. 2nd level of escalation:
   1. Problem or issue (deviation) is identified by CAL FIRE or the Contractor as follows: Declaration by CAL FIRE or Contractor that 1st level of escalation was not effective.
   2. Action(s): Meeting with Contractor's Senior Management and CAL FIRE Project Manager about the deviation and approach for resolution.
   3. Consequence(s):
      a. Define necessary actions for deviation troubleshooting, resolution, and completion time.
      b. Monitoring of status reports concerning deviation.

If actions are processed and successful at 2nd Level of Escalation, no further process shall follow. If not successful, proceed to 3rd Level of escalation.

C. 3rd level of escalation:
   1. Problem or issue (deviation) is identified by CAL FIRE or the Contractor as follows: Declarations by CAL FIRE or the Contractor that 2nd level of escalation was not effective.
   2. Action(s): Request for Offer
      a. Meeting with the Contractor executive(s) who holds the authority to bind the Contract and CAL FIRE executive(s) about the deviation and approach for resolution. CAL FIRE Executive(s) will include the following: Project Director, Enterprise Applications Branch Chief, Chief Information Officer, Information Systems Division Deputy Director, or Director.

17



      b.  If necessary, place project "On Hold."
3.  Consequence(s):
      a.  Analysis by the Contractor or CAL FIRE for immediate resolution, subject to CAL FIRE or Contractor approval.
      b.  If a deviation is in result of the Contractor's performance, the Contractor shall submit an action plan documenting results of the 3rd Level Escalation meeting for CAL FIRE approval.

If actions are processed and successful at 3rd level of escalation, no further process shall follow. If actions are unsuccessful and the deviation is in result of the Contractor's performance, CAL FIRE will issue a Cure Notice in accordance with this SOW Section 13.1 CURE NOTICES.

## Cure Notices

CAL FIRE may issue a cure notice to inform the Contractor in the event the Contractor fails to meet a contract requirement or performance, resulting in a material breach of the Contract. The cure notice gives 72 hours for Severity Level 1 impacts or security-related breaches to remedy the condition, and 15 days for the Contractor to remedy all other conditions. If the condition is not corrected within this period, the cure notice confirms that the Contractor may face the termination of its contract for default.

## Contractor and Storage of Electronic Data

Intterra will ensure that all staff working on the contract will reside within the United States, in compliance with the contract. Intterra solutions are designed to support and comply with data residency requirements. Intterra utilizes a combination of resources located in Azure Commercial and Azure Government data centers to support the solution being proposed. Intterra will limit the resources utilized to regions which reside within the continental United States. The specific regions utilized will be agreed upon after the contract is awarded.

## Security and Confidentiality

Intterra is fully committed to meeting the Agency's security and confidentiality requirements. Our solution has been designed and implemented in alignment with the SOC 2 Trust Services Criteria for Security, Availability, and Confidentiality. While Intterra has not yet completed a formal SOC 2 audit and certification, our internal controls, operational policies, and governance framework have been developed to satisfy SOC 2 Type II standards.

Prior to the start of work, Intterra will certify adherence to all required security controls and provide the Agency's Information Security Officer (ISO) with documentation demonstrating our SOC 2 compliance readiness. Intterra will work directly with the Agency's ISO to verify, review, and maintain conformance with all applicable security and confidentiality requirements throughout the contract term.

1606 Headway Circle, Ste 9644, Austin, TX 78754
303-929-6717
intterragroup.com



**Security:**

1. The Contractor must comply with applicable Federal, State, and local governmental laws and regulations, and the CAL FIRE must verify the Contractor's assurance of their ability to adhere to said laws and regulations.
2. The Contractor must implement an Information Security Program for the prevention and detection of fraud and malware, the protection of data, and to authorize security awareness training; the Contractor must meet or exceed the CAL FIRE Information Security Program; The Contractor must submit to the CAL FIRE Information Security Officer a copy of their Information Security Program.
3. All Contractors having access to CAL FIRE Information Technology resources and assets must take CAL FIRE's Cyber Security Training.
4. The Contractor must implement a Risk Assessment Program for assessing risks and to identify the specific threats and vulnerabilities; the Contractor must meet or exceed the CAL FIRE Risk Assessment Program; The Contractor must submit to the CAL FIRE Information Security Officer a copy of their Risk Assessment Program.
5. The Contractor must implement an Incident Response Program defining the response procedures and the points of contact between the Contractor and the CAL FIRE including escalation thresholds; the Contractor must meet or exceed the CAL FIRE Incident Response Program; The Contractor must submit to the CAL FIRE Information Security Officer a copy of their Incident Response Program.
6. The Contractor must maintain their Information Security Program, Incident Response Program, and Risk Assessment Program at all times, including monitoring and testing the programs to ensure their effectiveness; the Contractor must provide to the CAL FIRE Information Security Officer the results of these test.
7. The Contractor must disclose to the CAL FIRE any breach of the security of any information or information resource in accordance with the criteria and procedures set forth by the CAL FIRE. The Contractor must notify the CAL FIRE's Information Security Officer within the agreed upon time-frame of any confirmed or suspected security incident or breach, followed by a report of the incidents that it has identified, and the measures taken to resolve and mitigate the incident.
8. Under no circumstance must the Contractor Perform any activities that can harm CAL FIRE or lessen its security program; and,
9. CAL FIRE reserves the right to audit the Contractor's information security controls, logs, and associated plans and processes to verify compliance with the contract.

**Confidentiality:**

1. CAL FIRE owns all data collected by CAL FIRE, third party users of the database and or by the contractor may not share, transfer, give access to any of the information of the database to any private, public, or state entity without express permission by CAL FIRE program, management and/or CAL FIRE legal.

19

1606 Headway Circle, Ste 9644, Austin, TX 78754
303-929-6717
intterragroup.com



2. The Contractor must implement an Information Privacy Program to safeguard the confidentiality and integrity of the CAL FIRE information; the Contractor must meet or exceed the CAL FIRE Information Privacy Program; The Contractor must submit to the CAL FIRE Information Security Officer a copy of their Information Privacy Program.

3. The Contractor must work with designated staff within the CAL FIRE to classify information used by or created by the Contractor's development environment or any of its deliverables.

4. The Contractor must assume all responsibility for the Confidentiality, Integrity, and Availability of the information and the information systems under its control including its protection by the use of encryption of information at rest and in transit in accordance with applicable Federal, State, and local laws and regulations.

5. The Contractor must limit information collected and retained to legitimate business purposes associated with the contract; and not use or redistribute any of the CAL FIRE information processed, stored, or transmitted by the Contractor except as specified in the contract or upon written CAL FIRE approval. All data Shall be confidentially destroyed or returned to the CAL FIRE as directed by the CAL FIRE within a mutually agreed upon date.

6. The Contractor must keep audit logs of any access or other activities associated with the CAL FIRE's information.

7. The Contractor must disclose to the CAL FIRE any requests, from any source, for copies of or access to, or other disclosure of the CAL FIRE's information.

8. The Contractors must sign the Confidentiality Agreement, Attachment 5, regarding the confidentiality of the information being access during their terms of contract; and,

9. The CAL FIRE reserves the right to re-classify data and require additional information security controls as necessary.

10. Contractor may not remove any confidential information from CAL FIRE locations. Contractor must adhere to CAL FIRE policies and procedures regarding Acceptable Use and security of CAL FIRE computing systems.

## Disaster Recovery

Intterra is committed to ensuring the availability, resilience, and recoverability of its systems in the event of a natural disaster or other major disruption. Our disaster recovery and business continuity approach is designed to meet and exceed CAL FIRE's stated requirements.

