# EXHIBIT 2

Daniel P. Kappes
CA State Bar No. 303454
Daniel.Kappes@hklaw.com
HOLLAND & KNIGHT LLP
560 Mission Street, Suite 1900
San Francisco, CA 94105
Telephone: (415) 743-6900

Daniel C. Neustadt *(pro hac vice pending)*
NY State Bar No. 4532958
Dan.Neustadt@hklaw.com
Sara J. Benson *(pro hac vice forthcoming)*
DC Bar No. 1767612
Sara.Benson@hklaw.com
HOLLAND & KNIGHT LLP
800 17th Street N.W., Suite 1100
Washington, D.C. 20006
Telephone: (202) 955-3000

*Attorneys for Plaintiff Intterra, LLC*

Holland & Knight LLP
560 Mission Street, Suite 1900
San Francisco, CA 94105
Tel: 415.743.6900
Fax: 415.743.6910

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**SACRAMENTO DIVISION**

INTTERRA, LLC,

Plaintiff,

v.

THE ANALYTICAL MOOSE LLC and RACHAEL BRADY,

Defendants.

Case No.: 2:26-cv-00747-WBS-CSK

**DECLARATION OF DANIEL C. NEUSTADT IN SUPPORT OF INTTERRA, LLC'S OPPOSITION TO ANALYTICAL MOOSE LLC'S MOTION FOR PRELIMINARY INJUNCTION**

Holland & Knight LLP
560 Mission Street, Suite 1900
San Francisco, CA 94105
Tel: 415.743.6900
Fax: 415.743.6910

I, Daniel C. Neustadt, hereby declare:

1. I am over the age of 21 and am fully competent to make this declaration. I have personal knowledge of all facts recited herein, and state that such facts are true and correct to my personal knowledge or, where so indicated, on information and belief.

2. I am an attorney-at-law duly licensed to practice before the courts of the State of New York and the District of Columbia, and am a partner of Holland & Knight LLP, counsel for Plaintiff and Counterclaim-Defendant Intterra, LLC ("Plaintiff" or "Intterra"). I submit this declaration based on my personal knowledge and in support of the Memorandum of Points and Authorities in Support of Plaintiff and Counterclaim-Defendant Intterra, LLC's Opposition to The Analytical Moose LLC's Motion for Preliminary Injunction (hereinafter, the "Opp. Br.").

3. Attached hereto as **Exhibit A** is a true and accurate copy of a March 23, 2026 letter from counsel for Defendant/Counterclaim-Plaintiff to counsel for Plaintiff/Counterclaim-Defendant, including me.

4. Attached hereto as **Exhibit B** is a true and accurate copy email correspondence between counsel for Plaintiff/Counterclaim-Defendant and counsel for Defendant/Counterclaim-Plaintiff between March 23, 2026 through March 31, 2026 on which I was copied.

5. The images appearing on page of 18 of the Opp. Br. are true and accurate copies of (1) a screenshot of a mockup of Intterra's mobile application and (2) a screenshot from the Wildfire Aware iOS application, respectively.

6. Attached hereto as **Exhibit C** are true and accurate copies of screenshots from the Cambridge English Dictionary and Merriam-Webster Dictionary websites providing definitions of the word "aware."

7. Attached hereto as **Exhibit D** is a true and accurate copy of downloads from the U.S. Patent and Trademark Office's Trademark Status and Document Retrieval database reflecting the current status of the trademark registrations and applications included in the chart on pages 27-32 of the Opp. Br.

Holland & Knight LLP
560 Mission Street, Suite 1900
San Francisco, CA 94105
Tel: 415.743.6900
Fax: 415.743.6910

8. Attached hereto as **Exhibit E-1** is a chart populated with representative examples of mobile applications available on Apple's App Store using marks containing or comprised of AWARE.

9. Attached hereto as **Exhibit E-2** are true and accurate copies of screenshots of the product pages for the individual mobile applications depicted in Exhibit E-1.

10. Attached hereto as **Exhibit F-1** is a chart populated with representative examples of mobile applications available on the Google Play Store using marks containing or comprised of AWARE.

11. Attached hereto as **Exhibit F-2** are true and accurate copies of screenshots of the product pages for the individual mobile applications depicted in Exhibit F-1.

12. Attached hereto as **Exhibit G-1** is a chart populated with representative examples of third-party AWARE branding for information-related goods and services generally.

13. Attached hereto as **Exhibit G-2** are true and accurate copies of screenshots of the webpages depicted in Exhibit G-1.

14. The image on page 32 of the Opp. Br. is a true and accurate copy of a screenshot that captured applications downloaded from the Apple App Store on an Apple mobile phone on or about April 10, 2026. I personally oversaw the downloading of those applications and aver that the screenshot fairly and accurately reflects the applications as they were installed or downloaded on that Apple device. The text underneath the icons is unaltered from the downloaded state.

15. The image on page 33 of the Opp. Br. is a true and accurate copy of screenshot that captured applications downloaded from the Google Play Store on an Android mobile phone on or about April 10, 2026. I personally oversaw the downloading of those applications and aver that the screenshot fairly and accurately reflects the applications as they were installed or downloaded on that Android device. The text underneath the icons is unaltered from the downloaded state.

16. Attached hereto as **Exhibit H** is a true and accurate true and accurate copy of a screenshot of the Apple App Store product page for the WILDFIRE AWARE mobile application.

Holland & Knight LLP
560 Mission Street, Suite 1900
San Francisco, CA 94105
Tel: 415.743.6900
Fax: 415.743.6910

17. Attached hereto as **Exhibit I** is a true and accurate true and accurate copy of a screenshot of the Apple App Store product page for the WILDFIRE AWARE mobile application.

18. Attached hereto as **Exhibit J** is a true and accurate copy of downloads from the U.S. Patent and Trademark Office's Trademark Status and Document Retrieval database reflecting the current status of owned by Intterra's applications to federally register its AWARE family of marks.

Dated: April 10, 2026

By: ______________________
Daniel C. Neustadt

# EXHIBIT A

BAKER BOTTS L.L.P.

30 ROCKEFELLER PLAZA
NEW YORK, NEW YORK
10112-4498

TEL +1 212.408.2500
FAX +1 212.408.2501
BakerBotts.com

AUSTIN
BRUSSELS
DALLAS
DUBAI
HOUSTON
LONDON
NEW YORK
PALO ALTO
RIYADH
SAN FRANCISCO
SINGAPORE
WASHINGTON

March 23, 2026

Julie Albert
TEL: 2124082528
FAX: 2122592528
julie.albert@bakerbotts.com

**VIA EMAIL**

Daniel C. Neustadt
Daniel P. Kappes
Robert S. Hill
Lauren Caverly Pratt
Holland & Knight LLP
800 17th Street N.W., Suite 1100
Washington, D.C. 20006
Email: dan.neustadt@hklaw.com

Re: Intterra's Willful Infringement of WILDFIRE AWARE

Dear Messrs. Neustadt, Kappes, Hill, and Dear Ms. Pratt,

Baker Botts has been engaged as litigation counsel by The Analytical Moose, LLC ("TAM") and its principal, Rachael Brady. We write regarding Intterra's willful infringement of TAM's federally-registered trademark, WILDFIRE AWARE®, and Intterra's escalation of the matter by filing a lawsuit against TAM and Ms. Brady in her personal capacity (*Intterra, LLC v. The Analytical Moose LLC and Rachael Brady*, No. 2:26-at-00414 (E.D. Cal. March 5, 2026); the "Complaint").

We have reviewed prior communications regarding this matter, as well as the Complaint, and write with serious concerns about Intterra's imminent launch of a mobile app in partnership with CAL FIRE which has a near-identical purpose and name as TAM's despite having actual knowledge of TAM's rights. Given the irreparable harm that Intterra's planned launch of a knowingly-infringing app will cause to TAM, Ms. Brady, and the marketplace, and given the very low likelihood of obtaining the declaratory relief Intterra seeks, this matter should be resolved quickly, and in a manner which fairly accounts for our client's valuable prior rights, without the need for further escalation. However, absent a prompt, full, and fair resolution, TAM is prepared to seek all available relief, including a preliminary injunction enjoining, *inter alia*, Intterra's anticipated May 1, 2026 launch of the infringing AWARE app.[1]

[1] While this letter focuses on TAM's contentions regarding trademark infringement, we note Intterra's public claims about its app's purported capabilities and the Complaint's reference to a "review" of the WILDFIRE AWARE® app. Accordingly, TAM and Ms. Brady reserve all rights, remedies, claims and defenses concerning potential unfair competition, false advertising, and copying of TAM's and Ms. Brady's technology and know-how. *See, e.g.*, Complaint ¶¶ 25-26.

**Intterra's Actual Knowledge of TAM's Prior Rights**

As your client knows, TAM's WILDFIRE AWARE® app is the hard-earned result of Ms. Brady's unique and extraordinary personal experiences and analytical expertise. Ms. Brady spent 13 years with CAL FIRE as a dispatcher and GIS specialist. She is an accomplished data scientist, a certified Geographic Information Systems Professional (GISP), a certified Geographic Profiling Analyst (GPA), and a Master of Professional Studies in Geographic Information Technology. After losing her childhood home in the Zogg Fire in 2020, Ms. Brady, as principal of TAM, created WILDFIRE AWARE® to provide the public with access to timely, reliable information on wildfires, sourced and pushed directly from authoritative sources to its users. Since its launch in November 2022, WILDFIRE AWARE® has become a valuable resource for people living in wildfire-prone areas. Recognizing not only the value of the mobile application itself, but the distinctive, source-signifying rights in its name, TAM obtained a federal registration for WILDFIRE AWARE®, which confirms its exclusive, nationwide rights.

Intterra admits Ms. Brady and TAM were first in every respect; their technology was first, their mobile application was first, TAM's mark was first. *See* Complaint, ¶¶ 25-29. Intterra was aware of TAM's federally-registered trademark as early as 2024, before it had developed a competitive app or branding of its own. Complaint ¶ 26. Intterra admits it was aware of the WILDFIRE AWARE® app and pursued TAM's principal, beginning in 2024, as it sought to develop its own mobile app, with the aim of hiring Ms. Brady for a multi-year, full time position, and, consequently, acquiring the WILDFIRE AWARE® app and brand. *Id.*, at ¶¶ 25-29. Indeed, Intterra admittedly hoped to buy TAM's registered mark as well as Ms. Brady's technology. *Id.*, at ¶ 27 ("Intterra structured the offer to include a bonus, to be paid over a three-year period, in purported exchange for the WILDFIRE AWARE app and brand"). Only after Ms. Brady declined Intterra's offer of employment and acquisition did Intterra pursue its own public-facing information app and AWARE-formative branding. Then, after counsel to TAM and Ms. Brady acted to enforce TAM's rights, Intterra sued TAM and Ms. Brady personally, remarkably seeking a declaratory judgment that Intterra is not infringing the very rights it previously sought out, valued, and tried to purchase.

**Intterra's Willful Infringement**

In this context, it is problematic that Intterra subsequently decided to release an app with a strikingly similar purpose and reach to TAM's, and chose to adopt, incorporate into government proposals, and, in December 2025, file at least fifteen (15) federal trademark applications for AWARE-dominated branding for that business. Complaint, ¶ 15; *see also* USPTO App. Ser. Nos. 99572675 (AWARE & Shield Design), 99572641 (AWARECA), 99572700 (AWAREMO), 99572711 (AWAREFL), 99572694 (AWAREHI), 99572706 (AWARETX), 99703801 (AWAREUS), 99572653 (AWAREAK), 99572686 (AWAREID), 99572691 (AWAREUT),

99572659 (AWAREWA), 99572666 (AWAREOR), 99572671 (AWARENV), 99572677 (AWAREAZ), 99572681 (AWAREMT) (collectively, "Infringing Applications").[2]

Intterra's conduct, correspondence, Infringing Applications, and Complaint affirm the very rights and confusing similarity it seeks to challenge. Intterra's representations regarding multiple *Sleekcraft* factors heavily favor TAM, not Intterra, and drive a finding of infringement.[3] Intterra intends to offer near-identical goods and services under its AWARE-formative mark. *Compare* Complaint ¶ 1 (citing TAM's Reg. No. 7403027, which covers "providing public information on wildfires") *with* Complaint ¶¶ 2, 15 (Intterra's Infringing Applications cover "downloadable computer application software for … providing public safety information" and "natural disasters, public safety events and emergencies"); *see also* Complaint Exhibit 8 (unredacted) (noting Intterra's public statements regarding its intent to displace "private apps" like TAM's). Intterra's app will travel through the same channels of trade, mobile app stores, and serve the same target markets. *See* Complaint ¶ 44 (offerings are "being offered in the same general field and ultimately serving overlapping sets of end users[.]"); Complaint ¶ 12 ("the mobile application is intended for use by the general public"). And Intterra's bad intent is evident not only from its knowing adoption of an AWARE-formative literal mark with actual knowledge of TAM's rights, but from the context and manner in which the mark will be used. For example, like TAM's, Intterra's app interface prominently features a shield design icon, rendered in red. *See* Complaint ¶ 40 (providing a "mockup of the application loading screen"); USPTO App. Ser. No. 99572675. Both apps aim to provide the public with crucial information at times of intense urgency and stress – impending wildfires – so consumers cannot be expected to exercise particular care at the time of acquisition, only increasing the potential for confusion.

The parties' relative sizes also create a strong likelihood of reverse confusion. Intterra's Complaint and conduct are rife with evidence of its purported large scale and intentions for imminent nationwide rollout, including that Intterra has been selected as California's statewide public-safety information platform, that it has obtained "millions of dollars" in contracts, that over 350 government agencies currently leverage its software platforms, and that it has filed trademark applications claiming exclusive, nationwide rights which specifically identify the United States and thirteen (13) different states. *See* Complaint ¶¶ 16-19, 22, 42. Intterra's conduct creates a high likelihood that, although it is a junior user, Intterra's expansive, use of AWARE-dominated branding will cause consumers to mistakenly assume that TAM's WILDFIRE AWARE® app is a product of, or is otherwise sponsored, associated, or affiliated with Intterra, when no such relationship exists.

---

[2] Intterra's standard character applications are for marks comprised solely of the term AWARE and a generic abbreviation of the U.S. state in which Intterra's services will purportedly be available. Intterra's prior knowledge directly undercuts each application's required sworn attestation that Intterra was not aware of anyone with confusingly similar prior rights.

[3] Intterra elected to redact non-confidential facts and arguments on these very issues in its public filing of pertinent correspondence. *See, e.g.*, Complaint Exhibit 8.

Whether through the lens of traditional trademark infringement or reverse confusion, the sheer scale of Intterra's state-wide deployment threatens to permanently destroy TAM's distinct corporate identity, strip TAM of control over the valuable goodwill it has established in WILDFIRE AWARE® and the term AWARE for public safety apps through years of prior use and foreclose its ability to expand. We are also unaware of any facts supporting Intterra's decision to file suit against Ms. Brady in her personal capacity.

Given Intterra's willfulness, TAM is entitled to trebled actual damages, including disgorgement of Intterra's profits and TAM's losses. However, even significant monetary damages cannot restore a brand's identity once it has been swamped by a corporate Goliath. Accordingly, injunctive relief is necessary and appropriate to prevent further, permanent harm to TAM's reputation and brand. Intterra's conduct in this matter moves well beyond garden-variety infringement and squarely into the realm of an "exceptional case" under 15 U.S.C. § 1117(a), entitling TAM and Ms. Brady to attorneys' fees.

**TAM's Prior Exclusive Rights in AWARE are Valid, Subsisting, and Valuable**

Intterra's claim of non-infringement rests on two demonstrably false premises.

First, Intterra contends that, somehow, TAM has disclaimed rights to the term AWARE, but TAM's federal registration for WILDFIRE AWARE® includes no such disclaimer, and in fact serves as *prima facie* evidence of TAM's exclusive rights. TAM unquestionably owns and uses a federally-registered trademark which includes, and does not disclaim, the word AWARE. Intterra's reference to arguments in support of registration of TAM's distinctive WILDFIRE AWARE® trademark is a red herring, as these arguments affirm TAM's exclusive rights to AWARE for a public safety mobile app. TAM's arguments explained, in detail, how it is entitled to registration despite the existence of other AWARE-formative marks in different contexts, calling out meaningful distinguishing matter and unrelated offerings, like GPS cameras, biometric scanning, medical data processing, and sex education courses. Until Intterra's Infringing Applications, there were no other AWARE-formative references on the register covering the offerings at issue here. Consistent with TAM's prior arguments, TAM has exclusive rights in AWARE, and Intterra's adoption and use of AWARE-dominated branding for use on a competing public safety app that it admits will have the same purpose, function, trade channels, target market as TAM's is likely to cause confusion.

Second, Intterra's argument that AWARE has limited value is contradicted by its own actions and statements, which ascribe significant value to the term. Beyond its prior offers to employ TAM's principal and acquire its assets, Intterra's Complaint expressly acknowledges the value and source-signifying strength of AWARE for public safety apps, contending that its infringing AWARE-formative branding is so valuable that modification would threaten Intterra's ability to fulfill its contractual obligations and portends the loss of "millions of dollars." Complaint ¶ 42. Intterra also values the term AWARE enough, and considers it sufficiently distinctive, to merit filing the fifteen (15) Infringing Applications and to feature the term on promotional materials, including a commemorative medallion apparently already in circulation:




In view of the foregoing, Intterra's own actions confirm that TAM owns exclusive rights in the term AWARE for public safety apps, and that Intterra believes the term AWARE carries significant source-signifying and monetary value.

**Proposal for Resolution (Subject to Fed. R. Evid. 408)**

As the Complaint and Intterra's actions make clear, Intterra ascribes significant value to TAM's and Ms. Brady's offerings, including the WILDFIRE AWARE® brand. When Intterra could not acquire those assets by virtue of employing Ms. Brady, it chose to just take them. The fact that Intterra's app, as we understand it, only offers users mediated information from pay-to-subscribe agencies means that consumers who have long associated the WILDFIRE AWARE® brand with immediate, unfiltered information about all fires will now encounter another AWARE app which provides information only about the fires it deems worthy of reporting, on its own timeframe. You have acknowledged Ms. Brady's grit and determination; while she remains committed to public access to reliable, critical safety information and hopes this matter can be resolved without further escalation, Intterra's willful misconduct and the serious harm and potential for confusion that the launch of its infringing app will cause cannot stand.

With that said, before litigation begins in earnest, TAM and Ms. Brady would be willing to settle the Parties' various disputes related to Intterra's willful appropriation and use of TAM's mark and, potentially, Ms. Brady's confidential information, trade secrets, and know-how, for a sum total of one million, five hundred thousand dollars ($1,500,000). Given Intterra's deep and admitted knowledge of the rights at issue, the value it has ascribed to these rights, and the importance of prompt resolution to both parties in light of the imminent harm to TAM, Ms. Brady and the marketplace that Intterra's anticipated May 1, 2026 launch will cause, ***this offer will close on Friday, March 27***. If it would be helpful to discuss, please let me know and we can find a mutually-convenient time.

TAM reserves all rights, remedies, claims and defenses.

Respectfully,

Julie Albert

cc. Rachael Lamkin, Rachael.Lamkin@bakerbotts.com

# EXHIBIT B

**From:** Albert, Julie
**To:** Caverly, Lauren (NSH - X68831)
**Cc:** Neustadt, Dan (WAS - X75163); Hill, Robert S (DAL - X59421); Kappes, Dan (SFO - X56951); Wilens, Brandon (NPB - X41419); Lamkin, Rachael
**Subject:** RE: [FRE 408 COMMUNICATION] Response to Letter Dated March 23, 2026
**Date:** Tuesday, March 31, 2026 6:43:09 PM

*[External email]*

Lauren,

Yes, payment would be in consideration of the full and final resolution of all claims, which we expect would include terms you list below: an assignment of rights, mutual waiver and release of claims, and suitable terms governing non-disparagement and confidentiality. If Intterra wishes to propose specific terms for review, please send them along at your earliest convenience.

As noted in our letter, this matter is time-sensitive as Intterra approaches the imminent launch of its AWARE-branded mobile application, which we understand may be launched at least as early as May 1, 2026. In light of the irreparable harm at hand and to ensure adequate time to seek and obtain injunctive relief prior to Intterra's anticipated May 1 launch, TAM expects to file counterclaims and a motion for preliminary injunction with the Court by Friday, April 3.

Best,
Julie

**Julie Beth Albert**
Partner, *Branding, Advertising & Copyright*
Baker Botts L.L.P.
julie.albert@bakerbotts.com, [redacted]

---

**From:** Lauren.Caverly@hklaw.com <Lauren.Caverly@hklaw.com>
**Sent:** Friday, March 27, 2026 4:23 PM
**To:** Albert, Julie <julie.albert@bakerbotts.com>
**Cc:** Dan.Neustadt@hklaw.com; Robert.Hill@hklaw.com; Daniel.Kappes@hklaw.com; Brandon.Wilens@hklaw.com; Lamkin, Rachael <rachael.lamkin@bakerbotts.com>; Izak, Dorothy <Dorothy.Izak@BakerBotts.com>
**Subject:** RE: [FRE 408 COMMUNICATION] Response to Letter Dated March 23, 2026

**[EXTERNAL EMAIL]**

**FRE 408 COMMUNICATION**
**Without prejudice**

Julie,

We confirm receipt of your letter.

Unfortunately, we are unable to respond to your purported offer to "settle the Parties' various

disputes" because it is indefinite and lacks key terms. Though your letter alleges that Intterra has appropriated your clients' brand and WILDFIRE AWARE mark, your purported offer does not include any terms regarding the consideration for the demanded $1.5 million, including, *e.g.*, assignment of rights, mutual waiver and release of claims, or non-disparagement and confidentiality. Put simply, it is not clear what our client would be paying $1.5 million for.

The foregoing notwithstanding, we are unaware of any conditions under which our client would be willing to make a payment of $1.5 million to Defendants, and we cannot identify any concrete basis in your letter therefor.

To the extent you or your client sees another path to resolution of the subject litigation, please don't hesitate to reach out.

Best regards,
Lauren

**Lauren Caverly** | **Holland & Knight**
Associate
Holland & Knight LLP
511 Union Street, Suite 2700 | Nashville, TN 37219
Phone +1.615.850.8831
lauren.caverly@hklaw.com | www.hklaw.com

View professional biography

---

**From:** Izak, Dorothy <Dorothy.Izak@BakerBotts.com> **On Behalf Of** Albert, Julie
**Sent:** Monday, March 23, 2026 3:48 PM
**To:** Neustadt, Dan (WAS - X75163) <Dan.Neustadt@hklaw.com>
**Cc:** Caverly, Lauren (NSH - X68831) <Lauren.Caverly@hklaw.com>; Hill, Robert S (DAL - X59421) <Robert.Hill@hklaw.com>; Kappes, Dan (SFO - X56951) <Daniel.Kappes@hklaw.com>; Lamkin, Rachael <rachael.lamkin@bakerbotts.com>; Albert, Julie <julie.albert@bakerbotts.com>
**Subject:** Intterra, LLC v. The Analytical Moose LLC and Rachel Brady, No. 2:26-at-00414 (E.D. Cal. March 5, 2026)

*[External email]*
Dear Messrs. Neustadt, Kappes, Hill, and Dear Ms. Pratt,

Please see the attached correspondence.

Best,

Julie

**Julie Beth Albert**

Partner
*Branding, Advertising & Copyright*

Baker Botts L.L.P.
julie.albert@bakerbotts.com
T +1.212.408.2528
M [redacted]
F +1.212.259.2528
*Pronouns: She/Her/Hers*

30 Rockefeller Plaza
New York, NY 10112
USA

bblogo

**Confidentiality Notice:**

The information contained in this email and any attachments is intended only for the recipient[s] listed above and may be privileged and confidential. Any dissemination, copying, or use of or reliance upon such information by or to anyone other than the recipient[s] listed above is prohibited. If you have received this message in error, please notify the sender immediately at the email address above and destroy any and all copies of this message.

---

NOTE: This e-mail is from a law firm, Holland & Knight LLP ("Holland & Knight"), and is intended solely for the use of the individual(s) to whom it is addressed. If you believe you received this e-mail in error, please notify the sender immediately, delete the e-mail from your computer and do not copy or disclose it to anyone else. If you are not an existing client of Holland & Knight, do not construe anything in this e-mail to make you a client unless it contains a specific statement to that effect and do not disclose anything to Holland & Knight in reply that you expect it to hold in confidence. If you properly received this e-mail as a client, co-counsel or retained expert of Holland & Knight, you should maintain its contents in confidence in order to preserve the attorney-client or work product privilege that may be available to protect confidentiality.

# EXHIBIT C

Meaning of **aware** in English

# aware

**adjective** [ after verb ]

US /əˈwer/ UK /əˈweə/

Add to word list

B2

**knowing that something exists, or having knowledge or experience of a particular thing:**

- [ + that ] *I wasn't even aware* ***that*** *he was sick.*
- *Were you aware* ***of*** *the risks at the time?*
- *She was* ***well*** *(= very) aware that he was married.*
- *"Has Claude paid the phone bill?" "Not* ***as far as I'm*** *aware." (= I don't think so)*
- *I suddenly became aware* ***of*** *(= started to notice) him looking at me.*

**Synonyms**

cognizant formal
conscious (NOTICING)
witting

**Opposites**

unaware
unwitting formal

**− Thesaurus: synonyms, antonyms, and examples**



be apprised of *The suspect will be apprised of their rights.*
realize *I realized that it was too late to stop them from finding out.*
have heard of *Most Americans have never heard of the California Air Resources Board.*
**See more results »**

**+ Thesaurus: synonyms, antonyms, and examples**

**having special interest in or experience of something and so knowing what is happening in that subject at the present time:**

- *to be ecologically/politically aware*
- *sexually aware*

**+ More examples**

**+ SMART Vocabulary: related words and phrases**

(Definition of **aware** from the Cambridge Advanced Learner's Dictionary & Thesaurus © Cambridge University Press)

aware | INTERMEDIATE ENGLISH

# aware

**adjective**

US /əˈwer/

Add to word list

**knowing that something exists, or having knowledge or experience of a particular thing:**

- [ + (that) clause ] *We were just not aware (that) garbage would be a problem, that we ever would need to recycle.*
- *Are you aware of any reason why you cannot act fairly as a juror in this trial?*

**awareness**

**noun** [ U ] US /əˈwer·nəs/

- *His tragedy has brought a heightened awareness to the conditions surrounding heatstroke.*

(Definition of **aware** from the Cambridge Academic Content Dictionary © Cambridge University Press)

EXAMPLES of **aware**

# aware

These seventh-graders were *aware* of many problems in the world.
From Washington Post

The woman is well *aware* she's flouting the law by serving meat.
From Los Angeles Times

Point being is they are *aware* of the problems, and they are trying to fix them.
From Dallas Morning News

Another interesting point that was found is that the participants were not *aware* of the important role the photos play in their choice.
From Phys.Org

But she knew the video had political significance and was *aware* that their decision would contribute to its relevance.

Word Scramble
Play now

More meanings of *aware*

− All
brand-aware
hyper-aware
self-aware
as/so far as someone is aware
**See all meanings**

WORD OF THE DAY
# meh
UK /me/ US /me/
used to show that you are not



BLOG
Applauding or heckling? (What audiences do)
April 08, 2026
Read More



NEW WORDS
meteorosensitive
April 06, 2026
More new words

Meanwhile, the hosts of these shows seem more than *aware* of their limitations.

From The Atlantic

I am suddenly, uncomfortably, *aware* of being surrounded by thousands of people, and well away from an exit.

From The Verge

People now are *aware* that they can not die of a disease they can prevent.

From Foreign Policy

As we are all *aware*, youth can not make rational decisions.

From CNN

The house user is *aware* of how much electricity is being used or how much water it takes to shower.

From Huffington Post

And, yes, the researchers are well *aware* of the munchies factor.

From USA TODAY

I wouldn't say most of the people are self-centered, but they're very focused on what they're doing and don't tend to be *aware* of themselves.

From CNN

She didn't want me to be *aware* of anything if they got me.

From CNN

What we are is that which is *aware* of or present to all that we experience.

From Huffington Post

The company also claims data could be transmitted or received by background processes that users simply aren't *aware* of.

From Ars Technica

These examples are from corpora and from sources on the web. Any opinions in the examples do not represent the opinion of the Cambridge Dictionary editors or of Cambridge University Press or its licensors.

**What is the pronunciation of *aware*?**

## Translations of aware

in Chinese (Traditional)
意識到的, 明白的, 知道的…
See more

in Chinese (Simplified)
意识到的, 明白的, 知道的…
See more

in Spanish
**consciente, consciente [masculine-feminine], con consciencia…**
See more

in Portuguese
**consciente, ciente [masculine-feminine], consciente [masculine-feminine]…**
See more

in more languages

### Need a translator?

Get a quick, free translation!

Translator tool

**Browse**

award-winning
awarded
awardee
awarding
**aware**
awareness
awash
away
away swinger



© Cambridge University Press & Assessment 2026

screenshot-www-merriam-webster-com-2026-04-10-14-57-31
https://www.merriam-webster.com/dictionary/aware
10.04.2026



# aware adjective

ə-ˈwer

Synonyms of *aware* >

1 : having or showing realization, perception, or knowledge

be *aware* of the danger

*aware* of the latest advances in medicine

2 archaic : WATCHFUL, WARY

Top Lookups
Next refresh: 6
1 Chargoggagoggmanchaug...
2 butter wouldn't melt in so...
3 by
4 stride
5 alliteration
6 profaner
7 condone

## Synonyms of *aware*

Relevance

conscious cognizant mindful wary

See All Synonyms & Antonyms in Thesaurus >

WORD OF THE DAY
glaucous
See Definitions and Examples »
Get Word of the Day daily email!
Your email add SUBSCRIBE

## Choose the Right Synonym for *aware*

**AWARE, COGNIZANT, CONSCIOUS, SENSIBLE, ALIVE, AWAKE** mean having knowledge of something.

**AWARE** implies vigilance in observing or alertness in drawing inferences from what one experiences.

*aware* of changes in climate

**COGNIZANT** implies having special or certain knowledge as from firsthand sources.

not fully *cognizant* of the facts

**CONSCIOUS** implies that one is focusing one's attention on something or is even preoccupied by it.

*conscious* that my heart was pounding

**SENSIBLE** implies direct or intuitive perceiving especially of intangibles or of emotional states or qualities.

*sensible* of a teacher's influence

**ALIVE** adds to **SENSIBLE** the implication of acute sensitivity to something.

*alive* to the thrill of danger

**AWAKE** implies that one has become alive to something and is on the alert.

a country always *awake* to the threat of invasion

## Examples of *aware* in a Sentence

Are you ***aware*** how important you are to me?

She is one of the most ***aware*** people I know.

## Recent Examples on the Web

Examples are automatically compiled from online sources to show current usage. Opinions expressed in the examples do not represent those of Merriam-Webster or its editors. Send us feedback.

With Sporting well ***aware*** of their underdog status and Arsenal feeling fragile after successive defeats, all of this respect nonsense led to, frankly, a dog of a game that felt like anything but a Champions League quarter-final.
— Tim Spiers, *New York Times*, 8 Apr. 2026

Tribal leaders are well ***aware*** of the trepidation that many Californians have, including some of their own members, regarding reintroducing grizzlies, said Williamson-Claussen.
— Sharon Bernstein, *Sacbee.com*, 7 Apr. 2026

That alone might be a big help because most people don't seem to be ***aware*** of the risks, said Jeff Marootian, who is CEO of UL Standards & Engagement, which establishes the guidelines for the makers of these chargers and other electronic devices.
— *ABC News*, 7 Apr. 2026

Sure, everyone is well ***aware*** of the mayor's fixation on higher taxes.
— The Editorial Board, *Chicago Tribune*, 7 Apr. 2026

See All Example Sentences for *aware* >

## Word History

### Etymology

Middle English *iwar, iwarre,* going back to Old English *gewær,* going back to West Germanic **gawaro-* (whence Old Saxon & Old High German *giwar* "cognizant"), from **ga-,* perfective, associative and collective prefix + Germanic **waro-* "cognizant, watchful" — more at COM-, WARE entry 1

### First Known Use

before the 12th century, in the meaning defined at sense 2

### Time Traveler

**The first known use of *aware* was before the 12th century**

See more words from the same century

## Phrases Containing *aware*

hyper-aware
self-aware

## Rhymes for *aware*

| | | |
|---|---|---|
| abwehr | affair | affaire |
| airfare | altair | armchair |
| beware | bugbear | carfare |
| childcare | compare | cookware |

See All Rhymes for *aware* >

## Browse Nearby Words

awarder
**aware**
awareness

See All Nearby Words >

## Articles Related to *aware*




**'Weary' and 'Wary': Use With Caution**

Beware of the difference.

## Cite this Entry

**Style** MLA

"Aware." *Merriam-Webster.com Dictionary*, Merriam-Webster, https://www.merriam-webster.com/dictionary/aware. Accessed 10 Apr. 2026.

Copy Citation

## Kids Definition

**aware** adjective

ə-ˈwa(ə)r -ˈwe(ə)r

: having or showing understanding or knowledge : CONSCIOUS

## More from Merriam-Webster on *aware*

Nglish: Translation of *aware* for Spanish Speakers

Last Updated: 8 Apr 2026 - Updated example sentences


### Love words? Need even more definitions?

Subscribe to America's largest dictionary and get thousands more definitions and advanced search—ad free!

MERRIAM-WEBSTER UNABRIDGED


## Popular in Grammar & Usage

See More



Is it 'further' or 'farther'?



5 Verbal Slip Ups and Language Mistakes



Is it 'nerve-racking' or 'nerve-wracking'?




The Difference Between 'i.e.' and 'e.g.'



Democracy or Republic: What's the difference?

## Popular in Wordplay

See More



The Opposite of Déjà Vu



The Words of the Week - Apr. 10



Where does 'curiosity killed the cat' come from?



Why do we call it a 'flea market'?



17 Words for Dog Breeds

## Games & Quizzes

See All




Quordle
Can you solve 4 words at once?
Play




Blossom
Pick the best words!
Play



The Missing Letter
A daily crossword with a twist
Play



Are You Feeling Lucky? Quiz
A charming quiz about fortunate and unfortunate w...
Take the quiz


Merriam-Webster

Learn a new word every day. Delivered to your inbox!

Your email address

SUBSCRIBE

Help About Us Advertising Info Contact Us Privacy Policy Terms of Use

© 2026 Merriam-Webster, Incorporated

# EXHIBIT D

**Generated on:** This page was generated by TSDR on 2026-04-09 16:50:09 EDT

**Mark:** AWARE

AWARE

**US Serial Number:** 90018139

**Application Filing Date:** Jun. 24, 2020

**US Registration Number:** 6264870

**Registration Date:** Feb. 09, 2021

**Register:** Principal

**Mark Type:** Service Mark

**TM5 Common Status Descriptor:**

LIVE/REGISTRATION/Issued and Active

The trademark application has been registered with the Office.

**Status:** Registered. The registration date is used to determine when post-registration maintenance documents are due.

**Status Date:** Feb. 09, 2021

**Publication Date:** Nov. 24, 2020

# Mark Information

**Mark Literal Elements:** AWARE

**Standard Character Claim:** Yes. The mark consists of standard characters without claim to any particular font style, size, or color.

**Mark Drawing Type:** 4 - STANDARD CHARACTER MARK

# Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:
- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** Providing online non-downloadable software for transcription and aggregation of messages and data from multiple sources during an emergency

**International Class(es):** 042 - Primary Class

**U.S Class(es):** 100, 101

**Class Status:** ACTIVE

**First Use:** Jan. 16, 2020

**Use in Commerce:** Jan. 27, 2020

# Basis Information (Case Level)

| | | | |
|---|---|---|---|
| **Filed Use:** | Yes | **Currently Use:** | Yes |
| **Filed ITU:** | No | **Currently ITU:** | No |
| **Filed 44D:** | No | **Currently 44D:** | No |
| **Filed 44E:** | No | **Currently 44E:** | No |
| **Filed 66A:** | No | **Currently 66A:** | No |
| **Filed No Basis:** | No | **Currently No Basis:** | No |

# Current Owner(s) Information

**Owner Name:** GlobalFlyte, Inc.

**Owner Address:** Suite 500

5100 Springfield Street
Riverside, OHIO UNITED STATES 45431

**Legal Entity Type:** CORPORATION
**State or Country Where Organized:** OHIO

# Attorney/Correspondence Information

**Attorney of Record**

**Attorney Name:** Brian P. Sullivan
**Docket Number:** GLF2002USTM1
**Attorney Primary Email Address:** bsullivan@lees-ip.com
**Attorney Email Authorized:** Yes

**Correspondent**

**Correspondent Name/Address:** BRIAN P. SULLIVAN
THOMAS E. LEES, LLC
90 RHOADS CENTER DRIVE
DAYTON, OHIO UNITED STATES 45458

**Phone:** 937-610-9888
**Fax:** 937-684-8264
**Correspondent e-mail:** bsullivan@lees-ip.com blees@lees-ip.com
**Correspondent e-mail Authorized:** Yes

**Domestic Representative - Not Found**

# Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Feb. 09, 2026 | COURTESY REMINDER - SEC. 8 (6-YR) E-MAILED | |
| Feb. 09, 2021 | REGISTERED-PRINCIPAL REGISTER | |
| Nov. 24, 2020 | OFFICIAL GAZETTE PUBLICATION CONFIRMATION E-MAILED | |
| Nov. 24, 2020 | PUBLISHED FOR OPPOSITION | |
| Nov. 04, 2020 | NOTIFICATION OF NOTICE OF PUBLICATION E-MAILED | |
| Oct. 21, 2020 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| Oct. 21, 2020 | EXAMINER'S AMENDMENT ENTERED | |
| Oct. 21, 2020 | NOTIFICATION OF EXAMINERS AMENDMENT E-MAILED | |
| Oct. 21, 2020 | EXAMINERS AMENDMENT E-MAILED | |
| Oct. 21, 2020 | EXAMINERS AMENDMENT -WRITTEN | |
| Oct. 09, 2020 | NOTIFICATION OF NON-FINAL ACTION E-MAILED | |
| Oct. 09, 2020 | NON-FINAL ACTION E-MAILED | |
| Oct. 09, 2020 | NON-FINAL ACTION WRITTEN | |
| Sep. 26, 2020 | ASSIGNED TO EXAMINER | |
| Jul. 23, 2020 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED | |
| Jun. 27, 2020 | NEW APPLICATION ENTERED | |

# TM Staff and Location Information

**TM Staff Information - None**

**File Location**

**Current Location:** PUBLICATION AND ISSUE SECTION
**Date in Location:** Feb. 09, 2021

**Generated on:** This page was generated by TSDR on 2026-04-09 16:28:04 EDT

**Mark:** AWARE

Aware

**US Serial Number:** 78404055

**Application Filing Date:** Apr. 19, 2004

**US Registration Number:** 3099983

**Registration Date:** Jun. 06, 2006

**Register:** Principal

**Mark Type:** Trademark, Service Mark

**TM5 Common Status Descriptor:** LIVE/REGISTRATION/Issued and Active

The trademark application has been registered with the Office.

**Status:** The registration has been renewed.

**Status Date:** Jan. 21, 2026

**Publication Date:** Sep. 27, 2005

# Mark Information

**Mark Literal Elements:** AWARE

**Standard Character Claim:** Yes. The mark consists of standard characters without claim to any particular font style, size, or color.

**Mark Drawing Type:** 4 - STANDARD CHARACTER MARK

# Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:

- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** situation awareness system, namely computer hardware, software and sensors, used to provide real-time or near-real-time GIS information regarding emergency incidents or aerial mapping projects

**International Class(es):** 009 - Primary Class

**U.S Class(es):** 021, 023, 026, 036, 038

**Class Status:** ACTIVE

**First Use:** Apr. 2001

**Use in Commerce:** Jun. 08, 2002

**For:** Preparation of printed or digital maps [ and emergency incident reports ] through real-time or near-real-time information gathering

**International Class(es):** 042 - Primary Class

**U.S Class(es):** 100, 101

**Class Status:** ACTIVE

**First Use:** Apr. 2001

**Use in Commerce:** Jun. 08, 2002

# Basis Information (Case Level)

**Filed Use:** Yes

**Currently Use:** Yes

| | | | |
|---|---|---|---|
| **Filed ITU:** | No | **Currently ITU:** | No |
| **Filed 44D:** | No | **Currently 44D:** | No |
| **Filed 44E:** | No | **Currently 44E:** | No |
| **Filed 66A:** | No | **Currently 66A:** | No |
| **Filed No Basis:** | No | **Currently No Basis:** | No |

# Current Owner(s) Information

**Owner Name:** SITUATION AWARENESS SYSTEMS LLC

**DBA, AKA, Formerly:** Quantaero

**Owner Address:** 4925 PINEBLUFF TRAIL
RENO, NEVADA UNITED STATES 89519

**Legal Entity Type:** LIMITED LIABILITY COMPANY **State or Country Where Organized:** NEVADA

# Attorney/Correspondence Information

**Attorney of Record**

**Attorney Name:** Michael K. Iwahiro

**Attorney Primary Email Address:** trademarks@lawburton.com **Attorney Email Authorized:** Yes

**Correspondent**

**Correspondent Name/Address:** Michael K. Iwahiro
The Burton Law Firm
400 Capitol Mall, Suite 1850
Sacramento, CALIFORNIA United States 95814

**Phone:** 916 822-8700

**Correspondent e-mail:** trademarks@lawburton.com mkiuser@gmail.com miwahiro@lawburton.com **Correspondent e-mail Authorized:** Yes

**Domestic Representative - Not Found**

# Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Jan. 21, 2026 | NOTICE OF ACCEPTANCE OF SEC. 8 & 9 - E-MAILED | |
| Jan. 21, 2026 | REGISTERED AND RENEWED (SECOND RENEWAL - 10 YRS) | |
| Jan. 21, 2026 | REGISTERED - SEC. 8 (10-YR) ACCEPTED/SEC. 9 GRANTED | |
| Jan. 21, 2026 | CASE ASSIGNED TO POST REGISTRATION PARALEGAL | |
| Oct. 14, 2025 | TEAS SECTION 8 & 9 RECEIVED | |
| Jun. 06, 2025 | COURTESY REMINDER - SEC. 8 (10-YR)/SEC. 9 E-MAILED | |
| Jul. 15, 2020 | AUTOMATIC UPDATE OF ASSIGNMENT OF OWNERSHIP | |
| Mar. 11, 2020 | AUTOMATIC UPDATE OF ASSIGNMENT OF OWNERSHIP | |
| Oct. 11, 2016 | SEC. 15 ACKNOWLEDGEMENT - E-MAILED | |
| Oct. 11, 2016 | REGISTERED - SEC. 15 ACKNOWLEDGED | |
| Oct. 11, 2016 | CASE ASSIGNED TO POST REGISTRATION PARALEGAL | |
| Oct. 07, 2016 | TEAS SECTION 15 RECEIVED | |
| Sep. 28, 2016 | NOTICE OF ACCEPTANCE OF SEC. 8 & 9 - E-MAILED | |
| Sep. 28, 2016 | REGISTERED AND RENEWED (FIRST RENEWAL - 10 YRS) | |
| Sep. 28, 2016 | REGISTERED - SEC. 8 (10-YR) ACCEPTED/SEC. 9 GRANTED | |
| Sep. 28, 2016 | CASE ASSIGNED TO POST REGISTRATION PARALEGAL | |
| Jul. 11, 2016 | TEAS SECTION 8 & 9 RECEIVED | |
| Jun. 01, 2016 | TEAS CHANGE OF CORRESPONDENCE RECEIVED | |
| Jun. 06, 2015 | COURTESY REMINDER - SEC. 8 (10-YR)/SEC. 9 E-MAILED | |
| Jun. 13, 2012 | NOTICE OF ACCEPTANCE OF SEC. 8 - E-MAILED | |
| Jun. 13, 2012 | REGISTERED - SEC. 8 (6-YR) ACCEPTED | |
| Jun. 13, 2012 | CASE ASSIGNED TO POST REGISTRATION PARALEGAL | |

| | |
|---|---|
| May 30, 2012 | TEAS SECTION 8 RECEIVED |
| Jun. 06, 2006 | REGISTERED-PRINCIPAL REGISTER |
| Apr. 26, 2006 | EXTENSION OF TIME TO OPPOSE PROCESS - TERMINATED |
| Oct. 24, 2005 | EXTENSION OF TIME TO OPPOSE RECEIVED |
| Sep. 27, 2005 | PUBLISHED FOR OPPOSITION |
| Sep. 07, 2005 | NOTICE OF PUBLICATION |
| Jun. 10, 2005 | LAW OFFICE PUBLICATION REVIEW COMPLETED |
| Jun. 10, 2005 | ASSIGNED TO LIE |
| Jun. 01, 2005 | APPROVED FOR PUB - PRINCIPAL REGISTER |
| May 13, 2005 | AMENDMENT FROM APPLICANT ENTERED |
| Apr. 25, 2005 | CORRESPONDENCE RECEIVED IN LAW OFFICE |
| Apr. 25, 2005 | TEAS RESPONSE TO OFFICE ACTION RECEIVED |
| Nov. 15, 2004 | NON-FINAL ACTION E-MAILED |
| Nov. 15, 2004 | NON-FINAL ACTION WRITTEN |
| Nov. 12, 2004 | ASSIGNED TO EXAMINER |
| Apr. 28, 2004 | NEW APPLICATION ENTERED |

# TM Staff and Location Information

**TM Staff Information - None**

**File Location**

**Current Location:** PUBLICATION AND ISSUE SECTION **Date in Location:** Jan. 21, 2026

# Assignment Abstract Of Title Information

**Summary**

**Total Assignments:** 2 **Registrant:** Fireball Information Technologies, LLC

### Assignment 1 of 2

**Conveyance:** ASSIGNS THE ENTIRE INTEREST

**Reel/Frame:** 6883/0298 **Pages:** 3

**Date Recorded:** Oct. 23, 2019

**Supporting Documents:** https://assignmentcenter.uspto.gov/ipas/search/api/v2/public/download/trademark/6883/0298

**Assignor**

**Name:** FIREBALL INFORMATION TECHNOLOGIES, LLC **Execution Date:** Jun. 02, 2019

**Legal Entity Type:** LIMITED LIABILITY COMPANY **State or Country Where Organized:** NEVADA

**Assignee**

**Name:** DOTSON, RYAN

**Legal Entity Type:** INDIVIDUAL **Citizenship:** UNITED STATES

**Address:** 4925 PINEBLUFF TRAIL
RENO , NEVADA 89519

**Correspondent**

**Correspondent Name:** MICHAEL A. KERR

**Correspondent Address:** KERR IP GROUP, LLC
P.O. BOX 18600
RENO, NV 89511

**Domestic Representative - Not Found**

### Assignment 2 of 2

**Conveyance:** ASSIGNS THE ENTIRE INTEREST

**Reel/Frame:** 6987/0913 **Pages:** 5

**Date Recorded:** Jun. 25, 2020

**Supporting** https://assignmentcenter.uspto.gov/ipas/search/api/v2/public/download/trademark/6987/0913

**Documents:**

**Assignor**

**Name:** DOTSON, RYAN
**Execution Date:** Jun. 15, 2020
**Legal Entity Type:** INDIVIDUAL
**Citizenship:** UNITED STATES

**Assignee**

**Name:** SITUATION AWARENESS SYSTEMS LLC
**Legal Entity Type:** LIMITED LIABILITY COMPANY
**State or Country Where Organized:** NEVADA
**Address:** 4925 PINEBLUFF TRAIL
RENO , NEVADA 89519

**Correspondent**

**Correspondent Name:** MICHAEL A. KERR
**Correspondent Address:** PO BOX 18600
RENO, NV 89511

**Domestic Representative - Not Found**

# Proceedings

**Summary**

**Number of Proceedings:** 1

## Type of Proceeding: Extension of Time

**Proceeding Number:** 78404055
**Filing Date:** Oct 24, 2005
**Status:** Terminated
**Status Date:** Apr 26, 2006
**Interlocutory Attorney:**

**Defendant**

**Name:** Fireball Information Technologies, LLC
**Correspondent Address:** Fireball Information Technologies, LLC
1240 FAIRFIELD AVE
RENO NV UNITED STATES , 89509-2519

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| AWARE | | 78404055 | |

**Potential Opposer(s)**

**Name:** Lockheed Martin Corporation
**Correspondent Address:** Susan Goldsmith
Duane Morris LLP
240 Princeton Ave.Suite 150
Hamilton NJ UNITED STATES , 08618
**Correspondent e-mail:** sogoldsmith@duanemorris.com

**Prosecution History**

| Entry Number | History Text | Date | Due Date |
|---|---|---|---|
| 6 | EXTENSION OF TIME GRANTED | Jan 23, 2006 | |
| 5 | INCOMING - EXT TIME TO OPPOSE FILED | Jan 23, 2006 | |
| 4 | EXTENSION OF TIME GRANTED | Nov 21, 2005 | |
| 3 | INCOMING - EXT TIME TO OPPOSE FILED | Nov 21, 2005 | |
| 2 | EXTENSION OF TIME GRANTED | Oct 24, 2005 | |
| 1 | INCOMING - EXT TIME TO OPPOSE FILED | Oct 24, 2005 | |

**Generated on:** This page was generated by TSDR on 2026-04-09 16:36:28 EDT

**Mark:** DISASTERAWARE

DisasterAWARE

**US Serial Number:** 87300432

**Application Filing Date:** Jan. 13, 2017

**US Registration Number:** 5421260

**Registration Date:** Mar. 13, 2018

**Filed as TEAS RF:** Yes

**Currently TEAS RF:** Yes

**Register:** Principal

**Mark Type:** Service Mark

**TM5 Common Status Descriptor:**

LIVE/REGISTRATION/Issued and Active

The trademark application has been registered with the Office.

**Status:** A Sections 8 and 15 combined declaration has been accepted and acknowledged.

**Status Date:** Jan. 28, 2025

**Publication Date:** Dec. 26, 2017

# Mark Information

**Mark Literal Elements:** DISASTERAWARE

**Standard Character Claim:** Yes. The mark consists of standard characters without claim to any particular font style, size, or color.

**Mark Drawing Type:** 4 - STANDARD CHARACTER MARK

# Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:

- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** educational services, namely, organizing, arranging, and conducting courses in the fields of disaster management, disaster planning, disaster recovery, emergency management, emergency preparedness, emergency planning and response, disaster prevention and containment, all hazards planning, hazard training, emergency operations, and humanitarian assistance; educational services, namely, organizing, arranging, and conducting courses in the fields of risk and vulnerability assessment and analysis in the fields of natural emergencies, hazards, and disasters; educational services, namely, organizing, arranging, and conducting courses in the fields of meteorological and geological data identification, monitoring, detection, analysis, notification, modeling, mapping, reporting, response, management, coordination, planning and response

**International Class(es):** 041 - Primary Class

**U.S Class(es):** 100, 101, 107

**Class Status:** ACTIVE

**First Use:** Jul. 01, 2006

**Use in Commerce:** Jul. 01, 2006

**For:** providing online nondownloadable software and web-based software applications for coordinating and planning emergency responses to natural disasters for disaster management, disaster planning, disaster recovery, emergency management, emergency preparedness, emergency planning and response, disaster prevention and containment, all hazards planning, hazard training, emergency operations, and humanitarian assistance; providing online nondownloadable software and web-based software applications for risk and vulnerability assessment and analysis in the fields of natural emergencies, hazards, and disasters; providing online nondownloadable software and web-based software applications for meteorological and geological data identification, monitoring, detection, analysis, notification, modeling, mapping, reporting, response, management, coordination, planning and response; software as a service (SaaS) services featuring software for the collection, editing, monitoring, managing, organizing, modifying, bookmarking, aggregating, analyzing, reporting, transmission, storage and sharing of data, documents, and information

**International Class(es):** 042 - Primary Class

**U.S Class(es):** 100, 101

**Class Status:** ACTIVE

**First Use:** Jul. 01, 2006 **Use in Commerce:** Jul. 01, 2006

# Basis Information (Case Level)

**Filed Use:** Yes **Currently Use:** Yes

**Filed ITU:** No **Currently ITU:** No

**Filed 44D:** No **Currently 44D:** No

**Filed 44E:** No **Currently 44E:** No

**Filed 66A:** No **Currently 66A:** No

**Filed No Basis:** No **Currently No Basis:** No

# Current Owner(s) Information

**Owner Name:** University of Hawaii

**Owner Address:** 1337 Lower Campus Road
Honolulu, HAWAII UNITED STATES 96822

**Legal Entity Type:** state university **State or Country Where Organized:** HAWAII

# Attorney/Correspondence Information

**Attorney of Record**

**Attorney Name:** Tracey Ohta

**Attorney Primary Email Address:** tracey.ohta@hawaii.edu **Attorney Email Authorized:** Yes

**Correspondent**

**Correspondent Name/Address:** Tracey Ohta
2444 Dole Street, Bachman 110
Honolulu, HAWAII United States 96822

**Phone:** 808-956-0531

**Correspondent e-mail:** tracey.ohta@hawaii.edu ogc@hawaii.edu **Correspondent e-mail Authorized:** Yes

**Domestic Representative - Not Found**

# Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Jan. 28, 2025 | NOTICE OF ACCEPTANCE OF SEC. 8 & 15 - E-MAILED | |
| Jan. 28, 2025 | REGISTERED - SEC. 8 (6-YR) ACCEPTED & SEC. 15 ACK. | |
| Jan. 28, 2025 | CASE ASSIGNED TO POST REGISTRATION PARALEGAL | |
| Sep. 10, 2024 | TEAS SECTION 8 & 15 RECEIVED | |
| Mar. 13, 2023 | COURTESY REMINDER - SEC. 8 (6-YR) E-MAILED | |
| Mar. 13, 2018 | REGISTERED-PRINCIPAL REGISTER | |
| Dec. 26, 2017 | OFFICIAL GAZETTE PUBLICATION CONFIRMATION E-MAILED | |
| Dec. 26, 2017 | PUBLISHED FOR OPPOSITION | |
| Dec. 06, 2017 | NOTIFICATION OF NOTICE OF PUBLICATION E-MAILED | |
| Nov. 08, 2017 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| Sep. 28, 2017 | TEAS/EMAIL CORRESPONDENCE ENTERED | |
| Sep. 27, 2017 | CORRESPONDENCE RECEIVED IN LAW OFFICE | |
| Sep. 27, 2017 | TEAS RESPONSE TO OFFICE ACTION RECEIVED | |
| Apr. 19, 2017 | NOTIFICATION OF NON-FINAL ACTION E-MAILED | |
| Apr. 19, 2017 | NON-FINAL ACTION E-MAILED | |
| Apr. 19, 2017 | NON-FINAL ACTION WRITTEN | |
| Apr. 10, 2017 | ASSIGNED TO EXAMINER | |
| Jan. 21, 2017 | NOTICE OF PSEUDO MARK E-MAILED | |
| Jan. 20, 2017 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED | |

Jan. 17, 2017 NEW APPLICATION ENTERED

# TM Staff and Location Information

**TM Staff Information - None**

**File Location**

**Current Location:** Historical data usage **Date in Location:** Jan. 28, 2025

**Generated on:** This page was generated by TSDR on 2026-04-09 16:35:42 EDT

**Mark:** 360 AWARE

360° Aware

**US Serial Number:** 87922122

**Application Filing Date:** May 15, 2018

**US Registration Number:** 5783228

**Registration Date:** Jun. 18, 2019

**Filed as TEAS RF:** Yes

**Currently TEAS RF:** Yes

**Register:** Principal

**Mark Type:** Trademark, Service Mark

**TM5 Common Status Descriptor:**

LIVE/REGISTRATION/Issued and Active

The trademark application has been registered with the Office.

**Status:** A Sections 8 and 15 combined declaration has been accepted and acknowledged.

**Status Date:** Oct. 15, 2025

**Publication Date:** Sep. 18, 2018 **Notice of Allowance Date:** Nov. 13, 2018

## Mark Information

**Mark Literal Elements:** 360 AWARE

**Standard Character Claim:** Yes. The mark consists of standard characters without claim to any particular font style, size, or color.

**Mark Drawing Type:** 4 - STANDARD CHARACTER MARK

## Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:

- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** Downloadable software, namely, mobile applications for use in communicating public safety information; computer programs and software for the collection, compilation, processing, transmission and dissemination of location, video, voice and text data for use in fixed and mobile devices; interactive social computer software that provides information related to public safety; interactive social computer software to enable the transmission of location, video, voice, and text data to telecommunications networks, cellular phones, and other devices; interactive social computer software enabling exchange of information among users; computer software and analytic software for IP video surveillance; software for tracking, locating, and monitoring of high value assets, namely, people, vehicles, and weapons; software used in connection with data mapping and internet traffic analysis; downloadable software in the nature of a mobile application for surveillance, analytics, tracking, monitoring, mapping, and analysis of high value assets, namely, people, vehicles, and weapons; downloadable software for connecting, operating, and managing networked devices in the internet of things (IoT); Global positioning system (GPS) consisting of computers, computer software, transmitters, receivers, and network interface devices; cameras

**International Class(es):** 009 - Primary Class

**U.S Class(es):** 021, 023, 026, 036, 038

**Class Status:** ACTIVE

**First Use:** Dec. 2017

**Use in Commerce:** Dec. 2017

---

**For:** Business analytic services for real-time and near-real-time analytics of remotely collected data both structured and unstructured, namely, audio, video, text, location, temperature, altitude, and acceleration, for use in multiple vertical markets, namely, financial, oil and gas, energy, defense, law enforcement; business data analysis; business data analysis of streaming business data; business records management; business information management, namely, gathering and reporting of streaming data analytics; business management; business consultation services; marketing services; Internet marketing services

**International Class(es):** 035 - Primary Class

**U.S Class(es):** 100, 101, 102

**Class Status:** ACTIVE

**First Use:** Dec. 2017 **Use in Commerce:** Dec. 2017

**For:** Communications services, namely, electronic transmission of data and documents; communications via multinational telecommunication networks; data transmission and reception services via telecommunication means; electronic exchange of data stored in databases accessible via telecommunication networks; telecommunication services, namely, transmission of voice, video, data and texts, in the fields of public safety; telecommunication services, namely, transmission of voice, data and documents, in the fields of defense, intelligence, law enforcement, oil and gas, finance, fleet management, and agriculture; telematic sending of information; telematic services for sending of information, namely, providing machine-to-machine (M2M) and mobile-device management (MDM) connectivity over long distances and/or remote locations; telematic services, namely, multi-modal wireless connectivity between locations through radio-frequency, cellular, and satellite-communications pathways; satellite transmission and communication services

**International Class(es):** 038 - Primary Class **U.S Class(es):** 100, 101, 104

**Class Status:** ACTIVE

**First Use:** Dec. 2017 **Use in Commerce:** Dec. 2017

**For:** Computer services, namely, providing an interactive website featuring technology that enables the exchange of data and information related to public safety among users; hosting online web facilities for others for conducting interactive discussions; cloud-based software as a service (SAAS) services featuring software for exchanging data and information related to public safety; computer services, namely, cloud hosting provider services; Application service provider (ASP), namely, hosting computer software applications of others; Application service provider, namely, hosting, managing, developing, analyzing, and maintaining applications, software, and websites in the fields of analytics; providing temporary use of non-downloadable cloud-based software for connecting, operating, and managing networked devices in the internet of things (IoT); Platform as a service (PAAS) featuring computer software platforms for use in management, operating and connecting the Internet of Things (IoT) electronic devices; Software as a service (SAAS) featuring software for monitoring, analyzing, managing, optimizing and automating the security and management of IoT (internet of things) devices and systems and computer applications, hardware, networks and systems; hosting online facilities for conducting interactive discussions; monitoring of computer and telecommunications systems for security purposes and management of remote assets

**International Class(es):** 042 - Primary Class **U.S Class(es):** 100, 101

**Class Status:** ACTIVE

**First Use:** Dec. 2017 **Use in Commerce:** Dec. 2017

**For:** Computer services, namely, providing an interactive website for the exchange of data and information related to public safety among users; public-safety consulting services, namely, acting as a liaison between the community and public safety organizations; tracking, locating and monitoring of people, pets, vehicles and high-value assets for safety, alerting and recovery purposes, using encoded electronic identification tags, RFID tags, GPS-enabled electronic tags, IP tags, cellular tags, and satellite tags for use by the general public

**International Class(es):** 045 - Primary Class **U.S Class(es):** 100, 101

**Class Status:** ACTIVE

**First Use:** Dec. 2017 **Use in Commerce:** Dec. 2017

## Basis Information (Case Level)

**Filed Use:** No **Currently Use:** Yes

**Filed ITU:** Yes **Currently ITU:** No

**Filed 44D:** No **Currently 44D:** No

**Filed 44E:** No **Currently 44E:** No

**Filed 66A:** No **Currently 66A:** No

**Filed No Basis:** No **Currently No Basis:** No

## Current Owner(s) Information

**Owner Name:** Knowmadics, Inc.

**Owner Address:** 13873 Park Center Road, Suite 202S
Herndon, VIRGINIA UNITED STATES 201713249

**Legal Entity Type:** CORPORATION **State or Country Where Organized:** VIRGINIA

## Attorney/Correspondence Information

**Attorney of Record**

**Attorney Name:** Sheryl De Luca **Docket Number:** sld-6564-24

| | | | |
|---|---|---|---|
| **Attorney Primary Email Address:** | nixonptomail@nixonvan.com | **Attorney Email Authorized:** | Yes |

**Correspondent**

| | | | |
|---|---|---|---|
| **Correspondent Name/Address:** | Sheryl De Luca<br>NIXON & VANDERHYE P.C.<br>901 N. Glebe Road, 11th Floor<br>Arlington, VIRGINIA United States 22203 | | |
| **Phone:** | 703-816-4000 | **Fax:** | 703-816-4100 |
| **Correspondent e-mail:** | nixonptomail@nixonvan.com | **Correspondent e-mail Authorized:** | Yes |

**Domestic Representative - Not Found**

# Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Oct. 15, 2025 | NOTICE OF ACCEPTANCE OF SEC. 8 & 15 - E-MAILED | |
| Oct. 15, 2025 | REGISTERED - SEC. 8 (6-YR) ACCEPTED & SEC. 15 ACK. | |
| Oct. 15, 2025 | CASE ASSIGNED TO POST REGISTRATION PARALEGAL | |
| Jun. 11, 2025 | TEAS SECTION 8 & 15 RECEIVED | |
| Jun. 18, 2024 | COURTESY REMINDER - SEC. 8 (6-YR) E-MAILED | |
| Sep. 23, 2021 | APPLICANT/CORRESPONDENCE CHANGES (NON-RESPONSIVE) ENTERED | |
| Sep. 23, 2021 | TEAS CHANGE OF CORRESPONDENCE RECEIVED | |
| Sep. 23, 2021 | ATTORNEY/DOM.REP.REVOKED AND/OR APPOINTED | |
| Sep. 23, 2021 | TEAS REVOKE/APP/CHANGE ADDR OF ATTY/DOM REP RECEIVED | |
| Sep. 23, 2021 | TEAS CHANGE OF OWNER ADDRESS RECEIVED | |
| Jun. 18, 2019 | REGISTERED-PRINCIPAL REGISTER | |
| May 17, 2019 | NOTICE OF ACCEPTANCE OF STATEMENT OF USE E-MAILED | |
| May 16, 2019 | ALLOWED PRINCIPAL REGISTER - SOU ACCEPTED | |
| May 15, 2019 | TEAS/EMAIL CORRESPONDENCE ENTERED | |
| May 15, 2019 | CORRESPONDENCE RECEIVED IN LAW OFFICE | |
| May 13, 2019 | TEAS REQUEST FOR RECONSIDERATION RECEIVED | |
| Mar. 14, 2019 | NOTIFICATION OF FINAL REFUSAL EMAILED | |
| Mar. 14, 2019 | FINAL REFUSAL E-MAILED | |
| Mar. 14, 2019 | SU - FINAL REFUSAL - WRITTEN | |
| Jan. 22, 2019 | TEAS/EMAIL CORRESPONDENCE ENTERED | |
| Jan. 22, 2019 | CORRESPONDENCE RECEIVED IN LAW OFFICE | |
| Jan. 20, 2019 | ASSIGNED TO LIE | |
| Jan. 17, 2019 | TEAS RESPONSE TO OFFICE ACTION RECEIVED | |
| Dec. 24, 2018 | NOTIFICATION OF NON-FINAL ACTION E-MAILED | |
| Dec. 24, 2018 | NON-FINAL ACTION E-MAILED | |
| Dec. 24, 2018 | SU - NON-FINAL ACTION - WRITTEN | |
| Dec. 03, 2018 | STATEMENT OF USE PROCESSING COMPLETE | |
| Nov. 16, 2018 | USE AMENDMENT FILED | |
| Dec. 03, 2018 | CASE ASSIGNED TO INTENT TO USE PARALEGAL | |
| Nov. 16, 2018 | TEAS STATEMENT OF USE RECEIVED | |
| Nov. 13, 2018 | NOA E-MAILED - SOU REQUIRED FROM APPLICANT | |
| Sep. 18, 2018 | OFFICIAL GAZETTE PUBLICATION CONFIRMATION E-MAILED | |
| Sep. 18, 2018 | PUBLISHED FOR OPPOSITION | |
| Aug. 29, 2018 | NOTIFICATION OF NOTICE OF PUBLICATION E-MAILED | |
| Aug. 13, 2018 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| Aug. 10, 2018 | ASSIGNED TO EXAMINER | |
| May 22, 2018 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED | |
| May 18, 2018 | NEW APPLICATION ENTERED | |

# TM Staff and Location Information

**TM Staff Information - None**

| File Location | | | |
|---|---|---|---|
| **Current Location:** | Historical data usage | **Date in Location:** | Oct. 15, 2025 |

**Generated on:** This page was generated by TSDR on 2026-04-09 16:37:01 EDT

**Mark:** AWARE360

AWARE360

**US Serial Number:** 86659448

**Application Filing Date:** Jun. 11, 2015

**US Registration Number:** 5230222

**Registration Date:** Jun. 27, 2017

**Filed as TEAS RF:** Yes

**Currently TEAS RF:** Yes

**Register:** Principal

**Mark Type:** Trademark, Service Mark

**TM5 Common Status Descriptor:**

LIVE/REGISTRATION/Issued and Active

The trademark application has been registered with the Office.

**Status:** A Sections 8 and 15 combined declaration has been accepted and acknowledged.

**Status Date:** Jul. 09, 2024

**Publication Date:** Apr. 11, 2017

## Mark Information

**Mark Literal Elements:** AWARE360

**Standard Character Claim:** Yes. The mark consists of standard characters without claim to any particular font style, size, or color.

**Mark Drawing Type:** 4 - STANDARD CHARACTER MARK

## Foreign Information

**Priority Claimed:** Yes

**Foreign Application Number:** 1706994

**Foreign Application Filing Date:** Dec. 12, 2014

**Foreign Registration Number:** TMA958372

**Foreign Registration Date:** Dec. 19, 2016

**Foreign Application/Registration Country:** CANADA

**Foreign Expiration Date:** Dec. 19, 2031

## Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:

- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** Computer software and hardware for use in tracking, locating and monitoring the health and safety of remotely located persons, for displaying information related to the tracking, locating and monitoring of the health and safety of remotely located persons, for enabling users to register persons for the tracking, locating and monitoring the health and safety of remotely located persons through a wireless communication device, and for use in creating and transmitting reports, graphics and maps related to the location, movement and health and safety of remotely located persons; Computer software for use by third party emergency response monitoring centres to receive wireless signals from remotely located persons and to transmit location, movement and health and safety data regarding remotely located persons in accordance with pre-established emergency response plans; Computer software and hardware for use in tracking, locating and monitoring operating parameters and real time characteristics of vehicles, namely, speed, fuel consumption, mileage, seatbelt engagement, [ distance between vehicles travelling in a convoy and operating time, ] for displaying information related to the tracking, locating and monitoring operating parameters and real time characteristics of vehicles, namely, speed, fuel consumption, mileage, seatbelt engagement, [ distance between vehicles travelling in a convoy, ] and operating time, for enabling

users to register vehicles for tracking, locating and monitoring through wireless communication devices, and for use in creating and transmitting reports, graphics and maps related to the tracking locating and monitoring operating parameters of vehicles; [ Computer software and hardware for use in tracking, locating and monitoring characteristics of mechanized equipment, namely, location, operating parameters, fluid levels, unauthorized use, location, event logging, engagement or disengagement of equipment components, for displaying information related to the tracking and monitoring characteristics of mechanized equipment, namely, location, operating parameters, fluid levels, unauthorized use, location, event logging, engagement or disengagement of equipment components, for enabling users to register mechanized equipment for tracking, locating and monitoring through wireless communication devices, and for use in creating and transmitting reports, graphics and maps related thereto; ] Computer software and hardware for tracking and monitoring location of physical assets and for displaying information related to the tracking and monitoring location of physical assets; Computer software for use by monitoring centres to receive remote signals from persons, vehicles, [ mechanized equipment and physical assets, ] and to implement pre-established emergency response or alert notification plans in response to these remote signals; [ Multimodal communication devices, namely, devices for the transmission of signals by cellular, satellite, wireless networks for use in vehicles, mechanized equipment and physical assets in order to communicate information related to the location and characteristics of the vehicles, mechanized equipment and physical assets; ] Pendants, namely, pendants for transmitting wireless signals related to the health, safety and location of persons

**International Class(es):** 009 - Primary Class **U.S Class(es):** 021, 023, 026, 036, 038

**Class Status:** ACTIVE

**First Use:** Dec. 31, 2014 **Use in Commerce:** Dec. 31, 2014

---

**For:** Providing temporary use of non-downloadable software for use in tracking, locating and monitoring the health and safety of remotely located persons, vehicles, mechanized equipment and physical assets and for displaying information related to the tracking, locating and health and safety monitoring of remotely located persons vehicles, mechanized equipment and physical assets; Providing temporary use of non-downloadable software for providing reports, graphics and maps related to the remote tracking, locating and monitoring of persons, vehicles, mechanized equipment and physical assets and computer software for enabling third party monitoring centres to implement pre-established emergency response or alert notification plans in response to remote signals received from persons, vehicles, mechanized equipment and physical assets; Technical support services, namely, troubleshooting in the nature of diagnosing computer hardware and software problems; Technical support services, namely, providing advice concerning the installation, maintenance and repair of computer software related to the remote tracking, locating and monitoring of persons, vehicles, mechanized equipment and physical assets and for displaying information related to the remote tracking, locating and monitoring of persons, vehicles, mechanized equipment and physical assets, computer software for providing reports, graphics and maps related to the remote tracking locating and monitoring of persons, vehicles, mechanized equipment and physical assets, computer software for enabling third party monitoring centres to implement pre-established emergency response plans in response to remote signals received from persons; Technical support services, namely, providing information about how to use computer hardware and software related to the remote tracking locating and monitoring of persons, vehicles, mechanized equipment and physical assets and for displaying information related to the remote tracking, locating and monitoring of persons, vehicles, mechanized equipment and physical assets, computer software for providing reports, graphics and maps related to the remote tracking locating and monitoring of persons, vehicles, mechanized equipment and physical assets, computer software for enabling third party monitoring centres to implement pre-established emergency response plans in response to remote signals received from persons

**International Class(es):** 042 - Primary Class **U.S Class(es):** 100, 101

**Class Status:** ACTIVE

**First Use:** Dec. 31, 2014 **Use in Commerce:** Dec. 31, 2014

---

**For:** Consulting services in the field of remote tracking and monitoring of persons, vehicles, mechanized equipment and physical assets; Personnel, equipment, and vehicle fleet monitoring services for safety and security purposes, namely, operation of monitoring centres for receiving by wireless communication remote signals related to monitoring persons, vehicles, mechanized equipment and physical assets and to implement pre-established emergency response or alert notification plans in response to the receipt of the remote signals

**International Class(es):** 045 - Primary Class **U.S Class(es):** 100, 101

**Class Status:** ACTIVE

**First Use:** Dec. 31, 2014 **Use in Commerce:** Dec. 31, 2014

# Basis Information (Case Level)

**Filed Use:** Yes **Currently Use:** Yes

**Filed ITU:** No **Currently ITU:** No

**Filed 44D:** Yes **Currently 44D:** No

**Filed 44E:** No **Currently 44E:** Yes

**Filed 66A:** No **Currently 66A:** No

**Filed No Basis:** No **Currently No Basis:** No

# Current Owner(s) Information

**Owner Name:** Aware360 Ltd.

**Owner Address:** 611 71st Avenue SE
Calgary, Alberta CANADA T2H0S7

| | | | |
|---|---|---|---|
| **Legal Entity Type:** | CORPORATION | **State or Country Where Organized:** | CANADA |

# Attorney/Correspondence Information

**Attorney of Record**

| | | | |
|---|---|---|---|
| **Attorney Name:** | Fritz L. Schweitzer III | **Docket Number:** | 06322 7003A |
| **Attorney Primary Email Address:** | tmdocket@farberllc.com | **Attorney Email Authorized:** | Yes |

**Correspondent**

**Correspondent Name/Address:** Fritz L. Schweitzer III
Farber LLC
4 Corporate Drive, Suite 287
Shelton, CONNECTICUT United States 06484

| | | | |
|---|---|---|---|
| **Phone:** | (203) 285-8235 | **Fax:** | (203) 286-5137 |
| **Correspondent e-mail:** | tmdocket@farberllc.com | **Correspondent e-mail Authorized:** | Yes |

**Domestic Representative**

| | | | |
|---|---|---|---|
| **&nbspDomestic Representative Name:** | Fritz L. Schweitzer III | **Phone:** | 2033246155 |
| **Fax:** | 2033271096 | | |
| **&nbspDomestic Representative e-mail:** | tm-pto@ssjr.com | **&nbspDomestic Representative e-mail Authorized:** | Yes |

# Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Sep. 13, 2024 | TEAS CHANGE OF CORRESPONDENCE RECEIVED | |
| Sep. 13, 2024 | ATTORNEY/DOM.REP.REVOKED AND/OR APPOINTED | |
| Sep. 13, 2024 | TEAS REVOKE/APP/CHANGE ADDR OF ATTY/DOM REP RECEIVED | |
| Jul. 09, 2024 | NOTICE OF ACCEPTANCE OF SEC. 8 & 15 - E-MAILED | |
| Jul. 09, 2024 | REGISTERED - SEC. 8 (6-YR) ACCEPTED & SEC. 15 ACK. | |
| Jul. 09, 2024 | CASE ASSIGNED TO POST REGISTRATION PARALEGAL | |
| Dec. 26, 2023 | TEAS SECTION 8 & 15 RECEIVED | |
| Dec. 27, 2023 | TEAS WITHDRAWAL OF ATTORNEY RECEIVED-FIRM RETAINS | |
| Dec. 27, 2023 | TEAS CHANGE OF CORRESPONDENCE RECEIVED | |
| Dec. 27, 2023 | TEAS CHANGE OF DOMESTIC REPRESENTATIVES ADDRESS | |
| Dec. 27, 2023 | ATTORNEY/DOM.REP.REVOKED AND/OR APPOINTED | |
| Dec. 27, 2023 | TEAS REVOKE/APP/CHANGE ADDR OF ATTY/DOM REP RECEIVED | |
| Dec. 27, 2023 | APPLICANT/CORRESPONDENCE CHANGES (NON-RESPONSIVE) ENTERED | |
| Dec. 27, 2023 | TEAS CHANGE OF OWNER ADDRESS RECEIVED | |
| Jun. 27, 2022 | COURTESY REMINDER - SEC. 8 (6-YR) E-MAILED | |
| Jun. 27, 2017 | REGISTERED-PRINCIPAL REGISTER | |
| Apr. 11, 2017 | OFFICIAL GAZETTE PUBLICATION CONFIRMATION E-MAILED | |
| Apr. 11, 2017 | PUBLISHED FOR OPPOSITION | |
| Mar. 22, 2017 | NOTIFICATION OF NOTICE OF PUBLICATION E-MAILED | |
| Mar. 03, 2017 | LAW OFFICE PUBLICATION REVIEW COMPLETED | |
| Feb. 21, 2017 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| Feb. 21, 2017 | EXAMINER'S AMENDMENT ENTERED | |
| Feb. 21, 2017 | NOTIFICATION OF EXAMINERS AMENDMENT E-MAILED | |
| Feb. 21, 2017 | EXAMINERS AMENDMENT E-MAILED | |
| Feb. 21, 2017 | EXAMINERS AMENDMENT -WRITTEN | |
| Feb. 15, 2017 | PREVIOUS ALLOWANCE COUNT WITHDRAWN | |
| Feb. 14, 2017 | WITHDRAWN FROM PUB - OG REVIEW QUERY | |
| Feb. 02, 2017 | LAW OFFICE PUBLICATION REVIEW COMPLETED | |
| Jan. 12, 2017 | APPROVED FOR PUB - PRINCIPAL REGISTER | |

| | |
|---|---|
| Jan. 12, 2017 | TEAS/EMAIL CORRESPONDENCE ENTERED |
| Jan. 12, 2017 | CORRESPONDENCE RECEIVED IN LAW OFFICE |
| Jan. 10, 2017 | TEAS RESPONSE TO SUSPENSION INQUIRY RECEIVED |
| Jan. 09, 2017 | NOTIFICATION OF LETTER OF SUSPENSION E-MAILED |
| Jan. 09, 2017 | LETTER OF SUSPENSION E-MAILED |
| Jan. 09, 2017 | SUSPENSION LETTER WRITTEN |
| Dec. 17, 2016 | ASSIGNED TO LIE |
| Dec. 01, 2016 | TEAS RESPONSE TO SUSPENSION INQUIRY RECEIVED |
| Jun. 02, 2016 | NOTIFICATION OF INQUIRY AS TO SUSPENSION E-MAILED |
| Jun. 02, 2016 | INQUIRY TO SUSPENSION E-MAILED |
| Jun. 02, 2016 | SUSPENSION INQUIRY WRITTEN |
| Dec. 02, 2015 | NOTIFICATION OF LETTER OF SUSPENSION E-MAILED |
| Dec. 02, 2015 | LETTER OF SUSPENSION E-MAILED |
| Dec. 02, 2015 | SUSPENSION LETTER WRITTEN |
| Dec. 01, 2015 | TEAS/EMAIL CORRESPONDENCE ENTERED |
| Nov. 30, 2015 | CORRESPONDENCE RECEIVED IN LAW OFFICE |
| Nov. 30, 2015 | TEAS RESPONSE TO OFFICE ACTION RECEIVED |
| Sep. 28, 2015 | NOTIFICATION OF NON-FINAL ACTION E-MAILED |
| Sep. 28, 2015 | NON-FINAL ACTION E-MAILED |
| Sep. 28, 2015 | NON-FINAL ACTION WRITTEN |
| Sep. 21, 2015 | ASSIGNED TO EXAMINER |
| Jun. 15, 2015 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED |
| Jun. 15, 2015 | NEW APPLICATION ENTERED |

# TM Staff and Location Information

**TM Staff Information - None**

**File Location**

**Current Location:** FILE DESTROYED **Date in Location:** Jul. 09, 2024

**Generated on:** This page was generated by TSDR on 2026-04-09 16:36:00 EDT

**Mark:** WORLDAWARE

**US Serial Number:** 87852220

**Application Filing Date:** Mar. 27, 2018

**US Registration Number:** 6511745

**Registration Date:** Oct. 05, 2021

**Filed as TEAS RF:** Yes

**Currently TEAS RF:** Yes

**Register:** Principal

**Mark Type:** Trademark, Service Mark

**TM5 Common Status Descriptor:** LIVE/REGISTRATION/Issued and Active

The trademark application has been registered with the Office.

**Status:** Registered. The registration date is used to determine when post-registration maintenance documents are due.

**Status Date:** Oct. 05, 2021

**Publication Date:** Jun. 19, 2018 **Notice of Allowance Date:** Aug. 14, 2018

# Mark Information

**Mark Literal Elements:** WORLDAWARE

**Standard Character Claim:** No

**Mark Drawing Type:** 3 - AN ILLUSTRATION DRAWING WHICH INCLUDES WORD(S)/ LETTER(S) /NUMBER(S)

**Description of Mark:** The mark consists of the word "WORLDAWARE" with the letter "O" consisting of a circle within the diamond in the center of the "O" and two curved lines above the "O" and two curved lines below the "O".

**Color(s) Claimed:** Color is not claimed as a feature of the mark.

**Design Search Code(s):**
01.15.24 - Sound waves, including designs depicting sound
26.01.02 - Circles with plain outline not used as carriers or borders
26.07.21 - Diamonds that are completely or partially shaded
26.17.09 - Bands, curved; Bars, curved; Curved line(s), band(s) or bar(s); Lines, curved
27.03.05 - Objects forming letters or numerals

# Related Properties Information

**International Registration Number:** 1435850

**International Application(s) /Registration(s) Based on this Property:** A0079561/1435850

# Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:
- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** Computer application for mobile phones and devices, namely, software for providing information on travel risks, country and health risks, travel information and crisis and emergency impact, assessment, management and mitigation; computer programs, downloadable computer programs and mobile device software for establishing and maintaining check-in times and checkpoints for employees and for displaying locations of employees

**International** 009 - Primary Class

**U.S Class(es):** 021, 023, 026, 036, 038

**Class(es):**

**Class Status:** ACTIVE

**First Use:** Jul. 01, 2018 **Use in Commerce:** Jul. 01, 2018

---

**For:** Travel information services, namely, providing travel reports containing alerts, risk factors, and other travel information, namely, currency, geography, health, language, environmental, transportation, communications, safety, security, financial, cultural, legal and regulatory matters with respect to specific countries of interest via global communications networks

**International Class(es):** 039 - Primary Class **U.S Class(es):** 100, 105

**Class Status:** ACTIVE

**First Use:** Jul. 01, 2018 **Use in Commerce:** Jul. 01, 2018

---

**For:** Providing temporary use of non-downloadable computer programs for providing location specific intelligence, for sending and receiving alerts, incident reports, emails, intelligence information, notifications and responses, for analyzing, tracking and reporting risk factors and threats around the world, for generating reports regarding employees, agents, or travelers, their activities, locations, itineraries, and assignments, for facilitating communications amongst users, for accessing assistance and expertise, for monitoring activities of employees and agents, for establishing and maintaining check-in times and checkpoints for employees and agents, for displaying locations of employees and agents and for preparing and issuing activity reports; providing an online platform featuring technology for storing, displaying, accessing, sharing and interacting with curated content and for preparing and generating reports of the content

**International Class(es):** 042 - Primary Class **U.S Class(es):** 100, 101

**Class Status:** ACTIVE

**First Use:** Jul. 01, 2018 **Use in Commerce:** Jul. 01, 2018

---

**For:** Travel security information, namely, providing security information and security alerts on the safety and risks of traveling in and to certain cities or countries related to crime, terrorism, civil unrest, regime instability and armed conflict; security services, namely, analyzing and tracking threats for personal protection purposes and corporate asset protection around the world, providing security assessments for personal protection purposes and corporate asset protection for businesses, employees, agents, facilities and other assets impacted with threats, and preparing and issuing activity reports on impact and potential mitigation options for employees, agents, facilities and other assets impacted with threats; security risk management services in the field of travel, namely, assessing travel risk management policies and procedures, risk training programs, risk assessment procedures, risk disclosure procedures, risk monitoring procedures, response and recovery procedures, notification procedures, and communications procedures and providing recommendations and reports and performance feedback related to the assessment

**International Class(es):** 045 - Primary Class **U.S Class(es):** 100, 101

**Class Status:** ACTIVE

**First Use:** Jul. 01, 2018 **Use in Commerce:** Jul. 01, 2018

# Basis Information (Case Level)

| | | | |
|---|---|---|---|
| **Filed Use:** | No | **Currently Use:** | Yes |
| **Filed ITU:** | Yes | **Currently ITU:** | No |
| **Filed 44D:** | No | **Currently 44D:** | No |
| **Filed 44E:** | No | **Currently 44E:** | No |
| **Filed 66A:** | No | **Currently 66A:** | No |
| **Filed No Basis:** | No | **Currently No Basis:** | No |

# Current Owner(s) Information

**Owner Name:** CRISIS24, INC.

**Owner Address:** 185 ADMIRAL COCHRANE DRIVE, SUITE 300
ANNAPOLIS, MARYLAND UNITED STATES 21401

**Legal Entity Type:** CORPORATION **State or Country Where Organized:** DELAWARE

# Attorney/Correspondence Information

**Attorney of Record**

**Attorney Name:** Benjamin S. Fernandez, Esquire **Docket Number:** 2202198.135

**Attorney Primary Email Address:** WHIPtrademark@wilmerhale.com **Attorney Email Authorized:** Yes

**Correspondent**

**Correspondent Name/Address:** Benjamin S. Fernandez, Esquire
WILMER CUTLER PICKERING HALE AND DORR LLP
60 STATE STREET
BOSTON, MASSACHUSETTS UNITED STATES 02109

**Phone:** 617-526-6658 **Fax:** 617-526-5000

**Correspondent e-mail:** WHIPtrademark@wilmerhale.com ben.fernandez@wilmerhale.com barbara.barakat@wilmerhale.com janey.davidson@wilmerhale.com **Correspondent e-mail Authorized:** Yes

**Domestic Representative - Not Found**

# Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Feb. 15, 2023 | ASSIGNMENT OF OWNERSHIP NOT UPDATED AUTOMATICALLY | |
| Feb. 08, 2023 | AUTOMATIC UPDATE OF ASSIGNMENT OF OWNERSHIP | |
| Oct. 05, 2021 | REGISTERED-PRINCIPAL REGISTER | |
| Aug. 28, 2021 | NOTICE OF ACCEPTANCE OF STATEMENT OF USE E-MAILED | |
| Aug. 27, 2021 | ALLOWED PRINCIPAL REGISTER - SOU ACCEPTED | |
| Aug. 18, 2021 | STATEMENT OF USE PROCESSING COMPLETE | |
| Aug. 16, 2021 | USE AMENDMENT FILED | |
| Aug. 16, 2021 | TEAS STATEMENT OF USE RECEIVED | |
| Mar. 06, 2021 | NOTICE OF APPROVAL OF EXTENSION REQUEST E-MAILED | |
| Mar. 05, 2021 | SOU EXTENSION 5 GRANTED | |
| Feb. 12, 2021 | SOU EXTENSION 5 FILED | |
| Mar. 01, 2021 | CASE ASSIGNED TO INTENT TO USE PARALEGAL | |
| Feb. 12, 2021 | SOU TEAS EXTENSION RECEIVED | |
| Feb. 01, 2021 | APPLICANT/CORRESPONDENCE CHANGES (NON-RESPONSIVE) ENTERED | |
| Feb. 01, 2021 | TEAS CHANGE OF CORRESPONDENCE RECEIVED | |
| Feb. 01, 2021 | TEAS WITHDRAWAL OF ATTORNEY RECEIVED-FIRM RETAINS | |
| Feb. 01, 2021 | ATTORNEY/DOM.REP.REVOKED AND/OR APPOINTED | |
| Feb. 01, 2021 | TEAS REVOKE/APP/CHANGE ADDR OF ATTY/DOM REP RECEIVED | |
| Feb. 01, 2021 | TEAS CHANGE OF OWNER ADDRESS RECEIVED | |
| Oct. 14, 2020 | ASSIGNMENT OF OWNERSHIP NOT UPDATED AUTOMATICALLY | |
| Aug. 18, 2020 | NOTICE OF APPROVAL OF EXTENSION REQUEST E-MAILED | |
| Aug. 14, 2020 | SOU EXTENSION 4 GRANTED | |
| Aug. 14, 2020 | SOU EXTENSION 4 FILED | |
| Aug. 14, 2020 | SOU TEAS EXTENSION RECEIVED | |
| Feb. 14, 2020 | NOTICE OF APPROVAL OF EXTENSION REQUEST E-MAILED | |
| Feb. 12, 2020 | SOU EXTENSION 3 GRANTED | |
| Feb. 12, 2020 | SOU EXTENSION 3 FILED | |
| Feb. 12, 2020 | SOU TEAS EXTENSION RECEIVED | |
| Aug. 16, 2019 | NOTICE OF APPROVAL OF EXTENSION REQUEST E-MAILED | |
| Aug. 14, 2019 | SOU EXTENSION 2 GRANTED | |
| Aug. 14, 2019 | SOU EXTENSION 2 FILED | |
| Aug. 14, 2019 | SOU TEAS EXTENSION RECEIVED | |
| Feb. 16, 2019 | NOTICE OF APPROVAL OF EXTENSION REQUEST E-MAILED | |
| Feb. 14, 2019 | SOU EXTENSION 1 GRANTED | |
| Feb. 14, 2019 | SOU EXTENSION 1 FILED | |
| Feb. 14, 2019 | SOU TEAS EXTENSION RECEIVED | |
| Aug. 14, 2018 | NOA E-MAILED - SOU REQUIRED FROM APPLICANT | |
| Jul. 04, 2018 | AUTOMATIC UPDATE OF ASSIGNMENT OF OWNERSHIP | |
| Jun. 19, 2018 | OFFICIAL GAZETTE PUBLICATION CONFIRMATION E-MAILED | |
| Jun. 19, 2018 | PUBLISHED FOR OPPOSITION | |
| May 30, 2018 | NOTIFICATION OF NOTICE OF PUBLICATION E-MAILED | |
| May 13, 2018 | ASSIGNED TO LIE | |
| May 09, 2018 | ASSIGNMENT OF OWNERSHIP NOT UPDATED AUTOMATICALLY | |

| | |
|---|---|
| May 02, 2018 | APPROVED FOR PUB - PRINCIPAL REGISTER |
| May 01, 2018 | EXAMINER'S AMENDMENT ENTERED |
| May 01, 2018 | NOTIFICATION OF EXAMINERS AMENDMENT E-MAILED |
| May 01, 2018 | EXAMINERS AMENDMENT E-MAILED |
| May 01, 2018 | EXAMINERS AMENDMENT -WRITTEN |
| Apr. 27, 2018 | ASSIGNED TO EXAMINER |
| Apr. 05, 2018 | NOTICE OF DESIGN SEARCH CODE E-MAILED |
| Apr. 04, 2018 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED |
| Mar. 30, 2018 | NEW APPLICATION ENTERED |

# TM Staff and Location Information

**TM Staff Information - None**

**File Location**

**Current Location:** PUBLICATION AND ISSUE SECTION **Date in Location:** Aug. 27, 2021

# Assignment Abstract Of Title Information

**Summary**

**Total Assignments:** 8 **Registrant:** WORLDAWARE INC.

## Assignment 1 of 8

**Conveyance:** INTELLECTUAL PROPERTY SECURITY AGREEMENT

**Reel/Frame:** 6319/0876 **Pages:** 9

**Date Recorded:** Apr. 24, 2018

**Supporting Documents:** https://assignmentcenter.uspto.gov/ipas/search/api/v2/public/download/trademark/6319/0876

**Assignor**

**Name:** IJET INTERNATIONAL, INC. **Execution Date:** Apr. 20, 2018

**Legal Entity Type:** CORPORATION **State or Country Where Organized:** DELAWARE

**Assignee**

**Name:** CRESTLINE DIRECT FINANCE, L.P., AS COLLATERAL AGENT

**Legal Entity Type:** LIMITED PARTNERSHIP **State or Country Where Organized:** DELAWARE

**Address:** 201 MAIN STREET
FORT WORTH , TEXAS 76102

**Correspondent**

**Correspondent Name:** BRIAN C. JANSEN

**Correspondent Address:** 2501 N. HARWOOD ST., 17TH FLOOR
WINSTON & STRAWN LLP
DALLAS, TX 75201

**Domestic Representative - Not Found**

## Assignment 2 of 8

**Conveyance:** CHANGE OF NAME

**Reel/Frame:** 6367/0721 **Pages:** 5

**Date Recorded:** Jun. 29, 2018

**Supporting Documents:** https://assignmentcenter.uspto.gov/ipas/search/api/v2/public/download/trademark/6367/0721

**Assignor**

**Name:** IJET INTERNATIONAL, INC. **Execution Date:** Jun. 25, 2018

**Legal Entity Type:** CORPORATION **State or Country Where Organized:** DELAWARE

**Assignee**

**Name:** WORLDAWARE INC.

**Legal Entity Type:** CORPORATION
**State or Country Where Organized:** DELAWARE

**Address:** 185 ADMIRAL COCHRANE DRIVE, SUITE 300
ANNAPOLIS , MARYLAND 21401

**Correspondent**

**Correspondent Name:** MICHAEL J. BEVILACQUA, ESQUIRE

**Correspondent Address:** WILMER CUTLER PICKERING HALE AND DORRLLP
60 STATE STREET
BOSTON, MA 02109

**Domestic Representative - Not Found**

## Assignment 3 of 8

**Conveyance:** SECURITY INTEREST

**Reel/Frame:** 6985/0020
**Pages:** 14

**Date Recorded:** Jun. 30, 2020

**Supporting Documents:** https://assignmentcenter.uspto.gov/ipas/search/api/v2/public/download/trademark/6985/0020

**Assignor**

**Name:** IJET INTERNATIONAL HOLDINGS, LLC
**Execution Date:** Jun. 30, 2020

**Legal Entity Type:** LIMITED LIABILITY COMPANY
**State or Country Where Organized:** No Place of Organization Found

**Name:** WORLDAWARE INC.
**Execution Date:** Jun. 30, 2020

**Legal Entity Type:** CORPORATION
**State or Country Where Organized:** No Place of Organization Found

**Assignee**

**Name:** STERLING NATIONAL BANK, AS AGENT

**Legal Entity Type:** NATIONAL BANKING ASSOCIATION
**State or Country Where Organized:** UNITED STATES

**Address:** ONE JERICHO PLAZA
JERICHO , NEW YORK 11753

**Correspondent**

**Correspondent Name:** BRIAN P. KERWIN

**Correspondent Address:** 190 S. LASALLE STREET, SUITE 3700
DUANE MORRIS LLP
CHICAGO, IL 60603

**Domestic Representative - Not Found**

## Assignment 4 of 8

**Conveyance:** RELEASE OF SECURITY INTEREST

**Reel/Frame:** 6986/0360
**Pages:** 5

**Date Recorded:** Jul. 01, 2020

**Supporting Documents:** https://assignmentcenter.uspto.gov/ipas/search/api/v2/public/download/trademark/6986/0360

**Assignor**

**Name:** CRESTLINE DIRECT FINANCE, L.P., AS COLLATERAL AGENT
**Execution Date:** Jun. 30, 2020

**Legal Entity Type:** LIMITED PARTNERSHIP
**State or Country Where Organized:** No Place of Organization Found

**Assignee**

**Name:** WORLDAWARE INC. (F/K/A IJET INTERNATIONAL, INC.)

**Legal Entity Type:** CORPORATION
**State or Country Where Organized:** DELAWARE

**Address:** 185 ADMIRAL COCHRANE DR., 3RD FLOOR
ANNAPOLIS , MARYLAND 21401

**Correspondent**

**Correspondent Name:** BRIAN P. KERWIN

**Correspondent Address:** 190 S LASALLE STREET, SUITE 3700
DUANE MORRIS LLP
CHICAGO, IL 60603

**Domestic Representative - Not Found**

## Assignment 5 of 8

**Conveyance:** RELEASE OF SECURITY INTEREST

**Reel/Frame:** 6999/0450 **Pages:** 6

**Date Recorded:** Jul. 15, 2020

**Supporting Documents:** https://assignmentcenter.uspto.gov/ipas/search/api/v2/public/download/trademark/6999/0450

**Assignor**

**Name:** STERLING NATIONAL BANK, AS AGENT **Execution Date:** Jul. 13, 2020

**Legal Entity Type:** NATIONAL BANKING ASSOCIATION **State or Country Where Organized:** UNITED STATES

**Assignee**

**Name:** IJET INTERNATIONAL HOLDINGS, LLC

**Legal Entity Type:** LIMITED LIABILITY COMPANY **State or Country Where Organized:** DELAWARE

**Address:** 185 ADMIRAL COCHRANE DRIVE, SUITE 300
ANNAPOLIS , MARYLAND 21401

**Name:** WORLDAWARE INC.

**Legal Entity Type:** CORPORATION **State or Country Where Organized:** DELAWARE

**Address:** 185 ADMIRAL COCHRANE DRIVE, SUITE 300
ANNAPOLIS , MARYLAND 21401

**Correspondent**

**Correspondent Name:** MICHAEL J. BEVILACQUA, ESQ.

**Correspondent Address:** WILMER CUTLER PICKERING HALE AND DORRLLP
60 STATE STREET
BOSTON, MA 02109

**Domestic Representative - Not Found**

## Assignment 6 of 8

**Conveyance:** SECURITY AGREEMENT

**Reel/Frame:** 7061/0509 **Pages:** 11

**Date Recorded:** Sep. 25, 2020

**Supporting Documents:** https://assignmentcenter.uspto.gov/ipas/search/api/v2/public/download/trademark/7061/0509

**Assignor**

**Name:** WORLDAWARE INC. **Execution Date:** Sep. 21, 2020

**Legal Entity Type:** CORPORATION **State or Country Where Organized:** DELAWARE

**Assignee**

**Name:** JPMORGAN CHASE BANK, N.A., AS COLLATERAL AGENT

**Legal Entity Type:** BANK **State or Country Where Organized:** UNITED STATES

**Address:** 4 CHASE METROTECH CENTER
BROOKLYN , NEW YORK 11245-0001

**Correspondent**

**Correspondent Name:** CT CORPORATION

**Correspondent Address:** 4400 EASTON COMMONS WAY
SUITE 125
COLUMBUS, OH 43219

**Domestic Representative - Not Found**

## Assignment 7 of 8

**Conveyance:** CHANGE OF NAME

**Reel/Frame:** 7947/0991 **Pages:** 3

**Date Recorded:** Jan. 18, 2023

**Supporting Documents:** https://assignmentcenter.uspto.gov/ipas/search/api/v2/public/download/trademark/7947/0991

**Assignor**

**Name:** WORLDAWARE INC. **Execution Date:** Jan. 20, 2022

**Legal Entity Type:** CORPORATION **State or Country Where Organized:** DELAWARE

**Assignee**

**Name:** CRISIS24, INC.

**Legal Entity Type:** CORPORATION **State or Country Where Organized:** DELAWARE

**Address:** 185 ADMIRAL COCHRANE DRIVE, SUITE 300
ANNAPOLIS , MARYLAND 21401

**Correspondent**

**Correspondent Name:** BENJAMIN S. FERNANDEZ, ESQUIRE

**Correspondent Address:** WILMER CUTLER PICKERING HALE AND DORRLLP
60 STATE STREET
BOSTON, MA 02109

**Domestic Representative - Not Found**

## Assignment 8 of 8

**Conveyance:** SECURITY AGREEMENT

**Reel/Frame:** 7968/0124 **Pages:** 9

**Date Recorded:** Jan. 30, 2023

**Supporting Documents:** https://assignmentcenter.uspto.gov/ipas/search/api/v2/public/download/trademark/7968/0124

**Assignor**

**Name:** TIDEL ENGINEERING, L.P. **Execution Date:** Jan. 30, 2023

**Legal Entity Type:** LIMITED PARTNERSHIP **State or Country Where Organized:** TEXAS

**Name:** CRISIS24, INC. **Execution Date:** Jan. 30, 2023

**Legal Entity Type:** CORPORATION **State or Country Where Organized:** DELAWARE

**DBA, AKA, TA, Formerly:** FORMERLY WORLDAWARE, INC.

**Name:** GARDA CL GREAT LAKES, INC. **Execution Date:** Jan. 30, 2023

**Legal Entity Type:** CORPORATION **State or Country Where Organized:** OHIO

**Name:** WHELAN SECURITY OF CALIFORNIA, INC. **Execution Date:** Jan. 30, 2023

**Legal Entity Type:** CORPORATION **State or Country Where Organized:** CALIFORNIA

**DBA, AKA, TA, Formerly:** FORMERLY COMMERCIAL PROTECTIVE SERVICES, INC.

**Name:** GARDAWORLD CASH SERVICES, INC. **Execution Date:** Jan. 30, 2023

**Legal Entity Type:** CORPORATION **State or Country Where Organized:** DELAWARE

**Name:** GARDA WORLD SECURITY CORPORATION **Execution Date:** Jan. 30, 2023

**Legal Entity Type:** CORPORATION **State or Country Where Organized:** CANADA

**Assignee**

**Name:** COMPUTERSHARE TRUST COMPANY, N.A., AS U.S. NOTES COLLATERAL AGENT

**Legal Entity Type:** BANK **State or Country Where Organized:** UNITED STATES

**Address:** 6200 SOUTH QUEBEC STREET
DENVER , COLORADO 80111

**Correspondent**

**Correspondent Name:** CT CORPORATION

**Correspondent Address:** 4400 EASTON COMMONS WAY
SUITE 125
COLUMBUS, OH 43219

**Domestic Representative - Not Found**

**Generated on:** This page was generated by TSDR on 2026-04-09 16:36:14 EDT

**Mark:** WORLDAWARE

WORLDAWARE

**US Serial Number:** 87880805

**Application Filing Date:** Apr. 17, 2018

**US Registration Number:** 6511750

**Registration Date:** Oct. 05, 2021

**Filed as TEAS RF:** Yes

**Currently TEAS RF:** Yes

**Register:** Principal

**Mark Type:** Trademark, Service Mark

**TM5 Common Status Descriptor:** LIVE/REGISTRATION/Issued and Active

The trademark application has been registered with the Office.

**Status:** Registered. The registration date is used to determine when post-registration maintenance documents are due.

**Status Date:** Oct. 05, 2021

**Publication Date:**Jun. 19, 2018**Notice of Allowance Date:**Aug. 14, 2018

# Mark Information

**Mark Literal Elements:** WORLDAWARE

**Standard Character Claim:** Yes. The mark consists of standard characters without claim to any particular font style, size, or color.

**Mark Drawing Type:** 4 - STANDARD CHARACTER MARK

# Related Properties Information

**International Registration Number:** 1441705

**International Application(s) /Registration(s) Based on this Property:** A0079562/1441705

# Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:

- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** Computer programs, downloadable computer programs and mobile device software for providing information on travel risks, country and health risks, travel information and crisis and emergency impact, assessment, management and mitigation, for establishing and maintaining check-in times and checkpoints for employees and for displaying locations of employees

**International Class(es):** 009 - Primary Class

**U.S Class(es):** 021, 023, 026, 036, 038

**Class Status:** ACTIVE

**First Use:** Jul. 01, 2018

**Use in Commerce:** Jul. 01, 2018

**For:** Travel information services, namely, providing travel reports containing alerts, risk factors, and other travel information, namely, currency, geography, health, language, environmental, transportation, communications, safety, security, financial, cultural, legal and regulatory matters with respect to specific countries of interest via global communications networks

**International Class(es):** 039 - Primary Class **U.S Class(es):** 100, 105

**Class Status:** ACTIVE

**First Use:** Jul. 01, 2018 **Use in Commerce:** Jul. 01, 2018

**For:** Providing temporary use of non-downloadable computer programs for providing location specific intelligence, for sending and receiving alerts, incident reports, emails, intelligence information, notifications and responses, for analyzing, tracking and reporting risk factors and threats around the world, for generating reports regarding employees, agents, or travelers, their activities, locations, itineraries, and assignments, for facilitating communications amongst users, for accessing assistance and expertise, for monitoring activities of employees and agents, for establishing and maintaining check-in times and checkpoints for employees and agents, for displaying locations of employees and agents and for preparing and issuing activity reports; providing an online platform featuring technology for storing, displaying, accessing, sharing and interacting with curated content and for preparing and generating reports of the content

**International Class(es):** 042 - Primary Class **U.S Class(es):** 100, 101

**Class Status:** ACTIVE

**First Use:** Jul. 01, 2018 **Use in Commerce:** Jul. 01, 2018

**For:** Travel security information, namely, providing security information and security alerts on the safety and risks of traveling in and to certain cities or countries related to crime, terrorism, civil unrest, regime instability and armed conflict; security services, namely, analyzing and tracking threats for personal protection purposes and corporate asset protection around the world, providing security assessments for personal protection purposes and corporate asset protection for businesses, employees, agents, facilities and other assets impacted with threats, and preparing and issuing activity reports on impact and potential mitigation options for employees, agents, facilities and other assets impacted with threats; security risk management services in the field of travel, namely, assessing travel risk management policies and procedures, risk training programs, risk assessment procedures, risk disclosure procedures, risk monitoring procedures, response and recovery procedures, notification procedures, and communications procedures and providing recommendations and reports and performance feedback related to the assessment

**International Class(es):** 045 - Primary Class **U.S Class(es):** 100, 101

**Class Status:** ACTIVE

**First Use:** Jul. 01, 2018 **Use in Commerce:** Jul. 01, 2018

# Basis Information (Case Level)

| | | | |
|---|---|---|---|
| **Filed Use:** | No | **Currently Use:** | Yes |
| **Filed ITU:** | Yes | **Currently ITU:** | No |
| **Filed 44D:** | No | **Currently 44D:** | No |
| **Filed 44E:** | No | **Currently 44E:** | No |
| **Filed 66A:** | No | **Currently 66A:** | No |
| **Filed No Basis:** | No | **Currently No Basis:** | No |

# Current Owner(s) Information

**Owner Name:** CRISIS24, INC.

**Owner Address:** 185 ADMIRAL COCHRANE DRIVE, SUITE 300
ANNAPOLIS, MARYLAND UNITED STATES 21401

**Legal Entity Type:** CORPORATION **State or Country Where Organized:** DELAWARE

# Attorney/Correspondence Information

**Attorney of Record**

**Attorney Name:** Benjamin S. Fernandez, Esquire **Docket Number:** 2202198.135

**Attorney Primary Email Address:** WHIPtrademark@wilmerhale.com **Attorney Email Authorized:** Yes

**Correspondent**

**Correspondent Name/Address:** Benjamin S. Fernandez, Esquire
WILMER CUTLER PICKERING HALE AND DORR LLP
60 STATE STREET
BOSTON, MASSACHUSETTS UNITED STATES 02109

**Phone:** 617-526-6658 **Fax:** 617-526-5000

**Correspondent e-mail:** ben.fernandez@wilmerhale.com janey.davidson@wilmerhale.com barbara.barakat@wilmerhale.com WHIPtrademark@wilmerhale.com **Correspondent e-mail Authorized:** Yes

**Domestic Representative - Not Found**

# Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Feb. 15, 2023 | ASSIGNMENT OF OWNERSHIP NOT UPDATED AUTOMATICALLY | |
| Feb. 08, 2023 | AUTOMATIC UPDATE OF ASSIGNMENT OF OWNERSHIP | |
| Oct. 05, 2021 | REGISTERED-PRINCIPAL REGISTER | |
| Aug. 28, 2021 | NOTICE OF ACCEPTANCE OF STATEMENT OF USE E-MAILED | |
| Aug. 27, 2021 | ALLOWED PRINCIPAL REGISTER - SOU ACCEPTED | |
| Aug. 18, 2021 | STATEMENT OF USE PROCESSING COMPLETE | |
| Aug. 16, 2021 | USE AMENDMENT FILED | |
| Aug. 16, 2021 | TEAS STATEMENT OF USE RECEIVED | |
| Mar. 10, 2021 | NOTICE OF APPROVAL OF EXTENSION REQUEST E-MAILED | |
| Mar. 09, 2021 | SOU EXTENSION 5 GRANTED | |
| Feb. 12, 2021 | SOU EXTENSION 5 FILED | |
| Mar. 01, 2021 | CASE ASSIGNED TO INTENT TO USE PARALEGAL | |
| Feb. 12, 2021 | SOU TEAS EXTENSION RECEIVED | |
| Feb. 01, 2021 | APPLICANT/CORRESPONDENCE CHANGES (NON-RESPONSIVE) ENTERED | |
| Feb. 01, 2021 | TEAS CHANGE OF CORRESPONDENCE RECEIVED | |
| Feb. 01, 2021 | TEAS WITHDRAWAL OF ATTORNEY RECEIVED-FIRM RETAINS | |
| Feb. 01, 2021 | ATTORNEY/DOM.REP.REVOKED AND/OR APPOINTED | |
| Feb. 01, 2021 | TEAS REVOKE/APP/CHANGE ADDR OF ATTY/DOM REP RECEIVED | |
| Feb. 01, 2021 | TEAS CHANGE OF OWNER ADDRESS RECEIVED | |
| Oct. 14, 2020 | ASSIGNMENT OF OWNERSHIP NOT UPDATED AUTOMATICALLY | |
| Aug. 18, 2020 | NOTICE OF APPROVAL OF EXTENSION REQUEST E-MAILED | |
| Aug. 14, 2020 | SOU EXTENSION 4 GRANTED | |
| Aug. 14, 2020 | SOU EXTENSION 4 FILED | |
| Aug. 14, 2020 | SOU TEAS EXTENSION RECEIVED | |
| Feb. 14, 2020 | NOTICE OF APPROVAL OF EXTENSION REQUEST E-MAILED | |
| Feb. 12, 2020 | SOU EXTENSION 3 GRANTED | |
| Feb. 12, 2020 | SOU EXTENSION 3 FILED | |
| Feb. 12, 2020 | SOU TEAS EXTENSION RECEIVED | |
| Aug. 16, 2019 | NOTICE OF APPROVAL OF EXTENSION REQUEST E-MAILED | |
| Aug. 14, 2019 | SOU EXTENSION 2 GRANTED | |
| Aug. 14, 2019 | SOU EXTENSION 2 FILED | |
| Aug. 14, 2019 | SOU TEAS EXTENSION RECEIVED | |
| Feb. 16, 2019 | NOTICE OF APPROVAL OF EXTENSION REQUEST E-MAILED | |
| Feb. 14, 2019 | SOU EXTENSION 1 GRANTED | |
| Feb. 14, 2019 | SOU EXTENSION 1 FILED | |
| Feb. 14, 2019 | SOU TEAS EXTENSION RECEIVED | |
| Aug. 14, 2018 | NOA E-MAILED - SOU REQUIRED FROM APPLICANT | |
| Jul. 04, 2018 | AUTOMATIC UPDATE OF ASSIGNMENT OF OWNERSHIP | |
| Jun. 19, 2018 | OFFICIAL GAZETTE PUBLICATION CONFIRMATION E-MAILED | |
| Jun. 19, 2018 | PUBLISHED FOR OPPOSITION | |
| May 30, 2018 | NOTIFICATION OF NOTICE OF PUBLICATION E-MAILED | |
| May 13, 2018 | ASSIGNED TO LIE | |
| May 02, 2018 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| May 01, 2018 | EXAMINER'S AMENDMENT ENTERED | |
| May 01, 2018 | NOTIFICATION OF EXAMINERS AMENDMENT E-MAILED | |
| May 01, 2018 | EXAMINERS AMENDMENT E-MAILED | |
| May 01, 2018 | EXAMINERS AMENDMENT -WRITTEN | |
| May 01, 2018 | ASSIGNED TO EXAMINER | |
| Apr. 25, 2018 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED | |
| Apr. 20, 2018 | NEW APPLICATION ENTERED | |

# TM Staff and Location Information

**TM Staff Information - None**

**File Location**

**Current Location:** PUBLICATION AND ISSUE SECTION **Date in Location:** Aug. 27, 2021

# Assignment Abstract Of Title Information

**Summary**

**Total Assignments:** 6 **Registrant:** WORLDAWARE INC.

## Assignment 1 of 6

**Conveyance:** CHANGE OF NAME

**Reel/Frame:** 6367/0721 **Pages:** 5

**Date Recorded:** Jun. 29, 2018

**Supporting Documents:** https://assignmentcenter.uspto.gov/ipas/search/api/v2/public/download/trademark/6367/0721

**Assignor**

**Name:** IJET INTERNATIONAL, INC. **Execution Date:** Jun. 25, 2018

**Legal Entity Type:** CORPORATION **State or Country Where Organized:** DELAWARE

**Assignee**

**Name:** WORLDAWARE INC.

**Legal Entity Type:** CORPORATION **State or Country Where Organized:** DELAWARE

**Address:** 185 ADMIRAL COCHRANE DRIVE, SUITE 300
ANNAPOLIS , MARYLAND 21401

**Correspondent**

**Correspondent Name:** MICHAEL J. BEVILACQUA, ESQUIRE

**Correspondent Address:** WILMER CUTLER PICKERING HALE AND DORRLLP
60 STATE STREET
BOSTON, MA 02109

**Domestic Representative - Not Found**

## Assignment 2 of 6

**Conveyance:** SECURITY INTEREST

**Reel/Frame:** 6985/0020 **Pages:** 14

**Date Recorded:** Jun. 30, 2020

**Supporting Documents:** https://assignmentcenter.uspto.gov/ipas/search/api/v2/public/download/trademark/6985/0020

**Assignor**

**Name:** IJET INTERNATIONAL HOLDINGS, LLC **Execution Date:** Jun. 30, 2020

**Legal Entity Type:** LIMITED LIABILITY COMPANY **State or Country Where Organized:** No Place of Organization Found

**Name:** WORLDAWARE INC. **Execution Date:** Jun. 30, 2020

**Legal Entity Type:** CORPORATION **State or Country Where Organized:** No Place of Organization Found

**Assignee**

**Name:** STERLING NATIONAL BANK, AS AGENT

**Legal Entity Type:** NATIONAL BANKING ASSOCIATION **State or Country Where Organized:** UNITED STATES

**Address:** ONE JERICHO PLAZA
JERICHO , NEW YORK 11753

**Correspondent**

**Correspondent** BRIAN P. KERWIN

**Name:**

**Correspondent Address:** 190 S. LASALLE STREET, SUITE 3700
DUANE MORRIS LLP
CHICAGO, IL 60603

**Domestic Representative - Not Found**

## Assignment 3 of 6

**Conveyance:** RELEASE OF SECURITY INTEREST

**Reel/Frame:** 6999/0450 **Pages:** 6

**Date Recorded:** Jul. 15, 2020

**Supporting Documents:** https://assignmentcenter.uspto.gov/ipas/search/api/v2/public/download/trademark/6999/0450

**Assignor**

**Name:** STERLING NATIONAL BANK, AS AGENT **Execution Date:** Jul. 13, 2020

**Legal Entity Type:** NATIONAL BANKING ASSOCIATION **State or Country Where Organized:** UNITED STATES

**Assignee**

**Name:** IJET INTERNATIONAL HOLDINGS, LLC

**Legal Entity Type:** LIMITED LIABILITY COMPANY **State or Country Where Organized:** DELAWARE

**Address:** 185 ADMIRAL COCHRANE DRIVE, SUITE 300
ANNAPOLIS , MARYLAND 21401

**Name:** WORLDAWARE INC.

**Legal Entity Type:** CORPORATION **State or Country Where Organized:** DELAWARE

**Address:** 185 ADMIRAL COCHRANE DRIVE, SUITE 300
ANNAPOLIS , MARYLAND 21401

**Correspondent**

**Correspondent Name:** MICHAEL J. BEVILACQUA, ESQ.

**Correspondent Address:** WILMER CUTLER PICKERING HALE AND DORRLLP
60 STATE STREET
BOSTON, MA 02109

**Domestic Representative - Not Found**

## Assignment 4 of 6

**Conveyance:** SECURITY AGREEMENT

**Reel/Frame:** 7061/0509 **Pages:** 11

**Date Recorded:** Sep. 25, 2020

**Supporting Documents:** https://assignmentcenter.uspto.gov/ipas/search/api/v2/public/download/trademark/7061/0509

**Assignor**

**Name:** WORLDAWARE INC. **Execution Date:** Sep. 21, 2020

**Legal Entity Type:** CORPORATION **State or Country Where Organized:** DELAWARE

**Assignee**

**Name:** JPMORGAN CHASE BANK, N.A., AS COLLATERAL AGENT

**Legal Entity Type:** BANK **State or Country Where Organized:** UNITED STATES

**Address:** 4 CHASE METROTECH CENTER
BROOKLYN , NEW YORK 11245-0001

**Correspondent**

**Correspondent Name:** CT CORPORATION

**Correspondent Address:** 4400 EASTON COMMONS WAY
SUITE 125
COLUMBUS, OH 43219

**Domestic Representative - Not Found**

### Assignment 5 of 6

**Conveyance:** CHANGE OF NAME

**Reel/Frame:** 7947/0991 **Pages:** 3

**Date Recorded:** Jan. 18, 2023

**Supporting Documents:** https://assignmentcenter.uspto.gov/ipas/search/api/v2/public/download/trademark/7947/0991

**Assignor**

**Name:** WORLDAWARE INC. **Execution Date:** Jan. 20, 2022

**Legal Entity Type:** CORPORATION **State or Country Where Organized:** DELAWARE

**Assignee**

**Name:** CRISIS24, INC.

**Legal Entity Type:** CORPORATION **State or Country Where Organized:** DELAWARE

**Address:** 185 ADMIRAL COCHRANE DRIVE, SUITE 300
ANNAPOLIS , MARYLAND 21401

**Correspondent**

**Correspondent Name:** BENJAMIN S. FERNANDEZ, ESQUIRE

**Correspondent Address:** WILMER CUTLER PICKERING HALE AND DORRLLP
60 STATE STREET
BOSTON, MA 02109

**Domestic Representative - Not Found**

### Assignment 6 of 6

**Conveyance:** SECURITY AGREEMENT

**Reel/Frame:** 7968/0124 **Pages:** 9

**Date Recorded:** Jan. 30, 2023

**Supporting Documents:** https://assignmentcenter.uspto.gov/ipas/search/api/v2/public/download/trademark/7968/0124

**Assignor**

**Name:** TIDEL ENGINEERING, L.P. **Execution Date:** Jan. 30, 2023

**Legal Entity Type:** LIMITED PARTNERSHIP **State or Country Where Organized:** TEXAS

**Name:** CRISIS24, INC. **Execution Date:** Jan. 30, 2023

**Legal Entity Type:** CORPORATION **State or Country Where Organized:** DELAWARE

**DBA, AKA, TA, Formerly:** FORMERLY WORLDAWARE, INC.

**Name:** GARDA CL GREAT LAKES, INC. **Execution Date:** Jan. 30, 2023

**Legal Entity Type:** CORPORATION **State or Country Where Organized:** OHIO

**Name:** WHELAN SECURITY OF CALIFORNIA, INC. **Execution Date:** Jan. 30, 2023

**Legal Entity Type:** CORPORATION **State or Country Where Organized:** CALIFORNIA

**DBA, AKA, TA, Formerly:** FORMERLY COMMERCIAL PROTECTIVE SERVICES, INC.

**Name:** GARDAWORLD CASH SERVICES, INC. **Execution Date:** Jan. 30, 2023

**Legal Entity Type:** CORPORATION **State or Country Where Organized:** DELAWARE

**Name:** GARDA WORLD SECURITY CORPORATION **Execution Date:** Jan. 30, 2023

**Legal Entity Type:** CORPORATION **State or Country Where Organized:** CANADA

**Assignee**

**Name:** COMPUTERSHARE TRUST COMPANY, N.A., AS U.S. NOTES COLLATERAL AGENT

**Legal Entity Type:** BANK

**State or Country Where Organized:** UNITED STATES

**Address:** 6200 SOUTH QUEBEC STREET
DENVER , COLORADO 80111

**Correspondent**

**Correspondent Name:** CT CORPORATION

**Correspondent Address:** 4400 EASTON COMMONS WAY
SUITE 125
COLUMBUS, OH 43219

**Domestic Representative - Not Found**

**Generated on:** This page was generated by TSDR on 2026-04-09 16:32:38 EDT

**Mark:** AWARE

**US Serial Number:** 98847605

**Application Filing Date:** Nov. 11, 2024

**Register:** Principal

**Mark Type:** Trademark, Service Mark

**TM5 Common Status Descriptor:** LIVE/APPLICATION/Published for Opposition

A pending trademark application has been examined by the Office and has been published in a way that provides an opportunity for the public to oppose its registration.

**Status:** Notice of Allowance (NOA) sent (issued) to the applicant. Applicant must file a Statement of Use or Extension Request within six months of the NOA issuance date.

**Status Date:** Sep. 30, 2025

**Publication Date:**Jun. 10, 2025**Notice of Allowance Date:**Sep. 30, 2025

# Mark Information

**Mark Literal Elements:** AWARE

**Standard Character Claim:** No

**Mark Drawing Type:** 3 - AN ILLUSTRATION DRAWING WHICH INCLUDES WORD(S)/ LETTER(S) /NUMBER(S)

**Description of Mark:** The mark consists of the word AWARE in stylized font with a left slanted 3/4 circle wrapping around the letter A.

**Color(s) Claimed:** Color is not claimed as a feature of the mark.

**Design Search Code(s):** 26.01.03 - Circles, incomplete (more than semi-circles); Incomplete circles (more than semi-circles)

# Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:

- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** Downloadable application software for critical asset monitoring, security and threat management decision making

**International Class(es):** 009 - Primary Class

**U.S Class(es):** 021, 023, 026, 036, 038

**Class Status:** ACTIVE

**For:** Providing online, non-downloadable software for critical asset monitoring, security and threat management decision making

**International Class(es):** 042 - Primary Class

**U.S Class(es):** 100, 101

**Class Status:** ACTIVE

# Basis Information (Case Level)

| | | | |
|---|---|---|---|
| **Filed Use:** | No | **Currently Use:** | No |
| **Filed ITU:** | Yes | **Currently ITU:** | Yes |
| **Filed 44D:** | No | **Currently 44D:** | No |
| **Filed 44E:** | No | **Currently 44E:** | No |
| **Filed 66A:** | No | **Currently 66A:** | No |

**Filed No Basis:** No **Currently No Basis:** No

# Current Owner(s) Information

**Owner Name:** Axient LLC

**Owner Address:** 360A Quality Circle, Suite 100
Huntsville, ALABAMA UNITED STATES 35806

**Legal Entity Type:** LIMITED LIABILITY COMPANY **State or Country Where Organized:** DELAWARE

# Attorney/Correspondence Information

**Attorney of Record**

**Attorney Name:** Elizabeth H. Cohen **Docket Number:** 044876.00014

**Attorney Primary Email Address:** tmdocket@afslaw.com **Attorney Email Authorized:** Yes

**Correspondent**

**Correspondent Name/Address:** Elizabeth H. Cohen
ArentFox Schiff LLP
1301 Avenue of the Americas, 42nd Floor
New York, NEW YORK United States 10019

**Correspondent e-mail:** tmdocket@afslaw.com Elizabeth.Cohen@afslaw.com Jimeelah.Berryman@afslaw.com Chiara.Giuliani@afslaw.com **Correspondent e-mail Authorized:** Yes

**Domestic Representative - Not Found**

# Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Sep. 30, 2025 | NOA E-MAILED - SOU REQUIRED FROM APPLICANT | |
| Jun. 10, 2025 | OFFICIAL GAZETTE PUBLICATION CONFIRMATION E-MAILED | |
| Jun. 10, 2025 | PUBLISHED FOR OPPOSITION | |
| Jun. 04, 2025 | NOTIFICATION OF NOTICE OF PUBLICATION E-MAILED | |
| May 29, 2025 | TEAS WITHDRAWAL OF ATTORNEY RECEIVED-FIRM RETAINS | |
| May 29, 2025 | TEAS CHANGE OF CORRESPONDENCE RECEIVED | |
| May 29, 2025 | ATTORNEY/DOM.REP.REVOKED AND/OR APPOINTED | |
| May 29, 2025 | TEAS REVOKE/APP/CHANGE ADDR OF ATTY/DOM REP RECEIVED | |
| May 07, 2025 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| May 07, 2025 | ASSIGNED TO EXAMINER | 77765 |
| May 05, 2025 | NOTICE OF DESIGN SEARCH CODE E-MAILED | |
| May 05, 2025 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED | |
| Nov. 11, 2024 | NEW APPLICATION ENTERED | |

# TM Staff and Location Information

**TM Staff Information**

**TM Attorney:** MARCY, AMY ALFIERI **Law Office Assigned:** LAW OFFICE 109

**File Location**

**Current Location:** INTENT TO USE SECTION **Date in Location:** Sep. 30, 2025

**Generated on:** This page was generated by TSDR on 2026-04-09 16:23:15 EDT

**Mark:** AWARE

AWARE

**US Serial Number:** 86783740

**Application Filing Date:** Oct. 09, 2015

**US Registration Number:** 5291635

**Registration Date:** Sep. 19, 2017

**Filed as TEAS RF:** Yes

**Currently TEAS RF:** Yes

**Register:** Principal

**Mark Type:** Trademark, Service Mark

**TM5 Common Status Descriptor:** LIVE/REGISTRATION/Issued and Active

The trademark application has been registered with the Office.

**Status:** A Sections 8 and 15 combined declaration has been accepted and acknowledged.

**Status Date:** Mar. 13, 2024

**Publication Date:** Sep. 13, 2016 **Notice of Allowance Date:** Nov. 08, 2016

# Mark Information

**Mark Literal Elements:** AWARE

**Standard Character Claim:** Yes. The mark consists of standard characters without claim to any particular font style, size, or color.

**Mark Drawing Type:** 4 - STANDARD CHARACTER MARK

# Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:

- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** Systems comprised of computer hardware, software, and network connection hardware for configuring, controlling, and managing media presentations on electronic display boards and electronic display screens; systems comprised of computer hardware, software, and network connection hardware for providing data, metrics, and analytics pertaining to the media displayed on electronic display boards and electronic display screens

**International Class(es):** 009 - Primary Class

**U.S Class(es):** 021, 023, 026, 036, 038

**Class Status:** ACTIVE

**First Use:** Dec. 06, 2016

**Use in Commerce:** Dec. 06, 2016

---

**For:** Providing business media presentations on systems comprised of computer hardware, software, and cloud connected electronic displays for business or advertising purposes

**International Class(es):** 035 - Primary Class

**U.S Class(es):** 100, 101, 102

**Class Status:** ACTIVE

**First Use:** Dec. 06, 2016

**Use in Commerce:** Dec. 06, 2016

---

**For:** Providing media presentations in the field of sports, art, pop culture, and current events news on systems comprised of computer hardware, software, and cloud connected electronic displays for entertainment purposes

**International Class(es):** 041 - Primary Class

**U.S Class(es):** 100, 101, 107

**Class Status:** ACTIVE

| | | | |
|---|---|---|---|
| **First Use:** | Dec. 06, 2016 | **Use in Commerce:** | Dec. 06, 2016 |

| | | | |
|---|---|---|---|
| **For:** | Computer services, namely, providing configuration, control, and management of computer hardware, software, and cloud connected electronic displays; scientific and technological services, namely, providing technical data, metrics, and analytics pertaining to the media displayed on electronic display boards and electronic display screens by means of systems comprised of computer hardware, software, and cloud connected electronic displays | | |
| **International Class(es):** | 042 - Primary Class | **U.S Class(es):** | 100, 101 |
| **Class Status:** | ACTIVE | | |
| **First Use:** | Dec. 06, 2016 | **Use in Commerce:** | Dec. 06, 2016 |

# Basis Information (Case Level)

| | | | |
|---|---|---|---|
| **Filed Use:** | No | **Currently Use:** | Yes |
| **Filed ITU:** | Yes | **Currently ITU:** | No |
| **Filed 44D:** | No | **Currently 44D:** | No |
| **Filed 44E:** | No | **Currently 44E:** | No |
| **Filed 66A:** | No | **Currently 66A:** | No |
| **Filed No Basis:** | No | **Currently No Basis:** | No |

# Current Owner(s) Information

| | | | |
|---|---|---|---|
| **Owner Name:** | NANOLUMENS, INC. | | |
| **Owner Address:** | 5390 Triangle Parkway<br>Suite 300<br>Peachtree Corners, GEORGIA UNITED STATES 30092 | | |
| **Legal Entity Type:** | CORPORATION | **State or Country Where Organized:** | GEORGIA |

# Attorney/Correspondence Information

**Attorney of Record**

| | | | |
|---|---|---|---|
| **Attorney Name:** | Michael D. Hobbs, Jr., Esq. | **Docket Number:** | 258628.5 |
| **Attorney Primary Email Address:** | trademarks@troutman.com | **Attorney Email Authorized:** | Yes |

**Correspondent**

| | | | |
|---|---|---|---|
| **Correspondent Name/Address:** | Michael D. Hobbs, Jr., Esq.<br>Troutman Pepper Locke LLP<br>600 Peachtree Street, NE, Suite 3000<br>Atlanta, GEORGIA United States 30308 | | |
| **Phone:** | 404-885-3330 | **Fax:** | 404-962-6588 |
| **Correspondent e-mail:** | trademarks@troutman.com michael.hobbs@troutman.com shannon.falloon@troutman.com | **Correspondent e-mail Authorized:** | Yes |

**Domestic Representative - Not Found**

# Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Nov. 28, 2025 | TEAS CHANGE OF CORRESPONDENCE RECEIVED | |
| Nov. 28, 2025 | ATTORNEY/DOM.REP.REVOKED AND/OR APPOINTED | |
| Nov. 28, 2025 | TEAS REVOKE/APP/CHANGE ADDR OF ATTY/DOM REP RECEIVED | |
| Mar. 13, 2024 | NOTICE OF ACCEPTANCE OF SEC. 8 & 15 - E-MAILED | |
| Mar. 13, 2024 | REGISTERED - SEC. 8 (6-YR) ACCEPTED & SEC. 15 ACK. | |
| Mar. 13, 2024 | CASE ASSIGNED TO POST REGISTRATION PARALEGAL | |
| Sep. 19, 2023 | TEAS SECTION 8 & 15 RECEIVED | |
| Sep. 19, 2022 | COURTESY REMINDER - SEC. 8 (6-YR) E-MAILED | |
| Jan. 14, 2021 | APPLICANT/CORRESPONDENCE CHANGES (NON-RESPONSIVE) ENTERED | |
| Jan. 14, 2021 | TEAS CHANGE OF CORRESPONDENCE RECEIVED | |
| Jan. 14, 2021 | ATTORNEY/DOM.REP.REVOKED AND/OR APPOINTED | |

| | |
|---|---|
| Jan. 14, 2021 | TEAS REVOKE/APP/CHANGE ADDR OF ATTY/DOM REP RECEIVED |
| Jan. 14, 2021 | TEAS CHANGE OF OWNER ADDRESS RECEIVED |
| Sep. 19, 2017 | REGISTERED-PRINCIPAL REGISTER |
| Aug. 12, 2017 | NOTICE OF ACCEPTANCE OF STATEMENT OF USE E-MAILED |
| Aug. 11, 2017 | ALLOWED PRINCIPAL REGISTER - SOU ACCEPTED |
| Aug. 11, 2017 | TEAS/EMAIL CORRESPONDENCE ENTERED |
| Aug. 11, 2017 | CORRESPONDENCE RECEIVED IN LAW OFFICE |
| Aug. 08, 2017 | TEAS RESPONSE TO OFFICE ACTION RECEIVED |
| Aug. 08, 2017 | NOTIFICATION OF NON-FINAL ACTION E-MAILED |
| Aug. 08, 2017 | NON-FINAL ACTION E-MAILED |
| Aug. 08, 2017 | SU - NON-FINAL ACTION - WRITTEN |
| Jul. 17, 2017 | TEAS/EMAIL CORRESPONDENCE ENTERED |
| Jul. 17, 2017 | CORRESPONDENCE RECEIVED IN LAW OFFICE |
| Jul. 13, 2017 | TEAS RESPONSE TO OFFICE ACTION RECEIVED |
| Feb. 02, 2017 | NOTIFICATION OF NON-FINAL ACTION E-MAILED |
| Feb. 02, 2017 | NON-FINAL ACTION E-MAILED |
| Feb. 02, 2017 | SU - NON-FINAL ACTION - WRITTEN |
| Jan. 19, 2017 | STATEMENT OF USE PROCESSING COMPLETE |
| Dec. 28, 2016 | USE AMENDMENT FILED |
| Jan. 19, 2017 | CASE ASSIGNED TO INTENT TO USE PARALEGAL |
| Dec. 28, 2016 | TEAS STATEMENT OF USE RECEIVED |
| Nov. 08, 2016 | NOA E-MAILED - SOU REQUIRED FROM APPLICANT |
| Sep. 13, 2016 | OFFICIAL GAZETTE PUBLICATION CONFIRMATION E-MAILED |
| Sep. 13, 2016 | PUBLISHED FOR OPPOSITION |
| Aug. 24, 2016 | NOTIFICATION OF NOTICE OF PUBLICATION E-MAILED |
| Aug. 10, 2016 | LAW OFFICE PUBLICATION REVIEW COMPLETED |
| Aug. 09, 2016 | ASSIGNED TO LIE |
| Aug. 09, 2016 | ASSIGNED TO LIE |
| Aug. 03, 2016 | ASSIGNED TO LIE |
| Jul. 25, 2016 | APPROVED FOR PUB - PRINCIPAL REGISTER |
| Jul. 23, 2016 | TEAS/EMAIL CORRESPONDENCE ENTERED |
| Jul. 23, 2016 | CORRESPONDENCE RECEIVED IN LAW OFFICE |
| Jul. 23, 2016 | TEAS RESPONSE TO OFFICE ACTION RECEIVED |
| Feb. 18, 2016 | NOTIFICATION OF NON-FINAL ACTION E-MAILED |
| Feb. 18, 2016 | NON-FINAL ACTION E-MAILED |
| Feb. 18, 2016 | NON-FINAL ACTION WRITTEN |
| Feb. 01, 2016 | ASSIGNED TO EXAMINER |
| Oct. 15, 2015 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED |
| Oct. 13, 2015 | NEW APPLICATION ENTERED |

# TM Staff and Location Information

**TM Staff Information - None**

**File Location**

**Current Location:** TMEG LAW OFFICE 104 **Date in Location:** Mar. 13, 2024

# Assignment Abstract Of Title Information

**Summary**

**Total Assignments:** 2 **Registrant:** NANOLUMENS, INC.

**Assignment 1 of 2**

**Conveyance:** SECURITY INTEREST

**Reel/Frame:** 5652/0690 **Pages:** 8

**Date Recorded:** Oct. 26, 2015

**Supporting** https://assignmentcenter.uspto.gov/ipas/search/api/v2/public/download/trademark/5652/0690

**Documents:**

**Assignor**

**Name:** NANOLUMENS, INC.
**Execution Date:** Jul. 25, 2013
**Legal Entity Type:** CORPORATION
**State or Country Where Organized:** GEORGIA

**Assignee**

**Name:** PACIFIC WESTERN BANK (AS SUCCESSOR IN INTEREST BY MERGER TO SQUARE 1 BANK)
**Legal Entity Type:** STATE CHARTERED BANK
**State or Country Where Organized:** CALIFORNIA
**Address:** 406 BLACKWELL STREET
DURHAM , NORTH CAROLINA 27701

**Correspondent**

**Correspondent Name:** PACIFIC WESTERN BANK
**Correspondent Address:** 406 BLACKWELL STREET
SUITE 240
DURHAM, NC 27701

**Domestic Representative - Not Found**

## Assignment 2 of 2

**Conveyance:** RELEASE OF SECURITY INTEREST
**Reel/Frame:** 6477/0693
**Pages:** 5
**Date Recorded:** Nov. 07, 2018
**Supporting Documents:** https://assignmentcenter.uspto.gov/ipas/search/api/v2/public/download/trademark/6477/0693

**Assignor**

**Name:** PACIFIC WESTERN BANK (SUCCESSOR BY MERGER TO SQUARE 1 BANK)
**Execution Date:** Nov. 06, 2018
**Legal Entity Type:** STATE CHARTERED BANK
**State or Country Where Organized:** CALIFORNIA

**Assignee**

**Name:** NANOLUMENS, INC.
**Legal Entity Type:** CORPORATION
**State or Country Where Organized:** GEORGIA
**Address:** 4900 AVALON RIDGE PARKWAY
NORCROSS , GEORGIA 30071

**Correspondent**

**Correspondent Name:** PACIFIC WESTERN BANK
**Correspondent Address:** 406 BLACKWELL STREET
SUITE 240
DURHAM, NC 27701

**Domestic Representative - Not Found**

**Generated on:** This page was generated by TSDR on 2026-04-09 16:23:51 EDT

**Mark:** AWARE

Aware

**US Serial Number:** 86489353

**Application Filing Date:** Dec. 23, 2014

**US Registration Number:** 4782003

**Registration Date:** Jul. 28, 2015

**Register:** Principal

**Mark Type:** Trademark, Service Mark

**TM5 Common Status Descriptor:** LIVE/REGISTRATION/Issued and Active

The trademark application has been registered with the Office.

**Status:** The registration has been renewed.

**Status Date:** Oct. 31, 2025

**Publication Date:** May 12, 2015

# Mark Information

**Mark Literal Elements:** AWARE

**Standard Character Claim:** Yes. The mark consists of standard characters without claim to any particular font style, size, or color.

**Mark Drawing Type:** 4 - STANDARD CHARACTER MARK

# Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:

- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** [ Computer software for use in tracking, maintaining, organizing, and indexing a wide range of information related to financial accountability, employment, case outcomes, case activities, educational courses, training, performance accountability, and case status, in the fields of vocational rehabilitation case management, social service case management, and independent living case management; computer software for managing cases, contracts, and projects in connection with workforce investment systems such as under the workforce investment act; and computer software for use in managing databases ]

**International Class(es):** 009 - Primary Class

**U.S Class(es):** 021, 023, 026, 036, 038

**Class Status:** SECTION 8 - CANCELLED

**First Use:** May 01, 1998

**Use in Commerce:** Jul. 01, 1998

**For:** Providing temporary use of online non-downloadable computer software for use in tracking, maintaining, organizing, and indexing a wide range of information related to financial accountability, employment, case outcomes, case activities, educational courses, training, performance accountability, and case status, in the fields of vocational rehabilitation case management, social service case management, and independent living case management; providing temporary use of online non-downloadable computer software for managing cases, contracts, and projects in connection with workforce investment systems such as under the Workforce Investment Act; and providing temporary use of online non-downloadable computer software for use in managing databases

**International Class(es):** 042 - Primary Class

**U.S Class(es):** 100, 101

**Class Status:** ACTIVE

**First Use:** Apr. 30, 2001

**Use in Commerce:** Sep. 15, 2001

# Basis Information (Case Level)

| | | | |
|---|---|---|---|
| **Filed Use:** | Yes | **Currently Use:** | Yes |
| **Filed ITU:** | No | **Currently ITU:** | No |
| **Filed 44D:** | No | **Currently 44D:** | No |
| **Filed 44E:** | No | **Currently 44E:** | No |
| **Filed 66A:** | No | **Currently 66A:** | No |
| **Filed No Basis:** | No | **Currently No Basis:** | No |

# Current Owner(s) Information

**Owner Name:** Alliance Enterprises, Inc.

**Owner Address:** 2590 Willamette Drive NE
Lacey, WASHINGTON UNITED STATES 98516

**Legal Entity Type:** CORPORATION **State or Country Where Organized:** WASHINGTON

# Attorney/Correspondence Information

**Attorney of Record**

**Attorney Name:** Ashley N. Klein **Docket Number:** 306182401024

**Attorney Primary Email Address:** trademarkdocketing@bradley.com **Attorney Email Authorized:** Yes

**Correspondent**

**Correspondent Name/Address:** Ashley N. Klein
Bradley Arant Boult Cummings LLP
1230 Peachtree Street NE, Suite 2100
Promenade Tower
Atlanta, GEORGIA United States 30309

**Phone:** 404-868-2100 **Fax:** 404-868-2010

**Correspondent e-mail:** trademarkdocketing@bradley.com aklein@bradley.com hphillips@bradley.com amurphy@bradley.com **Correspondent e-mail Authorized:** Yes

**Domestic Representative - Not Found**

# Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Mar. 10, 2026 | ASSIGNMENT OF OWNERSHIP NOT UPDATED AUTOMATICALLY | |
| Oct. 31, 2025 | NOTICE OF ACCEPTANCE OF PARTIAL SEC. 8 & 9 EMAILED | |
| Oct. 31, 2025 | REGISTERED AND RENEWED (FIRST RENEWAL - 10 YRS) | |
| Oct. 31, 2025 | REGISTERED - SEC. 9 GRANTED/CHECK RECORD FOR SEC. 8 | |
| Oct. 31, 2025 | REGISTERED - PARTIAL SEC. 8 (10-YR) ACCEPTED | |
| Oct. 31, 2025 | CASE ASSIGNED TO POST REGISTRATION PARALEGAL | |
| Jul. 14, 2025 | TEAS SECTION 8 & 9 RECEIVED | |
| Jun. 20, 2025 | TEAS CHANGE OF CORRESPONDENCE RECEIVED | |
| Jun. 20, 2025 | ATTORNEY/DOM.REP.REVOKED AND/OR APPOINTED | |
| Jun. 20, 2025 | TEAS REVOKE/APP/CHANGE ADDR OF ATTY/DOM REP RECEIVED | |
| Jun. 20, 2025 | APPLICANT/CORRESPONDENCE CHANGES (NON-RESPONSIVE) ENTERED | |
| Jun. 20, 2025 | TEAS CHANGE OF OWNER ADDRESS RECEIVED | |
| Jul. 28, 2024 | COURTESY REMINDER - SEC. 8 (10-YR)/SEC. 9 E-MAILED | |
| Nov. 02, 2023 | TEAS CHANGE OF CORRESPONDENCE RECEIVED | |
| Nov. 02, 2023 | ATTORNEY/DOM.REP.REVOKED AND/OR APPOINTED | |
| Nov. 02, 2023 | TEAS REVOKE/APP/CHANGE ADDR OF ATTY/DOM REP RECEIVED | |
| Sep. 13, 2021 | NOTICE OF ACCEPTANCE OF SEC. 8 & 15 - E-MAILED | |
| Sep. 13, 2021 | REGISTERED - SEC. 8 (6-YR) ACCEPTED & SEC. 15 ACK. | |
| Sep. 13, 2021 | CASE ASSIGNED TO POST REGISTRATION PARALEGAL | |
| May 27, 2021 | TEAS SECTION 8 & 15 RECEIVED | |
| May 03, 2021 | APPLICANT/CORRESPONDENCE CHANGES (NON-RESPONSIVE) ENTERED | |

| | |
|---|---|
| May 03, 2021 | TEAS CHANGE OF CORRESPONDENCE RECEIVED |
| May 03, 2021 | ATTORNEY/DOM.REP.REVOKED AND/OR APPOINTED |
| May 03, 2021 | TEAS REVOKE/APP/CHANGE ADDR OF ATTY/DOM REP RECEIVED |
| May 03, 2021 | TEAS CHANGE OF OWNER ADDRESS RECEIVED |
| Jul. 28, 2020 | COURTESY REMINDER - SEC. 8 (6-YR) E-MAILED |
| Jul. 28, 2015 | REGISTERED-PRINCIPAL REGISTER |
| May 12, 2015 | OFFICIAL GAZETTE PUBLICATION CONFIRMATION E-MAILED |
| May 12, 2015 | PUBLISHED FOR OPPOSITION |
| Apr. 22, 2015 | NOTIFICATION OF NOTICE OF PUBLICATION E-MAILED |
| Apr. 03, 2015 | LAW OFFICE PUBLICATION REVIEW COMPLETED |
| Apr. 03, 2015 | APPROVED FOR PUB - PRINCIPAL REGISTER |
| Apr. 03, 2015 | EXAMINER'S AMENDMENT ENTERED |
| Apr. 02, 2015 | ASSIGNED TO LIE |
| Apr. 02, 2015 | NOTIFICATION OF EXAMINERS AMENDMENT E-MAILED |
| Apr. 02, 2015 | EXAMINERS AMENDMENT E-MAILED |
| Apr. 02, 2015 | EXAMINERS AMENDMENT -WRITTEN |
| Apr. 02, 2015 | ASSIGNED TO EXAMINER |
| Dec. 31, 2014 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED |
| Dec. 26, 2014 | NEW APPLICATION ENTERED |

# TM Staff and Location Information

**TM Staff Information - None**

**File Location**

**Current Location:** Not Found **Date in Location:** Not Found

# Assignment Abstract Of Title Information

**Summary**

**Total Assignments:** 3 **Registrant:** Alliance Enterprises, Inc.

### Assignment 1 of 3

**Conveyance:** SECURITY INTEREST

**Reel/Frame:** 8969/0486 **Pages:** 11

**Date Recorded:** Aug. 15, 2025

**Supporting Documents:** https://assignmentcenter.uspto.gov/ipas/search/api/v2/public/download/trademark/8969/0486

**Assignor**

**Name:** ALLIANCE ENTERPRISES, INC. **Execution Date:** Aug. 15, 2025

**Legal Entity Type:** CORPORATION **State or Country Where Organized:** WASHINGTON

**Assignee**

**Name:** THE TORONTO-DOMINION BANK, AS ADMINISTRATIVE AGENT FOR THE FINANCE PARTIES

**Legal Entity Type:** CHARTERED BANK **State or Country Where Organized:** CANADA

**Address:** TD BANK TOWER, 9TH FLOOR
TORONTO , M5K 1A2

**Correspondent**

**Correspondent Name:** ARVID VON TAUBE

**Correspondent Address:** RICH MAY, P.C.
176 FEDERAL STREET
BOSTON, MA 02110

**Domestic Representative - Not Found**

### Assignment 2 of 3

**Conveyance:** RELEASE OF SECURITY INTEREST

**Reel/Frame:** 9095/0783 **Pages:** 7

**Date Recorded:** Dec. 09, 2025

**Supporting Documents:** No Supporting Documents Available

**Assignor**

**Name:** ALLIANCE ENTERPRISES, INC. **Execution Date:** Dec. 09, 2025

**Legal Entity Type:** CORPORATION **State or Country Where Organized:** WASHINGTON

**Assignee**

**Name:** THE TORONTO-DOMINION BANK

**Legal Entity Type:** CHARTERED BANK **State or Country Where Organized:** CANADA

**Address:** 1350 RENE-LEVESQUE BOULEVARD WEST
MONTREAL , H3G1T4

**Correspondent**

**Correspondent Name:** Jonathan Loeb

**Correspondent Address:** 176 Federal Street
6th Floor
Boston, MA 02110

**Domestic Representative - Not Found**

## Assignment 3 of 3

**Conveyance:** NOTICE OF SECURITY INTEREST IN TRADEMARKS AND PATENTS

**Reel/Frame:** 9104/0390 **Pages:** 8

**Date Recorded:** Dec. 16, 2025

**Supporting Documents:** https://assignmentcenter.uspto.gov/ipas/search/api/v2/public/download/trademark/9104/0390

**Assignor**

**Name:** ALLIANCE ENTERPRISES, INC. **Execution Date:** Dec. 16, 2025

**Legal Entity Type:** CORPORATION **State or Country Where Organized:** WASHINGTON

**Assignee**

**Name:** WELLS FARGO BANK, NATIONAL ASSOCIATION

**Legal Entity Type:** NATIONAL BANKING ASSOCIATION **State or Country Where Organized:** UNITED STATES

**Address:** 125 HIGHT STREET, 15TH FLOOR
BOSTON , MASSACHUSETTS 02110

**Correspondent**

**Correspondent Name:** Susan C. DiNicola

**Correspondent Address:** Holland & Knight LLP
10 St. James Avenue
Boston , MA 02116

**Domestic Representative - Not Found**

**Generated on:** This page was generated by TSDR on 2026-04-09 16:27:22 EDT

**Mark:** AWARE

**US Serial Number:** 90863786

**Application Filing Date:** Aug. 03, 2021

**US Registration Number:** 6774715

**Registration Date:** Jun. 28, 2022

**Register:** Principal

**Mark Type:** Trademark, Service Mark

**TM5 Common Status Descriptor:** LIVE/REGISTRATION/Issued and Active

The trademark application has been registered with the Office.

**Status:** Registered. The registration date is used to determine when post-registration maintenance documents are due.

**Status Date:** Jun. 28, 2022

**Publication Date:** Apr. 12, 2022

# Mark Information

**Mark Literal Elements:** AWARE

**Standard Character Claim:** No

**Mark Drawing Type:** 3 - AN ILLUSTRATION DRAWING WHICH INCLUDES WORD(S)/ LETTER(S) /NUMBER(S)

**Description of Mark:** The mark consists of of a square, tilted back, with the word "AWARE" atop the square's upper right corner, breaking the lines of the corner.

**Design Search Code(s):** 26.09.02 - Plain single line squares; Squares, plain single line
26.09.03 - Incomplete squares; Squares, incomplete
26.13.03 - Incomplete quadrilaterals and quadrilaterals made of broken or dotted lines; Quadrilaterals made with broken lines; Quadrilaterals (incomplete)

# Related Properties Information

**Claimed Ownership of US Registrations:** 4782003

# Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:

- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** Downloadable computer software for use in tracking, maintaining, organizing, and indexing a wide range of information related to financial accountability, employment, case outcomes, case activities, educational courses, training, performance accountability, and case status, in the fields of vocational rehabilitation case management, social service case management, and independent living case management; downloadable computer software for managing cases, contracts, and projects in connection with workforce investment systems such as under the Workforce Investment Act; and downloadable computer software for use in managing database

**International Class(es):** 009 - Primary Class

**U.S Class(es):** 021, 023, 026, 036, 038

**Class Status:** ACTIVE

**First Use:** 2013

**Use in Commerce:** 2013

**For:** Providing temporary use of online non-downloadable computer software for use in tracking, maintaining, organizing, and indexing a wide range of information related to financial accountability, employment, case outcomes, case activities, educational courses, training,

performance accountability, and case status, in the fields of vocational rehabilitation case management, social service case management, and independent living case management; providing temporary use of online non-downloadable computer software for managing cases, contracts, and projects in connection with workforce investment systems such as under the Workforce Investment Act; and providing temporary use of online non-downloadable computer software for use in managing databases

**International Class(es):** 042 - Primary Class | **U.S Class(es):** 100, 101

**Class Status:** ACTIVE

**First Use:** 2013 | **Use in Commerce:** 2013

# Basis Information (Case Level)

**Filed Use:** Yes | **Currently Use:** Yes

**Filed ITU:** No | **Currently ITU:** No

**Filed 44D:** No | **Currently 44D:** No

**Filed 44E:** No | **Currently 44E:** No

**Filed 66A:** No | **Currently 66A:** No

**Filed No Basis:** No | **Currently No Basis:** No

# Current Owner(s) Information

**Owner Name:** Alliance Enterprises, Inc.

**Owner Address:** 2590 Willamette Drive, Suite 101
Lacey, WASHINGTON UNITED STATES 98516

**Legal Entity Type:** CORPORATION | **State or Country Where Organized:** WASHINGTON

# Attorney/Correspondence Information

**Attorney of Record**

**Attorney Name:** Ashley N. Klein | **Docket Number:** 306182401028

**Attorney Primary Email Address:** trademarkdocketing@bradley.com | **Attorney Email Authorized:** Yes

**Correspondent**

**Correspondent Name/Address:** Ashley N. Klein
Bradley Arant Boult Cummings LLP
1230 Peachtree Street NE, Suite 2100
Promenade Tower
Atlanta, GEORGIA United States 30309

**Phone:** 404-868-2100 | **Fax:** 404-868-2010

**Correspondent e-mail:** trademarkdocketing@bradley.com aklein@bradley.com hphillips@bradley.com amurphy@bradley.com | **Correspondent e-mail Authorized:** Yes

**Domestic Representative - Not Found**

# Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Mar. 10, 2026 | ASSIGNMENT OF OWNERSHIP NOT UPDATED AUTOMATICALLY | |
| Jun. 20, 2025 | TEAS CHANGE OF CORRESPONDENCE RECEIVED | |
| Jun. 20, 2025 | ATTORNEY/DOM.REP.REVOKED AND/OR APPOINTED | |
| Jun. 20, 2025 | TEAS REVOKE/APP/CHANGE ADDR OF ATTY/DOM REP RECEIVED | |
| Jun. 20, 2025 | APPLICANT/CORRESPONDENCE CHANGES (NON-RESPONSIVE) ENTERED | |
| Jun. 20, 2025 | TEAS CHANGE OF OWNER ADDRESS RECEIVED | |
| Nov. 02, 2023 | TEAS CHANGE OF CORRESPONDENCE RECEIVED | |
| Nov. 02, 2023 | ATTORNEY/DOM.REP.REVOKED AND/OR APPOINTED | |
| Nov. 02, 2023 | TEAS REVOKE/APP/CHANGE ADDR OF ATTY/DOM REP RECEIVED | |
| Jun. 28, 2022 | NOTICE OF REGISTRATION CONFIRMATION EMAILED | |
| Jun. 28, 2022 | REGISTERED-PRINCIPAL REGISTER | |

| | |
|---|---|
| Apr. 12, 2022 | OFFICIAL GAZETTE PUBLICATION CONFIRMATION E-MAILED |
| Apr. 12, 2022 | PUBLISHED FOR OPPOSITION |
| Mar. 23, 2022 | NOTIFICATION OF NOTICE OF PUBLICATION E-MAILED |
| Mar. 09, 2022 | APPROVED FOR PUB - PRINCIPAL REGISTER |
| Mar. 09, 2022 | EXAMINER'S AMENDMENT ENTERED |
| Mar. 09, 2022 | NOTIFICATION OF EXAMINERS AMENDMENT E-MAILED |
| Mar. 09, 2022 | EXAMINERS AMENDMENT E-MAILED |
| Mar. 09, 2022 | EXAMINERS AMENDMENT -WRITTEN |
| Feb. 26, 2022 | ASSIGNED TO EXAMINER |
| Oct. 01, 2021 | NOTICE OF DESIGN SEARCH CODE E-MAILED |
| Sep. 30, 2021 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED |
| Aug. 06, 2021 | NEW APPLICATION ENTERED |

# TM Staff and Location Information

**TM Staff Information - None**

**File Location**

**Current Location:** PUBLICATION AND ISSUE SECTION **Date in Location:** Jun. 28, 2022

# Assignment Abstract Of Title Information

**Summary**

**Total Assignments:** 3 **Registrant:** Alliance Enterprises, Inc.

### Assignment 1 of 3

**Conveyance:** SECURITY INTEREST

**Reel/Frame:** 8969/0486 **Pages:** 11

**Date Recorded:** Aug. 15, 2025

**Supporting Documents:** https://assignmentcenter.uspto.gov/ipas/search/api/v2/public/download/trademark/8969/0486

**Assignor**

**Name:** ALLIANCE ENTERPRISES, INC. **Execution Date:** Aug. 15, 2025

**Legal Entity Type:** CORPORATION **State or Country Where Organized:** WASHINGTON

**Assignee**

**Name:** THE TORONTO-DOMINION BANK, AS ADMINISTRATIVE AGENT FOR THE FINANCE PARTIES

**Legal Entity Type:** CHARTERED BANK **State or Country Where Organized:** CANADA

**Address:** TD BANK TOWER, 9TH FLOOR
TORONTO , M5K 1A2

**Correspondent**

**Correspondent Name:** ARVID VON TAUBE

**Correspondent Address:** RICH MAY, P.C.
176 FEDERAL STREET
BOSTON, MA 02110

**Domestic Representative - Not Found**

### Assignment 2 of 3

**Conveyance:** RELEASE OF SECURITY INTEREST

**Reel/Frame:** 9095/0783 **Pages:** 7

**Date Recorded:** Dec. 09, 2025

**Supporting Documents:** No Supporting Documents Available

**Assignor**

**Name:** ALLIANCE ENTERPRISES, INC. **Execution Date:** Dec. 09, 2025

**Legal Entity Type:** CORPORATION **State or Country** WASHINGTON

**Where Organized:**

**Assignee**

**Name:** THE TORONTO-DOMINION BANK

**Legal Entity Type:** CHARTERED BANK

**State or Country Where Organized:** CANADA

**Address:** 1350 RENE-LEVESQUE BOULEVARD WEST
MONTREAL , H3G1T4

**Correspondent**

**Correspondent Name:** Jonathan Loeb

**Correspondent Address:** 176 Federal Street
6th Floor
Boston, MA 02110

**Domestic Representative - Not Found**

## Assignment 3 of 3

**Conveyance:** NOTICE OF SECURITY INTEREST IN TRADEMARKS AND PATENTS

**Reel/Frame:** 9104/0390

**Pages:** 8

**Date Recorded:** Dec. 16, 2025

**Supporting Documents:** https://assignmentcenter.uspto.gov/ipas/search/api/v2/public/download/trademark/9104/0390

**Assignor**

**Name:** ALLIANCE ENTERPRISES, INC.

**Execution Date:** Dec. 16, 2025

**Legal Entity Type:** CORPORATION

**State or Country Where Organized:** WASHINGTON

**Assignee**

**Name:** WELLS FARGO BANK, NATIONAL ASSOCIATION

**Legal Entity Type:** NATIONAL BANKING ASSOCIATION

**State or Country Where Organized:** UNITED STATES

**Address:** 125 HIGHT STREET, 15TH FLOOR
BOSTON , MASSACHUSETTS 02110

**Correspondent**

**Correspondent Name:** Susan C. DiNicola

**Correspondent Address:** Holland & Knight LLP
10 St. James Avenue
Boston , MA 02116

**Domestic Representative - Not Found**

**Generated on:** This page was generated by TSDR on 2026-04-09 16:24:09 EDT

**Mark:** AWARE

AWARE

**US Serial Number:** 86520976

**Application Filing Date:** Feb. 02, 2015

**US Registration Number:** 4807984

**Registration Date:** Sep. 08, 2015

**Filed as TEAS RF:** Yes

**Currently TEAS RF:** Yes

**Register:** Principal

**Mark Type:** Trademark

**TM5 Common Status Descriptor:** LIVE/REGISTRATION/Issued and Active

The trademark application has been registered with the Office.

**Status:** The registration has been renewed.

**Status Date:** Oct. 31, 2025

**Publication Date:** Jun. 23, 2015

# Mark Information

**Mark Literal Elements:** AWARE

**Standard Character Claim:** Yes. The mark consists of standard characters without claim to any particular font style, size, or color.

**Mark Drawing Type:** 4 - STANDARD CHARACTER MARK

# Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:
- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** Computer software for use in the educational field in planning and evaluation of student assessments, analyzing the performance of students, and managing test item banks

**International Class(es):** 009 - Primary Class

**U.S Class(es):** 021, 023, 026, 036, 038

**Class Status:** ACTIVE

**First Use:** Jun. 13, 2007

**Use in Commerce:** Jun. 13, 2007

# Basis Information (Case Level)

**Filed Use:** Yes

**Currently Use:** Yes

**Filed ITU:** No

**Currently ITU:** No

**Filed 44D:** No

**Currently 44D:** No

**Filed 44E:** No

**Currently 44E:** No

**Filed 66A:** No

**Currently 66A:** No

**Filed No Basis:** No

**Currently No Basis:** No

# Current Owner(s) Information

**Owner Name:** eduphoria! Incorporated

**Owner Address:** 6800 Weiskoph Ave Ste 150
McKinney, TEXAS UNITED STATES 75070-5340

**Legal Entity Type:** CORPORATION **State or Country Where Organized:** TEXAS

# Attorney/Correspondence Information

**Attorney of Record**

**Attorney Name:** Dyan M. House **Docket Number:** 50903426

**Attorney Primary Email Address:** dallastrademarks@bakermckenzie.com **Attorney Email Authorized:** Yes

**Correspondent**

**Correspondent Name/Address:** Dyan M. House
Baker & McKenzie LLP
1900 N. Pearl Street, Suite 1500
Dallas, TEXAS United States 75201

**Phone:** 214.978.3000 **Fax:** 214.978.3099

**Correspondent e-mail:** dallastrademarks@bakermckenzie.com ipsu.office supportSnow@bakermckenzie.com **Correspondent e-mail Authorized:** Yes

**Domestic Representative - Not Found**

# Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Oct. 31, 2025 | NOTICE OF ACCEPTANCE OF SEC. 8 & 9 - E-MAILED | |
| Oct. 31, 2025 | REGISTERED AND RENEWED (FIRST RENEWAL - 10 YRS) | |
| Oct. 31, 2025 | REGISTERED - SEC. 8 (10-YR) ACCEPTED/SEC. 9 GRANTED | |
| Oct. 31, 2025 | CASE ASSIGNED TO POST REGISTRATION PARALEGAL | |
| Jul. 14, 2025 | TEAS SECTION 8 & 9 RECEIVED | |
| Sep. 08, 2024 | COURTESY REMINDER - SEC. 8 (10-YR)/SEC. 9 E-MAILED | |
| Sep. 13, 2023 | TEAS CHANGE OF CORRESPONDENCE RECEIVED | |
| Sep. 13, 2023 | ATTORNEY/DOM.REP.REVOKED AND/OR APPOINTED | |
| Sep. 13, 2023 | TEAS REVOKE/APP/CHANGE ADDR OF ATTY/DOM REP RECEIVED | |
| Sep. 13, 2023 | APPLICANT/CORRESPONDENCE CHANGES (NON-RESPONSIVE) ENTERED | |
| Sep. 13, 2023 | TEAS CHANGE OF OWNER ADDRESS RECEIVED | |
| Nov. 17, 2021 | NOTICE OF ACCEPTANCE OF SEC. 8 & 15 - E-MAILED | |
| Nov. 17, 2021 | REGISTERED - SEC. 8 (6-YR) ACCEPTED & SEC. 15 ACK. | |
| Nov. 17, 2021 | CASE ASSIGNED TO POST REGISTRATION PARALEGAL | |
| Aug. 16, 2021 | TEAS SECTION 8 & 15 RECEIVED | |
| Sep. 08, 2020 | COURTESY REMINDER - SEC. 8 (6-YR) E-MAILED | |
| Mar. 29, 2017 | ATTORNEY/DOM.REP.REVOKED AND/OR APPOINTED | |
| Mar. 29, 2017 | TEAS REVOKE/APP/CHANGE ADDR OF ATTY/DOM REP RECEIVED | |
| Jul. 07, 2016 | TEAS CHANGE OF CORRESPONDENCE RECEIVED | |
| May 13, 2016 | TEAS CHANGE OF CORRESPONDENCE RECEIVED | |
| Sep. 08, 2015 | REGISTERED-PRINCIPAL REGISTER | |
| Jun. 23, 2015 | OFFICIAL GAZETTE PUBLICATION CONFIRMATION E-MAILED | |
| Jun. 23, 2015 | PUBLISHED FOR OPPOSITION | |
| Jun. 03, 2015 | NOTIFICATION OF NOTICE OF PUBLICATION E-MAILED | |
| May 13, 2015 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| May 07, 2015 | ASSIGNED TO EXAMINER | |
| Feb. 11, 2015 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED | |
| Feb. 05, 2015 | NEW APPLICATION ENTERED | |

# TM Staff and Location Information

**TM Staff Information - None**

**File Location**

**Current Location:** PUBLICATION AND ISSUE SECTION **Date in Location:** Nov. 01, 2025

**Generated on:** This page was generated by TSDR on 2026-04-09 16:26:25 EDT

**Mark:** AWARE

**US Serial Number:** 90538685

**Application Filing Date:** Feb. 22, 2021

**US Registration Number:** 6823782

**Registration Date:** Aug. 23, 2022

**Filed as TEAS Plus:** Yes

**Currently TEAS Plus:** Yes

**Register:** Principal

**Mark Type:** Trademark, Service Mark

**TM5 Common Status Descriptor:** LIVE/REGISTRATION/Issued and Active

The trademark application has been registered with the Office.

**Status:** Registered. The registration date is used to determine when post-registration maintenance documents are due.

**Status Date:** Aug. 23, 2022

**Publication Date:** Jun. 07, 2022

# Mark Information

**Mark Literal Elements:** AWARE

**Standard Character Claim:** No

**Mark Drawing Type:** 5 - AN ILLUSTRATION DRAWING WITH WORD(S)/LETTER(S)/NUMBER(S) IN STYLIZED FORM

**Description of Mark:** The mark consists of a stylized version of the word "AWARE".

# Related Properties Information

**Claimed Ownership of US Registrations:** 2119256, 2566453

# Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:

- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** Downloadable computer software for data processing and data management for use in the fields of biometrics, identity, security, and authentication for fingerprint, voice, face and iris modalities; Recorded software for data processing and data management for use in the fields of biometrics, identity, security, and authentication for fingerprint, voice, face and iris modalities

**International Class(es):** 009 - Primary Class

**U.S Class(es):** 021, 023, 026, 036, 038

**Class Status:** ACTIVE

**First Use:** Nov. 06, 2020

**Use in Commerce:** Nov. 06, 2020

**For:** Platform as a service (PAAS) featuring computer software platforms for for data processing and data management for use in the fields of biometrics, identity, security, and authentication for fingerprint, voice, face and iris modalities; Providing temporary use of on-line non-downloadable software and applications for data processing and data management for use in the fields of biometrics, identity, security, and authentication for fingerprint, voice, face and iris modalities; Design for others in the field of computer networks, software, and engineering for the design and development of software in the fields of biometrics, identity, security, and authentication for fingerprint, voice, face and iris modalities

**International Class(es):** 042 - Primary Class

**U.S Class(es):** 100, 101

**Class Status:** ACTIVE

**First Use:** Nov. 06, 2020 **Use in Commerce:** Nov. 06, 2020

# Basis Information (Case Level)

**Filed Use:** Yes **Currently Use:** Yes

**Filed ITU:** No **Currently ITU:** No

**Filed 44D:** No **Currently 44D:** No

**Filed 44E:** No **Currently 44E:** No

**Filed 66A:** No **Currently 66A:** No

**Filed No Basis:** No **Currently No Basis:** No

# Current Owner(s) Information

**Owner Name:** Aware, Inc.

**Owner Address:** 40 Middlesex Turnpike
Bedford, MASSACHUSETTS UNITED STATES 01730

**Legal Entity Type:** CORPORATION **State or Country Where Organized:** MASSACHUSETTS

# Attorney/Correspondence Information

**Attorney of Record**

**Attorney Name:** Thomas E. Kenney

**Attorney Primary Email Address:** tom@piercemandell.com **Attorney Email Authorized:** Yes

**Correspondent**

**Correspondent Name/Address:** Thomas E. Kenney
PIERCE & MANDELL, P.C.
11 BEACON STREET
SUITE 800
BOSTON, MASSACHUSETTS UNITED STATES 02108

**Phone:** 617-720-2444 **Fax:** 617-720-3693

**Correspondent e-mail:** tom@piercemandell.com **Correspondent e-mail Authorized:** Yes

**Domestic Representative - Not Found**

# Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Aug. 23, 2022 | NOTICE OF REGISTRATION CONFIRMATION EMAILED | |
| Aug. 23, 2022 | REGISTERED-PRINCIPAL REGISTER | |
| Jun. 07, 2022 | OFFICIAL GAZETTE PUBLICATION CONFIRMATION E-MAILED | |
| Jun. 07, 2022 | PUBLISHED FOR OPPOSITION | |
| May 18, 2022 | NOTIFICATION OF NOTICE OF PUBLICATION E-MAILED | |
| May 05, 2022 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| Mar. 31, 2022 | TEAS/EMAIL CORRESPONDENCE ENTERED | |
| Mar. 31, 2022 | CORRESPONDENCE RECEIVED IN LAW OFFICE | |
| Mar. 31, 2022 | ASSIGNED TO LIE | |
| Mar. 28, 2022 | TEAS RESPONSE TO OFFICE ACTION RECEIVED | |
| Sep. 28, 2021 | NOTIFICATION OF NON-FINAL ACTION E-MAILED | |
| Sep. 28, 2021 | NON-FINAL ACTION E-MAILED | |
| Sep. 28, 2021 | NON-FINAL ACTION WRITTEN | |
| Sep. 15, 2021 | ASSIGNED TO EXAMINER | |
| May 22, 2021 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED | |
| Feb. 25, 2021 | NEW APPLICATION ENTERED | |

# TM Staff and Location Information

**TM Staff Information - None**

**File Location**

**Current Location:** PUBLICATION AND ISSUE SECTION **Date in Location:** Aug. 23, 2022

**Generated on:** This page was generated by TSDR on 2026-04-09 16:24:43 EDT

**Mark:** AWARE

AWARE

**US Serial Number:** 87070761

**Application Filing Date:** Jun. 14, 2016

**US Registration Number:** 5136712

**Registration Date:** Feb. 07, 2017

**Filed as TEAS RF:** Yes

**Currently TEAS RF:** Yes

**Register:** Principal

**Mark Type:** Trademark

**TM5 Common Status Descriptor:** LIVE/REGISTRATION/Issued and Active

The trademark application has been registered with the Office.

**Status:** A Sections 8 and 15 combined declaration has been accepted and acknowledged.

**Status Date:** Jun. 15, 2023

**Publication Date:** Nov. 22, 2016

# Mark Information

**Mark Literal Elements:** AWARE

**Standard Character Claim:** Yes. The mark consists of standard characters without claim to any particular font style, size, or color.

**Mark Drawing Type:** 4 - STANDARD CHARACTER MARK

# Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:
- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** Medical and patient alarm management software [ and hardware ] for use in evaluating, reviewing and analyzing alarm occurrences

**International Class(es):** 009 - Primary Class

**U.S Class(es):** 021, 023, 026, 036, 038

**Class Status:** ACTIVE

**First Use:** Oct. 22, 2015

**Use in Commerce:** Oct. 22, 2015

# Basis Information (Case Level)

**Filed Use:** Yes

**Currently Use:** Yes

**Filed ITU:** No

**Currently ITU:** No

**Filed 44D:** No

**Currently 44D:** No

**Filed 44E:** No

**Currently 44E:** No

**Filed 66A:** No

**Currently 66A:** No

**Filed No Basis:** No

**Currently No Basis:** No

# Current Owner(s) Information

**Owner Name:** NIHON KOHDEN AMERICA, LLC

**Owner Address:** 15353 BARRANCA PARKWAY

| | | | |
|---|---|---|---|
| | IRVINE, CALIFORNIA UNITED STATES 92618 | | |
| **Legal Entity Type:** | LIMITED LIABILITY COMPANY | **State or Country Where Organized:** | CALIFORNIA |

# Attorney/Correspondence Information

**Attorney of Record**

| | | | |
|---|---|---|---|
| **Attorney Name:** | Charlene M. Krogh | **Docket Number:** | T260183.US |
| **Attorney Primary Email Address:** | docketing-dv@dorsey.com | **Attorney Email Authorized:** | Yes |

**Correspondent**

| | | | |
|---|---|---|---|
| **Correspondent Name/Address:** | Charlene M. Krogh<br>DORSEY & WHITNEY LLP<br>IP DEPARTMENT<br>1400 WEWATTA STREET, SUITE 400<br>DENVER, COLORADO UNITED STATES 80202-5549 | | |
| **Phone:** | 303-629-3400 | **Fax:** | 303-629-3450 |
| **Correspondent e-mail:** | krogh.charlene@dorsey.com wernars.breanne@dorsey.com docketing-dv@dorsey.com | **Correspondent e-mail Authorized:** | Yes |

**Domestic Representative - Not Found**

# Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Feb. 07, 2026 | COURTESY REMINDER - SEC. 8 (10-YR)/SEC. 9 E-MAILED | |
| Oct. 04, 2023 | AUTOMATIC UPDATE OF ASSIGNMENT OF OWNERSHIP | |
| Jun. 15, 2023 | NOTICE OF ACCEPTANCE OF SEC. 8 & 15 - E-MAILED | |
| Jun. 15, 2023 | REGISTERED - SEC. 8 (6-YR) ACCEPTED & SEC. 15 ACK. | |
| Jun. 15, 2023 | CASE ASSIGNED TO POST REGISTRATION PARALEGAL | |
| Dec. 15, 2022 | TEAS SECTION 8 & 15 RECEIVED | |
| Feb. 07, 2022 | COURTESY REMINDER - SEC. 8 (6-YR) E-MAILED | |
| Feb. 07, 2017 | REGISTERED-PRINCIPAL REGISTER | |
| Nov. 22, 2016 | OFFICIAL GAZETTE PUBLICATION CONFIRMATION E-MAILED | |
| Nov. 22, 2016 | PUBLISHED FOR OPPOSITION | |
| Nov. 02, 2016 | NOTIFICATION OF NOTICE OF PUBLICATION E-MAILED | |
| Oct. 14, 2016 | LAW OFFICE PUBLICATION REVIEW COMPLETED | |
| Oct. 12, 2016 | ASSIGNED TO LIE | |
| Sep. 23, 2016 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| Sep. 23, 2016 | EXAMINER'S AMENDMENT ENTERED | |
| Sep. 23, 2016 | NOTIFICATION OF EXAMINERS AMENDMENT E-MAILED | |
| Sep. 23, 2016 | EXAMINERS AMENDMENT E-MAILED | |
| Sep. 23, 2016 | EXAMINERS AMENDMENT -WRITTEN | |
| Sep. 22, 2016 | ASSIGNED TO EXAMINER | |
| Jun. 20, 2016 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED | |
| Jun. 17, 2016 | NEW APPLICATION ENTERED | |

# TM Staff and Location Information

**TM Staff Information - None**

**File Location**

| | | | |
|---|---|---|---|
| **Current Location:** | TMEG LAW OFFICE 101 | **Date in Location:** | Jun. 15, 2023 |

# Assignment Abstract Of Title Information

**Summary**

| | | | |
|---|---|---|---|
| **Total Assignments:** | 1 | **Registrant:** | Nihon Kohden America, Inc. |

**Assignment 1 of 1**

**Conveyance:** ENTITY CONVERSION

**Reel/Frame:** 8212/0905 **Pages:** 4

**Date Recorded:** Sep. 28, 2023

**Supporting Documents:** https://assignmentcenter.uspto.gov/ipas/search/api/v2/public/download/trademark/8212/0905

**Assignor**

**Name:** NIHON KOHDEN AMERICA, INC. **Execution Date:** Apr. 01, 2023

**Legal Entity Type:** CORPORATION **State or Country Where Organized:** CALIFORNIA

**Assignee**

**Name:** NIHON KOHDEN AMERICA, LLC

**Legal Entity Type:** LIMITED LIABILITY COMPANY **State or Country Where Organized:** CALIFORNIA

**Address:** 15353 BARRANCA PARKWAY
IRVINE , CALIFORNIA 92618

**Correspondent**

**Correspondent Name:** DORSEY & WHITNEY LLP

**Correspondent Address:** 1400 WEWATTA STREET, SUITE 400
IP DEPARTMENT
DENVER, CO 80202-5549

**Domestic Representative - Not Found**

**Generated on:** This page was generated by TSDR on 2026-04-09 16:20:51 EDT

**Mark:** AWARE

AWARE

**US Serial Number:** 86349564

**Application Filing Date:** Jul. 28, 2014

**US Registration Number:** 4695899

**Registration Date:** Mar. 03, 2015

**Filed as TEAS Plus:** Yes

**Currently TEAS Plus:** Yes

**Register:** Principal

**Mark Type:** Trademark

**TM5 Common Status Descriptor:**

LIVE/REGISTRATION/Issued and Active

The trademark application has been registered with the Office.

**Status:** The registration has been renewed.

**Status Date:** Jul. 14, 2025

**Publication Date:** Dec. 16, 2014

## Mark Information

**Mark Literal Elements:** AWARE

**Standard Character Claim:** Yes. The mark consists of standard characters without claim to any particular font style, size, or color.

**Mark Drawing Type:** 4 - STANDARD CHARACTER MARK

## Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:

- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** Computer software for managing, analyzing and synthesizing medical information and patient data

**International Class(es):** 009 - Primary Class

**U.S Class(es):** 021, 023, 026, 036, 038

**Class Status:** ACTIVE

**First Use:** May 01, 2011

**Use in Commerce:** Jan. 03, 2014

## Basis Information (Case Level)

**Filed Use:** Yes

**Currently Use:** Yes

**Filed ITU:** No

**Currently ITU:** No

**Filed 44D:** No

**Currently 44D:** No

**Filed 44E:** No

**Currently 44E:** No

**Filed 66A:** No

**Currently 66A:** No

**Filed No Basis:** No

**Currently No Basis:** No

## Current Owner(s) Information

**Owner Name:** Ambient Clinical Analytics, Inc.

**Owner Address:** 221 First Ave SW, Suite 202
Rochester, MINNESOTA UNITED STATES 55902

**Legal Entity Type:** CORPORATION

**State or Country Where Organized:** MINNESOTA

# Attorney/Correspondence Information

**Attorney of Record**

**Attorney Name:** Nathaniel J. Kennedy

**Attorney Primary Email Address:** kennedy@wendlaw.com

**Attorney Email Authorized:** Yes

**Correspondent**

**Correspondent Name/Address:** Nathaniel J. Kennedy
Wendland Utz, Ltd.
21 First Street SW, Suite 300
ROCHESTER, MINNESOTA United States 55902

**Phone:** 507-288-5440

**Correspondent e-mail:** kennedy@wendlaw.com chris@wendlaw.com finance@wendlaw.com tim.kuebelbeck@ambientclinical.com allen.berning@ambientclinical.com

**Correspondent e-mail Authorized:** Yes

**Domestic Representative - Not Found**

# Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Jul. 14, 2025 | NOTICE OF ACCEPTANCE OF SEC. 8 & 9 - E-MAILED | |
| Jul. 14, 2025 | REGISTERED AND RENEWED (FIRST RENEWAL - 10 YRS) | |
| Jul. 14, 2025 | REGISTERED - SEC. 8 (10-YR) ACCEPTED/SEC. 9 GRANTED | |
| Jul. 14, 2025 | CASE ASSIGNED TO POST REGISTRATION PARALEGAL | |
| Feb. 13, 2025 | TEAS SECTION 8 & 9 RECEIVED | |
| Mar. 03, 2024 | COURTESY REMINDER - SEC. 8 (10-YR)/SEC. 9 E-MAILED | |
| Dec. 02, 2020 | NOTICE OF ACCEPTANCE OF SEC. 8 - E-MAILED | |
| Dec. 02, 2020 | REGISTERED - SEC. 8 (6-YR) ACCEPTED | |
| Oct. 22, 2020 | CASE ASSIGNED TO POST REGISTRATION PARALEGAL | |
| Jul. 21, 2020 | TEAS SECTION 8 RECEIVED | |
| Mar. 03, 2020 | COURTESY REMINDER - SEC. 8 (6-YR) E-MAILED | |
| Mar. 03, 2015 | REGISTERED-PRINCIPAL REGISTER | |
| Dec. 16, 2014 | OFFICIAL GAZETTE PUBLICATION CONFIRMATION E-MAILED | |
| Dec. 16, 2014 | PUBLISHED FOR OPPOSITION | |
| Nov. 26, 2014 | NOTIFICATION OF NOTICE OF PUBLICATION E-MAILED | |
| Nov. 11, 2014 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| Nov. 11, 2014 | ASSIGNED TO EXAMINER | |
| Aug. 05, 2014 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED | |
| Jul. 31, 2014 | NEW APPLICATION ENTERED | |

# TM Staff and Location Information

**TM Staff Information - None**

**File Location**

**Current Location:** PUBLICATION AND ISSUE SECTION

**Date in Location:** Jul. 14, 2025

**Generated on:** This page was generated by TSDR on 2026-04-09 16:46:48 EDT

**Mark:** AWAREX

AWAREX

**US Serial Number:** 98170569

**Application Filing Date:** Sep. 08, 2023

**Filed as TEAS Plus:** Yes

**Currently TEAS Plus:** Yes

**Register:** Principal

**Mark Type:** Trademark

**TM5 Common Status Descriptor:**

LIVE/APPLICATION/Under Examination

The trademark application has been accepted by the Office (has met the minimum filing requirements) and that this application has been assigned to an examiner.

**Status:** A third request for extension of time to file a Statement of Use has been granted.

**Status Date:** Dec. 18, 2025

**Publication Date:** Apr. 23, 2024 **Notice of Allowance Date:** Jun. 18, 2024

# Mark Information

**Mark Literal Elements:** AWAREX

**Standard Character Claim:** Yes. The mark consists of standard characters without claim to any particular font style, size, or color.

**Mark Drawing Type:** 4 - STANDARD CHARACTER MARK

# Related Properties Information

**International Registration Number:** 1769547

**International Application(s)/Registration(s) Based on this Property:** A0142058/1769547

# Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:

- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** Downloadable software in the nature of a mobile application for viewing, sharing, and saving data about rodents; Video cameras

**International Class(es):** 009 - Primary Class

**U.S Class(es):** 021, 023, 026, 036, 038

**Class Status:** ACTIVE

**For:** Bait stations sold empty for feeding rodenticides to rodents

**International Class(es):** 021 - Primary Class

**U.S Class(es):** 002, 013, 023, 029, 030, 033, 040, 050

**Class Status:** ACTIVE

# Basis Information (Case Level)

| | | | |
|---|---|---|---|
| **Filed Use:** | No | **Currently Use:** | No |
| **Filed ITU:** | Yes | **Currently ITU:** | Yes |
| **Filed 44D:** | No | **Currently 44D:** | No |
| **Filed 44E:** | No | **Currently 44E:** | No |
| **Filed 66A:** | No | **Currently 66A:** | No |
| **Filed No Basis:** | No | **Currently No Basis:** | No |

# Current Owner(s) Information

**Owner Name:** Deer Management Systems, LLC

**Owner Address:** 110 N. Sunset Blvd.
Caledonia, MINNESOTA UNITED STATES 55921

**Legal Entity Type:** LIMITED LIABILITY COMPANY

**State or Country Where Organized:** DELAWARE

# Attorney/Correspondence Information

**Attorney of Record**

**Attorney Name:** Ronald H. Spuhler

**Docket Number:** 91830US01

**Attorney Primary Email Address:** trademarks@mcandrews-ip.com

**Attorney Email Authorized:** Yes

**Correspondent**

**Correspondent Name/Address:** Ronald H. Spuhler
McAndrews, Held & Malloy, Ltd.
500 W Madison Street, 34th Floor
Chicago, ILLINOIS United States 60661

**Phone:** 312-775-8000

**Correspondent e-mail:** trademarks@mcandrews-ip.com rspuhler@mcandrews-ip.com

**Correspondent e-mail Authorized:** Yes

**Domestic Representative - Not Found**

# Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Dec. 19, 2025 | NOTICE OF APPROVAL OF EXTENSION REQUEST E-MAILED | |
| Dec. 18, 2025 | SOU EXTENSION 3 GRANTED | |
| Dec. 18, 2025 | SOU EXTENSION 3 FILED | |
| Dec. 18, 2025 | SOU TEAS EXTENSION RECEIVED | |
| Jun. 19, 2025 | NOTICE OF APPROVAL OF EXTENSION REQUEST E-MAILED | |
| Jun. 18, 2025 | SOU EXTENSION 2 GRANTED | |
| Jun. 18, 2025 | SOU EXTENSION 2 FILED | |
| Jun. 18, 2025 | SOU TEAS EXTENSION RECEIVED | |
| Dec. 19, 2024 | NOTICE OF APPROVAL OF EXTENSION REQUEST E-MAILED | |
| Dec. 18, 2024 | SOU EXTENSION 1 GRANTED | |
| Dec. 18, 2024 | SOU EXTENSION 1 FILED | |
| Dec. 18, 2024 | SOU TEAS EXTENSION RECEIVED | |
| Jun. 18, 2024 | NOA E-MAILED - SOU REQUIRED FROM APPLICANT | |
| Apr. 23, 2024 | OFFICIAL GAZETTE PUBLICATION CONFIRMATION E-MAILED | |
| Apr. 23, 2024 | PUBLISHED FOR OPPOSITION | |
| Apr. 03, 2024 | NOTIFICATION OF NOTICE OF PUBLICATION E-MAILED | |
| Mar. 19, 2024 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| Mar. 18, 2024 | ASSIGNED TO EXAMINER | |
| Nov. 20, 2023 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED | |
| Sep. 08, 2023 | NEW APPLICATION ENTERED | |

# TM Staff and Location Information

| TM Staff Information | | | |
| --- | --- | --- | --- |
| **TM Attorney:** | BROWNING, KATHRYN ELISABETH | **Law Office Assigned:** | LAW OFFICE 124 |

| File Location | | | |
| --- | --- | --- | --- |
| **Current Location:** | INTENT TO USE SECTION | **Date in Location:** | Jun. 18, 2024 |

**Generated on:** This page was generated by TSDR on 2026-04-09 16:28:59 EDT

**Mark:** U/AWARE

**US Serial Number:** 99215124

**Application Filing Date:** Jun. 03, 2025

**Filed as Base Application:** Yes

**Currently Base Application:** Yes

**Register:** Principal

**Mark Type:** Trademark

**TM5 Common Status Descriptor:**

LIVE/APPLICATION/Published for Opposition

A pending trademark application has been examined by the Office and has been published in a way that provides an opportunity for the public to oppose its registration.

**Status:** Notice of Allowance (NOA) sent (issued) to the applicant. Applicant must file a Statement of Use or Extension Request within six months of the NOA issuance date.

**Status Date:** Jan. 20, 2026

**Publication Date:** Nov. 25, 2025 **Notice of Allowance Date:** Jan. 20, 2026

# Mark Information

**Mark Literal Elements:** U/AWARE

**Standard Character Claim:** No

**Mark Drawing Type:** 3 - AN ILLUSTRATION DRAWING WHICH INCLUDES WORD(S)/ LETTER(S) /NUMBER(S)

**Description of Mark:** The mark consists of a shield with a radio signal symbol in the center and the word "U/AWARE" centered underneath.

**Design Search Code(s):**
24.01.02 - Shields or crests with figurative elements contained therein or superimposed thereon
24.19.04 - Curved lines, bars, or wave symbol indicating mobile internet, radio, or wireless communication access or service signal; Wireless communication symbol
26.05.21 - Triangles that are completely or partially shaded
26.05.25 - Triangles with one or more curved sides
26.17.09 - Bands, curved; Bars, curved; Curved line(s), band(s) or bar(s); Lines, curved

# Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:

- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** Downloadable computer application software for mobile devices, namely, software for controlling and operating a radio scanner

**International Class(es):** 009 - Primary Class

**U.S Class(es):** 021, 023, 026, 036, 038

**Class Status:** ACTIVE

# Basis Information (Case Level)

| | | | |
|---|---|---|---|
| **Filed Use:** | No | **Currently Use:** | No |
| **Filed ITU:** | Yes | **Currently ITU:** | Yes |
| **Filed 44D:** | No | **Currently 44D:** | No |
| **Filed 44E:** | No | **Currently 44E:** | No |
| **Filed 66A:** | No | **Currently 66A:** | No |
| **Filed No Basis:** | No | **Currently No Basis:** | No |

# Current Owner(s) Information

**Owner Name:** Uniden America Corporation

**Owner Address:** 301 International Pkwy, Suite 460
Flower Mound, TEXAS UNITED STATES 75022

**Legal Entity Type:** CORPORATION

**State or Country Where Organized:** DELAWARE

# Attorney/Correspondence Information

**Attorney of Record**

**Attorney Name:** CHERYL POULIN LEB

**Docket Number:** 08015-0127

**Attorney Primary Email Address:** cheryl.leb@kellyhart.com

**Attorney Email Authorized:** Yes

**Correspondent**

**Correspondent Name/Address:** CHERYL POULIN LEB
KELLY HART & HALLMAN LLP
201 Main Street
Suite 2500
Fort Worth, TEXAS United States 76102

**Phone:** 1-(817) 878-3547

**Correspondent e-mail:** cheryl.leb@kellyhart.com trademark.uspto@kellyhart.com staci.gondane@kellyhart.com

**Correspondent e-mail Authorized:** Yes

**Domestic Representative - Not Found**

# Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Jan. 20, 2026 | NOA E-MAILED - SOU REQUIRED FROM APPLICANT | |
| Nov. 25, 2025 | OFFICIAL GAZETTE PUBLICATION CONFIRMATION E-MAILED | |
| Nov. 25, 2025 | PUBLISHED FOR OPPOSITION | |
| Nov. 19, 2025 | NOTIFICATION OF NOTICE OF PUBLICATION E-MAILED | |
| Oct. 29, 2025 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| Oct. 22, 2025 | ASSIGNED TO EXAMINER | 88203 |
| Oct. 09, 2025 | NOTICE OF DESIGN SEARCH CODE E-MAILED | |
| Oct. 09, 2025 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED | |
| Jun. 03, 2025 | APPLICATION FILING RECEIPT MAILED | |
| Jun. 03, 2025 | NEW APPLICATION ENTERED | |

# TM Staff and Location Information

**TM Staff Information**

**TM Attorney:** GANESH, HARINI

**Law Office Assigned:** LAW OFFICE 122

**File Location**

**Current Location:** INTENT TO USE SECTION

**Date in Location:** Jan. 20, 2026

**Generated on:** This page was generated by TSDR on 2026-04-09 16:41:14 EDT

**Mark:** U/AWARE

U/AWARE

**US Serial Number:** 99215118

**Application Filing Date:** Jun. 03, 2025

**Filed as Base Application:** Yes

**Currently Base Application:** Yes

**Register:** Principal

**Mark Type:** Trademark

**TM5 Common Status Descriptor:** LIVE/APPLICATION/Published for Opposition

A pending trademark application has been examined by the Office and has been published in a way that provides an opportunity for the public to oppose its registration.

**Status:** Notice of Allowance (NOA) sent (issued) to the applicant. Applicant must file a Statement of Use or Extension Request within six months of the NOA issuance date.

**Status Date:** Jan. 20, 2026

**Publication Date:** Nov. 25, 2025 **Notice of Allowance Date:** Jan. 20, 2026

# Mark Information

**Mark Literal Elements:** U/AWARE

**Standard Character Claim:** Yes. The mark consists of standard characters without claim to any particular font style, size, or color.

**Mark Drawing Type:** 4 - STANDARD CHARACTER MARK

# Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:
- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** Downloadable computer application software for mobile devices, namely, software for controlling and operating a radio scanner

**International Class(es):** 009 - Primary Class

**U.S Class(es):** 021, 023, 026, 036, 038

**Class Status:** ACTIVE

# Basis Information (Case Level)

**Filed Use:** No

**Currently Use:** No

**Filed ITU:** Yes

**Currently ITU:** Yes

**Filed 44D:** No

**Currently 44D:** No

**Filed 44E:** No

**Currently 44E:** No

**Filed 66A:** No

**Currently 66A:** No

**Filed No Basis:** No

**Currently No Basis:** No

# Current Owner(s) Information

**Owner Name:** Uniden America Corporation

**Owner Address:** 301 International Pkwy, Suite 460
Flower Mound, TEXAS UNITED STATES 75022

**Legal Entity Type:** CORPORATION | **State or Country Where Organized:** DELAWARE

# Attorney/Correspondence Information

**Attorney of Record**

**Attorney Name:** CHERYL POULIN LEB | **Docket Number:** 08015-0127

**Attorney Primary Email Address:** cheryl.leb@kellyhart.com | **Attorney Email Authorized:** Yes

**Correspondent**

**Correspondent Name/Address:** CHERYL POULIN LEB
KELLY HART & HALLMAN LLP
201 Main Street
Suite 2500
Fort Worth, TEXAS United States 76102

**Phone:** 1-(817) 878-3547

**Correspondent e-mail:** cheryl.leb@kellyhart.com trademark.uspto@kellyhart.com staci.gondane@kellyhart.com | **Correspondent e-mail Authorized:** Yes

**Domestic Representative - Not Found**

# Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Jan. 20, 2026 | NOA E-MAILED - SOU REQUIRED FROM APPLICANT | |
| Nov. 25, 2025 | OFFICIAL GAZETTE PUBLICATION CONFIRMATION E-MAILED | |
| Nov. 25, 2025 | PUBLISHED FOR OPPOSITION | |
| Nov. 19, 2025 | NOTIFICATION OF NOTICE OF PUBLICATION E-MAILED | |
| Oct. 29, 2025 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| Oct. 22, 2025 | ASSIGNED TO EXAMINER | 88203 |
| Oct. 09, 2025 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED | |
| Jun. 03, 2025 | APPLICATION FILING RECEIPT MAILED | |
| Jun. 03, 2025 | NEW APPLICATION ENTERED | |

# TM Staff and Location Information

**TM Staff Information**

**TM Attorney:** GANESH, HARINI | **Law Office Assigned:** LAW OFFICE 122

**File Location**

**Current Location:** INTENT TO USE SECTION | **Date in Location:** Jan. 20, 2026

**Generated on:** This page was generated by TSDR on 2026-04-09 16:25:01 EDT

**Mark:** MEDIA AWARE

MEDIA AWARE

**US Serial Number:** 88246015

**Application Filing Date:** Dec. 31, 2018

**US Registration Number:** 6208381

**Registration Date:** Dec. 01, 2020

**Filed as TEAS RF:** Yes

**Currently TEAS RF:** Yes

**Register:** Principal

**Mark Type:** Trademark, Service Mark

**TM5 Common Status Descriptor:** LIVE/REGISTRATION/Issued and Active

The trademark application has been registered with the Office.

**Status:** Registered. The registration date is used to determine when post-registration maintenance documents are due.

**Status Date:** Dec. 01, 2020

**Publication Date:** Jun. 25, 2019

## Mark Information

**Mark Literal Elements:** MEDIA AWARE

**Standard Character Claim:** Yes. The mark consists of standard characters without claim to any particular font style, size, or color.

**Mark Drawing Type:** 4 - STANDARD CHARACTER MARK

**Disclaimer:** "MEDIA"

## Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:

- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** Downloadable educational course materials in the fields of substance use, sexual assault, sexually transmitted infections and unplanned pregnancy prevention, health education, and social-emotional learning

**International Class(es):** 009 - Primary Class

**U.S Class(es):** 021, 023, 026, 036, 038

**Class Status:** ACTIVE

**First Use:** May 31, 2018

**Use in Commerce:** May 31, 2018

**For:** Education services, namely, providing on-line classes, training, and mobile learning in the fields of substance use, sexual assault, sexually transmitted infections and unplanned pregnancy prevention, health education, and social-emotional learning; Educational services, namely, conducting informal programs in the fields of substance use, sexual assault, sexually transmitted infections and unplanned pregnancy prevention, health education, and social-emotional learning, using on-line activities and interactive exhibits, and printable materials distributed therewith; Educational services, namely, conducting training and evaluation in the fields of substance use, sexual assault, sexually transmitted infections and unplanned pregnancy prevention, health education, and social-emotional learning and distribution of materials in connection therewith in hard copy or electronic format on the same topics; Educational services, namely, teacher training in the fields of substance use, sexual assault, sexually transmitted infections and unplanned pregnancy prevention, health education, and social-emotional learning provided on a real-time basis during classroom instruction

**International Class(es):** 041 - Primary Class

**U.S Class(es):** 100, 101, 107

**Class Status:** ACTIVE

**First Use:** May 31, 2018

**Use in Commerce:** May 31, 2018

# Basis Information (Case Level)

| | | | |
|---|---|---|---|
| **Filed Use:** | Yes | **Currently Use:** | Yes |
| **Filed ITU:** | No | **Currently ITU:** | No |
| **Filed 44D:** | No | **Currently 44D:** | No |
| **Filed 44E:** | No | **Currently 44E:** | No |
| **Filed 66A:** | No | **Currently 66A:** | No |
| **Filed No Basis:** | No | **Currently No Basis:** | No |

# Current Owner(s) Information

**Owner Name:** Innovation Research and Training, Inc.

**Owner Address:** c/o Forrest Firm, P.C.
406 Blackwell St., Ste 420
Durham, NORTH CAROLINA UNITED STATES 27701

**Legal Entity Type:** CORPORATION

**State or Country Where Organized:** NORTH CAROLINA

# Attorney/Correspondence Information

**Attorney of Record**

**Attorney Name:** William Lyle Gravatt

**Docket Number:** 219193-5005

**Attorney Primary Email Address:** mkeipdocket@michaelbest.com

**Attorney Email Authorized:** Yes

**Correspondent**

**Correspondent Name/Address:** William Lyle Gravatt
Michael Best & Friedrich LLP
790 N Water Street, Suite 2500
Milwaukee, WISCONSIN UNITED STATES 53202

**Phone:** 414-271-6560

**Fax:** 414-277-0656

**Correspondent e-mail:** mkeipdocket@michaelbest.com wlgravatt@michaelbest.com

**Correspondent e-mail Authorized:** Yes

**Domestic Representative - Not Found**

# Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Dec. 01, 2025 | COURTESY REMINDER - SEC. 8 (6-YR) E-MAILED | |
| Feb. 07, 2022 | TEAS CHANGE OF CORRESPONDENCE RECEIVED | |
| Feb. 07, 2022 | ATTORNEY/DOM.REP.REVOKED AND/OR APPOINTED | |
| Feb. 07, 2022 | TEAS REVOKE/APP/CHANGE ADDR OF ATTY/DOM REP RECEIVED | |
| Jan. 07, 2022 | TEAS CHANGE OF CORRESPONDENCE RECEIVED | |
| Jan. 07, 2022 | TEAS WITHDRAWAL OF ATTORNEY RECEIVED-FIRM RETAINS | |
| Jan. 07, 2022 | ATTORNEY/DOM.REP.REVOKED AND/OR APPOINTED | |
| Jan. 07, 2022 | TEAS REVOKE/APP/CHANGE ADDR OF ATTY/DOM REP RECEIVED | |
| Dec. 01, 2020 | REGISTERED-PRINCIPAL REGISTER | |
| Oct. 23, 2020 | 1(B) BASIS DELETED; PROCEED TO REGISTRATION | |
| Aug. 11, 2020 | NOTICE OF ALLOWANCE CANCELLED | |
| Oct. 01, 2020 | CASE ASSIGNED TO INTENT TO USE PARALEGAL | |
| Aug. 11, 2020 | TEAS POST PUBLICATION AMENDMENT RECEIVED | |
| Feb. 14, 2020 | NOTICE OF APPROVAL OF EXTENSION REQUEST E-MAILED | |
| Feb. 12, 2020 | SOU EXTENSION 1 GRANTED | |
| Feb. 12, 2020 | SOU EXTENSION 1 FILED | |
| Feb. 12, 2020 | SOU TEAS EXTENSION RECEIVED | |
| Aug. 20, 2019 | NOA E-MAILED - SOU REQUIRED FROM APPLICANT | |
| Jun. 25, 2019 | OFFICIAL GAZETTE PUBLICATION CONFIRMATION E-MAILED | |

| | |
|---|---|
| Jun. 25, 2019 | PUBLISHED FOR OPPOSITION |
| Jun. 05, 2019 | NOTIFICATION OF NOTICE OF PUBLICATION E-MAILED |
| May 21, 2019 | APPROVED FOR PUB - PRINCIPAL REGISTER |
| May 15, 2019 | TEAS/EMAIL CORRESPONDENCE ENTERED |
| May 15, 2019 | CORRESPONDENCE RECEIVED IN LAW OFFICE |
| May 08, 2019 | ASSIGNED TO LIE |
| May 02, 2019 | TEAS RESPONSE TO OFFICE ACTION RECEIVED |
| Apr. 08, 2019 | NOTIFICATION OF NON-FINAL ACTION E-MAILED |
| Apr. 08, 2019 | NON-FINAL ACTION E-MAILED |
| Apr. 08, 2019 | NON-FINAL ACTION WRITTEN |
| Mar. 20, 2019 | ASSIGNED TO EXAMINER |
| Jan. 22, 2019 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED |
| Jan. 03, 2019 | NEW APPLICATION ENTERED |

# TM Staff and Location Information

**TM Staff Information - None**

**File Location**

**Current Location:** PUBLICATION AND ISSUE SECTION **Date in Location:** Dec. 01, 2020

**Generated on:** This page was generated by TSDR on 2026-04-09 16:25:13 EDT

**Mark:** PROJECT AWARE

PROJECT AWARE

**US Serial Number:** 88035020

**Application Filing Date:** Jul. 12, 2018

**US Registration Number:** 6725109

**Registration Date:** May 24, 2022

**Filed as TEAS RF:** Yes

**Currently TEAS RF:** Yes

**Register:** Principal

**Mark Type:** Trademark

**TM5 Common Status Descriptor:** LIVE/REGISTRATION/Issued and Active

The trademark application has been registered with the Office.

**Status:** Registered. The registration date is used to determine when post-registration maintenance documents are due.

**Status Date:** May 24, 2022

**Publication Date:**Jan. 08, 2019**Notice of Allowance Date:**Mar. 05, 2019

## Mark Information

**Mark Literal Elements:** PROJECT AWARE

**Standard Character Claim:** Yes. The mark consists of standard characters without claim to any particular font style, size, or color.

**Mark Drawing Type:** 4 - STANDARD CHARACTER MARK

**Disclaimer:** "PROJECT"

## Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:

- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** Downloadable electronic publications, namely, instructional texts, brochures, scripts, informational pamphlets and plays featuring educational information on the issue of substance abuse

**International Class(es):** 009 - Primary Class

**U.S Class(es):** 021, 023, 026, 036, 038

**Class Status:** ACTIVE

**First Use:** Mar. 04, 2022

**Use in Commerce:** Mar. 04, 2022

## Basis Information (Case Level)

| | |
|---|---|
| **Filed Use:** No | **Currently Use:** Yes |
| **Filed ITU:** Yes | **Currently ITU:** No |
| **Filed 44D:** No | **Currently 44D:** No |
| **Filed 44E:** No | **Currently 44E:** No |
| **Filed 66A:** No | **Currently 66A:** No |
| **Filed No Basis:** No | **Currently No Basis:** No |

## Current Owner(s) Information

**Owner Name:** Hackensack Meridian Health, Inc.

**Owner Address:** 343 Thornall Street
Edison, NEW JERSEY UNITED STATES 08837

**Legal Entity Type:** CORPORATION

**State or Country Where Organized:** NEW JERSEY

# Attorney/Correspondence Information

**Attorney of Record**

**Attorney Name:** Ira Hammer

**Docket Number:** 26557-1

**Attorney Primary Email Address:** IJH@spsk.com

**Attorney Email Authorized:** Yes

**Correspondent**

**Correspondent Name/Address:** Ira Hammer
SCHENCK, PRICE, SMITH & KING, LLP
220 PARK AVENUE
FLORHAM PARK, NEW JERSEY UNITED STATES 07932

**Phone:** 973-631-7859

**Correspondent e-mail:** Ira.Hammer@gmail.com IJH@spsk.com

**Correspondent e-mail Authorized:** Yes

**Domestic Representative - Not Found**

# Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| May 24, 2022 | NOTICE OF REGISTRATION CONFIRMATION EMAILED | |
| May 24, 2022 | REGISTERED-PRINCIPAL REGISTER | |
| Apr. 05, 2022 | NOTICE OF ACCEPTANCE OF STATEMENT OF USE E-MAILED | |
| Apr. 04, 2022 | ALLOWED PRINCIPAL REGISTER - SOU ACCEPTED | |
| Mar. 07, 2022 | STATEMENT OF USE PROCESSING COMPLETE | |
| Mar. 04, 2022 | USE AMENDMENT FILED | |
| Mar. 04, 2022 | TEAS STATEMENT OF USE RECEIVED | |
| Jan. 21, 2022 | NOTICE OF APPROVAL OF EXTENSION REQUEST E-MAILED | |
| Jan. 20, 2022 | SOU EXTENSION 5 GRANTED | |
| Sep. 07, 2021 | SOU EXTENSION 5 FILED | |
| Jan. 19, 2022 | CASE ASSIGNED TO INTENT TO USE PARALEGAL | |
| Nov. 30, 2021 | NOTICE OF REVIVAL - E-MAILED | |
| Nov. 30, 2021 | SOU EXTENSION RECEIVED WITH TEAS PETITION | |
| Nov. 30, 2021 | PETITION TO REVIVE-GRANTED | |
| Nov. 30, 2021 | TEAS PETITION TO REVIVE RECEIVED | |
| Oct. 12, 2021 | ABANDONMENT NOTICE E-MAILED - NO USE STATEMENT FILED | |
| Oct. 11, 2021 | ABANDONMENT - NO USE STATEMENT FILED | |
| Feb. 06, 2021 | NOTICE OF APPROVAL OF EXTENSION REQUEST E-MAILED | |
| Feb. 04, 2021 | SOU EXTENSION 4 GRANTED | |
| Feb. 04, 2021 | SOU EXTENSION 4 FILED | |
| Feb. 04, 2021 | SOU TEAS EXTENSION RECEIVED | |
| Sep. 08, 2020 | NOTICE OF APPROVAL OF EXTENSION REQUEST E-MAILED | |
| Sep. 04, 2020 | SOU EXTENSION 3 GRANTED | |
| Sep. 04, 2020 | SOU EXTENSION 3 FILED | |
| Sep. 04, 2020 | SOU TEAS EXTENSION RECEIVED | |
| Mar. 04, 2020 | NOTICE OF APPROVAL OF EXTENSION REQUEST E-MAILED | |
| Mar. 02, 2020 | SOU EXTENSION 2 GRANTED | |
| Mar. 02, 2020 | SOU EXTENSION 2 FILED | |
| Mar. 02, 2020 | SOU TEAS EXTENSION RECEIVED | |
| Aug. 29, 2019 | NOTICE OF APPROVAL OF EXTENSION REQUEST E-MAILED | |
| Aug. 27, 2019 | SOU EXTENSION 1 GRANTED | |
| Aug. 27, 2019 | SOU EXTENSION 1 FILED | |

| | |
|---|---|
| Aug. 27, 2019 | SOU TEAS EXTENSION RECEIVED |
| Mar. 05, 2019 | NOA E-MAILED - SOU REQUIRED FROM APPLICANT |
| Jan. 08, 2019 | OFFICIAL GAZETTE PUBLICATION CONFIRMATION E-MAILED |
| Jan. 08, 2019 | PUBLISHED FOR OPPOSITION |
| Dec. 19, 2018 | NOTIFICATION OF NOTICE OF PUBLICATION E-MAILED |
| Nov. 30, 2018 | ASSIGNED TO LIE |
| Nov. 09, 2018 | APPROVED FOR PUB - PRINCIPAL REGISTER |
| Nov. 07, 2018 | TEAS/EMAIL CORRESPONDENCE ENTERED |
| Nov. 07, 2018 | CORRESPONDENCE RECEIVED IN LAW OFFICE |
| Nov. 07, 2018 | TEAS RESPONSE TO OFFICE ACTION RECEIVED |
| Nov. 06, 2018 | NOTIFICATION OF NON-FINAL ACTION E-MAILED |
| Nov. 06, 2018 | NON-FINAL ACTION E-MAILED |
| Nov. 06, 2018 | NON-FINAL ACTION WRITTEN |
| Oct. 31, 2018 | ASSIGNED TO EXAMINER |
| Jul. 16, 2018 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED |
| Jul. 16, 2018 | NEW APPLICATION ENTERED |

# TM Staff and Location Information

**TM Staff Information - None**

**File Location**

**Current Location:** PUBLICATION AND ISSUE SECTION **Date in Location:** Apr. 04, 2022

**Generated on:** This page was generated by TSDR on 2026-04-09 16:31:38 EDT

**Mark:** OMNI-AWARE

Omni-Aware

**US Serial Number:** 79255171

**Application Filing Date:** Feb. 26, 2019

**US Registration Number:** 5899776

**Registration Date:** Nov. 05, 2019

**Register:** Principal

**Mark Type:** Trademark

**TM5 Common Status Descriptor:** LIVE/REGISTRATION/Issued and Active

The trademark application has been registered with the Office.

**Status:** Registered. The registration date is used to determine when post-registration maintenance documents are due.

**Status Date:** Nov. 05, 2019

**Publication Date:** Aug. 20, 2019

## Mark Information

**Mark Literal Elements:** OMNI-AWARE

**Standard Character Claim:** Yes. The mark consists of standard characters without claim to any particular font style, size, or color.

**Mark Drawing Type:** 4 - STANDARD CHARACTER MARK

## Related Properties Information

**International Registration Number:** 1457734

**International Registration Date:** Feb. 26, 2019

## Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:

- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** Instruments for monitoring traffic, namely, a computer with multiple sensors comprised of video image, LiDAR, and radar sensors and downloadable operating system and application software to detect vehicles and pedestrian location

**International Class(es):** 009 - Primary Class

**U.S Class(es):** 021, 023, 026, 036, 038

**Class Status:** ACTIVE

## Basis Information (Case Level)

**Filed Use:** No

**Currently Use:** No

**Filed ITU:** No

**Currently ITU:** No

**Filed 44D:** No

**Currently 44D:** No

**Filed 44E:** No

**Currently 44E:** No

**Filed 66A:** Yes

**Currently 66A:** Yes

**Filed No Basis:** No

**Currently No Basis:** No

## Current Owner(s) Information

**Owner Name:** Omni-Aware Holdings

**Owner Address:** PO Box 517
Ferny Hills DC QLD 4055
AUSTRALIA

**Legal Entity Type:** LIMITED LIABILITY COMPANY **State or Country Where Organized:** AUSTRALIA

# Attorney/Correspondence Information

**Attorney of Record - None**

**Correspondent**

**Correspondent Name/Address:** David Johnston
Omni-Aware Holdings Pty Ltd
PO Box 517
Ferny Hills DC QLD AUSTRALIA 4055

**Phone:** +61 418 745746

**Correspondent e-mail:** david.johnston@omni-aware.com davej@its.net.au **Correspondent e-mail Authorized:** Yes

**Domestic Representative - Not Found**

# Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Nov. 05, 2024 | COURTESY REMINDER - SEC. 71 (6-YR) E-MAILED | |
| Mar. 21, 2020 | FINAL DECISION TRANSACTION PROCESSED BY IB | |
| Feb. 27, 2020 | FINAL DISPOSITION NOTICE SENT TO IB | |
| Feb. 27, 2020 | FINAL DISPOSITION PROCESSED | |
| Feb. 05, 2020 | FINAL DISPOSITION NOTICE CREATED, TO BE SENT TO IB | |
| Nov. 05, 2019 | REGISTERED-PRINCIPAL REGISTER | |
| Aug. 23, 2019 | NOTIFICATION PROCESSED BY IB | |
| Aug. 20, 2019 | OFFICIAL GAZETTE PUBLICATION CONFIRMATION E-MAILED | |
| Aug. 20, 2019 | PUBLISHED FOR OPPOSITION | |
| Aug. 07, 2019 | NOTIFICATION OF POSSIBLE OPPOSITION SENT TO IB | |
| Aug. 07, 2019 | NOTICE OF START OF OPPOSITION PERIOD CREATED, TO BE SENT TO IB | |
| Jul. 31, 2019 | NOTIFICATION OF NOTICE OF PUBLICATION E-MAILED | |
| Jul. 15, 2019 | ASSIGNED TO LIE | |
| Jul. 08, 2019 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| Jun. 29, 2019 | TEAS/EMAIL CORRESPONDENCE ENTERED | |
| Jun. 29, 2019 | CORRESPONDENCE RECEIVED IN LAW OFFICE | |
| Jun. 29, 2019 | TEAS RESPONSE TO OFFICE ACTION RECEIVED | |
| Jun. 28, 2019 | REFUSAL PROCESSED BY IB | |
| Jun. 11, 2019 | NOTIFICATION OF NON-FINAL ACTION E-MAILED | |
| Jun. 11, 2019 | NON-FINAL ACTION E-MAILED | |
| Jun. 11, 2019 | NON-FINAL ACTION WRITTEN | |
| May 30, 2019 | TEAS/EMAIL CORRESPONDENCE ENTERED | |
| May 30, 2019 | CORRESPONDENCE RECEIVED IN LAW OFFICE | |
| May 30, 2019 | TEAS REQUEST FOR RECONSIDERATION RECEIVED | |
| May 28, 2019 | TEAS CHANGE OF CORRESPONDENCE RECEIVED | |
| May 30, 2019 | FINAL REFUSAL MAILED | |
| May 29, 2019 | FINAL REFUSAL WRITTEN | |
| May 27, 2019 | TEAS/EMAIL CORRESPONDENCE ENTERED | |
| May 27, 2019 | CORRESPONDENCE RECEIVED IN LAW OFFICE | |
| May 27, 2019 | TEAS RESPONSE TO OFFICE ACTION RECEIVED | |
| May 11, 2019 | NON-FINAL ACTION (IB REFUSAL) PREPARED FOR REVIEW | |
| May 10, 2019 | NON-FINAL ACTION WRITTEN | |
| May 07, 2019 | ASSIGNED TO EXAMINER | |

| | |
|---|---|
| Apr. 05, 2019 | APPLICATION FILING RECEIPT MAILED |
| Apr. 01, 2019 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED |
| Mar. 28, 2019 | SN ASSIGNED FOR SECT 66A APPL FROM IB |

# International Registration Information (Section 66a)

**International Registration Number:** 1457734

**International Registration Date:** Feb. 26, 2019

**Intl. Registration Status:** REQUEST FOR EXTENSION OF PROTECTION PROCESSED

**Date of International Registration Status:** Mar. 28, 2019

**Notification of Designation Date:** Mar. 28, 2019

**Date of Automatic Protection:** Sep. 28, 2020

**International Registration Renewal Date:** Feb. 26, 2029

**First Refusal Flag:** Yes

# TM Staff and Location Information

**TM Staff Information - None**

**File Location**

**Current Location:** PUBLICATION AND ISSUE SECTION

**Date in Location:** Nov. 05, 2019

**Generated on:** This page was generated by TSDR on 2026-04-09 16:32:10 EDT

**Mark:** CHILDAWARE

ChildAware

**US Serial Number:** 79325985

**Application Filing Date:** Aug. 12, 2021

**US Registration Number:** 7033092

**Registration Date:** Apr. 25, 2023

**Register:** Principal

**Mark Type:** Trademark, Service Mark

**TM5 Common Status Descriptor:** LIVE/REGISTRATION/Issued and Active

The trademark application has been registered with the Office.

**Status:** Registered. The registration date is used to determine when post-registration maintenance documents are due.

**Status Date:** Apr. 25, 2023

**Publication Date:** Feb. 07, 2023

## Mark Information

**Mark Literal Elements:** CHILDAWARE

**Standard Character Claim:** No

**Mark Drawing Type:** 3 - AN ILLUSTRATION DRAWING WHICH INCLUDES WORD(S)/ LETTER(S) /NUMBER(S)

**Description of Mark:** The mark consists of the term CHILDAWARE below a design of a shield within which appears two triangular shapes.

**Color Drawing:** Yes

**Design Search Code(s):** 24.01.02 - Shields or crests with figurative elements contained therein or superimposed thereon
26.05.20 - Triangles inside one another
26.05.21 - Triangles that are completely or partially shaded
26.05.28 - Miscellaneous designs with overall triangular shape; Triangular shape (miscellaneous overall shape)
26.11.21 - Rectangles that are completely or partially shaded

## Related Properties Information

**International Registration Number:** 1626921

**International Registration Date:** Aug. 12, 2021

## Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:

- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** Downloadable or recorded application software for searching, compiling, indexing and organising information for administration, compliance and audits in child related settings, namely schools, early learning centres, childcare centres, community, sporting and group activities for children; downloadable or recorded application software for managing and accessing data; downloadable computer software applications for searching, compiling, indexing and organising information for administration, compliance and audits in child related settings, namely schools, early learning centres, childcare centres, community, sporting and group activities for children; downloadable or recorded communication software for searching, compiling, indexing and organising information for administration, compliance and audits in child related settings, namely schools, early learning centres, childcare centres, community, sporting and group activities for children; downloadable or recorded communication processing computer software; downloadable or recorded

computer software for searching, compiling, indexing and organising information for administration, compliance and audits in child related settings, namely schools, early learning centres, childcare centres, community, sporting and group activities for children; downloadable or recorded computer software in the nature of programs for searching, compiling, indexing and organising information for administration, compliance and audits in child related settings, namely schools, early learning centres, childcare centres, community, sporting and group activities for children; computer software platforms, recorded or downloadable, for searching, compiling, indexing and organising information for administration, compliance and audits in child related settings, namely schools, early learning centres, childcare centres, community, sporting and group activities for children; downloadable or recorded computer software for use in searching, compiling, indexing and organising information for the administration of and regulatory compliance and audits in child related settings, namely schools, early learning centres, childcare centres, community, and in conducting sporting and group activities for children; downloadable or recorded interactive computer software for searching, compiling, indexing and organising information for administration, compliance and audits in child related settings, namely schools, early learning centres, childcare centres, community, sporting and group activities for children; computer software downloaded from the internet for searching, compiling, indexing and organising information for administration, compliance and audits in child related settings, namely schools, early learning centres, childcare centres, community, sporting and group activities for children; downloadable or recorded computer software programs for database management; downloadable or recorded data processing software; downloadable or recorded computer software for searching, compiling, indexing and organising information; downloadable or recorded computer software used for administration, compliance and audits in child related settings, including schools, early learning centres, childcare centres, community and group activities for children; electronic databases in the field of information for administration, compliance and audits in child related settings recorded on computer media

**International Class(es):** 009 - Primary Class | **U.S Class(es):** 021, 023, 026, 036, 038

**Class Status:** ACTIVE

---

**For:** Development of computer software; providing temporary use of online non-downloadable software in the nature of application service provider software for searching, compiling, indexing and organising information for administration, compliance and audits in child related settings, namely schools, early learning centres, childcare centres, community, sporting and group activities for children; computer software design; computer software development; computer technical support services in the nature of software advisory and information services, namely help desk services; design of computer software; hosting of software as a service (saas) software applications for others; online provision of non-downloadable web-based software for searching, compiling, indexing and organising information for administration, compliance and audits in child related settings, namely schools, early learning centres, childcare centres, community, sporting and group activities for children; computer software creation; creating website based indexes of online information for others; computer services, namely, creating computer network-based indexes of information, including in relation to text, electronic documents, databases, graphic and audio visual information for others all for the purpose of administration, compliance and audits in child-related settings; providing temporary use of on-line non-downloadable software for publishing and sharing information via global computer and communication networks relating to maintenance of computer software; cloud computing services featuring software for use in sharing data, creating data visualizations, data processing, and analysing data, namely hosting software for others; hosting websites of others for the storage of digital content; electronic data storage services, namely, providing remote cloud-based server storage to others; website hosting services for others featuring an online searchable database; advisory, consultancy and information services for the foregoing

**International Class(es):** 042 - Primary Class | **U.S Class(es):** 100, 101

**Class Status:** ACTIVE

# Basis Information (Case Level)

| | | | |
|---|---|---|---|
| **Filed Use:** | No | **Currently Use:** | No |
| **Filed ITU:** | No | **Currently ITU:** | No |
| **Filed 44D:** | No | **Currently 44D:** | No |
| **Filed 44E:** | No | **Currently 44E:** | No |
| **Filed 66A:** | Yes | **Currently 66A:** | Yes |
| **Filed No Basis:** | No | **Currently No Basis:** | No |

# Current Owner(s) Information

**Owner Name:** Child Aware Technology Holdings Pty Ltd

**Owner Address:** Suite 1 / 6 Riddell Parade
Elsternwick VIC 3185
AUSTRALIA

**Legal Entity Type:** Proprietary Limited Company | **State or Country Where Organized:** AUSTRALIA

# Attorney/Correspondence Information

**Attorney of Record**

**Attorney Name:** Scott S. Havlick | **Docket Number:** 115011.0001

**Attorney Primary Email Address:** docket@hollandhart.com | **Attorney Email Authorized:** Yes

**Correspondent**

**Correspondent Name/Address:** Scott S. Havlick
Holland & Hart LLP
P.O. Box 8749
Attention: Trademark Docketing
Denver, COLORADO UNITED STATES 80201

**Phone:** (303) 473-2710

**Correspondent e-mail:** allies@hollandhart.com shavlick@hollandhart.com alhodson@hollandhart.com atticus.trademark.nobill@hollandhart.com docket@hollandhart.com

**Correspondent e-mail Authorized:** Yes

**Domestic Representative**

**&nbspDomestic Representative Name:** Scott S. Havlick

**&nbspDomestic Representative e-mail:** docket@hollandhart.com

**&nbspDomestic Representative e-mail Authorized:** Yes

# Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Aug. 20, 2023 | FINAL DECISION TRANSACTION PROCESSED BY IB | |
| Aug. 02, 2023 | FINAL DISPOSITION NOTICE SENT TO IB | |
| Aug. 02, 2023 | FINAL DISPOSITION PROCESSED | 67445 |
| Jul. 25, 2023 | FINAL DISPOSITION NOTICE CREATED, TO BE SENT TO IB | |
| May 09, 2023 | NOTIFICATION OF POSSIBLE OPPOSITION - PROCESSED BY IB | |
| Apr. 25, 2023 | NOTICE OF REGISTRATION CONFIRMATION EMAILED | |
| Apr. 25, 2023 | REGISTERED-PRINCIPAL REGISTER | |
| Apr. 19, 2023 | NOTIFICATION OF POSSIBLE OPPOSITION SENT TO IB | |
| Apr. 19, 2023 | NOTIFICATION OF POSSIBLE OPPOSITION CREATED, TO BE SENT TO IB | |
| Feb. 07, 2023 | NOTIFICATION PROCESSED BY IB | |
| Feb. 07, 2023 | OFFICIAL GAZETTE PUBLICATION CONFIRMATION E-MAILED | |
| Feb. 07, 2023 | PUBLISHED FOR OPPOSITION | |
| Jan. 18, 2023 | NOTIFICATION OF POSSIBLE OPPOSITION SENT TO IB | |
| Jan. 18, 2023 | NOTICE OF START OF OPPOSITION PERIOD CREATED, TO BE SENT TO IB | |
| Jan. 18, 2023 | NOTIFICATION OF NOTICE OF PUBLICATION E-MAILED | |
| Jan. 04, 2023 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| Dec. 16, 2022 | TEAS/EMAIL CORRESPONDENCE ENTERED | |
| Dec. 15, 2022 | CORRESPONDENCE RECEIVED IN LAW OFFICE | |
| Dec. 15, 2022 | TEAS REQUEST FOR RECONSIDERATION RECEIVED | |
| Oct. 03, 2022 | NOTIFICATION OF FINAL REFUSAL EMAILED | |
| Oct. 03, 2022 | FINAL REFUSAL E-MAILED | |
| Oct. 03, 2022 | FINAL REFUSAL WRITTEN | |
| Oct. 01, 2022 | TEAS/EMAIL CORRESPONDENCE ENTERED | |
| Sep. 30, 2022 | CORRESPONDENCE RECEIVED IN LAW OFFICE | |
| Sep. 30, 2022 | TEAS RESPONSE TO OFFICE ACTION RECEIVED | |
| Jun. 06, 2022 | REFUSAL PROCESSED BY IB | |
| May 19, 2022 | NON-FINAL ACTION MAILED - REFUSAL SENT TO IB | |
| May 19, 2022 | REFUSAL PROCESSED BY MPU | |
| May 17, 2022 | NON-FINAL ACTION (IB REFUSAL) PREPARED FOR REVIEW | |
| May 16, 2022 | NON-FINAL ACTION WRITTEN | |
| May 13, 2022 | ASSIGNED TO EXAMINER | |
| Jan. 20, 2022 | APPLICANT/CORRESPONDENCE CHANGES (NON-RESPONSIVE) ENTERED | |
| Jan. 20, 2022 | TEAS CHANGE OF CORRESPONDENCE RECEIVED | |
| Jan. 20, 2022 | TEAS CHANGE OF DOMESTIC REPRESENTATIVES ADDRESS | |
| Jan. 20, 2022 | ATTORNEY/DOM.REP.REVOKED AND/OR APPOINTED | |
| Jan. 20, 2022 | TEAS REVOKE/APP/CHANGE ADDR OF ATTY/DOM REP RECEIVED | |

| | |
|---|---|
| Jan. 20, 2022 | TEAS CHANGE OF OWNER ADDRESS RECEIVED |
| Jan. 13, 2022 | CHANGE OF OWNER RECEIVED FROM IB |
| Nov. 23, 2021 | APPLICATION FILING RECEIPT MAILED |
| Nov. 19, 2021 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED |
| Nov. 18, 2021 | SN ASSIGNED FOR SECT 66A APPL FROM IB |

# International Registration Information (Section 66a)

**International Registration Number:** 1626921

**International Registration Date:** Aug. 12, 2021

**Priority Claimed Flag:** Yes

**Date of Section 67 Priority Claim:** Apr. 01, 2021

**Intl. Registration Status:** REQUEST FOR EXTENSION OF PROTECTION PROCESSED

**Date of International Registration Status:** Nov. 18, 2021

**Notification of Designation Date:** Nov. 18, 2021

**Date of Automatic Protection:** May 18, 2023

**International Registration Renewal Date:** Aug. 12, 2031

**First Refusal Flag:** Yes

# TM Staff and Location Information

**TM Staff Information - None**

**File Location**

**Current Location:** PUBLICATION AND ISSUE SECTION

**Date in Location:** Apr. 25, 2023

# Assignment Abstract Of Title Information

**Summary**

**Total Assignments:** 1

**Registrant:** Child Aware Technology Holdings Pty Ltd

**Assignment 1 of 1**

**Conveyance:** ASSIGNS THE ENTIRE INTEREST

**Reel/Frame:** 7624/0862

**Pages:** 2

**Date Recorded:** Jan. 13, 2022

**Supporting Documents:** https://assignmentcenter.uspto.gov/ipas/search/api/v2/public/download/trademark/7624/0862

**Assignor**

**Name:** AUSTRALIAN EARLY LEARNING CENTRES PTY LTD

**Execution Date:** Nov. 30, 2021

**Legal Entity Type:** UNKNOWN

**State or Country Where Organized:** NOT PROVIDED

**Assignee**

**Name:** CHILD AWARE TECHNOLOGY HOLDINGS PTY LTD

**Legal Entity Type:** PROPRIETARY LIMITED COMPANY

**State or Country Where Organized:** AUSTRALIA

**Address:** SUITE 1 / 6 RIDDELL PARADE
ELSTERNWICK VIC 3185 ,

**Correspondent**

**Correspondent Name:** CHILD AWARE TECHNOLOGY HOLDINGS PTY LTD

**Correspondent Address:** SUITE 1 / 6 RIDDELL PARADE
ELSTERNWICK VIC 3185
AUSTRALIA

**Domestic Representative - Not Found**

**Generated on:** This page was generated by TSDR on 2026-04-09 16:24:28 EDT

**Mark:** TALK AWARE

TALK AWARE

**US Serial Number:** 87599359

**Application Filing Date:** Sep. 07, 2017

**US Registration Number:** 6455939

**Registration Date:** Aug. 17, 2021

**Filed as TEAS Plus:** Yes

**Currently TEAS Plus:** Yes

**Register:** Principal

**Mark Type:** Trademark

**TM5 Common Status Descriptor:**

LIVE/REGISTRATION/Issued and Active

The trademark application has been registered with the Office.

**Status:** Registered. The registration date is used to determine when post-registration maintenance documents are due.

**Status Date:** Aug. 17, 2021

**Publication Date:** Mar. 06, 2018 **Notice of Allowance Date:** May 01, 2018

# Mark Information

**Mark Literal Elements:** TALK AWARE

**Standard Character Claim:** Yes. The mark consists of standard characters without claim to any particular font style, size, or color.

**Mark Drawing Type:** 4 - STANDARD CHARACTER MARK

**Disclaimer:** "TALK"

# Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:

- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** Computer software for communicating with users of hand-held computers; Computer application software for mobile phones, namely, software for text messaging; Computer application software for mobile phones, namely, software for voice recognition; Computer application software for mobile phones, namely, software for modifying voice-to-text data

**International Class(es):** 009 - Primary Class

**U.S Class(es):** 021, 023, 026, 036, 038

**Class Status:** ACTIVE

**First Use:** Jun. 17, 2020

**Use in Commerce:** Jun. 17, 2020

# Basis Information (Case Level)

**Filed Use:** No

**Currently Use:** Yes

**Filed ITU:** Yes

**Currently ITU:** No

**Filed 44D:** No

**Currently 44D:** No

**Filed 44E:** No

**Currently 44E:** No

**Filed 66A:** No

**Currently 66A:** No

**Filed No Basis:** No

**Currently No Basis:** No

# Current Owner(s) Information

**Owner Name:** KARMAGREEN, LLC

**DBA, AKA, Formerly:** DBA Mt Lotz

**Owner Address:** 912 SE 46th Lane, #204
Cape Coral, FLORIDA UNITED STATES 33904

**Legal Entity Type:** LIMITED LIABILITY COMPANY

**State or Country Where Organized:** DELAWARE

# Attorney/Correspondence Information

**Attorney of Record**

**Attorney Name:** George F. Wallace

**Docket Number:** JAMMOR-TM14

**Attorney Primary Email Address:** patentattorney@verizon.net

**Attorney Email Authorized:** Yes

**Correspondent**

**Correspondent Name/Address:** George F. Wallace
2010 WILLOW BRANCH DRIVE
CAPE CORAL, FLORIDA UNITED STATES 33991

**Phone:** 239-945-1001

**Correspondent e-mail:** patentattorney@verizon.net

**Correspondent e-mail Authorized:** Yes

**Domestic Representative - Not Found**

# Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Aug. 17, 2021 | REGISTERED-PRINCIPAL REGISTER | |
| Jul. 15, 2021 | NOTICE OF ACCEPTANCE OF STATEMENT OF USE E-MAILED | |
| Jul. 14, 2021 | ALLOWED PRINCIPAL REGISTER - SOU ACCEPTED | |
| Jun. 17, 2021 | TEAS/EMAIL CORRESPONDENCE ENTERED | |
| Jun. 17, 2021 | CORRESPONDENCE RECEIVED IN LAW OFFICE | |
| Jun. 11, 2021 | ASSIGNED TO LIE | |
| Mar. 23, 2021 | TEAS RESPONSE TO OFFICE ACTION RECEIVED | |
| Mar. 10, 2021 | NOTIFICATION OF NON-FINAL ACTION E-MAILED | |
| Mar. 10, 2021 | NON-FINAL ACTION E-MAILED | |
| Mar. 10, 2021 | SU - NON-FINAL ACTION - WRITTEN | |
| Feb. 12, 2021 | STATEMENT OF USE PROCESSING COMPLETE | |
| Jan. 26, 2021 | USE AMENDMENT FILED | |
| Feb. 11, 2021 | CASE ASSIGNED TO INTENT TO USE PARALEGAL | |
| Jan. 26, 2021 | TEAS STATEMENT OF USE RECEIVED | |
| Jan. 27, 2021 | NOTICE OF APPROVAL OF EXTENSION REQUEST E-MAILED | |
| Jan. 26, 2021 | SOU EXTENSION 5 GRANTED | |
| Nov. 02, 2020 | SOU EXTENSION 5 FILED | |
| Nov. 07, 2020 | NOTICE OF REVIVAL - E-MAILED | |
| Nov. 06, 2020 | SOU EXTENSION RECEIVED WITH TEAS PETITION | |
| Nov. 06, 2020 | PETITION TO REVIVE-GRANTED | |
| Nov. 06, 2020 | TEAS PETITION TO REVIVE RECEIVED | |
| Apr. 15, 2020 | NOTICE OF APPROVAL OF EXTENSION REQUEST E-MAILED | |
| Apr. 13, 2020 | SOU EXTENSION 4 GRANTED | |
| Apr. 13, 2020 | SOU EXTENSION 4 FILED | |
| Apr. 13, 2020 | SOU TEAS EXTENSION RECEIVED | |
| Oct. 23, 2019 | NOTICE OF APPROVAL OF EXTENSION REQUEST E-MAILED | |
| Oct. 21, 2019 | SOU EXTENSION 3 GRANTED | |
| Oct. 21, 2019 | SOU EXTENSION 3 FILED | |
| Oct. 21, 2019 | SOU TEAS EXTENSION RECEIVED | |

| | |
|---|---|
| Mar. 14, 2019 | NOTICE OF APPROVAL OF EXTENSION REQUEST E-MAILED |
| Mar. 12, 2019 | SOU EXTENSION 2 GRANTED |
| Mar. 12, 2019 | SOU EXTENSION 2 FILED |
| Mar. 12, 2019 | SOU TEAS EXTENSION RECEIVED |
| Oct. 30, 2018 | NOTICE OF APPROVAL OF EXTENSION REQUEST E-MAILED |
| Oct. 26, 2018 | SOU EXTENSION 1 GRANTED |
| Oct. 26, 2018 | SOU EXTENSION 1 FILED |
| Oct. 26, 2018 | SOU TEAS EXTENSION RECEIVED |
| May 01, 2018 | NOA E-MAILED - SOU REQUIRED FROM APPLICANT |
| Mar. 06, 2018 | OFFICIAL GAZETTE PUBLICATION CONFIRMATION E-MAILED |
| Mar. 06, 2018 | PUBLISHED FOR OPPOSITION |
| Feb. 14, 2018 | NOTIFICATION OF NOTICE OF PUBLICATION E-MAILED |
| Jan. 24, 2018 | APPROVED FOR PUB - PRINCIPAL REGISTER |
| Jan. 03, 2018 | EXAMINER'S AMENDMENT ENTERED |
| Jan. 03, 2018 | NOTIFICATION OF EXAMINERS AMENDMENT E-MAILED |
| Jan. 03, 2018 | EXAMINERS AMENDMENT E-MAILED |
| Jan. 03, 2018 | EXAMINERS AMENDMENT -WRITTEN |
| Dec. 19, 2017 | NOTIFICATION OF NON-FINAL ACTION E-MAILED |
| Dec. 19, 2017 | NON-FINAL ACTION E-MAILED |
| Dec. 19, 2017 | NON-FINAL ACTION WRITTEN |
| Dec. 12, 2017 | ASSIGNED TO EXAMINER |
| Sep. 13, 2017 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED |
| Sep. 11, 2017 | NEW APPLICATION ENTERED |

# TM Staff and Location Information

**TM Staff Information - None**

**File Location**

**Current Location:** PUBLICATION AND ISSUE SECTION **Date in Location:** Jul. 14, 2021

**Generated on:** This page was generated by TSDR on 2026-04-09 16:34:48 EDT

**Mark:** TALKAWARE

TALKAWARE

**US Serial Number:** 88468769

**Application Filing Date:** Jun. 11, 2019

**US Registration Number:** 6329492

**Registration Date:** Apr. 20, 2021

**Filed as TEAS Plus:** Yes

**Currently TEAS Plus:** Yes

**Register:** Principal

**Mark Type:** Trademark

**TM5 Common Status Descriptor:** LIVE/REGISTRATION/Issued and Active

The trademark application has been registered with the Office.

**Status:** Registered. The registration date is used to determine when post-registration maintenance documents are due.

**Status Date:** Apr. 20, 2021

**Publication Date:** Sep. 24, 2019 **Notice of Allowance Date:** Nov. 19, 2019

# Mark Information

**Mark Literal Elements:** TALKAWARE

**Standard Character Claim:** Yes. The mark consists of standard characters without claim to any particular font style, size, or color.

**Mark Drawing Type:** 4 - STANDARD CHARACTER MARK

# Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:

- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** Downloadable computer application software for mobile phones, namely, software for text messaging; Downloadable computer application software for mobile phones, namely, software for voice recognition; Downloadable computer application software for mobile phones, namely, software for modifying voice-to-text data

**International Class(es):** 009 - Primary Class

**U.S Class(es):** 021, 023, 026, 036, 038

**Class Status:** ACTIVE

**First Use:** Jun. 17, 2019

**Use in Commerce:** Jun. 17, 2019

# Basis Information (Case Level)

**Filed Use:** No

**Currently Use:** Yes

**Filed ITU:** Yes

**Currently ITU:** No

**Filed 44D:** No

**Currently 44D:** No

**Filed 44E:** No

**Currently 44E:** No

**Filed 66A:** No

**Currently 66A:** No

**Filed No Basis:** No

**Currently No Basis:** No

# Current Owner(s) Information

**Owner Name:** KARMAGREEN, LLC

**Owner Address:** 912 SE 46th Lane, #204
Cape Coral, FLORIDA UNITED STATES 33904

**Legal Entity Type:** LIMITED LIABILITY COMPANY

**State or Country Where Organized:** DELAWARE

# Attorney/Correspondence Information

**Attorney of Record**

**Attorney Name:** George F. Wallace

**Docket Number:** JAMMOR-TM32

**Attorney Primary Email Address:** patentcounsel@verizon.net

**Attorney Email Authorized:** Yes

**Correspondent**

**Correspondent Name/Address:** George F. Wallace
2010 WILLOW BRANCH DRIVE
CAPE CORAL, FLORIDA UNITED STATES 33991

**Phone:** 239-945-1001

**Correspondent e-mail:** patentcounsel@verizon.net

**Correspondent e-mail Authorized:** Yes

**Domestic Representative - Not Found**

# Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Apr. 20, 2021 | REGISTERED-PRINCIPAL REGISTER | |
| Mar. 16, 2021 | NOTICE OF ACCEPTANCE OF STATEMENT OF USE E-MAILED | |
| Mar. 15, 2021 | ALLOWED PRINCIPAL REGISTER - SOU ACCEPTED | |
| Feb. 11, 2021 | STATEMENT OF USE PROCESSING COMPLETE | |
| Jan. 25, 2021 | USE AMENDMENT FILED | |
| Feb. 11, 2021 | CASE ASSIGNED TO INTENT TO USE PARALEGAL | |
| Jan. 25, 2021 | TEAS STATEMENT OF USE RECEIVED | |
| Nov. 10, 2020 | NOTICE OF APPROVAL OF EXTENSION REQUEST E-MAILED | |
| Nov. 06, 2020 | SOU EXTENSION 2 GRANTED | |
| Nov. 06, 2020 | SOU EXTENSION 2 FILED | |
| Nov. 06, 2020 | SOU TEAS EXTENSION RECEIVED | |
| Apr. 15, 2020 | NOTICE OF APPROVAL OF EXTENSION REQUEST E-MAILED | |
| Apr. 13, 2020 | SOU EXTENSION 1 GRANTED | |
| Apr. 13, 2020 | SOU EXTENSION 1 FILED | |
| Apr. 13, 2020 | SOU TEAS EXTENSION RECEIVED | |
| Nov. 19, 2019 | NOA E-MAILED - SOU REQUIRED FROM APPLICANT | |
| Sep. 24, 2019 | OFFICIAL GAZETTE PUBLICATION CONFIRMATION E-MAILED | |
| Sep. 24, 2019 | PUBLISHED FOR OPPOSITION | |
| Sep. 04, 2019 | NOTIFICATION OF NOTICE OF PUBLICATION E-MAILED | |
| Aug. 22, 2019 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| Aug. 22, 2019 | ASSIGNED TO EXAMINER | |
| Jun. 24, 2019 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED | |
| Jun. 14, 2019 | NEW APPLICATION ENTERED | |

# TM Staff and Location Information

**TM Staff Information - None**

**File Location**

**Current Location:** PUBLICATION AND ISSUE SECTION

**Date in Location:** Mar. 15, 2021

**Generated on:** This page was generated by TSDR on 2026-04-09 16:39:19 EDT

**Mark:** TALKAWARE

**US Serial Number:** 88577500

**Application Filing Date:** Aug. 13, 2019

**US Registration Number:** 6323182

**Registration Date:** Apr. 13, 2021

**Filed as TEAS Plus:** Yes

**Currently TEAS Plus:** Yes

**Register:** Principal

**Mark Type:** Trademark

**TM5 Common Status Descriptor:** LIVE/REGISTRATION/Issued and Active

The trademark application has been registered with the Office.

**Status:** Registered. The registration date is used to determine when post-registration maintenance documents are due.

**Status Date:** Apr. 13, 2021

**Publication Date:**Dec. 31, 2019**Notice of Allowance Date:**Feb. 25, 2020

# Mark Information

**Mark Literal Elements:** TALKAWARE

**Standard Character Claim:** No

**Mark Drawing Type:** 3 - AN ILLUSTRATION DRAWING WHICH INCLUDES WORD(S)/ LETTER(S) /NUMBER(S)

**Description of Mark:** The mark consists of an oval shaped speech bubble, with a centrally positioned ellipsis in the left half of the speech bubble, and the left half forming a profiled face with stylized shapes of a nose and open mouth, and with a stylized goatee forming the tail of the speech bubble. The right half of the speech bubble has vertical lines between a pair of sharply falling and rising lines. The wording "TALKAWARE" is below all of the foregoing to the right of the speech bubble tail.

**Color(s) Claimed:** Color is not claimed as a feature of the mark.

**Design Search Code(s):** 01.15.17 - Balloons for conveying wording, speech, or thoughts; Bubbles for conveying wording, speech, or thoughts; Clouds for conveying wording, speech, or thoughts; Speech clouds, bubbles, and balloons; Thought clouds, bubbles, and balloons; Word clouds, bubbles, and balloons
01.15.24 - Sound waves, including designs depicting sound
02.01.33 - Grotesque men formed by letters, numbers, punctuation or geometric shapes; Stick figures
02.01.37 - Busts of men in profile; Heads of men in profile; Men - heads, portraiture, or busts in profile; Portraiture of men in profile
02.11.04 - Human lips or mouths
02.11.06 - Beards; Hair; Hair extensions; Human hair, locks of hair, wigs, beards, mustaches; Mustaches; Toupees; Wigs
02.11.25 - Blood vessels, human; Brain, human; Buttocks, human; Human, other parts of the body; Intestines, human; Lungs, human; Nerves, human; Nose, human; Spine, human; Tongue, human
17.07.25 - EKG heartbeat monitors, oscilloscopes, and seismographs; Electrogram measurement lines in zig-zag or wave shapes, such as those created by EEG brain wave sensors; Other measuring instruments and readouts, including seismographs, Geiger counters, metal detectors, oscilloscopes, and electrograms like EKGs (heart rate)
26.01.15 - Circles, exactly three circles; Three circles
26.03.04 - Ovals with two breaks or divided in the middle
26.03.21 - Ovals that are completely or partially shaded
26.17.04 - Bands, vertical; Bars, vertical; Lines, vertical; Vertical line(s), band(s) or bar(s)

# Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:

- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** Computer software for communicating with users of hand-held computers that may be downloaded from a global computer network; Downloadable computer application software for mobile phones, namely, software for text messaging; Downloadable computer application software for mobile phones, namely, software for voice recognition; Downloadable computer application software for mobile phones, namely, software for modifying voice-to-text data

**International Class(es):** 009 - Primary Class | **U.S Class(es):** 021, 023, 026, 036, 038

**Class Status:** ACTIVE

**First Use:** Jul. 29, 2019 | **Use in Commerce:** Jul. 29, 2019

# Basis Information (Case Level)

| | | | |
|---|---|---|---|
| **Filed Use:** | No | **Currently Use:** | Yes |
| **Filed ITU:** | Yes | **Currently ITU:** | No |
| **Filed 44D:** | No | **Currently 44D:** | No |
| **Filed 44E:** | No | **Currently 44E:** | No |
| **Filed 66A:** | No | **Currently 66A:** | No |
| **Filed No Basis:** | No | **Currently No Basis:** | No |

# Current Owner(s) Information

**Owner Name:** KARMAGREEN, LLC

**Owner Address:** 912 SE 46th Lane, #204
Cape Coral, FLORIDA UNITED STATES 33904

**Legal Entity Type:** LIMITED LIABILITY COMPANY | **State or Country Where Organized:** DELAWARE

# Attorney/Correspondence Information

**Attorney of Record**

**Attorney Name:** George F. Wallace

**Attorney Primary Email Address:** patentattorney@verizon.net | **Attorney Email Authorized:** Yes

**Correspondent**

**Correspondent Name/Address:** George F. Wallace
2010 WILLOW BRANCH DRIVE
CAPE CORAL, FLORIDA UNITED STATES 33991

**Phone:** 239-945-1001

**Correspondent e-mail:** patentattorney@verizon.net | **Correspondent e-mail Authorized:** Yes

**Domestic Representative - Not Found**

# Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Apr. 13, 2021 | REGISTERED-PRINCIPAL REGISTER | |
| Mar. 06, 2021 | NOTICE OF ACCEPTANCE OF STATEMENT OF USE E-MAILED | |
| Mar. 05, 2021 | ALLOWED PRINCIPAL REGISTER - SOU ACCEPTED | |
| Feb. 12, 2021 | STATEMENT OF USE PROCESSING COMPLETE | |
| Jan. 25, 2021 | USE AMENDMENT FILED | |
| Feb. 11, 2021 | CASE ASSIGNED TO INTENT TO USE PARALEGAL | |
| Jan. 25, 2021 | TEAS STATEMENT OF USE RECEIVED | |
| Aug. 27, 2020 | NOTICE OF APPROVAL OF EXTENSION REQUEST E-MAILED | |
| Aug. 25, 2020 | SOU EXTENSION 1 GRANTED | |
| Aug. 25, 2020 | SOU EXTENSION 1 FILED | |
| Aug. 25, 2020 | SOU TEAS EXTENSION RECEIVED | |
| Feb. 25, 2020 | NOA E-MAILED - SOU REQUIRED FROM APPLICANT | |
| Dec. 31, 2019 | OFFICIAL GAZETTE PUBLICATION CONFIRMATION E-MAILED | |

| | |
|---|---|
| Dec. 31, 2019 | PUBLISHED FOR OPPOSITION |
| Dec. 11, 2019 | NOTIFICATION OF NOTICE OF PUBLICATION E-MAILED |
| Nov. 20, 2019 | ASSIGNED TO LIE |
| Nov. 18, 2019 | APPROVED FOR PUB - PRINCIPAL REGISTER |
| Nov. 14, 2019 | EXAMINER'S AMENDMENT ENTERED |
| Nov. 14, 2019 | NOTIFICATION OF EXAMINERS AMENDMENT E-MAILED |
| Nov. 14, 2019 | EXAMINERS AMENDMENT E-MAILED |
| Nov. 14, 2019 | EXAMINERS AMENDMENT -WRITTEN |
| Nov. 12, 2019 | ASSIGNED TO EXAMINER |
| Aug. 29, 2019 | NOTICE OF DESIGN SEARCH CODE E-MAILED |
| Aug. 28, 2019 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED |
| Aug. 16, 2019 | NEW APPLICATION ENTERED |

# TM Staff and Location Information

**TM Staff Information - None**

**File Location**

**Current Location:** PUBLICATION AND ISSUE SECTION **Date in Location:** Mar. 05, 2021

**Generated on:** This page was generated by TSDR on 2026-04-09 16:37:15 EDT

**Mark:** ALERTAWARE

**US Serial Number:** 97250141

**Application Filing Date:** Feb. 02, 2022

**US Registration Number:** 7010162

**Registration Date:** Mar. 28, 2023

**Register:** Principal

**Mark Type:** Service Mark

**TM5 Common Status Descriptor:** LIVE/REGISTRATION/Issued and Active

The trademark application has been registered with the Office.

**Status:** Registered. The registration date is used to determine when post-registration maintenance documents are due.

**Status Date:** Mar. 28, 2023

**Publication Date:** Jan. 10, 2023

# Mark Information

**Mark Literal Elements:** ALERTAWARE

**Standard Character Claim:** Yes. The mark consists of standard characters without claim to any particular font style, size, or color.

**Mark Drawing Type:** 4 - STANDARD CHARACTER MARK

# Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:

- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** telecommunications services, namely, electronic notification services and related net-centric alert notification services for communicating emergency alerts and other urgent information; telecommunication services, namely, accessing, processing, and transmitting of electronic message notifications to individuals and organizations via the internet and wireless communication networks; telecommunications services, namely, transmission of voice, data, text, and images by wireless communication networks and the internet

**International Class(es):** 038 - Primary Class

**U.S Class(es):** 100, 101, 104

**Class Status:** ACTIVE

**First Use:** Feb. 26, 2010

**Use in Commerce:** Jul. 26, 2021

**For:** providing temporary use of online non-downloadable computer software for mass notification and other communication using multi-channel delivery methods

**International Class(es):** 042 - Primary Class

**U.S Class(es):** 100, 101

**Class Status:** ACTIVE

**First Use:** Feb. 26, 2010

**Use in Commerce:** Jul. 26, 2021

# Basis Information (Case Level)

**Filed Use:** Yes

**Currently Use:** Yes

**Filed ITU:** No

**Currently ITU:** No

**Filed 44D:** No

**Currently 44D:** No

| | | | |
|---|---|---|---|
| **Filed 44E:** | No | **Currently 44E:** | No |
| **Filed 66A:** | No | **Currently 66A:** | No |
| **Filed No Basis:** | No | **Currently No Basis:** | No |

# Current Owner(s) Information

**Owner Name:** Alertus Technologies LLC

**Owner Address:** P.O. Box 600
Beltsville, MARYLAND UNITED STATES 20704

**Legal Entity Type:** LIMITED LIABILITY COMPANY

**State or Country Where Organized:** MARYLAND

# Attorney/Correspondence Information

**Attorney of Record**

**Docket Number:** AATM2022

**Correspondent**

**Correspondent Name/Address:** ALERTUS TECHNOLOGIES LLC
P.O. BOX 600
BELTSVILLE, MARYLAND UNITED STATES 20704

**Phone:** 202-253-7887

**Correspondent e-mail:** ckilday@alertus.com jvolk@alertus.com

**Correspondent e-mail Authorized:** Yes

**Domestic Representative - Not Found**

# Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Mar. 28, 2023 | NOTICE OF REGISTRATION CONFIRMATION EMAILED | |
| Mar. 28, 2023 | REGISTERED-PRINCIPAL REGISTER | |
| Jan. 10, 2023 | OFFICIAL GAZETTE PUBLICATION CONFIRMATION E-MAILED | |
| Jan. 10, 2023 | PUBLISHED FOR OPPOSITION | |
| Dec. 21, 2022 | NOTIFICATION OF NOTICE OF PUBLICATION E-MAILED | |
| Dec. 06, 2022 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| Dec. 06, 2022 | EXAMINER'S AMENDMENT ENTERED | |
| Dec. 06, 2022 | ASSIGNED TO LIE | |
| Dec. 06, 2022 | NOTIFICATION OF EXAMINERS AMENDMENT E-MAILED | |
| Dec. 06, 2022 | EXAMINERS AMENDMENT E-MAILED | |
| Dec. 06, 2022 | EXAMINERS AMENDMENT -WRITTEN | |
| Nov. 17, 2022 | NOTIFICATION OF NON-FINAL ACTION E-MAILED | |
| Nov. 17, 2022 | NON-FINAL ACTION E-MAILED | |
| Nov. 17, 2022 | NON-FINAL ACTION WRITTEN | |
| Nov. 15, 2022 | ASSIGNED TO EXAMINER | |
| Feb. 08, 2022 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED | |
| Feb. 05, 2022 | NEW APPLICATION ENTERED | |

# TM Staff and Location Information

**TM Staff Information - None**

**File Location**

**Current Location:** PUBLICATION AND ISSUE SECTION

**Date in Location:** Mar. 28, 2023

**Generated on:** This page was generated by TSDR on 2026-04-09 16:40:16 EDT

**Mark:** SENSAWARE

SensAware

**US Serial Number:** 90060328

**Application Filing Date:** Jul. 18, 2020

**US Registration Number:** 6281318

**Registration Date:** Mar. 02, 2021

**Filed as TEAS Plus:** Yes

**Currently TEAS Plus:** Yes

**Register:** Principal

**Mark Type:** Trademark

**TM5 Common Status Descriptor:**

LIVE/REGISTRATION/Issued and Active

The trademark application has been registered with the Office.

**Status:** Registered. The registration date is used to determine when post-registration maintenance documents are due.

**Status Date:** Mar. 02, 2021

**Publication Date:** Dec. 15, 2020

# Mark Information

**Mark Literal Elements:** SENSAWARE

**Standard Character Claim:** Yes. The mark consists of standard characters without claim to any particular font style, size, or color.

**Mark Drawing Type:** 4 - STANDARD CHARACTER MARK

# Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:
- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** Downloadable computer application software for mobile phones, namely, software for tracking personal data from wearable device that is connected through wireless technology to the application; Wearable activity trackers

**International Class(es):** 009 - Primary Class

**U.S Class(es):** 021, 023, 026, 036, 038

**Class Status:** ACTIVE

**First Use:** Jan. 10, 2020

**Use in Commerce:** Apr. 01, 2020

# Basis Information (Case Level)

**Filed Use:** Yes

**Currently Use:** Yes

**Filed ITU:** No

**Currently ITU:** No

**Filed 44D:** No

**Currently 44D:** No

**Filed 44E:** No

**Currently 44E:** No

**Filed 66A:** No

**Currently 66A:** No

**Filed No Basis:** No

**Currently No Basis:** No

# Current Owner(s) Information

**Owner Name:** ThetaData L.L.C.

**Owner Address:** 1909 Norris Rd
Vancouver, WASHINGTON UNITED STATES 98661

**Legal Entity Type:** LIMITED LIABILITY COMPANY

**State or Country Where Organized:** WASHINGTON

# Attorney/Correspondence Information

**Attorney of Record - None**

**Correspondent**

**Correspondent Name/Address:** ThetaData L.L.C.
1909 Norris Rd
Vancouver, WASHINGTON UNITED STATES 98661

**Phone:** 2064469669

**Correspondent e-mail:** dale@sensamind.com motowndale@hotmail.com

**Correspondent e-mail Authorized:** Yes

**Domestic Representative - Not Found**

# Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Mar. 02, 2026 | COURTESY REMINDER - SEC. 8 (6-YR) E-MAILED | |
| Jan. 03, 2022 | APPLICANT/CORRESPONDENCE CHANGES (NON-RESPONSIVE) ENTERED | |
| Jan. 03, 2022 | TEAS CHANGE OF CORRESPONDENCE RECEIVED | |
| Jan. 03, 2022 | TEAS CHANGE OF OWNER ADDRESS RECEIVED | |
| Mar. 02, 2021 | REGISTERED-PRINCIPAL REGISTER | |
| Dec. 15, 2020 | OFFICIAL GAZETTE PUBLICATION CONFIRMATION E-MAILED | |
| Dec. 15, 2020 | PUBLISHED FOR OPPOSITION | |
| Nov. 25, 2020 | NOTIFICATION OF NOTICE OF PUBLICATION E-MAILED | |
| Nov. 09, 2020 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| Nov. 02, 2020 | ASSIGNED TO EXAMINER | |
| Aug. 14, 2020 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED | |
| Jul. 22, 2020 | NEW APPLICATION ENTERED | |

# TM Staff and Location Information

**TM Staff Information - None**

**File Location**

**Current Location:** PUBLICATION AND ISSUE SECTION

**Date in Location:** Mar. 02, 2021

**Generated on:** This page was generated by TSDR on 2026-04-09 16:43:47 EDT

**Mark:** SITAWARE

SITAWARE

**US Serial Number:** 98157216

**Application Filing Date:** Aug. 30, 2023

**US Registration Number:** 7700998

**Registration Date:** Feb. 25, 2025

**Register:** Principal

**Mark Type:** Trademark, Service Mark

**TM5 Common Status Descriptor:** LIVE/REGISTRATION/Issued and Active

The trademark application has been registered with the Office.

**Status:** Registered. The registration date is used to determine when post-registration maintenance documents are due.

**Status Date:** Feb. 25, 2025

**Publication Date:** Jan. 07, 2025

# Mark Information

**Mark Literal Elements:** SITAWARE

**Standard Character Claim:** Yes. The mark consists of standard characters without claim to any particular font style, size, or color.

**Mark Drawing Type:** 4 - STANDARD CHARACTER MARK

# Related Properties Information

**Claimed Ownership of US Registrations:** 4159537

# Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:

- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** Downloadable computer software for providing logistics and operational planning in the military and paramilitary policing and surveillance of coastal and open land borders, and for use in command and control in the defense field; Downloadable computer programs for connecting remotely to computers or computer networks; Downloadable Global Positioning System (GPS) computer software being downloadable software for use in mapping; Satellite-aided navigation systems; Downloadable training software for use in learning logistics and operational planning in the military and paramilitary policing and surveillance of coastal and open land borders, and for use in command and control in the defense field; Downloadable computer software for accessing computer networks, namely, Downloadable computer software for use in computer access control; Downloadable computer software applications for mobile devices for providing logistics and operational planning in the military and paramilitary policing and surveillance of coastal and open land borders, and for use in command and control in the defense field; Downloadable computer software for enabling the provision of information via communications networks; Downloadable computer software for enabling the provision of information via the Internet; Downloadable computer software for enabling the provision of electronic media via communications networks; Downloadable computer software for enabling the provision of electronic media via the Internet; Downloadable computer software for database management; Downloadable data management software being downloadable computer software for database management; Downloadable computer software development tools; Downloadable computer software for use as an application programming interface (API) for providing logistics and operational planning in the military and paramilitary policing and surveillance of coastal and open land borders, and for use in command and control in the defense field; all the aforesaid goods in connection with logistics and operational planning in the military and paramilitary policing and surveillance of coastal and open land borders, and with command and control in the defense field

**International Class(es):** 009 - Primary Class

**U.S Class(es):** 021, 023, 026, 036, 038

**Class Status:** ACTIVE

**First Use:** Jan. 31, 2003 **Use in Commerce:** May 31, 2004

**For:** Electronic data transmission; electronic communication services, namely, Communication by electronic computer terminals; network transmission of sounds, images, signals and data; data transfer services via the internet; electronic transmission of data; transmission of messages; all the aforesaid services in connection with logistics and operational planning in the military and paramilitary policing and surveillance of coastal and open land borders, and with command and control in the defense field

**International Class(es):** 038 - Primary Class **U.S Class(es):** 100, 101, 104

**Class Status:** ACTIVE

**First Use:** Jan. 31, 2003 **Use in Commerce:** May 31, 2004

**For:** Educational services, namely, conducting classes, seminars, conferences, and workshops and providing non-downloadable webinars in the fields of computers, computer services, information technology, artificial intelligence, cloud computing, database management, image and audio processing technology, telecommunications and software; computer assisted training in the fields of computers, computer services, information technology, artificial intelligence, cloud computing, database management, image and audio processing technology, telecommunications and software; training in the operation of software systems

**International Class(es):** 041 - Primary Class **U.S Class(es):** 100, 101, 107

**Class Status:** ACTIVE

**First Use:** Jan. 31, 2003 **Use in Commerce:** May 31, 2004

**For:** Design and development of computer hardware and software; computer programming; computer software design; creating of computer programs; advisory and information services relating to computer software; software development, programming and implementation; design and development of wireless computer networks; design and development of software in the field of mobile applications; Support and maintenance services for computer software, namely, technical support services in the nature of troubleshooting of computer software problems; Installation, maintenance, updating and upgrading of computer software; IT integration services; Science and technology services, namely, scientific research; Information technology services provided on an outsourcing basis, namely, Outsource service providers in the field of information technology relating to installation, maintenance and repair of computer software; all the aforesaid services in connection with logistics and operational planning in the military and paramilitary policing and surveillance of coastal and open land borders, and with command and control in the defense field; providing online, non-downloadable software for providing logistics and operational planning in the military and paramilitary policing and surveillance of coastal and open land borders, and for use in command and control in the defense field

**International Class(es):** 042 - Primary Class **U.S Class(es):** 100, 101

**Class Status:** ACTIVE

**First Use:** Jan. 31, 2003 **Use in Commerce:** May 31, 2004

# Basis Information (Case Level)

**Filed Use:** Yes **Currently Use:** Yes

**Filed ITU:** No **Currently ITU:** No

**Filed 44D:** No **Currently 44D:** No

**Filed 44E:** No **Currently 44E:** No

**Filed 66A:** No **Currently 66A:** No

**Filed No Basis:** No **Currently No Basis:** No

# Current Owner(s) Information

**Owner Name:** SYSTEMATIC A/S

**Owner Address:** Soren Frichs Vej 39
Arhus C DENMARK 8000

**Legal Entity Type:** CORPORATION **State or Country Where Organized:** DENMARK

# Attorney/Correspondence Information

**Attorney of Record**

**Attorney Name:** James R Menker **Docket Number:** 5166.0002

**Attorney Primary Email Address:** eastdocket@holleymenker.com **Attorney Email Authorized:** Yes

**Correspondent**

**Correspondent Name/Address:** James R Menker
HOLLEY & MENKER, PA

PO BOX 331937
ATLANTIC BEACH, FLORIDA United States 32233

**Phone:** 904-247-2620 **Fax:** 2022801177

**Correspondent e-mail:** eastdocket@holleymenker.com **Correspondent e-mail Authorized:** Yes

**Domestic Representative - Not Found**

# Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Feb. 25, 2025 | NOTICE OF REGISTRATION CONFIRMATION EMAILED | |
| Feb. 25, 2025 | REGISTERED-PRINCIPAL REGISTER | |
| Jan. 07, 2025 | OFFICIAL GAZETTE PUBLICATION CONFIRMATION E-MAILED | |
| Jan. 07, 2025 | PUBLISHED FOR OPPOSITION | |
| Jan. 01, 2025 | NOTIFICATION OF NOTICE OF PUBLICATION E-MAILED | |
| Dec. 11, 2024 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| Nov. 01, 2024 | ASSIGNED TO EXAMINER | |
| Sep. 06, 2024 | TEAS/EMAIL CORRESPONDENCE ENTERED | |
| Sep. 06, 2024 | CORRESPONDENCE RECEIVED IN LAW OFFICE | |
| Sep. 06, 2024 | TEAS RESPONSE TO OFFICE ACTION RECEIVED | |
| Aug. 14, 2024 | NOTIFICATION OF NON-FINAL ACTION E-MAILED | |
| Aug. 14, 2024 | NON-FINAL ACTION E-MAILED | |
| Aug. 14, 2024 | NON-FINAL ACTION WRITTEN | |
| Jun. 24, 2024 | TEAS/EMAIL CORRESPONDENCE ENTERED | |
| Jun. 24, 2024 | CORRESPONDENCE RECEIVED IN LAW OFFICE | |
| Jun. 24, 2024 | TEAS RESPONSE TO OFFICE ACTION RECEIVED | |
| Apr. 23, 2024 | NOTIFICATION OF NON-FINAL ACTION E-MAILED | |
| Apr. 23, 2024 | NON-FINAL ACTION E-MAILED | |
| Apr. 23, 2024 | NON-FINAL ACTION WRITTEN | |
| Apr. 22, 2024 | ASSIGNED TO EXAMINER | 94645 |
| Sep. 27, 2023 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED | |
| Sep. 02, 2023 | NEW APPLICATION ENTERED | |

# TM Staff and Location Information

**TM Staff Information - None**

**File Location**

**Current Location:** FILE REPOSITORY (FRANCONIA) **Date in Location:** Feb. 25, 2025

**Generated on:** This page was generated by TSDR on 2026-04-09 16:45:26 EDT

**Mark:** ELDERAWARE

ElderAware

**US Serial Number:** 79329245

**Application Filing Date:** Oct. 04, 2021

**US Registration Number:** 7039133

**Registration Date:** May 02, 2023

**Register:** Principal

**Mark Type:** Trademark, Service Mark

**TM5 Common Status Descriptor:** LIVE/REGISTRATION/Issued and Active

The trademark application has been registered with the Office.

**Status:** Registered. The registration date is used to determine when post-registration maintenance documents are due.

**Status Date:** May 02, 2023

**Publication Date:** Feb. 14, 2023

## Mark Information

**Mark Literal Elements:** ELDERAWARE

**Standard Character Claim:** No

**Mark Drawing Type:** 3 - AN ILLUSTRATION DRAWING WHICH INCLUDES WORD(S)/ LETTER(S) /NUMBER(S)

**Description of Mark:** The mark consists of the term "ELDERAWARE" below a design of a shield within which appears two triangular shapes.

**Color Drawing:** Yes

**Design Search Code(s):**
24.01.02 - Shields or crests with figurative elements contained therein or superimposed thereon
26.05.20 - Triangles inside one another
26.05.21 - Triangles that are completely or partially shaded
26.05.28 - Miscellaneous designs with overall triangular shape; Triangular shape (miscellaneous overall shape)
26.11.21 - Rectangles that are completely or partially shaded

## Related Properties Information

**International Registration Number:** 1634785

**International Registration Date:** Oct. 04, 2021

## Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:
- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** Downloadable or recorded application software for searching, compiling, indexing and organising information; downloadable or recorded computer software used for administration, compliance and audits in aged care related settings, including aged care homes and facilities and community and group activities for the elderly; downloadable or recorded application software for managing and accessing data; downloadable computer software applications for searching, compiling, indexing and organising information; downloadable or recorded communication processing computer software; downloadable or recorded computer software for searching, compiling, indexing and organising information; downloadable or recorded computer software in the nature of programs for searching, compiling, indexing and organising information; computer software platforms, recorded or downloadable for searching, compiling, indexing and organising information; downloadable or recorded computer software for use in searching, compiling, indexing and

organising information for the administration of and regulatory compliance and audits in aged care related settings; downloadable or recorded interactive computer software for searching, compiling, indexing and organising information; downloadable or recorded computer software downloaded from the internet for searching, compiling, indexing and organising information; electronic downloadable publications namely policy documents and guidelines, document templates, fact sheets, newsletters, reports and checklists in the field of information for administration, compliance and audits in aged care related settings; electronic downloadable databases in the field of information for administration, compliance and audits in aged care related settings recorded on computer media

**International Class(es):** 009 - Primary Class **U.S Class(es):** 021, 023, 026, 036, 038

**Class Status:** ACTIVE

**For:** Development of computer software; providing temporary use of online non-downloadable software in the nature of application service provider software for searching, compiling, indexing and organising information; providing temporary use of non-downloadable computer software used for administration, compliance and audits in aged care related settings, including aged care homes and facilities and community and group activities for the elderly; computer software design; computer software development; computer technical support services in the nature of software advisory and information services, namely help desk services; design of computer software; hosting of software as a service (saas) software applications for others; online provision of non-downloadable web-based software for searching, compiling, indexing and organising information; providing temporary use of non-downloadable computer software used for administration, compliance and audits in aged care related settings, including aged care homes and facilities and community and group activities for the elderly computer software creation; creating website based indexes of online information for others; computer services, namely, creating computer network-based indexes of information, including in relation to text, electronic documents, databases, graphic and audio visual information for others; providing temporary use of on-line non-downloadable software for publishing and sharing information via global computer and communication networks relating to maintenance of computer software; cloud computing services featuring software for use in sharing data, creating data visualizations, data processing, and analysing data namely hosting software for others; hosting websites of others for the storage of digital content; electronic data storage services, namely, providing remote cloud-based server storage to others; website hosting services for others featuring an online searchable database; advisory, consultancy and information services for the foregoing

**International Class(es):** 042 - Primary Class **U.S Class(es):** 100, 101

**Class Status:** ACTIVE

# Basis Information (Case Level)

| | | | |
|---|---|---|---|
| **Filed Use:** | No | **Currently Use:** | No |
| **Filed ITU:** | No | **Currently ITU:** | No |
| **Filed 44D:** | No | **Currently 44D:** | No |
| **Filed 44E:** | No | **Currently 44E:** | No |
| **Filed 66A:** | Yes | **Currently 66A:** | Yes |
| **Filed No Basis:** | No | **Currently No Basis:** | No |

# Current Owner(s) Information

**Owner Name:** Australian Early Learning Centres Pty Ltd

**Owner Address:** 242-246 Glenferrie Road
Malvern VIC 3144
AUSTRALIA

**Legal Entity Type:** PROPRIETARY LIMITED COMPANY **State or Country Where Organized:** AUSTRALIA

# Attorney/Correspondence Information

**Attorney of Record**

**Attorney Name:** Scott S. Havlick **Docket Number:** 115011.0002

**Attorney Primary Email Address:** docket@hollandandhart.com **Attorney Email Authorized:** Yes

**Correspondent**

**Correspondent Name/Address:** Scott S. Havlick
Holland & Hart LLP
P.O. Box 8749
Attention: Trademark Docketing
Denver, COLORADO UNITED STATES 80201

**Phone:** (303) 473-2710 **Fax:** (303) 473-2720

**Correspondent e-mail:** shavlick@hollandhart.com allies@hollandhart.com atticus.trademark.nobill@hollandhart.com docket@hollandandhart.com **Correspondent e-mail Authorized:** Yes

**Domestic Representative**

| | | | |
|---|---|---|---|
| **&nbspDomestic Representative Name:** | Scott S. Havlick | **Phone:** | (303) 473-2710 |
| **Fax:** | (303) 473-2720 | | |
| **&nbspDomestic Representative e-mail:** | docket@hollandhart.com | **&nbspDomestic Representative e-mail Authorized:** | Yes |

# Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Aug. 28, 2023 | FINAL DECISION TRANSACTION PROCESSED BY IB | |
| Aug. 08, 2023 | FINAL DISPOSITION NOTICE SENT TO IB | |
| Aug. 08, 2023 | FINAL DISPOSITION PROCESSED | |
| Aug. 02, 2023 | FINAL DISPOSITION NOTICE CREATED, TO BE SENT TO IB | |
| May 04, 2023 | TEAS SECTION 7 REQUEST RECEIVED | |
| May 02, 2023 | NOTICE OF REGISTRATION CONFIRMATION EMAILED | |
| May 02, 2023 | REGISTERED-PRINCIPAL REGISTER | |
| Feb. 14, 2023 | NOTIFICATION PROCESSED BY IB | |
| Feb. 14, 2023 | OFFICIAL GAZETTE PUBLICATION CONFIRMATION E-MAILED | |
| Feb. 14, 2023 | PUBLISHED FOR OPPOSITION | |
| Jan. 25, 2023 | NOTIFICATION OF POSSIBLE OPPOSITION SENT TO IB | |
| Jan. 25, 2023 | NOTICE OF START OF OPPOSITION PERIOD CREATED, TO BE SENT TO IB | |
| Jan. 25, 2023 | NOTIFICATION OF NOTICE OF PUBLICATION E-MAILED | |
| Jan. 12, 2023 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| Jan. 12, 2023 | EXAMINER'S AMENDMENT ENTERED | |
| Jan. 12, 2023 | NOTIFICATION OF EXAMINERS AMENDMENT E-MAILED | |
| Jan. 12, 2023 | EXAMINERS AMENDMENT E-MAILED | |
| Jan. 12, 2023 | EXAMINERS AMENDMENT -WRITTEN | |
| Dec. 16, 2022 | TEAS/EMAIL CORRESPONDENCE ENTERED | |
| Dec. 15, 2022 | CORRESPONDENCE RECEIVED IN LAW OFFICE | |
| Dec. 15, 2022 | TEAS REQUEST FOR RECONSIDERATION RECEIVED | |
| Oct. 03, 2022 | NOTIFICATION OF FINAL REFUSAL EMAILED | |
| Oct. 03, 2022 | FINAL REFUSAL E-MAILED | |
| Oct. 03, 2022 | FINAL REFUSAL WRITTEN | |
| Sep. 30, 2022 | TEAS/EMAIL CORRESPONDENCE ENTERED | |
| Sep. 29, 2022 | CORRESPONDENCE RECEIVED IN LAW OFFICE | |
| Sep. 29, 2022 | TEAS RESPONSE TO OFFICE ACTION RECEIVED | |
| Jun. 07, 2022 | REFUSAL PROCESSED BY IB | |
| May 19, 2022 | NON-FINAL ACTION MAILED - REFUSAL SENT TO IB | |
| May 19, 2022 | REFUSAL PROCESSED BY MPU | |
| May 17, 2022 | NON-FINAL ACTION (IB REFUSAL) PREPARED FOR REVIEW | |
| May 16, 2022 | NON-FINAL ACTION WRITTEN | |
| May 16, 2022 | ASSIGNED TO EXAMINER | |
| Jan. 20, 2022 | APPLICANT/CORRESPONDENCE CHANGES (NON-RESPONSIVE) ENTERED | |
| Jan. 20, 2022 | TEAS CHANGE OF CORRESPONDENCE RECEIVED | |
| Jan. 20, 2022 | TEAS CHANGE OF DOMESTIC REPRESENTATIVES ADDRESS | |
| Jan. 20, 2022 | ATTORNEY/DOM.REP.REVOKED AND/OR APPOINTED | |
| Jan. 20, 2022 | TEAS REVOKE/APP/CHANGE ADDR OF ATTY/DOM REP RECEIVED | |
| Jan. 20, 2022 | TEAS CHANGE OF OWNER ADDRESS RECEIVED | |
| Jan. 07, 2022 | APPLICATION FILING RECEIPT MAILED | |
| Jan. 03, 2022 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED | |
| Dec. 23, 2021 | SN ASSIGNED FOR SECT 66A APPL FROM IB | |

# International Registration Information (Section 66a)

| | | | |
|---|---|---|---|
| **International Registration Number:** | 1634785 | **International Registration Date:** | Oct. 04, 2021 |
| **Priority Claimed Flag:** | Yes | **Date of Section 67 Priority Claim:** | Apr. 07, 2021 |
| **Intl. Registration Status:** | REQUEST FOR EXTENSION OF PROTECTION PROCESSED | **Date of International Registration Status:** | Dec. 23, 2021 |
| **Notification of Designation Date:** | Dec. 23, 2021 | **Date of Automatic Protection:** | Jun. 23, 2023 |
| **International Registration Renewal Date:** | Oct. 04, 2031 | | |
| **First Refusal Flag:** | Yes | | |

# TM Staff and Location Information

**TM Staff Information - None**

**File Location**

| | | | |
|---|---|---|---|
| **Current Location:** | PUBLICATION AND ISSUE SECTION | **Date in Location:** | May 02, 2023 |

**Generated on:** This page was generated by TSDR on 2026-04-09 16:46:00 EDT

**Mark:** MAXAWARE

MAXAWARE

**US Serial Number:** 88862707

**Application Filing Date:** Apr. 07, 2020

**US Registration Number:** 6175271

**Registration Date:** Oct. 13, 2020

**Filed as TEAS Plus:** Yes

**Currently TEAS Plus:** Yes

**Register:** Principal

**Mark Type:** Trademark, Service Mark

**TM5 Common Status Descriptor:** LIVE/REGISTRATION/Issued and Active

The trademark application has been registered with the Office.

**Status:** Registered. The registration date is used to determine when post-registration maintenance documents are due.

**Status Date:** Oct. 13, 2020

**Publication Date:** Jul. 28, 2020

# Mark Information

**Mark Literal Elements:** MAXAWARE

**Standard Character Claim:** Yes. The mark consists of standard characters without claim to any particular font style, size, or color.

**Mark Drawing Type:** 4 - STANDARD CHARACTER MARK

# Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:
- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** Downloadable software in the nature of a mobile application for managing audio-visual integration projects

**International Class(es):** 009 - Primary Class

**U.S Class(es):** 021, 023, 026, 036, 038

**Class Status:** ACTIVE

**First Use:** Feb. 17, 2020

**Use in Commerce:** Feb. 17, 2020

---

**For:** On-line retail store services featuring audio-visual supplies, parts, and components

**International Class(es):** 035 - Primary Class

**U.S Class(es):** 100, 101, 102

**Class Status:** ACTIVE

**First Use:** May 01, 2014

**Use in Commerce:** May 01, 2014

---

**For:** Providing temporary use of non-downloadable cloud-based software for managing audio-visual integration projects

**International Class(es):** 042 - Primary Class

**U.S Class(es):** 100, 101

**Class Status:** ACTIVE

**First Use:** Feb. 01, 2007

**Use in Commerce:** Feb. 01, 2007

# Basis Information (Case Level)

| | | | |
|---|---|---|---|
| **Filed Use:** | Yes | **Currently Use:** | Yes |
| **Filed ITU:** | No | **Currently ITU:** | No |
| **Filed 44D:** | No | **Currently 44D:** | No |
| **Filed 44E:** | No | **Currently 44E:** | No |
| **Filed 66A:** | No | **Currently 66A:** | No |
| **Filed No Basis:** | No | **Currently No Basis:** | No |

# Current Owner(s) Information

**Owner Name:** Maxaware, LLC

**Owner Address:** 23430 Rock Haven Way #150
Dulles, VIRGINIA UNITED STATES 20166

**Legal Entity Type:** LIMITED LIABILITY COMPANY

**State or Country Where Organized:** VIRGINIA

# Attorney/Correspondence Information

**Attorney of Record**

**Attorney Name:** Paul Ratcliffe

**Attorney Primary Email Address:** pratcliffe@attentivelaw.com

**Attorney Email Authorized:** Yes

**Correspondent**

**Correspondent Name/Address:** PAUL RATCLIFFE
ATTENTIVE LAW GROUP
44081 PIPELINE PLAZA, SUITE 305
ASHBURN, VIRGINIA UNITED STATES 20147

**Phone:** 703-608-8089

**Correspondent e-mail:** bobbie@attentivelaw.com pratcliffe@attentivelaw.com

**Correspondent e-mail Authorized:** Yes

**Domestic Representative - Not Found**

# Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Oct. 13, 2025 | COURTESY REMINDER - SEC. 8 (6-YR) E-MAILED | |
| Oct. 13, 2020 | REGISTERED-PRINCIPAL REGISTER | |
| Jul. 28, 2020 | OFFICIAL GAZETTE PUBLICATION CONFIRMATION E-MAILED | |
| Jul. 28, 2020 | PUBLISHED FOR OPPOSITION | |
| Jul. 08, 2020 | NOTIFICATION OF NOTICE OF PUBLICATION E-MAILED | |
| Jun. 25, 2020 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| Jun. 25, 2020 | ASSIGNED TO EXAMINER | |
| Apr. 15, 2020 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED | |
| Apr. 10, 2020 | NEW APPLICATION ENTERED | |

# TM Staff and Location Information

**TM Staff Information - None**

**File Location**

**Current Location:** PUBLICATION AND ISSUE SECTION

**Date in Location:** Oct. 13, 2020

# EXHIBIT E-1

**Apple Appstore**

| **Marks** | **Screenshot** |
|---|---|
| Aware: Find My Friends & Crime |  |
| Aware Tips<br><br>Aware |  |

| **Marks** | **Screenshot** |
|---|---|
| Aware |  |
| FlightAware Flight Tracker |  |

| Marks | Screenshot |
|---|---|
| AWARE Client V2 |   |
| Aware |   |

| **Marks** | **Screenshot** |
|---|---|
| Aware Super |  |
| PADI AWARE |  |

| **Marks** | **Screenshot** |
|---|---|
| Aware |  |
| Fuxion Aware |  |

| Marks | Screenshot |
| --- | --- |
| X-Info Aware 2 |  |
| Aware Config by AwareBuildings |  |

| **Marks** | **Screenshot** |
|---|---|
| Keep Aware for Safari App |  |
| Aware Health |  |

# EXHIBIT E-2

screenshot-apps-apple-com-2026-04-10-12-05-30
apps.apple.com/us/app/aware-find-my-friends-crime/id1573775688
10.04.2026

App Store for iPhone

Search

- Today
- Games
- Apps
- Arcade

Categories

- Categories
- Photo & Video
- Health & Fitness
- Productivity
- Entertainment
- Action
- Adventure
- Puzzle
- Indie

# Aware: Find My Friends & Crime

**Guardian Sex Offender Locator**

Free · In-App Purchases · Designed for iPad. Not verified for macOS.

Share

| 20 RATINGS | AGES | CATEGORY | DEVELOPER | LANGUAGE | SIZE |
|---|---|---|---|---|---|
| 4.8 ★★★★★ | 13+ Years | Social Networking | GS Technology Limited... | EN English | 55.1 MB |




iPhone, iPad

Protect and connect with your family and friends. Our AI let's you know what's happening in your neighborhood to keep you and your loved ones safe.

Search areas or check neighbors to feel secure at home or while traveling. Whether you are feeling unsafe, new to college, dating, or are simply concerned for the well-being... more

## Ratings & Reviews

**4.8** out of 5

20 Ratings

**I feel that safety is paramount** ★★★★★ 03/24/2022 ulisesps

After all the events within the scope of the last ten to fifteen years, I believe there's no topic more important than safety. That's what "Aware" brings to the table. Especially when those supposed to protect us are more occupied with maintaining their careers and the status quo, it ... more

**Long overdue** ★★★★★ 05/03/2022 Gabot6

Finally an application that allows me to track and know what's going on around. Intuitive and easy to use. Looking forward to seeing how the application integrates a user-based community to further enhance the experience.

**Added layer of security** ★★★★★ 07/20/2022 5CGonz

The information provides by the app helps me make better choices regarding my safety wherever I go in PR. It is an added layer of security in an increasingly unsafe world. Highly recommended!

## What's New

Bug fixes and performance improvements.

Version 3.1
07/25/2023

## App Privacy

The developer, **GS Technology Limited Liability Company**, indicated that the app's privacy practices may include handling of data as described below. For more information, see the developer's privacy policy.

**Data Used to Track You**

The following data may be used to track you across apps and websites owned by other companies:

- Location

**Data Linked to You**

The following data may be collected and linked to your identity:

- Contact Info
- Identifiers

**Data Not Linked to You**

The following data may be collected but it is not linked to your identity:

- Location

Privacy practices may vary, for example, based on the features you use or your age. Learn More

## Accessibility

The developer has not yet indicated which accessibility features this app supports. Learn More

## Information

Seller
GS Technology Limited Liability Company

Size
55.1 MB

Category
Social Networking

Compatibility
Requires iOS 13.0 or later.

Location
This app may use your location even when it isn't open, which can decrease device battery life.

Languages
English

Age Rating
13+

In-App Purchases
Yes

Copyright
© Copyright 2022 – Aware LLC

Developer Website ↗ Privacy Policy ↗

## Supports

**Family Sharing**
Some in-app purchases and subscriptions may be shareable with your family group when Family Sharing is enabled. Learn More

## More by GS Technology Limited Liability Company

Conci: Book Travel Luxuries
In-Room, Tours &... View

## You Might Also Like

Anjel
View Sex Offenders View

Offender Watch Parent
OffenderWatch View

2gathr
Social Networking View

Neeboor - Local neighbors app
Share, meetup,... View

Offender Watch Kids
Social Networking View

TND Recovery for Women
Social Networking View

uGeo: Discover Local Events
Meet Groups &... View

Tenex
Connect with your... View

United States Español (México) العربية Русский 简体中文 Français (France) 한국어 Português (Brasil) Tiếng Việt 繁體中文 (台灣)

Copyright © 2026 Apple Inc. All rights reserved.

Internet Service Terms App Store & Privacy Cookie Warning Support

screenshot-apps-apple-com-2026-04-10-12-01-47
https://apps.apple.com/us/app/aware-tips/id1516188213
10.04.2026

App Store for iPhone

Search

- Today
- Games
- Apps
- Arcade

Categories

- Categories
- Photo & Video
- Health & Fitness
- Productivity
- Entertainment
- Action
- Adventure
- Puzzle
- Indie

# Aware Tips

**Utilities**

Only for iPhone
Free · In-App Purchases · Designed for iPhone. Not verified for macOS.

Share

| 9 RATINGS | AGES | CATEGORY | DEVELOPER | LANGUAGE | SIZE |
|---|---|---|---|---|---|
| 3.8 ★★★★☆ | 4+ Years | Utilities | Awarex Empresa Individual ... | EN + 2 More | 50.3 MB |




iPhone

Cuenta con una opción de compartir la información de las bebidas de Fuxion con todo el mundo.

Cuenta con una sección para educarte con las mejores capacitaciones y podrás mantener a tu equipo conectado. Hazte un profesional de la mano de los mejores.
...

more

## Ratings & Reviews

**3.8** out of 5

9 Ratings

**Problemas con el manejo del app** 02/05/2025
★★☆☆☆ Patricia Racero

Por favor me podrían ayudar , no entiendo que pasa con el app pero me aparece algo de firebase y no sé qué significa. Gracias

**Problemas** 11/12/2022
★☆☆☆☆ Dreroj

Ya van 2 veces que pago y por alguna razón mi email no parece en mi app . Se pone un enmallaos lleno de números y letras y no puedo acceder para cambiar ese email que no se de donde salió

## What's New

- Mejoras menores y corrección de errores.

Version 2.10
10/24/2025

## App Privacy

The developer, **Awarex Empresa Individual de Responsabilidad Limitada (Peru)**, indicated that the app's privacy practices may include handling of data as described below. For more information, see the developer's privacy policy.

**Data Not Collected**

The developer does not collect any data from this app.

Privacy practices may vary, for example, based on the features you use or your age. Learn More

## Accessibility

The developer has not yet indicated which accessibility features this app supports. Learn More

## Information

| Seller | Size | Category |
|---|---|---|
| Awarex Empresa Individual de Responsabilidad Limitada (Peru) | 50.3 MB | Utilities |
| Compatibility | Languages | Age Rating |
| Requires iOS 12.4 or later. | English and 2 more | 4+ |
| In-App Purchases | Copyright | |
| Yes | © Fuxion | |

Developer Website ↗ Privacy Policy ↗

**More by Awarex Empresa Individual de Responsabilidad Limitada (Peru)**

Fuxion Aware
Education
View

**You Might Also Like**

| | | | |
|---|---|---|---|
| Gascaribe<br>Utilities — View | Vecindapp<br>Utilities — View | Deblex<br>Utilities — View | Telemetria Kia<br>Utilities — View |
| Acuacar<br>Utilities — View | SAFE ENTRY APP<br>Utilities — View | SELFGPS<br>Utilities — View | Vigoo App<br>Utilities — View |

United States | Español (México) | العربية | Русский | 简体中文 | Français (France) | 한국어 | Português (Brazil) | Tiếng Việt | 繁體中文 (台灣)

Copyright © 2026 Apple Inc. All rights reserved.

Internet Service Terms | App Store & Privacy | Cookie Warning | Support

App Store for iPhone

Search

Today
Games
Apps
Arcade

Categories
Categories
Photo & Video
Health & Fitness
Productivity
Entertainment
Action
Adventure
Puzzle
Indie

# Aware: Mindfulness & Wellbeing

**Mental Health & Relationships**

Only for iPhone
Free · Designed for iPhone. Not verified for macOS.

Share

| 14 RATINGS | AGES | CATEGORY | DEVELOPER | LANGUAGE | SIZE |
|---|---|---|---|---|---|
| 4.7 ★★★★★ | 13+ Years | Health & Fitness | 29k International AB | EN + 2 More | 82.8 MB |




iPhone

Aware is a free non-profit app for mental health, wellbeing and inner development that is tailored to your needs. With science-based exercises and live guided sessions from world-leading researchers, you have access to strategies that are traditionally only available through expensive clinical support or therapy.

The app will help you:... more

## Ratings & Reviews

4.7 out of 5

14 Ratings

**Great App.** ★★★★★ 07/06/2025 KevLee123

Simple, Easy-to-use, and helpful. Good work. Thanks

**Developer Response**
Thank you :)

**Great app** ★★★★☆ 07/31/2024 Posideris Bane

There are some technical issues. For one I can't see what I'm writing in this text box lol

**Developer Response**
Thank for your review and for reporting this, we'll lo... more

## What's New

We've fixed some bugs and made things run smoother. Hope you enjoy the update!

Version 2.60.0
02/27/2025

## App Privacy

The developer, **29k International AB**, indicated that the app's privacy practices may include handling of data as described below. For more information, see the developer's privacy policy.

**Data Linked to You**
The following data may be collected and linked to your identity:
Contact Info
User Content
Identifiers

**Data Not Linked to You**
The following data may be collected but it is not linked to your identity:
Usage Data
Diagnostics

Privacy practices may vary, for example, based on the features you use or your age. Learn More

## Accessibility

The developer has not yet indicated which accessibility features this app supports. Learn More

## Information

Seller
29k International AB

Size
82.8 MB

Category
Health & Fitness

Compatibility
Requires iOS 15.5 or later.

Languages
English and 2 more

Age Rating
13+

Copyright
© 2024 Stiftelsen 29k Foundation

Developer Website ↗ Privacy Policy ↗

## Supports

**Wallet**
The simplest way to get all your passes in one place.

## You Might Also Like ›

**Safe Place**
Rädda Barnen
View

**Zen Talk - Personal Life...**
Emotional Well-being
View

**The Self Compassion...**
Self Care Therapy ...
View

**being by lissun: self-therapy**
mental health, pani...
View

**Deeper Me: Self-coaching...**
KNOW YOURSELF...
View

**Thinkable Health**
Evidence-based...
View

**Self Help for Trauma**
Self Tapping Step-...
View

**Got it Life: AI Mental Health**
Daily Wellbeing &...
View

United States Español (México) العربية Русский 简体中文 Français (France) 한국어 Português (Brasil) Tiếng Việt 繁體中文 (台灣)

Copyright © 2026 Apple Inc. All rights reserved.

Internet Service Terms App Store & Privacy Cookie Warning Support

screenshot-apps-apple-com-2026-04-10-12-04-08
https://apps.apple.com/us/app/flightaware-flight-tracker/id316793974
10.04.2026

App Store for iPhone

Search

- Today
- Games
- Apps
- Arcade

Categories

- Categories
- Photo & Video
- Health & Fitness
- Productivity
- Entertainment
- Action
- Adventure
- Puzzle
- Indie

# FlightAware Flight Tracker

**Airplane & flight tracker**

Free · In-App Purchases

Share

| 362K RATINGS | AGES | CATEGORY | DEVELOPER | LANGUAGE | SIZE |
|---|---|---|---|---|---|
| 4.9 ★★★★★ | 9+ Years | Travel | FlightAware | EN + 13 More | 96.5 MB |




iPhone, iPad

Where's that plane headed? Whether you're an aviation enthusiast, a frequent traveler, a pilot, or part of a flight crew, FlightAware is a must-have app. Track planes in real-time above your head, or all over the world. Easily track the status of your flight, check for any delays on the inbound aircraft, see weather radar, and set up alerts to be notified of any changes – all for free!

Free features:... more

## Ratings & Reviews

**4.9** out of 5

362K Ratings

**We got from MIA to FAI in one day thanks t...** 07/27/2022 FranciscoIV
★★★★★
We had a long 3 segment flight from MIA to FAI through DTW and SEA. We only made it through this app. I used it to track all our flights plus the inbound flights that had our planes as we had a tight connection in DTW. Using notifications it let me know all the statuses and told … more

**All good except for the update nag screen** 02/22/2024 Low Clearance
★★★★
Great app overall, but it has one incredibly annoying, erm, "feature" that I need to vent about. The app checks the App Store for updates at startup and, if an update is found, displays a nag screen about the update that you have to click through before proceeding, disrupting your ... more

**Great for up to date info.** 07/22/2019 nigess
★★★★★
I have used the Flight Aware app for several years. I find it to be accurate (sometimes more so than the individual airlines) and informative. I can check the local airpo… more

**Developer Response**
Hi nigess, thank you for the review! We've all gotten… more

## What's New

- We've improved the level of detail on the "Classic" base map style, especially when zoomed in to airports.
- Other bug fixes and performance improvements.

Version 6.27.3
Mar 30

## App Privacy

The developer, **FlightAware**, indicated that the app's privacy practices may include handling of data as described below. For more information, see the developer's privacy policy.

**Data Used to Track You**
The following data may be used to track you across apps and websites owned by other companies:
- User Content
- Identifiers
- Diagnostics

**Data Linked to You**
The following data may be collected and linked to your identity:
- Location
- Contact Info
- User Content
- Search History
- Identifiers
- Usage Data
- Diagnostics

**Data Not Linked to You**
The following data may be collected but it is not linked to your identity:
- Diagnostics
- Other Data

Privacy practices may vary, for example, based on the features you use or your age. Learn More

### Accessibility

The developer has not yet indicated which accessibility features this app supports. Learn More

### Information

| | | |
|---|---|---|
| Seller<br>FlightAware | Size<br>96.5 MB | Category<br>Travel |
| Compatibility<br>Requires iOS 17.6 or later. | Languages<br>English and 13 more | Age Rating<br>9+ |
| In-App Purchases<br>Yes | Copyright<br>© 2026 FlightAware | |

Developer Website ↗ Privacy Policy ↗

### You Might Also Like

| | | | |
|---|---|---|---|
| Flightview - Flight Tracker<br>Real-Time Flight... View | FlightStats<br>Real-Time Flight... View | Track My Flight Now<br>Your Personal Fligh... View | Planes Live - Flight Tracker<br>Air Traffic & Aircraf... View |
| Flight Tracker +<br>Plane Delay Aware ... View | Flighty – Live Flight Tracker<br>World's Fastest... View | Plane Finder - Flight Tracker<br>Flight Radar & Live... View | Flight Radar, Plane Tracker...<br>Live flight & airplan... View |

United States Español (México) العربية Русский 简体中文 Français (France) 한국어 Português (Brazil) Tiếng Việt 繁體中文 (台灣)

Copyright © 2026 Apple Inc. All rights reserved.

Internet Service Terms App Store & Privacy Cookie Warning Support

App Store for iPhone

Search

- Today
- Games
- Apps
- Arcade

Categories

- Categories
- Photo & Video
- Health & Fitness
- Productivity
- Entertainment
- Action
- Adventure
- Puzzle
- Indie

# AWARE Client V2

Utilities

Free · Designed for iPad. Not verified for macOS.

Get

| 10 RATINGS | AGES | CATEGORY | DEVELOPER | LANGUAGE | SIZE |
|---|---|---|---|---|---|
| 4.0 | 16+ | | | EN | 25 |
| ★★★★☆ | Years | Utilities | Yuuki Nishiyama | + 1 More | MB |




iPhone, iPad

[About AWARE Client]
AWARE Client V2 is a sensing framework dedicated to an instrument, infer, log and share mobile context information, for smartphone users and researchers. AWARE captures hardware-, software-, and human-based data.

more

## Ratings & Reviews

**4.0**
out of 5

10 Ratings

**Storage filler** 02/22/2023 rosettaluv

I have to keep the app running and open in the background constantly for my study, but it's literally eating my storage. How do I make it not do that? I keep running out of storage and am being forced to delete things from my phone.

**Works well** 01/31/2022 polkadotninja12345

No issues with battery life in this version in the study we are using it for.

**Battery eater** 06/30/2020 alexrj5

This app overheats my iPhone battery

## What's New

Fixed minor issues

Version 1.14.2
07/10/2025

## App Privacy

The developer, **Yuuki Nishiyama**, indicated that the app's privacy practices may include handling of data as described below. For more information, see the developer's privacy policy.

**Data Not Linked to You**

The following data may be collected but it is not linked to your identity.

- Usage Data
- Diagnostics

Privacy practices may vary, for example, based on the features you use or your age. Learn More

## Accessibility

The developer has not yet indicated which accessibility features this app supports. Learn More

## Information

Seller
Yuuki Nishiyama

Size
25 MB

Category
Utilities

Compatibility
Requires iOS 12.0 or later.

Location
This app may use your location even when it isn't open, which can decrease device battery life.

Languages
English and Japanese

Age Rating
16+

Copyright
© Yuuki Nishiyama

Privacy Policy

### More by Yuuki Nishiyama

eSense Client
Utilities
View

### You Might Also Like

| | | | |
|---|---|---|---|
| TigerAware<br>Utilities<br>View | Homebase - Smart...<br>Utilities<br>View | NAL LAUNDRY<br>Utilities<br>View | DLC Mobile<br>Duquesne Light...<br>View |
| SensusMobile<br>Utilities<br>View | iAttended<br>Record and track...<br>View | CentrePoint Connect<br>Utilities<br>View | Sudkick Mobile<br>Utilities<br>View |

United States Español (México) العربية Русский 简体中文 Français (France) 한국어 Português (Brazil) Tiếng Việt 繁體中文 (香港)

Copyright © 2026 Apple Inc. All rights reserved.

Internet Service Terms App Store & Privacy Cookie Warning Support

screenshot-apps-apple-com-2026-04-10-12-08-10
https://apps.apple.com/us/app/aware-daily-activity-tracker/id1462378374
10.04.2026

App Store for iPhone

Search

- Today
- Games
- Apps
- Arcade

Categories

- Categories
- Photo & Video
- Health & Fitness
- Productivity
- Entertainment
- Action
- Adventure
- Puzzle
- Indie

# Aware - Daily Activity Tracker

**Track what you really do**

Free · Designed for iPad. Not verified for macOS.

Share

| 22 RATINGS | AGES | CATEGORY | DEVELOPER | LANGUAGE | SIZE |
|---|---|---|---|---|---|
| 4.5 ★★★★★ | 13+ Years | Health & Fitness | Twos Technologies, LLC | EN English | 7.8 MB |




iPhone, iPad

An easy way to track what you do (things you want to do more or less of).

Aware presents your data and stats back to you (in graphs and charts) so you can learn and make better, or different, decisions in the future.

more

## Ratings & Reviews

**4.5**
out of 5

22 Ratings

**Good app with potential!** 05/06/2021
★★★★☆ Happyinsf42069

I like the app - seems early days so obviously has some bugs but I like the simplicity and ease of use.One feature suggestion I would add is if there could be points / goals attributed on a weekly or monthly basis. For example, I could set my own goal of 5000 points a week. Then more

**Simple - exactly what I was looking for** 12/09/2024
★★★★★ HodgesHodges84

I was searching high and low for a simple app to track a performance rating for myself over time. This allows me to create a custom rating metric, reminds me to make entries, and tracks it over time with helpful graphics. That's it! No annoying subscriptions, no ads, just straightforward more

**Perfect** 05/11/2021
★★★★★ Nicks Reveiww

Thank you for making this. Really. I've been doing this with excel and hunting for the right app for a long time. Thanks for doing this

## What's New

- Update copy
- Fix dark mode color events

Version 1.49
11/28/2020

## App Privacy

The developer, **Twos Technologies, LLC**, has not provided details about its privacy practices and handling of data to Apple. For more information, see the developer's privacy policy.

**No Details Provided**

The developer will be required to provide privacy details when they submit their next app update.

## Accessibility

The developer has not yet indicated which accessibility features this app supports. Learn More

## Information

| Seller | Size | Category |
|---|---|---|
| Twos Technologies, LLC | 7.8 MB | Health & Fitness |

Compatibility
Requires iOS 9.0 or later.

Languages
English

Age Rating
13+

Copyright
© 2019 Twos Technologies, LLC

Developer Website ↗ Privacy Policy ↗

**More by Twos Technologies, LLC**

Müse: Daily Reflection...
A space to reflect... View

Tens - Ten for Ten
Stat tracker for Tens View

7 Levels Deep: Find Your Why
Discover why you... View

**You Might Also Like**

Easy Mood
mental health... View

Ever Better - Actions for Life
Actions to improve... View

Energy Drain Tracker
Track your energy... View

CalmHands
Nail Biting & Pickin... View

Dizzyy SoFiT
Health & Fitness View

I'm Done Drinking
Sobriety counter &... View

Habit Tracker - Daily Diary
Habit Calendar · W... View

Symptom Tracker by...
Customizable Self... View

United States Español (México) العربية Русский 简体中文 Français (France) 한국어 Português (Brasil) Tiếng Việt 繁體中文 (台灣)

Copyright © 2026 Apple Inc. All rights reserved.

Internet Service Terms App Store & Privacy Cookie Warning Support

App Store for iPhone

Search

- Today
- Games
- Apps
- Arcade

Categories

- Categories
- Photo & Video
- Health & Fitness
- Productivity
- Entertainment
- Action
- Adventure
- Puzzle
- Indie

# Aware Super

Finance

Free

Share

| 72 RATINGS | AGES | CATEGORY | DEVELOPER | LANGUAGE | SIZE |
|---|---|---|---|---|---|
| 4.8 ★★★★★ | 4+ Years | Finance | Aware Super Pty Ltd | EN English | 34.2 MB |




iPhone, iPad

The award winning* Aware Super mobile App is the easiest way for you to check in with your super and Pension - anytime, anywhere.
Use the app to:
- Set up Touch ID or Face ID for quick secure login
- Check your latest super balance
- See recent contributions and transactions...

more

## Ratings & Reviews

4.8 out of 5

72 Ratings

**Still does not work** ★★★☆☆ 05/19/2020 macjken

Touch ID asks for password. Password asks for Touch ID. ????

**Developer Response**
Hi, we're sorry to hear that and we would love to ... more

## What's New

Minor bug fixes & technical updates
Improved text validation for contribution amount

Version 3.5.0
Mar 30

## App Privacy

The developer, **Aware Super Pty Ltd**, indicated that the app's privacy practices may include handling of data as described below. For more information, see the developer's privacy policy.

**Data Used to Track You**
The following data may be used to track you across apps and websites owned by other companies:
- Identifiers

**Data Linked to You**
The following data may be collected and linked to your identity:
- Financial Info
- Contact Info
- Identifiers

**Data Not Linked to You**
The following data may be collected but it is not linked to your identity:
- Identifiers
- Usage Data
- Diagnostics

Privacy practices may vary, for example, based on the features you use or your age. Learn More

## Accessibility

The developer has not yet indicated which accessibility features this app supports. Learn More

## Information

| | | |
|---|---|---|
| Seller<br>Aware Super Pty Ltd | Size<br>34.2 MB | Category<br>Finance |
| Compatibility<br>Requires iOS 15.0 or later. | Languages<br>English | Age Rating<br>4+ |
| Copyright<br>© Aware Super | | |

Developer Website ↗ Privacy Policy ↗

## You Might Also Like

| | | | |
|---|---|---|---|
| Australian Taxation Office<br>Australian Taxation... View | AAMI App<br>Finance View | CommSec<br>Finance View | Macquarie Mobile Banking<br>Finance View |
| HESTA<br>Finance View | ING Australia Banking<br>Finance View | Macquarie Authenticator<br>Security that move... View | NRMA Insurance<br>Your insurance... View |

United States Español (México) العربية Русский 简体中文 Français (France) 한국어 Português (Brasil) Tiếng Việt 繁體中文 (台灣)

Copyright © 2026 Apple Inc. All rights reserved.

Internet Service Terms App Store & Privacy Cookie Warning Support

screenshot-apps-apple-com-2026-04-10-12-09-15
https://apps.apple.com/us/app/padi-aware/id1260943783
10.04.2026

App Store for iPhone

Search

- Today
- Games
- Apps
- Arcade

Categories

- Categories
- Photo & Video
- Health & Fitness
- Productivity
- Entertainment
- Action
- Adventure
- Puzzle
- Indie

# PADI AWARE

**Conservation Action Portal**

Free

Share

| AGES | CATEGORY | DEVELOPER | LANGUAGE | SIZE |
|---|---|---|---|---|
| 4+ Years | Education | PADI AWARE Foundation | EN English | 89.9 MB |




iPhone, iPad

PADI AWARE
Conservation Action Portal

Where Every Action Shapes the Future of Our Blue Planet
...

more

## Ratings & Reviews

This app's overall rating was recently reset.

**Why all the sign up info????** 09/13/2017
★☆☆☆☆ Ttenned

Gave up trying to sign in. Way too much information required.

**The future of ocean conservation is here!!** 05/22/2025
★★★★★ Jackfish44

This update is absolutely incredible! The app makes it so much easier to document the actions we're taking as a dive community. I love having everything in one place—logging citizen science surveys, signing petitions, and tracking our collective impact. Total game-changer.Seeing my ... more

## What's New

We've been working behind the scenes to bring you improvements, fixes, and optimizations to make your experience better every time. Stay tuned for more updates soon.

Version 3.8.0
13h ago

## App Privacy

The developer, **PADI AWARE Foundation**, indicated that the app's privacy practices may include handling of data as described below. For more information, see the developer's privacy policy.

**Data Linked to You**

The following data may be collected and linked to your identity:

- Location

**Data Not Linked to You**

The following data may be collected but it is not linked to your identity:

- Usage Data
- Diagnostics

Privacy practices may vary, for example, based on the features you use or your age. Learn More

## Accessibility

The developer has not yet indicated which accessibility features this app supports. Learn More

## Information

Seller Size Category

PADI Aware Foundation

85.9 MB

Education

Compatibility
Requires iOS 13.0 or later.

Languages
English

Age Rating
4+

Copyright
© PADI AWARE Foundation™ 2025

Developer Website ↗ Privacy Policy ↗

## You Might Also Like

- Seabook: Fish Identifier & Log — Dive: Scuba Diving... — View
- PADI Scuba Diver Exam — Scuba Diver... — View
- Secchi — Education — View
- Fishi: Aquarium Manager — Exotic Pet Tracker — View
- nudi.io - nudibranch id — Your nudibranch... — View
- Underwater Video Academy — Underwater Video... — View
- AED Training Box — Education — View
- Fish Planet — Encyclopedia of fish — View

United States | Español (México) | العربية | Русский | 简体中文 | Français (France) | 한국어 | Português (Brasil) | Tiếng Việt | 繁體中文 (台灣)

Copyright © 2026 Apple Inc. All rights reserved.

Internet Service Terms | App Store & Privacy | Cookie Warning | Support

App Store for iPhone

Search

- Today
- Games
- Apps
- Arcade

Categories

- Categories
- Photo & Video
- Health & Fitness
- Productivity
- Entertainment
- Action
- Adventure
- Puzzle
- Indie

# Aware: Daily Bullet Journal

**Live Mindfully, Achieve More**

Free · In-App Purchases · Designed for iPhone

Share

| 61 RATINGS | AGES | CATEGORY | DEVELOPER | LANGUAGE | SIZE |
|---|---|---|---|---|---|
| 4.4 ★★★★☆ | 4+ Years | Lifestyle | Francesco Leoni | EN + 4 More | 45 MB |




iPhone, Apple Vision

Join More Than +10K Happy Users and Free Your Mind with Aware!

Do you often find yourself missing deadlines and struggling to catch up?
Do you frequently feel stressed and anxious?
Do you notice that you are not as productive as you could be?... more

## Ratings & Reviews

4.4 out of 5

61 Ratings

**Completely stopped working after day 1** 05/21/2024 Chlodawg!

I genuinely thought that this would be a good app to remind me to do things like drink water, go outside, as well as allowing me to journal and reflect on how I feel. I... more

**Developer Response**
Thank you for your feedback. We are sorry to hear th... more

**Not good wouldn't recommend** 05/18/2024 Rose toy

Really confusing and you have to pay a subscription or smt to do it- I would not recommend it there's better apps then this please think twice before downloading this app... more

**Developer Response**
You can use every feature without paying a subscrip... more

## What's New

- Guided journaling: Don't know what to write about? Let Aware inspire you
- Customizable lists: Add icons and colors to your lists
- Customizable habits: Set habits goal like, drink 4 glasses of water or do yoga for 30 minutes twice a week
- Trends report: See detailed statistics about your habits, lists, and tasks
- New look: A refreshed look that will improve your experience with Aware

Version 2.6.6
12/02/2024

## App Privacy

The developer, **Francesco Leoni**, indicated that the app's privacy practices may include handling of data as described below. For more information, see the developer's privacy policy.

**Data Used to Track You**
The following data may be used to track you across apps and websites owned by other companies:
Identifiers · Usage Data

**Data Linked to You**
The following data may be collected and linked to your identity:
Identifiers · Usage Data

**Data Not Linked to You**
The following data may be collected but it is not linked to your identity:
Diagnostics

Privacy practices may vary, for example, based on the features you use or your age. Learn More

## Accessibility

The developer indicated that this app supports the following accessibility features. Learn More

Supported Features

Dark Interface

## Information

Seller
Francesco Leoni

Size
45 MB

Category
Lifestyle

Compatibility
Requires iOS 15.0 or later.

Languages
English and 4 more

Age Rating
4+

In-App Purchases
Yes

Copyright
© 2024 Francesco Leoni

Developer Website ↗ Privacy Policy ↗ License Agreement

## Supports

**Game Center**
Discover new games and play with friends. This game also features leaderboards and achievements.

## More by Francesco Leoni

- **Brain Dump: Notes & Writing** — Easy note-taking — View
- **Quotes - Motivational...** — Get inspired with... — View
- **Don't Forget: ADHD Focus...** — Never Lose Your... — View
- **Goal Achiever | Pursoo** — Aim, Accomplish,... — View
- **Linkboard: News and...** — Follow the news, st... — View
- **Cart - Easy Grocery List** — Save money and... — View
- **Aestractor: Your AI Gallery** — Find Best and Wors... — View
- **Overgram: Frame Your Reel** — Shoot vertical... — View

## You Might Also Like

- **Journal Prompts & Questions** — Bullet Journal &... — View
- **Mentalyze - Daily Journal** — Year in Pixels Bullet... — View
- **Carpe | Daily Habit To-do List** — Seize the day, get... — View
- **Bujo - Bullet Journal&Plann...** — ADHD Daily Weekly... — View
- **Happy Mood Journal** — My Easy Positive... — View
- **Second Me - The Agent...** — Put your AI to work — View
- **Daily Gratitude Journal** — Lock Diary & Daily... — View
- **MyLife - Daily FML Stories** — Hilarious captivatin... — View

United States Español (México) العربية Русский 简体中文 Français (France) 한국어 Português (Brasil) Tiếng Việt 繁體中文 (台灣)

Copyright © 2026 Apple Inc. All rights reserved.

Internet Service Terms App Store & Privacy Cookie Warning Support

screenshot-apps-apple-com-2026-04-10-12-10-27
https://apps.apple.com/us/app/fuxion-aware/id6754252008
10.04.2026

App Store for iPhone

Search

- Today
- Games
- Apps
- Arcade

Categories

- Categories
- Photo & Video
- Health & Fitness
- Productivity
- Entertainment
- Action
- Adventure
- Puzzle
- Indie



# Fuxion Aware

Education

Only for iPhone
Free · Designed for iPhone. Not verified for macOS.

Share

| AGES | CATEGORY | DEVELOPER | LANGUAGE | SIZE |
|---|---|---|---|---|
| 9+ | | | EN | 32.6 |
| Years | Education | Awarex Empresa Individual ... | English | MB |




iPhone

Fuxion Aware es tu herramienta todo-en-uno para hacer crecer tu negocio FuXion. Accede a cursos de capacitación, mide tu progreso con quizzes interactivos y gana recompensas mientras aprendes. Explora y comparte recursos como catálogos, videos y documentos filtrados por país e idioma. Mantente al día con los próximos eventos, gestiona tu agenda y genera enlaces de venta personalizados para compartir productos con tu red. Ya sea que estés comenzando o construyendo tu camino de liderazgo, Aware te da las herramientas para aprender, compartir y crecer — todo en un solo luga more

## Ratings & Reviews

This app hasn't received enough ratings or reviews to display an overview.

## What's New

Corrección de bugs

Version 3.12.0
Mar 17

## App Privacy

The developer, **Awarex Empresa Individual de Responsabilidad Limitada (Peru)**, indicated that the app's privacy practices may include handling of data as described below. For more information, see the developer's privacy policy.

**Data Not Collected**

The developer does not collect any data from this app.

Privacy practices may vary, for example, based on the features you use or your age. Learn More

## Accessibility

The developer has not yet indicated which accessibility features this app supports. Learn More

## Information

| Seller | Size | Category |
|---|---|---|
| Awarex Empresa Individual de Responsabilidad Limitada (Peru) | 32.6 MB | Education |
| **Compatibility** | **Languages** | **Age Rating** |
| Requires iOS 15.6 or later. | English | 9+ |
| **Copyright** | | |
| © Fuxion | | |

Developer Website ↗ Privacy Policy ↗

**More by Aware Empresa Individual de Responsabilidad Limitada (Peru)** ›

Aware Tips
Utilities
View

United States | Español (México) | العربية | Русский | 简体中文 | Français (France) | 한국어 | Português (Brazil) | Tiếng Việt | 繁體中文 (台灣)

Copyright © 2026 Apple Inc. All rights reserved.

Internet Service Terms | App Store & Privacy | Cookie Warning | Support

App Store for iPad

Search

Today
Games
Apps
Arcade

Categories
Entertainment
Productivity
Photo & Video
Kids
Roleplaying
Strategy
Racing
Card

# X-Info Aware 2

Business

Free

Share

| AGES | CATEGORY | DEVELOPER | LANGUAGE | SIZE |
|---|---|---|---|---|
| 4+ | | | EN | 69.7 |
| Years | Business | Mipela GeoSolutions | English | MB |



iPad, iPhone

In today's fast moving world we expect information to flow at the press of a button.

Data is everywhere, and everything is data. You don't just need it; you need it to make sense. When data isn't properly captured, distilled and presented, it leads to lost opportunities. Quality data is fundamental to the success of your business.

more

## Ratings & Reviews

This app hasn't received enough ratings or reviews to display an overview.

## What's New

Addition of tool to query more information about layers and features in geometry tool

Bug fixes for rendering custom layers in geometry field editor

## App Privacy

The developer, **Mipela GeoSolutions**, indicated that the app's privacy practices may include handling of data as described below. For more information, see the developer's privacy policy.

**Data Not Linked to You**

The following data may be collected but it is not linked to your identity:

- Location
- User Content
- Diagnostics

Privacy practices may vary, for example, based on the features you use or your age. Learn More

## Accessibility

The developer has not yet indicated which accessibility features this app supports. Learn More

## Information

| Seller | Size | Category |
|---|---|---|
| MIPELA (G.I.S.) PTY LTD | 69.7 MB | Business |
| Compatibility | Languages | Age Rating |
| Requires iOS 15.6 or later | English | 4+ |
| Copyright | | |
| © 2023 Mipela GeoSolutions | | |

Developer Website Privacy Policy

## You Might Also Like

CertMate — Productivity — View
AVCRM - RPA Manager — Business — View
Outdoor Living & Caravan Expo — Business — View
RELATION-AI — View
EXTAG — Productivity — View
APAC 2025 Attendee App — Business — View
Make it easy: accessible info — View
Something Tech — Business — View

Copyright © 2026 Apple Inc. All rights reserved.
Internet Service Terms App Store & Privacy Cookie Warning Support

screenshot-apps-apple-com-2026-04-10-15-54-34
https://apps.apple.com/us/app/aware-config-by-awarebuildings/id1616699601?platform=ipad
10.04.2026

App Store for iPad

Today
Games
Apps
Arcade

Categories
Entertainment
Productivity
Photo & Video
Kids
Roleplaying
Strategy
Racing
Card

# Aware Config by AwareBuildings

Utilities

Only for iPhone
Free · Designed for iPhone. Not verified for macOS

Share

| RATING | AGES | CATEGORY | DEVELOPER | LANGUAGE | SIZE |
|---|---|---|---|---|---|
| 5.0 ★★★★★ | 4+ Years | Utilities | Collaborative Systems, LLC | EN English | 38.4 MB |




iPhone

This App is intended for individuals who are responsible for configuring, monitoring, and responding to Aware Sensor Solutions, systems, and alerts.

The app will allow you to:

Enter identifying info for your sensors and their associated deployment targets ... more

## Ratings & Reviews

5.0
out of 5

1 Ratings

## What's New

Bug fixes and performance improvements.

## App Privacy

The developer, **Collaborative Systems, LLC**, indicated that the app's privacy practices may include handling of data as described below. For more information, see the developer's privacy policy.

**Data Not Collected**

The developer does not collect any data from this app.

Privacy practices may vary, for example, based on the features you use or your age. Learn More

## Accessibility

The developer has not yet indicated which accessibility features this app supports. Learn More

## Information

Seller
Collaborative Systems LLC

Size
38.4 MB

Category
Utilities

Compatibility
Requires iOS 13.0 or later.

Languages
English

Age Rating
4+

Copyright
© Collaborative Systems 2022

Privacy Policy

## More by Collaborative Systems, LLC

Bozzuto — Lifestyle — View
HealthSynch — View
Ritz-Carlton Residences — Lifestyle — View
St.Regis Residences — Lifestyle — View

## You Might Also Like

BAS-IP UKEY Config — View
SmartKit AI™ — View
U-Prox Mobile Config — View
Tunnel Guard : Security VPN — View
FTS360 Config — Utilities — View
DLM Config — View
Latch Manager — View
Rocket VPN-VPN Config — View

Copyright © 2026 Apple Inc. All rights reserved.
Internet Service Terms | App Store & Privacy | Cookie Warning | Support

apple-com-2026-04-10-15-54-55
app/keep-aware-for-safari/id6464455407?mt=12
10.04.2026

App Store for Mac

Search

- Discover
- Arcade
- Create
- Work
- Play
- Develop
- Categories

Categories

- Categories
- Productivity
- Utilities
- Photo & Video
- Games
- Business
- Education
- Music
- Social Networking

# Keep Aware for Safari

Enterprise Browser Security

Only for Mac

Free

Share

| Ages | Category | Developer | Language | Size |
|---|---|---|---|---|
| 4+ | | | EN | 24.8 |
| Years | Productivity | Keep Aware, Inc. | English | MB |










Mac

Keep Aware is an enterprise browser security platform designed to secure the modern workplace without disrupting productivity. By integrating directly into existing browsers, it provides seamless protection against data leaks, phishing, and credential theft while eliminating the need for proxies or traffic decryption. With centralized management and real-time visibility across all browsers, Keep Aware delivers enterprise-grade security that's easy to deploy and scale. Empower your security operations with advanced threat prevention, granular policy enforcement, and integration into SIEM and SOAR platforms to defend where your employees work, the browser.

## Ratings & Reviews

This app hasn't received enough ratings or reviews to display an overview.

## What's New

Improvements for safeguards for Generative AI and data loss. Added improvements for safeguard customization.

## App Privacy

The developer, **Keep Aware, Inc.**, indicated that the app's privacy practices may include handling of data as described below. For more information, see the developer's privacy policy.

### Data Linked to You

The following data may be collected and linked to your identity:

- Contact Info
- User Content
- Browsing History
- Identifiers

### Data Not Linked to You

The following data may be collected but it is not linked to your identity:

- Usage Data

Privacy practices may vary, for example, based on the features you use or your age. Learn More

## Accessibility

The developer has not yet indicated which accessibility features this app supports. Learn More

## Information

| | | |
|---|---|---|
| Seller<br>Keep Aware, Inc. | Size<br>24.8 MB | Category<br>Productivity |
| Compatibility<br>Requires macOS 13.5 or later | Languages<br>English | Age Rating<br>4+ |
| Copyright<br>© 2026 Keep Aware, Inc. | | |

Developer Website Privacy Policy

## More by Keep Aware, Inc.

Knack: Secure Browser — Safe browsing for work — View

Keep Aware — View

screenshot-apps-apple-com-2026-04-10-15-55-18
https://apps.apple.com/us/app/aware-health/id6742765623?platform=mac
10.04.2026

App Store for Mac

Discover
Arcade
Create
Work
Play
Develop
Categories

Categories
Productivity
Utilities
Photo & Video
Games
Business
Education
Music
Social Networking

# Aware Health

Help your body heal.

Free · Designed for iPad. Not verified for macOS.

| 1 RATING | AGES | CATEGORY | DEVELOPER | LANGUAGE | SIZE |
|---|---|---|---|---|---|
| 5.0 ★★★★★ | 13+ Years | Health & Fitness | Aware Health Labs, Inc | EN English | 50.1 MB |




iPad, iPhone

Welcome to Aware Health — where pain relief meets lasting lifestyle change.

When you're hurting, stuck, or trying to get back on track, you shouldn't have to navigate a maze of appointments, referrals, or medical bills. Aware Health gives you immediate access to top-tier care that's built around you — your body, your life, your goals.

more

## Ratings & Reviews

**5.0** out of 5

1 Ratings

## What's New

Our mobile app was experiencing occasional pain, and crashing for a few folks. We've treated the root cause of this pain, and the app is healthy again and should be working for everyone.

## App Privacy

The developer, **Aware Health Labs, Inc.**, indicated that the app's privacy practices may include handling of data as described below. For more information, see the developer's privacy policy.

**Data Linked to You**

The following data may be collected and linked to your identity:

- Health & Fitness
- Contact Info
- Identifiers

**Data Not Linked to You**

The following data may be collected but it is not linked to your identity:

- Health & Fitness

Privacy practices may vary, for example, based on the features you use or your age. Learn More

## Accessibility

The developer has not yet indicated which accessibility features this app supports. Learn More

## Information

| Seller | Size | Category |
|---|---|---|
| Aware Health Labs, Inc. | 50.1 MB | Health & Fitness |
| **Compatibility** | **Languages** | **Age Rating** |
| Requires iOS 15.1 or later. | English | 13+ |
| **Copyright** | | |
| © Aware Health Labs, Inc. | | |

Privacy Policy

## You Might Also Like

- MAGIS+ — Medical — View
- PBA Flex — Health & Fitness — View
- MyPlan App — Health & Fitness — View
- Revive Health Mobile — Medical — View
- MyMD Connect App — MyMD Connect App — View
- THP Wallet — Health & Fitness — View
- My 90 Degree Benefits — Health & Fitness — View
- Rheumera — Rheumatology Patient Suite — View

Copyright © 2026 Apple Inc. All rights reserved.
Internet Service Terms | App Store & Privacy | Cookie Warning | Support
United States

# EXHIBIT F-1

**<u>Google Play Appstore</u>**

| **Marks** | **Screenshot** |
|---|---|
| Aware |  |

<table>
<tr><th>Marks</th><th>Screenshot</th></tr>
<tr><td>All Aware</td><td>
</td></tr>
<tr><td>Better Aware</td><td>
</td></tr>
</table>

| Marks | Screenshot |
|---|---|
| Aware Health |  |

| Marks | Screenshot |
|---|---|
| Aware Super |   |

<table>
<tr><th>Marks</th><th>Screenshot</th></tr>
<tr><td>Aware Driving</td><td>
</td></tr>
</table>

| Marks | Screenshot |
|---|---|
| Fuxion Aware |  |

| Marks | Screenshot |
|---|---|
| Aware |  |

| Marks | Screenshot |
|---|---|
| Live Aware: Mobile Streaming | Google Play Games Apps Movies & TV Books Kids<br>Live Aware: Mobile Streaming<br>Live Aware Labs, Inc.<br>50+ Downloads<br>E Everyone<br>Install<br>You don't have any devices<br>You can share this with your family. Learn more about Family Library<br><br>About this app →<br>A livestreaming app that enables users to stream directly to Live Aware.<br>Updated on<br>Dec 18, 2024<br>Tools<br>Data safety →<br>Safety starts with understanding how developers collect and share your data. Data privacy and security practices may vary based on your use, region, and age. The developer provided this information and may update it over time. |

<table>
<tr><th>Marks</th><th>Screenshot</th></tr>
<tr><td>Aware</td><td>
</td></tr>
<tr><td>Aware Technologies</td><td>
</td></tr>
</table>

| Marks | Screenshot |
| --- | --- |
| Aware & Prepare |  |
| Aware |  |

| Marks | Screenshot |
|---|---|
| Be Aware |  |

<table>
<tr><th>Marks</th><th>Screenshot</th></tr>
<tr><td>Aware</td><td>
</td></tr>
</table>

| Marks | Screenshot |
|---|---|
| U/AWARE |  |

<table>
<tr><th>Marks</th><th>Screenshot</th></tr>
<tr><td>Aware Config by AwareBuildings</td><td>
</td></tr>
</table>

| **Marks** | **Screenshot** |
|---|---|
| Drive Aware |  |

<table>
<tr><th>Marks</th><th>Screenshot</th></tr>
<tr><td>PADI AWARE</td><td>
</td></tr>
</table>

| Marks | Screenshot |
|---|---|
| Aloft Air Aware |   |

| **Marks** | **Screenshot** |
| --- | --- |
| Aware AlumNet |  |

| **Marks** | **Screenshot** |
| --- | --- |
| SWEAT AWARE | Google Play Games Apps Movies & TV Books Kids<br>SWEAT AWARE<br>EnLiSense Apps<br>10+ Downloads<br>E Everyone<br>Install<br>You don't have any devices You can share this with your family. Learn more about Family Library<br><br>About this app →<br>EnLiSense's SWEAT AWARE app is for users with chronic conditions looking to digitally track their health, wellness and symptoms progress.<br>Users can track their health, symptoms, food and beverage intake, sleep patterns, exercise, mood, vitals and more in the My Journal. |

<table>
<tr><th>Marks</th><th>Screenshot</th></tr>
<tr><td>WiFi Aware Checker</td><td>
</td></tr>
</table>

| **Marks** | **Screenshot** |
|---|---|
| Aware |  |
| Be Aware Gym |  |

| Marks | Screenshot |
|---|---|
| Aware Motherhood App |  |

| Marks | Screenshot |
|---|---|
| Church Aware |  |

# EXHIBIT F-2

Google Play Games Apps Movies & TV Books Kids




# Aware: Mindfulness & Wellbeing

29k Foundation

4.3★ 547 reviews | 50K+ Downloads | Everyone

Install | Share | Add to wishlist | Trailer

You don't have any devices | You can share this with your family. Learn more about Family Library




## About this app →

Aware is a free non-profit app for mental health, wellbeing and inner development that is tailored to your needs. With science-based exercises and live guided sessions from world-leading researchers, you have access to tools that are traditionally only available through expensive clinical support or therapy.

The app will help you:
- Improve your relationship skills by learning communication techniques to better navigate conflict...

**Updated on**
Feb 26, 2025

Health & Fitness

## Data safety →

Safety starts with understanding how developers collect and share your data. Data privacy and security practices may vary based on your use, region, and age. The developer provided this information and may update it over time.

- No data shared with third parties
  Learn more about how developers declare sharing
- This app may collect these data types
  Personal info, Photos and videos and 3 others
- Data is encrypted in transit
- You can request that data be deleted

See details

## Ratings and reviews →

Ratings and reviews are verified

Phone

4.3
★★★★★

5 4 3 2 1

## App support

## Similar apps →

Paul McKenna Change Your Life
Taggr Ltd
4.8 ★

charisme: Social Anxiety Coach
fredie
4.0 ★

Kalda LGBTQIA+ Mental Health
Kalda
3.2 ★

Marriage 365
Marriage365
4.4 ★

Belle: Tracker & Self-Care
Belle Health Ai Technologies Ltd
4.6 ★

Zori Affirmations & Self Love
RocketHen
4.7 ★

Ally Krueger

★★★★★ August 20, 2023

this was an editors pick in the app store,and I read that it cost nothing and had no ads. I haven't seen that in a long time, so I was curious. I was not expecting to find an app that was so centering and calming with so many sessions to choose from. I have not seen any ads or been asked for any money. none of the sessions are locked. There's no required payment. I have seen multiple guided meditations that are short, easy to listen to, overall extremely helpful. I've shared with everyone.

218 people found this review helpful

Did you find this helpful? Yes No

29k Foundation August 21, 2023

Wow! Thanks you for sharing this with us. Warms our hearts and motivates us a lot!

rodrigo queiros

★★ August 21, 2024

If the content is similar to 29k, I assume it's great, but the lack of a search function for programs makes the app unusable for me. If and when a search function is added, I'll change the review. Also the lack of the "sleep guided meditation" program available previously sucks, at least I assume it isn't in the app, as I can't search for it.

7 people found this review helpful

Did you find this helpful? Yes No

29k Foundation August 22, 2024

Thanks for your valuable feedback! Inspires us to improve the navigation in our growing content library. 🙏

Sara W

★★ March 26, 2024

Was using another well-being app but thought I would trial this as completely free. Sadly I am going to have to give up on it. After completing only two sessions, I am unable to continue. The app opens and I get notifications, but every time I try to access sessions the page blips then stays on the home page. I have tried several different times to do this, closing the app, force stopping it and clearing the cache but the same thing happens every time. Uninstalled.

4 people found this review helpful

Did you find this helpful? Yes No

29k Foundation March 28, 2024

Thanks for reporting! Sounds like you stumbled upon an unfortunate bug of ours... it's now solved with our 2.52.0 update. Sorry for the inconvenience and hope you will give us another try!

See all reviews

## What's new

We've fixed some bugs and made things run smoother. Hope you enjoy the update! 🚀

Flag as inappropriate

screenshot-play-google-com-2026-04-10-12-16-46
https://play.google.com/store/apps/details?id=com.allaware.allawarealarm
10.04.2026

Google Play Games Apps Movies & TV Books Kids

# All Aware

All Aware LLC

100+ Downloads | E Everyone

Install | Share | Add to wishlist

You don't have any devices | You can share this with your family. Learn more about Family Library




## About this app →

All Aware – a self-installed, continuously connected awareness platform accessed through an easy-to-use smart phone app -- allows you to keep an eye on your most valued assets on your own terms, anywhere you go.

Once you've attached All Aware's innovative product Flex Aware onto any free-standing structures like gates, boats, or RVs, this all-in-one app allows you to:

...

**Updated on**
Mar 16, 2026

Lifestyle

## Data safety →

Safety starts with understanding how developers collect and share your data. Data privacy and security practices may vary based on your use, region, and age. The developer provided this information and may update it over time.

- This app may share these data types with third parties
  Personal info, Financial info and 3 others
- This app may collect these data types
  Location, Personal info and 7 others
- Data is encrypted in transit
- You can request that data be deleted

See details

## What's new

Welcome to the All Aware app – a self-installed, continuously connected awareness platform accessed through an easy-to-use smart phone app. Keep an eye on your most valued assets on your own terms, anywhere you go!

Flag as inappropriate

## App support

## Similar apps →

- MedFlyt at Home — Medflyt LLC. — 4.7 ★
- Lunup – Dating & Social App — Lunup
- Revitive: Leg Therapy — Revitive.com — 3.6 ★
- Pregnancy App & Baby Tracker — The Bump — 4.7 ★
- Unified Care+ — iHealth Labs, Inc. — 4.8 ★
- VITAS® Healthcare App — VITAS Healthcare Corporation — 3.8 ★

Google Play
Play Pass
Play Points
Gift cards
Redeem
Refund policy

Kids & family
Parent Guide
Family sharing

Terms of Service · Privacy · About Google Play · Developers · Google Store · United States (English)

Google Play Games Apps Movies & TV Books Kids

# Better Aware

BA Kitchens

100+ Downloads | E Everyone

Install | Share | Add to wishlist

You don't have any devices

You can share this with your family. Learn more about Family Library




App support

Similar apps →

Tabler - Be My Guest
Tabler Inc.
2.7 ★

CELPIP Speaking Practice
USpeak io

Lunup – Dating & Social App
Lunup

## About this app →

Better Aware is for colleagues and partners of BA Components. Stay up to date with all of the latest news and need to know information across the organisation. Share your stories and ideas for improvement, grow your career with access to internal opportunities, and much more!

**Updated on**
Apr 3, 2026

Business

## Data safety →

Safety starts with understanding how developers collect and share your data. Data privacy and security practices may vary based on your use, region, and age. The developer provided this information and may update it over time.

No data shared with third parties
Learn more about how developers declare sharing

This app may collect these data types
Personal info, Photos and videos and 3 others

Data is encrypted in transit

You can request that data be deleted

See details

## What's new

Thanks for downloading the Better Aware app. This update contains some bug fixes and performance improvements. We'll continue to release updates to make your app experience even better!

Flag as inappropriate

Google Play
Play Pass
Play Points
Gift cards
Redeem
Refund policy

Kids & family
Parent Guide
Family sharing

Terms of Service Privacy About Google Play Developers Google Store

United States (English)

Google Play Games Apps Movies & TV Books Kids

# Aware Health

Aware Health Labs

100+ Downloads | E Everyone

Install | Share | Add to wishlist

You don't have any devices | You can share this with your family. Learn more about Family Library




## About this app →

Welcome to Aware Health – where pain relief meets lasting lifestyle change.

When you're hurting, stuck, or trying to get back on track, you shouldn't have to navigate a maze of appointments, referrals, or medical bills. Aware Health gives you immediate access to top-tier care that's built around you – your body, your life, your goals.

Aware Health offers same-day personalized and evidence-based care to help our covered members reduce pain, recover from injury,...

Updated on
Mar 20, 2026

Health & Fitness

## Data safety →

Safety starts with understanding how developers collect and share your data. Data privacy and security practices may vary based on your use, region, and age. The developer provided this information and may update it over time.

- No data shared with third parties
  Learn more about how developers declare sharing
- This app may collect these data types
  Personal info, Health and fitness, and Device or other IDs
- Data is encrypted in transit
- You can request that data be deleted

See details

## What's new

Our mobile app was experiencing occasional pain, and crashing for a few folks. We've treated the root cause of this pain, and the app is healthy again and should be working for everyone.

Flag as inappropriate

## App support

## Similar apps →

- HealthyHeart – Cinema Conceptz
- My Tenth Step – Pitch 15 Solutions – 3.7 ★
- Medobo - Medical & Clinical – Gamitor Studios
- Headspace Care (Ginger) – Headspace Care (formerly Ginger.io, Inc.) – 2.7 ★
- Unified Care+ – iHealth Labs, Inc. – 4.8 ★
- Hello Heart • For heart health – Hello Heart – 4.7 ★

# Aware Super

Aware Super

4.2★ 4.14K reviews | 100K+ Downloads | E Everyone

Install | Share | Add to wishlist

You don't have any devices | You can share this with your family. Learn more about Family Library




App support

## Similar apps →

Travelocity Hotels & Flights
Travelocity.com
4.7 ★

Hotwire: Hotel Deals & Travel
Hotwire, Inc
3.9 ★

Latitude
Latitude Financial Services
4.1 ★

## About this app →

The award winning* Aware Super mobile App is the easiest way for you to check in with your super and Pension - anytime, anywhere.

Use the app to:
• Set up Touch ID or Face ID for quick secure login
• Check your latest super balance
• See recent contributions and transactions...

Updated on
Mar 27, 2026

Finance

## Data safety →

Safety starts with understanding how developers collect and share your data. Data privacy and security practices may vary based on your use, region, and age. The developer provided this information and may update it over time.

No data shared with third parties
Learn more about how developers declare sharing

This app may collect these data types
Personal info, App activity and 2 others

Data is encrypted in transit

Data can't be deleted

See details

## Ratings and reviews →

Ratings and reviews are verified

Phone | Tablet

4.2
★★★★
4.02K reviews

5
4
3
2
1

Tony Burtton
★★★★★ March 12, 2026
I have only been with Aware for two weeks but I am already extremely impressed with the this company, everything is so quickly and accurately done which fills me with confidence that I made the right decision to move over. I now look forward to Aware investing my super to provide me with a good return for my retirement pension.

1 person found this review helpful

Did you find this helpful? Yes No

Sylvia Lee 1

★★★★★ February 2, 2026

Love Aware Super! Highly recommend and good range of portfolio options for your goals and transition into and post retirement.

3 people found this review helpful

Did you find this helpful? Yes No

A Annie Kerris

★ January 30, 2026

Doesn't even let you log in with your member number and password. Have had to uninstall app on both my devices Going around in circles just picking out motor bikes in pictures

1 person found this review helpful

Did you find this helpful? Yes No

See all reviews

## What's new

Minor bug fixes & technical updates
Improved text validation for contribution amount

Flag as inappropriate

Google Play
Play Pass
Play Points
Gift cards
Redeem
Refund policy

Kids & family
Parent Guide
Family sharing

Terms of Service Privacy About Google Play Developers Google Store

United States (English)

# Aware Driving

Aware Driving

3.3★ 39 reviews | 10K+ Downloads | E Everyone

Install Share Add to wishlist

You don't have any devices You can share this with your family. Learn more about Family Library



App support

Similar apps →

OptoDroid
oDev Sistemas

Asthma Diary
Mark Lester Bolotaolo

CookEasy – Recipes & Timer
Azizi Studio

Food Scanner AI: Gluten & Diet
Sothes LLC

## About this app →

Aware Driving (AD) aims to alert when the driver is at risk! We use AI/Machine Learning to alert when you are asleep, distracted or your face can't be clearly seen.

Aware Driving provides various driving performance scores, which entail being awake, asleep or distracted.

You can adjust the sound of the alarm, the sensitivity of the alerts and which alerts you want to enable/disable, among other settings...

**Updated on**
Dec 11, 2022

Auto & Vehicles

## Data safety →

Safety starts with understanding how developers collect and share your data. Data privacy and security practices may vary based on your use, region, and age. The developer provided this information and may update it over time.

No data shared with third parties
Learn more about how developers declare sharing

No data collected
Learn more about how developers declare collection

See details

## Ratings and reviews →

Ratings and reviews are verified

Phone

3.7
★★★★
38 reviews

Jason Reed

★★★★★ June 2, 2023

Haven't used it long, and haven't used it ever while driving. However it appears to work well. I like messing with it and taking actions that trigger multiple alarms for the monitored behaviors. Turn your head, and then when it alarms close your eyes, then remove your face within camera's view while slowly alternating which eye you're winking with. Welcome to the machine, ya machine. :) Nifty app.

2 people found this review helpful

Did you find this review helpful? Yes No

Aware Driving June 26, 2023

Hi, thanks. Glad you liked it!

Gone Fishing

★★★★★ June 25, 2023

The bee's knees! Using it off label as I tend to fall asleep while roaming the interwebs seated on the throne. This app saves my nights and from now on I'll stay awake. Thanks Dev!

2 people found this review helpful

Did you find this helpful? Yes No

Aware Driving June 26, 2023

Thank you. Glad it helped!

Bayu Bhaskara

★★★★★ April 17, 2025

Wow.. Amazing simple to use and its free

Did you find this helpful? Yes No

Aware Driving April 22, 2025

Thank you for your feedback. Any suggestions are welcome :)

See all reviews

## What's new

- Add German language app translation
- Fix in Android 13 notification not showing
- General improvements and bug fixes

Flag as inappropriate

Google Play
Play Pass
Play Points
Gift cards
Redeem
Refund policy

Kids & family
Parent Guide
Family sharing

Terms of Service Privacy About Google Play Developers Google Store

United States (English)

# Fuxion Aware

Aware Tips

5K+
Downloads

E
Everyone ⓘ

Install | Share | Add to wishlist

You don't have any devices

You can share this with your family. Learn more about Family Library



App support

## About this app →

FuXion Aware 2.0 is an app designed to guide you through your journey as you join the FuXion team. You'll find educational resources, explanatory videos, and key materials to help you understand our community, work strategies, and organizational structure. All content is organized to help you begin your journey in a clear, practical, and up-to-date manner.

Updated on
Apr 8, 2026

Productivity

## Data safety →

Safety starts with understanding how developers collect and share your data. Data privacy and security practices may vary based on your use, region, and age. The developer provided this information and may update it over time.

No data shared with third parties
Learn more about how developers declare sharing

No data collected
Learn more about how developers declare collection

See details

Flag as inappropriate

screenshot-play-google-com-2026-04-10-12-18-02
https://play.google.com/store/apps/details?id=com.mazenx.aware
10.04.2026






# Aware

MazenX

10+ Downloads | Everyone

Install | Share | Add to wishlist | Trailer

You don't have any devices | You can share this with your family. Learn more about Family Library




## App support

## Similar apps →

TikTak Metronome
Amos Elkana

Lunup – Dating & Social App
Lunup

KultureCity
KultureCity
4.6 ★

OptoDroid
oDev Sistemas

SHRM CP & SCP Exam Prep 2026
Keep Prep
4.5 ★

## About this app →

Worried about phone theft? Meet Aware — your personal theft detector.
With motion and light sensors, Aware instantly alerts you when someone tries to move or tamper with your device.

Why Aware?
• Instant motion alerts if your phone is touched or moved...

Updated on
Oct 28, 2025

Tools

## Data safety →

Safety starts with understanding how developers collect and share your data. Data privacy and security practices may vary based on your use, region, and age. The developer provided this information and may update it over time.

No data shared with third parties
Learn more about how developers declare sharing

No data collected
Learn more about how developers declare collection

See details

## What's new

We're excited to launch the first version of Aware!
Stay tuned for updates and new features coming soon.

Flag as inappropriate

Play Pass
Play Points
Gift cards
Redeem
Refund policy

Parent Guide
Family sharing

Terms of Service Privacy About Google Play Developers Google Store

United States (English)

Google Play Games Apps Movies & TV Books Kids

# Live Aware: Mobile Streaming

Live Aware Labs, Inc.

50+ Downloads | E Everyone ⓘ

Install | Share | Add to wishlist

You don't have any devices | You can share this with your family. Learn more about Family Library





## About this app →

A livestreaming app that enables users to stream directly to Live Aware.

**Updated on**
Dec 18, 2024

Tools

## Data safety →

Safety starts with understanding how developers collect and share your data. Data privacy and security practices may vary based on your use, region, and age. The developer provided this information and may update it over time.

- No data shared with third parties
  Learn more about how developers declare sharing
- This app may collect these data types
  Personal info, Photos and videos and 3 others
- Data is encrypted in transit
- You can request that data be deleted

See details

Flag as inappropriate

## App support

## Similar apps →

- b2match
  B2Match
  3.7 ★
- HopSkipDrive
  HopSkipDrive, Inc.
  4.7 ★
- ChatBCC
  ChatBCC
  4.7 ★
- Marriage 365
  Marriage365
  4.4 ★
- Aware: Mindfulness & Wellbeing
  29k Foundation
  4.3 ★
- Lunup – Dating & Social App
  Lunup

Google Play Games Apps Movies & TV Books Kids

# AWARE

RTGS, Govt.of Andhra Pradesh

Government ⓘ | 100+ Downloads | Everyone ⓘ

Install | Share | Add to wishlist

You don't have any devices | You can share this with your family. Learn more about Family Library

AWARE



App support

## More by RTGS, Govt.of Andhra Pradesh

- Revenue One — RTGS, Govt.of Andhra Pradesh
- Uberization of Kisan Drones — RTGS, Govt.of Andhra Pradesh
- Unified Family Survey — RTGS, Govt.of Andhra Pradesh
- HPTS — RTGS, Govt.of Andhra Pradesh
- OneVizag OneApp — RTGS, Govt.of Andhra Pradesh
- AP DigiVerify — RTGS, Govt.of Andhra Pradesh

## About this app

AWARE is an integrated platform which provides critical alerts and actionable advisories across many sectors for the state of Andhra Pradesh. Serving as a centralized knowledge hub, AWARE aggregates data across multiple domains to support timely decision-making and preparedness efforts. Powered by AI, it provides predictive forecasts and concise guidance for action. It offers district-level alerts for officials and the public.
Core modules include - Rainfall, Lightning, Reservoir Advisory, Cyclone Path, MI Tanks, and Flood Warning.
We are actively integrating additional modules and will release them in the application soon, further strengthening early-warning and...

**Updated on**
Apr 5, 2026

Weather

## Data safety

Safety starts with understanding how developers collect and share your data. Data privacy and security practices may vary based on your use, region, and age. The developer provided this information and may update it over time.

No data shared with third parties
Learn more about how developers declare sharing

No data collected
Learn more about how developers declare collection

See details

## What's new

Enhanced app with Route Forecast and 28 District Migration

Flag as inappropriate

Google Play
Play Pass
Play Points
Gift cards
Redeem
Refund policy

Kids & family
Parent Guide
Family sharing

Terms of Service · Privacy · About Google Play · Developers · Google Store

United States (English)

# Aware Technologies

Aware Technologies

10+ Downloads | E Everyone

Install | Share | Add to wishlist

You don't have any devices | You can share this with your family. Learn more about Family Library




## About this app →

Aware Technologies: Empowering Independence with Smart Mobility Insights

At Aware Technologies, we believe in independence without compromise. Our innovative, non-wearable solution helps individuals with disabilities and older adults maintain autonomy by providing real-time mobility insights—without using cameras, microphones, or intrusive tracking devices.

...

**Updated on**
Jul 28, 2025

Health & Fitness

## Data safety →

Safety starts with understanding how developers collect and share your data. Data privacy and security practices may vary based on your use, region, and age. The developer provided this information and may update it over time.

- No data shared with third parties
  Learn more about how developers declare sharing
- No data collected
  Learn more about how developers declare collection
- Data is encrypted in transit
- You can request that data be deleted

See details

Flag as inappropriate

## App support

## Similar apps →

- Unified Care+ — iHealth Labs, Inc. — 4.8 ★
- sleepme: Path To Better Sleep — Sleepme Inc. — 2.2 ★
- Shield – AI Scam Detector — CieloWeb
- Hello Heart • For heart health — Hello Heart — 4.7 ★
- Lunup – Dating & Social App — Lunup
- Food Scanner AI: Gluten & Diet — Sothes LLC

Google Play Games Apps Movies & TV Books Kids

# Aware & Prepare - Indian River

Indian River County BCC

2.5★ 13 reviews | 1K+ Downloads | E Everyone

Install | Share | Add to wishlist

You don't have any devices | You can share this with your family. Learn more about Family Library




App support

## About this app →

The Aware & Prepare mobile app keeps residents of Indian River County, Florida, updated on what is going on in their community. Offering current news, FAQs, digital guides, maps and more advanced safety modules, citizens can stay connected, informed and ready for any emergency to strike their area.

**Updated on**
Dec 1, 2025

Books & Reference

## Data safety →

Safety starts with understanding how developers collect and share your data. Data privacy and security practices may vary based on your use, region, and age. The developer provided this information and may update it over time.

- No data shared with third parties
  Learn more about how developers declare sharing
- This app may collect these data types
  Location, Personal info and 5 others
- Data is encrypted in transit
- You can request that data be deleted

See details

## Ratings and reviews →

Ratings and reviews are verified

Phone

2.5
★★★
13 reviews

**Millie Portante**

★ May 4, 2022

Installed it, tried to open the app & it wanted me to download information. It kept spinning & never downloaded anything. It looked like it would be a good app to have. Very disappointed :-( 2022 and app still doesn't work properly.

3 people found this review helpful

Did you find this helpful? Yes No

**A Google user**

September 5, 2019

This is the best time to review the effectivness of this app by IRC Emergency Services. The 2019 hurricane season is not yet over. I read on the National Weather Service advisory to check with your local emergency mgt service for information on returning on evacuation routes, but was unable to find anything on this.

1 person found this review helpful

Did you find this helpful? Yes No

Paul Button

June 1, 2020

App crashes after being open for 3 minutes. Can't even get through adding info without it crashing.

1 person found this review helpful

Did you find this helpful? Yes No

See all reviews

## What's new

We've fixed an issue where YouTube videos weren't loading. Enjoy a smoother experience!

Flag as inappropriate

Google Play
Play Pass
Play Points
Gift cards
Redeem
Refund policy

Kids & family
Parent Guide
Family sharing

Terms of Service · Privacy · About Google Play · Developers · Google Store

United States (English)

# Aware

EquatureDev

1+ Downloads | E Everyone

Install | Share | Add to wishlist

You don't have any devices | You can share this with your family. Learn more about Family Library



## About this app →

Aware is an advanced, privacy-focused mobile application that uses cutting-edge artificial intelligence to help detect concealed weapons in real time, enhancing personal and public safety.

Updated on
Apr 1, 2026

Business

## Data safety →

Safety starts with understanding how developers collect and share your data. Data privacy and security practices may vary based on your use, region, and age. The developer provided this information and may update it over time.

- No data shared with third parties
  Learn more about how developers declare sharing
- This app may collect these data types
  Device or other IDs
- Data is encrypted in transit

See details

## What's new

Bug Fixes.
Device registration enhancements

Flag as inappropriate

App support

Similar apps →

- SHRM CP & SCP Exam Prep 2026 — Keep Prep — 4.5★
- KultureCity — KultureCity — 4.6★
- RizzGPT: AI Dating Advice — Flame Teknoloji Yatırımları Limited Şirketi
- Cameralla — Vinova Pte. Ltd.
- Ornament: Your Health Coach — Ornament Health AG — 2.0★
- CELPIP Speaking Practice — USpeak io

Google Play Games Apps Movies & TV Books Kids

# Be Aware

Institute of Entrepreneurship Development (iED)

100+ Downloads | E Everyone

Install | Share | Add to wishlist

You don't have any devices

You can share this with your family. Learn more about Family Library



## About this app →

Welcome to the bE-aware Project. We are committed to equipping European youth with the skills and knowledge to navigate the digital world safely. Through our innovative educational materials and active community involvement, we address Online Sexual Exploitation and Abuse (OSEA) to create safer online spaces for the next generation.

We envision a future where every young person is equipped with the tools to navigate the digital world safely, ensuring their well-being and building a society that prioritizes youth safety...

Updated on
Mar 31, 2025

Education

## Data safety →

Safety starts with understanding how developers collect and share your data. Data privacy and security practices may vary based on your use, region, and age. The developer provided this information and may update it over time.

No data shared with third parties
Learn more about how developers declare sharing

No data collected
Learn more about how developers declare collection

See details

## What's new

Final Version

Flag as inappropriate

## App support

## More by Institute of Entrepreneurship Development (iED) →

- World Education — Institute of Entrepreneurship Development (i
- GameYES — Institute of Entrepreneurship Development (i
- CEM mini Games — Institute of Entrepreneurship Development (i
- Int4Furn — Institute of Entrepreneurship Development (i
- VETTER App — Institute of Entrepreneurship Development (i

## Similar apps →

- GoCarma — Carma — 4.5 ★
- OptoDroid — oDev Sistemas
- KultureCity — KultureCity — 4.6 ★

screenshot-play-google-com-2026-04-10-12-24-15
https://play.google.com/store/apps/details?id=com.svl.aware
10.04.2026

Google Play Games Apps Movies & TV Books Kids

# Aware: Mood Wellness & Journal

Suraj Lad

50+ Downloads | E Everyone

Install | Share | Add to wishlist

You don't have any devices | You can share this with your family. Learn more about Family Library




## About this app →

Aware – Mood Tracker, Journal & Mental Wellness Companion

Build better mental habits with Aware, a modern mental wellness app designed for mood tracking, mindful journaling, anxiety relief, and daily self-reflection.

Aware helps you understand your emotions, track your mental health, and create a calm space for reflection. Whether you want to...

**Updated on**
Mar 14, 2026

Health & Fitness

## Data safety →

Safety starts with understanding how developers collect and share your data. Data privacy and security practices may vary based on your use, region, and age. The developer provided this information and may update it over time.

No data shared with third parties
Learn more about how developers declare sharing

No data collected
Learn more about how developers declare collection

See details

## What's new

Bug fixes, UI enhancements, and stability improvements to make Aware faster and better than ever. 💪

Flag as inappropriate

## App support

## More by Suraj Lad →

XnO - Tic Tac Toe Game
Suraj Lad

## Similar apps →

Two Eleven, AI Voice Companion
Smriti Labs

Headlamp Health
Headlamp Health Inc
4.6 ★

KultureCity
KultureCity
4.6 ★

AI Journal: Rewrite your story
Canopas Software LLP
4.4 ★

HapiBrain
Amen Clinics, Inc., A Medical Corporation

GoCarma
Carma
4.5 ★

screenshot-play-google-com-2026-04-10-12-25-17
https://play.google.com/store/apps/details?id=com.uniden.u_aware
10.04.2026

Google Play Games Apps Movies & TV Books Kids

# U/AWARE

Uniden Corporation

2.2★ 6 reviews | 500+ Downloads | Teen ⓘ

Install | Share | Add to wishlist

You don't have any devices | You can share this with your family. Learn more about Family Library



App support

More by Uniden Corporation →

R/TACH
Uniden Corporation
2.8 ★

U Guard
Uniden Corporation
3.0 ★

Uniden Marine II
Uniden Corporation
1.0 ★

## About this app →

Provides remote operation functionality via Bluetooth® Low Energy (BLE), a visual display and audio of scanned radio transmissions. The display and all controls of the SDS150 are replicated on the app allowing you to access and control all the functions within the range. All incoming audio from the transmissions can be recorded and heard through your devices.

Updated on
Mar 27, 2026

Tools

## Data safety →

Safety starts with understanding how developers collect and share your data. Data privacy and security practices may vary based on your use, region, and age. The developer provided this information and may update it over time.

No data shared with third parties
Learn more about how developers declare sharing

No data collected
Learn more about how developers declare collection

See details

## Ratings and reviews →

Ratings and reviews are verified ⓘ

Phone

2.4
★★½
5 reviews

Matt Militello

★ January 24, 2026

Garbage. App works OK one day then next day wont connect at all. Love it when app says "bluetooth signal weak or unstable" when scanner and phone or tablet are only inches apart. Or when it when it says "connection timed out" when you tap the SDS150 on the List of Devices screen. Uniden...... go back to crystal scanners. At least they used to work.

1 person found this review helpful

Did you find this helpful? Yes No

Gary DaSilva

★ March 31, 2026

Crashes constantly on my S25U, not impressed. Not off to a good start considering Uniden's history on such apps. If you're buying the SDS150 for it's bluetooth functionality, hate to tell you it relies on this unreliable app.

2 people found this review helpful

Did you find this helpful? Yes No

i700plus

★★★★ February 18, 2026

overall a good experience however some issues with taking control via the android app then trying to use the buttons later on the scanner, sometimes the physical buttons stop working. For example avoid will stop working until you power cycle the scanner, however only happens when connected via Bluetooth. simply disconnecting from the scanner and restarting the app the physical buttons like avoid and enter are still disabled on the ads150 requiring you to reboot to fix.

1 person found this review helpful

Did you find this helpful? Yes No

See all reviews

## What's new

Release version 1.1.0(24)

Flag as inappropriate

Google Play Games Apps Movies & TV Books Kids

# Aware Config by AwareBuildings

Collaborative Systems, LLC

100+ Downloads | E Everyone

Install | Share | Add to wishlist

You don't have any devices | You can share this with your family. Learn more about Family Library




App support

## About this app

This App is intended for individuals who are responsible for configuring, monitoring, and responding to Aware Sensor Solutions, systems, and alerts.

The app will allow you to:
- Enter identifying info for your sensors and their associated deployment targets
- Monitor your solutions and see if any deployment targets are reporting issues...

Updated on
Jan 30, 2026

Tools

## Data safety

Safety starts with understanding how developers collect and share your data. Data privacy and security practices may vary based on your use, region, and age. The developer provided this information and may update it over time.

No data shared with third parties
Learn more about how developers declare sharing

No data collected
Learn more about how developers declare collection

See details

Flag as inappropriate

Google Play Games Apps Movies & TV Books Kids

# Drive Aware

Cheetah Advanced Technologies Ltd
In-app purchases

1K+ Downloads | E Everyone

Install | Share | Add to wishlist

You don't have any devices | You can share this with your family. Learn more about Family Library




App support

Similar apps

A Better Routeplanner (ABRP)
Iternio Planning AB
4.6 ★

Ford™
Ford Motor Co.
4.7 ★

Lyft Driver
Lyft, Inc.
4.8 ★

TomTom - Maps & Traffic
TomTom International BV
4.2 ★

TomTom GO Expert: Truck GPS
TomTom International BV
3.6 ★

Drive Smarter
Cedar Electronics
4.6 ★

## About this app

Drive Aware® lets you see and hear about speed traps and road hazards up ahead, using the expertly verified Trinity® 3.0 database and other users.

We've also integrated a tiny wireless button with industry leading reliability, security and speed. You can use this to safely, easily and instantly share hazards when riding or driving, without needing to touch your phone.

—

Updated on
Jun 30, 2022

Maps & Navigation

## Data safety

Safety starts with understanding how developers collect and share your data. Data privacy and security practices may vary based on your use, region, and age. The developer provided this information and may update it over time.

This app may share these data types with third parties
Device or other IDs

This app may collect these data types
Location and Device or other IDs

Data is encrypted in transit

Data can't be deleted

See details

## What's new

Welcome to the latest release of Ride Aware Drive Aware. This release sees the following improvements:

- Full UX upgrade
- Progress bar added for countdown alerts
- Average Speed Zone warnings improved
- Average Speed Zone progress bar added
- Mobile Speed Zone warnings improved
- Speed limits, where available, are now displayed for the road you are driving on (UK and Ireland)
- New settings options added

Flag as inappropriate

Google Play | Kids & family
Play Pass | Parent Guide
Play Points | Family sharing

Gift cards

Redeem

Refund policy

Terms of Service Privacy About Google Play Developers Google Store

United States (English)

screenshot-play-google-com-2026-04-10-12-26-32
https://play.google.com/store/apps/details?id=com.project.rantmedia.projectaware
10.04.2026

Google Play Games Apps Movies & TV Books Kids

# PADI AWARE

PADI Aware Foundation

4.3★ 64 reviews | 10K+ Downloads | E Everyone ⓘ

Install | Share | Add to wishlist

You don't have any devices | You can share this with your family. Learn more about Family Library




App support

## About this app →

PADI AWARE
Conservation Action Portal

Where Every Action Shapes the Future of Our Blue Planet

PADI AWARE Foundation is a publicly funded charity with a mission to drive local action for global ocean conservation...

**Updated on**
Apr 9, 2026

Education

## Data safety →

Safety starts with understanding how developers collect and share your data. Data privacy and security practices may vary based on your use, region, and age. The developer provided this information and may update it over time.

- This app may share these data types with third parties
  App info and performance
- This app may collect these data types
  Location, Personal info and 3 others
- Data isn't encrypted
- You can request that data be deleted

See details

## Ratings and reviews →

Ratings and reviews are verified ⓘ

Phone

4.3
★★★★
61 reviews

5, 4, 3, 2, 1

Elliot Peters

★★★★ November 11, 2022

Still can never manage to upload images. Great app though, even CSIRO have used the data from it.

4 people found this review helpful

Did you find this helpful? Yes No

Brandon Pieterse

★★★★ January 6, 2025

Good app overall just not user friendly for non divers and not so tech savvy people.... Personally, great app

Did you find this helpful? Yes No

A Google user

★★ July 8, 2019

'Share this Dive' feature doesn't work in Android version. This full on sucks.

8 people found this review helpful

Did you find this helpful? Yes No

See all reviews

Flag as inappropriate

Google Play Games Apps Movies & TV Books Kids

# Aloft Air Aware

Aloft (www.aloft.ai)

4.2★ 171 reviews | 50K+ Downloads | E Everyone

Install | Share | Add to wishlist

You don't have any devices | You can share this with your family. Learn more about Family Library




App support

More by Aloft (www.aloft.ai) →

Aloft Air Control
Aloft (www.aloft.ai)
3.1 ★

Similar apps →

Breeze Airways
Breeze Aviation Group, Inc.
4.7 ★

Clubworx
Clubworx Pty Ltd

Unified Care+
iHealth Labs, Inc.
4.8 ★

BaseMap: Hunting Maps and GPS
BaseMap Inc
4.0 ★

FLL Airport
FLL Airport
3.1 ★

Deep Dive - Bass Fishing App
Deep Dive Technologies, Inc.
4.5 ★

## About this app →

Aloft is the #1 FAA-Approved provider for B4UFLY and LAANC services.

Airspace safety and situational awareness is no longer just about "before" you fly but across the entirety of your operation.

From the makers of the original B4UFLY, Aloft is launching Air Aware for next-generation situational awareness. In partnership with Pilot Institute (https://pilotinstitute.com), Air Aware is the platform for all drone pilots to get started safely and compliantly to fly...

Updated on
Nov 5, 2025

Tools

## Data safety →

Safety starts with understanding how developers collect and share your data. Data privacy and security practices may vary based on your use, region, and age. The developer provided this information and may update it over time.

- No data shared with third parties
  Learn more about how developers declare sharing
- This app may collect these data types
  App activity and App info and performance
- Data is encrypted in transit
- Data can't be deleted

See details

## Ratings and reviews →

Ratings and reviews are verified

Phone | Tablet

4.3
★★★★
159 reviews

Michael Chadwick

★ November 21, 2025

They absolutely destroyef this app. I had the original and could get clearance within two minutes. Spent an hour today trying to get clearance. I can't adjust the range, repeatedly denied for flights I've made hundreds of time, and finally loaded my planes up and went home.

5 people found this review helpful

Did you find this helpful? Yes No

Abelardo Zavaleta

★★★★★ March 16, 2026

great app if you have a drone and want to know if it's okay to fly them in certain locations. I like it and will definitely keep me out of trouble. Download this app if you have a drone

Did you find this helpful? Yes No

K Ken Peters

★★★★★ November 10, 2025

the app is excellent. it should be easier to I.D. the restricted placed (or maybe I don't understand usage yet. Also, a legend abd scale would be nice, especially of in unfamiliar area. good job!

1 person found this review helpful

Did you find this helpful? Yes No

See all reviews

## What's new

What's New
- Improved map layer picker style and functionality
- Fixed Captcha issue impacting notify and fly.
- Bug fixes to keep everything running smoothly.

Flag as inappropriate

Google Play
Play Pass
Play Points
Gift cards
Redeem
Refund policy

Kids & family
Parent Guide
Family sharing

Terms of Service Privacy About Google Play Developers Google Store

United States (English)

Google Play Games Apps Movies & TV Books Kids

# Aware AlumNet

CaredFor

100+ Downloads | Teen

Install | Share | Add to wishlist

You don't have any devices | You can share this with your family. Learn more about Family Library




## About this app →

Share updates, ask questions, support others, and stay connected with others throughout your recovery. This community is a tool to help you in recovery and receive support when you need it the most.

Connect with:...

**Updated on**
Oct 31, 2025

Health & Fitness

## Data safety →

Safety starts with understanding how developers collect and share your data. Data privacy and security practices may vary based on your use, region, and age. The developer provided this information and may update it over time.

- No data shared with third parties
  Learn more about how developers declare sharing
- This app may collect these data types
  Personal info, Photos and videos and 2 others
- Data is encrypted in transit
- You can request that data be deleted

See details

## What's new

Platform updates and bug fixes.

Flag as inappropriate

## App support

## More by CaredFor →

- MFI Recovery Center — CaredFor
- AAC Together — CaredFor — 4.3 ★
- Newport Healthcare — CaredFor — 4.6 ★
- TN Recover — CaredFor — 4.8 ★
- St. Joseph Alumni Community — CaredFor — 3.9 ★
- Together-Community & Resources — CaredFor

## Similar apps →

- Asthma Diary — Mark Lester Dolotaolo
- Two Eleven, AI Voice Companion — Smriti Labs
- KultureCity — KultureCity — 4.6 ★
- GoCarma — Carma — 4.5 ★
- Lunup – Dating & Social App — Lunup

Google Play
Play Pass
Play Points
Gift cards
Redeem
Refund policy

Kids & family
Parent Guide
Family sharing

Terms of Service · Privacy · About Google Play · Developers · Google Store · United States (English)

Google Play Games Apps Movies & TV Books Kids

# SWEAT AWARE

EnLiSense Apps

10+ Downloads | E Everyone

Install | Share | Add to wishlist

You don't have any devices

You can share this with your family. Learn more about Family Library




## About this app →

EnLiSense's SWEAT AWARE app is for users with chronic conditions looking to digitally track their health, wellness and symptoms progress.

Users can track their health, symptoms, food and beverage intake, sleep patterns, exercise, mood, vitals and more in the My Journal.

Review important stats on their wearable health in the My Reports and capture the latest news and information in My Support.

**Updated on**
Jan 29, 2026

Personalization

## Data safety →

Safety starts with understanding how developers collect and share your data. Data privacy and security practices may vary based on your use, region, and age. The developer provided this information and may update it over time.

- No data shared with third parties
  Learn more about how developers declare sharing
- This app may collect these data types
  Photos and videos
- Data is encrypted in transit
- You can request that data be deleted

See details

Flag as inappropriate

## App support

## Similar apps →

- Mena AI - Nutritionist & Guide — StudyStream
- Hustle Up — HustleUp-app
- Headspace Care (Ginger) — Headspace Care (formerly Ginger.io, Inc.) — 2.7 ★
- Belle: Tracker & Self-Care — Belle Health Ai Technologies Ltd — 4.6 ★
- Tammy Fit — Tammy Fit — 4.2 ★
- proudP: Urine Flow Test — Soundable Health — 4.3 ★

Google Play Games Apps Movies & TV Books Kids

# Aware Tips

Aware Tips
Contains ads · In-app purchases

3.4★ 166 reviews | 10K+ Downloads | E Everyone

Install | Share | Add to wishlist

You don't have any devices | You can share this with your family. Learn more about Family Library




App support

## About this app →

This space aims to give you clarity in your start in FuXion. It has been co-created by the team's top earning leaders. We know that you are excited to be part of this mega corporation that is improving the lives of hundreds of thousands of people in 19 countries.

Whether it is your first time in Marketing Networks or you already have experience, soak up and study this information. It is key to not only getting money, but freedom.

Updated on
Nov 1, 2023

Productivity

## Data safety →

Safety starts with understanding how developers collect and share your data. Data privacy and security practices may vary based on your use, region, and age. The developer provided this information and may update it over time.

- This app may share these data types with third parties
  App info and performance
- This app may collect these data types
  Personal info
- Data is encrypted in transit
- You can request that data be deleted

See details

## Ratings and reviews →

Ratings and reviews are verified

Phone

3.2
163 reviews

Lina LúCas
March 7, 2024
No me permite iniciar sesión
Did you find this helpful? Yes No

Erika Johanna Cardona A.

★ March 1, 2022

No abre

3 people found this review helpful

Did you find this helpful? Yes No

See all reviews

## What's new

Improvements and bug fixes

Flag as inappropriate

Google Play Games Apps Movies & TV Books Kids

# Be Aware Gym

SPORTIGO

5+ Downloads | E Everyone

Install | Share | Add to wishlist

You don't have any devices | You can share this with your family. Learn more about Family Library




## About this app →

Be Aware Gym is an app that lets you connect to your favorite gym!

With our app, you can book or cancel a class, check your reservations, or view your credit balance.
For compatible gyms, you can also scan your membership card at the entrance using the app!

**Updated on**
Jan 12, 2026

Sports

## Data safety →

Safety starts with understanding how developers collect and share your data. Data privacy and security practices may vary based on your use, region, and age. The developer provided this information and may update it over time.

- No data shared with third parties
  Learn more about how developers declare sharing
- No data collected
  Learn more about how developers declare collection
- Data is encrypted in transit

See details

## What's new

Nouvelle app

Flag as inappropriate

## App support

## More by SPORTIGO →

- Pulsia — SPORTIGO
- DEVID&LORENZ FIT ELITE — SPORTIGO
- Spark Club — SPORTIGO
- NUMA STUDIO PILATES & REFORMER — SPORTIGO
- Zamme — SPORTIGO
- Studio Jade Peuplier — SPORTIGO

| Google Play | Kids & family |
|---|---|
| Play Pass | Parent Guide |
| Play Points | Family sharing |
| Gift cards | |
| Redeem | |
| Refund policy | |

Terms of Service · Privacy · About Google Play · Developers · Google Store · United States (English)

Google Play Games Apps Movies & TV Books Kids

# Church Aware

Church Aware

50+ Downloads | E Everyone

Install | Share | Add to wishlist

You don't have any devices | You can share this with your family. Learn more about Family Library



App support

## About this app →

Access your church member directory information quickly and securely.

Always have the latest information, right on your phone.

Updated on
Mar 13, 2026

Communication

## Data safety →

Safety starts with understanding how developers collect and share your data. Data privacy and security practices may vary based on your use, region, and age. The developer provided this information and may update it over time.

No data shared with third parties
Learn more about how developers declare sharing

No data collected
Learn more about how developers declare collection

Data is encrypted in transit

You can request that data be deleted

See details

## What's new

Improve App Loading Speeds.

Flag as inappropriate

Google Play
Play Pass
Play Points
Gift cards
Redeem
Refund policy

Kids & family
Parent Guide
Family sharing

Terms of Service · Privacy · About Google Play · Developers · Google Store

United States (English)

# EXHIBIT G-1

## Third-Party AWARE Branding

| Mark | Website | Screenshot |
|---|---|---|
| DisasterAWARE | https://www.disasteraware.com/products-mobile-app |  |

| Mark | Website | Screenshot |
|---|---|---|
| AWARE360 | https://aware360.com/ | AWARE 360 Solutions Use Cases Resources About Us<br>**About us**<br>Aware360 provides the technology and response network needed to keep lone and at-risk workers safer and more productive through scalable, people-centric IoT solutions.<br>Our patented PeopleIoT™ connected worker ecosystem leverages personal technology to protect workers through real-time monitoring, communication and response.<br>In turn, you can drive operational efficiency and access insights in order to make better decisions, at the right time, as you meet occupational health and safety requirements. |
| A.W.A.R.E.<br><br>[Advanced Weather Analysis and Reporting Engine] | https://www.srcity.org/m/newsflash/Home/Detail/3088 | **Santa Rosa Honored with 2025 Government Experience Award for Innovative A.W.A.R.E. System**<br>**Home** *Posted on October 13, 2025*<br>The City of Santa Rosa is proud to announce it has been named a recipient of the prestigious 2025 Government Experience Award by the Center for Digital Government, recognizing the City's commitment to innovation, technological excellence, and public service. This national honor specifically celebrates Santa Rosa's Advanced Weather Analysis and Reporting Engine (A.W.A.R.E.), a groundbreaking digital platform developed entirely in-house to enhance community access to vital weather information.<br>**A Milestone in Civic Innovation**<br>The A.W.A.R.E. system is the result of a collaborative effort between Santa Rosa's Information Technology, Fire, and Water Departments, driven by a shared vision of a safer, more informed, and resilient community. This award places Santa Rosa among a select group of cities nationwide leading the way in delivering digital services that prioritize transparency, accessibility, and public safety. |

| Mark | Website | Screenshot |
|---|---|---|
| World Aware | https://www.beworldaware.com/ |  |
| Aware & Prepare | https://www.orfaleafoundation.org/aware-prepare/ |  |

| **Mark** | **Website** | **Screenshot** |
|---|---|---|
| AWARE | https://www.weather.gov/publications/aware |  |
| AWARE | https://www.safewareinc.com/brands/aware-monitoring-systems/ |  |

# EXHIBIT G-2

screenshot-www-disasteraware-com-2026-04-10-16-11-52
https://www.disasteraware.com/products-mobile-app
10.04.2026



PRODUCT

# Disaster Alert: Global Hazard Intelligence in Your Pocket

Stay informed wherever you are with Disaster Alert, the free mobile app version of DisasterAWARE. Available on both Android and iOS, Disaster Alert delivers the most accurate and reliable global risk and impact data directly to your smartphone or tablet. For DisasterAWARE Enterprise customers, the app becomes a powerful companion, unlocking exclusive features like SmartAlerts, geofence visibility, and asset tracking—providing the same insights and tools available on desktop. Whether you're on the move or responding from the field, Disaster Alert ensures you're always connected to critical hazard intelligence.




## DisasterAlert: Free Hazard Intelligence for Everyone

Stay informed and make better decisions with DisasterAlert, the free mobile app providing global risk and impact data to everyone. No DisasterAWARE subscription or account registration is required—simply download the app and start using it instantly. For an enhanced experience, create a free account to enable location-based filtering and receive tailored notifications for hazards that matter to you. Empower yourself with accurate, real-time hazard intelligence at no cost.



**With the free version of DisasterAlert, you can:**

- Receive SmartAlerts – Get push notifications for natural and manmade hazards likely to impact you.
- Set a Single Area of Interest – Designate one geographic area for personalized alerts
- Filter Hazards by Type – Customize the hazard types you want to track within your designated area.
- Access 300+ Data Sources – View near-real-time global hazard information anywhere with mobile service or Wi-Fi.
- Use Across Devices – Available for download on both iOS and Android platforms.

Stay informed and prepared with the essential features of DisasterAlert, free for everyone.

App Store → Play Store →

## Enhanced Capabilities for DisasterAWARE Enterprise Users

For DisasterAWARE Enterprise customers, the DisasterAlert mobile app becomes an indispensable companion. Seamlessly integrated with the web-based platform, the app unlocks the full suite of DisasterAWARE features, ensuring you have the same level of risk assessment and critical information at your fingertips—even when you're away from the office. Receive notifications, analyze risks, and make informed decisions to protect your assets, no matter where you are.

**Additional Features for DisasterAWARE Enterprise Users**

As a DisasterAWARE Enterprise user, the DisasterAlert mobile app provides exclusive features to enhance your decision-making capabilities:



- **Access Situational Awareness Reports** – Receive in-depth reports on hazard impacts, response efforts, and affected areas, ensuring a clear understanding of ongoing events.
- **View and Manage Assets** – Monitor and manage your fixed and mobile assets directly within the app, with geofences and real-time hazard overlays.
- **Import Custom Data** – Seamlessly integrate your own data into the app, allowing you to visualize it alongside hazard and infrastructure data for deeper insights.
- **Comprehensive Hazard Monitoring** – Enjoy full access to DisasterAWARE's advanced features, mirroring the capabilities of the web platform for consistent functionality on the go.
- **Access Premium Data Sets** – Unlock additional data layers, including live Department of Transportation traffic cameras for real-time visual insights and curated traditional media reporting from over 80,000 global publishers, providing diverse perspectives on ongoing events.



Stay prepared and make critical decisions with the enhanced tools available to DisasterAWARE Enterprise users.

App Store → Play Store →

## Compare Free and Enterprise Versions of DisasterAlert

| Free Version | Enterprise Version |
|---|---|
| Global Hazard Alerts – Receive push notifications for hazards worldwide | SmartAlert Customization – Advanced filters by hazard type, severity, and multiple areas of interest. |
| Single Area of Interest – Set one geographic area for customized alerts. | Situational Awareness Reports – In-depth reports on hazard impacts and response efforts. |
| Basic Hazard Filtering – Filter alerts by hazard type in your selected area. | Asset Management – View and manage fixed and mobile assets with geofencing. |
| 300+ Data Sources – Access real-time global hazard data. | Custom Data Integration – Import and overlay your proprietary data. |
| Mobile Access – Available on iOS and Android devices. | Premium Data Sets – Access live traffic cameras and curated media reports. |
| | Full Platform Sync – Seamlessly mirrors web platform features for consistent access. |

See how good our data is for yourself.

## Start Your Free Trial of DisasterAWARE Enterprise Now

## Get the DisasterAlert Mobile App

Real Time Updates About Active Hazards Aroundthe Globe in Your Pocket.

App Store → Play Store →

Scan to Discover Disaster Aware



Take the first step towards reaching operational resilience with **DisasterAWARE**

START A FREE TRIAL → BOOK A CALL →

DISASTER**AWARE**™ ENTERPRISE

Keep up-to-date with our latest **news and announcements.**

Enter your email

**BROWSE**

Our Solutions

Software as a Service

Data as a Service

**COMPANY**

Updates

About

Contact

© 2025 DisasterAWARE. All Rights Reserved.

Terms & Conditions / Privacy Policy

LONE WORKER SAFETY SOLUTIONS

# Connected technology to get your lone, mobile, and at-risk workers home safe, every day

Book your demo

Empowering organizations of all sizes across North America

EMBER the alex Ford HWN ENERGY LTD Crescent Point












## Have your workers ever found themselves in any of these situations?


















**50000 users**
actively protected

**400 companies**
serviced

**15 years**
experience in the industry

SAFETY FEATURES TO EMPOWER ORGANIZATIONS

## Here's how we can help you and your team

- 24/7 emergency support
- Flexible check-in options
- GPS location monitoring
- Two-way voice communication
- Multiple connectivity options
- Device integrations



CONNECT

### Leverage purpose-built devices for more comprehensive safety programs

Our solutions are flexible. We integrate with industry-leading devices you may already have as part of your safety ecosystem, as well as offer purpose-built devices exclusive to our platform.

## What our customers say

Capterra
4.8 ★★★★★ 5

SafetyAware was an easy transition and familiar feel for our staff from other products that have been used in the past. The ability to self monitor using our own 24/7 Control Room is an added benefit and has kept our processes relatively unchanged.

Cody G — EMBER

Capterra
4.8 ★★★★★ 5

Anytime we had questions or issues they responding quickly. The usability on the mobile app and website was very intuitive and easy to learn. I was very pleased with the customization and abilities we had control over to make changes during the season that we needed, without having to go through the provider to do so.

Skyler H. — syngenta

## Explore our latest resources




eBook




eBook




eBook

Building a blueprint to get your workers safely through the winter

Download Guide

Is 911 the right enterprise solution to keep your retail workers safe?

Download Guide

Managing lone worker safety in severe weather conditions

Download Guide

## Book a discovery call to learn more how we can help you strengthen your safety culture

If you're already a customer and want to submit a ticket, click here

First name*

Last name*

Company email address*

Company*

Job title*

Phone number

How many users are you looking to protect?

Country*

Please Select

How can we help you?*

Where did you hear about us

Aware360 is committed to protecting and respecting your privacy, and we'll only use your personal information to administer your account and to provide the products and services you requested from us. From time to time, we would like to contact you about our products and services, as well as other content that may be of interest to you.

☐ I agree to receive other communications from Aware360.*

protected by reCAPTCHA

Book a meeting

AWARE360

Suite 320, 2000
Veterans Place NW
Calgary, Alberta
T3B 4N2

+1 877 352 8522

**Solutions**
- SafetyAware: Lone Worker App
- AlertGPS: Mobile Worker App
- Lone Worker Safety Devices

**Industries**
- Oil and gas
- Utilities
- Healthcare
- Social services
- Retail
- Public Sector

**Resources**
- Success stories
- Worker safety blog
- Resource library
- Lone worker solution guide
- Lone worker risk assessment template

**Company**
- About us
- Contact us
- Sustainability Commitment

**Support**
- Submit a ticket
- Knowledge base
- Aware360 system status
- Trust Center

© 2024 Aware360 All rights reserved Privacy Policy

screenshot-www-srcity-org-2026-04-10-16-14-28
https://www.srcity.org/m/newsflash/Home/Detail/3088
10.04.2026







2025 PROJECT WINNER

# Santa Rosa Honored with 2025 Government Experience Award for Innovative A.W.A.R.E. System

**Home** *Posted on October 13, 2025*

The City of Santa Rosa is proud to announce it has been named a recipient of the prestigious 2025 Government Experience Award by the Center for Digital Government, recognizing the City's commitment to innovation, technological excellence, and public service. This national honor specifically celebrates Santa Rosa's Advanced Weather Analysis and Reporting Engine (A.W.A.R.E.), a groundbreaking digital platform developed entirely in-house to enhance community access to vital weather information.

**A Milestone in Civic Innovation**

The A.W.A.R.E. system is the result of a collaborative effort between Santa Rosa's Information Technology, Fire, and Water Departments, driven by a shared vision of a safer, more informed, and resilient community. This award places Santa Rosa among a select group of cities nationwide leading the way in delivering digital services that prioritize transparency, accessibility, and public safety.

**Meeting a Local Need with Local Talent**

Santa Rosa's geography and climate present unique challenges—from sudden temperature shifts to localized wind events and wildfire risks. Recognizing the need for timely, accurate, and accessible weather data, City staff developed A.W.A.R.E. to go beyond traditional weather reporting. The system collects, analyzes, and presents comprehensive weather data, delivering actionable insights for both residents and emergency personnel.

**Key Features of A.W.A.R.E.**

- Live Weather Data: Real-time conditions from nine permanent weather stations across Santa Rosa, including temperature, wind speed, humidity, and rainfall.
- Interactive Maps: Visual exploration of weather station locations and micro-climate variations across neighborhoods.
- Detailed Observations: Critical data such as fuel moisture and temperature readings to assess fire risk.
- User-Friendly Interface: Designed for accessibility across all devices, ensuring ease of use for all residents.

**Advancing Public Safety and Preparedness**

A.W.A.R.E. empowers residents to make informed decisions and supports first responders with data crucial for wildfire response and resource allocation. It represents a significant leap forward in public safety and community preparedness.

**A Model of Interdepartmental Collaboration**

Led by Programmer/Analyst Shawn Moore from the Information Technology Department, with key contributions from Krista Butts and Paul Lowenthal of the Fire Department, and support from Water Department staff, A.W.A.R.E. exemplifies the power of interdepartmental collaboration. By leveraging in-house talent, the City avoided outsourcing costs and delivered a solution tailored specifically to Santa Rosa's needs.

**Join Us in Celebrating**

The City invites all residents to explore the A.W.A.R.E. platform and experience firsthand how technology is enhancing life in Santa Rosa. This award reflects the spirit of innovation and community that defines our city, and we look forward to continuing to deliver services that make Santa Rosa a safer, smarter, and more connected place to live.

Residents can explore the A.W.A.R.E. system at SRCity.org/Weather.

## Related News

**Lower Colgan Creek Phase 3 Awarded Environmental Project of the Year**
Home *Posted on March 25, 2026*

**City Connections: April 9, 2026**
Home *Posted on April 09, 2026*

**Powering Our Downtown: New Electric Vehicle Charging Station and Improvements Coming to Lot 10**
Home *Posted on April 09, 2026*

**Bennett Valley Golf Course Named 2025 Golf Course of the Year**
Home *Posted on April 07, 2026*

**Working Together to Create Safer Routes to School**
Home *Posted on April 08, 2026*



City of Santa Rosa records, including emails, are subject to the California Public Records Act. Unless exemptions apply, emails sent to City staff or Council members, any attachments, and any replies, are subject to disclosure upon request, and neither the sender nor any recipients

Stay Connected with Email Notifications

Read the City Newsletter

Notify us on MySantaRosa App

Find an Event or Activity

Join us for Public Meeting

should have any expectation of privacy regarding the contents of such communications.

Santa Rosa City Hall - 100 Santa Rosa Avenue - Santa Rosa, CA 95404

Report Website Issues

Accessibility (ADA) | Copyright Notices | Site Map

Government Websites by CivicPlus®

screenshot-www-beworldaware-com-2026-04-10-16-16-26
https://www.beworldaware.com/
10.04.2026

World Aware
Emergency Planning






## Professional Emergency Management Services

World Aware brings professional-grade disaster preparedness to Boulder's businesses and communities. Unlike generic consultants, we combine advanced academic credentials with hands-on emergency management leadership experience protecting Colorado communities.

We specialize in serving:

- **High-end manufacturing companies** requiring robust safety and continuity plans
- **Tech companies** needing operational resilience and data protection
- **Residential neighborhoods** building community preparedness networks
- **Schools, colleges, and faith communities** protecting vulnerable populations

Our founder currently serves in an emergency management leadership role, bringing real-world expertise directly to your organization.

## Schedule a free consultation

Schedule now

## Why Choose World Aware?

**Evidence-Based Planning** We use established frameworks and best practices from organizations like ISO, FEMA, DHS, and NFPA—adapted to your specific context.

**Practical, Not Theoretical** Our plans are designed to actually work during a crisis, not just satisfy regulatory requirements. We focus on actionable steps and realistic scenarios.

**Partnership, Not One-Time Projects** Preparedness is an ongoing process. We build long-term relationships to ensure your plans stay current and your team stays trained.

**Community-Centered** We believe strong communities are resilient communities. Our approach emphasizes connection, mutual aid, and collective preparedness.

**You Get a Real Expert, Not a Generalist Consultant** Our founder is a career emergency management professional with advanced academic credentials and current leadership experience in Emergency Management. This is our profession, not a side business.

**We Understand Disasters** From wildfire risks to flooding, from supply chain vulnerabilities to extreme weather—we know the specific challenges facing modern businesses and communities.

**No Cookie-Cutter Solutions** We don't sell generic templates. Every plan is customized to your specific operations, culture, resources, and risks.

**Credible and Connected** Our career path in Emergency Management means we're connected to state and local emergency management networks, giving your organization valuable resources and credibility.






Emergency Planning Services



About Us



Be World Aware Preparedness Blog

## Get news and updates

Email Address

Sign Up

Powered by Squarespace

screenshot-www-beworldaware-com-2026-04-10-16-16-26
https://www.beworldaware.com/
10.04.2026




# AWARE & PREPARE

**A Community Partnership to Strengthen Emergency & Disaster Readiness**

The Aware & Prepare Initiative is a public-private partnership dedicated to strengthening community disaster resiliency within Santa Barbara County. Aware & Prepare enhances the capabilities and coordination of government agencies and non-profit organizations in mitigating, preparing for, responding to, and recovering from emergencies and disasters.

---

## CHALLENGE

REACTIVE VS. PROACTIVE GIVING

Disaster response giving among private donors to both domestic and international incidents has risen dramatically over the past several decades. In 2012, 234 U.S. foundations made 884 grants totaling $111 million for disasters. The majority of this funding was for natural disasters (58%) and almost half was directed to response and relief efforts (46%).[i] This amount continues to grow as disasters occur more frequently and with greater severity. As a consequence, instead of having sufficient time to make deliberately targeted and informed decisions, philanthropists often find themselves in a reactionary mode.

[i] Foundation Center and Center for Disaster Philanthropy, "Measuring the State of Disaster Philanthropy 2014: Data to Drive Decisions," 2014. Available at: http://foundationcenter.org/gainknowledge/research/pdf/disasterphilanthropy_2014.pdf.

---

## APPROACH

BUILDING A COMMUNITY PARTNERSHIP

Advance planning not only increases efficiency and effectiveness in philanthropic giving during disasters, but investing in emergency preparedness has a rate of return of 1:7. The Aware & Prepare Initiative was created as a result of the catastrophic impact of Hurricane Katrina on the southeastern region of the United States in 2005. After witnessing the devastation of communities that were insufficiently prepared to respond and recover from a catastrophic disaster, the Santa Barbara County Civil Grand Jury began an investigation to determine the capabilities of local government to respond to a disaster of a similar magnitude, such as an earthquake. The grand jury determined that Santa Barbara County was ill-equipped to respond to a large-scale emergency or catastrophic disaster in several key planning areas, including the emergency public information, the emergency operations center, emergency medical care, and emergency sheltering.[i]

The Orfalea Foundation recognized this as an opportunity for philanthropic investment and retained the global emergency management consulting firm James Lee Witt Associates to further assess needs and identify recommendations for a proactive granting strategy. The Aware & Prepare Initiative was launched in 2008 in partnership with the Santa Barbara County Office of Emergency Management, its mission being to create a community partnership to enhance capabilities to mitigate, prepare for, respond to, and recover from emergencies and disasters within the Santa Barbara County Operational Area. Seven priority themes were identified for targeted investment:

1. **Public Education and Awareness**
   Strategies and programs to help the general public become better prepared for a disaster, including programs that specifically target vulnerable populations (including

$8,100,000
Invested

423,000
Residents in Santa Barbara County

$19
Per Resident

**DOWNLOAD THIS BRIEFING**
569 kB PDF File

**AWARE & PREPARE LOGIC MODEL 2010**
A detailed map of the resources, activities, outputs and outcomes of Santa Barbara County's Aware & Prepare Initiative
DOWNLOAD

**2009 AWARE & PREPARE ANNUAL REPORT**
First Annual Report from Santa Barbara County's Aware & Prepare Initiative
DOWNLOAD

**2010 AWARE & PREPARE ANNUAL REPORT**
Second Annual Report from Santa Barbara County's Aware & Prepare Initiative
DOWNLOAD

**ORFALEA FOUNDATION NEEDS ASSESSMENT REPORT**
The initial needs assessment for Santa Barbara County's Aware & Prepare Initiative, conducted by James Lee Witt Associates.
DOWNLOAD

**AWARE & PREPARE EVALUATION PRESENTATION**
Slides from 2011 summative evaluation of the Aware & Prepare Initiative.
DOWNLOAD

**AWARE & PREPARE 2011 EVALUATION EXECUTIVE SUMMARY**
Executive summary of the 2011 summative evaluation of the Aware & Prepare Initiative.
DOWNLOAD

**BUILDING DISASTER READY COMMUNITY**
This Stanford Social Innovation Review Supplement

hazards emergencies.

2. **Coordination and Communication**
   Strategies and capabilities to develop strong relationships within the community, specifically between the local government and non-governmental and non-profit organizations.
3. **Preparedness: Planning, Training and Exercises**
   Strategies and capabilities to develop an active and inclusive planning process as well as training exercise programs in the community, including quality control, continuous improvement, and feedback mechanisms.
4. **Emergency Public Information**
   Strategies and capabilities (including information technology and equipment) to warn the public of an impending disaster and to provide emergency instructions on suggested actions.
5. **Resources and Personnel**
   Strategies and capabilities to develop caches of disaster supplies, lists of capabilities and skills of organizations and responders, as well as knowledge of available resources and the capability to move them (people and supplies) to where they are needed.
6. **Authority and Management**
   Facilities (including the Emergency Operations Center) and capabilities for community leadership to provide command, control, and coordination of disaster response activities.
7. **Voluntary Organizations Active in Disaster**
   Continued development of an active VOAD organization comprising non-governmental agencies in partnership with local government to improve coordination and capabilities in disaster preparedness and response.

[i] Santa Barbara County Civil Grand Jury, "Disaster Preparedness: Are We Really Ready?" May 15, 2006.

BEFORE disaster strikes.

DOWNLOAD

## ADAPTATIONS

EVOLUTION TO A SELF-GOVERNING BODY

Although the mission has remained the same, the Aware & Prepare Initiative has evolved to be a unique and dynamic public/private partnership that prioritizes collaborative strategic planning and decision making. The governance structure has shifted from a foundation-led initiative to an Executive Committee with representatives from multiple sectors and diverse communities. The committee is responsible for general oversight, fiscal management, and final decisions on funding requests. The Aware & Prepare Initiative has also become the recognized and universally-accepted brand for public education and disaster awareness programs throughout Santa Barbara County.

## IMPACT

400,000 PEOPLE ARE SAFER EVERY DAY

The Aware & Prepare Initiative summative program evaluation was conducted in 2011. Over a three-year period, 61% of funding was allocated in support of the public sector and 39% of funding was allocated in support of the nonprofit sector. The single largest investment was a $2.025 million contribution toward a new state-of-the-art county Emergency Operations Center. The evaluation concluded that Operational Area preparedness levels increased by 43% and organizational preparedness levels increased by 30%. Most importantly, 81% of stakeholders believed that they had the appropriate executive support to continue implementation of their responsibilities. With regards to the initiative itself, 75% of stakeholders felt that the program structure and resources were sufficient to address the gaps in emergency management capabilities.

## CONTINUITY

A SELF-SUSTAINING CULTURE OF PREPAREDNESS

Seven years after its inception, the Aware & Prepare Initiative is sustained by over 40 partner organizations, while the Executive Committee continues to provide leadership and oversight. The initiative is managed by the Santa Barbara County Office of Emergency Management and is thriving due to committed, passionate community leaders, emergency managers, and volunteers. More information is available at: www.awareandprepare.org.

ORFALEA FOUNDATION
1283 Coast Village Circle
Santa Barbara, CA 93108

CONTACT US

**CALL** (805) 565-7550
**FAX** (805) 565-7554
**EMAIL** info@orfalea.org

© Copyright 2017 Orfalea Foundation. All rights Reserved | This site is for informational purposes only | CONTACT | ABOUT

screenshot-www-weather-gov-2026-04-10-16-17-24
https://www.weather.gov/publications/aware
10.04.2026

NATIONAL WEATHER SERVICE
NATIONAL OCEANIC AND ATMOSPHERIC ADMINISTRATION

HOME | FORECAST | PAST WEATHER | SAFETY | INFORMATION | EDUCATION | NEWS | SEARCH | ABOUT

# NWS Aware Report

Weather.gov > NWS Publications > NWS Aware Report

NWS Publications
National Program

Weather-Ready Nation
National Oceanic and Atmospheric Administration
Aware

WRN Aware is a free monthly newsletter of information from across the National Weather Service that highlights product and service improvements, success stories of outreach and partnerships, and opportunities for public participation and feedback. Geared toward the emergency management community, enterprise partners, and the general public, WRN Aware is a way to stay plugged in or "Aware" to what is going on at the local, regional, and national perspective. If you are interested in receiving email notifications when the Aware Report is posted, you can subscribe with the button below.

Subscribe or Unsubscribe
Aware

## This Month's Issue:


Weather-Ready Nation Aware
June 2024
Busy Week for the Viewer – Tropical Program Site is Now Operational

## 2024 Issues:

Feel free to download and reprint any edition.

- Jan
- Feb
- Mar
- Apr
- May
- Jun
- Jul
- Aug
- Sep
- Oct
- Nov
- Dec

## Past Issues:

Past editions of WRN Aware and its predecessor, the Disaster Preparedness Report (1976 - current), can be read or downloaded from the Aware archive page.



Got story ideas or other comments? Email us at wrn.feedback@noaa.gov

USA.gov

US Dept of Commerce
National Oceanic and Atmospheric Administration
National Weather Service
NWS Publications

Comments? Questions? Please Contact Us.

Disclaimer
Information Quality
Help
Glossary

Privacy Policy
Freedom of Information Act (FOIA)
About Us
Career Opportunities

screenshot-www-safewareinc-com-2026-04-10-16-18-16
https://www.safewareinc.com/brands/aware-monitoring-systems/
10.04.2026

SAFEWARE® Shop Brands Markets Services Contracts Events Trending Company REQUEST QUOTE

Home / Featured Brands / AWARE Monitoring Systems

AWARE™ Monitoring Systems

# AWARE MONITORING SYSTEMS

## Flood Detection and IoT Monitoring Solutions

The Advance Warning Equipment (AWARE) Flood System is a simple, rugged, and low-cost flood sensor that detects and automatically alerts users to flooding. The AWARE Flood Sensor from AWARE Monitoring Systems Inc. delivers a fully remote and autonomous flood warning system that can automatically alert users to flash flooding.

REQUEST A QUOTE

**1,000+** Sensors Deployed Nationwide

**200,000+** Daily Real-time Measurements

**8,800,000+** Annual Data Bursts Recorded

**1M+** Real-time Alerts Delivered

Share This:

## The AWARE Flood Monitoring System Can Be Anywhere, Should Be Everywhere.

The **Advance Warning Equipment (AWARE) Flood System** is a simple, rugged, and low-cost flood sensor that detects and automatically alerts users to flooding. This lightweight, portable solution is designed to withstand the harshest weather conditions and autonomously monitor water levels and other environmental conditions used to help determine risk of flooding. The system supports user configurable reporting periods and thresholds which can automatically send warnings in almost real time.



### What are the key features of the AWARE Flood Monitoring System?

- Autonomous web-based data logging with real-time alerts
- Integrated Data Logger
- Integrated Solar Power
- Integrated Processor
- Internet of Things (IoT) Operations
- Two-Way Cellular or Iridium Satellite Connectivity
- Multiple sensor options
- 900 MHz Wireless Mesh Radio (Coming Soon)
- SDI-12 Expansion Port
- Rugged and Lockable
- Optional Color Imaging Camera
- Automatically Detects Flash Floods
- Weather resistant design
- Complies with current United States Department of Defense military specifications




### Smart Monitoring for Water Levels, Climate, and Environmental Conditions

From critical infrastructure to sensitive environments, precision monitoring is more than just a convenience—it's a necessity. Aware empowers businesses, governments, and industries with real-time intelligence, ensuring that safety, compliance, and performance are never compromised.

## What is the AWARE Flood Monitoring System Used for?

### Public Safety / Emergency Preparedness

### Stronger communities start with smarter monitoring.

Flooding remains one of the most devastating natural threats, causing billions in damages and disrupting lives every year. Aware provides the tools agencies need to anticipate risks, optimize resources, and act with confidence. Aware's autonomous water level and stormwater monitoring systems provide continuous tracking of changing conditions, offering agencies an early warning system for rising floodwaters. With real-time data and predictive analytics, decision-makers can deploy resources proactively, improve stormwater management, and mitigate the risk of urban flooding before it happens.



## Environmental Research

### Ecosystem & Biodiversity Protection

Understanding and protecting the environment requires accurate, real-time data. Aware Monitoring Systems empowers researchers with autonomous, IoT-connected monitoring solutions designed to track climate trends, measure water quality, and monitor ecosystems. Our technology provides unparalleled insight into environmental changes, allowing scientists, conservationists, and policymakers to make informed, data-driven decisions that support sustainability and resilience.

## Ready to Join the Future of Flood Monitoring? Request A Quote Now!

Aware isn't just about data; it's about making the world smarter, safer, and more efficient. Whether you need monitoring solutions for government, public safety, infrastructure, emergency management, industrial, or specialized applications, we're here to help you stay in control.

REQUEST A QUOTE



### AWARE FLOOD NODE WITH IOT MODULE

The AWARE Flood Node collects, processes, and transmits sensor data using a self-contained power system with three solar panels. An IoT module is integrated on top, enabling real-time communication with the sensor dashboard. The module comes preconfigured with either a cellular LTE-M modem or an Iridium modem for remote data transmission. It is powered by its dedicated solar panel for continuous operation.



### 316 STAINLESS STEEL UNIVERSAL MOUNTING PLATE

The AWARE Flood Node and IoT Module are securely mounted using a custom universal mounting plate, designed for flexible installation. It supports attachment to both horizontal and vertical poles using plastic zip ties or galvanized steel sign straps (included). It can also be installed on flat surfaces for added versatility.



### WATER LEVEL PRESSURE (WLP) MODULE THREE

The Water-Resistant Camera Module delivers real-time, full-color images of the monitoring site. With a 60-degree field of view (FOV), it captures detailed visual data to enhance situational awareness in flood-prone areas.



### WATER-RESISTANT CAMERA MODULE

The Water-Resistant Camera Module delivers real-time, full-color images of the monitoring site. With a 60-degree field of view (FOV), it captures detailed visual data to enhance situational awareness in flood-prone areas.

## Frequently Asked Questions about AWARE Flood Monitoring Systems

− What is the AWARE Flood Monitoring System, and how does it work?

The AWARE Flood System is an advanced early warning system designed to detect and automatically alert users about potential flood risks. Using IoT-enabled sensors, satellite connectivity, and real-time data transmission, AWARE provides crucial flood data to municipalities, transportation agencies, and emergency response teams.

+ How does AWARE compare to traditional flood warning systems?

+ What industries and organizations can benefit from AWARE Flood Sensors?

+ How accurate is the AWARE Flood Monitoring System?

+ What are the key benefits of AWARE IoT Software for End Users?

+ How can I install and maintain an AWARE Flood Sensor?

+ Does AWARE provide real-time alerts, and how can I receive notifications?

+ What are the warranty and support options for AWARE Flood Sensors?

+ What is AWARE's survivability during Hurricanes?

+ How does AWARE help with flood management during hurricane season?

## Get more information or request a quote on flood detection and monitoring solutions from Safeware.

To provide you with more competitive pricing and better service for your solution needs, please fill out the form provided. For a faster response, we recommend using a work or company email instead of a personal one. Your insights are invaluable as they enable us to customize our services to meet your specific requirements.

First Name (Required) [First Name]

Last Name (Required) [Last Name]

Email (Required) [Enter Email (Company / Work emails are prefer]

Phone Number (Required) [Enter phone number]

Job Title / Rank [Job Title / Rank]

Company (Required) [Enter Company or Department]

Industry (Required) [Select Industry]

City (Required)

Postal / Zipcode (Required)

State (Required) [Select State]

Brand Name (if known) [AWARE Montioring Systems]

Product (if known) [Enter part number of item(s)]

Quantity

Message / Description (Required)

CAPTCHA

SUBMIT REQUEST

By submitting a request for quote or contact message, you are agreeing to allow future emails and contact from Safeware, Inc.

## CONTACT SAFEWARE

4403 Forbes Blvd
Lanham, MD 20706

Info@
safewareinc.com

Toll Free:
+1 800.331.6707

Local:
+1 301.683.1234

Fax:
+1 410.683.1200

SAFEWARE LOCATIONS

Stay Connected with Safeware!

Join the Safeware Newsletter SUBSCRIBE

**Markets**

- Law Enforcement
- Fire, Rescue & HazMat
- Education
- State & Local Operations
- Emergency Management
- Government Security
- Shop Products

**Quick Links**

- Services & Rentals
- Training
- Social Media
- Locations
- Quick Order
- Sitemap

**Services and Policies**

- Returns Policies
- Privacy Policy
- Terms of Use
- Shipping and Handling

SAFEWARE®

**Contact Us**

4403 Forbes Blvd
Lanham, MD 20706

800.331.6707

301.683.1234

info@safewareinc.com

Copyright © 2025 – Safeware, Inc. All Rights Reserved.

*The appearance of U.S. Department of Defense (DoD) visual information does not imply or constitute DoD endorsement.*

# EXHIBIT H

App Store for iPhone

wildfire aware

Today
Games
Apps
Arcade

Categories
Categories
Photo & Video
Health & Fitness
Productivity
Entertainment
Action
Adventure
Puzzle
Indie

# Wildfire Aware® | Fire Alerts

Fire Notifications & Tracking

Free · In-App Purchases · Designed for iPad. Not verified for macOS.

Share

| 24 Ratings | Ages | Category | Developer | Language | Size |
|---|---|---|---|---|---|
| 4.5 ★★★★★ | 13+ Years | Weather | The Analytical Moose LLC | EN English | 58.7 MB |




iPhone, iPad

Wildfire Aware® provides an interactive map-centric experience free to the public. It serves as a central hub for authoritative information, consolidating multiple data streams into a single interface for easier monitoring.
*Satellite Detection Layers: Real-time visualization of thermal hotspots from NASA VIIRS, MODIS, and NOAA HMS Fire Detections.
*Detailed Incident Information: View updated perimeters from FIRIS (California only) and other state/federal agencies as they become available.
*Environmental Overlays: Review National Weather Service (NWS) watches and warnings directly on the map alongside active fire data.

As a Premium feature of Wildfire Aware®, we provide near-real-time notifications of wildfires in areas you care about. When a fire is dispatched by a NIFC participating agency anywhere in the United States, you are notified as quickly as possible. We provide wildfire alerts quickly and supplement them with the most current Fire Weather information, including Temperature, Wind Speed and Direction, and Relative Humidity at the time of the fire.
As fires burn for days or months, Wildfire Aware not only provides you with notifications about perimeter updates but also provides authoritative supplemental agency data as well. Letting you know where the fire is. We source information from NIFC, IRWIN, InciWeb, CAL FIRE, US Forest Service (USFS), Bureau of Land Management (BLM), Department on Interior (DOI), and Texas A&M Forest Service, to name a few.

Anyone who has lived through a fire knows that Fire Weather is just as important as fire information. Wildfire Aware provides you with National Weather Service (NWS) Alerts related to Wildfires as soon as they are issued. From Fire Weather Watches and Red Flag Warnings before a fire, to Flash Flood Warnings and Watches after a fire, we keep you wildfire aware at all stages of a wildfire.

Wildfire alerting for Canada is now available for Canada! We provided as much of the equivalency information as possible for Canadian Wildfires as well. The reported active fire locations are updated daily as provided by fire management agencies (provinces, territories and Parks Canada). The wildfires data is managed through a national Data Integration Project (DIP) coordinated by the Canadian Interagency Forest Fire Centre (CIFFC) and Natural Resources Canada with participation from all partner agencies. Environment and Climate Change Canada issues public weather alerts about weather-related hazards in order to notify those in affected areas so that they can take steps to protect themselves and their property from harm. Alerts are classified depending on the severity and timing of the subject event and include warnings, watches, advisories and statements.
We do not provide detailed information from radio traffic like Watch Duty, but instead, we provide information from authoritative sources as soon as it is published. We also provide links, whenever possible, to the appropriate social media platforms for additional authoritative data. We strive to give the most reliable information to the public as quickly as possible.

Our founder not only survived a deadly and destructive fire in 2020 but also spent 13 years with CAL FIRE as a dispatcher and GIS specialist. Wildfire Aware® provides authoritative and vetted information, which is essential during any wildfire. When misinformation runs rampant during and after a wildfire, we strive to give you the most authoritative information available.

Important:
Wildfire Aware® is an information aggregation platform. All data—including fire locations, perimeters, and weather conditions—is sourced from third-party public agencies. This information is provided "as is" for situational awareness only. Wildfire Aware® does not guarantee the accuracy, completeness, or timeliness of notifications and should not be relied upon as a primary life-safety tool. Users should always follow the instructions of local emergency management and law enforcement.

## Ratings & Reviews

4.5 out of 5

24 Ratings

**Thankful for this app!** ★★★★★ 08/31/2024

This app is fantastic. Gives up to date and accurate information. It not only gives you the location and acreage of a fire but also shows close by Alert California cameras. Allowing you you go onto that website and know exactly which camera to look at. It allows you to set an alert radius so you don't have to worry about needless notifications

**App slept on but looks like important feature removed** ★★★★ 12/26/2023

This app is slept on! Provides great info and especially since I live in Oklahoma where fires aren't mostly controlled by federal but state, they are still posted! Would be five stars but one feature that seemed to have been remove... more

**Developer Response**
Thank you Joshwo! Winds should be back up shortly, as soon as we tr... more

**Worth every penny** ★★★★★ 07/01/2025

This app is full of useful information from multiple sources-all rolled into one app. I receive alerts related to wind speeds, weather, fire, flood etc. It's very easy to set up the alert area and the graphics are easy to view and decipher all the information I need to assess what's going on in my area. One of the most useful apps for alerts that I've seen.

## What's New

MAJOR UPDATE: Predictive Fire Weather & Enhanced Maps

Nearby Weather Stations: Get real-time data from the closest professional weather stations to any active fire.

6-Hour Forecasts: Stay ahead of the flame with integrated temperature, wind, and humidity projections for the next 6 hours.

Personalized Safety: Save a "Home" location for instant local weather & alert context.

Maximized Map View: We've redesigned the interface to give the map—and your situational awareness—more room to breathe.

## App Privacy

The developer, **The Analytical Moose LLC**, indicated that the app's privacy practices may include handling of data as described below. For more information, see the developer's privacy policy.

**Data Not Linked to You**

The following data may be collected but it is not linked to your identity:

Identifiers

Privacy practices may vary, for example, based on the features you use or your age. Learn More

## Accessibility

The developer has not yet indicated which accessibility features this app supports. Learn More

## Information

| Seller | Size | Category |
|---|---|---|
| The Analytical Moose LLC | 58.7 MB | Weather |
| **Compatibility** | **Languages** | **Age Rating** |
| Requires iOS 13.0 or later | English | 13+ |
| **In-App Purchases** | **Copyright** | |
| Yes | © 2022-26 The Analytical Moose LLC | |

### You Might Also Like

| | | | |
|---|---|---|---|
| Firesource - Live Wildfires<br>Fires, Air Quality, Detection<br>View | Firespot: Wildfire app<br>Wildfire photos, alerts, more<br>View | FWAS-Fire Weather Alert System<br>View | Weather NorCal<br>Weather<br>View |
| The Wildfire Tracker<br>View | Active Wildfire Tracker Map<br>Weather<br>View | Weather Lite<br>View | OregonAir<br>Weather<br>View |

Copyright © 2026 Apple Inc. All rights reserved.
Internet Service Terms App Store & Privacy Cookie Warning Support

App Store for iPhone

wildfire aware

Today
Games
Apps
Arcade

Categories
Categories
Photo & Video
Health & Fitness
Productivity
Entertainment
Action
Adventure
Puzzle
Indie

## Ratings & Reviews

**4.5**
out of 5

24 Ratings

**Thankful for this app!**
★★★★★
05/31/2024
Smarty pants magee

This app is fantastic. Gives up to date and accurate information. It not only gives you the location and acreage of a fire but also shows close by Alert California cameras. Allowing you you go onto that website and know exactly which camera to look at. It allows you to set an alert radius so you don't have to worry about needless notifications

**App slept on but looks like important feature removed**
★★★★
12/20/2023
Joshwx

This app is slept on! Provides great info and especially since I live in Oklahoma where fires aren't mostly controlled by federal but state, they are still posted! Would be five stars but one feature that seemed to have been removed ... more

**Developer Response**
Thank you Joshwx! Winds should be back up shortly, as soon as we tra... more

**Worth every penny**
★★★★★
07/11/2023
CorkMommii

This app is full of useful information from multiple sources-all rolled into one app. I receive alerts related to wind speeds, weather, fire, flood etc. it's very easy to set up the alert area and the graphics are easy to view and decipher all the information I need to assess what's going on in my area. One of the most useful apps for alerts that I've seen.

**Excellent Wildfire Preparedness Resource**
★★★★★
01/18/2024
BillerMazz

This is a fantastic app to keep you informed on the dangers of wildlife. Get quick notification to wildfire starts and updated information. Early notification is one of the keys to surviving a wildfire. I definitely recommend this as a useful part of your homes wildfire preparedness planning toolkit.

**Fires**
★★★★★
11/26/2022
Ibe Viking

My mom lost her house to the zig fire and this app would have alerted her and given her more time to collect her valuables and get out to safety. This app is easy to use and fabulous for anyplace you live.

**Love this app!**
★★★★★
11/17/2022
Comiage

Great app, I track wildfires every summer and usually swap between 3 apps to get the data I need and this one has it all, only one I'll use from now on!

Copyright © 2026 Apple Inc. All rights reserved.
Internet Service Terms | App Store & Privacy | Cookie Warning | Support

United States

# EXHIBIT I

# Wildfire Aware

The Analytical Moose
In-app purchases

3.2★ 11 reviews | 5K+ Downloads | E Everyone

Install | Share | Add to wishlist

You don't have any devices | You can share this with your family. Learn more about Family Library



## About this app →

*Satellite Detection Layers: Real-time visualization of thermal hotspots from NASA VIIRS, MODIS, and NOAA HMS Fire Detections.
*Detailed Incident Information: View updated perimeters from FIRIS (California only) and other state/federal agencies as they become available.
*Canadian Wildfire Data: Access to daily updates from the Canadian Interagency Forest Fire Centre (CIFFC) and Natural Resources Canada, providing consistency for North American users.
*Environmental Overlays: Review National Weather Service (NWS) watches and warnings directly on the map alongside active fire...

Updated on
Mar 21, 2026

Communication

## Data safety →

Safety starts with understanding how developers collect and share your data. Data privacy and security practices may vary based on your use, region, and age. The developer provided this information and may update it over time.

No data shared with third parties
Learn more about how developers declare sharing

This app may collect these data types
Device or other IDs

Data isn't encrypted

Data can't be deleted

See details

## Ratings and reviews →

Ratings and reviews are verified

Phone

3.2
★★★★
11 reviews

D Deidre

★★★ August 18, 2023

The app is lovely, but also difficult. The data takes a noticeably long time to load in (and sometimes fails altogether). If there's an area overlay, like a red flag warning, then it's difficult to tap on a fire icon in that area and not just select the overlay. And the app inevitably crashes for me in about two minutes of active use. So, I can see a lot of promise in it, and I like it for those two minutes... but a real quick overview of things is all I can really get out of it.

6 people found this review helpful

App support

Similar apps →

ClickOnDetroit - WDIV Local 4
Graham Media Group
4.5★

Watch Duty (Wildfire)
Watch Duty
4.8★

Rainbow Weather: Storm Radar
Weather Forecast Technologies
4.7★

BaseMap: Hunting Maps and GPS
BaseMap Inc
4.0★

BBBUS COM
BBBus
4.4★

FOX10 Weather Mobile Alabama
Gray Media
4.6★

The Analytical Moose August 20, 2023

Thank you so much for the feedback; we working on that. Your second comment about tapping on the information; when you on the map and the dialog opens in the bottom left corner, there are two arrows (it should say 1 of 2, or 5 of 6, etc.) click on the arrows, and it will cycle you through all the information in the area. Hope that helps!

Chien Chateau

★ August 28, 2023

You have to subscribe for it to be of any use. Unless you want to constantly open the app and look at the map. You can't get notifications without subscribing, you also can't select a specific area, you just have to scroll to your area on the app.

7 people found this review helpful

Did you find this helpful? Yes No

The Analytical Moose August 30, 2023

Hi Chien, you are correct; notifications are only available for subscribers. If you share your location with the app, the map will always center on where you are, so you don't have to scroll. Please contact information@wildfireaware.ai if there is anything we can help you with.

Kerri Wakai

★★★★★ November 19, 2022

This app is great for quick fire notifications! It's easy to use and so helpful. It's also great for peace of mind when you have family members who do not know how to use technology, but live in Northern California (which is always on fire).

6 people found this review helpful

Did you find this helpful? Yes No

See all reviews

## What's new

A lot of exciting updates, including added weather features for subscribers.

Flag as inappropriate

# EXHIBIT J

**Generated on:** This page was generated by TSDR on 2026-04-10 17:29:19 EDT

**Mark:** AWARECA

AWARECA

**US Serial Number:** 99572641

**Application Filing Date:** Dec. 30, 2025

**Filed as Base Application:** Yes

**Currently Base Application:** Yes

**Register:** Principal

**Mark Type:** Trademark

**TM5 Common Status Descriptor:**

LIVE/APPLICATION/Awaiting Examination

The trademark application has been accepted by the Office (has met the minimum filing requirements) and has not yet been assigned to an examiner.

**Status:** New application awaiting assignment to an examining attorney. See current trademark processing wait times for more information.

**Status Date:** Dec. 30, 2025

# Mark Information

**Mark Literal Elements:** AWARECA

**Standard Character Claim:** Yes. The mark consists of standard characters without claim to any particular font style, size, or color.

**Mark Drawing Type:** 4 - STANDARD CHARACTER MARK

# Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:

- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** Downloadable computer application software for mobile phones, and handheld and tablet computers, namely, software for use in the communication of public safety information; Downloadable computer software for sharing and viewing information about natural disasters, public safety events and emergencies, and preparedness therefor and responses thereto; Downloadable computer software for collecting, compiling, processing, and disseminating information about natural disasters, public safety events and emergencies, and preparedness therefor and responses thereto

**International Class(es):** 009 - Primary Class

**U.S Class(es):** 021, 023, 026, 036, 038

**Class Status:** ACTIVE

# Basis Information (Case Level)

**Filed Use:** No

**Currently Use:** No

**Filed ITU:** Yes

**Currently ITU:** Yes

**Filed 44D:** No

**Currently 44D:** No

**Filed 44E:** No

**Currently 44E:** No

**Filed 66A:** No

**Currently 66A:** No

**Filed No Basis:** No

**Currently No Basis:** No

# Current Owner(s) Information

**Owner Name:** Intterra, LLC

**Owner Address:** 1606 Headway Circle, Ste 9644

Austin, TEXAS UNITED STATES 78754

**Legal Entity Type:** LIMITED LIABILITY COMPANY

**State or Country Where Organized:** NEVADA

# Attorney/Correspondence Information

**Attorney of Record**

**Attorney Name:** Daniel C. Neustadt

**Docket Number:** 211096.1

**Attorney Primary Email Address:** dan.neustadt@hklaw.com

**Attorney Email Authorized:** Yes

**Correspondent**

**Correspondent Name/Address:** Daniel C. Neustadt
HOLLAND & KNIGHT LLP
800 17th Street NW, Suite 1100
Washington, DISTRICT OF COLUMBIA United States 20006

**Phone:** 1-(202) 469-5163

**Correspondent e-mail:** dan.neustadt@hklaw.com andrea.simonich@hklaw.com ptdocketing@hklaw.com lauren.pratt@hklaw.com rochelle.johnson@hklaw.com

**Correspondent e-mail Authorized:** Yes

**Domestic Representative - Not Found**

# Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Mar. 13, 2026 | LETTER OF PROTEST EVIDENCE FORWARDED | |
| Dec. 30, 2025 | APPLICATION FILING RECEIPT MAILED | |
| Dec. 30, 2025 | NEW APPLICATION ENTERED | |

# TM Staff and Location Information

**TM Staff Information**

**TM Attorney:**

**Law Office Assigned:** Not Assigned

**File Location**

**Current Location:** TMO LAW OFFICE 100

**Date in Location:** Mar. 13, 2026

**Generated on:** This page was generated by TSDR on 2026-04-10 17:29:14 EDT

**Mark:** AWAREAK

AWAREAK

**US Serial Number:** 99572653

**Application Filing Date:** Dec. 30, 2025

**Filed as Base Application:** Yes

**Currently Base Application:** Yes

**Register:** Principal

**Mark Type:** Trademark

**TM5 Common Status Descriptor:**

LIVE/APPLICATION/Awaiting Examination

The trademark application has been accepted by the Office (has met the minimum filing requirements) and has not yet been assigned to an examiner.

**Status:** New application awaiting assignment to an examining attorney. See current trademark processing wait times for more information.

**Status Date:** Dec. 30, 2025

## Mark Information

**Mark Literal Elements:** AWAREAK

**Standard Character Claim:** Yes. The mark consists of standard characters without claim to any particular font style, size, or color.

**Mark Drawing Type:** 4 - STANDARD CHARACTER MARK

## Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:

- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** Downloadable computer application software for mobile phones, and handheld and tablet computers, namely, software for use in the communication of public safety information; Downloadable computer software for sharing and viewing information about natural disasters, public safety events and emergencies, and preparedness therefor and responses thereto; Downloadable computer software for collecting, compiling, processing, and disseminating information about natural disasters, public safety events and emergencies, and preparedness therefor and responses thereto

**International Class(es):** 009 - Primary Class

**U.S Class(es):** 021, 023, 026, 036, 038

**Class Status:** ACTIVE

## Basis Information (Case Level)

| | | | |
|---|---|---|---|
| **Filed Use:** | No | **Currently Use:** | No |
| **Filed ITU:** | Yes | **Currently ITU:** | Yes |
| **Filed 44D:** | No | **Currently 44D:** | No |
| **Filed 44E:** | No | **Currently 44E:** | No |
| **Filed 66A:** | No | **Currently 66A:** | No |
| **Filed No Basis:** | No | **Currently No Basis:** | No |

## Current Owner(s) Information

**Owner Name:** Intterra, LLC

**Owner Address:** 1606 Headway Circle, Ste 9644

Austin, TEXAS UNITED STATES 78754

**Legal Entity Type:** LIMITED LIABILITY COMPANY **State or Country Where Organized:** NEVADA

# Attorney/Correspondence Information

**Attorney of Record**

**Attorney Name:** Daniel C. Neustadt **Docket Number:** 211096.1

**Attorney Primary Email Address:** dan.neustadt@hklaw.com **Attorney Email Authorized:** Yes

**Correspondent**

**Correspondent Name/Address:** Daniel C. Neustadt
HOLLAND & KNIGHT LLP
800 17th Street NW, Suite 1100
Washington, DISTRICT OF COLUMBIA United States 20006

**Phone:** 1-(202) 469-5163

**Correspondent e-mail:** dan.neustadt@hklaw.com andrea.simonich@hklaw.com ptdocketing@hklaw.com lauren.pratt@hklaw.com rochelle.johnson@hklaw.com **Correspondent e-mail Authorized:** Yes

**Domestic Representative - Not Found**

# Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Dec. 30, 2025 | APPLICATION FILING RECEIPT MAILED | |
| Dec. 30, 2025 | NEW APPLICATION ENTERED | |

# TM Staff and Location Information

**TM Staff Information - None**

**File Location**

**Current Location:** Not Found **Date in Location:** Not Found

**Generated on:** This page was generated by TSDR on 2026-04-10 17:28:56 EDT

**Mark:** AWAREWA

AWAREWA

**US Serial Number:** 99572659

**Application Filing Date:** Dec. 30, 2025

**Filed as Base Application:** Yes

**Currently Base Application:** Yes

**Register:** Principal

**Mark Type:** Trademark

**TM5 Common Status Descriptor:** LIVE/APPLICATION/Awaiting Examination

The trademark application has been accepted by the Office (has met the minimum filing requirements) and has not yet been assigned to an examiner.

**Status:** New application awaiting assignment to an examining attorney. See current trademark processing wait times for more information.

**Status Date:** Dec. 30, 2025

# Mark Information

**Mark Literal Elements:** AWAREWA

**Standard Character Claim:** Yes. The mark consists of standard characters without claim to any particular font style, size, or color.

**Mark Drawing Type:** 4 - STANDARD CHARACTER MARK

# Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:
- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** Downloadable computer application software for mobile phones, and handheld and tablet computers, namely, software for use in the communication of public safety information; Downloadable computer software for sharing and viewing information about natural disasters, public safety events and emergencies, and preparedness therefor and responses thereto; Downloadable computer software for collecting, compiling, processing, and disseminating information about natural disasters, public safety events and emergencies, and preparedness therefor and responses thereto

**International Class(es):** 009 - Primary Class

**U.S Class(es):** 021, 023, 026, 036, 038

**Class Status:** ACTIVE

# Basis Information (Case Level)

**Filed Use:** No

**Currently Use:** No

**Filed ITU:** Yes

**Currently ITU:** Yes

**Filed 44D:** No

**Currently 44D:** No

**Filed 44E:** No

**Currently 44E:** No

**Filed 66A:** No

**Currently 66A:** No

**Filed No Basis:** No

**Currently No Basis:** No

# Current Owner(s) Information

**Owner Name:** Intterra, LLC

**Owner Address:** 1606 Headway Circle, Ste 9644

Austin, TEXAS UNITED STATES 78754

**Legal Entity Type:** LIMITED LIABILITY COMPANY

**State or Country Where Organized:** NEVADA

# Attorney/Correspondence Information

**Attorney of Record**

**Attorney Name:** Daniel C. Neustadt

**Docket Number:** 211096.1

**Attorney Primary Email Address:** dan.neustadt@hklaw.com

**Attorney Email Authorized:** Yes

**Correspondent**

**Correspondent Name/Address:** Daniel C. Neustadt
HOLLAND & KNIGHT LLP
800 17th Street NW, Suite 1100
Washington, DISTRICT OF COLUMBIA United States 20006

**Phone:** 1-(202) 469-5163

**Correspondent e-mail:** dan.neustadt@hklaw.com andrea.simonich@hklaw.com ptdocketing@hklaw.com lauren.pratt@hklaw.com rochelle.johnson@hklaw.com

**Correspondent e-mail Authorized:** Yes

**Domestic Representative - Not Found**

# Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Dec. 30, 2025 | APPLICATION FILING RECEIPT MAILED | |
| Dec. 30, 2025 | NEW APPLICATION ENTERED | |

# TM Staff and Location Information

**TM Staff Information - None**

**File Location**

**Current Location:** Not Found

**Date in Location:** Not Found

**Generated on:** This page was generated by TSDR on 2026-04-10 17:28:53 EDT

**Mark:** AWAREOR

AWAREOR

**US Serial Number:** 99572666

**Application Filing Date:** Dec. 30, 2025

**Filed as Base Application:** Yes

**Currently Base Application:** Yes

**Register:** Principal

**Mark Type:** Trademark

**TM5 Common Status Descriptor:**

LIVE/APPLICATION/Awaiting Examination

The trademark application has been accepted by the Office (has met the minimum filing requirements) and has not yet been assigned to an examiner.

**Status:** New application awaiting assignment to an examining attorney. See current trademark processing wait times for more information.

**Status Date:** Dec. 30, 2025

# Mark Information

**Mark Literal Elements:** AWAREOR

**Standard Character Claim:** Yes. The mark consists of standard characters without claim to any particular font style, size, or color.

**Mark Drawing Type:** 4 - STANDARD CHARACTER MARK

# Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:

- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** Downloadable computer application software for mobile phones, and handheld and tablet computers, namely, software for use in the communication of public safety information; Downloadable computer software for sharing and viewing information about natural disasters, public safety events and emergencies, and preparedness therefor and responses thereto; Downloadable computer software for collecting, compiling, processing, and disseminating information about natural disasters, public safety events and emergencies, and preparedness therefor and responses thereto

**International Class(es):** 009 - Primary Class

**U.S Class(es):** 021, 023, 026, 036, 038

**Class Status:** ACTIVE

# Basis Information (Case Level)

**Filed Use:** No

**Currently Use:** No

**Filed ITU:** Yes

**Currently ITU:** Yes

**Filed 44D:** No

**Currently 44D:** No

**Filed 44E:** No

**Currently 44E:** No

**Filed 66A:** No

**Currently 66A:** No

**Filed No Basis:** No

**Currently No Basis:** No

# Current Owner(s) Information

**Owner Name:** Intterra, LLC

**Owner Address:** 1606 Headway Circle, Ste 9644

Austin, TEXAS UNITED STATES 78754

**Legal Entity Type:** LIMITED LIABILITY COMPANY **State or Country Where Organized:** NEVADA

# Attorney/Correspondence Information

**Attorney of Record**

**Attorney Name:** Daniel C. Neustadt **Docket Number:** 211096.1

**Attorney Primary Email Address:** dan.neustadt@hklaw.com **Attorney Email Authorized:** Yes

**Correspondent**

**Correspondent Name/Address:** Daniel C. Neustadt
HOLLAND & KNIGHT LLP
800 17th Street NW, Suite 1100
Washington, DISTRICT OF COLUMBIA United States 20006

**Phone:** 1-(202) 469-5163

**Correspondent e-mail:** dan.neustadt@hklaw.com andrea.simonich@hklaw.com ptdocketing@hklaw.com lauren.pratt@hklaw.com rochelle.johnson@hklaw.com **Correspondent e-mail Authorized:** Yes

**Domestic Representative - Not Found**

# Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Dec. 30, 2025 | NEW APPLICATION ENTERED | |
| Dec. 30, 2025 | APPLICATION FILING RECEIPT MAILED | |

# TM Staff and Location Information

**TM Staff Information - None**

**File Location**

**Current Location:** Not Found **Date in Location:** Not Found

**Generated on:** This page was generated by TSDR on 2026-04-10 17:28:50 EDT

**Mark:** AWARENV

AWARENV

**US Serial Number:** 99572671

**Application Filing Date:** Dec. 30, 2025

**Filed as Base Application:** Yes

**Currently Base Application:** Yes

**Register:** Principal

**Mark Type:** Trademark

**TM5 Common Status Descriptor:**

LIVE/APPLICATION/Awaiting Examination

The trademark application has been accepted by the Office (has met the minimum filing requirements) and has not yet been assigned to an examiner.

**Status:** New application awaiting assignment to an examining attorney. See current trademark processing wait times for more information.

**Status Date:** Dec. 30, 2025

# Mark Information

**Mark Literal Elements:** AWARENV

**Standard Character Claim:** Yes. The mark consists of standard characters without claim to any particular font style, size, or color.

**Mark Drawing Type:** 4 - STANDARD CHARACTER MARK

# Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:

- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** Downloadable computer application software for mobile phones, and handheld and tablet computers, namely, software for use in the communication of public safety information; Downloadable computer software for sharing and viewing information about natural disasters, public safety events and emergencies, and preparedness therefor and responses thereto; Downloadable computer software for collecting, compiling, processing, and disseminating information about natural disasters, public safety events and emergencies, and preparedness therefor and responses thereto

**International Class(es):** 009 - Primary Class

**U.S Class(es):** 021, 023, 026, 036, 038

**Class Status:** ACTIVE

# Basis Information (Case Level)

**Filed Use:** No

**Currently Use:** No

**Filed ITU:** Yes

**Currently ITU:** Yes

**Filed 44D:** No

**Currently 44D:** No

**Filed 44E:** No

**Currently 44E:** No

**Filed 66A:** No

**Currently 66A:** No

**Filed No Basis:** No

**Currently No Basis:** No

# Current Owner(s) Information

**Owner Name:** Intterra, LLC

**Owner Address:** 1606 Headway Circle, Ste 9644

Austin, TEXAS UNITED STATES 78754

**Legal Entity Type:** LIMITED LIABILITY COMPANY

**State or Country Where Organized:** NEVADA

# Attorney/Correspondence Information

**Attorney of Record**

**Attorney Name:** Daniel C. Neustadt

**Docket Number:** 211096.1

**Attorney Primary Email Address:** dan.neustadt@hklaw.com

**Attorney Email Authorized:** Yes

**Correspondent**

**Correspondent Name/Address:** Daniel C. Neustadt
HOLLAND & KNIGHT LLP
800 17th Street NW, Suite 1100
Washington, DISTRICT OF COLUMBIA United States 20006

**Phone:** 1-(202) 469-5163

**Correspondent e-mail:** dan.neustadt@hklaw.com andrea.simonich@hklaw.com ptdocketing@hklaw.com lauren.pratt@hklaw.com rochelle.johnson@hklaw.com

**Correspondent e-mail Authorized:** Yes

**Domestic Representative - Not Found**

# Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Dec. 30, 2025 | APPLICATION FILING RECEIPT MAILED | |
| Dec. 30, 2025 | NEW APPLICATION ENTERED | |

# TM Staff and Location Information

**TM Staff Information - None**

**File Location**

**Current Location:** Not Found

**Date in Location:** Not Found

**Generated on:** This page was generated by TSDR on 2026-04-10 17:29:08 EDT

**Mark:** AWARE

**US Serial Number:** 99572675

**Application Filing Date:** Dec. 30, 2025

**Filed as Base Application:** Yes

**Currently Base Application:** Yes

**Register:** Principal

**Mark Type:** Trademark, Service Mark

**TM5 Common Status Descriptor:** LIVE/APPLICATION/Awaiting Examination

The trademark application has been accepted by the Office (has met the minimum filing requirements) and has not yet been assigned to an examiner.

**Status:** New application awaiting assignment to an examining attorney. See current trademark processing wait times for more information.

**Status Date:** Dec. 30, 2025

# Mark Information

**Mark Literal Elements:** AWARE

**Standard Character Claim:** No

**Mark Drawing Type:** 3 - AN ILLUSTRATION DRAWING WHICH INCLUDES WORD(S)/ LETTER(S) /NUMBER(S)

**Description of Mark:** The mark consists of the word "AWARE" inside a shield design. Below the word "AWARE" appears an interlocking design of two curved lines.

**Color(s) Claimed:** Color is not claimed as a feature of the mark.

# Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:

- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** Downloadable computer application software for mobile phones, and handheld and tablet computers, namely, software for use in the communication of public safety information; Downloadable computer software for sharing and viewing information about natural disasters, public safety events and emergencies, and preparedness therefor and responses thereto; Downloadable computer software for collecting, compiling, processing, and disseminating information about natural disasters, public safety events and emergencies, and preparedness therefor and responses thereto

**International Class(es):** 009 - Primary Class

**U.S Class(es):** 021, 023, 026, 036, 038

**Class Status:** ACTIVE

**For:** Platform as a service (PAAS) featuring computer software platforms for use in the communication of public safety information; Platform as a service (PAAS) featuring computer software platforms for sharing and viewing information about natural disasters, public safety events and emergencies, and preparedness therefor and responses thereto; Platform as a service (PAAS) featuring computer software platforms for collecting, compiling, processing, and disseminating information about natural disasters, public safety events and emergencies, and preparedness therefor and responses thereto

**International Class(es):** 042 - Primary Class

**U.S Class(es):** 100, 101

**Class Status:** ACTIVE

**For:** Providing information in the field of natural disasters, emergencies, public safety events, and preparedness therefor and responses thereto

**International Class(es):** 045 - Primary Class | **U.S Class(es):** 100, 101

**Class Status:** ACTIVE

# Basis Information (Case Level)

| | | | |
|---|---|---|---|
| **Filed Use:** | No | **Currently Use:** | No |
| **Filed ITU:** | Yes | **Currently ITU:** | Yes |
| **Filed 44D:** | No | **Currently 44D:** | No |
| **Filed 44E:** | No | **Currently 44E:** | No |
| **Filed 66A:** | No | **Currently 66A:** | No |
| **Filed No Basis:** | No | **Currently No Basis:** | No |

# Current Owner(s) Information

**Owner Name:** Intterra, LLC

**Owner Address:** 1606 Headway Circle, Ste 9644
Austin, TEXAS UNITED STATES 78754

**Legal Entity Type:** LIMITED LIABILITY COMPANY | **State or Country Where Organized:** NEVADA

# Attorney/Correspondence Information

**Attorney of Record**

**Attorney Name:** Daniel C. Neustadt | **Docket Number:** 211096.1

**Attorney Primary Email Address:** dan.neustadt@hklaw.com | **Attorney Email Authorized:** Yes

**Correspondent**

**Correspondent Name/Address:** Daniel C. Neustadt
HOLLAND & KNIGHT LLP
800 17th Street NW, Suite 1100
Washington, DISTRICT OF COLUMBIA United States 20006

**Phone:** 1-(202) 469-5163

**Correspondent e-mail:** dan.neustadt@hklaw.com andrea.simonich@hklaw.com ptdocketing@hklaw.com lauren.pratt@hklaw.com rochelle.johnson@hklaw.com | **Correspondent e-mail Authorized:** Yes

**Domestic Representative - Not Found**

# Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Dec. 30, 2025 | APPLICATION FILING RECEIPT MAILED | |
| Dec. 30, 2025 | NEW APPLICATION ENTERED | |

# TM Staff and Location Information

**TM Staff Information - None**

**File Location**

**Current Location:** Not Found | **Date in Location:** Not Found

**Generated on:** This page was generated by TSDR on 2026-04-10 17:28:45 EDT

**Mark:** AWAREAZ

AWAREAZ

**US Serial Number:** 99572677

**Application Filing Date:** Dec. 30, 2025

**Filed as Base Application:** Yes

**Currently Base Application:** Yes

**Register:** Principal

**Mark Type:** Trademark

**TM5 Common Status Descriptor:** LIVE/APPLICATION/Awaiting Examination

The trademark application has been accepted by the Office (has met the minimum filing requirements) and has not yet been assigned to an examiner.

**Status:** New application awaiting assignment to an examining attorney. See current trademark processing wait times for more information.

**Status Date:** Dec. 30, 2025

# Mark Information

**Mark Literal Elements:** AWAREAZ

**Standard Character Claim:** Yes. The mark consists of standard characters without claim to any particular font style, size, or color.

**Mark Drawing Type:** 4 - STANDARD CHARACTER MARK

# Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:

- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** Downloadable computer application software for mobile phones, and handheld and tablet computers, namely, software for use in the communication of public safety information; Downloadable computer software for sharing and viewing information about natural disasters, public safety events and emergencies, and preparedness therefor and responses thereto; Downloadable computer software for collecting, compiling, processing, and disseminating information about natural disasters, public safety events and emergencies, and preparedness therefor and responses thereto

**International Class(es):** 009 - Primary Class

**U.S Class(es):** 021, 023, 026, 036, 038

**Class Status:** ACTIVE

# Basis Information (Case Level)

**Filed Use:** No

**Currently Use:** No

**Filed ITU:** Yes

**Currently ITU:** Yes

**Filed 44D:** No

**Currently 44D:** No

**Filed 44E:** No

**Currently 44E:** No

**Filed 66A:** No

**Currently 66A:** No

**Filed No Basis:** No

**Currently No Basis:** No

# Current Owner(s) Information

**Owner Name:** Intterra, LLC

**Owner Address:** 1606 Headway Circle, Ste 9644

Austin, TEXAS UNITED STATES 78754

**Legal Entity Type:** LIMITED LIABILITY COMPANY

**State or Country Where Organized:** NEVADA

# Attorney/Correspondence Information

**Attorney of Record**

**Attorney Name:** Daniel C. Neustadt

**Docket Number:** 211096.1

**Attorney Primary Email Address:** dan.neustadt@hklaw.com

**Attorney Email Authorized:** Yes

**Correspondent**

**Correspondent Name/Address:** Daniel C. Neustadt
HOLLAND & KNIGHT LLP
800 17th Street NW, Suite 1100
Washington, DISTRICT OF COLUMBIA United States 20006

**Phone:** 1-(202) 469-5163

**Correspondent e-mail:** dan.neustadt@hklaw.com andrea.simonich@hklaw.com ptdocketing@hklaw.com lauren.pratt@hklaw.com rochelle.johnson@hklaw.com

**Correspondent e-mail Authorized:** Yes

**Domestic Representative - Not Found**

# Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Dec. 30, 2025 | APPLICATION FILING RECEIPT MAILED | |
| Dec. 30, 2025 | NEW APPLICATION ENTERED | |

# TM Staff and Location Information

**TM Staff Information - None**

**File Location**

**Current Location:** Not Found

**Date in Location:** Not Found

**Generated on:** This page was generated by TSDR on 2026-04-10 17:28:42 EDT

**Mark:** AWAREMT

AWAREMT

**US Serial Number:** 99572681

**Application Filing Date:** Dec. 30, 2025

**Filed as Base Application:** Yes

**Currently Base Application:** Yes

**Register:** Principal

**Mark Type:** Trademark

**TM5 Common Status Descriptor:** LIVE/APPLICATION/Awaiting Examination

The trademark application has been accepted by the Office (has met the minimum filing requirements) and has not yet been assigned to an examiner.

**Status:** New application awaiting assignment to an examining attorney. See current trademark processing wait times for more information.

**Status Date:** Dec. 30, 2025

# Mark Information

**Mark Literal Elements:** AWAREMT

**Standard Character Claim:** Yes. The mark consists of standard characters without claim to any particular font style, size, or color.

**Mark Drawing Type:** 4 - STANDARD CHARACTER MARK

# Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:
- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** Downloadable computer application software for mobile phones, and handheld and tablet computers, namely, software for use in the communication of public safety information; Downloadable computer software for sharing and viewing information about natural disasters, public safety events and emergencies, and preparedness therefor and responses thereto; Downloadable computer software for collecting, compiling, processing, and disseminating information about natural disasters, public safety events and emergencies, and preparedness therefor and responses thereto

**International Class(es):** 009 - Primary Class

**U.S Class(es):** 021, 023, 026, 036, 038

**Class Status:** ACTIVE

# Basis Information (Case Level)

| | | | |
|---|---|---|---|
| **Filed Use:** | No | **Currently Use:** | No |
| **Filed ITU:** | Yes | **Currently ITU:** | Yes |
| **Filed 44D:** | No | **Currently 44D:** | No |
| **Filed 44E:** | No | **Currently 44E:** | No |
| **Filed 66A:** | No | **Currently 66A:** | No |
| **Filed No Basis:** | No | **Currently No Basis:** | No |

# Current Owner(s) Information

**Owner Name:** Intterra, LLC

**Owner Address:** 1606 Headway Circle, Ste 9644

Austin, TEXAS UNITED STATES 78754

**Legal Entity Type:** LIMITED LIABILITY COMPANY

**State or Country Where Organized:** NEVADA

# Attorney/Correspondence Information

**Attorney of Record**

**Attorney Name:** Daniel C. Neustadt

**Docket Number:** 211096.1

**Attorney Primary Email Address:** dan.neustadt@hklaw.com

**Attorney Email Authorized:** Yes

**Correspondent**

**Correspondent Name/Address:** Daniel C. Neustadt
HOLLAND & KNIGHT LLP
800 17th Street NW, Suite 1100
Washington, DISTRICT OF COLUMBIA United States 20006

**Phone:** 1-(202) 469-5163

**Correspondent e-mail:** dan.neustadt@hklaw.com andrea.simonich@hklaw.com ptdocketing@hklaw.com lauren.pratt@hklaw.com rochelle.johnson@hklaw.com

**Correspondent e-mail Authorized:** Yes

**Domestic Representative - Not Found**

# Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Dec. 30, 2025 | APPLICATION FILING RECEIPT MAILED | |
| Dec. 30, 2025 | NEW APPLICATION ENTERED | |

# TM Staff and Location Information

**TM Staff Information - None**

**File Location**

**Current Location:** Not Found

**Date in Location:** Not Found

**Generated on:** This page was generated by TSDR on 2026-04-10 17:29:02 EDT

**Mark:** AWAREID

AWAREID

**US Serial Number:** 99572686

**Application Filing Date:** Dec. 30, 2025

**Filed as Base Application:** Yes

**Currently Base Application:** Yes

**Register:** Principal

**Mark Type:** Trademark

**TM5 Common Status Descriptor:**

LIVE/APPLICATION/Awaiting Examination

The trademark application has been accepted by the Office (has met the minimum filing requirements) and has not yet been assigned to an examiner.

**Status:** New application awaiting assignment to an examining attorney. See current trademark processing wait times for more information.

**Status Date:** Dec. 30, 2025

# Mark Information

**Mark Literal Elements:** AWAREID

**Standard Character Claim:** Yes. The mark consists of standard characters without claim to any particular font style, size, or color.

**Mark Drawing Type:** 4 - STANDARD CHARACTER MARK

# Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:

- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** Downloadable computer application software for mobile phones, and handheld and tablet computers, namely, software for use in the communication of public safety information; Downloadable computer software for sharing and viewing information about natural disasters, public safety events and emergencies, and preparedness therefor and responses thereto; Downloadable computer software for collecting, compiling, processing, and disseminating information about natural disasters, public safety events and emergencies, and preparedness therefor and responses thereto

**International Class(es):** 009 - Primary Class

**U.S Class(es):** 021, 023, 026, 036, 038

**Class Status:** ACTIVE

# Basis Information (Case Level)

| | | | |
|---|---|---|---|
| **Filed Use:** | No | **Currently Use:** | No |
| **Filed ITU:** | Yes | **Currently ITU:** | Yes |
| **Filed 44D:** | No | **Currently 44D:** | No |
| **Filed 44E:** | No | **Currently 44E:** | No |
| **Filed 66A:** | No | **Currently 66A:** | No |
| **Filed No Basis:** | No | **Currently No Basis:** | No |

# Current Owner(s) Information

**Owner Name:** Intterra, LLC

**Owner Address:** 1606 Headway Circle, Ste 9644

Austin, TEXAS UNITED STATES 78754

**Legal Entity Type:** LIMITED LIABILITY COMPANY

**State or Country Where Organized:** NEVADA

# Attorney/Correspondence Information

**Attorney of Record**

**Attorney Name:** Daniel C. Neustadt

**Docket Number:** 211096.1

**Attorney Primary Email Address:** dan.neustadt@hklaw.com

**Attorney Email Authorized:** Yes

**Correspondent**

**Correspondent Name/Address:** Daniel C. Neustadt
HOLLAND & KNIGHT LLP
800 17th Street NW, Suite 1100
Washington, DISTRICT OF COLUMBIA United States 20006

**Phone:** 1-(202) 469-5163

**Correspondent e-mail:** dan.neustadt@hklaw.com andrea.simonich@hklaw.com ptdocketing@hklaw.com lauren.pratt@hklaw.com rochelle.johnson@hklaw.com

**Correspondent e-mail Authorized:** Yes

**Domestic Representative - Not Found**

# Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Dec. 30, 2025 | APPLICATION FILING RECEIPT MAILED | |
| Dec. 30, 2025 | NEW APPLICATION ENTERED | |

# TM Staff and Location Information

**TM Staff Information - None**

**File Location**

**Current Location:** Not Found

**Date in Location:** Not Found

**Generated on:** This page was generated by TSDR on 2026-04-10 17:28:59 EDT

**Mark:** AWAREUT

AWAREUT

**US Serial Number:** 99572691

**Application Filing Date:** Dec. 30, 2025

**Filed as Base Application:** Yes

**Currently Base Application:** Yes

**Register:** Principal

**Mark Type:** Trademark

**TM5 Common Status Descriptor:** LIVE/APPLICATION/Awaiting Examination

The trademark application has been accepted by the Office (has met the minimum filing requirements) and has not yet been assigned to an examiner.

**Status:** New application awaiting assignment to an examining attorney. See current trademark processing wait times for more information.

**Status Date:** Dec. 30, 2025

# Mark Information

**Mark Literal Elements:** AWAREUT

**Standard Character Claim:** Yes. The mark consists of standard characters without claim to any particular font style, size, or color.

**Mark Drawing Type:** 4 - STANDARD CHARACTER MARK

# Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:

- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** Downloadable computer application software for mobile phones, and handheld and tablet computers, namely, software for use in the communication of public safety information; Downloadable computer software for sharing and viewing information about natural disasters, public safety events and emergencies, and preparedness therefor and responses thereto; Downloadable computer software for collecting, compiling, processing, and disseminating information about natural disasters, public safety events and emergencies, and preparedness therefor and responses thereto

**International Class(es):** 009 - Primary Class

**U.S Class(es):** 021, 023, 026, 036, 038

**Class Status:** ACTIVE

# Basis Information (Case Level)

**Filed Use:** No

**Currently Use:** No

**Filed ITU:** Yes

**Currently ITU:** Yes

**Filed 44D:** No

**Currently 44D:** No

**Filed 44E:** No

**Currently 44E:** No

**Filed 66A:** No

**Currently 66A:** No

**Filed No Basis:** No

**Currently No Basis:** No

# Current Owner(s) Information

**Owner Name:** Intterra, LLC

**Owner Address:** 1606 Headway Circle, Ste 9644

Austin, TEXAS UNITED STATES 78754

**Legal Entity Type:** LIMITED LIABILITY COMPANY **State or Country Where Organized:** NEVADA

# Attorney/Correspondence Information

**Attorney of Record**

**Attorney Name:** Daniel C. Neustadt **Docket Number:** 211096.1

**Attorney Primary Email Address:** dan.neustadt@hklaw.com **Attorney Email Authorized:** Yes

**Correspondent**

**Correspondent Name/Address:** Daniel C. Neustadt
HOLLAND & KNIGHT LLP
800 17th Street NW, Suite 1100
Washington, DISTRICT OF COLUMBIA United States 20006

**Phone:** 1-(202) 469-5163

**Correspondent e-mail:** dan.neustadt@hklaw.com andrea.simonich@hklaw.com ptdocketing@hklaw.com lauren.pratt@hklaw.com rochelle.johnson@hklaw.com **Correspondent e-mail Authorized:** Yes

**Domestic Representative - Not Found**

# Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Dec. 30, 2025 | APPLICATION FILING RECEIPT MAILED | |
| Dec. 30, 2025 | NEW APPLICATION ENTERED | |

# TM Staff and Location Information

**TM Staff Information - None**

**File Location**

**Current Location:** Not Found **Date in Location:** Not Found

**Generated on:** This page was generated by TSDR on 2026-04-10 17:29:25 EDT

**Mark:** AWAREHI

AWAREHI

**US Serial Number:** 99572694

**Application Filing Date:** Dec. 30, 2025

**Filed as Base Application:** Yes

**Currently Base Application:** Yes

**Register:** Principal

**Mark Type:** Trademark

**TM5 Common Status Descriptor:** LIVE/APPLICATION/Awaiting Examination

The trademark application has been accepted by the Office (has met the minimum filing requirements) and has not yet been assigned to an examiner.

**Status:** New application awaiting assignment to an examining attorney. See current trademark processing wait times for more information.

**Status Date:** Dec. 30, 2025

# Mark Information

**Mark Literal Elements:** AWAREHI

**Standard Character Claim:** Yes. The mark consists of standard characters without claim to any particular font style, size, or color.

**Mark Drawing Type:** 4 - STANDARD CHARACTER MARK

# Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:

- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** Downloadable computer application software for mobile phones, and handheld and tablet computers, namely, software for use in the communication of public safety information; Downloadable computer software for sharing and viewing information about natural disasters, public safety events and emergencies, and preparedness therefor and responses thereto; Downloadable computer software for collecting, compiling, processing, and disseminating information about natural disasters, public safety events and emergencies, and preparedness therefor and responses thereto

**International Class(es):** 009 - Primary Class

**U.S Class(es):** 021, 023, 026, 036, 038

**Class Status:** ACTIVE

# Basis Information (Case Level)

**Filed Use:** No

**Currently Use:** No

**Filed ITU:** Yes

**Currently ITU:** Yes

**Filed 44D:** No

**Currently 44D:** No

**Filed 44E:** No

**Currently 44E:** No

**Filed 66A:** No

**Currently 66A:** No

**Filed No Basis:** No

**Currently No Basis:** No

# Current Owner(s) Information

**Owner Name:** Intterra, LLC

**Owner Address:** 1606 Headway Circle, Ste 9644

Austin, TEXAS UNITED STATES 78754

**Legal Entity Type:** LIMITED LIABILITY COMPANY **State or Country Where Organized:** NEVADA

# Attorney/Correspondence Information

**Attorney of Record**

**Attorney Name:** Daniel C. Neustadt **Docket Number:** 211096.1

**Attorney Primary Email Address:** dan.neustadt@hklaw.com **Attorney Email Authorized:** Yes

**Correspondent**

**Correspondent Name/Address:** Daniel C. Neustadt
HOLLAND & KNIGHT LLP
800 17th Street NW, Suite 1100
Washington, DISTRICT OF COLUMBIA United States 20006

**Phone:** 1-(202) 469-5163

**Correspondent e-mail:** dan.neustadt@hklaw.com andrea.simonich@hklaw.com ptdocketing@hklaw.com lauren.pratt@hklaw.com rochelle.johnson@hklaw.com **Correspondent e-mail Authorized:** Yes

**Domestic Representative - Not Found**

# Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Dec. 30, 2025 | APPLICATION FILING RECEIPT MAILED | |
| Dec. 30, 2025 | NEW APPLICATION ENTERED | |

# TM Staff and Location Information

**TM Staff Information - None**

**File Location**

**Current Location:** Not Found **Date in Location:** Not Found

**Generated on:** This page was generated by TSDR on 2026-04-10 17:29:30 EDT

**Mark:** AWAREMO

AWAREMO

**US Serial Number:** 99572700

**Application Filing Date:** Dec. 30, 2025

**Filed as Base Application:** Yes

**Currently Base Application:** Yes

**Register:** Principal

**Mark Type:** Trademark

**TM5 Common Status Descriptor:**

LIVE/APPLICATION/Awaiting Examination

The trademark application has been accepted by the Office (has met the minimum filing requirements) and has not yet been assigned to an examiner.

**Status:** New application awaiting assignment to an examining attorney. See current trademark processing wait times for more information.

**Status Date:** Dec. 30, 2025

# Mark Information

**Mark Literal Elements:** AWAREMO

**Standard Character Claim:** Yes. The mark consists of standard characters without claim to any particular font style, size, or color.

**Mark Drawing Type:** 4 - STANDARD CHARACTER MARK

# Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:

- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** Downloadable computer application software for mobile phones, and handheld and tablet computers, namely, software for use in the communication of public safety information; Downloadable computer software for sharing and viewing information about natural disasters, public safety events and emergencies, and preparedness therefor and responses thereto; Downloadable computer software for collecting, compiling, processing, and disseminating information about natural disasters, public safety events and emergencies, and preparedness therefor and responses thereto

**International Class(es):** 009 - Primary Class

**U.S Class(es):** 021, 023, 026, 036, 038

**Class Status:** ACTIVE

# Basis Information (Case Level)

| | |
|---|---|
| **Filed Use:** No | **Currently Use:** No |
| **Filed ITU:** Yes | **Currently ITU:** Yes |
| **Filed 44D:** No | **Currently 44D:** No |
| **Filed 44E:** No | **Currently 44E:** No |
| **Filed 66A:** No | **Currently 66A:** No |
| **Filed No Basis:** No | **Currently No Basis:** No |

# Current Owner(s) Information

**Owner Name:** Intterra, LLC

**Owner Address:** 1606 Headway Circle, Ste 9644

Austin, TEXAS UNITED STATES 78754

**Legal Entity Type:** LIMITED LIABILITY COMPANY

**State or Country Where Organized:** NEVADA

# Attorney/Correspondence Information

**Attorney of Record**

**Attorney Name:** Daniel C. Neustadt

**Docket Number:** 211096.1

**Attorney Primary Email Address:** dan.neustadt@hklaw.com

**Attorney Email Authorized:** Yes

**Correspondent**

**Correspondent Name/Address:** Daniel C. Neustadt
HOLLAND & KNIGHT LLP
800 17th Street NW, Suite 1100
Washington, DISTRICT OF COLUMBIA United States 20006

**Phone:** 1-(202) 469-5163

**Correspondent e-mail:** dan.neustadt@hklaw.com andrea.simonich@hklaw.com ptdocketing@hklaw.com lauren.pratt@hklaw.com rochelle.johnson@hklaw.com

**Correspondent e-mail Authorized:** Yes

**Domestic Representative - Not Found**

# Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Dec. 30, 2025 | APPLICATION FILING RECEIPT MAILED | |
| Dec. 30, 2025 | NEW APPLICATION ENTERED | |

# TM Staff and Location Information

**TM Staff Information - None**

**File Location**

**Current Location:** Not Found

**Date in Location:** Not Found

**Generated on:** This page was generated by TSDR on 2026-04-10 17:29:22 EDT

**Mark:** AWARETX

AWARETX

**US Serial Number:** 99572706

**Application Filing Date:** Dec. 30, 2025

**Filed as Base Application:** Yes

**Currently Base Application:** Yes

**Register:** Principal

**Mark Type:** Trademark

**TM5 Common Status Descriptor:**

LIVE/APPLICATION/Awaiting Examination

The trademark application has been accepted by the Office (has met the minimum filing requirements) and has not yet been assigned to an examiner.

**Status:** New application awaiting assignment to an examining attorney. See current trademark processing wait times for more information.

**Status Date:** Dec. 30, 2025

# Mark Information

**Mark Literal Elements:** AWARETX

**Standard Character Claim:** Yes. The mark consists of standard characters without claim to any particular font style, size, or color.

**Mark Drawing Type:** 4 - STANDARD CHARACTER MARK

# Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:

- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** Downloadable computer application software for mobile phones, and handheld and tablet computers, namely, software for use in the communication of public safety information; Downloadable computer software for sharing and viewing information about natural disasters, public safety events and emergencies, and preparedness therefor and responses thereto; Downloadable computer software for collecting, compiling, processing, and disseminating information about natural disasters, public safety events and emergencies, and preparedness therefor and responses thereto

**International Class(es):** 009 - Primary Class

**U.S Class(es):** 021, 023, 026, 036, 038

**Class Status:** ACTIVE

# Basis Information (Case Level)

| | | | |
|---|---|---|---|
| **Filed Use:** | No | **Currently Use:** | No |
| **Filed ITU:** | Yes | **Currently ITU:** | Yes |
| **Filed 44D:** | No | **Currently 44D:** | No |
| **Filed 44E:** | No | **Currently 44E:** | No |
| **Filed 66A:** | No | **Currently 66A:** | No |
| **Filed No Basis:** | No | **Currently No Basis:** | No |

# Current Owner(s) Information

**Owner Name:** Intterra, LLC

**Owner Address:** 1606 Headway Circle, Ste 9644

Austin, TEXAS UNITED STATES 78754

**Legal Entity Type:** LIMITED LIABILITY COMPANY **State or Country Where Organized:** NEVADA

# Attorney/Correspondence Information

**Attorney of Record**

**Attorney Name:** Daniel C. Neustadt **Docket Number:** 211096.1

**Attorney Primary Email Address:** dan.neustadt@hklaw.com **Attorney Email Authorized:** Yes

**Correspondent**

**Correspondent Name/Address:** Daniel C. Neustadt
HOLLAND & KNIGHT LLP
800 17th Street NW, Suite 1100
Washington, DISTRICT OF COLUMBIA United States 20006

**Phone:** 1-(202) 469-5163

**Correspondent e-mail:** dan.neustadt@hklaw.com andrea.simonich@hklaw.com ptdocketing@hklaw.com lauren.pratt@hklaw.com rochelle.johnson@hklaw.com **Correspondent e-mail Authorized:** Yes

**Domestic Representative - Not Found**

# Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Dec. 30, 2025 | APPLICATION FILING RECEIPT MAILED | |
| Dec. 30, 2025 | NEW APPLICATION ENTERED | |

# TM Staff and Location Information

**TM Staff Information - None**

**File Location**

**Current Location:** Not Found **Date in Location:** Not Found

**Generated on:** This page was generated by TSDR on 2026-04-10 17:29:27 EDT

**Mark:** AWAREFL

AWAREFL

**US Serial Number:** 99572711

**Application Filing Date:** Dec. 30, 2025

**Filed as Base Application:** Yes

**Currently Base Application:** Yes

**Register:** Principal

**Mark Type:** Trademark

**TM5 Common Status Descriptor:** LIVE/APPLICATION/Awaiting Examination

The trademark application has been accepted by the Office (has met the minimum filing requirements) and has not yet been assigned to an examiner.

**Status:** New application awaiting assignment to an examining attorney. See current trademark processing wait times for more information.

**Status Date:** Dec. 30, 2025

# Mark Information

**Mark Literal Elements:** AWAREFL

**Standard Character Claim:** Yes. The mark consists of standard characters without claim to any particular font style, size, or color.

**Mark Drawing Type:** 4 - STANDARD CHARACTER MARK

# Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:

- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** Downloadable computer application software for mobile phones, and handheld and tablet computers, namely, software for use in the communication of public safety information; Downloadable computer software for sharing and viewing information about natural disasters, public safety events and emergencies, and preparedness therefor and responses thereto; Downloadable computer software for collecting, compiling, processing, and disseminating information about natural disasters, public safety events and emergencies, and preparedness therefor and responses thereto

**International Class(es):** 009 - Primary Class

**U.S Class(es):** 021, 023, 026, 036, 038

**Class Status:** ACTIVE

# Basis Information (Case Level)

| | |
|---|---|
| **Filed Use:** No | **Currently Use:** No |
| **Filed ITU:** Yes | **Currently ITU:** Yes |
| **Filed 44D:** No | **Currently 44D:** No |
| **Filed 44E:** No | **Currently 44E:** No |
| **Filed 66A:** No | **Currently 66A:** No |
| **Filed No Basis:** No | **Currently No Basis:** No |

# Current Owner(s) Information

**Owner Name:** Intterra, LLC

**Owner Address:** 1606 Headway Circle, Ste 9644

Austin, TEXAS UNITED STATES 78754

**Legal Entity Type:** LIMITED LIABILITY COMPANY **State or Country Where Organized:** NEVADA

# Attorney/Correspondence Information

**Attorney of Record**

**Attorney Name:** Daniel C. Neustadt **Docket Number:** 211096.1

**Attorney Primary Email Address:** dan.neustadt@hklaw.com **Attorney Email Authorized:** Yes

**Correspondent**

**Correspondent Name/Address:** Daniel C. Neustadt
HOLLAND & KNIGHT LLP
800 17th Street NW, Suite 1100
Washington, DISTRICT OF COLUMBIA United States 20006

**Phone:** 1-(202) 469-5163

**Correspondent e-mail:** dan.neustadt@hklaw.com andrea.simonich@hklaw.com ptdocketing@hklaw.com lauren.pratt@hklaw.com rochelle.johnson@hklaw.com **Correspondent e-mail Authorized:** Yes

**Domestic Representative - Not Found**

# Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Dec. 30, 2025 | APPLICATION FILING RECEIPT MAILED | |
| Dec. 30, 2025 | NEW APPLICATION ENTERED | |

# TM Staff and Location Information

**TM Staff Information - None**

**File Location**

**Current Location:** Not Found **Date in Location:** Not Found

**Generated on:** This page was generated by TSDR on 2026-04-10 17:29:17 EDT

**Mark:** AWAREUS

AWAREUS

**US Serial Number:** 99703801

**Application Filing Date:** Mar. 16, 2026

**Filed as Base Application:** Yes

**Currently Base Application:** Yes

**Register:** Principal

**Mark Type:** Trademark, Service Mark

**TM5 Common Status Descriptor:**

LIVE/APPLICATION/Awaiting Examination

The trademark application has been accepted by the Office (has met the minimum filing requirements) and has not yet been assigned to an examiner.

**Status:** New application awaiting assignment to an examining attorney. See current trademark processing wait times for more information.

**Status Date:** Mar. 16, 2026

# Mark Information

**Mark Literal Elements:** AWAREUS

**Standard Character Claim:** Yes. The mark consists of standard characters without claim to any particular font style, size, or color.

**Mark Drawing Type:** 4 - STANDARD CHARACTER MARK

# Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:

- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** Downloadable computer application software for mobile phones and handheld and tablet computers, namely, software for use in the communication of public safety information; Downloadable computer software for sharing and viewing information about natural disasters, public safety events and emergencies, and preparedness therefor and responses thereto; Downloadable computer software for collecting, compiling, processing, and disseminating information about natural disasters, public safety events and emergencies, and preparedness therefor and responses thereto

**International Class(es):** 009 - Primary Class

**U.S Class(es):** 021, 023, 026, 036, 038

**Class Status:** ACTIVE

**For:** Providing information in the field of natural disasters, emergencies, public safety events, and preparedness therefor and responses thereto

**International Class(es):** 045 - Primary Class

**U.S Class(es):** 100, 101

**Class Status:** ACTIVE

# Basis Information (Case Level)

**Filed Use:** No

**Currently Use:** No

**Filed ITU:** Yes

**Currently ITU:** Yes

**Filed 44D:** No

**Currently 44D:** No

**Filed 44E:** No

**Currently 44E:** No

**Filed 66A:** No

**Currently 66A:** No

**Filed No Basis:** No

**Currently No Basis:** No

# Current Owner(s) Information

**Owner Name:** Intterra, LLC

**Owner Address:** 1606 Headway Circle, Ste 9644
Austin, TEXAS UNITED STATES 78754

**Legal Entity Type:** LIMITED LIABILITY COMPANY

**State or Country Where Organized:** NEVADA

# Attorney/Correspondence Information

**Attorney of Record**

**Attorney Name:** Daniel C. Neustadt

**Docket Number:** 211096.1

**Attorney Primary Email Address:** dan.neustadt@hklaw.com

**Attorney Email Authorized:** Yes

**Correspondent**

**Correspondent Name/Address:** Daniel C. Neustadt
HOLLAND & KNIGHT LLP
800 17th Street NW, Suite 1100
Washington, DISTRICT OF COLUMBIA United States 20006

**Phone:** 1-(202) 469-5163

**Correspondent e-mail:** dan.neustadt@hklaw.com andrea.simonich@hklaw.com ptdocketing@hklaw.com lauren.pratt@hklaw.com rochelle.johnson@hklaw.com

**Correspondent e-mail Authorized:** Yes

**Domestic Representative - Not Found**

# Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Mar. 16, 2026 | APPLICATION FILING RECEIPT MAILED | |
| Mar. 16, 2026 | NEW APPLICATION ENTERED | |

# TM Staff and Location Information

**TM Staff Information - None**

**File Location**

**Current Location:** Not Found

**Date in Location:** Not Found