

United States District Court
Eastern District of California

Intterra, LLC

Plaintiff(s)

Case Number: 2:26-cv-0747

V.

The Analytical Moose LLC, et al.

Defendant(s)

APPLICATION FOR PRO HAC VICE
AND ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California,

Dan Neustadt

hereby applies for permission to appear and participate as

counsel in the above entitled action on behalf of the following party or parties:

Plaintiff Intterra, LLC

On _____11/07/2014_____ (date), I was admitted to practice and presently in good standing in the

_____District of Columbia Court of Appeals_____ (court). A certificate of good standing from that court is

submitted in conjunction with this application. I have not been disbarred or formally censured by a court of

record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice

application to this court. (If you have made a pro hac vice application to this court within the last year, list

the name and case number of each matter in which an application was made, the date of application and

whether granted or denied.)

I am also admitted to practice in New York State. I was admitted to this jurisdiction on

September 6, 2007.

Date: _____04/06/2026_____        Signature of Applicant: /s/ __Dan Neustadt__

**Pro Hac Vice Attorney**

| | |
|---|---|
| Applicant's Name: | Dan Neustadt |
| Law Firm Name: | Holland & Knight LLP |
| Address: | 800 17th Street N.W. |
| | Suite 1100 |
| City: | Washington D.C.     State: NA     Zip: 20006 |
| Phone Number w/Area Code: | (202) 469-5163 |
| City and State of Residence: | Washington, D.C. |
| Primary E-mail Address: | Dan.Neustadt@hklaw.com |
| Secondary E-mail Address: | |

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

| | |
|---|---|
| Local Counsel's Name: | Daniel Kappes |
| Law Firm Name: | Holland & Knight LLP |
| Address: | 560 Mission Street |
| | Suite 1900 |
| City: | San Francisco     State: CA     Zip: 94105 |
| Phone Number w/Area Code: | (415) 743-6951     Bar # 303454 |

## ORDER

The Pro Hac Vice Application is APPROVED.  The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated:  April 10, 2026

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE