Daniel P. Kappes
CA State Bar No. 303454
Daniel.Kappes@hklaw.com
HOLLAND & KNIGHT LLP
560 Mission Street, Suite 1900
San Francisco, CA 94105
Telephone:   (415) 743-6900

Daniel C. Neustadt (*pro hac vice* admitted)
NY State Bar No. 4532958
Dan.Neustadt@hklaw.com
Sara J. Benson (*pro hac vice forthcoming*)
DC Bar No. 1767612
Sara.Benson@hklaw.com
HOLLAND & KNIGHT LLP
800 17th Street N.W., Suite 1100
Washington, D.C. 20006
Telephone:   (202) 955-3000

*Attorneys for Plaintiff Intterra, LLC*

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTTERRA, LLC,<br><br>          Plaintiff,<br>  v.<br><br>THE ANALYTICAL MOOSE LLC and RACHAEL BRADY,<br><br>          Defendants. | Case No. 2:26-cv-00747-WBS-CSK<br><br>**INTTERRA LLC'S UNOPPOSED APPLICATION FOR A 30-MINUTE EXTENSION OF TIME *NUNC PRO TUNC* TO FILE THE DECLARATION OF DANIEL C. NEUSTADT**<br><br>Judge: Hon. William B. Shubb<br>Date: April 20, 2026<br>Time: 1:30 p.m.<br>Courtroom 5<br>Action filed: March 5, 2026 |

Holland & Knight LLP
560 Mission Street, Suite 1900
San Francisco, CA 94105
Tel: 415.743.6900
Fax: 415.743.6910

Plaintiff Intterra, LLC ("Intterra") respectfully requests a 30-minute extension of time, nunc pro tunc, to file the Declaration of Daniel C. Neustadt ("Neustadt Declaration") in support of Intterra's Opposition to The Analytical Moose LLC's ("TAM") Motion for Preliminary Injunction ("Intterra's Opposition").

## I.   INTRODUCTION

Good cause exists to grant this request. Counsel worked diligently to meet the April 10, 2026, filing deadline, and the Neustadt Declaration would have been timely filed but for an unforeseen technical problem with the Court's CM/ECF system. Specifically, an "ERROR" message stating that the Neustadt Declaration was "malformed." A true and correct copy of that error message is attached as **Exhibit A**. As a result of this issue, the Neustadt Declaration was not successfully uploaded until approximately 15 to 20 minutes after midnight and therefore bears a file-stamp date of April 11, 2026 (Doc. No. 14). Counsel for Intterra respectfully requests a 30-minute extension, *nunc pro tunc*, within which to file the Neustadt Declaration.

Counsel for Intterra have conferred with counsel for TAM, who have indicated that TAM does not intend to oppose this Application.

## II.   ARGUMENT

Courts may extend filing deadlines "for good cause," even after an operative deadline has passed, "if the party failed to act because of excusable neglect." FED. R. CIV. P. 6(b)(1)(B). In determining whether neglect is excusable, the court considers four factors: (1) the danger of prejudice to the opposing party; (2) the length of the delay and its potential impact on the proceedings; (3) the reason for the delay; and (4) whether the movant acted in good faith. *See Bateman v. United States Postal Serv.*, 231 F.3d 1220, 1223–25 (9th Cir. 2000). This test is construed liberally "to effectuate the general purpose of seeing that cases are tried on the merits."

Holland & Knight LLP
560 Mission Street, Suite 1900
San Francisco, CA 94105
Tel: 415.743.6900
Fax: 415.743.6910

INTTERRA'S APPLICATION FOR A 30-MINUTE EXTENSION OF TIME NUNC PRO TUNC TO FILE THE DECLARATION OF DANIEL C. NEUSTADT

Holland & Knight LLP
560 Mission Street, Suite 1900
San Francisco, CA 94105
Tel: 415.743.6900
Fax: 415.743.6910

*Ahanchian v. Xenon Pictures, Inc.*, 624 F.3d 1253 (9th Cir. 2010); *Rodgers v. Watt,* 722 F.2d 456, 459 (9th Cir. 1983). Here, all four factors are satisfied.

First, TAM suffered no prejudice as a result of the 15-20 minute delay. Due to the technical difficulties encountered with CM/ECF, courtesy copies of all three filings—the Opposition, the Wolf Declaration, and the Neustadt Declaration—were emailed directly to TAM's counsel before the midnight filing deadline on April 10, 2026. The email transmitting the courtesy copies, a true and correct copy of which is attached hereto as **Exhibit B**, was sent at 2:59 a.m. Eastern Time on April 11, 2026—that is, 11:59 p.m. Pacific Time on April 10, 2026.[1] Thus, the opposition, Wolf Declaration, and Neustadt Declaration were in TAM's counsel's possession before the filing deadline expired. The only consequence of the technical error is that one of those three filings bears a CM/ECF timestamp approximately 15 to 20 minutes after midnight.

Second, any impact on the proceedings from the 15-20 minute delay should be regarded as negligible. This Court and other courts within this Circuit have granted greater extensions under substantially similar circumstances. *See e.g., CA Sportfishing Protection Alliance v. Allison*, 2:20-cv-02482-WBS-AC [Doc No. 56] (E.D. Cal. Aug. 16, 2022) (one day extension granted to file opposition brief nunc pro tunc); *Plata v. Newsom*, No. 01-cv-01351-JST [Doc. No. 3282] (N.D. Cal. Apr. 13, 2020) (45-minute extension of time granted nunc pro tunc where supporting documents could not be uploaded by deadline due to unforeseen technical issues).

