AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

Eastern District of California

INTTERRA, LLC,
*Plaintiff*
v.
THE ANALYTICAL MOOSE LLC et al.,
*Defendant*

Case No. 2:26-cv-00747-WBS-CSK

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

The Analytical Moose LLC and Rachael Brady .

Date: 04/14/2026

/s/ Katherine Burgess
*Attorney's signature*

Katherine Burgess (SBN 330480)
*Printed name and bar number*

Baker Botts L.L.P.
101 California Street, Suite 3200
San Francisco, California 94111
*Address*

katherine.burgess@bakerbotts.com
*E-mail address*

(415) 291-6200
*Telephone number*

(415) 291-6300
*FAX number*