Rachael D. Lamkin (SBN 246066)
rachael.lamkin@bakerbotts.com
Katherine Burgess (SBN 330480)
katherine.burgess@bakerbotts.com
BAKER BOTTS L.L.P.
101 California Street, Suite 3200
San Francisco, CA  94111
Telephone: (415) 291-6200
Fax: (415) 291-6300

Julie Albert (*admitted Pro Hac Vice*)
julie.albert@bakerbotts.com
BAKER BOTTS L.L.P.
30 Rockefeller Plaza
New York, NY 10112
Telephone: (212) 408-2500
Fax: (212) 408-2501

*Attorneys for Defendant and Counterclaim-Plaintiff*
*The Analytical Moose LLC*
*and Defendant Rachael Brady*

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

## SACRAMENTO DIVISION

| | |
|---|---|
| INTTERRA, LLC,<br><br>Plaintiff,<br><br>v.<br><br>THE ANALYTICAL MOOSE LLC and RACHAEL BRADY,<br><br>Defendants. | Case No.: 2:26-cv-00747-WBS-CSK<br><br>**DECLARATION OF RACHAEL BRADY IN SUPPORT OF DEFENDANT AND COUNTERCLAIM-PLAINTIFF THE ANALYTICAL MOOSE LLC'S REPLY ISO ITS MOTION FOR PRELIMINARY INJUNCTION**<br><br>Judge: Hon. William B. Shubb<br>Date: April 20, 2026<br>Time: 1:30 p.m.<br>Courtroom: 5, 14th Floor<br>Trial Date: N/A<br>Action filed: March 5, 2026 |

I, Rachael Brady, hereby declare:

1.      I am over the age of 21 and am fully competent to make this declaration. I have personal knowledge of all facts recited herein, and state that such facts are true and correct to my personal knowledge or, where so indicated, on information and belief.

2.      I submit this declaration in support of The Analytical Moose LLC ("TAM")'s reply in support of its motion for a preliminary injunction seeking to prevent Intterra, LLC ("Intterra") from launching a consumer-facing mobile application providing wildfire information under the mark AWARECA.

3.      Attached as Exhibit AA to this declaration is a true and correct copy of text messages between myself and Intterra CEO Rob Wolf.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on April 14, 2026, in Ono, California.

*/s/ Rachael Brady*
(original signature retained by Rachael D. Lamkin)
Rachael Brady

DECL. OF RACHAEL BRADY ISO REPLY ISO TAM'S PI MOTION
CASE NO. 2:26-CV-00747-WBS-CSK