# Exhibit AA

iMessage
11/11/24, 3:08 PM

Good afternoon.  It's Rob Wolf.  This is my mobile.  How about we meet at Marriott Fisherman's Wharf?  That's where both Kate and me are staying.  Seems close to venue as well.

Is there anything you'd like me to prepare or be ready to discuss prior?

Hi Rob! Sounds like a plan. Look forward to chatting tomorrow.

11/12/24, 6:54 AM

Should be to your lobby around 7:15

Liked "Should be to your lobby around 7:15"

Do you have a table already?

11/12/24, 8:31 AM

I lost you

11/12/24, 9:43 AM

Watch duty is who your app competes with, correct?

Just trying to learn space.

Kinda … it is the closest similar

But very different philosophies

Interesting choice of presentation.



You have to remember that convective capital gave watch duty money

11/12/24, 3:02 PM

We are going to head out after this session.  Can we catch up prior to heading out?

Possibly, I have a few people I have to tag up with. Let me know when your headed for the door and I will try to catch ya


Exported from: Kuklachka (G4CFCN6K7G) on 2026.03.01, 17:17 with iMazing 3.3.1 by DigiDNA
Database date when extracted: 2026.03.01, 17:09
Backup checksum: 786A03A5D369086C563EA31F28F8DB534B98D41ECFEB7F04885D7601D9826BCB

Just saying some goodbyes and then headed to the door.

Let's figure out how to make things work - we are going to be moving very quickly soon and I'd love for you to join.

Sorry I was in a conversation … lets have a conversation some things I have to chat with my husband about

Sounds good.  Great to meet in person.  Talk soon.

Absolutely… great to meet you in person.

11/13/24, 1:54 PM

Just finished w CalOES - lots of frustration w watch duty.  They are very interested
 in an Intterra single source of truth both securely and for public.

11/14/24, 12:49 PM

Hey!  If there is anything I can do to sway your decision our way, pls let me know.   I don't want either of us to miss an opportunity to do great things together.  Lots of work to do - but also so much potential to really have an impact across the US and the globe.

My husband and I are sitting down tonight to discuss … will follow up tomorrow is a more concrete decision. Regardless I will continue to champion Intterra.

Sounds good.  To recap the finance piece - $200k for app in 3 payments, $150k base plus bonus (bonus plan isn't built yet, but 100% of objectives would be $30k).  You'd also be eligible for options grant.  I won't know value if that till mid to late Jan.

Feel free to call w any questions.

Will do! Thanks.

11/15/24, 10:35 AM

Husband got waylaid at the in-laws in Idaho … will have a decision by Monday once I can chat face to face with him

Ok.  No worries.  Have a great weekend.  Feel free to call if any questions come up.

Liked "Ok.  No worries.  Have a great weekend.  Feel free to call if any questions come up.  "

Exported from: Kuklachka (G4CFCN6K7G) on 2026.03.01, 17:17 with iMazing 3.3.1 by DigiDNA
Database date when extracted: 2026.03.01, 17:09
Backup checksum: 786A03A5D369086C563EA31F28F8DB534B98D41ECFEB7F04885D7601D9826BCB

Have a great weekend as well!!

11/15/24, 12:45 PM

We had our internal monthly All Hands call earlier today.  Would it help your decision to listen to that and hear the direction and the feedback from the team?  On the call I also announced Kate heading up the Advisory Council and she was on the call and gave good feedback throughout.  It would give you a sense of the company direction.

11/18/24, 11:40 AM

Good morning,
Unfortunately I am going to have to decline the offer. My father in laws cancer is back and I will not be able to juggle the ALERTCalifornia job on top of Intterra for the foreseeable future. I appreciate the offer but it is just not the right time for our family after a weekend of deliberations and planning.

I understand. I hope your in-law recovers quickly.  Pls call on me if I can help in any way.

Thank you! I appreciate it. Let me know if I can help you all in anyway as well.

12/19/24, 7:17 PM

Good evening - I hope you and your father in law are well.

We had our first Board Mtg today and received positive feedback on $500k for Mobile and $2.15M for Core platform build.  Still some work to do, hut we are progressing.

Just wanted to check back in and see if any opportunity for us to talk again and you to join Intterra?

Kate was in the mtg and can give feedback too, but believe we have the right plan and now the right budget to execute.  Now it's all about getting the right leaders and you came right to mind.  Wanna chat?

 Exported from: Kuklachka (G4CFCN6K7G) on 2026.03.01, 17:17 with iMazing 3.3.1 by DigiDNA
Database date when extracted: 2026.03.01, 17:09
Backup checksum: 786A03A5D369086C563EA31F28F8DB534B98D41ECFEB7F04885D7601D9826BCB

12/20/24, 10:15 AM

Loved "Good evening - I hope you and your father in law are well.

We had our first Board Mtg today and received positive feedback on $500k for Mobile and $2.15M for Core platform build.  Still some work to do, hut we are progressing.

Just wanted to check back in and see if any opportunity for us to talk again and you to join Intterra?

Kate was in the mtg and can give feedback too, but believe we have the right plan and now the right budget to execute.  Now it's all about getting the right leaders and you came right to mind.  Wanna chat?"

I should have a better idea of some things after Christmas … if you're good chatting after that

12/23/24, 7:24 PM

Sorry, thought I responded. Not a problem. I hope you have a safe and happy Christmas. I'm around if you want to talk.

2/28/25, 9:08 AM

Have time to talk today?

I could do 11:30 PT or after 1pm PT

Let's do 11:30.  Want me to call you?

Perfect, let's do that.

3/3/25, 8:44 AM

Good morning, I think that I am going to have to decline one final time. But I will be cheering you taking on Watch Duty from the sideline.

Ok. Sounds good!  Best of luck to you.

You too!

Read 3/3/25


Exported from: Kuklachka (G4CFCN6K7G) on 2026.03.01, 17:17 with iMazing 3.3.1 by DigiDNA
Database date when extracted: 2026.03.01, 17:09
Backup checksum: 786A03A5D369086C563EA31F28F8DB534B98D41ECFEB7F04885D7601D9826BCB