**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| INTTERRA, LLC, | Case No.: 2:26-cv-00747-WBS-CSK |
| Plaintiff, | **[PROPOSED] ORDER GRANTING DEFENDANT AND COUNTERCLAIM-PLAINTIFF THE ANALYTICAL MOOSE LLC'S MOTION FOR PRELIMINARY INJUNCTION (<u>AMENDED APRIL 14, 2026</u>)** |
| v. | |
| THE ANALYTICAL MOOSE LLC and RACHAEL BRADY, | |
| Defendants. | Judge: Hon. William B. Shubb<br>Date: April 20, 2026<br>Time: 1:30 p.m.<br>Courtroom: 5, 14th Floor<br>Trial Date: N/A<br>Action filed: March 5, 2026 |

The Court, having considered Defendant and Counterclaim-Plaintiff The Analytical Moose LLC's ("TAM") Motion for Preliminary Injunction, the papers filed in support of and in opposition to said motion, the pleadings and documents on file in this case, and such other evidence and argument presented at hearing on this motion, hereby orders as follows:

**IT IS HEREBY ORDERED** that Defendant and Counterclaim-Plaintiff The Analytical Moose LLC's Motion for Preliminary Injunction is **GRANTED**.

The Court FINDS that Defendant and Counterclaim-Plaintiff The Analytical Moose LLC is likely to succeed on its claims that Plaintiff and Counterclaim-Defendant Intterra, LLC ("Intterra") has willfully infringed on TAM's federally registered WILDFIRE AWARE® mark in violation of Section 32 of the Lanham Act, 15 U.S.C. § 1114. The Court also FINDS that TAM has demonstrated a likelihood that it will suffer irreparable harm by Intterra's planned launch of the AWARECA mobile app by virtue of its AWARE-formative branding in connection with wildfire-information services.

Finally, the Court finds that the balance of equities tips in favor of granting TAM's request, and that an injunction is in the public interest.

The Court waives the bond requirement of Rule 65(c).

Accordingly, Plaintiff and Counterclaim-Defendant Intterra, LLC, together with its members (to the extent acting on behalf of or for the benefit of the LLC), managers, officers, employees, agents, servants, representatives, affiliates, subsidiaries, successors, assigns, and all persons in active concert or participation with them who receive actual notice of this Order, is **HEREBY ENJOINED** from, directly or indirectly, promoting, offering, and selling a consumer-facing wildfire emergency alert mobile application under the mark AWARECA.

**IT IS SO ORDERED**

DATED:

_____
HONORABLE WILLIAM B. SHUBB

1