Daniel P. Kappes
CA State Bar No. 303454
Daniel.Kappes@hklaw.com
HOLLAND & KNIGHT LLP
560 Mission Street, Suite 1900
San Francisco, CA 94105
Telephone:   (415) 743-6900

Daniel C. Neustadt (*pro hac vice pending*)
NY State Bar No. 4532958
Dan.Neustadt@hklaw.com
Sara J. Benson (*pro hac vice forthcoming*)
DC Bar No. 1767612
Sara.Benson@hklaw.com
HOLLAND & KNIGHT LLP
800 17th Street N.W., Suite 1100
Washington, D.C. 20006
Telephone:   (202) 955-3000

*Attorneys for Plaintiff Intterra, LLC*

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTTERRA, LLC, <br><br> Plaintiff, <br> v. <br><br> THE ANALYTICAL MOOSE LLC and RACHAEL BRADY, <br><br> Defendants. | Case No. 2:26-cv-00747-WBS-CSK <br><br> **ORDER GRANTING INTTERRA'S APPLICATION FOR A 30-MINUTE EXTENSION OF TIME NUNC PRO TUNC TO FILE THE DECLARATION OF DANIEL C. NEUSTADT** <br><br> Judge: Hon. William B. Shubb <br> Date: April 20, 2026 <br> Time: 1:30 p.m. <br> Courtroom 5 <br> Action filed: March 5, 2026 |

Holland & Knight LLP
560 Mission Street, Suite 1900
San Francisco, CA  94105
Tel: 415.743.6900
Fax: 415.743.6910

Plaintiff Intterra, LLC's request for a 30-minute extension of time, nunc pro tunc, to file the Declaration of Daniel C. Neustadt in support of Intterra's opposition to The Analytical Moose LLC's Motion for Preliminary Injunction is hereby **GRANTED**. The Court accepts the Declaration of Daniel C. Neustadt as timely filed.

Dated:  April 14, 2026

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Holland & Knight LLP
560 Mission Street, Suite 1900
San Francisco, CA  94105
Tel: 415.743.6900
Fax: 415.743.6910

ORDER GRANTING INTTERRA'S APPLICATION FOR A 30-MINUTE EXTENSION OF TIME NUNC PRO TUNC TO FILE THE DECLARATION OF DANIEL C. NEUSTADT