CAED 435
(Rev. 10/2023)

United States District Court, Eastern District of California

# TRANSCRIPT ORDER

*PLEASE Read Instruction Page (attached):*

**FOR COURT USE ONLY**
**DUE DATE:**

| | | | |
|---|---|---|---|
| 1. YOUR NAME<br>Katherine Burgess | 2. EMAIL<br>katherine.burgess@bakerbotts.com | 3. PHONE NUMBER<br>+1 415 291 6246 | 4. DATE<br>4/21/2026 |
| 5. MAILING ADDRESS<br>101 California Street, Suite 3200 | | 6. CITY<br>San Francisco | 7. STATE CA / 8. ZIP CODE 94111 |
| 9. CASE NUMBER<br>2:26-cv-00747-WBS-CSK | 10. JUDGE<br>Hon. William B. Shubb | DATES OF PROCEEDINGS<br>11. FROM 4/20/2026 | 12. TO |
| 13. CASE NAME<br>Intterra, LLC v. The Analytical Moose LLC et al. | | LOCATION OF PROCEEDINGS<br>14. CITY Sacramento | 15. STATE California |

16. ORDER FOR

- [ ] APPEAL No.
- [ ] NON-APPEAL
- [ ] CRIMINAL
- [x] CIVIL
- [ ] CRIMINAL JUSTICE ACT
- [ ] IN FORMA PAUPERIS
- [ ] BANKRUPTCY
- [ ] OTHER *(Specify)*

17. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested) *You **must** provide the name of the Reporter.*

| TRIAL | DATE(S) | REPORTER | HEARINGS | DATE(S) | REPORTER |
|---|---|---|---|---|---|
| [ ] ENTIRE TRIAL | | | [x] OTHER (Specify Below) | | |
| [ ] JURY SELECTION | | | Motion for Preliminary Injunction | 4/20/2026 | Abigail Torres |
| [ ] OPENING STATEMENTS | | | | | |
| [ ] CLOSING ARGUMENTS | | | | | |
| [ ] JURY INSTRUCTIONS | | | | | |
| | | | | | |
| | | | | | |

18. ORDER (Grey Area for Court Reporter Use)

| CATEGORY | ORIGINAL (Includes Certified Copy to Clerk for Records of the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| 30-Day | [ ] | [ ] | NO. OF COPIES | | |
| 14-Day | [ ] | [ ] | NO. OF COPIES | | |
| 7-Day | [ ] | [ ] | NO. OF COPIES | | |
| 3-Day | [x] | [ ] | NO. OF COPIES | | |
| Next Day | [ ] | [ ] | NO. OF COPIES | | |
| 2- HOUR | [ ] | [ ] | NO. OF COPIES | | |
| REALTIME | [ ] | [ ] | | | |

CERTIFICATION (19 & 20)
By signing below, I certify I will pay all charges (deposit plus additional).

ESTIMATE TOTAL

19. SIGNATURE /s/ Katherine Burgess

PROCESSED BY

20. DATE 4/21/2026

PHONE NUMBER

TRANSCRIPT TO BE PREPARED BY

COURT ADDRESS

| | DATE | BY |
|---|---|---|
| ORDER RECEIVED | | |
| DEPOSIT PAID | | |
| TRANSCRIPT ORDERED | | |
| TRANSCRIPT RECEIVED | | |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | |
| PARTY RECEIVED TRANSCRIPT | | |

| | |
|---|---|
| DEPOSIT PAID | |
| TOTAL CHARGES | |
| LESS DEPOSIT | |
| TOTAL REFUNDED | |
| TOTAL DUE | |