# UNITED STATES DISTRICT COURT

**FOR THE DISTRICT OF** Eastern California

## Form 1. Notice of Appeal from a Judgment or Order of a United States District Court

U.S. District Court case number: 2:26-CV-00747-WBS-CSK

Notice is hereby given that the appellant(s) listed below hereby appeal(s) to the United States Court of Appeals for the Ninth Circuit.

Date case was first filed in U.S. District Court: 03/05/2026

Date of judgment or order you are appealing: 04/22/2026

Docket entry number of judgment or order you are appealing: 29

Fee paid for appeal? *(appeal fees are paid at the U.S. District Court)*

(◉) Yes ( ) No ( ) IFP was granted by U.S. District Court

---

**List all Appellants** *(List **each** party filing the appeal. Do not use "et al." or other abbreviations.)*

The Analytical Moose, LLC

Is this a cross-appeal? ( ) Yes (◉) No

If yes, what is the first appeal case number?

Was there a previous appeal in this case? ( ) Yes (◉) No

If yes, what is the prior appeal case number?

Your mailing address (if pro se):

City: State: Zip Code:

Prisoner Inmate or A Number (if applicable):

**Signature** [signature] **Date** April 23, 2026

*Complete and file with the attached representation statement in the U.S. District Court*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 6. Representation Statement

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form06instructions.pdf*

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:

The Analytical Moose, LLC

Name(s) of counsel (if any):

Rachael Lamkin, Julie Albert, Katherine Burgess

Address: 101 California Street, Suite 3200 San Francisco, CA 94111

Telephone number(s): 415-291-6300

Email(s): rachael.lamkin@bakerbotts.com, julie.albert@bakerbotts.com, katherine.burgess@bakerbotts.com

Is counsel registered for Electronic Filing in the 9th Circuit? (•) Yes ( ) No

---

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:

Intterra, LLC

Name(s) of counsel (if any):

Daniel P. Kappes, Robert S. Hill, Daniel C. Neustadt, Lauren Caverly Pratt

Address: 560 Mission Street, Suite 1900 San Francisco, CA 94105

Telephone number(s): 415-743-6900

Email(s): Daniel.Kappes@hklaw.com, Robert.Hill@hklaw.com,

Dan.Neustadt@hklaw.com, Lauren.Caverly@hklaw.com

*To list additional parties and/or counsel, use next page.*

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Is counsel registered for Electronic Filing in the 9th Circuit? ○ Yes ○ No

---

**Appellees**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

---

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*