**UNITED STATES DISTRICT COURT**
**FOR THE**
**EASTERN DISTRICT OF CALIFORNIA**

**OFFICE OF THE CLERK**
**501 "I" Street**
**Sacramento, CA 95814**

**INTTERRA, LLC,**
Plaintiff

v.

**CASE NO. 2:26−CV−00747−WBS−CSK**

**THE ANALYTICAL MOOSE LLC, ET AL.,**
Defendant

You are hereby notified that a Notice of Appeal was filed on **April 23, 2026** in the above entitled case. Enclosed is a copy of the Notice of Appeal, pursuant to FRAP 3(d).

April 24, 2026

**KEITH HOLLAND**
**CLERK OF COURT**

**by:** /s/ A. Benson
Deputy Clerk