Rachael D. Lamkin (SBN 246066)
rachael.lamkin@bakerbotts.com
Katherine Burgess (SBN 330480)
katherine.burgess@bakerbotts.com
BAKER BOTTS L.L.P.
101 California Street, Suite 3200
San Francisco, CA 94111
Telephone: (415) 291-6200
Fax: (415) 291-6300

Julie Albert (*admitted Pro Hac Vice*)
julie.albert@bakerbotts.com
BAKER BOTTS L.L.P.
30 Rockefeller Plaza
New York, NY 10112
Telephone: (212) 408-2500
Fax: (212) 408-2501

*Attorneys for Defendants*
*The Analytical Moose LLC*
*and Rachael Brady*

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

INTTERRA, LLC,

Plaintiff,

v.

THE ANALYTICAL MOOSE LLC and RACHAEL BRADY,

Defendants.

Case No.: 2:26-cv-00747-WBS-CSK

**DEFENDANT RACHAEL BRADY'S NOTICE OF WITHDRAWAL OF PENDING MOTION TO DISMISS, ECF NO. 19.**

Judge: Hon. William B. Shubb
Courtroom: 5, 14th Floor
Trial Date: N/A
Action filed: March 5, 2026

Defendant Rachael Brady hereby files this Notice of Withdrawal of her Motion to Dismiss Plaintiff's Complaint (ECF No. 19), without prejudice.

On March 5, 2026 Plaintiff filed a declaratory judgment complaint against Defendants The Analytical Moose LLC ("TAM") and Rachael Brady. ECF No. 1. TAM answered the Complaint on April 3, 2026, ECF No. 12.

Defendant Rachael Brady filed a motion to dismiss Plaintiff's Complaint as to her alone on April 19, 2026, ECF No. 19. TAM filed an Amended Answer on April 23, 2026, ECF No. 32. Thereafter but on the same day, Plaintiff filed an Amended Complaint against both TAM and Ms. Brady, ECF No. 33.

Plaintiff's filing of an Amended Complaint moots Ms. Brady's motion to dismiss. *Est. of Valentine v. Cnty. of Merced*, No. 1:23-CV-01697-JLT-SAB, 2024 WL 3226730, at *1 (E.D. Cal. June 28, 2024); *Marsh v. Freedom Mortg. Corp.*, No. 1:23-CV-01451-JLT-EPG, 2025 WL 333951, at *2 (E.D. Cal. Jan. 28, 2025), report and recommendation adopted, No. 1:23-CV-1451 JLT EPG, 2025 WL 621559 (E.D. Cal. Feb. 26, 2025); *Ramirez v. Cnty. of San Bernardino*, 806 F.3d 1002, 1008 (9th Cir. 2015). Upon the Court's request, Ms. Brady withdraws her motion ***without prejudice*** and reserves all rights.

DATED: April 29, 2026

BAKER BOTTS L.L.P.

By: */s/ Rachael D. Lamkin*

Rachael D. Lamkin (SBN 246066)
rachael.lamkin@bakerbotts.com
Katherine Burgess (SBN 330480)
katherine.burgess@bakerbotts.com
101 California Street, Suite 3200
San Francisco, CA 94111
Telephone: (415) 291-6200
Fax: (415) 291-6300

Julie Albert (*Admitted Pro Hac Vice*)
julie.albert@bakerbotts.com
30 Rockefeller Plaza
New York, NY 10112
Telephone: (212) 408-2500
Fax: (212) 408-2501

*Attorneys for Defendants*
*The Analytical Moose LLC and*
*Rachael Brady*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record are being served with a copy of the foregoing document via the Court's CM/ECF system on April 29, 2026 pursuant to Local Rule 135.

*/s/ Rachael D. Lamkin*
Rachael D. Lamkin