Rachael D. Lamkin (SBN 246066)
rachael.lamkin@bakerbotts.com
Katherine A. Burgess (SBN 330480)
katherine.burgess@bakerbotts.com
BAKER BOTTS L.L.P.
101 California Street, Suite 3200
San Francisco, CA 94111
Telephone: (415) 291-6200
Fax: (415) 291-6300

Julie Albert (*Pro Hac Vice*)
julie.albert@bakerbotts.com
BAKER BOTTS L.L.P.
30 Rockefeller Plaza
New York, NY 10112
Telephone: (212) 408-2500
Fax: (212) 408-2501

*Attorneys for Defendants The Analytical Moose LLC and Rachael Brady*

Daniel P. Kappes (SBN 303454)
Daniel.Kappes@hklaw.com
HOLLAND & KNIGHT LLP
560 Mission Street, Suite 1900
San Francisco, CA 94105
Telephone: (415) 743-6900

Daniel C. Neustadt (*Pro Hac Vice*)
Dan.Neustadt@hklaw.com
HOLLAND & KNIGHT LLP
800 17th Street N.W., Suite 1100
Washington, D.C. 20006
Telephone: (202) 955-3000

*Attorneys for Plaintiff, Intterra, LLC*

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

INTTERRA, LLC,

Plaintiff,

v.

THE ANALYTICAL MOOSE LLC and RACHAEL BRADY.

Case No.: 2:26-cv-00747-WBS-CSK

**STIPULATION FOR EXTENSION OF TIME FOR DEFENDANTS TO FILE A RESPONSIVE PLEADING TO THE FIRST AMENDED COMPLAINT**

Judge: Hon. William B. Shubb
Courtroom: 5, 14th Floor
Trial Date: N/A
Action filed: March 5, 2026

TO THE HONORABLE COURT:

WHEREAS Plaintiff Intterra, LLC ("Intterra") filed a First Amended Complaint on May 23, 2026, asserting a single claim for declaratory judgment of non-infringement of the WILDFIRE AWARE mark;

WHEREAS Defendants' The Analytical Moose, LLC ("TAM") and Rachael Brady ("Brady") (together "Defendants") responsive pleading to the First Amended Complaint is due on May 7, 2026, pursuant to Federal Rule of Civil Procedure 15;

WHEREAS Intterra confirmed receipt of an executed Covenant Not to Sue by Defendants on May 5, 2026, mooting any justiciable case or controversy between Plaintiff and Defendants;

WHEREAS the parties have agreed to extend Defendants' time to file a responsive pleading to The First Amended Complaint in order to facilitate Intterra's voluntary dismissal of the declaratory judgement action;

THEREFORE, the parties, by and through their respective counsel of record, hereby stipulate as follows:

Defendants shall have an extension of time up to and including May 21, 2026 to file a responsive pleading to the First Amended Complaint.

**IT IS SO STIPULATED.**

DATED: May 7, 2026

BAKER BOTTS L.L.P.

By: */s/ Rachael Lamkin*

Rachael D. Lamkin (SBN 246066)
rachael.lamkin@bakerbotts.com
Katherine A. Burgess (SBN 330480)
(*admission pending)*
katherine.burgess@bakerbotts.com
101 California Street, Suite 3200
San Francisco, CA 94111
Telephone: (415) 291-6200
Fax: (415) 291-6300

Julie Albert (*admitted Pro Hac Vice*)
julie.albert@bakerbotts.com
30 Rockefeller Plaza
New York, NY 10112
Telephone: (212) 408-2500
Fax: (212) 408-2501

*Attorneys for Defendants The Analytical Moose, LLC and Rachael Brady*

DATED: May 7, 2026

HOLLAND AND KNIGHT, L.L.P.

By: */s/ Daniel Kappes* (as authorized on May 7, 2026)

Daniel P. Kappes (SBN 303454)
Daniel.Kappes@hklaw.com
HOLLAND & KNIGHT LLP
560 Mission Street, Suite 1900
San Francisco, CA 94105
Telephone: (415) 743-6900

Daniel C. Neustadt (*Pro Hac Vice*)
Dan.Neustadt@hklaw.com
HOLLAND & KNIGHT LLP
800 17th Street N.W., Suite 1100
Washington, D.C. 20006
Telephone: (202) 955-3000

*Attorneys for Plaintiff, Intterra, LLC*