CAED 435
(Rev. 10/2023)

United States District Court, Eastern District of California

# TRANSCRIPT ORDER

*PLEASE Read Instruction Page (attached):*

**FOR COURT USE ONLY**
**DUE DATE:**

| 1. YOUR NAME | 2. EMAIL | 3. PHONE NUMBER | 4. DATE |
|---|---|---|---|
| Daniel Kappes | Daniel.Kappes@hklaw.com | 415-743-6900 | May 11, 2026 |

| 5. MAILING ADDRESS | 6. CITY | 7. STATE | 8. ZIP CODE |
|---|---|---|---|
| 560 Mission Street, Suite 1900 | San Francisco | CA | 94105 |

| 9. CASE NUMBER | 10. JUDGE | DATES OF PROCEEDINGS | |
|---|---|---|---|
| 2:26-cv-00747-WBS-CSK | William B. Shubb | 11. FROM 4/20/2026 | 12. TO 4/20/2026 |

| 13. CASE NAME | LOCATION OF PROCEEDINGS | |
|---|---|---|
| | 14. CITY Sacramento | 15. STATE CA |

16. ORDER FOR

- ☐ APPEAL No.
- ☐ NON-APPEAL
- ☐ CRIMINAL
- ☒ CIVIL
- ☐ CRIMINAL JUSTICE ACT
- ☐ IN FORMA PAUPERIS
- ☐ BANKRUPTCY
- ☐ OTHER *(Specify)*

17. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested) *You must provide the name of the Reporter.*

| TRIAL | DATE(S) | REPORTER | HEARINGS | DATE(S) | REPORTER |
|---|---|---|---|---|---|
| ☐ ENTIRE TRIAL | | | ☒ OTHER (Specify Below) | | |
| ☐ JURY SELECTION | | | Motion for Preliminary Injunction | 4/20/2026 | Abigail Torres |
| ☐ OPENING STATEMENTS | | | | | |
| ☐ CLOSING ARGUMENTS | | | | | |
| ☐ JURY INSTRUCTIONS | | | | | |
| | | | | | |
| | | | | | |

18. ORDER (Grey Area for Court Reporter Use)

| CATEGORY | ORIGINAL (Includes Certified Copy to Clerk for Records of the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| 30-Day | ☐ | ☐ | NO. OF COPIES | | |
| 14-Day | ☐ | ☐ | NO. OF COPIES | | |
| 7-Day | ☐ | ☐ | NO. OF COPIES | | |
| 3-Day | ☐ | ☐ | NO. OF COPIES | | |
| Next Day | ☐ | ☐ | NO. OF COPIES | | |
| 2- HOUR | ☐ | ☒ | NO. OF COPIES 1 | | |
| REALTIME | ☐ | ☐ | | | |

CERTIFICATION (19 & 20)
By signing below, I certify I will pay all charges (deposit plus additional).

ESTIMATE TOTAL

19. SIGNATURE Dan Kappes

PROCESSED BY

20. DATE May 11, 2026

PHONE NUMBER

TRANSCRIPT TO BE PREPARED BY

COURT ADDRESS

| | DATE | BY | | |
|---|---|---|---|---|
| ORDER RECEIVED | | | | |
| DEPOSIT PAID | | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES | |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT | |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE | |