# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| INTTERRA, LLC,<br><br>    Plaintiff,<br><br> v.<br><br>THE ANALYTICAL MOOSE LLC and<br>RACHAEL BRADY,<br><br>    Defendants. | Case No.: 2:26-cv-00747-WBS-CSK<br><br>**ORDER EXTENDING DEFENDANTS'<br>TIME TO FILE A RESPONSIVE<br>PLEADING TO THE FIRST AMENDED<br>COMPLAINT**<br><br>Judge: Hon. William B. Shubb<br>Date:<br>Time: 1:30 p.m.<br>Courtroom: 5, 14th Floor<br>Trial Date: N/A<br>Action filed: March 5, 2026 |

Pursuant to the stipulation of the parties, and good cause appearing, **IT IS HEREBY ORDERED that:**

The stipulated request should be **GRANTED**. Defendants The Analytical Moose, LLC and Rachael Brady may file a Responsive Pleading to the First Amended Complaint on or before May 21, 2026.

**IT IS SO ORDERED.**

Dated:  May 11, 2026

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1

ORDER EXTENDING DEFENDANTS' TIME TO FILE A RESPONSIVE PLEADING TO THE FIRST AMENDED COMPLAINT
Case No. 2:26-cv-00747-WBS-CSK