UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

MAY 11 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

INTTERRA, LLC,

Plaintiff-ctr-defendant - Appellee,

v.

RACHAEL BRADY,

Defendant,

THE ANALYTICAL MOOSE, LLC,

Defendant-ctr-claimant - Appellant.

No. 26-2580

D.C. No.
2:26-cv-00747-WBS-CSK
Eastern District of California,
Sacramento

ORDER

Appellant's motion to dismiss this appeal (Docket Entry No. 5) is granted. Fed. R. App. P. 42(b). The parties shall bear their own costs and attorneys' fees on appeal.

A copy of this order shall serve as and for the mandate of this court.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT