Daniel P. Kappes
CA State Bar No. 303454
Daniel.Kappes@hklaw.com
HOLLAND & KNIGHT LLP
560 Mission Street, Suite 1900
San Francisco, CA 94105
Telephone: (415) 743-6900

Daniel C. Neustadt (*pro hac vice*)
NY State Bar No. 4532958
Dan.Neustadt@hklaw.com
Sara J. Benson (*pro hac vice forthcoming*)
DC Bar No. 1767612
Sara.Benson@hklaw.com (*pro hac vice forthcoming*)
HOLLAND & KNIGHT LLP
800 17th Street N.W., Suite 1100
Washington, D.C. 20006
Telephone: (202) 955-3000

*Attorneys for Plaintiff Intterra, LLC*

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

INTTERRA, LLC,

Plaintiff,

v.

THE ANALYTICAL MOOSE LLC and RACHAEL BRADY,

Defendants.

Case No. 2:26-cv-00747-WBS-CSK

**JOINT STIPULATION TO DISMISS CASE WITHOUT PREJUDICE**

Judge: Hon. William B. Shubb
Courtroom 5
Action filed: March 5, 2026



Holland & Knight LLP
560 Mission Street, Suite 1900
San Francisco, CA 94105
Tel: 415.743.6900
Fax: 415.743.6910

Holland & Knight LLP
560 Mission Street, Suite 1900
San Francisco, CA 94105
Tel: 415.743.6900
Fax: 415.743.6910

**PLEASE TAKE NOTICE IT IS HEREBY STIPULATED**, pursuant to FRCP Rule 41(a)(1)(A)(ii), Plaintiff Intterra, LLC ("Plaintiff"), and Defendants The Analytical Moose LLC and Rachael Brady ("Defendants") (collectively, Plaintiff and Defendants as the "Parties") hereby stipulate and agree as follows:

**WHEREAS**, the Parties have agreed to dismiss all remaining claims and defenses in this matter;

**WHEREAS**, the Parties have agreed to dismiss this case without prejudice as to all remaining claims, causes of action, and Parties, each Party to bear their own costs and attorneys' fees;

**NOW THEREFORE**, the Parties stipulate to dismissing this matter without prejudice, each Party to bear their own costs and attorneys' fees.

**IT IS SO STIPULATED.**

Dated: May 20, 2026

**HOLLAND & KNIGHT LLP**

By: *_/s/ Daniel P. Kappes_*

Daniel P. Kappes (CA Bar No. 303454)
560 Mission Street
Suite 1900
San Francisco, California 94105
Daniel.Kappes@hklaw.com
Telephone: (415) 743-6900

Daniel C. Neustadt (NY Bar No. 4532958) *(pro hac vice)*
800 17th Street N.W., Suite 1100
Washington, D.C. 20006
Dan.Neustadt@hklaw.com
Telephone: (202) 955-3000

*Attorneys for Plaintiff Intterra, LLC*

Holland & Knight LLP
560 Mission Street, Suite 1900
San Francisco, CA 94105
Tel: 415.743.6900
Fax: 415.743.6910

Dated: May 20, 2026

**BAKER BOTTS L.L.P.**

By: /s/ *Rachael D. Lamkin*

Rachael D. Lamkin (SBN 246066)
rachael.lamkin@bakerbotts.com
Katherine A. Burgess (SBN 330480)
(admission pending)
katherine.burgess@bakerbotts.com
101 California Street, Suite 3200
San Francisco, CA 94111
Telephone: (415) 291-6200
Fax: (415) 291-6300

Julie Albert (admitted Pro Hac Vice)
julie.albert@bakerbotts.com
30 Rockefeller Plaza
New York, NY 10112
Telephone: (212) 408-2500
Fax: (212) 408-2501

*Attorneys for Defendants The Analytical Moose, LLC and Rachael Brady*