Intterra utilizes geo-redundant infrastructure hosted within U.S.-based Azure data centers to ensure high availability and rapid restoration of services. All database services support point-in-time recovery, enabling restoration to any specific moment within the retention window, minimizing data loss and downtime. Non-database services are supported by configurable and automated backup policies, with backups replicated across geographically distinct U.S. regions to ensure continuity of operations.

In the event of a natural disaster, Intterra will notify the Agency within one (1) business day of the incident and will restore full system operations within five (5) business days, in alignment with the Agency's Service Level Agreements (SLAs). Our disaster recovery plan includes

1606 Headway Circle, Ste 9644, Austin, TX 78754
303-929-6717
intterragroup.com

defined roles, escalation procedures, communication protocols, and validation testing to ensure that recovery objectives are consistently met.

All disaster recovery sites and services are located exclusively within the United States, and Intterra monitors and reviews backup and recovery procedures to verify readiness and compliance with both internal standards and our customer's operational requirements.

This approach provides CAL FIRE with a secure, resilient, and fully recoverable environment capable of maintaining critical operations and minimizing service disruption in any adverse scenario.

## Intellectual Property

The Contractor shall retain all intellectual property rights to the COTS solution. The Government shall receive a non-exclusive, non-transferable license to use the product in accordance with the terms of the end-user license agreement (EULA). No rights to modify, reproduce, or distribute the software are granted unless explicitly stated.   CAL FIRE owns and retains all rights to data, configurations and customizations made to the ReadyCA application at the direct request of CAL FIRE.

## Service Level Agreements (SLAs) and Liquidated Damages

Intterra is committed to working collaboratively with Department of Forestry and Fire Protection to define and negotiate mutually acceptable Service Level Agreement (SLA) requirements that fit your operational needs. We approve the broad requirements of the Service Level Agreements (SLAs) defined in RFO – ITS 0287, and Intterra welcomes the opportunity to discuss specific SLA terms—including support levels, response times, uptime commitments, and Liquidated Damages—to ensure clarity, alignment, and mutual satisfaction. Our approach is flexible and responsive, and we encourage open dialogue to address any specific requirements or concerns.

Intterra included our standard SaaS Service Levels and Support Policy document as part of our response to this RFP (see attached Appendix). If short-listed or selected, Intterra will negotiate the specific details of Service Level Agreements for our SaaS solution. The process is collaborative, ensuring that the customer's operational needs and expectations are addressed including Liquidated Damages.

### Uptime Availability

---

Intterra will maintain 98% total availability of the software and Service to Company (for purposes of this support policy, "Company" shall refer to Intterra's Customer) measured on a monthly basis, excluding scheduled maintenance of four (4) hours per month or less ("Scheduled Maintenance"). Intterra will provide Company with a minimum of forty-eight (48) hour notice of any Scheduled Maintenance to the person or persons specified by Company in writing as the primary contact(s).

---

Scheduled Maintenance will be performed outside of normal business hours, as defined

1606 Headway Circle, Ste 9644, Austin, TX 78754
303-929-6717
intterragroup.com

Monday through Friday (except holidays) from 8 AM CST to 5 PM CST ("Normal Business Hours".) Emergency repairs will be performed as required and Intterra will promptly notify Company of such action.

**Service Level Definitions**

1. **LEVEL 1 Support: provides end-user and basic technical services including the following,**
   - Forgotten ID's and passwords
   - Account expiration issues (ID and password changes)
   - Day-to-day use of the Intterra Software
   - Connectivity issues including LAN, wireless access from mobile devices and Internet access
   - Initial triage of the support request to determine the next level of support, if required
   - Logging the call and tracking its progress through to resolution

2. **LEVEL 2 Support: provides additional services requiring technical understanding of application,**
   - Additional contact with the customer to continue to triage the support request and resolve items such as:
   - Data issues including integrity and accuracy
   - Problems with maps including geo-location inaccuracies
   - Problem with CAD or other related Crime data feeds
   - Problems with included third-party components
   - Server imbalance
   - Performance issue
   - Interface with Level 3 support team to help identify a resolution

3. **LEVEL 3 Support: provides advanced services including code level changes to the application**
   - Identification and resolution of a software failure which requires a patch or fix
   - Aid Level 2 Support team identify problems and provide solutions that can be applied without code changes

| Severity 1 High Priority Critical | Definition: System down or unavailable for use. To report a severity 1 problem or to submit a severity 1 service request, the customer must provide two contact names (primary and backup) and their phone numbers before the request is accepted as severity 1. |
|---|---|
| Initial Response Time | All severity 1 problem reports or service requests will be responded to within 2 hrs. This type of request is available for submission and response 24x7. |

22

1606 Headway Circle, Ste 9644, Austin, TX 78754
303-929-6717
intterragroup.com

**Intterra**

| Resolution Time | As the resolution time depends on the type of problem or request, it cannot be determined in advance. Intterra support team will work 24 hrs a day, 7 days a week until the problem is resolved. During this period, the customer must be available to help with the problem determination and resolution. Once the problem is identified, Intterra will provide Licensee with a resolution time ("Resolution Commitment Date"). |
|---|---|

| Severity 2 Medium Priority | Definition: Major functions down or not working as expected. Adversely affects and prevents the accomplishment of an operational or mission essential function. Typically, a workaround is not available. |
|---|---|
| Initial Response Time | All severity 2 problem reports or service requests can be submitted to the Support Center 24/7. However, responses to these requests will only be made between Monday through Friday, 8AM CST to 8PM CST. Requests will be responded to within 4 hrs during these business hours. Intterra will provide the status of the work request on a regular basis via telephone, email or other form of communication to the requester. |
| Resolution Time | As the resolution time depends on the type of problem or request, it cannot be determined in advance. Intterra support team will work on the problem / request during normal office hours until the problem is resolved. During this period, the customer must be available to help with the problem determination and resolution. Once the problem is identified, Intterra will provide Licensee with a resolution time ("Resolution Commitment Date"). |

| Severity 3 Low Priority | Definition: Minor function down or not working as expected / cosmetic issues. Adversely affects, but does not prevent, the accomplishment of an operational or mission essential function. Typically, a workaround is available. Severity 3 issues do not include aborts or loss of data. |
|---|---|
| Initial Response Time | All severity 3 problem reports or service requests can be submitted to the Support Center 24/7. However, responses to these requests will only be made between Monday through Friday, 8AM CST and 5PM CST. |
| Resolution Time | As the resolution time depends on the type of problem or request, it cannot be determined in advance. Intterra support team will work on the problem / request during normal office hours. During this period, the customer must be available to help with the problem determination and resolution. |

| Severity 4 Low Priority | Definition: Enhancement, feature/user request or training. May include password resets or training questions. |
|---|---|
| Initial Response Time | All severity 4 problem reports or service requests can be submitted to the Support Center 24/7. However, responses to these requests will only be made between Monday through Friday, 8AM CST and 5PM CST. |

23

1606 Headway Circle, Ste 9644, Austin, TX 78754
303-929-6717
intterragroup.com



| Resolution Time | Intterra support team will work on the problem / request during normal office hours with the assistance of the customer. |
|---|---|

## Remedy

---

If Intterra does not meet its system availability commitment of 98%, as set forth above, upon Company's timely request, which request shall be made no later than ninety (90) days following any such event, a credit will be applied based on the proportion of such deficiency (the amount less than 98%) to the total number of hours in a month. Company may apply the credit against the next applicable subsequent billing period or renewal term fees. Service credits will only apply to problems associated with Intterra and its network or data center. No credit will be given if it is determined the problem is at Company, the Internet, or otherwise out of Intterra's control.