Third, the delay was caused by an unforeseen technical difficulty encountered with the Court's electronic filing system, as detailed above. Immediate steps were taken to resolve the "malformed" error, and courtesy copies were sent to TAM's

---

[1] The email to TAM's counsel was sent by a Holland & Knight associate, Nicholas Lyskin. Mr. Lyskin is based in Holland & Knight's Atlanta office and works on Eastern Time; the 2:59 a.m. Eastern Time timestamp on his email attached as Exhibit B corresponds to 11:59 p.m. Pacific Time.

INTTERRA'S APPLICATION FOR A 30-MINUTE EXTENSION OF TIME NUNC PRO TUNC TO FILE THE DECLARATION OF DANIEL C. NEUSTADT

counsel to ensure no practical delay. For the same reason, the fourth element, whether the movant acted in good faith, is also satisfied. Intterra's counsel worked diligently to meet the already shortened opposition deadline on the requested injunction, ensured that TAM's counsel received courtesy copies of all filings before the deadline expired, and promptly filed this application.

### III.   CONCLUSION

In light of the diligent efforts to meet the deadline, the unexpected technical difficulties encountered, and the minimal extension sought, Intterra respectfully requests that the Court grant a 30-minute extension, nunc pro tunc, and accept the Neustadt Declaration as timely filed. A proposed order is attached for the Court's consideration.

Dated: April 13, 2026                     **HOLLAND & KNIGHT LLP**

By:        /s/ Dan Kappes
Daniel P. Kappes (CA Bar No. 303454)
560 Mission Street
Suite 1900
San Francisco, California 94105
Daniel.Kappes@hklaw.com

Daniel C. Neustadt (NY Bar No. 4532958)
(pro hac vice pending)
Sara J. Benson (DC Bar No. 1767612)
(pro hac vice forthcoming)
800 17th Street N.W., Suite 1100
Washington, D.C. 20006
Telephone:   (202) 955.3000
Dan.Neustadt@hklaw.com
Sara.Benson@hklaw.com

*Attorneys for Plaintiff Intterra, LLC*

INTTERRA'S APPLICATION FOR A 30-MINUTE EXTENSION OF TIME NUNC PRO TUNC TO FILE THE DECLARATION OF DANIEL C. NEUSTADT

# EXHIBIT A



TRADEMARK,CIVIL

ERROR: Document is malformed or contains code which may cause an external action (such as launching an application). This PDF document cannot be accepted.

Click here for more information.

If you need further assistance, please contact the court.

Error File: C:\fakepath\2026-04-10 W.A.V. Opposition to TAM's Motion for Preliminary Injunction.pdf

Submitted Entries

| File Type | Filename | Category | Description |
|---|---|---|---|
| Main Document | C:\fakepath\2026-04-10 W.A.V. Opposition to TAM's Motion for Preliminary Injunction.pdf | - | - |
| Attachment #1 | C:\fakepath\2026-04-10 Declaration of Rob Wolf.pdf | Exhibit | 1 - Declaration of Rob Wolf |
| Attachment #2 | C:\fakepath\2026-04-10 Declaration of Dan Neustadt.pdf | Exhibit | 2 - Declaration of Dan Neustadt |

Back

# EXHIBIT B

**Lyskin, Nicholas (ATL - X48151)**

| | |
|---|---|
| **From:** | Lyskin, Nicholas (ATL - X48151) |
| **Sent:** | Saturday, April 11, 2026 2:59 AM |
| **To:** | 'Albert, Julie'; Kappes, Dan (SFO - X56951) |
| **Cc:** | Neustadt, Dan (WAS - X75163); Hill, Robert S (DAL - X59421); Wilens, Brandon (NPB - X41419); Caverly, Lauren (NSH - X68831); Lamkin, Rachael; Burgess, Katherine; Boyer, Jasmine; Benson, Sara (WAS - X75522) |
| **Subject:** | RE: Intterra v. The Analytical Moose et al (2:26-cv-00747) |
| **Attachments:** | 2026-04-11 W.A.V. Opposition to TAM's Motion for Preliminary Injunction.pdf; Declaration of Dan Neustadt.pdf; Declaration of Rob Wolf(536679963.9) (Redacted at Ex 1-B)(536860556.1).pdf |

Counsel,

Attached please find Intterra's opposition to TAM's Motion for Preliminary Injunction.

Regards,

**Nicholas Lyskin** | **Holland & Knight**
Associate
Holland & Knight LLP
1180 West Peachtree Street, NW, Suite 1800 | Atlanta, Georgia 30309
Phone +1.404.898.8151 | Mobile +███████████
nicholas.lyskin@hklaw.com | www.hklaw.com

Add to address book | View professional biography

**From:** Albert, Julie <julie.albert@bakerbotts.com>
**Sent:** Friday, April 3, 2026 3:12 PM
**To:** Kappes, Dan (SFO - X56951) <Daniel.Kappes@hklaw.com>
**Cc:** Neustadt, Dan (WAS - X75163) <Dan.Neustadt@hklaw.com>; Hill, Robert S (DAL - X59421) <Robert.Hill@hklaw.com>; Wilens, Brandon (NPB - X41419) <Brandon.Wilens@hklaw.com>; Caverly, Lauren (NSH - X68831) <Lauren.Caverly@hklaw.com>; Lamkin, Rachael <rachael.lamkin@bakerbotts.com>; Burgess, Katherine <katherine.burgess@bakerbotts.com>; Boyer, Jasmine <jasmine.boyer@bakerbotts.com>
**Subject:** RE: Intterra v. The Analytical Moose et al (2:26-cv-00747)

*[External email]*
Thanks, Dan – we are fine with this change. We will finalize, add your electronic signature, and file.

Best,
Julie

**Julie Beth Albert**
Partner, *Branding, Advertising & Copyright*
Baker Botts L.L.P.
julie.albert@bakerbotts.com, 603.475.5950

1