1606 Headway Circle, Ste 9644, Austin, TX 78754
303-929-6717
intterragroup.com

**Intterra**

# Attachment 1: Cover Letter

The submission of this Offer does not obligate the CAL FIRE to fund the proposed Agreement. If the Offer is approved for funding, an Agreement will be executed between the State of California and the Offeror. When funding is authorized, the Offeror will be expected to adhere to the terms of the executed contract.

The undersigned Offer hereby proposes to furnish all labor, materials, tools, and equipment, to provide services in accordance with the specifications and provisions received with the RFO.

1. Full Legal Name of Offeror's Organization:

Intterra, LLC

2. Mailing Address:

| 1606 Headway Circle, Ste 9644 | Austin | TX | 78754 |
|---|---|---|---|
| Street | City | State | Zip |

| (303) 929-6717 | | sales@intterragroup.com | |
|---|---|---|---|
| Telephone | Fax | Email | |

3. Federal Taxpayer Identification Number:

████████

4. Principal who is authorized to bind the company:

| Robert Wolf | CEO |
|---|---|
| Typed Name | Title |

| | 11-11-2025 |
|---|---|
| Original Signature | Date |

5. Offeror's contact person shall be:

Robert Wolf (314) 258-056

1606 Headway Circle, Ste 9644, Austin, TX 78754
303-929-6717
intterragroup.com

**Intterra**

# Attachment 2: STD.204 Payee Data Record Form

[ Print Form ]  [ Reset Form ]

STATE OF CALIFORNIA – DEPARTMENT OF FINANCE
**PAYEE DATA RECORD**
(Required when receiving payment from the State of California in lieu of IRS W-9 or W-7)
STD 204 (Rev. 03/2021)

| Section 1 – Payee Information |
|---|

**NAME** (This is required. Do not leave this line blank.  Must match the payee's federal tax return)
Intterra LLC

BUSINESS NAME, DBA NAME or DISREGARDED SINGLE MEMBER LLC NAME (If different from above)

1606 Headway Circle, STE 9644

**MAILING ADDRESS** (number, street, apt. or suite no.)  (See instructions on Page 2)

| CITY, STATE, ZIP CODE<br>Austin, TX 78754 | E-MAIL ADDRESS<br>rob.wolf@intterragroup.com |
|---|---|

| Section 2 – Entity Type |
|---|

Check one (1) box only that matches the entity type of the Payee listed in Section 1 above. (See instructions on page 2)

| | |
|---|---|
| ☐ SOLE PROPRIETOR / INDIVIDUAL | CORPORATION (see instructions on page 2) |
| ☐ SINGLE MEMBER LLC Disregarded Entity owned by an individual | ☐ MEDICAL (e.g., dentistry, chiropractic, etc.) |
| ☒ PARTNERSHIP | ☐ LEGAL (e.g., attorney services) |
| ☐ ESTATE OR TRUST | ☐ EXEMPT (e.g., nonprofit) |
| | ☐ ALL OTHERS |

| Section 3 – Tax Identification Number |
|---|

Enter your Tax Identification Number (TIN) in the appropriate box.  The TIN must match the name given in Section 1 of this form.  Do not provide more than one (1) TIN. The TIN is a 9-digit number.  **Note:** Payment will not be processed without a TIN.

- For **Individuals**, enter SSN.
- If you are a **Resident Alien**, and you do not have and are not eligible to get an SSN, enter your ITIN.
- Grantor Trusts (such as a Revocable Living Trust while the grantors are alive) may not have a separate FEIN.  Those trusts must enter the individual grantor's SSN.
- For **Sole Proprietor or Single Member LLC (disregarded entity), in which the sole member is an individual**, enter SSN (ITIN if applicable) or FEIN (FTB prefers SSN).
- For **Single Member LLC (disregarded entity), in which the sole member is a business entity**, enter the owner entity's FEIN.  Do not use the disregarded entity's FEIN.
- For all other entities including LLC that is taxed as a corporation or partnership, estates/trusts (with FEINs), enter the entity's FEIN.

**Social  Security Number (SSN) or Individual Tax Identification Number (ITIN)**

__ __ __ - __ __ - __ __ __ __

**OR**

**Federal Employer Identification Number (FEIN)**

| Section 4 – Payee Residency Status (See instructions) |
|---|

☐ **CALIFORNIA RESIDENT** – Qualified to do business in California or maintains a permanent place of business in California.

☒ **CALIFORNIA NONRESIDENT** – Payments to nonresidents for services may be subject to state income tax withholding.

  ☐ No services performed in California
  ☐ Copy of Franchise Tax Board waiver of state withholding is attached.

| Section 5 – Certification |
|---|

*I hereby certify under penalty of perjury that the information provided on this document is true and correct. Should my residency status change, I will promptly notify the state agency below.*

| NAME OF AUTHORIZED PAYEE REPRESENTATIVE<br>Robert Wolf | TITLE<br>CEO | E-MAIL ADDRESS<br>rob.wolf@intterragroup.com |
|---|---|---|
| SIGNATURE *(signed)* | DATE<br>11-10-25 | TELEPHONE (include area code)<br>(314) 258-0568 |

| Section 6 – Paying State Agency |
|---|

Please return completed form to:

| STATE AGENCY/DEPARTMENT OFFICE | | UNIT/SECTION | | |
|---|---|---|---|---|
| MAILING ADDRESS | | FAX | | TELEPHONE (include area code) |
| CITY | STATE | ZIP CODE | E-MAIL ADDRESS | |

1606 Headway Circle, Ste 9644, Austin, TX 78754
303-929-6717
intterragroup.com

Intterra

# Attachment 3 – Customer References

| |
|---|
| Offeror's Name:  Intterra |
| Subcontractor that provided the services (if other than the Offeror): |
| Company/Organization: Los Angeles Area Regional Fire Agencies (LAAFCA) |
| Contact: Chief Tom Clemo |
| Address: 333 Olympic Dr., 2nd Floor, Santa Monica, CA 90401 |
| Telephone: 424-280-0490 |
| E-mail: tom.clemo@santamonica.gov |
| Project Name and/or Description: Configure, build out and deploy a COP solution for multiple Fire Departments throughout the Los Angeles region, plus CAD Integrations. |
| Offeror or Subcontractor's involvement:<br> LAAFCA includes Los Angeles County Fire, 29 city fire departments, and neighboring counties. This initiative established a unified, region-wide geospatial framework integrating data from nine disparate CAD and GIS systems. Naming conventions and schemas are standardized in the COP, with pre-incident planning and Mutual Aid information accessible in real time to all Los Angeles area fire agencies and neighboring jurisdictions. The COP enables seamless situational awareness and operational coordination through accurate, interoperable, mission-ready data to all agencies.  The scale of communities protected and scope of unique real-time integrations included in this COP is unprecedented. |
| Start Date (mm/dd/yyyy): 01/2024 |
| End Date (mm/dd/yyyy): 01/2025 |
| Project Dollar Amount: $508,700 |
| Scope of Entire Project including quantitative indications<br>• **Regional Buildout**: Configure, build out and deploy a COP solution for multiple Fire Departments throughout the Los Angeles region.<br><br>• **CAD Integrations (9 total)**:   Intterra is fully responsible for partnering with all nine Los Angeles agencies to complete each agency's CAD integration and required agency-specific configurations.<br>  o **Completed: May 2024 - January 2024** - LA County (Northrop Grumman), Verdugo (Peraton), Downey (Motorola Flex/Spillman), Torrance (Motorola Flex/Spillman), Long Beach (Central Square), Santa Monica (Versaterm), Beverly Hills (Tyler New World).<br>  o **In Progress:**  Beverly Hills - Due Oct 2024, On Schedule<br>  o **Pending:** LA City (Q4 2025), South Bay (Q1 2026) - Intterra is waiting for Agency's resource availability<br>• **AVL Integration**: Integrate Tablet Command AVL for 3 agencies w/o CAD-based AVL<br>  o **Completed:** LA County, Verdugo, Torrance<br>• **Geospatial Data**:  A steering committee, composed of representatives of the region and Intterra, has been established to build a standardized, region-wide geospatial foundation designed to aggregate all critical information into a single, authoritative platform. GIS data will be consumed through multiple methods — including direct mapping services, ETLs, and APIs — ensuring flexible integration and consistent access across agencies. |

27



| |
|---|
| Offeror's Name: Intterra |
| Subcontractor that provided the services (if other than the Offeror): |
| Company/Organization: Orange County Fire Authority |
| Contact: Chief Brian Fennessy |
| Address: 1 Fire Authority, Irvine, CA 92602 |
| Telephone: 714-573-6000 |
| E-mail: brianfennessy@ocfa.org |
| Project Name and/or Description: OCFA's Common Operating Platform |
| Offeror or Subcontractor's involvement:   Intterra held full responsibility for delivering every component of the OCFA Common Operating Platform, including all required data integrations. The result is a robust, mission-critical environment of operational information—one that Intterra takes pride in developing, delivering, and supporting. Intterra continuously monitors integrations and provides full-time, on-demand support to OCFA to help them serve their communities with confidence. |
| Start Date (mm/dd/yyyy): |
| End Date (mm/dd/yyyy): 2019 |
| Project Dollar Amount: $49,999 |

The project scope focused on delivering a robust Common Operating Platform designed to support the following key capabilities:

- **OCFA Tritech CAD Integration** - Incident, Unit, Unit Status and Unit ALV data
- **Data Hosting** - OCFA Streets - Local road network with detailed symbology, Fire Stations: OCFA and regional stations, Boundaries: County, Cal OES Regions, Threat Zones: Local threat zone mapping, Local DPA: Direct Protection Areas, Ownership: Land ownership data, Hydrants: Fire hydrant locations
- **Intterra Ecosystem Data** *(CA Shared Intelligence)* - California Ground Intel: Ground intelligence shared statewide, California CAD AVL: Statewide CAD resource tracking, CAL FIRE AVL: CAL FIRE apparatus positions, CalOES AVL: Office of Emergency Services resources, California Evacuation (CalOES): Statewide evacuation zones, Genasys CA Points & Zones: Mass notification system coverage
- **Aircraft Intelligence** - Airborne Intelligence Network (14 Active Aircraft Feeds), QRF Live Track & Drops (Coulson) – Contracted helicopter tracking, QRF Aircraft Intel Mapping – Coulson IR mapping, UAS Intel Mapping (OCFA/NOVA) – OCFA drone imagery
- **Fire Prediction & Modeling** - WIFIRE Fire Models
- **Camera Networks** - ALERTWildfire Cameras, HPWREN and CalTrans
- **National Fire Intelligence** - Active Incidents (IRWIN), National Incident Mapping (NIFS), Wildland Fire Perimeters – YTD (WFIGS), National Fire History (7 Decades: Current, YTD, 2010s–1980s, Before 1980), Active Resources (NWCG), National FireGuard Detections (Areas), MODIS/VIIRS Detection, IgPoint Detections
- **Real-Time Weather Data** - NEXRAD Radar (NWS), Interagency RAWS (Remote Automated Weather Stations), SPOT Weather Forecasts, Synoptic Weather Stations, SurfaceObs (NOAA), Rainfall Estimates (NWS), Wx Watches & Warnings, Flood Hazard Areas (FEMA)
- **Critical Infrastructure** - Infrastructure Layers (Orange County), Transmission Lines (ESRI Federal), Public & Private Schools (NCES), Hospitals (ESRI Federal), Communication Sites (NPS & HIFLD), Cell Towers (ESRI Federal), Government Structures (USGS), USA Structure Footprints (FEMA), Building Footprints 2 (Microsoft), California Power Lines, Power Outages, Direct Protection Areas, State

28



Responsibility Area, Federal Owner (SMA)
- **Demographics & Planning -** Population Count Grid, Demographics
- **Transportation -** Traffic (ArcGIS Live), CalTrans Traffic Data (Live KML Feed)

1606 Headway Circle, Ste 9644, Austin, TX 78754
303-929-6717
intterragroup.com

Case 2:26-cv-00747-WBS-CSK    Document 21    Filed 04/10/26    Page 109 of 132

| |
|---|
| Offeror's Name: Intterra |
| Subcontractor that provided the services (if other than the Offeror): |
| Company/Organization: San Bernardino County Fire Protection District |
| Contact: Chief Dan Munsey |
| Address: 598 S Tippecanoe Ave, San Bernardino, CA 92408 |
| Telephone: 909-387-5779 |
| E-mail: dmunsey@sbcfire.org |
| Project Name and/or Description: San Bernardino's Common Operating Platform |
| Offeror or Subcontractor's involvement: Intterra held full responsibility for delivering every component of the San Bernardino County Common Operating Platform, including all required data integrations. The result is a robust, mission-critical environment of operational information—one that Intterra takes pride in developing, delivering, and supporting. Intterra continuously monitors integrations and provides full-time, on-demand support to San Bernardino County to help them serve their communities with confidence. |
| Start Date (mm/dd/yyyy): |
| End Date (mm/dd/yyyy): 2019 |
| Project Dollar Amount: $70,000 |
| The project scope focused on delivering a robust Common Operating Platform designed to support the following key capabilities: <ul><li>**San Bernardino Tritech CAD Integration** - Incident, Unit, Unit Status and Unit ALV</li><li>**Intterra Ecosystem Data** *(CA Shared Intelligence)* - FIRIS Ground Intel (Display CA) – Ground intelligence shared statewide, California CAD AVL (Display CA) – Statewide CAD resource tracking, CAL FIRE AVL – CAL FIRE apparatus positions, CalOES AVL – Office of Emergency Services resources, California Evacuation (CalOES) – Statewide evacuation zones, Genasys CA Points & Zones – Mass notification system coverage</li><li>**Aircraft Intelligence** - Airborne Intelligence Network (13 Active Aircraft Feeds), UAS Intel Mapping - Nova drone imagery</li><li>**Fire Prediction & Modeling** - WIFIRE Fire Models</li><li>**Camera Networks** – ALERTCalifornia, Cameras, HPWREN and CalTrans</li><li>**National Fire Intelligence** - Active Incidents (IRWIN), National Incident Mapping (NIFS), Wildland Fire Perimeters – YTD (WFIGS), National Fire History (7 Decades: Current, YTD, 2010s–1980s, Before 1980), Active Resources (NWCG), National FireGuard Detections (Areas), MODIS/VIIRS Detection, IgPoint Detections</li><li>**Real-Time Weather Data** - NEXRAD Radar (NWS), Interagency RAWS (Remote Automated Weather Stations), SPOT Weather Forecasts, Synoptic Weather Stations, SurfaceObs (NOAA), Rainfall Estimates (NWS), Wx Watches & Warnings, Flood Hazard Areas (FEMA)</li><li>**Critical Infrastructure** - USA Structure Footprints (FEMA), Building Footprints</li><li>**Demographics & Planning** - Population Count Grid, Housing Unit Density, Demographics</li><li>**Transportation** - Traffic (ArcGIS Live)</li></ul> |

1606 Headway Circle, Ste 9644, Austin, TX 78754
303-929-6717
intterragroup.com



## Attachment 4 – Resumes

### Robert Wolf

| | |
|---|---|
| Title | Chief Executive Officer |
| Proposed Role | Executive Sponsor / Contract Manager |
| Employer | Intterra, LLC |
| Location | Wentzville, MO |
| Email | rob.wolf@intterragroup.com |
| Summary of Qualifications | Robert Wolf is a senior public safety technology executive with 20+ years of experience leading SaaS organizations that support law enforcement, fire, and emergency management agencies. He has founded, grown, and led companies to successful exits, including founding E-Sponder and leading Street Smart and Kologik. He currently serves as CEO of Intterra and as a Board Member for Make-A-Wish Missouri/Kansas. |
| Professional Experience (Selected) | • Intterra, LLC – CEO (2024–Present) – Leads strategy, financial performance, and product delivery for multi-agency public safety platforms.<br> • Auror – Sr. Director, Public Safety Solutions (2023–2024) – Directed product deployment and expansion for public safety agencies internationally.<br> • Kologik – CEO/President (2021–2023) – Doubled ARR to $10M, raised valuation to $30M+, and reduced churn below 3%.<br> • Street Smart – VP/General Manager (2011–2020) – Drove $20M ARR, transitioned solutions to Azure Government Cloud, and achieved 100% YoY growth for four years.<br> • E-Sponder, LLC – Founder & CEO (2002–2011) – Built emergency response technology company supporting large-scale national events. |
| Education & Certifications | Washington University in St. Louis – MBA, Olin Business School |

1606 Headway Circle, Ste 9644, Austin, TX 78754
303-929-6717
intterragroup.com

**Inttera**

## Jonathan Mitchell

| Title | Vice President, Customer Experience |
|---|---|
| Proposed Role | VP Sales & Customer Experience / Account Management Lead |
| Employer | Intterra, LLC |
| Location | Kaysville, UT |
| Email | Jonathan.Mitchell@intterragroup.com |
| Summary of Qualifications | Jonathan Mitchell is a senior sales executive with 25+ years of experience selling complex public safety software to SLED, tribal, and federal agencies. He has led high-performing teams, managed multimillion-dollar pipelines, and implemented sales strategies driving over 170% YoY growth. |
| Professional Experience (Selected) | • Intterra – VP, Customer Experience (2025–Present) – Leads sales, marketing, and customer experience for statewide public safety platforms.<br> • Vector Solutions – VP, Sales (2023–2025) – Achieved 173% YoY growth in year one and 135% in year two.<br> • CentralSquare – Sales Director (2019–2023) – Expanded 9-1-1 customer base by 34% and exceeded quotas by 150%.<br> • Tellus Safety Solutions – President (2018–2019) – Turned EBITDA from –44% to +38% within four months.<br> • FatPot – VP, Sales & Marketing (2016–2018) – Doubled annual sales and directed all outbound marketing and partner initiatives. |
| Education & Certifications | Westminster College – BBA; Utah State University – Associate of Business (Flight Technology, Pilot's License) |

32



## Aubrey Wardwell, PMP, CSM

| | |
|---|---|
| Title | Senior Program Director |
| Proposed Role | Program Director / Implementation Lead |
| Employer | Intterra, LLC |
| Location | Galloway, NJ |
| Email | Aubrey.Wardwell@IntterraGroup.com |
| Summary of Qualifications | Aubrey Wardwell is a PMP and Certified ScrumMaster with 15+ years of experience leading software delivery and customer success initiatives for public safety and cybersecurity organizations. She has overseen multimillion-dollar programs ensuring on-time, on-budget, high-quality results. |
| Professional Experience (Selected) | • Intterra – Senior Program Director (2025–Present) – Leads program delivery including the statewide ReadyCA Community App initiative.<br> • Kologik – VP, Project Delivery (2022–2025) – Directed PMs and engineers delivering SaaS solutions for public safety agencies.<br> • Celerium – VP, Customer Support & Success (2020–2022) – Led teams improving customer renewals, adoption, and satisfaction.<br> • NC4 – Project Manager / Customer Success (2005–2018) – Managed $1.5M+ projects and Agile transitions across public safety software suites. |
| Education & Certifications | Virginia Commonwealth University – Certificate, Information Systems; PMP; Certified ScrumMaster (CSM) |

1606 Headway Circle, Ste 9644, Austin, TX 78754
303-929-6717
intterragroup.com



## Jason David

| Title | Vice President of Engineering |
|---|---|
| Proposed Role | Technical Lead / Solution Architect |
| Employer | Intterra, LLC |
| Location | O'Fallon, MO |
| Email | jason.david@IntterraGroup.com |
| Summary of Qualifications | Jason David is a technology executive with 15+ years of experience in software engineering, IT operations, and product modernization. He has led major migrations to Azure Government Cloud, built DevOps automation pipelines, and delivered scalable SaaS and GIS solutions for public safety organizations worldwide. |
| Professional Experience (Selected) | • Intterra – VP of Engineering (2024–Present) – Leads modernization and technical architecture of Intterra's product suite.<br> • Kologik – VP Product Engineering / Director of IT (2021–2024) – Directed cloud adoption and modernization across 100+ law enforcement agencies.<br> • Street Smart – Product Manager (2016–2020) – Migrated on-prem platform to Azure Government SaaS, reducing deployment times by 80%.<br> • NC4 – Product Manager (2011–2016) – Managed nationwide deployments including NZ's MCDEM and South Africa implementations.<br> • E•SPONDER – Integration Specialist (2008–2011) – Developed integrations supporting major security operations, including Super Bowl 43. |
| Education & Certifications | University of Maryland, Baltimore County – BS, Information Systems (Phi Beta Kappa) |

1606 Headway Circle, Ste 9644, Austin, TX 78754
303-929-6717
intterragroup.com

**Intterra**

# Attachment 5 – Confidentiality Statement

As an authorized representative and/or corporate officer of the company named below, I warrant my company and its employees will not disclose any documents, diagrams, information, and information storage media made available to us by the State for the purpose of responding to RFO-ITS 0287 or in conjunction with any contract arising there from. I warrant that only those employees who are authorized and required to use such materials will have access to them.

I further warrant that all materials provided by the State will be returned promptly after use and that all copies or derivations of the materials will be physically and/or electronically destroyed. I will include with the returned materials, a letter attesting to the complete return of materials, and documenting the destruction of copies and derivations. Failure to comply will subject this company to liability, both criminal and civil, including all damages to the State and third parties. I authorize the State to inspect and verify the above.

I warrant that if my company is awarded the contract, it will not enter into any agreements or discussions with a third party concerning such materials prior to receiving written confirmation from the State that such third party has an agreement with the State similar in nature to this one.

Robert P. Wolf
CEO
Intterra, LLC
November 10, 2025

35

**Intterra**

# Attachment 6 – Bidder Declaration

State of California—Department of General Services, Procurement Division                                             Solicitation Number __RFO-ITS 0287__
GSPD–05–105 (REV 08/09)

## BIDDER DECLARATION

1.  Prime bidder information **(Review attached Bidder Declaration Instructions prior to completion of this form)**:

    a.  Identify current California certification(s) **(MB, SB, NVSA, DVBE):** _____ **or None** ☑ (If "None", go to Item #2)

    b.  Will subcontractors be used for this contract? **Yes** ☐ **No** ☑ (If yes, indicate the distinct element of work <u>your firm</u> will perform in this contract e.g., list the proposed products produced by your firm, state if your firm owns the transportation vehicles that will deliver the products to the State, identify which solicited services your firm will perform, etc.). Use additional sheets, as necessary.

        _____
        _____

    c.  If you are a California certified DVBE:     (1) Are you a broker or agent? **Yes** ☐ **No** ☐
                                                    (2) If the contract includes equipment rental, does your company <u>own</u> at least 51% of the equipment provided in this contract (quantity and value)? **Yes** ☐ **No** ☐ **N/A** ☐

2.  If no subcontractors will be used, skip to certification below. Otherwise, list all subcontractors for this contract. (Attach additional pages if necessary):

| Subcontractor Name, Contact Person, Phone Number & Fax Number | Subcontractor Address & Email Address | CA Certification (MB, SB, NVSA, DVBE or None) | Work performed or goods provided for this contract | Corresponding % of bid price | Good Standing? | 51% Rental? |
|---|---|---|---|---|---|---|
| | | | | | ☐ | ☐ |
| | | | | | ☐ | ☐ |
| | | | | | ☐ | ☐ |

**CERTIFICATION: By signing the bid response, I certify under penalty of perjury that the information provided is true and correct.**

1606 Headway Circle, Ste 9644, Austin, TX 78754
303-929-6717
intterragroup.com



# Attachment 9 – UNRUH/FHEA, CA Civil Rights Laws Certification

STATE OF CALIFORNIA
**CALIFORNIA CIVIL RIGHTS LAWS ATTACHMENT**
DGS OLS 04 (Rev. 01/17)

DEPARTMENT OF GENERAL SERVICES
OFFICE OF LEGAL SERVICES

Pursuant to Public Contract Code section 2010, a person that submits a bid or proposal to, or otherwise proposes to enter into or renew a contract with, a state agency with respect to any contract in the amount of $100,000 or above shall certify, under penalty of perjury, at the time the bid or proposal is submitted or the contract is renewed, all of the following:

1. CALIFORNIA CIVIL RIGHTS LAWS:  For contracts executed or renewed after January 1, 2017, the contractor certifies compliance with the Unruh Civil Rights Act (Section 51 of the Civil Code) and the Fair Employment and Housing Act (Section 12960 of the Government Code); and

2. EMPLOYER DISCRIMINATORY POLICIES:  For contracts executed or renewed after January 1, 2017, if a Contractor has an internal policy against a sovereign nation or peoples recognized by the United States government, the Contractor certifies that such policies are not used in violation of the Unruh Civil Rights Act (Section 51 of the Civil Code) or the Fair Employment and Housing Act (Section 12960 of the Government Code).

## CERTIFICATION

I, the official named below, certify under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

| Proposer/Bidder Firm Name (Printed) | Federal ID Number |
|---|---|
| Intterra, LLC | ██████████ |

By (Authorized Signature)

Printed Name and Title of Person Signing

Robert Wolf, CEO

| Executed in the County of | Executed in the State of |
|---|---|
| Travis County | TX |

Date Executed

11/10/2025

37

**Intterra**

# Attachment 10 – Offeror Organization Chart



1606 Headway Circle, Ste 9644, Austin, TX 78754
303-929-6717
intterragroup.com



# Attachment 11 – Iran Contracting Act Verification Form

## IRAN CONTRACTING ACT VERIFICATION FORM
### (Public Contract Code sections 2202-2208)

Prior to bidding on, submitting a proposal or executing a contract or renewal for a State of California contract for goods or services of $1,000,000 or more, a vendor must either:  a) certify it is **not** on the current list of persons engaged in investment activities in Iran created by the California Department of General Services ("DGS") pursuant to Public Contract Code section 2203(b) and is not a financial institution extending twenty million dollars ($20,000,000) or more in credit to another person, for 45 days or more, if that other person will use the credit to provide goods or services in the energy sector in Iran and is identified on the current list of persons engaged in investment activities in Iran created by DGS; or b) demonstrate it has been exempted from the certification requirement for that solicitation or contract pursuant to Public Contract Code section 2203(c) or (d).  The DGS list of entities prohibited from contracting with public entities in California per the Iranian Contracting Act, 2010, can be found at:
Department of General Services Procurement Division Iran Contracting Act List

To comply with this requirement, please insert your vendor or financial institution name and Federal ID Number (if available) and complete **one** of the options below. Please note: California law establishes penalties for providing false certifications, including civil penalties equal to the greater of $250,000 or twice the amount of the contract for which the false certification was made; contract termination; and three-year ineligibility to bid on contracts. (Public Contract Code section 2205.)

### OPTION #1 - CERTIFICATION
I, the official named below, certify I am duly authorized to execute this certification on behalf of the vendor/financial institution identified below, and the vendor/financial institution identified below is **not** on the current list of persons engaged in investment activities in Iran created by DGS and is not a financial institution extending twenty million dollars ($20,000,000) or more in credit to another person/vendor, for 45 days or more, if that other person/vendor will use the credit to provide goods or services in the energy sector in Iran and is identified on the current list of persons engaged in investment activities in Iran created by DGS.

1606 Headway Circle, Ste 9644, Austin, TX 78754
303-929-6717
intterragroup.com

**Intterra**

| Vendor Name/Financial Institution (Printed) | Federal ID Number (or n/a) |
|---|---|
| Intterra LLC | |
| By (Authorized Signature) | |
| Printed Name and Title of Person Signing | |
| Robert Wolf, CEO | |
| Date Executed | Executed in |
| 11/07/2025 | |

## OPTION #2 – EXEMPTION

Pursuant to Public Contract Code sections 2203(c) and (d), a public entity may permit a vendor/financial institution engaged in investment activities in Iran, on a case-by-case basis, to be eligible for, or to bid on, submit a proposal for, or enters into or renews, a contract for goods and services.

If you have obtained an exemption from the certification requirement under the Iran Contracting Act, please fill out the information below, and attach documentation demonstrating the exemption approval.

| Vendor Name/Financial Institution (Printed) | Federal ID Number (or n/a) |
|---|---|
| By (Authorized Signature) | |
| Printed Name and Title of Person Signing | Date Executed |

40

1606 Headway Circle, Ste 9644, Austin, TX 78754
303-929-6717
intterragroup.com

# Exhibit C

| Capital Numbers | | | |
|---|---|---|---|
| Year | Invoice # | For | Paid |
| 2025 | CNL/US/PI/25-26/01 | Req / Scoping | $20,000 |
| 2025 | CNL/US/IT/25-26/02 | 7/15 - 8/14 | $40,000 |
| 2025 | CNL/US/IT/25-26/03 | 8/15 - 9/14 | $51,200 |
| 2025 | CNL/US/IT/25-26/04 | 8/15 - 9/14 | $5,050 |
| 2025 | CNL/US/IT/25-26/05 | 9/15 - 10/14 | $68,600 |
| 2025 | CNL/US/IT/25-26/06 | 10/15 - 11/14 | $75,600 |
| 2025 | CNL/US/IT/25-26/07 | 11/15 - 12/14 | $74,200 |
| | | | |
| 2026 | CNL/US/IT/25-26/08 | Dec 15 - Jan 14 | $47,600 |
| 2026 | CNL/US/IT/25-26/09 | Jan 15-Feb14 | $35,200 |
| | | | $417,450 |

| Goji | | | |
|---|---|---|---|
| Year | Invoice # | For | Paid |
| 2025 | 3859 | 5/9 - 6/5 | $40,000 |
| 2025 | 3865 | April Strat | $20,000 |
| 2025 | 3884 | 6/6 - 7/3 | $80,000 |
| 2025 | 3983 | Duplicate | $0 |
| 2025 | 4025 | 7/7 - 8/1 | $80,000 |
| 2025 | 4077 | 8/4 - 8/29 | $100,000 |
| 2025 | 4130 | 9/1 - 9/28 | $120,000 |
| 2025 | 4154 | 9/29 - 10/26 | $140,000 |
| 2025 | 4241 | 10/27 - 11/21 | $90,000 |
| 2025 | 4242 | 11/24 - 12/23 | $80,000 |
| | | | $750,000 |

| Valiantys America Inc | | | |
|---|---|---|---|
| Year | Invoice # | For | Paid |
| 2025 | #INVUS250600119 | July - JSM | $8,400 |
| 2025 | INVUS250700102 | Aug - JSM | $8,400 |
| | | | $16,800 |

| Ivelum | | | |
|---|---|---|---|
| Year | Invoice # | For | Paid |
| 2025 | FB-INT No. 15 | Sept | $12,390 |
| 2025 | FB-INT No. 16 | Oct | $18,850 |
| 2025 | FB-INT No.17 | Nov | $40,448 |
| 2025 | FB-INT No.1 | Dec | $41,775 |
| | | | |
| 2026 | FB-INT No.19 | Jan | $45,750 |
| 2026 | FB-INT No.20 | Feb | $45,750 |
| 2026 | FB-INT No.21 | March | $45,750 |
| | | | $250,713 |

$1,434,963

# Exhibit D

26-04-10-21-06-02
https://abc7news.com/post/bay-area-woman-built-wildfire-aware-alert-app-losing-home-now-shes-being-sued/18849441/?
ex_cid=TA_KGO_FB&utm_campaign=trueAnthem%3A+Trending+Content&utm_medium=trueAnthem&utm_source=facebook
10.04.2026

# Bay Area woman built a wildfire alert app after losing her home: Now she's being sued

After declining to sell her app and brand to a much larger company, Rachael Brady says she was sued.

By Cameron Bopp
Tuesday, April 7, 2026 12:49AM



A Bay Area woman who developed a wildfire alert app is now fighting in court to stop a company from launching a similar product under a similar name.

SAN FRANCISCO (KGO) -- A Bay Area woman who turned personal tragedy into a wildfire alert app is now fighting in court to stop a company from launching what she says is a confusingly similar product under a similar name.

Rachael Brady, creator of the wildfire tracking app Wildfire Aware, says the idea for the app grew out of one of the most painful moments of her life: the deadly 2020 Zogg Fire in Shasta County, which destroyed her childhood home and devastated her longtime community near Redding.

Brady said the fire came just one day after her family buried her father after a yearslong battle with cancer.

"We bury my father on September 26. The next day, we wake up, and the wind is blowing," Brady said in an interview with ABC7 Eyewitness News.

Brady, who comes from a family of firefighters, volunteered as a firefighter herself and later worked for CAL FIRE as a data specialist, said that experience exposed a major problem during fast-moving fire emergencies: people often do not get critical information quickly enough. Brady used her wildfire and mapping background to build Wildfire Aware, a mobile app that pulls from public wildfire and weather data sources and presents them in a fast, map-based format.

## Live Streams



● ON NOW

## Top Stories


LIVE: Artemis II crew returns from moon with Pacific splashdown
11 minutes ago


Calls mount for Swalwell to resign after sexual assault allegations
17 minutes ago


Man arrested after throwing Molotov cocktail at Sam Altman's SF home
2 hours ago


5 charged with murder in deadly NorCal fireworks warehouse explosion


Faster melting snowpack puts focus on storage solutions: experts
1 hour ago

Bodycam video released in deadly Walnut Creek police shooting
2 hours ago

NorCal man shot by ICE claims he drove away after officers shot first

CA lawmakers considering bill that could slash PG&E rates by 30%

She launched the app in 2022 and says it has been downloaded more than 30,000 times.

"You need to help find a way to get notifications more quickly out to people," Brady said. "Because the only reason that, like, my best friend's mom knew that she needed to leave (that day) was because I called my best friend who called her."

Brady said that led to the core idea behind the app: get wildfire information into the public's hands faster and with fewer steps.

Now, Wildfire Aware is at the center of a growing legal dispute with public safety software company Intterra.

According to a preliminary injunction motion filed last week in federal court in Sacramento, Brady's company alleges Intterra knew about Wildfire Aware, unsuccessfully tried to buy the app and the brand, and later moved ahead with plans to launch a new app called AwareCA in partnership with CAL FIRE.



TAM'S MEM. OF P. & A. ISO MOTION FOR PRELIMINARY INJUNCTION
CASE NO. 2:26-CV-00747-WBS-CSK

The motion is in response to an earlier lawsuit against Brady filed by Intterra, which seeks a declaration that Intterra is not infringing, along with injunctive relief and attorneys' fees and costs against both the company and Brady personally.

Brady's motion argues the opposite, saying Intterra's own complaint acknowledges its prior knowledge of Brady's app and brand and its unsuccessful efforts to acquire them before adopting Aware-branded products.



Brady's attorney, Rachael Lamkin of global law firm Baker Botts, said the new filing does not seek to stop wildfire information from reaching the public. Instead, Lamkin said, Brady wants Intterra blocked only from launching under branding her side says belongs to Wildfire Aware.

"She doesn't want to stop another app that will warn people and help people," Lamkin said. "She just wants them to release that app under a name that's not hers."

Lamkin also said Intterra's own complaint shows the company was already familiar with Brady and her work.

"Intterra actually met with Racheal Brady. Tried to buy her application. Tried to buy her brand, tried to hire her. She declined," Lamkin said. "And after Rachel declined to sell them her intellectual property and go work for them, they just, in our view, took her brand."

aware-formative branding, and we are confident in our legal position. Our focus remains on supporting public safety agencies and the communities they serve."

**MORE: [San Bernardino Co. tests fighting fires with oxygen vibrations, sound waves instead of water](#)**

For Brady, the fight is about more than business.

"There's plenty of ways to continue on the work that they're doing," Brady said. "I just, I prefer not to use my name."

The injunction motion says Intterra publicly announced plans to launch its AWARE-branded app for public use on May 1, 2026.

A judge could decide to block the app's release under the "Aware" name as early as next week.

**MAP: [Track wildfires across California](#)**





Leaflet | © OpenStreetMap contributors © CARTO



**Get ABC7's top stories delivered to your inbox every morning**

Sign up for our daily newsletter

**Email Address***

Name@emaildotcom

Yes! I would like to receive the Daily News Headlines Newsletter.

Sign Up

***Required Fields**



Report a correction or typo

Copyright © 2026 KGO-TV. All Rights Reserved.

**Related Topics**

CALIFORNIA    SAN FRANCISCO    CALIFORNIA WILDFIRES    WILDFIRE

TECHNOLOGY    APP    LAWSUIT



**Topics**

Home

Weather

Traffic

Watch

Photos

Apps

**Regions**

San Francisco

East Bay

South Bay

Peninsula

North Bay

**More Content**

Building A Better Bay Area

Take Action Resources

7 On Your Side

I-Team

**Company**

About ABC7 Bay Area

ABC7 Newsteam Bios

#ABC7Now: Connect with ABC7

Take Action in Your Community

Accessibility

Employment

Contests, Promotions, & Rules

   

 

Privacy Policy    Do Not Sell or Share My Personal Information    Children's Privacy Policy    Your US State Privacy Rights    Terms of Use    Interest-Based Ads    Public Inspection File    FCC Applications    Copyright

© 2026 ABC, Inc., KGO-TV San Francisco. All Rights Reserved.

Case 2:26-cv-00747-WBS-CSK     Document 21     Filed 04/10/26     Page 128 of 132

Exhibit E

https://www.law360.com/articles/2461971/wildfire-app-wants-competitor-s-launch-blocked-in-tm-case
10.04.2026

# LAW360®

myLaw360 | INTELLECTUAL PROPERTY | LEGAL INDUSTRY | ARTIFICIAL INTELLIGENCE | LAW360 UK | PULSE | SEE ALL SECTIONS | NEWSLETTERS

**What does job satisfaction mean to you?**

Click here to take the Law360 survey

# Wildfire App Wants Competitor's Launch Blocked In TM Case

*By Elliot Weld · 🎧 Listen to article*

*Law360* (April 7, 2026, 1:34 PM EDT) -- A company that operates a phone application that gives out information about wildfires has asked a California federal judge to block the launch of a competing wildfire app made by public safety software company Intterra.

The Analytical Moose LLC said in a Friday motion that Intterra's app Awareca, which is set to launch on May 1, would infringe TAM's trademark on its app Wildfire Aware and cause irreparable harm.

TAM was founded by Rachael Brady, a Cal Fire dispatcher and data scientist who lost her home in the 2020 Zogg Fire in northern California. Wildfire Aware was launched in 2022.

Intterra sued in March seeking a declaration that it doesn't infringe TAM's trademark. According to the suit, Cal Fire chose Intterra's mobile application to be the statewide public safety information platform.

Intterra said it received a cease and desist letter from Brady in January saying use of the Awareca mark and related marks had to stop.

According to TAM, Brady met with Intterra multiple times to discuss Intterra acquiring the Wildfire Aware app and hiring Brady, but she declined.

"This is a textbook case of reverse confusion: Private equity-backed Intterra, and its millions of dollars of governmental and institutional resources, is much larger than TAM and will launch at a scale that dwarfs TAM's," the motion said. "Its willful adoption of AWARE as a 'house mark' for a variety of related public safety software offerings, and its association with government agencies like CAL FIRE, hijacks and devalues TAM's prior rights."

Intterra's size and partnerships with a government agency will give the impression of legitimacy and lead consumers to believe it is the senior user of the Aware mark, or for them to believe that the two companies are related, the motion said.

TAM said Intterra's launch plans "unfairly free rides" on Wildfire Aware's years of experience in the marketplace, and the damage will be irreversible as soon as that launch happens.

TAM said the injunction should be granted, because it is likely to prevail in the case as a whole due to Wildfire Aware's strength and distinctiveness, the similarities of the two companies' marks and their identical marketing channels. The two companies are already competing, and Intterra's app would prevent TAM from being able to expand its business, the motion said.

For instance, TAM could one day seek to market its product to businesses or governmental entities instead of individuals, the motion said.

A representative for TAM declined to comment. Counsel for Intterra did not immediately respond to requests for comment.

Intterra is represented by Daniel Kappes of Holland & Knight LLP.

TAM is represented by Julie Albert and Rachael Lamkin of Baker Botts LLP.

The case is Intterra LLC v. The Analytical Moose LLC et al., case number 2:26-cv-00747 in the U.S. District Court for the Eastern District of California.

--Editing by Nicole Bleier.

*For a reprint of this article, please contact reprints@law360.com.*

**0 Comments**

---

**Attached Documents**

📄 Motion

**Useful Tools & Links**

📑 Add to Briefcase
📑 Save to PDF & Print
📑 Rights/Reprints
👤 Editorial Contacts

**Related Sections**

California
Competition
Intellectual Property
Technology

**Case Information**

**Case Title**
Intterra, LLC v. The Analytical Moose LLC et al 🔔

**Case Number**
2:26-cv-00747

**Court**
California Eastern

**Nature of Suit**
Trademark

**Judge**
William B. Shubb

**Date Filed**
March 05, 2026

**Law Firms**

Baker Botts 🔔
Holland & Knight 🔔

**Companies**

TAM SA 🔔

**Government Agencies**

U.S. District Court for the Eastern District of California 🔔


**CourtLink** · **LexisNexis**
**Spend More Time Winning**
Turn hours of work into minutes of insight.
MEET PROTÉGÉ™ IN COURTLINK®

2026 AI Survey →

**The 2026 AI Survey**

There's been a notable vibe shift around artificial intelligence in the legal industry as firms and corporate legal departments push for widespread adoption of AI

Enter First and Last Name

Your name will appear next to your comment. If you do not disclose your full name, your comment will be deleted. Your email address will not be visible to the public.

Terms of Service

Tell us what you think (1,500 characters max)

Comment

## Related Articles

Hawaii Utility Seeks Exit From Shareholder Suit Over Maui Fire

Wildfire Challenges For Utility Investors: Liability Theories

Calif. Bans Insurance Policy Cancellations Amid Wildfires

California Ruling Could Shift Fire Suppression Costs

Calif. Regulators Sign Off On PG&E Wildfire Plan

## Here's What You Missed

PNC Tells Justices $233M Patent Win Was Rightly Axed

Copyright Chief Decries 'Cataclysmic' High Court Cox Ruling

Heim Payne Adds New TM Litigation & Appeals Group Leader

Abiomed Can't Escape Blood Pump Patent Case

Albright Clears Computer Cooling Systems Co. In Patent Fight

Nonprofit Insurer Wants To Seek AstraZeneca Claims Revival

Ex-Assurant Workers Look To Toss RICO, Trade Secrets Suit

Ex-Pharmacy Director Denies Using Trade Secrets At New Job

ITC Opens Investigation Into Imported Screen Protectors

Church Wins Default Judgment Against Proud Boys In TM Suit

Doctor Who Sued Biotech Co. Over Arrest Wins $58M Verdict

Springsteen Merch Co. Files TM Suit Before NJ Concert

Alpine Skiing Makes Me A Better Lawyer

Ex-Joe Gibbs Racing Director Pans 'Desperate' Discovery Bid

Pickleball Paddle-Maker Smacks 9 Rivals With Patent Suits

BuzzBallz Rival Says 'Joke' Domain Grab Not Funny Or Legal

Prince's Estate, 'Purple Rain' Co-Star Settle TM Suit

Investor Says Chinese Firms Took $476M EV Venture Stake

11th Circ. Affirms Dish Network's Copyright Win, $600K Award

Welch's Maker Tells ITC Rival Infringing 2 Fruit Snack Patents

### Top 10 trending in California

1 'Ketamine Queen' Gets 15 Years In Matthew Perry Death Case

2 AEG, BigLaw Atty In Hot Seat As Live Nation Trial Nears End

3 Vegas Performer Wants To Block Taylor Swift's 'Showgirl' Use

4 Fiat Chrysler Loses 'Absurd' Arb. Bid In Defect Suit At 9th Circ.

5 Debt Collectors Sue Calif. Over 'Excessive' Licensing Fees

6 Roblox, Fortnite Hook Kids On Gaming, Mom's Suit Claims

7 'Not Going To Keep Doing This,' Judge Warns Epic, Google

8 Stella Rosa Maker Sues Texas Rival Over 'Rosa 32' Name

9 Calif. Student Housing Investor Hits Ch. 11 Ahead Of Auction

10 ABA, State Bars Blast DOJ Proposal To Block Bar Probes

LexisNexis   © 2026, Portfolio Media, Inc. | About | Contact Us | Careers at Law360 | Terms | Privacy Policy | Trust Center | Cookie Settings | Processing Notice | Ad Choices | Help | Site Map | Resource Library | Law360 Company | Testimonials

RELX™